**EXHIBIT A**

**Exhibit A**

**Doe #1 (151.202.99.55 2005-07-15 21:48:13 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | The Smiths | This Charming Man | The Smiths | 53-381 |
| UMG Recordings, Inc. | U2 | I Will Follow | Under A Blood Red Sky | 49-959 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Rock With You | Off The Wall | 11-120 |
| SONY BMG MUSIC ENTERTAINMENT | Sade | Paradise | Stronger Than Pride | 93-822 |
| Arista Records LLC | TLC | Red Light Special | CrazySexyCool | 198-743 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| Fonovisa, Inc. | Banda El Limon | Que Se Te Olvido | Me Caiste Del Cielo | 234-188 |

**Exhibit A**

**Doe #2 (68.161.21.221 2005-07-13 00:46:08 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Interscope Records | Ruff Ryders | Ryde Or Die | Ryde Or Die Compilation Volume 1 | 179-239 |
| UMG Recordings, Inc. | DMX | Let Me Fly | It's Dark And Hell Is Hot | 252-613 |
| UMG Recordings, Inc. | Lost Boyz | Music Makes Me High | Legal Drug Money | 222-734 |
| UMG Recordings, Inc. | Mary J. Blige | Missing You | Share My World | 238-818 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | After Tonight | Rainbow | 276-595 |
| Arista Records LLC | Outkast | Aquemini | Aquemini | 264-092 |

# Exhibit A

## Doe #3 (162.84.234.230 2005-07-13 02:36:55 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Bjork | 5 Years | Homogenic | 245-199 |
| Elektra Entertainment Group Inc. | Bjork | 107 Steps | Selmasongs | 267-232 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Virgin Records America, Inc. | Janet Jackson | Got 'Til It's Gone | The Velvet Rope | 261-516 |
| Capitol Records, Inc. | Norah Jones | Turn Me On | Come Away With Me | 320-120 |

**Exhibit A**

**Doe #4 (151.202.55.156 2005-11-09 05:55:53 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | The Cars | Just What I Needed | Cars | 4-128 |
| Warner Bros. Records Inc. | Faith Hill | Just to Hear You Say That You Love Me | Faith | 253-752 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| UMG Recordings, Inc. | 98 Degrees | My Everything | Revelation | 270-025 |
| SONY BMG MUSIC ENTERTAINMENT | Celine Dion | My Heart Will Go On | Let's Talk About Love | 248-109 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Dreamlover | Music Box | 178-631 |
| BMG Music | Dave Matthews Band | Ants Marching | Under the Table and Dreaming | 285-688 |
| BMG Music | Vertical Horizon | Best I Ever Had (Grey Sky Morning) | Everything You Want | 277-868 |

**Exhibit A**

**Doe #5 (141.157.167.63 2005-11-16 03:43:49 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Van Halen | Hot for Teacher | 1984 (MCMLXXXIV) | 52-319 |
| Capitol Records, Inc. | Billy Idol | Rebel Yell | Rebel Yell | 52-131 |
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Romeo Void | Never Say Never | Warm, in Your Coat | 144-050 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| BMG Music | David Gray | Sail Away | White Ladder | 297-324 |
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Give It Away | Blood Sugar Sex Magik | 135-276 |
| Capitol Records, Inc. | Beastie Boys | Sabotage | III Communication | 213-461 |

**Exhibit A**

**Doe #6 (68.160.220.201 2005-11-16 22:40:13 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Toni Braxton | Just Be A Man About It | The Heat | 287-194 |
| Arista Records LLC | Toni Braxton | 7 Whole Days | Toni Braxton | 208-619 |
| Arista Records LLC | Usher | Just Like Me | My Way | 257-730 |

**Exhibit A**

**Doe #7 (68.161.194.120 2005-11-22 03:29:08 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | Points Of Authority | Hybrid Theory | 288-402 |
| UMG Recordings, Inc. | DMX | Party Up | ...And Then There Was X | 279-017 |
| UMG Recordings, Inc. | DMX | Damien | It's Dark And Hell Is Hot | 252-613 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Always Be My Baby | Daydream | 215-243 |
| Arista Records LLC | Toni Braxton | Just Be A Man About It | The Heat | 287-194 |
| Arista Records LLC | Toni Braxton | I Love Me Some Him | Secrets | 233-892 |
| Arista Records LLC | Usher | Just Like Me | My Way | 257-730 |

