**EXHIBIT 1**

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | racata.wma | Wisin y Yandel | 2,760KB | Audio |
| geniphursix@KaZaA | 07 - Provocandome(1).mp3 | Don Omar | 912KB | Audio |
| geniphursix@KaZaA | daddy yankee - Mas flow-metele candela.wma | Daddy Yanke | 1,462KB | Audio |
| geniphursix@KaZaA | Talib Kweli = Hi-tek - the  blast (1).mp3 | Talib Kwali_HiTek | 5,055KB | Audio |
| geniphursix@KaZaA | Don Omar - Miralos.mp3 | Don Omar | 3,225KB | Audio |
| geniphursix@KaZaA | Fat Joe - Bronx Tale.mp3 | Fat Joe | 2,764KB | Audio |
| geniphursix@KaZaA | 15 - Track 15.mp3 | Luny Tunes y Noriega | 1,663KB | Audio |
| geniphursix@KaZaA | janet jackson - I just Wanna.mp3 | Janet Jackson | 5,186KB | Audio |
| geniphursix@KaZaA | Track 10.mp3 | Nina Simone | 2,723KB | Audio |
| geniphursix@KaZaA | nina simone - four women.mp3 | Nina Simone | 4,172KB | Audio |
| 2 Users | Don omar y  yankee afuego (1).mp3 | Daddy Yankee | 3,492KB | Audio |
| geniphursix@KaZaA | mas flow-Nicky Jan.mp3 | Nicky Jam | 2,919KB | Audio |
| geniphursix@KaZaA | Castigo.mp3 | Más Flow 2 | 4,936KB | Audio |
| geniphursix@KaZaA | 07 Mayor Que Yo.wma | Luny Tunes | 3,915KB | Audio |
| geniphursix@KaZaA | (Jay-Z)-Excuse Me Miss.mp3 | Jay-Z. | 2,198KB | Audio |
| geniphursix@KaZaA | 01 - Brad Pitt _ Kuasehfgaiurgh_.mp3 | Various Artists | .95KB | Audio |
| geniphursix@KaZaA | la gata suelta.mp3 | Don Omar | 2,043KB | Audio |
| geniphursix@KaZaA | 01-Lil Kim - The Intro.mp3 | Lil Kim | 2,004KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - Touch You.mp3 | Talib Kwali | 4,398KB | Audio |
| geniphursix@KaZaA | Hector y Tito Feat Don Omar - Baila Morena.wma | Don Omar | 2,270KB | Audio |

Found 4168 files | 2,286,786 users online, sharing 559,527,296 files (19.8  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download

Search Field

| User: | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Hector y Tito Feat Don Omar - Baila Morena.wma | Don Omar | 2,270KB | Audio |
| geniphursix@KaZaA | 02 this is your life.wma | switchfoot | 4,304KB | Audio |
| geniphursix@KaZaA | winamp5.bat | Unknown | 33KB | |
| geniphursix@KaZaA | 13 Guayaquil .mp3 | Don Omar | 1,482KB | Audio |
| geniphursix@KaZaA | Hector y Tito-cae la noche.mp3 | 3 | 2,864KB | Audio |
| geniphursix@KaZaA | CHEKA-TODA LA NOCHE.mp3 | Cheka | 3,782KB | Audio |
| geniphursix@KaZaA | 12.mp3 | Don Omar | 3,301KB | Audio |
| geniphursix@KaZaA | cat.kpl | Styles P. ft : Akon | 0KB | |
| 2 Users | Me And Mrs Jones_08_This Is Your Life_Billy_Paul.mp3 | Billy Paul | 4,018KB | Audio |
| geniphursix@KaZaA | MVP - 4 - Divino (1).mp3 | Mvp! | 4,170KB | Audio |
| geniphursix@KaZaA | Hector_El_Bambino_-_Los_Anormales.wma | Hector "El Bambino" | 563KB | Audio |
| geniphursix@KaZaA | Don Omar - Palante.wma | Don Omar | 2,740KB | Audio |
| geniphursix@KaZaA | LOBA.wma | Don Omar | 1,427KB | Audio |
| geniphursix@KaZaA | 01-lil_mo_ft_lil_kim-10_commandments.mp3 | 01-lil_mo_ft_lil_kim-10_c... | 2,346KB | Audio |
| geniphursix@KaZaA | 01-usher_feat_lil_jon_and_ludacris-yeah-qmb.mp3 | usher | 5,832KB | Audio |
| geniphursix@KaZaA | 01_The Strokes_Is-This It.mp3 | The Strokes | 3,036KB | Audio |
| geniphursix@KaZaA | 02 - serve this royalty.mp3 | Cody Chesnutt | 4,095KB | Audio |
| geniphursix@KaZaA | 02- Somebody Else.mp3 | Radiohead | 2,633KB | Audio |
| geniphursix@KaZaA | sobale el pelo.mp3 | Luny tunes y. baby ranks | 3,311KB | Audio |
| geniphursix@KaZaA | 2 - Mothership Connection.mp3 | Parliment | 6,317KB | Audio |

Found 4198 Files | 2,286,766 users online, sharing 3584,527,896 files (19 PB) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | 2 - Mothership Connection.mp3 | Parliment | 6,317KB | Audio |
| geniphursix@KaZaA | 02-Joe - And Then.mp3 | Joe | 4,831KB | Audio |
| geniphursix@KaZaA | Ronca.mp3 | Don Omar,Zion,Hector | 4,698KB | Audio |
| geniphursix@KaZaA | 03 - Ms. Stress.mp3 | Floetry | 3,878KB | Audio |
| geniphursix@KaZaA | DON OMAR-LA BATIDORA (1).MP3 | DON OMAR | 4,466KB | Audio |
| geniphursix@KaZaA | 03-black moon-the_fever-wcr.mp3 | Black Moon | 1,711KB | Audio |
| geniphursix@KaZaA | 03-Doing_It_Way_Big.mp3 | Lil'Kim | 9,388KB | Audio |
| geniphursix@KaZaA | DESAFIO.mp3 | Don Omar | 1,849KB | Audio |
| geniphursix@KaZaA | 03: Womanopoly .mp3 | Musiq | 4,624KB | Audio |
| geniphursix@KaZaA | don omar - intocable remix.mp3 | don omar | 1,639KB | Audio |
| geniphursix@KaZaA | 04-Lil Kim - Cant F With Queen Bee.mp3 | Lil Kim | 6,996KB | Audio |
| geniphursix@KaZaA | 04-mood ring-no sleep tonight-mood ring.mp3 | mya | 5,373KB | Audio |
| geniphursix@KaZaA | 04-r_kelly-ill_never_leave_0mni (1).mp3 | R. Kelly | 5,299KB | Audio |
| geniphursix@KaZaA | 04-sheek-i_aint_forget.tas.mp3 | sheek | 5,493KB | Audio |
| geniphursix@KaZaA | Donkeo (1).mp3 | don omar | 3,057KB | Audio |
| geniphursix@KaZaA | Don Omar-gargolas (6).wma | HECTOR Y TITO | 1,325KB | Audio |
| geniphursix@KaZaA | 05 - PELIGRO.mp3 | Manu Chao | 2,962KB | Audio |
| geniphursix@KaZaA | 05-cnn-whats_yo_name-tas.mp3 | cnn | 5,912KB | Audio |
| geniphursix@KaZaA | AventuraFeatDonOmar (1).wma | Aventura Feat Don Omar | 1,090KB | Audio |
| geniphursix@KaZaA | donald byrd cristo redentor raylene.asf | Unknown | 23KB | Video |

