Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | JOKES - EL CABLE - LA MEGA.mp3 | El Vacilon de la Manana | 4,420KB | Audio |
| geniphursix@KaZaA | Jurassic Five - great expectations.mp3 | Jurassic 5 | 3,438KB | Audio |
| geniphursix@KaZaA | Justin Timberlake - Rock Your Body.mp3 | Justin Timberlake | 3,159KB | Audio |
| geniphursix@KaZaA | KD Lang - Constant Craving.mp3 | k.d. lang | 3,442KB | Audio |
| geniphursix@KaZaA | Kelis - Milkshake.mp3 | Kelis | 4,382KB | Audio |
| geniphursix@KaZaA | killa army - universal solders.mp3 | KillArmy | 3,974KB | Audio |
| geniphursix@KaZaA | killarmy - dancing with wolves.mp3 | RZA | 3,744KB | Audio |
| geniphursix@KaZaA | Lil Kim - Shake Your Bum Bum (2).mp3 | Lil' Kim | 4,654KB | Audio |
| geniphursix@KaZaA | Lil Kim - Way B.I.G.mp3 | Lil' Kim | 3,752KB | Audio |
| geniphursix@KaZaA | LIL MENACE_TENSION - What you know about (1).mp3 | Lil Menace _Tension | 5,582KB | Audio |
| geniphursix@KaZaA | Lil_Kim_-_Can_You_Hear_Me_Now.mp3 | Lil' Kim | 3,770KB | Audio |
| geniphursix@KaZaA | love profusion-american life madonna.mp3 | madonna | 5,575KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-air to breathe.mp3 | Lumidee | 7,657KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-air to breathe.mp3 | Lumidee | 2,627KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-for keeps.mp3 | Lumidee | 2,243KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-honestly.mp3 | Lumidee | 1,386KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-my last thug.mp3 | Lumidee | 3,873KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-only for your good.mp3 | Lumidee | 1,374KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-suppose to do.mp3 | Lumidee | 5,201KB | Audio |
| geniphursix@N.aZaA | MAD LION - TAKE IT EASY.MP3 | 3 | 1,865KB | Audio |

Found 4168 files

2,286,756 users online, sharing 554,527,296 files (19.6...)    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New Search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | MAD LION - TAKE IT EASY.MP3 | 3 | 1,866KB | Audio |
| geniphursix@KaZaA | madonna-american life-04-ecstatic process.mp3 | madonna | 1,949KB | Audio |
| geniphursix@KaZaA | madonna-american-life-love profusion (1).mp3 | madonna | 3,765KB | Audio |
| geniphursix@KaZaA | Madonna-AMERICAN LIFE-love profusion.mp3 | Madonna | 2,728KB | Audio |
| geniphursix@KaZaA | mamy.kpl | Unknown | 2kB | Audio |
| geniphursix@KaZaA | ManuChao - Vaca Loca (1).mp3 | Manu Chao | 1,123KB | Audio |
| geniphursix@KaZaA | mariana.kpl | Tracy Chapman | 3KB | Audio |
| geniphursix@KaZaA | Maroon5 - this love.mp3 | Maroon5 | 5,099KB | Audio |
| geniphursix@KaZaA | Martinho da vila - Mulheres (1).mp3 | Martinho da Vila | 3,088KB | Audio |
| geniphursix@KaZaA | Maya how to's.pdf | Unknown | 8,037KB | Document |
| geniphursix@KaZaA | maya.kpl | Eric B and Rakim | 0KB | Audio |
| geniphursix@KaZaA | Mazzy Star - She's My Baby.mp3 | Mazzy Star | 2,590KB | Audio |
| geniphursix@KaZaA | Mobb Deep- Its Like That.mp3 | Redman / K Solo | 2,393KB | Audio |
| geniphursix@KaZaA | monica-after the storm-knock knock.mp3 | monica | 2,999KB | Audio |
| geniphursix@KaZaA | monica-knock knock-after the storm-06.mp3 | monica | 3,990KB | Audio |
| geniphursix@KaZaA | MVP - 09-Quiero Que Bailes Para Mi.mp3 | MVP | 3,164KB | Audio |
| geniphursix@KaZaA | Nas - They 'Shootn' (Made U Look).mp3 | Nas | 4,776KB | Audio |
| geniphursix@KaZaA | Necro - The Hump Off.mp3 | necro | 5,902KB | Audio |
| geniphursix@KaZaA | Necro-East NY.Goons.mp3 | Necro | 3,636KB | Audio |
| geniphursix@KaZaA | NEW.kpl | 50 Cents | 3KB | |

