

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{990B7C60-B9AF-4AE4-BEA5-C2EDF9771OA4}_... | Unknown | 16KB | Image |
| geniphursix@KaZaA | AlbumArt_{990B7C60-B9AF-4AE4-BEA5-C2EDF9771OA4}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | 0158 Doors - The End.mp3 | The Doors | 3,638KB | Audio |
| geniphursix@KaZaA | 031Era Bellissimo.mp3 | Unknown | 3,559KB | Audio |
| geniphursix@KaZaA | AlbumArt_{83E2EFA1-B5C1-46B0-A95A-2FFBA867F336}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{83E2EFA1-B5C1-46B0-A95A-2FFBA867F336}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAAB0368-BEF6-4B47-A8A5-CB287CE6C322}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAAB0368-BEF6-4B47-A8A5-CB287CE6C322}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{2CA73824-B911-4026-8DD6-507A7AC5E2F7}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{2CA73824-B911-4026-8DD6-507A7AC5E2F7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F0C41C9E-864C-44A1-BB7F-4B7BD450F687}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{F0C41C9E-864C-44A1-BB7F-4B7BD450F687}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{4643F A36-39D0-4F23-A6E3-75C06CCE3113}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{4643FA36-39D0-4F23-A6E3-75C06CCE3113}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Barington Levy - Broader Than Broadway.mp3 | Berrington_Levy_ | 3,494KB | Audio |
| geniphursix@KaZaA | AlbumArt_{3FF937E6-9C0A-42F2-9C87-4A7A9D765234}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{3FF937E6-9C0A-42F2-9C87-4A7A9D765234}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | billy paul - All I Need Is You.mp3 | Teddy Pendergrass | 4,292KB | Audio |
| geniphursix@KaZaA | Black 47- Brooklyn Girls.mp3 | Black 47 | 3,968KB | Audio |
| geniphursix@KaZaA | black 47- our lady of the bronx.mp3 | Black 47 | 5,308KB | Audio |

Found 4168 files

2,286,756 users online, sharing 554,527,296 files (19.6[ ] Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shops    Tell A Friend

New search    Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | black 47 - our lady of the bronx.mp3 | Black 47 | 5,308KB | Audio |
| geniphursix@KaZaA | Blondie - Call Me.mp3 | Blondie | 6,655KB | Audio |
| geniphursix@KaZaA | Bob Marley - Concrete Jungle.mp3 | Bob Marley | 3,848KB | Audio |
| geniphursix@KaZaA | Bob Marley - Natural Mystic.mp3 | Bob Marley | 3,232KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C74A65BE-9402-48F8-B018-9E33D7FF445B}_1... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{C74A65BE-9402-48F8-B018-9E33D7FF445B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{20A66605C-05FA-4581-94E1-CED2D4344B04}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{20A66605C-05FA-4581-94E1-CED2D4344B04}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Breathe (8).mp3 | Fabolous | 8,150KB | Audio |
| geniphursix@KaZaA | Breathe.mp3 | Fabolous | 6,501KB | Audio |
| geniphursix@KaZaA | buena vista social club - salsa.mp3 | Buena Vista Social Club | 6,959KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - Veinte Anos.mp3 | 3 | 3,309KB | Audio |
| geniphursix@KaZaA | AlbumArt_{A15C26CE-F735-414A-AA24-44B80185642F}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{A15C26CE-F735-414A-AA24-44B80185642F}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Chico Buarque - A Volta do Malandro.mp3 | Chico Buarque | 2,624KB | Audio |
| geniphursix@KaZaA | Changing Faces - I Apologize (1).mp3 | Changing Faces | 2,236KB | Audio |
| geniphursix@KaZaA | Chiclete com Banana - Camaleão (1).mp3 | Chiclete com Banana | 1,855KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Clara Nunes - Morena de Angola.mp3 | Chico Buarque e Clara Nu... | 3,272KB | Audio |
| geniphursix@KaZaA | Chico Buarque - A Banda.mp3 | Chico Buarque | 2,064KB | Audio |
| geniphursix@KaZaA | Chico Buarque - As vitrines.mp3 | Chico Buarque | 2,642KB | Audio |

Found 4198 files    2,286,766 users online, sharing 554,527,296 files (5.7 b    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Chico Buarque - As vitrines.mp3 | Chico Buarque | 2,642KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Com Açúcar E Com Afeto.wma | Chico Buarque | 2,737KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Cotidiano (1).mp3 | Chico Buarque | 3,275KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Mulheres de Atenas.mp3 | Chico Buarque | 4,060KB | Audio |
| geniphursix@KaZaA | chico buarque - os saltimbancos jumentô.mp3 | Chico Buarque | 3,404KB | Audio |
| geniphursix@KaZaA | AlbumArt_{388AC103-8EA4-463A-83AF-79D4B7871114}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{388AC103-8EA4-463A-83AF-79D4B7871114}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{88F8CC30-0921-413E-B4B1-A70D523D9D95}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{25BD268E-4D50-4D00-9F19-F1A7F17D2D15}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{25BD268E-4D50-4D00-9F19-F1A7F17D2D15}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{88F8CC30-0921-413E-B4B1-A70D523D9D95}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6285D0A9-26CE-4E12-835D-D3B91A0235D8}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{6285D0A9-26CE-4E12-835D-D3B91A0235D8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | de la soul - ego trippin'.mp3 | De La Soul | 3,618KB | Audio |
| geniphursix@KaZaA | AlbumArt_{AC381973-E50C-4A35-8FCB-0811E828A766}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | Eddy Santiago - tu me quemas.mp3 | Eddie Santiago | 2,048KB | Audio |
| geniphursix@KaZaA | AlbumArt_{AC381973-E50C-4A35-8FCB-0811E828A766}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{18D00556-1890-4F12-8ED3-2B714A47147C}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{18D00556-1890-4F12-8ED3-2B714A47147C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 2-Right Right Now Now.mp3 | Beastie Boys | 3,912KB | Audio |

Found 168 files

2,286,766 users online, sharing 554,527,296 files (9,961,... ) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Download | New search — Search | Traffic | Shops | Tell A Friend
Search file

