Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Nature - What you know about it.mp3 | Nature | 3,045KB | Audio |
| geniphursix@KaZaA | Necro - 03 - I Need Drugs.mp3 | 3 | 6,572KB | Audio |
| geniphursix@KaZaA | Necro - Brutal Styles.mp3 | Necro | 3,370KB | Audio |
| geniphursix@KaZaA | Necro - Gory Days.mp3 | Necro | 2,320KB | Audio |
| geniphursix@KaZaA | netinho - indeciso.mp3 | Netinho | 3,841KB | Audio |
| geniphursix@KaZaA | No more trouble.mp3 | Bob Marley | 3,729KB | Audio |
| geniphursix@KaZaA | NOREAGA F_ BIG PUN, CAM'RON, STYLES, JADAKISS - BANN... | NOREAGA | 3,465KB | Audio |
| geniphursix@KaZaA | OGC - Da Storm.mp3 | OGC | 3,890KB | Audio |
| geniphursix@KaZaA | O'Jays - Money Money.mp3 | O'Jays | 3,484KB | Audio |
| geniphursix@KaZaA | AlbumArt_{9C1DDDB7-03C2-4247-BA88-D39642F59F4D}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{9C1DDDB7-03C2-4247-BA88-D39642F59F4D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{4E539A7E-FAE1-42FD-84C1-28A7D2E65FE9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{427CA566-E7E9-4ECD-9ED1-1DDA0B90D07E8}... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{5D2CC3D3-C788-4CDE-9D0B-CDB0D6630217}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Reggaeton-Dime.MP3 | MY_QUEEN | 2,576KB | Audio |
| 2 Users | Rolling Stones - Sympathy for the Devil.mp3 | Music | 6,000KB | Audio |
| geniphursix@KaZaA | RONCA.wma | Don Omar | 1,260KB | Audio |
| geniphursix@KaZaA | RUMPSHK~1.MP3 | Wrexx-N-Effexx | 3,874KB | Audio |
| geniphursix@KaZaA | Sade - Color of Love.mp3 | Sade | 3,920KB | Audio |
| geniphursix@KaZaA | Samba do Grande Amor.mp3 | Chico Buarque, Maria Be... | 1,992KB | Audio |

Found 4,168 files

2,286,766 users online, sharing 555x 572,296 Files   Not sharing any files



# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Download | New Search | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Samba do Grande Amor.mp3 | Chico Buarque; Maria Be… | 1,952KB | Audio |
| geniphursix@KaZaA | SAMBA_ARAKETO_EBOM D++.MP3 | Araketu | 3,691KB | Audio |
| geniphursix@KaZaA | SARAH MCGLAUGHLIN - POSSESSION.MP3 | AZ | 3,699KB | Audio |
| geniphursix@KaZaA | Sarah Mclachlan - Ice Cream.mp3 | Sarah Mcglaughlin | 2,250KB | Audio |
| geniphursix@KaZaA | Talib Kweli - Good to You.mp3 | ^A^ | 3,943KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - For Women.mp3 | Talib Kweli_Hi-Tek | 3,960KB | Audio |
| geniphursix@KaZaA | Talib Kweli_Hi-Tek - Move Somethin'.mp3 | Talib Kweli | 2,982KB | Audio |
| geniphursix@KaZaA | AlbumArt_{43DEEF19-31BB-4C55-ABDA-5418AF98AC72}_… | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{43DEEF19-31BB-4C55-ABDA-5418AF98AC72}_… | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8F8134E1-7F75-4665-BD00-887501475B97}_L… | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{8F8134E1-7F75-4665-BD00-887501475B97}_… | Unknown | 2KB | Image |
| geniphursix@KaZaA | 50 Cent - Disco Inferno 1.mp3 | 50 Cent | 4,448KB | Audio |
| geniphursix@KaZaA | Eminem - Like Toy Soldier (1).mp3 | Eminem | 7,414KB | Audio |
| geniphursix@KaZaA | Nas - Memory Lane.mp3 | Down | 3,878KB | Audio |
| geniphursix@KaZaA | cricri_lasvocales (1).mp3 | Cri-cri | 2,473KB | Audio |
| geniphursix@KaZaA | Cri Cri - El Raton Vaquero.mp3 | Cri Cri | 1,372KB | Audio |
| geniphursix@KaZaA | Diana Ross - Love Hangover.mp3 | Diana Ross | 3,194KB | Audio |
| geniphursix@KaZaA | led_zeppelin - cashmere.mp3 | Led Zeppelin | 7,094KB | Audio |
| geniphursix@KaZaA | Stacy Q - Two Of Hearts.mp3 | Stacey Q | 3,204KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Femme Fatale.mp3 | The Velvet Underground | 2,455KB | Audio |

Found 4168 files

[2,286,766 users online, sharing 554,527,296 files (9.6... Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shops  |  Tell A Friend