**Exhibit A**

**Doe #8 (151.196.241.97 2005-11-23 04:40:35 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Warner Bros. Records Inc. | ZZ Top | Sharp Dressed Man | Eliminator | 45-132 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | LL Cool J | Father | Phenomenon | 243-497 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | You Rock My World | Invincible | 304-780 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| BMG Music | SWV | Can We | Release Some Tension | 249-300 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | The World is Yours | Illmatic | 207-177 |

**Exhibit A**

**Doe #9 (151.196.33.158 2005-11-23 19:26:49 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |
| UMG Recordings, Inc. | LL Cool J | Father | Phenomenon | 243-497 |
| SONY BMG MUSIC ENTERTAINMENT | George Michael | One More Try | Faith | 92-432 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| UMG Recordings, Inc. | Musiq | Babygirl | Juslisen | 308-859 |

**Exhibit A**

**Doe  #10 (151.196.187.62 2005-11-24 02:35:39 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Slave | Watching You | Stone Jam | 20-889 |
| Warner Bros. Records Inc. | Jaheim | Could It Be | Ghetto Love | 295-088 |
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Kelly Price | Friend of Mine | Soul of a Woman | 188-958 |
| UMG Recordings, Inc. | Ready For the World | Love You Down | Long Time Coming | 78-842 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Black Or White | Dangerous | 178-165 |
| SONY BMG MUSIC ENTERTAINMENT | The Manhattans | Kiss and Say Goodbye | The Manhattans | 55-771 |
| SONY BMG MUSIC ENTERTAINMENT | Wham | Careless Whisper | Make It Big | 68-616 |
| Arista Records LLC | Next | Beauty Queen | Welcome II Nextasy | 284-980 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |

**Exhibit A**

**Doe #11 (162.84.223.155 2005-11-24 11:13:56 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | The Chain | Rumours | N39857 |
| UMG Recordings, Inc. | Elton John | Someone Saved My Life Tonight | Captain Fantastic | N26203 |
| UMG Recordings, Inc. | Sheryl Crow | Sweet Child O' Mine | The Globe Sessions | 279-383 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Send Her My Love | Frontiers | 43-223 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |

## Exhibit A

### Doe #12 (141.157.21.171 2005-11-24 15:30:32 (EST))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| London-Sire Records Inc. | The Smiths | Bigmouth Strikes Again | The Queen Is Dead | 75-732 |
| UMG Recordings, Inc. | U2 | Desire | Rattle & Hum | 99-818 |
| SONY BMG MUSIC ENTERTAINMENT | Da Brat | Funkdafied | Funkdafied | 199-136 |
| SONY BMG MUSIC ENTERTAINMENT | Fiona Apple | Sleep To Dream | Tidal | 227-923 |
| Capitol Records, Inc. | Norah Jones | Seven Years | Come Away With Me | 320-120 |

**Exhibit A**

**Doe #13 (162.84.249.200 2005-03-18 02:06:33 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Arista Records LLC | Blu Cantrell | Hit 'Em Up Style (Oops!) | So Blu | 300-390 |
| Arista Records LLC | Ace of Base | Don't Turn Around | The Sign | 169-749 |
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |

**Exhibit A**

**Doe #14 (4.43.161.92 2005-03-30 16:48:15 (EST))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | DMX | Fame | ...And Then There Was X | 279-017 |
| Priority Records LLC | Snoop Dogg | Gin & Juice II | Da Game Is To Be Sold, Not To Be Told | 260-056 |
| Priority Records LLC | NWA | Automobile | Efil4zaggin' | 137-627 |
| UMG Recordings, Inc. | Avant | My First Love | My Thoughts | 281-220 |

**Exhibit A**

**Doe  #15 (162.84.78.58 2005-07-04 03:11:27 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Red Hot Chili Peppers | Otherside | Californication | 174-922 |
| Motown Record Company, L.P. | Boyz II Men | Yesterday | II | 196-004 |
| UMG Recordings, Inc. | Elton John | Blue Eyes | Jump Up | 35-166 |
| UMG Recordings, Inc. | Elton John | No Valentines | Love Songs | 227-950 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Don't Stop Believin' | Escape | 30-088 |
| BMG Music | Lonestar | Tell Her | Lonely Grill | 187-003 |
| BMG Music | Alabama | Forty Hour Week (For A Livin') | 40 Hour Week | 60-774 |
| BMG Music | Alabama | Dixieland Delight | Closer You Get | 49-145 |
| BMG Music | Alabama | If You're Gonna Play In Texas | Roll On | 52-706 |
| BMG Music | Alabama | Song Of The South | Southern Star | 100-925 |