Found 4189 files    2,286,786 users online, sharing 554,527,296 files (9,8) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download    New search    Search

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | donald byrd cristo redentor raylene.asf | Unknown | 23KB | Video |
| geniphursix@KaZaA | rude boys - go ahead and cry.mp3 | RUDE BOYS | 4,044KB | Audio |
| geniphursix@KaZaA | Silvio rodrigez-ojala.mp3 | Silvio Rodriguez | 3,428KB | Audio |
| geniphursix@KaZaA | AlbumArt_{B4736870-8431-4569-B89D-DC723FDAD62F}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | serious-street's disciple_nas 19.mp3 | Nas | 2,457KB | Audio |
| geniphursix@KaZaA | the shins - garden state original soundtrack- new slang.m... | the shins | 5,453KB | Audio |
| geniphursix@KaZaA | garden state soundtrack mary black.jpg | Unknown | 11KB | Image |
| geniphursix@KaZaA | Fair.mp3 | Remy Zero | 3,234KB | Audio |
| geniphursix@KaZaA | 12-dead_prez-way_4_life-esc.mp3 | Dead Prez | 4,140KB | Audio |
| geniphursix@KaZaA | Thievery Corporation - Closer To God.mp3 | OS | 4,327KB | Audio |
| geniphursix@KaZaA | Reggeaton-pistoleo.wma | Don Omar ft. Daddy Yank... | 597KB | Audio |
| geniphursix@KaZaA | Blackalicious - Don't Let Money Change.mp3 | Blackalicious | 6,228KB | Audio |
| geniphursix@KaZaA | Lucy Pearl - La la la.mp3 | Raphael Sadiq | 2,468KB | Audio |
| geniphursix@KaZaA | 10-dead_prez-fucked_up-esc.mp3 | Dead Prez | 3,829KB | Audio |
| geniphursix@KaZaA | 06-1Djmelo1.mp3 | Daddy Yankee | 3,024KB | Audio |
| geniphursix@KaZaA | Dj Blass - Muevete y Perrea.mp3 | Reggaeton | 1,156KB | Audio |
| geniphursix@KaZaA | Amigo Dejala.wma | Mas Flow 2 | 829KB | Audio |
| geniphursix@KaZaA | Daddy Yankee-Dale Mami.wma | reggaeton | 1,538KB | Audio |
| geniphursix@KaZaA | Garden State Soundtrack - Alexi Murdoch - Orange Sky.mp3 | Garden State Soundtrack | 2,350KB | Audio |
| geniphursix@KaZaA | Max Greger - Belissimo.wav | C | 29,623KB | Audio |

Found 1,168 files

2,286,766 users on line, sharing 554,527,296 files (19,16) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Max Greger - Belissimo.wav | C | 29,623KB | Audio |
| geniphursix@KaZaA | don omar - reggaeton latino.wma | Don Omar | 828KB | Audio |
| geniphursix@KaZaA | AlbumArt_{A7B6DFB0-9BF8-4F52-B121-F92EDF20B2A6}_... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | Debbie Gibson - Foolish Beat.mp3 | 3. | 4,148KB | Audio |
| geniphursix@KaZaA | AlbumArt_{A7B6DFB0-9BF8-4F52-B121-F92EDF20B2A6}_... | Unknown | 2KB | Image |
| 2 Users | Take It Easy.kpl | Mad Lion | 0KB | |
| geniphursix@KaZaA | TLC - Lets Talk About Sex (1).mp3 | 3 | 5,133KB | Audio |
| geniphursix@KaZaA | mommy.kpl | New Kids On The Block | 0KB | |
| geniphursix@KaZaA | Killa Army - Fair, Love, War.mp3 | Killarmy | 3,862KB | Audio |
| geniphursix@KaZaA | Wheezer - Island In the Sun (1).MP3 | Weezer | 1,362KB | Audio |
| geniphursix@KaZaA | don omar - reggaeton.latino (1).wma | Don Omar | 828KB | Audio |
| geniphursix@KaZaA | 11 Tu Cuerpo Me Arrebata.wma | Don-Omar | 3,207KB | Audio |
| geniphursix@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{18930D32-106F-4932-9330-C1F899AD4A82}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | desktop.ini | Unknown | 0KB | |
| geniphursix@KaZaA | 05-Obnoxious.mp3 | Immortal Technique | 6,784KB | Audio |
| geniphursix@KaZaA | don omar mas flow.mp3 | Wisin Y Yandel | 1,359KB | Audio |
| geniphursix@KaZaA | Maroon 5 - 06 - The Sun.mp3 | Maroon 5 | 4,382KB | Audio |
| geniphursix@KaZaA | Dembo (Regueton).mp3 | Sergio Cisneros | 3,516KB | Audio |
| geniphursix@KaZaA | 1.mp3 | Wisin y Yandel | 1,776KB | Audio |

2,286,765 users online, sharing 553,527,296 files (19.8) Not sharing any files

Found 4168 files

Kazaa - [Search]

File  Web  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Traffic | Shop | Tell A Friend