Found 4168 files

2,286,766 users online sharing 554,527,296 files (19,6 [Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | NEW.kpl | 50 Cents | 3KB | |
| geniphursix@KaZaA | nice.kpl | Busta Rhymes Featuring ... | 11KB | |
| geniphursix@KaZaA | Nirvana - (New Wave) Polly.mp3 | Nirvana | 1,690KB | Audio |
| geniphursix@KaZaA | Nirvana - About A Girl (unplugged).mp3 | Nirvana | 3,407KB | Audio |
| geniphursix@KaZaA | Nirvana - On A Plain (unplugged).mp3 | Nirvana | 3,513KB | Audio |
| geniphursix@KaZaA | Nirvana - Silver.mp3 | Nirvana | 2,133KB | Audio |
| geniphursix@KaZaA | No Doubt - Its My Life.mp3 | No Doubt | 5,306KB | Audio |
| geniphursix@KaZaA | No le pege a la negra.mp3 | salsa | 5,006KB | Audio |
| geniphursix@KaZaA | Noriega-Mr. Ceo.mp3 | Noreaga | 2,383KB | Audio |
| geniphursix@KaZaA | olodum - batucada.mp3 | Olodum | 2,203KB | Audio |
| geniphursix@KaZaA | olodum - olodum me leva.mp3 | Olodum | 4,527KB | Audio |
| geniphursix@KaZaA | Onyx - Bring 'Em Out-Dead.mp3 | Onyx | 3,516KB | Audio |
| geniphursix@KaZaA | Out Kast - The Way You Move.wma | Outkast | 2,326KB | Audio |
| geniphursix@KaZaA | RB - Emerging Artists.kpl | Unknown | 0KB | |
| geniphursix@KaZaA | Radiohead - Manic Hedgehog - I Can't.mp3 | On a Friday | 1,452KB | Audio |
| geniphursix@KaZaA | Raekwon - Rainy Days.mp3 | Raekwon | 5,670KB | Audio |
| geniphursix@KaZaA | ravi shankar - karnataki.mp3 | Ravi Shankar | 6,107KB | Audio |
| geniphursix@KaZaA | reggae - When I See You Smile.mp3 | Singing Sweet | 3,139KB | Audio |
| geniphursix@KaZaA | roshika.kpl | | 0KB | |
| geniphursix@KaZaA | Sean Paul - International A.mp3 | Sean Paul | 3,587KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Download | New search | Search | Search Field | Traffic | Stop | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Sean Paul - International A.mp3 | Sean Paul | 3,587KB | Audio |
| geniphursix@KaZaA | Sean Paul - War Is On.mp3 | Sean Paul | 1,102KB | Audio |
| geniphursix@KaZaA | shabba ranks - don't test me.MP3 | New Artist | 10,958KB | Audio |
| geniphursix@KaZaA | Silent Violence (Joy Ride Riddim) (1).mp3 | Beenie Man | 3,314KB | Audio |
| geniphursix@KaZaA | Sizzla on Bone Crusher beat.wma | sizzla , bone crusher,jada… | 1,496KB | Audio |
| geniphursix@KaZaA | Sleepy Brown - I Can't Wait.mp3 | Sleepy Brown | 5,362KB | Audio |
| geniphursix@KaZaA | Smiths, The - I Know Its Over.mp3 | The Smiths | 5,466KB | Audio |
| geniphursix@KaZaA | Snatch - 17 - Massive Attack - Angel.mp3 | Various Artists | 7,350KB | Audio |
| geniphursix@KaZaA | So Fresh Clean (Outkast).mp3 | Out Kast | 3,256KB | Audio |
| geniphursix@KaZaA | Sonique-Your Love Take me Higher .mp3 | Sonique | 3,534KB | Audio |
| geniphursix@KaZaA | Spoony G - Spoonie Rap.mp3 | Spoony G | 5,230KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Always.mp3 | Stevie Wonder | 8,374KB | Audio |
| 2 Users | stylistics-hurry up this way again.mp3 | A_ | 5,452KB | Audio |
| geniphursix@KaZaA | The Color Purple - Miss Celies Blues (Sister).mp3 | Shug Avery | 2,325KB | Audio |
| geniphursix@KaZaA | The Lox- Who Want This.mp3 | Lox | 4,396KB | Audio |
| geniphursix@KaZaA | The Roots, Common, Mos Def, Dice Raw - Hurricane.mp3.i… | Unknown | 0KB | Audio |
| geniphursix@KaZaA | The Strokes -When It Started.mp3 | The Strokes | 4,094KB | Audio |
| geniphursix@KaZaA | Thumbs.db | Unknown | 5KB | Audio |
| geniphursix@KaZaA | TKA - One Way Love.mp3 | Shai | 3,916KB | Audio |
| geniphursix@KaZaA | TOK-Gyal You A Lead.mp3 | T.O.K. | 5,113KB | Audio |