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{CED5F42F-6F1D-449D-AF44-33BA66D14474}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{CED5F42F-6F1D-449D-AF44-33BA66D14474}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{79SCA47B-F7DC-4FA6-B928-7A09427FE9ED}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B24F52A-16F2-47A4-9F56-B2E2BCAC6C50}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B24F52A-16F2-47A4-9F56-B2E2BCAC6C50}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3CF1FB4B-6C2D-4369-AD44-E8F0E2C93F09}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{3CF1FB4B-6C2D-4369-AD44-E8F0E2C93F09}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{68010DC8-A7464-4AEF-A6D7-4D1F9F78DB06}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{68010DC8-A7464-4AEF-A6D7-4D1F9F78DB06}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FFF0B97F-5EDC-43E3-971C-71A1FCAE9BE9}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{FFF0B97F-5EDC-43E3-971C-71A1FCAE9BE9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1D9312BB-8GE3-4A24-A5F8-B0FAA17F2BC5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1D9312BB-8CE3-4A24-A5F8-B0FAA17F2BC5}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | Héctor Lavoe y Willy Colón - El Día de Mi Suerte.mp3 | Héctor Lavoe | 5,130KB | Audio |
| geniphursix@KaZaA | ingrid lucia the flying neutrinos - the passion song.mp3 | flying neutrinos | 3,440KB | Audio |
| geniphursix@KaZaA | Isley brothers - Don't Change (1).mp3 | Isley Brothers | 5,160KB | Audio |
| geniphursix@KaZaA | AlbumArt_{67F7D217-D97E-42C3-A734-039A9E22EF31}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{67F7D217-D97E-42C3-A734-039A9E22EF31}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C6B5D8D4-EE44-48AC-A6E4-5AF9EFD0EDFE4}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{C6B5D8D4-EE44-48AC-A6E4-5AF9EFD0EDFE4}_... | Unknown | 1KB | Image |

Found 3168 files

2,286,766 users online, sharing 554,527,296 files (19.5...)    Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Traffic | Tell A Friend

New Search | Download | Search | Stop | [Search Field]

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{C6B5D8B04-EE44-48AC-A6E4-5AF9EFDEDFE4}... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{12FAB63-4A8B-4C44-83EA-FE26BA1FBFAA}... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{E5270378-7C10-4CDE-A964-2933E9E71E8D}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{E5270378-7C10-4CDE-A964-2933E9E71E8D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Joyride Riddim-Wayne Wonder Babycham.mp3 | Baby Cham | 2,893KB | Audio |
| geniphursix@KaZaA | Juan luis guerra - qué vale la pena.mp3 | Juan luis guerra | 3,272KB | Audio |
| geniphursix@KaZaA | Juan Luis Guerra - Señales de humo.mp3 | Juan Luis Guerra | 5,192KB | Audio |
| geniphursix@KaZaA | JUANLUISGUERRA-A-PEDIR-SU-MANO.MP3 | Juan Luis Guerra | 4,631KB | Audio |
| geniphursix@KaZaA | Jurrasic Five-Action Satisfaction (1).mp3 | Jurrasic_5 | 1,956KB | Audio |
| geniphursix@KaZaA | LTD.- Love Ballad.mp3 | Ltd | 4,352KB | Audio |
| geniphursix@KaZaA | 13 Step By Step.wma | New Kids On The Block | 2,110KB | Audio |
| geniphursix@KaZaA | Karma(1).mp3 | Lloyd Banks | 4,387KB | Audio |
| geniphursix@KaZaA | AlbumArt_{2CF7C73F-D940B-43D1-A50D-0BF6CA10C34D}... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{2CF7C73F-D40B43D1-A50D-0BF6CA10C34D}... | Unknown | 2KB | Image |
| 2 Users | Lonely No More.mp3 | Rob Thomas | 3,551KB | Audio |
| geniphursix@KaZaA | MC Solaar - Je me souviens.mp3 | MC Solar | 3,392KB | Audio |
| geniphursix@KaZaA | Michael Mcdonald - I Keep Forgetting (1).mp3 | Micheal McDonald | 3,436KB | Audio |
| geniphursix@KaZaA | Netinho - Oh Milla.mp3 | Netinho | 4,571KB | Audio |
| geniphursix@KaZaA | New Artist (8) - Track14.mp3 | Don Omar | 3,556KB | Audio |
| geniphursix@KaZaA | new kids on the block - didn't blow your mind.mp3 | New Kids On The Block | 6,250KB | Audio |

Found 4168 files | 2,286,766 users online, sharing 5551,527,286 files (19.6) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Search  |  Search field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | new kids on the block - didn't I blow your mind.mp3 | New Kids On The Block | 6,250KB | Audio |
| geniphursix@KaZaA | Nina Simone - Exactly Like You.mp3 | Nina Simone | 2,964KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Got It Bad And That Ain't Good.mp3 | Nina Simone | 5,790KB | Audio |
| geniphursix@KaZaA | nirvana - Territorial Pissings (saturday night live).mp3 | Nirvana | 2,630KB | Audio |
| geniphursix@KaZaA | Nirvana - While My Guitar Gently Weeps.mp3 | Nirvana | 664KB | Audio |
| geniphursix@KaZaA | No Doubt - Exboyfriend.mp3 | no doubt | 3,316KB | Audio |
| geniphursix@KaZaA | 11 - De La Soul - Stakes Is High - Itszoweezee.mp3 | de la soul | 4,081KB | Audio |
| geniphursix@KaZaA | AlbumArt_{137E5682-10D6-4029-905B-89A897F73FA7}_L... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{137E5682-10D6-4029-905B-89A897F73FA7}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{DF966CF1-304F-4DA2-9404-8B1935193ZFE}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{DF966CF1-304F-4DA2-9404-8B1935193ZFE}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{D2A6CB29-05C8-4FBC-A49F-86EA0BBE880A}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{D2A6CB29-05C8-4FBC-A49F-86EA0BBE880A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1B94CC1E-1B2D-486A-AC78-1088B8A0CB27}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | Radiohead - Fake Plastic Trees.mp3 | Radiohead | 4,534KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1B94CC1E-1B2D-486A-AC78-1088B8A0CB27}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{14E539A7E-FAE1-42FD-84C1-28A7D2E65FE9}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | Requee - Gološa.MP3 | Locombianos | 1,074KB | Audio |
| geniphursix@KaZaA | AlbumArt_{93AFAA1D-0790-4232-87AC-0EA6EE0B7B65}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{93AFAA1D-0790-4232-87AC-0EA6EE0B7B65}_... | Unknown | 2KB | Image |