Current search  |  New search  |  Download  |  Search  |  Search Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Get Back (1).mp3 | Ludacris | 7,447KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Ironman - 02 - Wildflower (1).mp3 | ? | 3,225KB | Audio |
| geniphursix@KaZaA | Gota d'Agua.mp3 | Chico Buarque | 2,326KB | Audio |
| geniphursix@KaZaA | Grand Master Flash_The Furious Five White Lines.mp3 | Grandmaster Flash | 1,574KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Hidden Chambers.mp3 | Grave Diggaz | 4,045KB | Audio |
| geniphursix@KaZaA | janis joplin - mary jane.mp3 | Janis Joplin | 2,050KB | Audio |
| geniphursix@KaZaA | Jay-Z Get My Shit Off.mp3 | Jay-z Feat. Timbaland | 5,332KB | Audio |
| geniphursix@KaZaA | JayZ - International Hov.mp3 | JayZ | 1,524KB | Audio |
| geniphursix@KaZaA | Only You (1).mp3 | Ashanti | 4,230KB | Audio |
| geniphursix@KaZaA | Phantom Of The Opera - Think of Me (Instrumental) (1).m... | Piano | 4,900KB | Audio |
| geniphursix@KaZaA | Phil Collins - Playing For Keeps.mp3 | Phil Collins | 4,676KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Another Brick In The Wall (Complete) (1).mp3 | Pink Floyd | 10,856KB | Audio |
| geniphursix@KaZaA | AlbumArt_{130C7D1E-3625-4FBB-B488-AE2DBDD7C0FC}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{130C7D1E-3625-4FBB-B488-AE2DBDD7C0FC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2ADE59C7-078C-4684-97D0-A34B7FC6DECF}... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{2ADE59C7-078C-4684-97D0-A34B7FC6DECF}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{55404AFD-6855-42BD-9979-4DF7B1942822}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{55404AFD-6855-42BD-9979-4DF7B1942822}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E59241F7-3706-4D65-8EF0-88D8401DB850}_1... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{E59241F7-3706-4D65-8EF0-88D8401DB850}_... | Unknown | 1KB | Image |

2 Users

Found 4168 files

2,286,766 users online, sharing 554,527,296 files (19.6) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My kazaa    Theater    Tell A Friend

New search    Download    Search    Traffic    Shop    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | AlbumArt_{E592411F7-3706-4D65-8EF0-88D84101D8850}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Copy of Sir Charles Jones - Are You Lonely.mp3 | Sir Charles Jones | 4,413KB | Audio |
| geniphursix@KaZaA | Country - Linda Ronstadt - Your No Good.mp3 | Linda Ronstadt | 3,400KB | Audio |
| geniphursix@KaZaA | crkcrl - El zapatero.mp3 | CrlCrl | 1,979KB | Audio |
| geniphursix@KaZaA | Los Toros Band - Vuelve mi reina.mp3 | Los Toros Band | 3,646KB | Audio |
| geniphursix@KaZaA | Los Toros Band-Mi gran amor.mp3 | Los Toro Band | 6,127KB | Audio |
| geniphursix@KaZaA | LOVE - 5 and i miss you.mp3 | Sade | 2,452KB | Audio |
| geniphursix@KaZaA | love is.mp3 | Common | 4,455KB | Audio |
| 2 Users | AlbumArt_{A63D0695-BD38-46CF-8CE2-CEA029652C3E}_... | Unknown | 16KB | Image |
| geniphursix@KaZaA | AlbumArt_{A63D0695-BD38-46CF-8CE2-CEA029652C3E}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | Marc Anthony - Ultimo Beso.mp3 | Marc Anthony. | 4,277KB | Audio |
| geniphursix@KaZaA | Margareth Menezes - Dandalunda (1).mp3 | Margarete | 3,460KB | Audio |
| geniphursix@KaZaA | MF Doom - Fondle Em Fossils.mp3 | MF Doom | 4,042KB | Audio |
| geniphursix@KaZaA | new kids on the block - let's try it again.mp3 | New Kids On The Block | 3,639KB | Audio |
| geniphursix@KaZaA | New Kids on the Block: My Favorite Girl.MP3 | New Kids On The Block | 2,988KB | Audio |
| geniphursix@KaZaA | New Kids on the Block - Popsicle (1).mp3 | New Kids on the Block | 1,493KB | Audio |
| 2 Users | Newcleus - Jam On It (Wicky Wicky).mp3 | Newcleus | 7,616KB | Audio |
| geniphursix@KaZaA | nika costa - I Believe in Love.mp3 | Nika Costa | 2,790KB | Audio |
| geniphursix@KaZaA | AlbumArt_{28F881A4-62D6-4E97-8F58-456897A15AA9}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{28F881A4-62D6-4E97-8F58-456897A15AA9}_... | | 2KB | Image |

Found 4,168 files    2,286,786 users online, sharing 558,527,296 files (916) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