**Exhibit A**

**Doe  #16 (68.160.250.191 2005-07-05 05:22:51 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| UMG Recordings, Inc. | Guns N Roses | November Rain | Use Your Illusion I | 134-647 |
| Arista Records LLC | Outkast | Elevators (Me & You) | Atliens | 233-296 |
| BMG Music | SWV | Downtown | It's About Time | 146-905 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | It Ain't Hard to Tell | Illmatic | 207-177 |
| Arista Records LLC | Usher | U Got It Bad | 8701 | 307-207 |

## Exhibit A

## Doe #17 (4.3.238.84 2005-07-05 16:34:41 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Jewel | Who Will Save Your Soul | Pieces of You | 198-481 |
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |
| Virgin Records America, Inc. | UB40 | Bring Me Your Cup | Promises And Lies | 186-039 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| Arisia Records LLC | Usher | You Make Me Wanna | My Way | 257-730 |
| Arista Records LLC | Toni Braxton | Another Sad Love Song | Toni Braxton | 208-619 |

## Exhibit A

### Doe #18 (141.157.7.228 2005-07-10 23:07:53 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Priority Records LLC | Ice Cube | You Can Do It | War & Peace: Vol. 2 | 287-151 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Sublime | Under My Voodoo | Sublime | 224-105 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| Arista Records LLC | Whitney Houston | It's Not Right But It's Okay | My Love is Your Love | 298-453 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | One Mic | Stillmatic | 305-698 |

**Exhibit A**

**Doe #19 (151.196.168.78 2005-07-12 02:22:15 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Twista | No Remorse | Adrenaline Rush | 238-303 |
| UMG Recordings, Inc. | DMX | Blackout | Flesh of My Flesh, Blood Of My Blood | 188-987 |
| UMG Recordings, Inc. | DMX | Crime Story | It's Dark And Hell Is Hot | 252-613 |
| Arista Records LLC | Outkast | Liberation | Aquemini | 264-092 |
| UMG Recordings, Inc. | Ludacris | Move Bitch | Word of Mouf | 304-605 |
| SONY BMG MUSIC ENTERTAINMENT | Nas | Affirmative Action | It Was Written | 220-016 |

**Exhibit A**

**Doe #20 (141.157.202.48 2005-07-12 21:04:25 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | Luther Vandross | I'm Only Human | I Know | 261-503 |
| UMG Recordings, Inc. | Sublime | Doin' Time | Second Hand Smoke | 246-011 |
| SONY BMG MUSIC ENTERTAINMENT | Tony Bennett | Call Me Irresponsible | Perfectly Frank | 149-255 |
| SONY BMG MUSIC ENTERTAINMENT | Tyrone Davis | In the Mood | In the Mood with Tyrone Davis | 8-557 |
| Arista Records LLC | Kenny G | Don't Make Me Wait For Love | Duotones | 79-028 |
| UMG Recordings, Inc. | Shaggy | It Wasn't Me | Hot Shot | 286-657 |

## Exhibit A

### Doe #21 (4.3.236.165 2005-07-13 09:29:47 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Virgin Records America, Inc. | UB40 | Baby | Labour Of Love II | 112-173 |
| Virgin Records America, Inc. | UB40 | Bring Me Your Cup | Promises And Lies | 186-039 |
| UMG Recordings, Inc. | Janet Jackson | When I Think of You | Control | 69-529 |
| UMG Recordings, Inc. | Nelly | Batter Up | Country Grammar | 281-782 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Breakdown | Butterfly | 244-014 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |

**Exhibit A**

**Doe #22 (151.204.154.230 2005-07-13 21:45:41 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Capitol Records, Inc. | Richard Marx | Right Here Waiting | Repeat Offender | 103-712 |
| UMG Recordings, Inc. | Bloodhound Gang | The Bad Touch | Hooray For Boobies | 278-185 |
| SONY BMG MUSIC ENTERTAINMENT | Jennifer Lopez | Let's Get Loud | On The 6 | 267-571 |
| SONY BMG MUSIC ENTERTAINMENT | Savage Garden | I Knew I Loved You | Affirmation | 276-120 |
| BMG Music | O-Town | Liquid Dreams | O-Town | 294-872 |