New search | Search Fields

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 1.mp3 | Wisin y Yandel | 1,776KB | Audio |
| geniphursix@KaZaA | AlbumArt_{53FB6FB3-2617-4CA9-950C-BF6E6BCBF37A}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{53FB6FB3-2617-4CA9-950C-BF6E6BCBF37A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 05 Take Me Home.wma | Terror Squad | 3,335KB | Audio |
| geniphursix@KaZaA | Mario- Let Me Love You.m3u | Unknown | 0KB | |
| geniphursix@KaZaA | Bobby Vinton - I'm Mr Lonely.mp3 | Bobby Vinton | 2,498KB | Audio |
| geniphursix@KaZaA | sheeklouch- how I love you.mp3 | sheek louch | 4,569KB | Audio |
| geniphursix@KaZaA | lady saw- I got your man.wma | lady saw | 2,138KB | Audio |
| geniphursix@KaZaA | AlbumArt_{50086011-008A-4EB2-9A5E-F1E39B5A652B}_1... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{8A52B575-D992-4747-B0D0-062A75B255FA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | una guitarra yora.kpl | Los Temerarios | 0KB | |
| geniphursix@KaZaA | AlbumArt_{8A52B575-D992-4747-B0D0-062A75B255FA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{34AF274C-2E1E-4A02-80E3-D8F42D56C847}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | Outkast - Prototype.mp3 | Outkast | 5,100KB | Audio |
| geniphursix@KaZaA | George Michael - Look At Your Hands.mp3 | George Michael | 4,406KB | Audio |
| geniphursix@KaZaA | Lilias.kpl | Joan Armatrading... | 9KB | |
| geniphursix@KaZaA | Cri Cri.kpl | Cri Cri | 1KB | |
| geniphursix@KaZaA | awesome22.kpl | (Busta Rhymes Feat Mari... | 1KB | |
| geniphursix@KaZaA | Mc Solaar - La La.mp3 | MC Solaar | 3,679KB | Audio |
| geniphursix@KaZaA | Sade - Stronger Than Pride.mpg | Sade | 45,379KB | Video |

2,286,786 users online, sharing 554,527,286 files (19.8 | Not sharing any files)

Found 4,168 files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Sade - Stronger Than Pride.mpg | Sade | 45,379KB | Video |
| geniphursix@KaZaA | King of Sorrow.kpl | Sade | 0KB | |
| geniphursix@KaZaA | duran_duran rio mp3 amateur_lesbian_cliff_the_passenger_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | duran duran - DuranDuran Rio.mp3 | Duran Duran | 3,789KB | Audio |
| geniphursix@KaZaA | AlbumArt_{34AF274C-2F1E-4AD2-80E3-D8F42D56C847}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Isaac Hayes - Two Cool Guys .mp3 | Isaac Hayes | 2,922KB | Audio |
| geniphursix@KaZaA | 04 - Pueblo Nuevo.mp3 | Buena Vista Social Club | 5,791KB | Audio |
| geniphursix@KaZaA | maxwell - 09 - this womans work.mp3 | Maxwell | 3,911KB | Audio |
| geniphursix@KaZaA | nas-street's disciple-just a moment.mp3 | Nas | 2,007KB | Audio |
| geniphursix@KaZaA | nas street's disciple i am somebody.mp3 | Nas | 1,332KB | Audio |
| geniphursix@KaZaA | Hey Fuck You Beastie Boys.torrent | Unknown | 5KB | |
| geniphursix@KaZaA | To-The 5 Boroughs-6 Hey-Fuck You Beastie Boys.torrent | Unknown | 6KB | |
| geniphursix@KaZaA | AlbumArt_{55E282F7-5CF4-475D-B224-7AAA99156CEA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{2EAF3140-7F97-4040-AFCE-8826C96D9269}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | Marvin Gaye - After The Dance.mp3 | Marvin Gaye | 3,283KB | Audio |
| geniphursix@KaZaA | Swing_da-Timbalada.mp3 | Asa de Água | 2,706KB | Audio |
| geniphursix@KaZaA | Jay Z - The Black Album - Lucifer.wma | Jay Z | 2,282KB | Audio |
| geniphursix@KaZaA | Toque do Timbaleiro - Timbalada.zip | Unknown | 1,529KB | |
| geniphursix@KaZaA | marc et claude - like the sunshine.mp3 | 3 | 3,488KB | Audio |
| | Beija Flor _ Timbalada.mp3 | Timbalada | 4,198KB | Audio |

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Download

New search     Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Beija Flor_Timbalada.mp3 | Timbalada | 4,198KB | Audio |
| geniphursix@KaZaA | Lucifer (1).mp3 | Jay-Z | 4,502KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C2EBA606-6A6D-440C-A4EA-8B68F1C59B15}_... | Unknown | 19KB | Image |
| geniphursix@KaZaA | AlbumArt_{982B2ABB-4BAF-478A-9724-0E4D46A7EEE8}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{982B2ABB-4BAF-478A-9724-0E4D46A7EEE8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | sheek louch - turn it up.mp3 | sheek louch | 4,126KB | Audio |
| geniphursix@KaZaA | eminem-mosh-encore.mp3 | Eminem. | 5,319KB | Audio |
| geniphursix@KaZaA | last poets -.jazzoetry.mp3 | Last Poets. | 3,558KB | Audio |
| geniphursix@KaZaA | 07-ghostface-save_me_dear-rns.mp3 | Ghostface | 4,389KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Be This Way.mp3 | Ghostface | 5,964KB | Audio |
| geniphursix@KaZaA | live now-street's disciple_nas-wcr.mp3 | Nas | 6,557KB | Audio |
| geniphursix@KaZaA | Eagles - Best of my love (6).kar | A+ | 33KB | Audio |
| geniphursix@KaZaA | Joe Walsh - In The City.mp3 | Eagles | 3,904KB | Audio |
| geniphursix@KaZaA | bobby valentino-slow down remix (1)(1).wma | Bobby Valentino | 2,246KB | Audio |
| geniphursix@KaZaA | Landslide STEVIE NICKS.kar | A | 18KB | Audio |
| geniphursix@KaZaA | ricky ticky_encore_eminem.mp3 | Eminem. | 3,586KB | Audio |
| geniphursix@KaZaA | eminem-ass like that-encore.mp3 | Eminem | 3,528KB | Audio |
| geniphursix@KaZaA | AlbumArt_{55E282F7-5CF4-475D-B224-7AAA9915 6CEA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | lo nuevo.kpl | Tego Calderon feat. Yan... | 2KB | Audio |
| geniphursix@KaZaA | AlbumArt_{67290E0E-300F-442E-B05A-6611E767F52D}_L... | Unknown | 11KB | Image |

Found 4,168 Files          2,286,766 users online, sharing 554,527,296 files (19.6...   Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web — My Kazaa  | Theater  | Search  Shop  Traffic  Tell A Friend