Found 4,166 files

2,286,786 users online, sharing 556,522,296 files (19.6 | Not sharing any files

**Kazaa - [Search]**

File   View   Playby   Tools   Actions   Help

Web   |   My Kazaa   |   Download   |   Theater   |   Search   |   Traffic   |   Shop   |   Tell A Friend

New Search   |   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | TOK-Gyal You A Lead.mp3 | T.O.K. | 5,110KB | Audio |
| geniphursix@KaZaA | Tom Waits - It's All Right with Me.mp3 | Tom Waits | 4,416KB | Audio |
| geniphursix@KaZaA | Track 11.mp3 | TLC | 4,325KB | Audio |
| 2 Users | TW-Themes - Welcome Back Kotter.mp3 | TW-Themes | 884KB | Audio |
| geniphursix@KaZaA | uh-oh (1).wav | Unknown | 15KB | Audio |
| geniphursix@KaZaA | UH-OH.WAV. | UH | 13KB | Audio |
| geniphursix@KaZaA | Usher - Nice And Slow (Remix) .mp3 | Usher | 2,688KB | Audio |
| geniphursix@KaZaA | Vaclion 69 - 04- Caiste Hijo E'puta.mp3 | Vaclion 69 | 2,989KB | Audio |
| geniphursix@KaZaA | vedic Chanting1.mp3 | Ravi Shankar | 2,085KB | Audio |
| geniphursix@KaZaA | When It Started.mp3 | The Strokes | 2,772KB | Audio |
| geniphursix@KaZaA | wisin y yandel - 11egaron tus 2 hombres.mp3 | Wisin Y Yandel | 2,490KB | Audio |
| geniphursix@KaZaA | Young Gunz-No Better Love.WMA | Young Gunz Feat. Rell | 5,645KB | Audio |
| geniphursix@KaZaA | AlbumArt_{2EAF3140-7F97-4040-AFCE-6B26C9D6D269}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F78B29F3-EFC4-4283-A2B8-3B4401328DFA}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{F78B29F3-EFC4-4283-A2B8-3B4401328DFA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Commodores - Zoom.mp3 | The Commodores | 6,245KB | Audio |
| geniphursix@KaZaA | Jadakiss ft Mariah Carey - K.I.S.S. Me.wma | 3 | 1,474KB | Audio |
| geniphursix@KaZaA | Kool The Gang - Summer Madness.mp3 | kool and the gang | 4,057KB | Audio |
| geniphursix@KaZaA | Roy Ayers - Virgo Vibes.mp3 | Roy Ayers | 8,443KB | Audio |
| geniphursix@KaZaA | whatever (1).mp3 | Jill Scott | 4,160KB | Audio |

Found 4168 files

2,286,786 users online, sharing 554,527,296 files (19.6 ...) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Whatever (1).mp3. | Jill Scott | 4,160KB | Audio |
| geniphursix@KaZaA | 03-Kanye_west-graduation_day-rns.mp3 | Kanye West | 1,762KB | Audio |
| geniphursix@KaZaA | Mobb Deep-Got It Twisted.mp3 | Mobb Deep | 3,830KB | Audio |
| geniphursix@KaZaA | Fabolous-Breath.mp3 | Fabolous | 3,569KB | Audio |
| geniphursix@KaZaA | AlbumArt_{AB6246BE-8711-4C7E-A175-7077C839F500}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{AB6246BE-8711-4C7E-A175-7077C839F500}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1FAA34D8-CF8A-46EA-9694-57FB20147D4E}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{1FAA34D8-CF8A-46EA-9694-57FB20147D4E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{86E124C6-E53E-4A15-8307-7517E52A990F}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{86E124C6-E53E-4A15-8307-7517E52A990F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A59C7AF3-EBFA-4F85-A9F4-C21A37F4F37B}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{A59C7AF3-EBFA-4F85-A9F4-C21A37F4F37B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Chico Buarque  Tatuagem.mp3 | Chico Buarque | 2,678KB | Audio |
| geniphursix@KaZaA | Emilio Santiago - Trocando em Miúdos.mp3 | Chico Buarque | 2,706KB | Audio |
| geniphursix@KaZaA | Camp-lo - Coolie High.mp3 | Camp-Lo | 4,597KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Angel.mp3 | Jimmy Hendricks | 4,021KB | Audio |
| geniphursix@KaZaA | AlbumArt_{B3E892FF-B7B9-47E1-BB29-99784722ED65}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B3E892FF-B7B9-47E1-BB29-99784722ED65}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | pink Floyd - 01 - in the flesh.mp3 | Pink Floyd | 4,672KB | Audio |
| geniphursix@KaZaA | AlbumArt_{07439A82-84E4-4C20-9B12-D13F0540A6FD}_... | Unknown | 9KB | Image |

Found 4168 files.