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{93AFAA1D-0790-4232-87AC-0EA6EE0B7B65}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D7E5D0D3-0746-4CC4-8410-AFD9792F519F}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{D7E5D0D3-0746-4CC4-8410-AFD9792F519F}_... | Unknown | 2KB | Image |
| 2 Users | Slum Village - Tainted.mp3 | Slum Village | 3,838KB | Audio |
| geniphursix@KaZaA | AlbumArt_{5D2CC0D3-C788-4CDE-9D0B-C0B0D68B0217}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{6A25072F-32F0-4B48-87A2-611CABC9A5DE}_... | Unknown | 19KB | Image |
| geniphursix@KaZaA | AlbumArt_{4A8B3343-D114-4F49-B034-5E5FFCA38FFB}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{4A8B3343-D114-4F49-B034-5E5FFCA38FFB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Suzanne Vegas - Tom's Dinner .mp3 | Suzanne Vega | 4,017KB | Audio |
| geniphursix@KaZaA | taska - sem voce.mp3 | Chico Buarque | 3,322KB | Audio |
| geniphursix@KaZaA | Temptations - Just My_Imagination.mp3 | Temptations | 3,620KB | Audio |
| geniphursix@KaZaA | T01-SONGS1--JUDGE.NOT.mp3 | Bob Marley | 2,284KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1AE035A6-1EE1-4436-82A6-9B40BF0D403A}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{1AE035A6-1EE1-4436-82A6-9B40BF0D403A}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{529F169E-526E-4A6E-94C6-580389CE0FF6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Track 09.mp3 | Kiki Wyatt and Avant | 3,908KB | Audio |
| geniphursix@KaZaA | AlbumArt_{320DA286-ED42-45B2-93A4-814F59F44F35}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{320DA286-ED42-45B2-93A4-814F59F44F35}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ECA945A2-3C4F-4332-B5EC-8481C9BB1D88}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{ECA945A2-3C4F-4332-B5EC-8481C9BB1D88}_... | Unknown | 2KB | Image |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

News Search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{ECA945A2-3C4F-4332-85EC-8481C9BB1DB8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3A2FBB1A-7C58-4CA2-8C4F-5F747C0B6015}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{3A2FBB1A-7C58-4CA2-8C4F-5F747C0B6015}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D2C3A724-9E54-43F4-828F-DA9BD0BFB214}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D2C3A724-9E54-43F4-828F-DA9BD0BFB214}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Willie Colón - Amor Verdadero.wma | Willy Colón | 3,558KB | Audio |
| geniphursix@KaZaA | 03 Mos Def Ft: Faith Evans - Brown Sugar.mp3 | 3 | 4,897KB | Audio |
| geniphursix@KaZaA | 04-Skillz - Wave Your Hands ft Musiq.mp3 | 3 | 4,919KB | Audio |
| geniphursix@KaZaA | AlbumArt_{69C3AEEF-C8BA-4701-912D-B2D54DBB059C}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{69C3AEEF-C8BA-4701-912D-B2D54DBB059C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C91274F1-6486-45B9-8C80-6C60AC681BEA}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{C91274F1-6486-45B9-8C80-6C60AC681BEA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1E87B16-B2C9-4E6F-A6A2-7973DAE618C9}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{F1E87B16-B2C9-4E6F-A6A2-7973DAE618C9}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{C694E383-5BB1-4B0A-8B5A-4AAE8AF37F33}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{C694E383-5BB1-4B0A-8B5A-4AAE8AF37F33}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Subete a mi moto (1) Menudo.wma | Unknown | 2,526KB | Audio |
| geniphursix@KaZaA | AlbumArt_{710CD189-8C8E-4301-BA63-462DB4F03CEB}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{710CD189-8C8E-4301-BA63-462DB4F03CEB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | OLD_SCHOOL_RAP_Grandmaster Flash - Beat Street.mp3 | Grandmaster Flash | 3,492KB | Audio |

Grandmaster Flash

2,286,766 users online, sharing 554,527,296 files (9.6) not sharing any files

Found 4168 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tel A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | OLD SCHOOL - RAP Grandmaster Flash - Beat Street.mp3 | Grandmaster Flash | 3,492KB | Audio |
| geniphursix@KaZaA | OLD SCHOOL - Whodini - Friends.mp3 | Whodini | 8,784KB | Audio |
| geniphursix@KaZaA | AlbumArt_{6A25072F-32F0-4B48-87A2-611CABC9A5DE}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | Avant-DONT SAY NO JUST SAY YES.mp3 | Avant | 2,213KB | Audio |
| geniphursix@KaZaA | Donnell Jones - Where I Wanna B.mp3 | Donnell Jones | 3,974KB | Audio |
| geniphursix@KaZaA | La India - Salsa.mp3 | Salsa | 3,336KB | Audio |
| geniphursix@KaZaA | Leschea - Fulton Street.mp3 | Leschea | 4,053KB | Audio |
| geniphursix@KaZaA | R&B - Aliyah - If Your Girl Only Knew.mp3 | Aaliyah | 3,020KB | Audio |
| geniphursix@KaZaA | 50 cent-fat bitch.mp3 | 50 Cent | 4,879KB | Audio |
| geniphursix@KaZaA | AlbumArt_{37900F91-DD91-4A41-ABF7-035F1825C2E3}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{37900F91-DD91-4A41-ABF7-035F1825C2E3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Prank phone calls- Jerky Boys- AOL Tech Support.mp3 | Prank phone calls | 1,512KB | Audio |
| geniphursix@KaZaA | Indian - Ravi Shankar, Vilayat khan and others - Rage-Des... | Unknown | 2,506KB | Audio |
| geniphursix@KaZaA | ravi shankar - poornanadah.mp3 | Ravi Shankar | 1,290KB | Audio |
| geniphursix@KaZaA | 112 - Dont Be Mad.mp3 | 112 | 4,052KB | Audio |
| geniphursix@KaZaA | sean paul - call my name.mp3 | Sean Paul | 3,440KB | Audio |
| geniphursix@KaZaA | GraveDiggaz - The Night The Earth Cried.mp3 | Grave Diggaz | 4,259KB | Audio |
| geniphursix@KaZaA | Mobb Deep - Back at You (Sunset Park (sdtrk).mp3 | A+ | 2,617KB | Audio |
| geniphursix@KaZaA | 09 - street_life.mp3 | Mobb Deep, LES, ACD | 4,292KB | Audio |
| geniphursix@KaZaA | bush babees - Bush Babies Remember me.mp3 | Bush Babies | 3,295KB | Audio |