View search | Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | AlbumArt_{28F881A4-62D6-4E97-BF58-456897A15AA9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Reggae - Joyride Riddim - Cecile - Yuh Neh Ready.mp3 | cecile | 2,506KB | Audio |
| geniphursix@KaZaA | Reggae War Song.mp3 | Unknown | 3,308KB | Audio |
| geniphursix@KaZaA | AlbumArt_{A836E83C-04E5-48D2-88C5-69B64E2F6D44}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{A836E8BC-04E5-48D2-88C5-69B64E2F6D44}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{BEDA1653-4FAF-4182-A754-4900258E8A15}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{BEDA1653-4FAF-4182-A754-4900258E8A15}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{00111045-980A-4B79-9FEF-B05DDC2C5DC9}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{00111045-980A-4B79-9FEF-B05DDC2C5DC9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FA210F89-504C-47D7-9657-85E267B5E773}-1_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{FA210F89-504C-47D7-9657-85E267B5E773}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Destiny's Child - Soldier.mp3 | destiny's child | 4,885KB | Audio |
| geniphursix@KaZaA | deus lhe pague.mp3 | Chico Buarque | 3,134KB | Audio |
| geniphursix@KaZaA | DJ screw_Ice Cube - Today Was A Good Day (Screwed).... | A+ | 3,709KB | Audio |
| geniphursix@KaZaA | Django Reinhardt - Django's Blues.mp3 | Django Reinhardt | 2,882KB | Audio |
| geniphursix@KaZaA | Floetry-WannaBeWhereUR.mp3 | Floetry Ft Mos Def | 7,559KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Mirandote.mp3 | Frankie Ruiz | 4,762KB | Audio |
| geniphursix@KaZaA | Freeway Ft. Beanie Sigel_Jay-Z - What We Do.mp3 | Freeway | 3,596KB | Audio |
| geniphursix@KaZaA | AlbumArt_{A3D9F7BC-CF47-4B6D-9596-E3F14278E81D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{997288E77-C76B-4F9C-A0A0-D052EF C04E08}_... | Unknown | 1KB | Image |

2,286,766 users online. Sharing 554,527,296 files (9,761,049 GB). Sharing any files

Found 4,168 files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tié Aiyé - swinqueira.mp3 | G | 1,051KB | Audio |
| geniphursix@KaZaA | INCOMPLETE~03-necro-i_need_drugs-cms.mp3 | 3 | 3,597KB | Audio |
| geniphursix@KaZaA | Infantiles - Cri.Cri - La Patita.mp3 | Cri.Cri. | 2,657KB | Audio |
| geniphursix@KaZaA | Karma'(?).MP3 | Lloyd Banks | 5,205KB | Audio |
| geniphursix@KaZaA | Karma.mp3 | Lloyd Banks | 7,399KB | Audio |
| geniphursix@KaZaA | kid abelha - Palpite.mp3 | Adriana Calcanhoto | 3,600KB | Audio |
| geniphursix@KaZaA | Killah Army-5 Stages of Consciousness.mp3 | Wu-Tang Clan | 3,149KB | Audio |
| geniphursix@KaZaA | Kris Kross (feat Redman) - Tonight's The Night (remix).mp3 | Kris Kross  Redman | 3,056KB | Audio |
| geniphursix@KaZaA | krs_1 - My Philosophy.mp3 | KRS-1 | 7,964KB | Audio |
| geniphursix@KaZaA | Kryptonite.mp3 | 3 Doors Down | 4,622KB | Audio |
| geniphursix@KaZaA | Michael Jackson - Happy Birthday Lisa (The Simpsons) (1)... | 3 | 1,254KB | Audio |
| geniphursix@KaZaA | AlbumArt_{6EB88949-A046-4138-9A8A-57741B59C89E}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{8A859DCC-9F70-42C6-BE13-45787C694462}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{4A013E85-7F8F-462C-B615-37531E82C32E}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5380F4CC-2217-4B8B-AD6B-92D9E04C44FC}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{5380F4CC-2217-4B8B-AD6B-92D9E04C44FC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAD389F5-6F7D-4864-9C6A-366B774B4F892}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{AAD389F5-6F7D-4864-9C6A-366B774B4F892}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{95B0DABE-1ED8-437E-878C-4823B7ED0A9B}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{95B0DABE-1ED8-437E-878C-4823B7ED0A9B}_... | Unknown | 1KB | Image |

Found 4188 files

2,296,786 users online, sharing 556,527,296 files (9,918] Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New Search | My KaZaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{95BDDAB6-1ED8-437E-87BC-C4B23B7ED0A9B}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{1E7E450A-7329-47B4-8F17-4D63AD2C4F67}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1E7E450A-7329-47B4-8F17-4D63AD2C4F67}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{6534SA18-D6AF-4373-8FBF-DB4A11EE338A}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{6534SA18-D6AF-4373-8FBF-DB4A11EE338A}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Maggot Brain (live).mp3 | Funkadelic | 19,838KB | Audio |
| geniphursix@KaZaA | Manu Chao - Clandestino.mp3 | Manu Chao | 3,476KB | Audio |
| geniphursix@KaZaA | manu chao - la flaka.mp3 | Manu Chau | 3,114KB | Audio |
| geniphursix@KaZaA | Manu Chao - Minha maconha.mp3 | Manu Chao | 2,214KB | Audio |
| geniphursix@KaZaA | Manu Chau_Joaquin Sabina - Nö Soporto El Rap.mp3 | Manu Chao_Joaquin Sab... | 4,280KB | Audio |
| geniphursix@KaZaA | AlbumArt_{69279013-01E1-40AB-907D-6EE680167330}_1... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{69279013-01E1-40AB-907D-6EE680167330}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{127564F3-367A-41B2-AA47-212C027FD5F2}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{127564F3-367A-41B2-AA47-212C027FD5F2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{99728877-C76B-4F9C-A0A0-D052EFC04EDB_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | song.mp3 | Bob Marley | 1,652KB | Audio |
| geniphursix@KaZaA | Souls Of Mischief - Thats When Ya Lost.mp3 | 3 | 3,998KB | Audio |
| geniphursix@KaZaA | Sparkle_R.Kelly- Careful.mp3 | Sparkle | 5,002KB | Audio |
| geniphursix@KaZaA | Staccato - Move your body.wma | Staccato | 3,583KB | Audio |
| geniphursix@KaZaA | Stan Getz_Joao Gilberto - Desafinado.mp3 | Stan Getz_Joao Gilberto | 3,813KB | Audio |