## Exhibit A

### Doe #23 (66.171.170.14 2005-07-14 04:05:30 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | One Step Closer | Hybrid Theory | 288-402 |
| Warner Bros. Records Inc. | Madonna | Like a Virgin | Like a Virgin | 59-442 |
| Capitol Records, Inc. | Blondie | One Way Or Another | Parallel Lines | 4-090 |
| Interscope Records | No Doubt | Don't Speak | Tragic Kingdom | 206-724 |
| UMG Recordings, Inc. | Sheryl Crow | All I Wanna Do | Tuesday Night Music Club | 209-823 |
| Arista Records LLC | Clipse | Grindin' | Lord Willin' | 321-673 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Whitney Houston | When You Believe | My Love is Your Love | 298-453 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

## Exhibit A

### Doe #24 (162.83.222.64 2005-07-15 02:17:07 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Material Girl | Like a Virgin | 59-442 |
| Warner Bros. Records Inc. | Madonna | Don't Tell Me | Music | 285-828 |
| Virgin Records America, Inc. | Spice Girls | 2 Become 1 | Spice | 201-276 |
| Virgin Records America, Inc. | Spice Girls | Spice Up Your Life | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Close My Eyes | Butterfly | 244-014 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Man In The Mirror | Bad | 84-256 |
| Arista Records LLC | TLC | If I Was Your Girlfriend | CrazySexyCool | 198-743 |
| Arista Records LLC | Whitney Houston | Could I Have This Kiss Forever | Whitney The Greatest Hits | 284-891 |
| BMG Music | Tyrese | Lately | Tyrese | 237-788 |
| Interscope Records | Eve | Let Me Blow Ya Mind | Scorpion | 293-364 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Bootylicious | Survivor | 289-199 |

**Exhibit A**

**Doe  #25 (68.163.37.16 2005-08-10 00:20:26 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Dire Straits | Brothers in Arms | Brothers In Arms | 63-040 |
| Warner Bros. Records Inc. | Leo Sayer | When I Need You | Endless Flight | N37784 |
| Virgin Records America, Inc. | Gary Moore | Still Got The Blues | After Hours | 140-311 |
| Motown Record Company, L.P. | Lionel Richie | Hello | Can't Slow Down | 49-235 |
| UMG Recordings, Inc. | Berlin | Take My Breath Away | Count Three and Pray | 72-521 |
| UMG Recordings, Inc. | Elton John | Sorry Seems To Be The Hardest Word | To Be Continued | 127-149 |
| UMG Recordings, Inc. | Nirvana | Smells Like Teen Spirit | Nevermind | 135-335 |
| UMG Recordings, Inc. | Sting | Desert Rose | Brand New Day | 271-015 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Bolton | Soul Provider | Soul Provider | 106-829 |
| Arista Records LLC | Five | Don't Wanna Let You Go | Invincible | 284-979 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #26 (162.84.175.56 2005-09-13 09:38:04 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Linkin Park | A Place For My Head | Hybrid Theory | 288-402 |
| Priority Records LLC | NWA | 8 Ball | Straight Outta Compton | 150-531 |
| Interscope Records | Dr. Dre | Forgot About Dre | 2001 | 277-983 |
| UMG Recordings, Inc. | Blink-182 | I'm Sorry | Dude Ranch | 243-969 |
| SONY BMG MUSIC ENTERTAINMENT | Michael Jackson | Smooth Criminal | Bad | 84-256 |
| Arista Records LLC | Pink | You Make Me Sick | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |

## Exhibit A

### Doe #27 (162.84.198.110 2005-09-15 00:14:14 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Elektra Entertainment Group Inc. | Tamia | Stranger In My House | A Nu Day | 293-084 |
| Virgin Records America, Inc. | After 7 | Baby I'm For Real (Natural High) | Takin' My Time | 178-457 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Interscope Records | Mya | It's All About Me | Mya | 255-973 |
| UMG Recordings, Inc. | LL Cool J | Around The Way Girl | Mama Said Knock You Out | 123-555 |
| UMG Recordings, Inc. | Mary J. Blige | All That I Can Say | Mary | 268-503 |
| SONY BMG MUSIC ENTERTAINMENT | Destiny's Child | Say My Name | The Writing's on the Wall | 268-936 |
| SONY BMG MUSIC ENTERTAINMENT | Johnny Kemp | Just Got Paid | Secrets of Flying | 92-433 |
| SONY BMG MUSIC ENTERTAINMENT | Will Smith | Miami | Big Willie Style | 249-123 |
| Arista Records LLC | Outkast | Rosa Parks | Aquemini | 264-092 |
| BMG Music | Public Announcement | Mamacita | Don't Hold Back | 290-826 |