New search  | Download

Search  Search Field

| User | Filename | Artist | Size | Media type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{6729QE0E-300F-442E-B05A-6611E767F52D}_L... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{6729QE0E-300F-442E-B05A-6611E767F52D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{63BFB277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{63BFB277-7F46-4CCC-896F-5E8933B3FC75}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FDA9032-A6D1-4664-9B92-1DB2F06E3DE0}_... | Unknown | 19KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FDA9032-A6D1-4664-9B92-1DB2F06E3DE0}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{DDE26C5D-AEE2-4348-BFC4-060C960015B34}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{DDE26C5D-AEE2-4348-BFC4-060C960015B34}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Korgis - Everybody's Gotta Learn Sometime.mp3 | Korgis | 3,894KB | Audio |
| geniphursix@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{05F93397-76F1-4B86-AB33-C9DB36A1B741}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{2540CCA8-65DE-4AAD-8974-898BC4FA5FB9}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | welcome to.mp3 | Damian Marley | 3,409KB | Audio |
| geniphursix@KaZaA | Pink Floyed-Time.mp3 | Pink Floyd | 4,933KB | Audio |
| geniphursix@KaZaA | 07. - "Run Fay Run".mp3 | Isaac Hayes | 4,173KB | Audio |
| geniphursix@KaZaA | 08-ghostface-its_over-rns.mp3 | Nelly | 6,016KB | Audio |
| geniphursix@KaZaA | 13; 6 Seconds.mp3 | Cody ChesnuTT | 4,167KB | Audio |
| geniphursix@KaZaA | I Will THE BEATLES.kar | A | 15KB | Audio |
| geniphursix@KaZaA | Stylistics - Hurry Up This Way Again.mp3 | Stylistics | 5,495KB | Audio |
| 2 Users |  |  |  |  |
| geniphursix@KaZaA | 03 thief's theme nas street's disciple.mp3 | Nas | 3,833KB | Audio |

Found 4,168 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 03 thief's theme nas street's disciple.mp3 | Nas | 3,833KB | Audio |
| geniphursix@KaZaA | AlbumArt_{587F49E3-A548-4827-AC53-A7B2E9472767}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{587F49E3-A548-4827-AC53-A7B2E9472767}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | The Show Must Go On.mp3 | Pink Floyd | 1,500KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - eliades ochoa - un negrito en la h... | Unknown | 33KB | Audio |
| geniphursix@KaZaA | old school(rb)-Force MD's - Tears.mp3 | Force MD's | 4,069KB | Audio |
| geniphursix@KaZaA | Ashlee Simpson - Unreachable (3).mp3 | Ashlee Simpson | 3,673KB | Audio |
| geniphursix@KaZaA | Pharcyde - 05 - She Said.mp3 | The Pharcyde | 3,701KB | Audio |
| geniphursix@KaZaA | Mason Jennings-I Am Lonely.mp3 | Mason Jennings | 4,162KB | Audio |
| geniphursix@KaZaA | alcione - gostoso veneno.mp3 | Alcione e Djavan | 3,594KB | Audio |
| geniphursix@KaZaA | sun factor street's disciple nas.mp3 | Nas | 6,394KB | Audio |
| geniphursix@KaZaA | nas-street's disciple-getting married.mp3 | Nas | 3,723KB | Audio |
| geniphursix@KaZaA | 22-war-nas-street's disciple.mp3 | Nas | 7,236KB | Audio |
| geniphursix@KaZaA | rest of my life-street's disciple_nas-osc.mp3 | Nas | 7,007KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C2EBA606-6A60-440C-A4EA-8B38F1C59B15}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | Franz Ferdinand - Take Me Out (1).wma | Franz Ferdinand | 1,539KB | Audio |
| geniphursix@KaZaA | the beatnuts - find us.wma | Beatnuts feat akon | 1,918KB | Audio |
| geniphursix@KaZaA | AlbumArt_{6F05BA01-F0EA-4422-9D9D-15BF01BAA6C7}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | Outkast - Pink And Blue.mp3 | Outkast | 4,765KB | Audio |
| geniphursix@KaZaA | Prodigy - Smack My Bitch Up.mp3 | Prodigy | 5,356KB | Audio |

Found 4168 files.

2,286,766 users online, sharing 554,527,296 files (19.6 [ Not sharing any files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| geniphursix@KaZaA | TOK - Galang Gal (1).mp3 | TOK | 2,144KB | Audio |
| geniphursix@KaZaA | 05 Overnight Celebrity.wma | twista | 1,852KB | Audio |
| geniphursix@KaZaA | AlbumArt_{5ED6F754-C11B-4040-8BDA-59361F4FD633}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{5ED6F754-C11B-4040-8BDA-59361F4FD633}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | 12 Lucifer.wma | Jay-Z | 1,525KB | Audio |
| geniphursix@KaZaA | Tego Calderón - Lean Back (1).wma | Tego | 3,166KB | Audio |
| geniphursix@KaZaA | destiny's child_soldier_destiny's child-osc.mp3 | Destiny's Child | 2,793KB | Audio |
| geniphursix@KaZaA | TOK- She's Hot.wma | T.O.K. | 4,949KB | Audio |
| geniphursix@KaZaA | only u_concrete rose_ashanti-4him.mp3 | Ashanti | 3,520KB | Audio |
| geniphursix@KaZaA | 18-snoop_feat.wma | Snoop Dog ft. Pharell | 2,686KB | Audio |
| geniphursix@KaZaA | Hush.wma | LL Cool J | 3,393KB | Audio |
| geniphursix@KaZaA | latino mix.kpl | Unknown | 3KB | |
| geniphursix@KaZaA | 02-Donald Byrd - Wind Parade (1).mp3 | Donald Byrd | 5,754KB | Audio |
| geniphursix@KaZaA | Donald Byrd - Flight Time.mp3 | Tracey's Choices | 7,962KB | Audio |
| geniphursix@KaZaA | mirame.kpl | daddy yankee | 2KB | |
| geniphursix@KaZaA | 12.wma | Daddy Yankee | 791KB | Audio |
| geniphursix@KaZaA | Thumbs.db | Unknown | 57KB | |
| geniphursix@KaZaA | att00217.zip | Unknown | 225KB | |
| geniphursix@KaZaA | Les Miserables - Come to Me .mp3 | Les Misérables | 3,516KB | Audio |
| geniphursix@KaZaA | Ad-awarerefF01R349.scr | Unknown | 33KB | Software |

Found 4168 files.

2,286,766 users online, sharing 558,527,296 files (19.6 [Not sharing any files]



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Tell A Friend

Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | lumidee-never leave you (1).wma | Lumidee | 3,441KB | Audio |
| geniphursix@KaZaA | AlbumArt_{4DAA8DE2-8732-48D4-A2C4-BF29A069C9BD}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5956F0D3-4FA5-40E5-8B92-97EA52CF43DA}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{5956F0D3-4FA5-40E5-8B92-97EA52CF43DA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{807D5D3E-EE46-43B4-A749-8B7BD98C8100}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{807D5D3E-EE46-43B4-A749-8B7BD98C8100}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{97639B7D-583F-4F3A-820D-77C924E2F2E6}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{97639B7D-583F-4F3A-820D-77C924E2F2E6}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{BCCD8889-0FE0-424B-A9BD-3012D4FF3BC3}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{BCCD8889-0FE0-424B-A9BD-3012D4FF3BC3}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | #1.kpl | fifty cent | 1KB | |
| geniphursix@KaZaA | AlbumArt_{C1EF4A0A-3284-417F-AF13-CB86D94745B2}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{9D383CE0-A63E-48EB-88CE-62EA12A47937}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{9D383CE0-A63E-48EB-88CE-62EA12A47937}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0EA372CD-F5D1-414B-893A-4B252C538368}_m... | Unknown | 15KB | Image |
| geniphursix@KaZaA | bad brains - I luv I jah.mp3 | Bad Brains | 5,984KB | Audio |
| geniphursix@KaZaA | Bad Brains-Rock For Light_05_I and I Survive.mp3 | Bad Brains | 4,928KB | Audio |
| geniphursix@KaZaA | my faborite.kpl | RADIOHEAD | 5KB | |
| geniphursix@KaZaA | Nirvana - Dumb.mp3 | Nirvana | 2,378KB | Audio |
| geniphursix@KaZaA | gyetoverit.kpl | 3 Doors Down | 0KB | |

Found 4168 files.