2,286,766 users online, sharing 554,527,296 files (19,6...) Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | AlbumArt_{07439A82:8E44:C20:9B12:D13F0540A6FD}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{07439A82:8E44:C20:9B12:D13F0540A6FD}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Whispers - Lost And Turned Out.wma | Whispers | 3,866KB | Audio |
| geniphursix@KaZaA | AlbumArt_{45667838:59C0:41FE:B0E5:4F10FA659804}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{62D08C06:FA44:46A8:AC43:1FCA42B5DF9C}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{62D08C06:FA44:46A8:AC43:1FCA42B5DF9C}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{08D89942:4A0C:4DFA:93C0:B7377C0ED064}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{08D89942:4A0C:4DFA:93C0:B7377C0ED064}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Prince - Darling Nikki.mp3 | Prince and The Revolution | 3,972KB | Audio |
| geniphursix@KaZaA | Forest Gump 02 - Duane Eddy - Rebel Rouser.mp3 | Duane Eddy | 4,527KB | Audio |
| geniphursix@KaZaA | 04-the_shins-new_slang-rtb.mp3 | The Shins | 6,008KB | Audio |
| geniphursix@KaZaA | ENTRE TU Y YO.wma | Daddy Yankee | 3,323KB | Audio |
| geniphursix@KaZaA | Hay algo en ti.mp3 | Luny Tunes | 3,651KB | Audio |
| geniphursix@KaZaA | AlbumArt_{4158D985:A563:4DC5:976E:E257E0914584}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{626EB591:EAC6:4F19:BFED:9ED87E0E7867}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{626EB591:EAC6:4F19:BFED:9ED87E0E7867}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8C498494:B523:4E13:BDBB:9ED20E904719}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{8C498494:B523:4E13:BDBB:9ED20E904719}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A0F31A58:545E:4020:9120:DB47553C0B48}_... | Unknown | 11KB | Image |
| geniphursix@K.aZaA | AlbumArt_{A0F31A58:545E:4020:9120:DB47553C0B48}_... | Unknown | 2KB | Image |

Found 4,168 files.

2,286,766 users online; sharing 554,527,296 files (19.6 ... | Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | New Search | Download

Search Field | Tell A Friend | Shop | Traffic | Search

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | AlbumArt_{416770F9-C52E-4C1A-AEE5-2C8C78FA5469}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{416770F9-C52E-4C1A-AEE5-2C8C78FA5469}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7443DB61-A2B3-423A-8F61-2442D3574412}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7443DB61-A2B3-423A-8F61-2442D3574412}_... | Unknown | 0KB | Image |
| geniphursix@KaZaA | AlbumArt_{801FA388-88{C-4BBD-A063-7F50D6BA54F9}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{801FA388-88{C-4BBD-A063-7F50D6BA54F9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8489FE34A-739C-423E-A6DD-DFBA483E0218}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{8489FE34A-739C-423E-A6DD-DFBA483E0218}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C16863E1-A099-4DFA-AF5A-3BA0486A1A03}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{C16863E1-A099-4DFA-AF5A-3BA0486A1A03}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D041D6ED-997A-4927-9EA2-9D4808589F1A}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D041D6ED-997A-4927-9EA2-9D4808589F1A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{54C130A2-4861-48F0-BEF0-CC845F6837A7}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{54C130A2-4861-48F0-BEF0-CC845F6837A7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{63B84E21-A5E3-4B05-8D62-A3884D5DE9A9}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{63B84E21-A5E3-4B05-8D62-A3884D5DE9A9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E401F9C-99B0-4555-BFA0-ABF598E266C0}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E401F9C-99B0-4555-BFA0-ABF598E266C0}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8200B4DC-FB16-40B9-A963-4412C2FAACE1}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{8200B4DC-FB16-40B9-A963-4412C2FAACE1}_... | Unknown | 2KB | Image |

Found 4,168 titles

2,286,766 users online, sharing 551,587,286 files (1976...    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New Search    Search Field