Found 4168 files                2,286,766 users online, sharing 555,527,296 files (6.6... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New Search | Download | Search | Traffic | Shop | Tell A Friend

Q (Search Field)

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | bush babies - Bush Babies-Remember me.mp3 | Bush Babies | 3,296KB | Audio |
| geniphursix@KaZaA | common - Still (feat. Talib Kweli, Gangstarr).mp3 | Common ft. Talib Kweli, G... | 4,010KB | Audio |
| geniphursix@KaZaA | De La Soul - Break Of Dawn.mp3 | De La Soul | 3,980KB | Audio |
| 2 Users | 02 One:Two Step.wma | Ciara | 3,265KB | Audio |
| geniphursix@KaZaA | Freestyle - Coro - Silent Morning.mp3 | 3 | 3,212KB | Audio |
| geniphursix@KaZaA | Gangstar RAP Gangstarr_Inspectah Deck - Above the Cl... | Gang starr | 3,404KB | Audio |
| geniphursix@KaZaA | -Fabalous-breathe 1.mp3 | Fabolous | 8,150KB | Audio |
| geniphursix@KaZaA | 01 E-Pro.wma | Beck | 3,163KB | Audio |
| geniphursix@KaZaA | 01-50_cent_in_the_club_dirty-sms (1).mp3 | 50 Cent | 5,664KB | Audio |
| geniphursix@KaZaA | 01-ashanti-only_you-mis.mp3 | Ashanti | 5,415KB | Audio |
| geniphursix@KaZaA | 02 Que Onda Guero.wma | Beck | 3,577KB | Audio |
| geniphursix@KaZaA | 02 Soldier (1).wma | Destiny's Child | 5,129KB | Audio |
| geniphursix@KaZaA | 02 Track 2.mp3 | Tego | 3,172KB | Audio |
| geniphursix@KaZaA | 03-ja_rule-mesmerize_feat_ashanti-Freddie.mp3.wma | Ashanti | 2,752KB | Audio |
| geniphursix@KaZaA | 04 - La La (Ashlee Simpson).wma | Ashlee Simpson | 898KB | Audio |
| geniphursix@KaZaA | 04-vybz kartel-picture_me_and_you.wma | Vybz Kartel | 1,693KB | Audio |
| geniphursix@KaZaA | 05 - Dead Body Disposal.mp3 | Necro | 6,709KB | Audio |
| geniphursix@KaZaA | 05. Testify.mp3 | Common | 3,680KB | Audio |
| geniphursix@KaZaA | 06 R.Kelly - Snake .mp3 | R. Kelly | 6,823KB | Audio |
| geniphursix@KaZaA | 08. Free Bird.mp3 | Unknown | 5,792KB | Audio |

2,286,786 users online, sharing 554,527,296 files (5,918... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shops | Traffic | Tell A Friend

New Search | Download

Search Field

| User: | Filename: | Artist | Size | Media type |
|---|---|---|---|---|
| geniphursix@KaZaA | 08. Free Bird.mp3 | Unknown | 5,792KB | Audio |
| geniphursix@KaZaA | 09. rob_thomas_-_lonely_no_more.mp3 | Rob Thomas | 6,431KB | Audio |
| geniphursix@KaZaA | 1, 2 Step.WMA | Ciara | 3,223KB | Audio |
| geniphursix@KaZaA | 10. This Night Has Opened My Eyes.mp3 | Smiths | 3,444KB | Audio |
| geniphursix@KaZaA | 112- You Already Know.mp3 | 112 | 4,688KB | Audio |
| geniphursix@KaZaA | 14 - move your body.mp3 | Various | 2,656KB | Audio |
| geniphursix@KaZaA | 14 La botella.mp3 | 3 | 630KB | Audio |
| geniphursix@KaZaA | 14 Sleep Like A Child.mp3 | Joss Stone | 6,652KB | Audio |
| geniphursix@KaZaA | 15 Get Back.wma | Ludacris | 3,487KB | Audio |
| geniphursix@KaZaA | 16 - virgo.mp3 | Nas | 7,169KB | Audio |
| geniphursix@KaZaA | 17-shyne-more_or_less-whoa.mp3 | Shyne | 5,316KB | Audio |
| geniphursix@KaZaA | CRI CRI - LA OLLA Y EL COMAL.mp3 | CRI CRI | 2,482KB | Audio |
| geniphursix@KaZaA | Cri Cri - Los pollitos dicen.mp3 | Cri Cri | 758KB | Audio |
| geniphursix@KaZaA | Cri Cri - Pinpon es un Muñeco.mp3 | Cri Cri | 1,611KB | Audio |
| geniphursix@KaZaA | 17. Go To Hell.mp3 | Nina Simone | 2,648KB | Audio |
| geniphursix@KaZaA | 20 Cherokee - Nectarine feat. Andre 3000.mp3 | 3 | 4,800KB | Audio |
| geniphursix@KaZaA | 5-green is the colour.mp3 | Pink Floyd | 2,792KB | Audio |
| geniphursix@KaZaA | 50 Cent - Order Of Protection.mp3 | 50 Cent | 2,406KB | Audio |
| geniphursix@KaZaA | 50 Cent - Nobody Likes Me.mp3 | 50 Cent | 3,040KB | Audio |
| geniphursix@KaZaA | 50 cent ft g-unit  G unit anthem 2.mp3 | 04=50_cent=g-unit_g_anthe... | 3,339KB | Audio |