2 Users

Found 4166 files

2,996,786 users online, sharing 554,527,896 files (0) [Not sharing any file]

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | Stan Getz_Joao Gilberto - Desafinado.mp3 | Stan Getz_Joao Gilberto | 3,813KB | Audio |
| 3 Users | Stevie Nicks - Landslide (1).mp3 | Stevie Nicks | 3,119KB | Audio |
| geniphursix@KaZaA | Stevie Nicks - Landslide (acoustic).mp3 | Fleetwood Mac | 4,193KB | Audio |
| geniphursix@KaZaA | AlbumArt_{08B66C58-61DB-4E40-BC21-2FB14217FC06}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6736F930-1B88-4D4C-8288-47AB9A4F8F78}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{6736F930-1B88-4D4C-8288-47AB9A4F8F78}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Loving Spoonfull - Daydream.mp3 | Loving Spoonful | 2,720KB | Audio |
| geniphursix@KaZaA | Loyd Banks_Ashanti - Southside.mp3 | Lloyd Banks | 4,348KB | Audio |
| 2 Users | luismiguel - No se tu.mp3 | Luis Miguel | 3,898KB | Audio |
| geniphursix@KaZaA | Luiz Gonzaga_Gonzaguinha - Mariana (2).mp3 | Gonzaguinha | 2,495KB | Audio |
| geniphursix@KaZaA | Luther Vandross - Buy Me A Rose.mp3 | Kenny Rogers | 5,366KB | Audio |
| geniphursix@KaZaA | Lynard Skynard - Free Bird.mp3 | Unknown | 5,264KB | Audio |
| geniphursix@KaZaA | madonna - 02 - human nature (club mix).mp3 | Madonna | 7,767KB | Audio |
| geniphursix@KaZaA | Madonna-Human Nature (4692182 madonna mp3).mp3 | Madonna | 1,009KB | Audio |
| geniphursix@KaZaA | My Life And Times.mp3 | Zwan | 3,233KB | Audio |
| geniphursix@KaZaA | olodum - berimbau.mp3 | Olodum | 3,604KB | Audio |
| geniphursix@KaZaA | Saturday love.mp3 | Cherelle_Alexander O'N... | 2,784KB | Audio |
| geniphursix@KaZaA | Sean Paul - Exclusive (Remix).mp3 | Sean Paul | 3,952KB | Audio |
| geniphursix@KaZaA | AlbumArt_{87809BE6-A5B6-47E2-93BE-E142BDC64C38}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{87809BE6-A5B6-47E2-93BE-E142BDC64C38}_... | Unknown | 3KB | Image |

2,286,766 users online, sharing 551,527,896 files (9,... | Not sharing any files

Found 4168 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{B7B099B6-A5B6-47E2-93BE-E142B0C61C3B}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{78D377FC-F814-4914-969D-AE9C0CE30ABD}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{78D377FC-F814-4914-969D-AE9C0CE30ABD}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | 12 Kelis-Little Suzie.mp3 | 3 | 5,726kB | Audio |
| geniphursix@KaZaA | 13 Donnie - Our New National Anthem.mp3 | 3 | 4,159kB | Audio |
| geniphursix@KaZaA | AlbumArt_{0F9765A8-AEDF-4C79-9FE5-13AB9C4DFCBE}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | RB Groove-Theory - Tell Me-If You Want Me-Too.mp3 | OMP | 3,731kB | Audio |
| geniphursix@KaZaA | Radiohead - Big Ideas (Don't Get Any) (Live, Full Band).mp3 | Radiohead | 4,926KB | Audio |
| geniphursix@KaZaA | radiohead - Kcrw rare on air (acoustic).mp3 | Radiohead | 4,316kB | Audio |
| geniphursix@KaZaA | Raise The Bar - Talib Kweli.MP3 | Talib Kweli | 9,765KB | Audio |
| geniphursix@KaZaA | Ramsey Lewis_Earth Wind_Fire - Sun Goddess (1).mp3 | Earth, Wind And Fire | 3,144KB | Audio |
| geniphursix@KaZaA | AlbumArt_{89AC5522-FAFD-4AD6-A80D-CE622C51F481}... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{2C37F23F-6CEA-4CBC-B2F9-BE200211E5EC}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{2C37F23F-6CEA-4CBC-B2F9-BE200211E5EC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{BE500CB1C-675D-4563-8285-811EDFFDFA63}... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{BE500CB1C-675D-4563-8285-811EDFFDFA63}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{EB589B89-BE92-4B31-B0E3-B7B847C86C7}_L... | Unknown | 19KB | Image |
| geniphursix@KaZaA | AlbumArt_{EB589B89-BE92-4B31-B0E3-B7B847C86C7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Debbie_Gibson - Only_In_My_Dreams.mp3 | Debbie Gibson | 3,686KB | Audio |
| geniphursix@KaZaA | AlbumArt_{D414C4F9-FD32-46A1-AE58-B60A96A1522F}_... | Unknown | 2KB | Image |

Found 4168 files. | 2,386,766 users online, sharing 554,527,896 files (19%) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New Search | Download | Search