## Exhibit A

### Doe #28 (68.161.209.253 2005-09-15 00:35:51 (EDT))

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Dire Straits | Brothers in Arms | Brothers In Arms | 63-040 |
| Virgin Records America, Inc. | Blur | Beetlebum | Blur | 231-938 |
| Virgin Records America, Inc. | Spice Girls | Viva Forever | Spiceworld | 261-523 |
| UMG Recordings, Inc. | Bryan Adams | Please Forgive Me | So Far So Good | 206-509 |
| UMG Recordings, Inc. | U2 | I Still Haven't Found What I'm Looking For | The Joshua Tree | 78-949 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Dancing In The Dark | Born In The U.S.A. | 55-647 |
| SONY BMG MUSIC ENTERTAINMENT | Bruce Springsteen | Secret Garden | Greatest Hits | 198-948 |
| Arista Records LLC | Whitney Houston | I Have Nothing | Bodyguard Soundtrack | 152-583 |
| Arista Records LLC | Whitney Houston | If I Told You That | My Love is Your Love | 298-453 |
| BMG Music | Eurythmics | Here Comes the Rain Again | Touch | 52-363 |

**Exhibit A**

**Doe #29 (68.161.94.245 2005-09-15 19:14:05 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Atlantic Recording Corporation | Lil' Kim | Custom Made | The Notorious K.I.M. | 286-624 |
| Virgin Records America, Inc. | Janet Jackson | I Get Lonely | The Velvet Rope | 261-516 |
| Interscope Records | Eve | Gotta Man | Let There Be Eve...Ruff Ryder's First Lady | 265-925 |
| UMG Recordings, Inc. | Nelly | Thicky Thick Girl | Country Grammar | 281-782 |
| Arista Records LLC | Next | Wifey | Welcome II Nextasy | 284-980 |
| Arista Records LLC | Pink | You Make Me Sick | Can't Take Me Home | 279-958 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Avril Lavigne | Complicated | Let Go | 312-786 |

**Exhibit A**

**Doe #30 (162.84.153.128 2005-09-19 17:52:13 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Fleetwood Mac | The Chain | Rumours | N39857 |
| Capitol Records, Inc. | Blondie | Heart of Glass | Parallel Lines | 4-090 |
| UMG Recordings, Inc. | Elton John | Someone Saved My Life Tonight | Captain Fantastic | N26203 |
| UMG Recordings, Inc. | Sheryl Crow | Sweet Child O' Mine | The Globe Sessions | 279-383 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Open Arms | Escape | 30-088 |
| SONY BMG MUSIC ENTERTAINMENT | Journey | Send Her My Love | Frontiers | 43-223 |
| Arista Records LLC | Dido | Here With Me | No Angel | 289-904 |

**Exhibit A**

**Doe #31 (68.161.110.42 2005-09-21 01:28:17 (EDT))**

| COPYRIGHT OWNER | ARTIST | RECORDING TITLE | ALBUM TITLE | SR# |
|---|---|---|---|---|
| Motown Record Company, L.P. | Erykah Badu | Bag Lady | Mama's Gun | 295-614 |
| UMG Recordings, Inc. | Avant | Separated | My Thoughts | 281-220 |
| UMG Recordings, Inc. | Dru Hill | 5 Steps | Dru Hill | 227-760 |
| UMG Recordings, Inc. | Mary J. Blige | I Can Love You | Share My World | 238-818 |
| UMG Recordings, Inc. | Mary J. Blige | Love No Limit | What's The 411? | 149-212 |
| SONY BMG MUSIC ENTERTAINMENT | Marc Anthony | My Baby You | Marc Anthony | 284-194 |
| Arista Records LLC | TLC | Unpretty | Fanmail | 298-454 |
| Arista Records LLC | Toni Braxton | Un-Break My Heart | Secrets | 233-892 |
| Arista Records LLC | Usher | Nice and Slow | My Way | 257-730 |
| BMG Music | Tyrese | Sweet Lady | Tyrese | 237-788 |