2,286,786 users online, sharing 554,527,296 files (1916) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search  Download  Search Field

| Filename | Artist | Size | Media Type |
|---|---|---|---|
| gyeboverit.kpl | 3 Doors Down | 0KB | |
| 07-matt_nathanson-laid-apc.mp3 | matt_nathanson | 4,325KB | Audio |
| AlbumArt_{966FD45F-58CA-4BB2-8618-88312CF55BA4}_... | Unknown | 12KB | Image |
| AlbumArt_{966FD45F-58CA-4BB2-8618-88312CF55BA4}_... | Unknown | 3KB | Image |
| AlbumArt_{ED31C54B-1F5C-4F06-A9D6-5A78F1065761}_... | Unknown | 10KB | Image |
| Margarete Menezes - Elelloo.mp3 | Margareth Menezes | 4,084KB | Audio |
| Chico.kpl | Chico | 5KB | |
| Elevators.mp3 | OutKast | 4,135KB | Audio |
| outkast - Cadillac Doors.mp3 | OutKast | 4,146KB | Audio |
| guava jelly.mp3 | Bob Marley | 2,157KB | Audio |
| Bob Marley - Nice time.mp3 | Bob Marley | 2,578KB | Audio |
| Bob Marley - Do It Twice.mp3 | Bob Marley | 2,637KB | Audio |
| Bob Marley - One Drop.mp3 | Bob Marley | 3,624KB | Audio |
| so much trouble.mp3 | Bob Marley | 9,279KB | Audio |
| Morcheeba - Let it go.mp3 | Morcheeba | 4,424KB | Audio |
| Let it go.wav | A+ | 15,503KB | Audio |
| GYETOVERIT.1.kpl | 3 Doors Down | 1KB | |
| Cri-Cri--los_cochinitos.mp3 | Cri-Cri | 3,222KB | Audio |
| ABBA - Move On.mp3 | ABBA | 3,878KB | Audio |
| Bob Marley - War_No More Trouble (live).mp3 | Bob Marley | 5,166KB | Audio |

Users

geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA
geniphursix@KaZaA

Found 4168 files.

2,286,766 users online: sharing 554,527,296 files (19.6 ...) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download  Search  Traffic  Shop  Tell A Friend

New search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Bob Marley - War No More Trouble (live).mp3 | Bob Marley | 5,166KB | Audio |
| geniphursix@KaZaA | Cri-Cri - Di Porque.mp3 | Cri-Cri | 1,463KB | Audio |
| geniphursix@KaZaA | Infantiles - CRICRINGCucurumbe.mp3 | Cri-Cri | 1,142KB | Audio |
| geniphursix@KaZaA | Debbie Gibson - I Get Lost In Your Eyes.mp3 | Debbie Gibson | 3,333KB | Audio |
| 2 Users | TKA - Maria (1).mp3 | TKA | 6,528KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0EADC1C0-56DE-4E22-A289-678D81A1D134}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0EADC1C0-56DE-4E22-A289-678D81A1D134}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | DELASOUL__PASS_THE_PEAS.MP3 | De La Soul | 3,697KB | Audio |
| geniphursix@KaZaA | Cri-Cri-El_Negrito_Bailar.mp3 | Cri-Cri | 3,089KB | Audio |
| geniphursix@KaZaA | Sade - Like Paradise.mp3 | Sade | 3,393KB | Audio |
| geniphursix@KaZaA | Where It's At.mp3 | Beck | 6,463KB | Audio |
| geniphursix@KaZaA | Joe Luciano - El baile de la Botella.kar | Francisco | 97KB | Audio |
| geniphursix@KaZaA | Africa Bambata_Soul Sonic Force - Rock It Don't Stop It... | Africa Bambata_SSF | 5,004KB | Audio |
| geniphursix@KaZaA | Melody - El baile del gorila.kar | Francisco | 118KB | Audio |
| geniphursix@KaZaA | Wilfrido Vargas - El baile del perrito.kar | Francisco | 88KB | Audio |
| geniphursix@KaZaA | 07 - Broken Train.mp3 | Beck | 5,883KB | Audio |
| geniphursix@KaZaA | TKA - Maria (3).mp3 | TKA | 3,499KB | Audio |
| geniphursix@KaZaA | PB - concentrate.wav | PB | 52KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0972E449-6444-47C6-AF9E-84C22A0575FF}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | Jimmy Hendrix - Wild Thing.mp3 | Jimi Hendrix | 5,170KB | Audio |

Found 4168 files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Jimmy Hendrix - Wild Thing.mp3 | Jimi Hendrix | 5,170KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0972E449-6444-47C6-AF9E-84C22A0575FF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{66896C4C-4A3A-4C56-A9BD-7A30E7911343}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{66896C4C-4A3A-4C56-A9BD-7A30E7911343}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-80CBCE807BB0}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{CCA1161A-61CE-4DFE-8528-80CBCE807BB0}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-84S9DDE9D1F7}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D530E2D7-103A-40FA-AF46-84S9DDE9D1F7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3EFES4BB-9E40-498C-843E-CFAF270967C5}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{3EFES4BB-9E40-498C-843E-CFAF270967C5}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{C8943153-3769-4542-AB0B-1FBCE878AF91}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{C8943153-3769-4542-AB0B-1FBCE878AF91}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CB0AD7F3-714E-4D5B-8DFE-1F0E99EE0044}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{CB0AD7F3-714E-4D5B-8DFE-1F0E99EE0044}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | don.omar - seduceme.mp3 | don.omar | 5,760KB | Audio |
| geniphursix@KaZaA | late registration turtles bob segar.wma | Unknown | 21KB | Audio |
| geniphursix@KaZaA | gorgeous.mp3 | Kanye West | 3,071KB | Audio |
| geniphursix@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEA4A8DE}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | Kanye West- Wow.mp3 | Kanye West | 3,409KB | Audio |
| geniphursix@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEABEA4A8DE}_... | Unknown | 2KB | Image |