Web    Search    Traffic    Shop    Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{82OOB4DC-FB16-4089-A963-4412C2FAACE1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{84D25922-C684-4FFD-B685-9661153B9FB4}_L... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{84D25922-C684-4FFD-B685-9661153B9FB4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0FC7A60-5009-4F5C-B338-981E2DC3054B}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0FC7A60-5009-4F5C-B338-981E2DC3054B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 14kB | Image |
| geniphursix@KaZaA | AlbumArt_{ED62F66A-B882-4D90-A652-9FF7C120D042}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{80D4B5D8-1790-438F-BF20-FF26B07F7DFE}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | 01 Valley of the Shadows.wma | Bob James | 9,147KB | Audio |
| geniphursix@KaZaA | 02 02 Angel In Disguise Brandy Never Say Never.wma | Unknown | 2,291kB | Audio |
| geniphursix@KaZaA | 02.Friends.wma | music | 1,858kB | Audio |
| geniphursix@KaZaA | 02 You Love Me.mp3 | Musiq | 3,599KB | Audio |
| geniphursix@KaZaA | 03.Testify.wma | 3 | 8,160KB | Audio |
| geniphursix@KaZaA | 04 Beat the Clock.mp3 | Ghostface | 2,647KB | Audio |
| geniphursix@KaZaA | 04 My World 1 Want It.wma | B.G. | 3,957KB | Audio |
| geniphursix@KaZaA | AlbumArt_{45CC825A-EF93-45C0-91F8-59933C724E19}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{45CC825A-EF93-45C0-91F8-59933C724E19}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{54D04A4F-CCB6-489D-B4CF-F9EE96C99669}_... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{54D04A4F-CCB6-489D-B4CF-F9EE96C99669}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8E5849F9-5BB6-4FF5-A7D2-65FBCEBE1D59}_... | Unknown | 7KB | Image |

Found 168 files.

2,286,786 users online, sharing 554,527,296 files (9,739... ) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download  New Search  Search  Traffic  Shop  Tell A Friend  search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | AlbumArt_{8E5848F9-5BB6-4FF5-A7D2-65FBCEBE1D59}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{8E5848F9-5BB6-4FF5-A7D2-65FBCEBE1D59}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1FECC64-8F71-486A-ADC3-B8FA0DB8C9307}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1FECC64-8F71-486A-ADC3-B8FA0DB8C9307}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Redman - Da Bump.mp3 | Redman | 3,924KB | Audio |
| geniphursix@KaZaA | 05-Grupo Niche-Cielo de tambores.MP3 | Grupo Niche | 5,330KB | Audio |
| geniphursix@KaZaA | 06 Just Children.mp3 | Goodwana | 5,964KB | Audio |
| geniphursix@KaZaA | 07 Lithium.mp3 | Nirvana | 3,023KB | Audio |
| geniphursix@KaZaA | 08 Balance.wma | Mafia k-1 Fry | 4,596KB | Audio |
| geniphursix@KaZaA | 12 Her.mp3 | Musiq | 4,256KB | Audio |
| geniphursix@KaZaA | 14 The Man Who Sold the World [Live].mp3 | Nirvana | 2,672KB | Audio |
| geniphursix@KaZaA | 16 Obnoxious.wma | s' | 1,164KB | Audio |
| geniphursix@KaZaA | AlbumArt_{03Q248A7-8DCC-45C8-AB13-9094EE0B1C68}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{03Q248A7-8DCC-45C8-AB13-9094EE0B1C68}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{55E04731-3155-4F85-9C11-E49B18DCF492}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{55E04731-3155-4F85-9C11-E49B18DCF492}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C56F9A33-F4B8-497C-B9D8-E4E9BFD1B620}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{C56F9A33-F4B8-497C-B9D8-E4E9BFD1B620}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CF54218B-F820-4F02-A6A5-9C0A4F002882}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | | Unknown | 2KB | Image |

Found 4,168 files

2,286,766 users online, sharing 554,527,286 files (19.8 [Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{CF54218B-F820-4F02-A845-9C0A4F002882}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Anthony B - Raid the Barn.mp3 | Anthony B | 3,038KB | Audio |
| geniphursix@KaZaA | Black Star - Respiration.mp3 | Mos Def ,Talib Kweli | 5,706KB | Audio |
| geniphursix@KaZaA | Bob Marley - Redemption Son.mp3 | Bob Marley | 3,858KB | Audio |
| geniphursix@KaZaA | Cary Brothers - Blue Eyes.mp3 | Cary Brothers | 5,867KB | Audio |
| geniphursix@KaZaA | gravediggaz - pit of snakes.mp3 | Gravediggaz | 4,437KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0A6677A7-9682-488C-8DB2-830CGC516D68}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{162FBCD7-9628-4108-917B-7906230A657E}_1... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{162FBCD7-9628-4108-917B-7906230A657E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DB67E8F-BC40-470A-BFBC-C8B6D501F012}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DB67E8F-BC40-470A-BFBC-C8B6D501F012}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F3C1139-C4AD-4B8F-8DE6-A8F456FF0EC3}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F3C1139-C4AD-4B8F-8DE6-A8F456FF0EC3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8S220AFA-92CC-4C68-AF15-4F64331DF3892}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{8S220AFA-92CC-4C68-AF15-4F64331DF3892}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F6F604A7-67D7-4126-B4S7-0D3EA68EF867}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{F6F604A7-67D7-4126-B4S7-0D3EA68EF867}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D8560AC9-6DBA-4590-93E6-FFCFF9EAF6B5}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{D7394D46F-182D-4657-B074-38F1EB1740003}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{D7394D46F-182D-4657-B074-36F1EB1740003}_... | Unknown | 2KB | Image |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Download   Search   Traffic   Shop   Tell A Friend