04=50_cent=g-unit_g_anthe... (19.8) || Not sharing any files

2,386,786 users online, sharing 555,527,296 files

Found 14,188 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 50 cent ff gunit- Gunit anthem .mp3. | 84-50_cent-g-unit_anthe... | 3,339kB | Audio |
| geniphursix@KaZaA | 6 nice and smooth - Funky for you.mp3 | nice and smooth | 4,652kB | Audio |
| 2 Users | 80's Fat Boys - Jail House Rap.mp3 | fatboys | 4,472kB | Audio |
| geniphursix@KaZaA | 80's Freestyle-Noel - Silent Morning.mp3 | Noel | 5,740kB | Audio |
| geniphursix@KaZaA | 8579.mp3 | Disco Clepsco Dance Ban... | 4,188kB | Audio |
| geniphursix@KaZaA | A E I O U [Freeze].Mp3 | Freeze | 8,136kB | Audio |
| geniphursix@KaZaA | Adina howard - Freak like me.mp3 | Adina howard | 6,335kB | Audio |
| geniphursix@KaZaA | Alcione-Cássia Eller- Não deixe o samba morrer.mp3 | Alcione | 4,216kB | Audio |
| geniphursix@KaZaA | alicia keys-diary-unreleased album.mp3 | alicia keys | 2,779kB | Audio |
| geniphursix@KaZaA | Alicia Keys-Warrior (Nas).mp3 | Lloyd Banks | 4,445kB | Audio |
| geniphursix@KaZaA | Alvin and the Chipmunks - Hula Hoop.mp3 | Alvin_The Chipmunks | 2,227kB | Audio |
| geniphursix@KaZaA | Anthony B; Sizzla; Luciano - 3 Wise Man.mp3 | Anthony B. | 3,828kB | Audio |
| geniphursix@KaZaA | Anthony Hamilton - Forgive me.mp3 | Anthony hamilton | 5,315kB | Audio |
| geniphursix@KaZaA | Asa De Aguia - Cover Timbalada.mp3 | Asa de Aguia | 2,704kB | Audio |
| geniphursix@KaZaA | Ashanti - Only You (1).mp3 | Ashanti | 4,904kB | Audio |
| geniphursix@KaZaA | Ashanti - Only You.mp3 | Ashanti | 4,086kB | Audio |
| geniphursix@KaZaA | Ashanti_-_Only_U (3).wma | Ashanti | 3,412kB | Audio |
| geniphursix@KaZaA | Ashlee Simpson - Unreachable (AshleeSimpson.net).mp3 | 3 | 3,593kB | Audio |
| geniphursix@KaZaA | Atomic Kitten - I want your love.mp3 | Chic | 3,141kB | Audio |
| geniphursix@KaZaA | Audio Two-Top Billing.mp3 | Audio Two | 2,562kB | Audio |

Found 4,198 files.

2,286,786 users online, sharing 554,527,296 files (1,9... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Audio Two-Top Billing.mp3 | Audio Two: | 2,662KB | Audio |
| geniphursix@KaZaA | Babado Novo - Timbalada.mp3 | Babado Novo | 7,625KB | Audio |
| geniphursix@KaZaA | backstreet boys - prank call on britney-spears (live).mp3 | Backstreet Boys | 1,594KB | Audio |
| geniphursix@KaZaA | Bad_Brains_-_15_-_Revolution_(dub).mp3 | Bad Brains | 4,195KB | Audio |
| geniphursix@KaZaA | Barrington Levy- Too Experienced.mp3 | Barrington Levy | 3,080KB | Audio |
| geniphursix@KaZaA | Beastie Boys - It Takes Time To Build.mp3 | 3 | 3,236KB | Audio |
| geniphursix@KaZaA | Beastie_Boys_--_Ch-Check_it_Out.mp3 | Beasty boys | 4,462KB | Audio |
| geniphursix@KaZaA | Beck - Midnite Vultures - [06] - Peaches And Cream.mp3 | Beck | 6,916KB | Audio |
| geniphursix@KaZaA | Beck-Que Onda Guero.wma | Beck | 4,130KB | Audio |
| geniphursix@KaZaA | Beenie Man_Barrington Levy - Murderer (Remix).mp3 | Barrington Levy | 4,006KB | Audio |
| geniphursix@KaZaA | Beenie Man - Dude (remix).wma | Beenie Man | 3,242KB | Audio |
| geniphursix@KaZaA | Beg for Mercy1.mp3 | G Unit | 3,222KB | Audio |
| geniphursix@KaZaA | Benifit - 460 Verified.mp3 | Benifit | 2,275KB | Audio |
| geniphursix@KaZaA | Benifit - Call Of Revolt.mp3 | Benifit | 1,891KB | Audio |
| geniphursix@KaZaA | Benifit - my story.mp3 | Benifit | 4,506KB | Audio |
| geniphursix@KaZaA | Big L - Freestyle Part 02.mp3 | Big L | 2,187KB | Audio |
| geniphursix@KaZaA | bill withers - Use M1e Up.mp3 | Bill Withers | 5,663KB | Audio |
| geniphursix@KaZaA | billy holiday - My Man (1).mp3 | Billie Holiday | 2,150KB | Audio |
| geniphursix@KaZaA | Black 47 - Green Suede Shoes.mp3 | Black-47 | 3,769KB | Audio |
| 2 Users | Black Sheep - This or That.mp3 | AC | 3,770KB | Audio |

Found 4108 files    2,286,766 users online, sharing 554,527,296 files (1TB)    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Shop  |  Tell A Friend