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{D41AC4F9-FD32-46A1-AE58-B60A96A1522F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D41AC4F9-FD32-46A1-AE58-B60A96A1522F}_L... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{5D182F0F-965F-458F-8712-7F51ED008416}_L... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{5D182F0F-965F-458F-8712-7F51ED008416}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{8A859DCC-0F70-42C6-BE13-45787C691462}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 05 Bilal - For You.mp3 | Bilal | 5,051KB | Audio |
| geniphursix@KaZaA | 06 KRS-One - Womenology.mp3 | 3 | 2,856KB | Audio |
| geniphursix@KaZaA | 09 Mystic - The Life.mp3 | 3 | 4,447KB | Audio |
| geniphursix@KaZaA | 10 Novel - Momma Said.mp3 | 3 | 5,476KB | Audio |
| geniphursix@KaZaA | 11 The Roots - Feat Jill Scott - Complexity.mp3 | 3 | 5,441KB | Audio |
| geniphursix@KaZaA | tempted to touch (Remix).mp3 | Rupee | 4,343KB | Audio |
| geniphursix@KaZaA | Tequila.mp3 | Buena Vista Social Club | 2,086KB | Audio |
| geniphursix@KaZaA | the animals - Pink Floid.mp3 | Pink Floyd | 3,564KB | Audio |
| geniphursix@KaZaA | The Color Purple - Sister.mp3 | 3 | 2,324KB | Audio |
| geniphursix@KaZaA | The Corner.mp3 | Common | 5,532KB | Audio |
| geniphursix@KaZaA | The Cure - Lullaby.mp3 | The Cure | 3,954KB | Audio |
| geniphursix@KaZaA | The Game - How We Do.mp3 | The game | 3,148KB | Audio |
| geniphursix@KaZaA | The Hollies - Bus Stop.mp3 | The Hollies | 5,384KB | Audio |
| geniphursix@KaZaA | the last poets - time.mp3 | The Last Poets | 1,474KB | Audio |
| geniphursix@KaZaA | the skatalites - mood for ska.mp3 | Skatalites | 2,995KB | Audio |

Found 4168 Files

2,286,766 users on line, sharing 555,527,296 files (19.6 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New Search    Downloaded

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | the skatalites - mood for ska.mp3 | Skatalites | 2,995KB | Audio |
| geniphursix@KaZaA | the skatalites - ska ska ska.mp3 | Skatalites | 3,608KB | Audio |
| geniphursix@KaZaA | AlbumArt_{ACDC30C1-3AA4C-4D94-B268-C39E160063DF6... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{ACDC30C1-3AA4C-4D94-B268-C39E160063DF6... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1E5304D3-BC9C-477F-A4D8-7F71F28CA749} ... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{1E5304D3-BC9C-477F-A4D8-7F71F28CA749}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1FAB4DD-CAE9-4358-B0E9-2802BAD7386}... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1FAB4DD-CAE9-4358-B0E9-2802BAD7386}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Only You (2) (1).mp3 | Ashanti | 6,128KB | Audio |
| geniphursix@KaZaA | Only You.mp3 | Ashanti | 7,884KB | Audio |
| geniphursix@KaZaA | Outkast - Bombs Over Baghdad.mp3 | Outkast | 2,000KB | Audio |
| geniphursix@KaZaA | Overnight Celebrity (instrumental).mp3 | Twista | 3,687KB | Audio |
| geniphursix@KaZaA | Paul Anka - I'm Just A Lonely Boy.mp3 | Paul Anka | 2,810KB | Audio |
| geniphursix@KaZaA | AlbumArt_{89AC5522-FAF6-44D6-ABD6-5E622C51F48)... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Stevie Nicks - Landslide(unplugged).mp3 | Stevie Nicks | 3,702KB | Audio |
| 2 Users | Stevie Wonder - Always (The Best Man Soundtrack) (1).m... | Stevie Wonder | 3,535KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Ribbon in the Sky.mp3 | Stevie Wonder | 3,479KB | Audio |
| geniphursix@KaZaA | stevie wonder - superstition.mp3 | Stevie Wonder | 3,737KB | Audio |
| geniphursix@KaZaA | Strokes - Rhythm Song (live).mp3 | Strokes | 1,393KB | Audio |
| geniphursix@KaZaA | AlbumArt_{317D4FC8-7B14-4ACC-8AE4-667714A58B24D}... | Unknown | 12KB | Image |