Found 4,168 files    12,286,766 users online, sharing 554,527,296 files (19.6_ ) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    New Search    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{CDB52E30-9338-482F-9480-84FEA8EA-A8DE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | out_of_your_mind.mp3 | Kanye West | 8,015KB | Audio |
| geniphursix@KaZaA | AlbumArt_{209BC2F6-E3A1-4AE7-ADA7-E4C78BB62365}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | kanye west - hey mama.wma | kanye west | 3,106KB | Audio |
| geniphursix@KaZaA | AlbumArt_{ACCFEF9B-16B2-4632-875C-1F08A57CB7DC}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{ACCFEF9B-16B2-4632-875C-1FD8A57CB7DC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{81AED109-3033-4724-91C9-0E6BB9AB224C}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{81AED109-3033-4724-91C9-0E6BB9AB224C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{80BE73C0-1AE8-479C-94C1-85FC965ADE9D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{80BE73C0-1AE8-479C-94C1-85FC965ADE9D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | The Smiths~You've Got Everything Now (1).mp3 | The Smiths | 3,749KB | Audio |
| geniphursix@KaZaA | The Smiths~Butterfly.mp3 | The Smiths | 3,219KB | Audio |
| geniphursix@KaZaA | 04dead_prez-down-est.mp3 | Dead Prez | 2,981KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1684294D-13DC-4EA9-9F5B-2A8970FE089E}_... | Unknown | 15KB | Image |
| geniphursix@KaZaA | 08 Peace.mp3 | Kanye West | 3,419KB | Audio |
| geniphursix@KaZaA | Arguments.mp3 | Kanye West | 38,012KB | Audio |
| geniphursix@KaZaA | i_need_to_know.mp3 | Kanye West | 5,500KB | Audio |
| geniphursix@KaZaA | niggas_gossip.mp3 | Kanye West | 5,531KB | Audio |
| geniphursix@KaZaA | djavan~Outone (1).mp3 | Djavan | 4,028KB | Audio |
| geniphursix@KaZaA | 05, Eric Burdon.mp3 | Cody ChesnuTT | 2,530KB | Audio |

Found 3168 files

2,396,766 users online, sharing 554,527,296 files (19 B) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Stop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 05. Eric Burdon.mp3 | Cody ChesnuTT | 2,530KB | Audio |
| geniphursix@KaZaA | 05. Infatueighties.mp3 | Musiq | 4,315KB | Audio |
| geniphursix@KaZaA | 06 - Radiohead - Anyone Can Play Guitar.scn | Unknown: | 32KB | |
| geniphursix@KaZaA | 06-dead_prez-hell_yeah-esc.mp3 | Dead Prez | 7,064KB | Audio |
| geniphursix@KaZaA | 07-50_cent_and_gunit_feat_joe-i_wanna-0mni (1).mp3 | G-UNIT | 6,168KB | Audio |
| geniphursix@KaZaA | 07. Baby Mother.mp3 | Musiq | 4,428KB | Audio |
| geniphursix@KaZaA | 07. On A Joyride.mp3 | Cody ChesnuTT | 3,318KB | Audio |
| geniphursix@KaZaA | 07. Polly.mp3 | Polly | 3,072KB | Audio |
| geniphursix@KaZaA | 08 - Casa Babylon.mp3 | Manu Chao | 2,418KB | Audio |
| geniphursix@KaZaA | 08.ManuChao- Mi vida.mp3 | Manu Chao | 2,392KB | Audio |
| geniphursix@KaZaA | 08. Daylight.mp3 | Cody ChesnuTT | 766KB | Audio |
| geniphursix@KaZaA | 09 - artist - You Didn't Know That Though - title.mp3 | Blackalicious | 5,392KB | Audio |
| geniphursix@KaZaA | 09- SEAN PAUL - CONCRETE.mp3 | SEAN PAUL | 4,562KB | Audio |
| geniphursix@KaZaA | 09-black_moon-stoned_iz_the_way-wcr.mp3 | Black Moon | 6,132KB | Audio |
| geniphursix@KaZaA | 1.Mosedades - Eres Tu.mp3 | britney spears ft madonna | 1,837KB | Audio |
| geniphursix@KaZaA | 10 betta listen.mp3 | De La Soul | 6,278KB | Audio |
| geniphursix@KaZaA | 10. Daddy's Baby.mp3 | Cody ChesnuTT | 2,468KB | Audio |
| geniphursix@KaZaA | 11. itsoweezee (HOT).mp3 | De La Soul | 6,758KB | Audio |
| geniphursix@KaZaA | 11. Don't Stop (Ft Blah).mp3 | Musiq | 7,630KB | Audio |
| geniphursix@KaZaA | 112 - Track07.mp3 | 112 | 7,491KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 112 - Track07.mp3 | 112 | 7,491KB | Audio |
| geniphursix@KaZaA | 12 - Lloyd Banks - The Hustler.mp3 | 50 Cent | 2,349KB | Audio |
| geniphursix@KaZaA | 12-black_moon-how_we_do_it-wcr.mp3 | Black Moon | 5,272KB | Audio |
| geniphursix@KaZaA | 12 - Where Are You Going.mp3 | Musiq | 4,194KB | Audio |
| geniphursix@KaZaA | 13 - Me Haces Falta.mp3 | Marc Anthony | 5,437KB | Audio |
| geniphursix@KaZaA | 13 Big Girls Are Best.mp3 | U2 | 4,242KB | Audio |
| geniphursix@KaZaA | 13-Lil Kim - Get In Touch With Us.mp3 | Lil Kim | 5,324KB | Audio |
| geniphursix@KaZaA | 14 Ojala.mp3 | Sylvio Rodriguez | 2,699KB | Audio |
| geniphursix@KaZaA | 14_interlude.mp3 | Musiq | 596KB | Audio |
| geniphursix@KaZaA | 15-black_moon-no_way_(ft_steele)-wcr.mp3 | Black Moon | 5,214KB | Audio |
| geniphursix@KaZaA | 15_Showroom Dummies (Cha Cha Cha).mp3 | Showroom Dummies (Cha... | 5,156KB | Audio |
| geniphursix@KaZaA | 16 Unicornio Azul.mp3 | Sylvio Rodriguez | 5,145KB | Audio |
| geniphursix@KaZaA | 18 - SEAN PAUL - BUBBLE.mp3 | Sean Paul | 4,415KB | Audio |
| geniphursix@KaZaA | 2 Pac - Thugz Mansion.mp3 | Tupac ft. Anthony Hamilt... | 5,794KB | Audio |
| geniphursix@KaZaA | 21 - Track21.mp3 | vacilon 69 | 4,418KB | Audio |
| geniphursix@KaZaA | 24-sheek-o.k.-wcr.mp3 | Sheek | 3,899KB | Audio |
| geniphursix@KaZaA | 2_serial de maya's.rtf | Ganz Solaris | 2KB | Document |
| geniphursix@KaZaA | Al Green-Call Me.mp3 | Al Green | 2,156KB | Audio |
| geniphursix@KaZaA | AlbumArt_{039FDA74-793F-434C-98BB-302EFCCB6BB5}_... | Unknown | 7KB | Image |