New Search

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{D734D46F-182D-4657-B074-3BF1EB174D03}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{D8560AC9-6DBA-4590-93E6-FFCFF9EAF685}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{72B1396C-5590-42F0-B942-AAA81C8926A6}_... | Unknown | 9kB | Image |
| geniphursix@KaZaA | AlbumArt_{72B1396C-5590-42F0-B942-AAA81C8926A6}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{E2EF8FB6-4C07-4A8F-84BE-EC7F17549C01}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{F250B3CC-873E-498E-8D4B-AC05F57BD66A}_... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{F250B3CC-873E-498E-8D4B-AC05F57BD66A}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | Michelle- No More Lies.mp3 | Michelle | 3,536kB | Audio |
| geniphursix@KaZaA | Midnight Rider.mp3 | The Allman Brother's Band | 4,205kB | Audio |
| geniphursix@KaZaA | AlbumArt_{3B6A70FC-9CFA-4C11-9BAB-C13D29729B9B}_... | Unknown | 3kB | Image |
| geniphursix@KaZaA | AlbumArt_{3B61B307-FA71-4132-B31E-1EA8A6A42C23}_... | Unknown | 8kB | Image |
| geniphursix@KaZaA | AlbumArt_{3B61B307-FA71-4132-B31E-1EA8A6A42C23}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{DEE2F966-6F11-4E89-8FE2-385A92824890}_L... | Unknown | 15kB | Image |
| geniphursix@KaZaA | AlbumArt_{DEE2F966-6F11-4E89-8FE2-385A92824890}_... | Unknown | 6kB | Image |
| geniphursix@KaZaA | AlbumArt_{17AC26CC-880F-4BF9-8BC9-BFBB65D707E5}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{95C02E44-69E2-498F-99BE-96D6C3550F6E}_... | Unknown | 7kB | Image |
| geniphursix@KaZaA | AlbumArt_{95C02E44-69E2-498F-99BE-96D6C3550F6E}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{DB7311DA-CBBE-449B-ADE8-C09D3CF551C5}_... | Unknown | 11kB | Image |
| geniphursix@KaZaA | AlbumArt_{DB7311DA-CBBE-449B-ADE8-C09D3CF551C5}_... | Unknown | 2kB | Image |

Found 4138 files.

2,286,786 users online, sharing 551,527,296 files (19TB)    Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

New search | Web | My Kazaa | Download | Theatre | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{DB7311DA-CB8E-449B-ADEB-C09D3CF551C5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1A5A6D4B-F825-4AA3-B499-6DA3D3A4E990}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A649FFB8C-0AB3-4457-A0C4-89CF2A6401BA}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{A649FFB8C-0AB3-4457-A0C4-89CF2A6401BA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0E36FA42-A68C-4CA2-AE5B-4C11D5042FDF}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{DE36FA42-A68C-4CA2-AE5B-4C11D5042FDF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FB18E5E1F-1386-4F4C-B65D-D2147C0D94BA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FB18E5E1F-1386-4F4C-B65D-D2147C0D94BA}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{309606A4-5E3E-4288-A1FB-2E7CF3A0C7C8}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{338B6F59-E9C5-496D-92E6-134E9D8730379}_L... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{338B6F59-E9C5-496D-92E6-134E9D8730379}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E4722DEE-944C-42AC-A96E-2BC6136EDBBA}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{E4722DEE-944C-42AC-A96E-2BC6136EDBBA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FCBB2356-9AFC-47E7-949F-0749281E0A06}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{FCBB2356-9AFC-47E7-949F-0749281E0A06}_... | Unknown | 2KB | Image |
| 2 Users | nice and smooth (hiphop junkies).mp3 | A | 3,221KB | Audio |
| geniphursix@KaZaA | AlbumArt_{29E9CAFC-FA6E-43E0-B5FD-5A57ED837DFB}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{29E9CAFC-FA6E-43E0-B5FD-5A57ED837DFB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{37C7EA61-7784-4833-84E0-A0126E34D7F5}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{37C7EA61-7784-4833-84E0-A0126E34D7F5}_... | Unknown | 2KB | Image |

Found 4138 files.