View search  |  Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Black Sheep - This or That.mp3 | AC | 3,770KB | Audio |
| geniphursix@KaZaA | AlbumArt_{18235632-9552-49D5-B9CE-559A19030DA4}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{18235632-9552-49D5-B9CE-559A19030DA4}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{4AB0EBB1-C55B-4B39-AF43-BD04472884A9}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{15D86E6A-5E3F-4A3D-9C89-1B07040A1870}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | Celtic-IRISH- Cheiftains - Dublin (jig).mp3 | The Chieftains | 2,774KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1371B9FC-BE70-45C6-88F8-E3C117E7751C}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{1371B9FC-BE70-45C6-88F8-E3C117E7751C}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Dead Prez - Turn Off The Radio.mp3 | dead prez | 7,045KB | Audio |
| geniphursix@KaZaA | AlbumArt_{7ECAF56B-0D34-4068-B07B-A46761BFB50A}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{7ECAF56B-0D34-4068-B07B-A46761BFB50A}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | DON OMAR -LA BATIDORA.MP3 | DON OMAR | 4,466KB | Audio |
| geniphursix@KaZaA | Doors - Love Her Madly.mp3 | Doors | 3,136KB | Audio |
| geniphursix@KaZaA | Doors - People are Strange (1).mp3 | The Doors | 3,994KB | Audio |
| geniphursix@KaZaA | Doors - Riders On The Storm.mp3 | Doors | 6,751KB | Audio |
| geniphursix@KaZaA | E o Tchan - Danca Do Poe Poe.mp3 | E o Tchan | 3,202KB | Audio |
| geniphursix@KaZaA | Eagles - Already gone (1).mp3 | Eagles | 2,338KB | Audio |
| geniphursix@KaZaA | Eagles - Already Gone.mp3 | Eagles | 3,966KB | Audio |
| geniphursix@KaZaA | Eagles - Lying Eyes (1).mp3 | Eagles | 5,966KB | Audio |
| 2 Users | Eagles - Mid-Night Toker.mp3 | Eagles | 2,816KB | Audio |

Found 4168 files

12,286/786 users online, sharing 554,527,296 files (9.8... Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | |

New search | Download | My Kazaa

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | Eagles - Mid-Night Toker.mp3 | Eagles | 2,816KB | Audio |
| geniphursix@KaZaA | Eagles - Peaceful Easy Feeling.mp3 | Eagles | 3,020KB | Audio |
| geniphursix@KaZaA | eagles - Spirit in the Sky.mp3 | Eagles | 3,373KB | Audio |
| geniphursix@KaZaA | Eagles - Take It To The Limit.mp3 | Eagles | 4,476KB | Audio |
| geniphursix@KaZaA | Earth Wind_Fire - Gratitude - Sun Goddess.mp3 | Earth Wind_Fire | 7,328KB | Audio |
| geniphursix@KaZaA | Earth, Wind, and Fire - Can't Hide Love.mp3 | Earth Wind and Fire | 4,883KB | Audio |
| geniphursix@KaZaA | Edith Piaf - Marseillaise.mp3 | Edith Piaf | 3,968KB | Audio |
| geniphursix@KaZaA | Eek-A-Mouse~I will Never Leave My Llove.mp3 | Eek-A-Mouse | 3,195KB | Audio |
| geniphursix@KaZaA | EekaMouse - Ganja Smuggling.mp3 | Eek-A-Mouse | 3,599KB | Audio |
| geniphursix@KaZaA | Eekamouse - Lion Sleeps Tonite.mp3 | Eek-A-Mouse | 3,196KB | Audio |
| geniphursix@KaZaA | EekaMouse - skidip.mp3 | eek-a.mouse | 3,186KB | Audio |
| geniphursix@KaZaA | Expose~ Let Me Be The One.mp3 | Expose | 4,110KB | Audio |
| geniphursix@KaZaA | AlbumArt_{8F80C7D4-9B5A-4A7D-8180-D02A1F78A5B2}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{8F80C7D4-9B5A-4A7D-8180-D02A1F78A5B2}... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{795CA47B-F70C-4FA6-B928-7A09427FE9ED}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | I don't love you no more...mp3 | Craig David | 3,804KB | Audio |
| geniphursix@KaZaA | jada~12 ~still feel me.mp3 | Jadakiss | 3,804KB | Audio |
| geniphursix@KaZaA | AlbumArt_{8E8AD7FF-07B1-4EE3-9232-8520C2D0F271}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{8E8AD7FF-07B1-4EE3-9232-8520C2D0F271}... | Unknown | 1KB | Image |
| geniphursix@KaZaA | John Legend - Used To Love You.MP3 | John Legend | 3,639KB | Audio |

Found 3188 files

2,286,766 users online sharing 554,527,296 files (19,361 Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | John Legend - Used To Love You.MP3 | John Legend | 3,639KB | Audio |
| geniphursix@KaZaA | John_Legend-Ordinary_People.wma | John Legend | 2,782KB | Audio |
| geniphursix@KaZaA | jorge ben - Umbabarauma.mp3 | Jorge Ben | 4,542KB | Audio |
| geniphursix@KaZaA | Jorge Ben Jor - Tajmahal.mp3 | Jorge Ben Jor | 1,675KB | Audio |
| geniphursix@KaZaA | Album4rit_{A3D9F7BC-CF47-4B6D-9596-E3F14278EB1D}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | Jorge Benjor - Chove Chuva.mp3 | Jorge Ben Jor | 2,011KB | Audio |
| geniphursix@KaZaA | Jorge Vercilio - mem um dia (djavan) (c).mp3 | Jorge Vercilio | 3,561KB | Audio |
| geniphursix@KaZaA | Jose Feliciano -Chico and the Man (f).MP3 | Jose Feliciano | 2,506KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez - Dueño de nada.mp3 | JOSE LUIS RODRIGUEZ | 7,349KB | Audio |
| geniphursix@KaZaA | Killa Army Full Moon (dope).mp3 | Killa Army | 3,304KB | Audio |
| geniphursix@KaZaA | Margareth Menezes-Toté de malanga.mp3 | Margareth Menezes | 4,563KB | Audio |
| geniphursix@KaZaA | Maria's Wedding.mp3 | Black 47 | 3,604KB | Audio |
| geniphursix@KaZaA | Mario-let me love you.wma | mario | 3,887KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Shiver.mp3 | Maroon 5 | 2,791KB | Audio |
| geniphursix@KaZaA | Marvin Gaye-Come Live With Me.mp3 | marvin gaye | 15,245KB | Audio |
| geniphursix@KaZaA | Mase 'LOX_DMX' 24 hours 2 live.mp3 | Mase 'LOX_DMX' | 3,989KB | Audio |
| geniphursix@KaZaA | MAXWELL-NOW- This Womans Work.mp3 | MAXWELL | 7,483KB | Audio |
| geniphursix@KaZaA | Maze - Before I Let Go.mp3 | Maze (feat. Frankie Bever... | 4,864KB | Audio |
| geniphursix@KaZaA | Mc Solaar- 'Inch' Allah.mp3 | 3 | 2,933KB | Audio |
| geniphursix@KaZaA | mc solaar - les temps changent.mp3 | MC Solaar | 3,091KB | Audio |