Found 196 files

2,286,786 users online, sharing 554,527,296 files (19 B) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{317D4FC8-7B14-4ACC-8AE4-66714A5BB24D}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{317D4FC8-7B14-4ACC-8AE4-66714A5BB24D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Sunz of Man -Masta Killa - Illusions.mp3 | Sunz of Man -Masta Killa | 5,104KB | Audio |
| geniphursix@KaZaA | Suzanne Vega - Caramel.mp3 | Susan Vega | 2,700KB | Audio |
| geniphursix@KaZaA | SWV -Micheal Jackson - Human Nature (Remix).mp3 | SWV | 4,630KB | Audio |
| geniphursix@KaZaA | 06- The Smiths - This Charming Man.mp3 | The Smiths | 5,230KB | Audio |
| geniphursix@KaZaA | talib kweli - good to you.mp3 | Talib Kweli | 9,920KB | Audio |
| geniphursix@KaZaA | Talib Kweli and DJ Hi-Tek Feat Mos Def - I Get High.mp3: | Talib Kweli | 5,843KB | Audio |
| geniphursix@KaZaA | talib kweli i try_beautiful struggle_04.mp3 | $ | 2,708KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Close the Door.mp3 | Teddy Pendergrass | 5,139KB | Audio |
| geniphursix@KaZaA | Tego Calderon Feat Eddie Dee - No ME La Explota.mp3 | Tego Calderon New | 4,375KB | Audio |
| geniphursix@KaZaA | 02.Talib kweli - Shock Body.mp3 | 3 | 5,361KB | Audio |
| geniphursix@KaZaA | AlbumArt_{907EC898-ADC4-4928-8AC9-072B3B504B26}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{907EC898-ADC4-4928-8AC9-072B3B504B26}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | the strokes - this life.mp3 | The Strokes | 2,989KB | Audio |
| geniphursix@KaZaA | The Worlds Famous supreme team-Hey DJ.mp3: | WORLD'S FAMOUS SUPR... | 2,581KB | Audio |
| geniphursix@KaZaA | timbalada - Beija Flr.mp3 | timbalada | 4,194KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0B420F1D-5BD1-424B-91E3-732F715B1A99}_L... | Unknown | 2KB | Audio |
| geniphursix@KaZaA | AlbumArt_{0B420F1D-5BD1-424B-91E3-732F715B1A99}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{3FA4F9CA-F894-40EA-A6F5-93E8F2F6FA99}_... | Unknown | 12KB | Image |

Found 168 files

2,286,765 users online, sharing 554,527,296 files (1,996...    Not sharing any files

kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New search | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{3F4F9CA-F894-40EA-A6F5-93E8F2F6FA99}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{3F4F9CA-F894-40EA-A6F5-93E8F2F6FA99}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{EE8474BA-E498-4DC0-B21D-2A01405E8A01}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{EE8474BA-E498-4DC0-B21D-2A01405E8A01}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{44114C69-EA72-4646-B2A8-735DC64737B1}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{44114C69-EA72-4646-B2A8-735DC64737B1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{396F2B8F-3EFF-44DF-9805-8FF8D2AA4DBE}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{396F2B8F-3EFF-44DF-9805-8FF8D2AA4DBE}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{6409B208-6806-43p0-8220-4DCDFF0EB890}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | New kids on the Block - The Right Stuff (1).mp3 | New kids on the Block | 2,930KB | Audio |
| geniphursix@KaZaA | Toma el Llavero Abuelita - Cricri.mp3 | Cri-Cri | 2,176KB | Audio |
| geniphursix@KaZaA | Toque do Timbaleiro - Timbalada.wma | Toque do Timbaleiro | 1,561KB | Audio |
| geniphursix@KaZaA | totally 80's - I Just Died in Your Arms Tonight.mp3 | Totally 80's | 3,250KB | Audio |
| geniphursix@KaZaA | Toño Y Tego Calderon - Otra Botella.mp3 | Tego y Toño Rosario | 3,954KB | Audio |
| geniphursix@KaZaA | AlbumArt_{777FA6800-6878-4FE5-B500-F2CDAA9ED11A}_... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | AlbumArt_{777FA6800-6878-4FE5-B500-F2CDAA9ED11A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8306DB8B-C90C-4943-A5CA-8F32D76F12A0}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{8306DB8B-C90C-4943-A5CA-8F32D76F12A0}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Timbalada - Timbalando vai.mp3 | Timbalada | 3,422KB | Audio |
| geniphursix@KaZaA | Timbalada - Agua Mineral.mp3 | ERA | 1,299KB | Audio |

Found 4,168 files.

2,296,776 users online, sharing 555,527,296 files (1.9 PB) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Timbalada - Agua Mineral.mp3 | ERA | 1,289KB | Audio |
| geniphursix@KaZaA | Timbalada_Festival_de_Verao_2003_Faix16.MP3 | Unknown | 1,604KB | Audio |
| geniphursix@KaZaA | Villancicos - El Burrito sabanero.mp3 | Villancicos | 1,502KB | Audio |
| geniphursix@KaZaA | WARWICK~1.MP3 | Dionne Warwick | 2,998KB | Audio |
| geniphursix@KaZaA | Whirl A Girl - X Amount.mp3 | Reggae | 3,204KB | Audio |
| geniphursix@KaZaA | Whodini- Funky Beat.mp3 | whodini | 4,080KB | Audio |
| geniphursix@KaZaA | Will Smith - Summertime (1).mp3 | The Smiths | 4,234KB | Audio |
| 2 Users | willy colon - el gran varon.mp3 | Willie Colon | 6,508KB | Audio |
| geniphursix@KaZaA | Wreck'n Effect - Rump Shaker.mp3 | Wreck'n Effect | 4,893KB | Audio |
| geniphursix@KaZaA | Wu Chronicles Chapter II - Dangerous Minds.mp3 | Gravediggaz | 4,607KB | Audio |
| geniphursix@KaZaA | Xuxa - Ilarie.mp3 | Xuxa | 5,075KB | Audio |
| geniphursix@KaZaA | Zap Mama - Rafiki.mp3 | zap mama | 3,820KB | Audio |
| geniphursix@KaZaA | Zapp_Roger - Computer Love.mp3 | Zapp_Roger | 4,433KB | Audio |
| geniphursix@KaZaA | Zion Y Lennox - Reggaeton.mp3 | ReGGaeToN | 3,481KB | Audio |
| geniphursix@KaZaA | ZZZ~ Whistle Song.mp3 | ZZZ | 3,269KB | Audio |
| geniphursix@KaZaA | 14-Ms. Dynamite feat. Nas - Afraid To Fly.mp3 | 3 | 6,284KB | Audio |
| geniphursix@KaZaA | 15 Swollen Members ft.Nelly Furtado - Breathe.mp3 | 3 | 5,351KB | Audio |
| geniphursix@KaZaA | 16 Hieroglyphics - Soweto.mp3 | 3 | 5,417KB | Audio |
| geniphursix@KaZaA | 19 Jay_Dee - Fuck The Police.mp3 | Jay Dee | 2,213KB | Audio |
| geniphursix@KaZaA | AlbumArt_{FF200135-9714-440A-B56B-E12C389B9914}_L... | Unknown | 9KB | Image |