Found 4168 files

2,286,766 users online, sharing 554,577,296 files (13.6) [Not sharing any files]

**kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theatre | Tell A Friend

New search | Download | Search | Traffic | Stop

| User | FileName | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | AlbumArt_{039FDA74-793F-434C-9BBB-302EFCCB6B65}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{07066EB8-FDC5-419F-9FBE-3741BC824FC2}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{07066EB8-FDC5-419F-9FBE-3741BC824FC2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{455667B38-59C8-41FE-BDE5-1F10FA659804}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A046746-3C63-4D5D-B991-4A996D733C4D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A046746-3C63-4D5D-B991-4A996D733C4D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3096D06A4-5E3E-4288-A1FB-2E7CF3ADC7C8}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{1CDE985D-C610-45EC-A9B5-BA4F46840056A}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{1CDE985D-C610-45EC-A9B5-BA4F46840056A}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{3D064BB1-B346-4847-BB66-E23D7C0A621D}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{529F169E-52AE-4A6E-94C6-58D389CE0FF6}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{31E24709-1577-4F77-85C6-399492E4FD5C}_L... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{31E24709-1577-4F77-85C6-399492E4FD5C}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{17AC26CC-880F-4BF9-8BC9-BFEB665D707E5}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{D33981ED-F30B-40A5-8D56-E61EE0489C85}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{25247B8C-A361-4C24-9F35-7C05F5078591}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{49E92CB7-14BA-41F8-8D76-6C802A0B8443}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{49E92CB7-14BA-41F8-8D76-6C802A0B8443}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED31C54B-1F5C-4F06-A3D6-5A7BF1065761}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_4614FD404-6E7F-4824-898E-DCF82341DF3E6}_... | Unknown | 8KB | Image |

Found 4198 files

<Search Field>

12,286,286 users online, sharing 584,527,296 files (191TB) Not sharing any files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{C58B13S9-C928-4817-B214-7EC58490D7C7}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | James Taylor - Everyday.mp3 | James Taylor | 3,066KB | Audio |
| geniphursix@KaZaA | James Brown - it's a mans world.mp3 | James Brown | 2,627KB | Audio |
| geniphursix@KaZaA | AlbumArt_{D4F3556B-A262-4F13-B9A1-C8917A3000085}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4F3556B-A262-4F13-B9A1-C8917A3000085}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4FC5F67-A440-4478-84C0-53CC87D1A5A1}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{D4FC5F67-A440-4478-84C0-53CC87D1A5A1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{4158D985-A563-4DC5-9768-E257E0914584}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{2098C2F8-E3A1-4AE7-ADA7-E4C78BB62365}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D53D00D63-D8C0-4043-8FEB-63F604DFFF7B}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{D53D00D63-D8C0-4043-8FEB-63F604DFFF7B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1A5A6D4B-F825-4AA3-B499-6DA3D3A4E990}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{F3F7761A-3502-4863-A90E-DCBCA1865A0C}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{F3F7761A-3502-4863-A90E-DCBCA1865A0C}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{F62EF243-F051-43D7-BC4B-22C89A586C8E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{DF9765A6-AEDF-4C79-9FB5-19AB9C4DFCBE}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{FE5B1794-26A3-407A-B4B3-3798637F1C0B}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FE5B1794-26A3-407A-B4B3-3798637F1C0B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | aldone - N o Deixa O Samba Morrer.mp3 | Various | 5,258KB | Audio |

Found 4,168 files.

2,286,766 users online, sharing 554,527,296 files (19.6... | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theatre | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | alione - N o Deixa O Samba Morrer.mp3 | Various | 5,258KB | Audio |
| geniphursix@KaZaA | Alexandre Pires - LONGE DE VOCE.mp3 | Alexandre Pires | 4,333KB | Audio |
| geniphursix@KaZaA | Anytime Any Place.mp3 | Janet Jackson | 6,692KB | Audio |
| geniphursix@KaZaA | atendiopelados - Barancunatana.mp3 | Atendiopelados | 2,960KB | Audio |
| geniphursix@KaZaA | barney - feliz cumpleaños a mi.mp3 | Barney | 2,832KB | Audio |
| geniphursix@KaZaA | Baro Biao - Mariana.mp3 | Baro Biao | 4,397KB | Audio |
| geniphursix@KaZaA | Beastie Boys - Girls.mp3 | Beastie Boys | 2,075KB | Audio |
| geniphursix@KaZaA | Beatnuts f. Dead Prez - Look Around.mp3 | BEATNUTS F. DEAD PREZ | 2,032KB | Audio |
| geniphursix@KaZaA | beg for mercy-my buddy-g - unit.mp3 | g -unit | 1,254KB | Audio |
| geniphursix@KaZaA | beyonce knowles-unreleased album-01-summertime.mp3 | beyonce knowles | 1,619KB | Audio |
| geniphursix@KaZaA | Big Tymers - This Is How We Do (2).wma | Big Tymers | 3,080KB | Audio |
| geniphursix@KaZaA | Billy Ocean - Suddenly.mp3 | Lionel Ritchie | 3,618KB | Audio |
| 2 Users | Black'47 - The Big Fellah.mp3 | Black'47 | 5,586KB | Audio |
| geniphursix@KaZaA | Black'47 - Who Killed Bobby Fuller.mp3 | Black'47 | 3,293KB | Audio |
| geniphursix@KaZaA | Black-Moon - 17 - Rush.mp3 | Black Moon | 7,012KB | Audio |
| geniphursix@KaZaA | Black Moon - gotcha open.mp3 | Black moon | 4,140KB | Audio |
| geniphursix@KaZaA | Blackbyrds - Rock Creek Park.mp3 | Blackbirds | 8,544KB | Audio |
| geniphursix@KaZaA | Blackmoon - Enta Da Stage.mp3 | Black Moon | 2,729KB | Audio |
| geniphursix@KaZaA | AlbumArt_{15D86GE6A-5E3F-4A3D-9C89-1B07040A1870}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | casi.kpl | AVENTURA | 1KB | |