2,286,766 users online, sharing 555... 527,295 files (976... Nice sharing any files.



# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{2584A036-9D23-405B-8F00-B284F21A2443}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E7DEBA3E-1722-4F80-891A-23A7F767C81C}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{E7DEBA3E-1722-4F80-891A-23A7F767C81C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D2BA425}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED988241-B9B1-458B-88AE-355F0D2BA425)... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Capleton - More Fire.mp3 | Capleton | 2,368KB | Audio |
| geniphursix@KaZaA | Chingy - One Call Away.wma | Chingy | 4,386KB | Audio |
| geniphursix@KaZaA | CriCri - Caminito de la Escuela.mp3 | CriCri | 852KB | Audio |
| geniphursix@KaZaA | Daddy Yankee - Saber Su Nombre.mp3 | Daddy Yankee | 2,151KB | Audio |
| geniphursix@KaZaA | Dead Prez - We Want Freedom.mp3 | Dead Prez | 4,278KB | Audio |
| 2 Users | Franz Ferdinand - take me out (0) (5).wma | Unknown | 2,921KB | Audio |
| geniphursix@KaZaA | Franz Ferdinand - take me out (2).mp3 | Franz Ferdinand | 5,604KB | Audio |
| geniphursix@KaZaA | Frou Frou - Let Go (1).mp3 | Frou Frou | 5,996KB | Audio |
| geniphursix@KaZaA | G-Unit - Wanna Get To Know You.mp3 | G-Unit | 3,136KB | Audio |
| geniphursix@KaZaA | Greenday - Boulevard of Broken Dreams.wma | Green Day | 4,111KB | Audio |
| geniphursix@KaZaA | Imagination-Just an Illusion-The Golden Collection-CD2-01-... | Unknown | 3,491KB | Audio |
| geniphursix@KaZaA | Kem-Kemistry-01-matter of time.mp3 | Kem | 2,950KB | Audio |
| geniphursix@KaZaA | nkotb_lovingyou.mp3 | New Kids On The Block | 1,826KB | Audio |
| geniphursix@KaZaA | Maroon 5 - 7 Must Get Out.mp3 | Maroon5 | 5,340KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Fade Into You.mp3 | Mazzy Star | 5,762KB | Audio |

Found 4,168 files.     (2,286,768 users online, sharing 554,527,286 files (9.8...     Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

web | My Kazaa | Theater | Search | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Mazzy Star - Fade Into You.mp3 | Mazzy Star | 5,782KB | Audio |
| geniphursix@KaZaA | Muse - New Born.mp3 | Muse | 5,711KB | Audio |
| geniphursix@KaZaA | Nina Simone Sinnerman.mp3 | Nina Simone | 3,842KB | Audio |
| geniphursix@KaZaA | Outkast-04 - Happy Valentines Dey.mp3 | Outkast | 7,574KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Dogs.mp3 | Pink Floyd | 16,075KB | Audio |
| geniphursix@KaZaA | Puff Daddy - Señorita.mp3 | Puff daddy | 4,248KB | Audio |
| geniphursix@KaZaA | Regueton - Luny_Tunes.mp3 | Nicky Jam | 2,923KB | Audio |
| geniphursix@KaZaA | Salsa - Grupo Niche - Una Aventura.mp3 | Grupo Niche | 3,726KB | Audio |
| geniphursix@KaZaA | Salsa Willy Colon Que sera Que sera.mp3 | Willie Colón | 5,641KB | Audio |
| geniphursix@KaZaA | Sizzla Praise Ye Jah .mp3 | Sizzla | 2,740KB | Audio |
| geniphursix@KaZaA | Snow - Girl I've Been Hurt.mp3 | Snow | 4,932KB | Audio |
| geniphursix@KaZaA | SoFor Real - Candy Rain.mp3 | So For Real | 5,979KB | Audio |
| geniphursix@KaZaA | Sugababes_maya_three.mp3 | Sugababes | 2,759KB | Audio |
| geniphursix@KaZaA | tasty-in-public featuring nas-kells.mp3 | kells | 1,384KB | Audio |
| geniphursix@KaZaA | Track05.mp3 | don omar | 5,749KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0E60269A-004A-4437-8CC4-189180BF2003}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{0E60269A-004A-4437-8CC4-189180BF2003}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DAA58C1-9CF8-4345-BC4A-14AA5BCCEA1C}... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{1DAA58C1-9CF8-4345-BC4A-14AA5BCCEA1C}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{307703EE8-8F95-4889-807F-F0C3CB26CC7A}... | Unknown | 7KB | Image |