Found 4168 files

2,286,766 users online, sharing 554,527,296 files (19.6) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | mc solaar - les temps changent.mp3 | MC solaar | 3,091kB | Audio |
| geniphursix@KaZaA | Mc Solaar - Solar pleure.mp3 | Mc Solaar | 4,690kB | Audio |
| geniphursix@KaZaA | michael Jackson - Butterflies feat. Eve (Remix).mp3 | Michael Jackson feat. Eve | 2,600kB | Audio |
| geniphursix@KaZaA | Moby - Feelin So Real.mp3 | °¨¨C° | 3,130kB | Audio |
| geniphursix@KaZaA | Monica "So Gone" (Remix Feat, Missy, YoungBuck).mp3 | monica | 6,031kB | Audio |
| geniphursix@KaZaA | mood f.talib kweli - industry lies (5).mp3 | $i | 2,509kB | Audio |
| geniphursix@KaZaA | Morrisey - The More You Ignore Me, The Closer I Get(1).m... | Morrisey | 4,373kB | Audio |
| geniphursix@KaZaA | Mos Def - Love.mp3 | Mos Def_Bush Babies | 5,454kB | Audio |
| geniphursix@KaZaA | AlbumArt_{50030D33-ACB3-4CFF-9ABE-21B13212I3A3}_... | Unknown | 9kB | Image |
| geniphursix@KaZaA | AlbumArt_{50030D33-ACB3-4CFF-9ABE-21B13212I3A3}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | AlbumArt_{446F7345-2295-4AB2-BB6B-66E662ACEF7F}_L... | Unknown | 10kB | Image |
| geniphursix@KaZaA | AlbumArt_{446F7345-2295-4AB2-BB6B-66E662ACEF7F}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | Olidum - Beija Flor.mp3 | Timbalada | 3,530kB | Audio |
| geniphursix@KaZaA | AlbumArt_{102ABEEB-FEC3-4AA8-AEF2-5A4F0EF2058C}_... | Unknown | 8kB | Image |
| geniphursix@KaZaA | AlbumArt_{102ABEEB-FEC3-4AA8-AEF2-5A4F0EF2058C}_... | Unknown | 2kB | Image |
| geniphursix@KaZaA | pink Floyd - Hey You (acoustic).mp3 | Pink Floyd | 5,828kB | Audio |
| geniphursix@KaZaA | Pop 80's - The Smiths - I am Human (1).mp3 | The Smiths | 6,266kB | Audio |
| geniphursix@KaZaA | Punk - Its My Life.mp3 | Punk | 2,334kB | Audio |
| geniphursix@KaZaA | Q102 - Philadelphia Eagles.mp3 | Q102 | 2,656kB | Audio |
| geniphursix@KaZaA | AlbumArt_{FEF12634-56EC-4D7D-9742-998CE55106?5}_... | Unknown | 7kB | Image |

Found 168 files.

2,286,786 users online, sharing 553,527,296 files (19.6 ...)  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{FEF12834-58EC-4D7D-9742-998CCE5510B75}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{FEF12834-58EC-4D7D-9742-998CCE5510B75}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED85490B-CF7B-4B81-92BA-66D4D4DADF5D31}_... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | AlbumArt_{ED85490B-CF7B-4B81-92BA-66D4D4DADF5D31}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2611347-1E06-4314-9E69-FBF6808A0F64}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2611347-1E06-4314-9E69-FBF6808A0F64}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6D9D460B-7A1C-43D9-99C9-6994F54780ZE}_... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | AlbumArt_{6D9D460B-7A1C-43D9-99C9-6994F54780ZE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AA077E25-635E-426A-A052-D00ED8519591}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{AA077E25-635E-426A-A052-D00ED8519591}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Sinead_O'conner_and_the_Chieftains-(Van Morrison cover)_-... | Sinead O'Conner | 3,940KB | Audio |
| geniphursix@KaZaA | sizzla--Clean Up Your Heart.mp3 | sizzla | 3,439KB | Audio |
| geniphursix@KaZaA | Sizzla_feat._bone_crusher_solid_as_a_rock-vicr.mp3 | Bonecrusher Sizzla Killer M... | 7,603KB | Audio |
| geniphursix@KaZaA | Sleep Like A Child (5).mp3 | Joss Stone | 4,819KB | Audio |
| geniphursix@KaZaA | Sleep Like A Child.mp3 | Joss Stone | 4,124KB | Audio |
| geniphursix@KaZaA | AlbumArt_{5029E4DB-E4F1-4900-9B7A-80DA2E09E901}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5029E4DB-E4F1-4900-9B7A-80DA2E09E901}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{82FFB823-B24B-40B7-B83A-CAFD3144E9F9}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{82FFB823-B24B-40B7-B83A-CAFD3144E9F9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CA4EE303-1E76-4E3E-B207-CF3E680031BAE}_... | Unknown | 5KB | Image |

Found 4188 files.    2,286,766 users online, sharing 554,527,206 files (196... Not sharing any files



| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | AlbumArt_{CAAEE3D3-1E76-4E3E-B207-CF3E68D31BAE}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{CAAEE3D3-1E76-4E3E-B207-CF3E68D31BAE}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | ravi shankar - dadra.mp3 | Ravi Shankar | 9,853KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0A5722A2E-064D-4FAF-A037-193028AA9494}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_2{0A5722A2E-064D-4FAF-A037-193028AA9494}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Main Source - Fakin' The Funk.mp3 | Main Source | 4,378KB | Audio |
| geniphursix@KaZaA | Outkast-Skankonia-It's_Ok.mp3 | Outkast | 3,524KB | Audio |
| geniphursix@KaZaA | PE - Nation - 11 - Night Of The Living Baseheads - Public E... | Public Enemy | 4,575KB | Audio |
| geniphursix@KaZaA | Mr. Vegas-Culo(Remix).mp3 | Mr. Vegas | 3,780KB | Audio |
| geniphursix@KaZaA | Pattie Labelle_Michael McDonald - On My Own.mp3 | Pattie Labelle_Michael M... | 4,442KB | Audio |
| geniphursix@KaZaA | RZA - Tragedy.mp3 | RZA | 3,616KB | Audio |
| geniphursix@KaZaA | Scarface_2 Pac - Smile.mp3 | Tupac | 4,710KB | Audio |
| geniphursix@KaZaA | Slum Village - Fall In Love.mp3 | Slum Village | 3,548KB | Audio |
| geniphursix@KaZaA | Raggae BARINGTION LEVY - murderer (original reggae mix)... | raggae | 3,448KB | Audio |
| geniphursix@KaZaA | AlbumArt_{95988667B-F31D-4CD9-8BAD-89765EFE59EC}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_2{95988667B-F31D-4CD9-8BAD-89765EFE59EC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Beatles - Michelle (1).mp3 | The Beatles | 2,538KB | Audio |
| geniphursix@KaZaA | Black 47 - James_Connolly.mp3 | Black 47 | 5,642KB | Audio |
| geniphursix@KaZaA | Black 47 -- Black Rose (1).mp3 | Black 47 | 4,784KB | Audio |
| geniphursix@KaZaA | Black Moon - War Zone.mp3 | Black Moon | 3,142KB | Audio |



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web · My Kazaa · Theater · Search · Traffic · Shop · Tell A Friend

New Search · Download · Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Christion - Anything Goes.mp3 | Christion | 4,265KB | Audio |
| geniphursix@KaZaA | Ciara 'Missy - 1-2-Step.mp3 | Ciara | 5,086KB | Audio |
| geniphursix@KaZaA | ciara ' missy - 1,2-step.mp3 | Ciara | 3,936KB | Audio |
| geniphursix@KaZaA | Ciara Ft Missy Elliot-1,2,Step.mp3 | Ciara | 3,936KB | Audio |
| geniphursix@KaZaA | cold crush brothers - 1981.mp3 | Cold Crush Brothers | 4,261KB | Audio |
| geniphursix@KaZaA | Cold Play - Parachutes - 01 - Don't Panic.mp3 | Coldplay | 2,392KB | Audio |
| geniphursix@KaZaA | Common - Reminding Me of Self (Roots.remix).mp3 | Common | 4,204KB | Audio |
| geniphursix@KaZaA | Common ft: John Mayer- Go.mp3 | Common | 5,604KB | Audio |
| geniphursix@KaZaA | Common ft. Kanye West - Food.mp3 | Common | 4,093KB | Audio |
| geniphursix@KaZaA | Copy of Lonely No More.mp3 | Rob Thomas | 3,549KB | Audio |
| geniphursix@KaZaA | Dead Prez - Animal Farm.mp3 | dead prez | 4,242KB | Audio |
| geniphursix@KaZaA | Dead Prez - The Game Of Life.mp3 | Dead Prez | 4,807KB | Audio |
| geniphursix@KaZaA | George Michael - Stay With Me.wma | George Michael | 2,196KB | Audio |
| geniphursix@KaZaA | AlbumArt_{8A00488-8426452D-B82F-9605F1538B35}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{8A00488-8426-452D-B82F-9605F1538B35_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Gucci Man ft.mp3 | Gucci ft: Young Jeezy | 6,846KB | Audio |
| geniphursix@KaZaA | Hangin' on a String (Contemplating) - Loose Ends.mp3 | Loose Ends | 5,613KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - 11 - It's Alright With Me.mp3 | artist | 4,595KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Juanito Alimana.mp3 | Hector Lavoe | 8,204KB | Audio |
| geniphursix@KaZaA | Hector y Tito_Victor Manuelle - Ay Amor (2).wma | Victor Manuel, Hector y Ti... | 951KB | Audio |

Found 4,168 files    2,286,766 users online, sharing 951,527,296 files (9,161...)    Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Hector y Tito - Victor Manuelle - Ay Amor (2).wma | Victor Manuel, Hector y Ti... | 951kB | Audio |
| geniphursix@KaZaA | Hewey Lewis - I Want a New Drug.mp3 | Hewey Lewis and the Ne... | 4,453kB | Audio |
| geniphursix@KaZaA | Hey.caramba.mp3 | Buena Vista Social Club | 3,942kB | Audio |
| geniphursix@KaZaA | How We Do.mp3 | The game | 5,702kB | Audio |
| geniphursix@KaZaA | Isreal vibrations - Cool and Calm.mp3 | Israel vibration | 568kB | Audio |
| geniphursix@KaZaA | Jadakiss - U Make Me Wanna (3).mp3 | Jadakiss | 9,182kB | Audio |
| geniphursix@KaZaA | AlbumArt_{20635571-651F-47D9-9655-7ECC65629B5C}_... | Unknown | 7kB | Image |
| geniphursix@KaZaA | AlbumArt_{20635571-651F-47D9-9655-7ECC65629B5C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Lakeside - Say Yes.mp3 | Lakeside | 4,978kB | Audio |
| geniphursix@KaZaA | Lasgo - All Night Long.MP3 | Common | 3,739kB | Audio |
| geniphursix@KaZaA | Latinha - Timbalada.mp3 | Timbalada | 3,135kB | Audio |
| geniphursix@KaZaA | Let It Go.mp3 | Freak Power | 4,133kB | Audio |
| geniphursix@KaZaA | Lil' Kim - XXX (Adult Only).mp3 | Lil' Kim | 2,516kB | Audio |
| geniphursix@KaZaA | LISA LISA AND CULT JAM - ALL CRIED OUT.mp3 | Lisa Lisa and Cult Jam | 2,838kB | Audio |
| geniphursix@KaZaA | Lonely No More (2).mp3 | Rob Thomas | 9,736kB | Audio |
| geniphursix@KaZaA | Method Man - Release Yo Delf.mp3 | Method Man | 3,490kB | Audio |
| geniphursix@KaZaA | AlbumArt_{FE716637-A412-4683-A2B1-5367A4F3A75D}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{FE716637-A412-4683-A2B1-5367A4F3A75D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6EB88949-A046-413B-9A6A-57741B59C89E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Mature - What you know about it.mp3 | Mature | 3,045KB | Audio |

Found 4168 files