Found 4168 files

12,886,766 users online, sharing 554,527,236 files (9.3 Petabytes) | Not sharing any files

**kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{FF200135-9714-440A-B56B-E12C89B93914}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FF200135-9714-440A-B56B-E12C89B93914}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{509A6003-116F-41A9-A2A2-B65AD211E222}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{509A6003-116F-41A9-A2A2-B65AD211E222}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{6409B208-6806-439D-822D-4DCDFF0EBB90}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | TLC - Unpretty.mp3 | TLC | 4,345KB | Audio |
| geniphursix@KaZaA | Tom Jobim_Chico Buarque - Anos Dourados.mp3 | Chico Buarque e Tom Jobi... | 3,493KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Tweeter and the Monkey Man.mp3 | Travelling Wilbury | 5,118KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - You Got It.MP3 | Travelling Wilbury | 3,324KB | Audio |
| geniphursix@KaZaA | tricky - Makes Me Wanna Die (Massive Attack Remix).mp3 | 3 | 2,094KB | Audio |
| geniphursix@KaZaA | TU_ME QUEMAS (EDDIE SANTIAGO).MP3 | 3 | 4,675KB | Audio |
| geniphursix@KaZaA | Tupac 'Scarface - Smile.mp3 | Tupac and Scarface | 4,704KB | Audio |
| geniphursix@KaZaA | Tupac - Changes.mp3 | Stevie Nix | 4,230KB | Audio |
| geniphursix@KaZaA | Tiv Theme - Welcome back kotter theme.mp3 | Tv 70's 80's | 888KB | Audio |
| geniphursix@KaZaA | U2 - One.mp3 | U2 | 4,315KB | Audio |
| geniphursix@KaZaA | UB 40_Africa Bambata - Reckless.mp3 | Afrika Bambaataa with U... | 3,681KB | Audio |
| geniphursix@KaZaA | Vanessa Rangel - Palpite.mp3 | Vanessa Rangel | 3,142KB | Audio |
| geniphursix@KaZaA | Vanessa Rangel - Palpite.wma | Vanessa Rangel | 1,810KB | Audio |
| geniphursix@KaZaA | AlbumArt_{628406E8-827E-4AFF-B6A3-38EA8BF9B714}_L... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | AlbumArt_{628406E8-827E-4AFF-B6A3-38EA8BF9B714}_... | Unknown | 2KB | Image |

Found 4168 files.

2,286,766 users online, sharing 554,527,296 files (19.6 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search | Traffic | Shop | Tell A Friend

Search field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{628A0BE8-827E-4AFF-B6A3-38BA8BF9B714}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{906AC264-8EC6-4B10-A11B-65801325 2F36}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{906AC264-8EC6-4B10-A11B-65801325 2F36}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{169124D6-BA51-4AED-B2AC-92D651653 59A}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{169124D6-BA51-4AED-B2AC-92D651653 59A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 01 Common - Aquarius.mp3 | 3 | 4,862KB | Audio |
| geniphursix@KaZaA | 20 Macy Gray ft Pharoahe Monch - It Aint the Money.mp3 | 3 | 5,387KB | Audio |
| geniphursix@KaZaA | 21 Nerd - Am I High.mp3 | Malice/N.E.R.D. | 6,558KB | Audio |
| geniphursix@KaZaA | 22 Erykah Badu - Def poetry.mp3 | 3 | 3,947KB | Audio |
| geniphursix@KaZaA | AlbumArt_{21E1C3F0-984C-4872-8991-C9522A30C53F}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{21E1C3F0-984C-4872-8991-C9522A30C53F}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{A867245E-F3AF-4C73-9420-CBB069910 2E4}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{A867245E-F3AF-4C73-9420-CBB069910 2E4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{DFA2A0A7-4CEA-4D93-96BB-D15BFEBAA2B6}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{DFA2A0A7-4CEA-4D93-96BB-D15BFEBAA2B6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A02BF0AB-3566-4434-BE22-B48D2917DCBA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{A02BF0AB-3566-4434-BE22-B48D2917DCBA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{268CC781-413F-4243-BC88-6B4868D0ABD9}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{268CC781-413F-4243-BC88-6B4868D0ABD9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3D05-48B1-6346-4847-6B66-E2307C0A621D}_... | Unknown | 3KB | Image |