Found 1188 files

2,286,766 users online, sharing 554,527,296 files (15,5...) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Stop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | casi.kpl | | 1KB | |
| geniphursix@KaZaA | C© DutchMan feat isa Pointer - From the heart.wma | AVENTURA | 4,344KB | Audio |
| geniphursix@KaZaA | change-clothes-the black album_Jay-z.mp3 | A+ | 2,835KB | Audio |
| geniphursix@KaZaA | cheiro de amor - É Demais Meu Rei - ao vivo.mp3 | Jay-z | 3,000KB | Audio |
| geniphursix@KaZaA | chico.debarge-is the love still good (1).mp3 | Cheiro de Amor | 4,576KB | Audio |
| geniphursix@KaZaA | cibo matto - marijuana.mp3 | Chico Debarge | 2,792KB | Audio |
| 2 Users | Cody.Chesnutt.- Don't Get No Better.mp3 | Cibo Mato | 3,380KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- Royalty.(1).mp3 | Cody Chesnutt | 5,410KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- With Me In Mind .mp3 | Cody Chesnutt | 3,616KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- 06.- Track 6.mp3 | Cody Chesnutt | 2,416KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- Beauty.mp3 | Cody Chesnutt | 811KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- Dream.mp3 | Cody Chesnutt | 2,051KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- Growing Old.mp3 | Cody Chesnutt | 954KB | Audio |
| geniphursix@KaZaA | Cody.Chesnutt.- Life In America.mp3 | Cody Chesnutt | 2,255KB | Audio |
| geniphursix@KaZaA | cold crush brothers - Cold Crush.mp3 | Cold Crush Brothers | 1,631KB | Audio |
| geniphursix@KaZaA | cool tag (graffiti).jpg | can2 | 78KB | Image |
| geniphursix@KaZaA | Cranberrys - Linger (live).mp3 | Cranberries | 4,595KB | Audio |
| geniphursix@KaZaA | Dimension Costeña - Mayeya.mp3 | Dimension Costeña | 4,154KB | Audio |
| geniphursix@KaZaA | donald-byrd - Black Butterfly.mp3 | Roy Ayers | 2,496KB | Audio |
| geniphursix@KaZaA | dwele - Possible.mp3 | Dwele | 4,502KB | Audio |

Found 4168 files | 2,286/286 users online, sharing 554,152/2,296 files (19 B) | Not sharing any files



| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | dwele - Possible.mp3 | Dwele | 4,502KB | Audio |
| geniphursix@KaZaA | e1.mp3 | jay-z feat. dead prez | 7,883KB | Audio |
| geniphursix@KaZaA | e4.mp3 | ghostface feat. missy | 4,195KB | Audio |
| geniphursix@KaZaA | e6.mp3 | cassidy feat. mos def | 5,123KB | Audio |
| geniphursix@KaZaA | e9.mp3 | capone-n-noriega | 5,570KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Lloraras (salsa) (2).mp3 | 3 | 3,446KB | Audio |
| 3 Users | el gran combo - Que.le Pongan Salsa.mp3 | no artist | 4,064KB | Audio |
| geniphursix@KaZaA | EL VACILON - El viejo motel 2.mp3 | El vacilon | 2,201KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - caiste 1.mp3 | EL VACILON DE LA MANA... | 4,380KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - Track 08.mp3 | EL VACILON 69 | 626KB | Audio |
| geniphursix@KaZaA | EL VACILON 69 - Track 12.mp3 | EL VACILON 69 | 2,464KB | Audio |
| geniphursix@KaZaA | El Vacilon de la manana - caiste (Alejate del nene).WMA | El vacilon de la manana | 3,140KB | Audio |
| geniphursix@KaZaA | El Vacilon De La Mañana - Cadavier En Auto.mp3 | El Vacilon De La Mañana | 2,299KB | Audio |
| geniphursix@KaZaA | Electronica - Emerging Artists.kpl | Unknown | 0KB | Audio |
| geniphursix@KaZaA | Floetry - big ben.mp3 | Floetry | 2,686KB | Audio |
| geniphursix@KaZaA | Floetry - Butterflies (1).mp3 | Floetry | 6,016KB | Audio |
| geniphursix@KaZaA | Floetry - fun (1).mp3 | Floetry | 5,960KB | Audio |
| geniphursix@KaZaA | floetry-hey_you-rjsl.mp3 | Floetry | 8,304KB | Audio |
| geniphursix@KaZaA | for_keeps-almost.famous_Jumidee.mp3 | Jumidee | 5,373KB | Audio |
| geniphursix@KaZaA | FORCE MD'S    FORGIVE ME GIRL.MP3 | New Artist | 6,102KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

My Kazaa | web | New search | Download | Theater | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | FORCE.MD'S    FORGIVE ME GIRL.MP3 | New Artist | 5,102KB | Audio |
| geniphursix@KaZaA | Funk - Emerging Artists.kpl | Unknown | 0KB | |
| geniphursix@KaZaA | g - unit-beg for mercy-smile.mp3 | g - unit. | 4,056KB | Audio |
| geniphursix@KaZaA | g - unit-footprints-beg for mercy.mp3 | g - unit | 3,872KB | Audio |
| geniphursix@KaZaA | g - unit-im so hood-beg for mercy.mp3 | g - unit | 1,888KB | Audio |
| geniphursix@KaZaA | G Unit - The grind.mp3 | G-Unit | 5,295KB | Audio |
| geniphursix@KaZaA | Ghost-Face Killa - Ironman.mp3 | Ghostface | 4,475KB | Audio |
| geniphursix@KaZaA | Hank-Thompson - Till Then OK.mp3 | Hank-Thompson | 2,505KB | Audio |
| geniphursix@KaZaA | HEGGY.pl | Unknown | 1KB | |
| geniphursix@KaZaA | Hip-Hop - Emerging Artists.kpl | Unknown | 0KB | |
| geniphursix@KaZaA | Hipp Hopp.kpl | Sean Paul | 0KB | |
| geniphursix@KaZaA | IBMBAK.COM | Unknown | 2KB | |
| geniphursix@KaZaA | IBMSND.COM | Unknown | 2KB | |
| geniphursix@KaZaA | If You Leave Me Now.mp3 | Chicago | 2,754KB | Audio |
| geniphursix@KaZaA | Irish Rock - Black47 - Danny Boy.mp3 | Black 47 | 5,021KB | Audio |
| geniphursix@KaZaA | Jason Mraz - The Remedy.mp3 | Jason Mraz | 4,008KB | Audio |
| geniphursix@KaZaA | Jay-Z - Track 14.mp3 | Jay-Z | 1,590KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Grace (Acoustic).mp3 | Jeff Buckley | 3,202KB | Audio |
| geniphursix@KaZaA | Joe - I Remember.mp3 | Joe | 4,045KB | Audio |
| geniphursix@KaZaA | JOKES - EL CABLE - LA MEGA.mp3 | El Vacilon de la Manana | 4,420KB | Audio |

Found 9,168 files

2,285,766 users online, sharing 554,527,296 files (19.6... | Not sharing any files