Found 4,168 files    2,286,766 users online, sharing 554,527,286 files (19.6...  Not sharing any files





Kazaa - [Search]

File View Player Tools Actions Help

New search | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{00000000-0000-0000-0000-000000000000}_S... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{59F1C0A0-63C2-4016-AC17-31F77C6E7C7D}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{59F1C0A0-63C2-4016-AC17-31F77C6E7C7D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6E5E29B3-33D8-43C5-A8EF-F3F8E895C2D9}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{6E5E29B3-33D8-43C5-A8EF-F3F8E895C2D9}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{F47997BF-C852-4B77-8CA3-F0E30B5B416D}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{F47997BF-C852-4B77-8CA3-F0E30B5B416D}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | 03 La Vida Es un Carnaval [3].wma | Emanuel | 3,177KB | Audio |
| geniphursix@KaZaA | 06 Faixa 6.wma | Jorge ben jor | 1,295KB | Audio |
| geniphursix@KaZaA | 07 Faixa 7.wma | Jorge ben jor | 1,686KB | Audio |
| geniphursix@KaZaA | 08 Faixa 8.wma | Jorge ben jor | 1,398KB | Audio |
| geniphursix@KaZaA | 09 Let Me Be The One.wma | DJ Bobo | 1,458KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C8A83151-CD6F-494C-9F34-3C381EB6BCED}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{C8A83151-CD6F-494C-9F34-3C381EB6BCED}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 12 If You Want Me to Stay.wma | Unknown | 1,940KB | Audio |
| geniphursix@KaZaA | 14 Gift from Virgo.wma | beyonce | 1,307KB | Audio |
| geniphursix@KaZaA | 15 Track 15.wma | Jay-Z _R. Kelly | 2,215KB | Audio |
| geniphursix@KaZaA | AlbumArt_{9F51669C-1E0C-4D54-A09A-4D4575B4555F}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{9F51669C-1E0C-4D54-A09A-4D4575B4555F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | anthony hamilton - i tried.wma | Anthony Hamilton | 4,753KB | Audio |

Found 1,168 files

2,286,766 users online, sharing 554,527,896 files (19.6) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web · · · · | My Kazaa | Theater | Traffic | Shop | Tell a Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | anthony hamilton - i tried.wma | Anthony Hamilton | 4,753KB | Audio |
| geniphursix@KaZaA | Boney M-Daddy cool.wma | Boney M | 3,293KB | Audio |
| geniphursix@KaZaA | Chico Buarque-Cordão.mp3 | Chico Buarque | 2,378KB | Audio |
| geniphursix@KaZaA | Fat Joe - Cuban Link Diss (feat. Terror Squad).wma | Fat Joe | 2,360KB | Audio |
| geniphursix@KaZaA | Fat Old Sun.wma | Unknown | 2,548KB | Audio |
| geniphursix@KaZaA | Ivy Queen - Pa la cama voy.mp3 | Various Artists | 7,109KB | Audio |
| geniphursix@KaZaA | Margareth Menezes - Do Mar ao Céu.wma | Margareth Menezes | 1,993KB | Audio |
| geniphursix@KaZaA | me pones mal.wma | Daddy Yankee Y Nicky Jam | 1,186KB | Audio |
| geniphursix@KaZaA | AlbumArt_{21F992D2-48A4-44C4-9B1F-741F64B238EF}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{21F992D2-48A4-44C4-9B1F-741F64B238EF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A86D7322-851B-4C5E-B6F7-CD865C7D6076}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{A86D7322-851B-4C5E-B6F7-CD865C7D6076}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | not better love.wma | young gunz ft rell | 1,856KB | Audio |
| geniphursix@KaZaA | POBRE DIABLA (1).wma | REGGETON | 2,016KB | Audio |
| geniphursix@KaZaA | POBRE DIABLA.wma | REGGETON | 2,016KB | Audio |
| geniphursix@KaZaA | reggeton donde esta.wma | El Disco De Reggaeton | 5,370KB | Audio |
| geniphursix@KaZaA | Si Se - lullaby.mp3 | Si Se | 576KB | Audio |
| geniphursix@KaZaA | Tatu - How Soon Is Now.mp3 | Tatu | 4,632KB | Audio |
| geniphursix@KaZaA | The Doors - Yes, the River Knows.mp3 | The Doors | 3,694KB | Audio |
| geniphursix@KaZaA | the new workout plan (3).wma | Kanye West | 1,930KB | Audio |

Found 4,168 Files

2,286,766 users online, sharing 554,527,296 files (196...)   Not sharing any files