Found 4,168 files     2,286,766 users online, sharing 554,527,296 files (19... )   Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | ☆ My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{3D064B81-B346-4847-BB66-E23D7C0A621D}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{250E7516-9376-4D72-9403-2EC129282695}_L... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{250E7516-9376-4D72-9403-2EC129282695}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{575A92F9-7224-4D3D-86F4-EE75026D24A7}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{33701AE8-720A-4B42-B636-72C5586495D24}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{33701AE8-720A-4B42-B636-72C5586495D24}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | (05) Kells - In Public ft. Nas.wma | Kells | 2,625KB | Audio |
| geniphursix@KaZaA | anxiety-elephunk_black eyed peas.mp3 | black eyed peas | 5,997KB | Audio |
| geniphursix@KaZaA | black eyed peas elephunk-sexy.mp3 | black eyed peas | 5,005KB | Audio |
| geniphursix@KaZaA | AlbumArt_{9D6815F6-C6C3-45DD-8297-D775D99B592F}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{9D6815F6-C6C3-45DD-8297-D775D99B592F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | black eyed peas-hey mama-elephunk.mp3 | black eyed peas | 6,302KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1C8DEE20-55E1-4D51-A6F3-52E975E4BD28}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{1C8DEE20-55E1-4D51-A6F3-52E975E4BD28}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | latin girls-elephunk: black eyed peas.mp3 | black eyed peas | 2,796KB | Audio |
| geniphursix@KaZaA | AlbumArt_{D33981ED-F30B-40A5-BD56-E61EE0489C85}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E840D77-8A95-4F13-B494-7807188A8E9E}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{5F4EC71C-ABED-402D-88CD-C4339BA1B827}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{5F4EC71C-ABED-402D-88CD-C4339BA1B827}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CAEB0592-6F88-4D57-A119-ECC13306F04A}_... | Unknown | 11KB | Image |

Found 4168 files    2,286,765 users online, sharing 554,527,296 files (19.6...    Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Theater | Download | Search | Traffic | Stop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{CABB0592-6F88-4D57-A119-ECC13386F04A}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{CABB0592-6F88-4D57-A119-ECC13386F04A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 02 - Come On Closer.mp3 | Dem | 3,659KB | Audio |
| geniphursix@KaZaA | 05-Cold World.mp3 | Genius-GZA | 2,594KB | Audio |
| geniphursix@KaZaA | AlbumArt_{986A2D3F-6511-4A9F-B971-E65DC6F0BE3C}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{986A2D3F-6511-4A9F-B971-E65DC6F0BE3C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D02999690-C153-47CC-9003-5BB1330DE185}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{90A5C1F0-0575-4246-8511-2F5181171E46}_1... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{90A5C1F0-0575-4246-8511-2F5181171E46}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 07 - still ill.mp3 | The Smiths | 2,886KB | Audio |
| geniphursix@KaZaA | AlbumArt_{EC357AC1-DAAC-4203-BAD8-577EF3F2FE8C}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{EC357AC1-DAAC-4203-BAD8-577EF3F2FE8C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Oh Word.mp3 | Beastie Boys | 4,107KB | Audio |
| geniphursix@KaZaA | Pretty Girls Make Graves.mp3 | Smiths | 5,033KB | Audio |
| geniphursix@KaZaA | the smiths - I dont owe you anything.mp3 | The Smiths | 3,816KB | Audio |
| geniphursix@KaZaA | AlbumArt_{C76A37A9-EABD-4A21-8967-805D13BB3875}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{C76A37A9-EABD-4A21-8967-805D13BB3875}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{F8B51836-2CEA-4CE7-8FC9-16B53962F989}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{F8B51836-2CEA-4CE7-8FC9-16B53962F989}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{F2226A0C6-B5E3-4CEB-870C-0AC30840560A0}_... | Unknown | 4KB | Image |

Found 4188 files

2,286,768 users online, sharing 555,527,295 files (19.6) Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Download   Theater   Search   Traffic   Shop   Tell A Friend

New search   Search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{F226A0C6-B5E3-4CE8-870E-0AC30B4D5BA0}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{F226A0C6-B5E3-4CE8-870E-0AC30B4D5BA0}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{3AC22A55-5A4C-4F72-98EE-412437C175BB}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{0029969D-C153-47CC-9003-5B8133D8E185}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{00039295-B91E-4157-AC5B-04498CB7077B}_1_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{00039295-B91E-4157-AC5B-04498CB7077B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{92315FE4A-2435-42D0-9500-7C7A4BE64D21}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{92315FE4A-2435-42D0-9500-7C7A4BE64D21}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{95318EFB-613C-4289-AE5A-A6E8C2218CAC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 06 - War.mp3 | Bob Marley | 2,565KB | Audio |
| geniphursix@KaZaA | 07 - Beck - Ziplock Bag - One Foot In The Grave.mp3 | Beck | 2,048KB | Audio |
| geniphursix@KaZaA | 08-john_legend-ordinary_people-esc.mp3 | John Legend | 5,220KB | Audio |
| geniphursix@KaZaA | AlbumArt_{CB558C2B-7136-4D0A-8F46-ADA9EEA00BD6}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{A567724E-0AE6-4B54-90BC-60B4E80F69E4}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{A567724E-0AE6-4B54-90BC-60B4E80F69E4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F60ABEC9-40ED-42C9-A2DB-1B08335A2A5}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{F60ABEC9-40ED-42C9-A2DB-1B08335A2A5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | 11-Hell On Earth (Front Lines).mp3 | Mobb Deep | 3,223KB | Audio |
| geniphursix@KaZaA | 17-gangstarr-the_owner2-wcr.mp3 | Gangstarr | 4,184KB | Audio |

