

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | | | | | Download

New Search | Search | | | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{A9B16044-75BD-4DA1-B973-DC36762B55FE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | artist_-_Track_09_100603I321.mp3 | Moraes Moreira | 3,072KB | Audio |
| geniphursix@KaZaA | Asleep.mp3 | The Smiths | 2,924KB | Audio |
| geniphursix@KaZaA | Aventura - Amor de madre.mp3 | AVENTURA | 5,632KB | Audio |
| geniphursix@KaZaA | AlbumArt_{14A013E85-7F8F-462C-B615-37531E82C32E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E7F2C459-29DF-4B8C-9025-7E6958C5B0C3}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{E7F2C459-29DF-4B8C-9025-7E6958C5B0C3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Beck - Midnite Vultures - Debra.mp3 | Beck | 5,386KB | Audio |
| geniphursix@KaZaA | AlbumArt_{EEA7A3EC-529E-4725-B335-34AA9F99F47E}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{EEA7A3EC-529E-4725-B335-34AA9F99F47F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E8E5E165-1D5D-4305-A7BF-6CC2CA6A814A}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{E8E5E165-1D5D-4305-A7BF-6CC2CA6A814A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{80D4B5D8-179D-438F-BF20-FF26B07F7DFE}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E1878E46-5322-4AB6-AE56-A7A4227A1ED8}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{E1878E46-5322-4AB6-AE56-A7A4227A1ED8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E6043A2C-BBEB-49C5-BCF0-5259B6332C34}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{E6043A2C-BBEB-49C5-BCF0-5259B6332C34}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{01B86B25-7CA7-49F7-8D69-FE4974918DA9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{5EF62FC5-F0A4-4C4A-8C59-3D8EAF58C390}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5EF62FC5-F0A4-4C4A-8C59-3D8EAF58C390}_... | Unknown | 2KB | Image |

Found 4168 files.    2,286,766 users online sharing 554,527,296 files (19B) Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Download | New search | Search | Traffic | Shop | Search Field | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Brisa do Mar.mp3 | Chico Buarque | 3,697KB | Audio |
| geniphursix@KaZaA | capleton - Pure Woman.mp3 | Capleton | 3,546KB | Audio |
| geniphursix@KaZaA | Chic - I want your love (longer).mp3 | Chic | 6,466KB | Audio |
| geniphursix@KaZaA | AlbumArt_{D65CDFDD-80AC-498D-8A01-F450A80B3561}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{D65CDFDD-80AC-498D-8A01-F450A80B3561}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Hypocrites.MP3 | Bob Marley | 6,090KB | Audio |
| geniphursix@KaZaA | AlbumArt_{B0641B61-BC5F-4C95-9F62-0ADA9C48A8E7}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0641B61-BC5F-4C95-9F62-0ADA9C48A8E7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D55EDBC1-DB76-460F-917F-3FC41CA2E417}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{D55EDBC1-DB76-460F-917F-3FC41CA2E417}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7DB5EBCC-60C1-4F74-8E8F-736292FB0223}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{7DB5EBCC-60C1-4F74-8E8F-736292FB0223}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{739282C7-80AD-47A7-AE2A-0B4B9970B57E}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{739282C7-80AD-47A7-AE2A-0B4B9970B57E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E1D7B23-3073-4161-86A6-8B4178C72477}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E1D7B23-3073-4161-86A6-8B4178C72477}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{75B7D3A9-B19C-4896-BFF4-DCBCDBA16052}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{75B7D3A9-B19C-4896-BFF4-DCBCDBA16052}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{B80DB80D-7388-49BC-8DAC-5F2121F48B85}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{B80DB80D-7388-49BC-8DAC-5F2121F48B85}_... | Unknown | 1KB | Image |

Found 4168 files | 2,286,766 users online, sharing 554,527,296 files (19.6... | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Tell A Friend

New Search | Download | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{B80DB80D-7388-49BC-8DAC-5F2121F48B85}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{845FA5F9-D55A-4046-857B-A0C905AB281B}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{845FA5F9-D55A-4046-857B-A0C905AB281B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | chico buarque - Partido Alto.mp3 | Chico Buarque | 3,606KB | Audio |
| geniphursix@KaZaA | AlbumArt_{B4736870-8431-4569-B89D-DC723FDAD62F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | chico buarque - vai passar.mp3 | Chico Buarque | 2,836KB | Audio |
| geniphursix@KaZaA | Chico e Milton - O que será.mp3 | Chico Buarque_Milton N... | 2,625KB | Audio |
| geniphursix@KaZaA | AlbumArt_{8466F4F6-2EE9-4483-9430-BCE6440D0F9}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{8466F4F6-2EE9-4483-9430-BCE6440D0F9}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{997C7FB4-714F-4F92-A4D8-6EDFE5AFB1DB}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{997C7FB4-714F-4F92-A4D8-6EDFE5AFB1DB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2CE54D13-0EED-4EFE-B88A-F9245A53299E}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{2CE54D13-0EED-4EFE-B88A-F9245A53299E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Kylie minogue - Slow.mp3 | Kylie Minogue | 4,541KB | Audio |
| geniphursix@KaZaA | AlbumArt_{2404A784-A507-47DD-8DF8-1BDDA024E185}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{2404A784-A507-47DD-8DF8-1BDDA024E185}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{620079AB-58B1-40E2-A70C-D36D21DC4A1D}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{620079AB-58B1-40E2-A70C-D36D21DC4A1D}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{B934916B-0D29-475A-8B16-727AD70BA91A}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{B934916B-0D29-475A-8B16-727AD70BA91A}_... | Unknown | 3KB | Image |

Found 4168 files | 2,286,765 users online, sharing 554,527,296 files (0.9 B) | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{B934916B-0D29-475A-8B16-727AD70BA91A}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{5169ABE8-F054-49E3-AEC2-765E1649EC96}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{5169ABE8-F054-49E3-AEC2-765E1649EC96}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{86F77256-9E6A-43B2-8A39-53568BE74F7D}_L... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{86F77256-9E6A-43B2-8A39-5356BBE74F7D}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{11315AD0-236D-4E4A-B89A-871C40B3B1FD}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{11315AD0-236D-4E4A-B89A-871C40B3B1FD}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{669C278E-202E-4EA8-A620-E8353FCA2092}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{669C278E-202E-4EA8-A620-E8353FCA2092}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{427CA566-E7E9-4ECD-9ED1-1D0ADB9D07E8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E37F85CF-3A40-485E-AC13-129E32BA7F8B}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{E37F85CF-3A40-485E-AC13-129E32BA7F8B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{BB6D3BBB-0673-4AB9-A4BC-4EE95D75277C}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{BB6D3BBB-0673-4AB9-A4BC-4EE95D75277C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2691A4D-E9A5-4012-9021-A8AC89EAC878}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{E2691A4D-E9A5-4012-9021-A8AC89EAC878}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{E419BA94-8F70-4ABE-8DD1-F7917F53983F}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{E419BA94-8F70-4ABE-8DD1-F7917F53983F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | De La Soul - Maceo Parker - I Be Blowin'.mp3 | De La Soul | 4,706KB | Audio |
| geniphursix@KaZaA | Django Reinhart, Gypsy Jazz - Brazil.mp3 | Django Reinhardt | 2,318KB | Audio |

Found 4,168 files | 2,286,786 users online sharing 554,527,296 files (9.5 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaA | Theater | Traffic | Shop | Tell A Friend

NewSearch | Download | Search | SearchField

| User | Filenames | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Django Reinhart, Gypsy Jazz - Brazil.mp3 | Django Reinhardt | 2,318KB | Audio |
| geniphursix@KaZaA | Djavan - Lilás (1).mp3 | Djavan | 3,558KB | Audio |
| geniphursix@KaZaA | Do You Hear The People Sing_.mp3 | Original London Cast | 3,091KB | Audio |
| geniphursix@KaZaA | AlbumArt_{08ADAD74-A55E-42B4-833F-96F1418CE7F2}_... | unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{08ADAD74-A55E-42B4-833F-96F1418CE7F2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{684A8955-D091-4963-A3C5-2867E1E0787D}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{684A8955-D091-4963-A3C5-2867E1E0787D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{ACC64D01-1CAE-42F7-808C-E9BD7B9F35E4}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | Easy Skanking_Bob Marley.mp3 | Bob Marley | 2,064KB | Audio |
| geniphursix@KaZaA | EekAMouse-SexyGirl.mp3 | EekAMouse | 3,026KB | Audio |
| geniphursix@KaZaA | AlbumArt_{203F96BF-5106-4930-8991-575834916DA4}_1_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{203F96BF-5106-4930-8991-575834916DA4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AB67A077-5905-4A76-8B3F-E9FE01068DD1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AB67A077-5905-4A76-8B3F-E9FE01068DD1}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{CE7BE3D0-1107-4AD3-AD4A-BA51B618F842}_... | Unknown | 18KB | Image |
| geniphursix@KaZaA | AlbumArt_{CE7BE3D0-1107-4AD3-AD4A-BA51B618F842}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{5C757692-D606-4795-84B4-BEDF50795AF4}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{5C757692-D606-4795-84B4-BEDF50795AF4}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{5E5C0A05-EDE3-44C3-82B4-162632S5ABAD}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{5E5C0A05-EDE3-44C3-82B4-162632S5ABAD}_... | Unknown | 1KB | Image |

Found 4,168 files | 2,286,766 users online, sharing 554,527,296 files (19.5). Not sharing any files

Kazaa - [Search]

File  View  Play/  Tools  Actions  Help

Web  MyKazaa  Theater  Search  Download  Traffic  Shop  Tell A Friend

New Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{5E5C0A05-EDE3-44C3-82B4-16263255ABAD}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FA71F22-5415-455B-B6EC-3E5DBA46F38F}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{6FA71F22-5415-455B-B6EC-3E5DBA46F38F}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{A32E3D2A-82F0-41E3-A7E1-D87AB02268EC}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{A32E3D2A-82F0-41E3-A7E1-D87AB02268EC}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{0B1F3C8A-CE16-41B6-B6FF-4D9100C36DC8}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0B1F3C8A-CE16-41B6-B6FF-4D9100C36DC8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{89AE4B27-9D63-486C-9F16-02EA16F4D4BB}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{89AE4B27-9D63-486C-9F16-02EA16F4D4BB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B86393B7-E806-4D81-B908-9127A2D7CA11}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{B86393B7-E806-4D81-B908-9127A2D7CA11}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C01263D7BF01}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{94B3AADB-C38A-477B-B835-C01263D7BF01}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{08276C19-FD60-49FF-9515-1FB176788833}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{08276C19-FD60-49FF-9515-1FB176788833}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{54C571BA-5BE0-4FCC-A3D1-972D70050816}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{54C571BA-5BE0-4FCC-A3D1-972D70050816}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Follow Me.mp3 | Sesto Sento | 9,564KB | Audio |
| geniphursix@KaZaA | AlbumArt_{24077A05-A72E-4B75-B888-F4277E6E3271}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{24077A05-A72E-4B75-B888-F4277E6E3271}_... | | 2KB | Image |

Found 4,168 files | 2,286,766 users online, sharing 554,527,290 files (19.5... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{24077A05-A72E-4B75-B888-F4277E6E3271}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{4519DC60-CB22-437A-84CA-F06BDF75FBB8}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{4519DC60-CB22-437A-84CA-F06BDF75FBB8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{57C3CC0A-E16A-4786-ABC2-C00874847076}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{57C3CC0A-E16A-4786-ABC2-C00874847076}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C4036A44-3842-4C54-9301-E264471B2A3A}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{C4036A44-3842-4C54-9301-E264471B2A3A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Ghostface Killah - Ironman 02 - Wildflower.mp3 | Ghostface Killah | 2,414KB | Audio |
| geniphursix@KaZaA | AlbumArt_{668B033B-6A54-4492-99B4-502C51BB0B34}_L... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{668B033B-6A54-4492-99B4-502C51BB0B34}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A0ED40AE-B85F-41E7-893D-4A63E08D33BE}_... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{A0ED40AE-B85F-41E7-893D-4A63E08D33BE}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | God (Interlude).mp3 | Andre3000 | 2,192KB | Audio |
| geniphursix@KaZaA | OLDIES- A Bronx Tale Soundtrack -20 - James Brown - This... | Unknown | 2,675KB | Audio |
| geniphursix@KaZaA | Greatful Dead - Fire On The Mountain.MP3 | Grateful Dead | 1,545KB | Audio |
| geniphursix@KaZaA | AlbumArt_{DDF58FBA-E42B-4DA0-B920-222F1B1BBC1B}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{DDF58FBA-E42B-4DA0-B920-222F1B1BBC1B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{740C9DDC-3714-4033-A711-DEFF0940DF1D}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{740C9DDC-3714-4033-A711-DEFF0940DF1D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9CA0E2A0-0182-4B5B-90DF-7054200924A9}_... | Unknown | 11KB | Image |

Found 4,168 files | 2,286,786 users online, sharing 554,527,296 files (4976 Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Tell A Friend

New Search | Search | Traffic | Shop | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{19CA0E2AD-0182-4B5B-9DDF-705420092449}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{19CA0E2AD-0182-4B5B-9DDF-705420092449}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0B196010-A037-4415-8987-2809A021ED92}_L... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{0B196010-A037-4415-8987-2809A021ED92}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{5F2529E2-C1BA-41D6-94CD-12D864C31541}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{5F2529E2-C1BA-41D6-94CD-12D864C31541}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{617377A8-7D74-40C4-972D-A1F06675B369}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{617377A8-7D74-40C4-972D-A1F06675B369}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{16ED10056-C69A-4E6E-B09A-2E4322829A39}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{16ED10056-C69A-4E6E-B09A-2E4322829A39}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8E2DA0A5-DF88-472D-AFD5-A5316F0A4EF4}_... | Unknown | 14KB | Image |
| geniphursix@KaZaA | AlbumArt_{8E2DA0A5-DF88-472D-AFD5-A5316F0A4EF4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{366514EA-ED9F-4F86-8567-1F9E795E2389}_L... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{366514EA-ED9F-4F86-8567-1F9E795E2389}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B29B198A-48C3-4057-96D6-020EBB16050D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B29B198A-48C3-4057-96D6-020EBB16050D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B2B5FF8F-2BD9-4240-AB91-0C487F2A41B6}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{B2B5FF8F-2BD9-4240-AB91-0C487F2A41B6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9544E874-7FBB-47CC-8294-F1B6C0551985}_L... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{9544E874-7FBB-47CC-8294-F1B6C0551985}_... | Unknown | 3KB | Image |

Found 4168 files | 2,286,755 users online, sharing 554,527,296 files (19.5 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{9544E874-7FBB-47CC-8294-F1B6C05519B5}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | Guru_MC Solar - Le Bien, Le Mal.mp3 | Guru | 3,168KB | Audio |
| geniphursix@KaZaA | Gwyneth Paltrow - Cruisin.mp3 | Can 7 | 4,614KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr - Imagination.mp3 | Harry Connick Jr | 4,158KB | Audio |
| geniphursix@KaZaA | HEE3F5~1.MP3 | Willy Colón_Hector Lavoe | 4,034KB | Image |
| geniphursix@KaZaA | Ivete Sangalo - Eva, Voce e Eu.mp3 | Banda Eva | 3,218KB | Image |
| geniphursix@KaZaA | AlbumArt_{3FB03B7D-F6F3-48A7-93A2-0CCB05E163ED}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{3FB03B7D-F6F3-48A7-93A2-0CCB05E163ED}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{AD1B0394-900E-4C0D-9304-80A09326719F}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{AD1B0394-900E-4C0D-9304-80A09326719F}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | I'm_A_Mess.WMA | Anthony Hamilton | 4,158KB | Audio |
| geniphursix@KaZaA | Jay-z - politics as usual.mp3 | Jay-Z | 3,455KB | Audio |
| geniphursix@KaZaA | AlbumArt_{7FDD7787-74C0-4504-A383-C5B4BCADDD88}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{7FDD7787-74C0-4504-A383-C5B4BCADDD88}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AE7AC6DC-2CA6-421F-82ED-F15204990B8A}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{AE7AC6DC-2CA6-421F-82ED-F15204990B8A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{5C681E9D-56E0-473B-934F-4FAAB3836958}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5C681E9D-56E0-473B-934F-4FAAB3836958}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8DB29A7F-D04F-4925-AC69-711509CEF95}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{8DB29A7F-D04F-4925-AC69-711509CEF95}_... | Unknown | 2KB | Image |

Found 4,168 files | 2,286,766 users online, sharing 584,527,296 files (19 | Not sharing any files

# Kazaa - [Search]

File View Player Tools Actions Help

Web | MyKazaA | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{8DB29A7F-D04F-4925-AC69-71150D9CEF95}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{EB50B347-7A5C-492E-B53E-B1743FFCDB97}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{EB50B347-7A5C-492E-B53E-B1743FFCDB97}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{4F20988F-2B57-491B-9A1C-507A4B5DEA84}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{4F20988F-2B57-491B-9A1C-507A4B5DEA84}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{521676BC-BD24-4F77-8281-2C77444E9DCD}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{521676BC-BD24-4F77-8281-2C77444E9DCD}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{50AF9ABE-0E49-47AA-A506-ED98956F11FB}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{50AF9ABE-0E49-47AA-A506-ED98956F11FB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{049DF4E5-AD15-40EB-97DA-840CD5D4DA70}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{049DF4E5-AD15-40EB-97DA-840CD5D4DA70}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3AD37688-B90A-4142-ADC7-48F081431139}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{3AD37688-B90A-4142-ADC7-48F081431139}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0B6A2EF-EFE4-48BE-8F98-FB582E2B46AA}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0B6A2EF-EFE4-48BE-8F98-FB582E2B46AA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D8DB8FAB-589D-41BE-B17E-76CC3C1866D6}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{D8DB8FAB-589D-41BE-B17E-76CC3C1866D6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Joan Armatrading - Down To Zero (1).mp3 | Joan Armatrading | 5,436KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Down To Zero.mp3 | Joan Armatrading | 2,706KB | Audio |
| geniphursix@KaZaA | AlbumArt_{9F56FA5C-8868-4CEF-BA50-C0FB4B34A1BF}_... | Unknown | 5KB | Image |

Found 4,168 files | 2,286,766 users online, sharing 554,527,296 files (19 B) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{9F56FA5C-8888-4CEF-BA50-C0FB4B34A1BF}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{9F56FA5C-8888-4CEF-BA50-C0FB4B34A1BF}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | los bukis - TE AMO, MAMA.mp3 | Marco Antonio Solis-Los B... | 5,646KB | Audio |
| geniphursix@KaZaA | Love Affair.mp3 | k.d. Lang | 3,262KB | Audio |
| geniphursix@KaZaA | AlbumArt_{40F38BAD-9477-427A-8E88-C939758FF05E}_... | Unknown | 16KB | Image |
| geniphursix@KaZaA | AlbumArt_{40F38BAD-9477-427A-8E88-C939758FF05E}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{4EEB1242-7916-4361-A158-9C9C635312EA}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{4EEB1242-7916-4361-A158-9C9C635312EA}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{93D04046-1354-47CE-A851-E953C8E240CA}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{93D04046-1354-47CE-A851-E953C8E240CA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B22FB59-55C1-4D8C-BC9A-3613BB42AC07}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B22FB59-55C1-4D8C-BC9A-3613BB42AC07}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1BE457E-9E08-42CE-98F6-9B9EE0966405}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B1BE457E-9E08-42CE-98F6-9B9EE0966405}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6D0B39D9-B902-4F66-8E1E-3F1D899874C4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C07C3B97-016F-4366-8C02-93A2B0ADE2D2}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{C07C3B97-016F-4366-8C02-93A2B0ADE2D2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{313C8957-4A0E-4C32-A30D-D0D95B918D89}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{313C8957-4A0E-4C32-A30D-D0D95B918D89}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{4F2724AF-A604-44A4-845E-AECF74939782}_... | Unknown | 6KB | Image |

Found 4168 files | 2,286,766 users online, sharing 554,527,296 files (19.8... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{4F2724AF-A604-4AA4-845E-AE(F749397B2)_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{4F2724AF-A604-4AA4-845E-AE(F749397B2)_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{544B7892-8BBF-471F-BFE5-7AF81916E378}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{544B7892-8BBF-471F-BFE5-7AF81916E378}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{DD8E3B2C-637C-47CF-BD76-8EA2340926FC}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{DD8E3B2C-637C-47CF-BD76-8EA2340926FC}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{5622E27F-33F3-4479-A65C-78313A9DABF8}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{5622E27F-33F3-4479-A65C-78313A9DABF8}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{DB8AB570-5C24-455D-9B6F-868C5B189EC6}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{DB8AB570-5C24-455D-9B6F-868C5B189EC6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C4388DB9-1842-4172-8D91-DD0C22684424}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{C4388DB9-1842-4172-8D91-DD0C22684424}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Mazzy Star - Give You My Lovin.mp3 | Mazzy Star | 3,630KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Halah.mp3 | Mazzy Star | 3,098KB | Audio |
| geniphursix@KaZaA | Mazzy Star - Ride It On.mp3 | Mazzy Star | 2,862KB | Audio |
| geniphursix@KaZaA | Mc Solaar - Caroline.mp3 | MC Solaar | 4,443KB | Audio |
| geniphursix@KaZaA | McLaren, Malcolm - About Her.mp3 | Malcolm McLaren | 4,534KB | Audio |
| geniphursix@KaZaA | micranots - balance.mp3 | Micranots | 5,875KB | Audio |
| geniphursix@KaZaA | Mob Hits - Dean Martin - Thats_Amore.mp3 | Dean_Martin | 1,466KB | Audio |
| geniphursix@KaZaA | AlbumArt_{132D51D9-5B25-450C-8608-34268E44D9E4}_... | Unknown | 11KB | Image |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{132D51D9-5B25-450C-86D8-34268B44D9E4}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{132D51D9-5B25-450C-86D8-34268B44D9E4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | OLDIES - A Bronx Tale Soundtrack - 20 - James Brown - This... | 3 | 2,671KB | Audio |
| geniphursix@KaZaA | AlbumArt_{E5823586-98F4-4E06-A7F9-BD21D8BE0B54}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{E5823586-98F4-4E06-A7F9-BD21D8BE0B54}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2991B7FE-D943-4034-A8FF-A3668794D8BA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{2991B7FE-D943-4034-A8FF-A3668794D8BA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A66FD2E7-2D18-4383-84BD-741104F811C4}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{A66FD2E7-2D18-4383-84BD-741104F811C4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{D20C3594-88B7-48CA-B014-9472B722A7B6}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{D20C3594-88B7-48CA-B014-9472B722A7B6}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{454E1E7C-E9F0-429A-A9B7-57A38D21EE0C}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{454E1E7C-E9F0-429A-A9B7-57A38D21EE0C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F667B88B-BF43-49F9-944A-8047A131461B}_L... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{F667B88B-BF43-49F9-944A-8047A131461B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FB85B70E-E090-4E9A-BA1F-8697B20350D3}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FB85B70E-E090-4E9A-BA1F-8697B20350D3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | nelly_st_lunitics - icey.mp3 | Nelly | 2,980KB | Audio |
| geniphursix@KaZaA | Nelly - 07 - Air Force Ones - simplemp3s.mp3 | Nelly | 5,940KB | Audio |
| geniphursix@KaZaA | AlbumArt_{4B121BF2-E74D-43E7-8F7A-A1663415F107}_L... | Unknown | 8KB | Image |

Found 4168 files | 2,286,786 users online, sharing 554,547,296 files (19.6... | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{4B121BF2-E74D-43E7-8F7A-A1863415F107}_L... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{4B121BF2-E74D-43E7-8F7A-A1863415F107}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B84FADE-C230-4293-AA03-9DE0F69A4FA2}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{9B84FADE-C230-4293-AA03-9DE0F69A4FA2}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{FA86EAC9-653A-4637-A992-81B9DDAF20A1}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FA86EAC9-653A-4637-A992-81B9DDAF20A1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Nina Simone - Everything Must Change.mp3 | Nina Simone | 2,826KB | Audio |
| geniphursix@KaZaA | Nina Simone - He needs me.MP3 | Nina Simone | 2,411KB | Audio |
| geniphursix@KaZaA | AlbumArt_{1F6D2BBB-AB24-4EB2-91B8-FACB45DEF360}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F6D2BBB-AB24-4EB2-91B8-FACB45DEF360}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{4DAA8DE2-B732-48D4-A2C4-BF29A069C9BD}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C6B5C3D0-5F6E-4970-8CA7-8458897D1102}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{C6B5C3D0-5F6E-4970-8CA7-8458897D1102}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{489C0518-A69E-4D41-9A79-C55D2BB28FA0}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{489C0518-A69E-4D41-9A79-C55D2BB28FA0}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B7F12422-F81B-45BC-9C22-9A04B0B4D5D3}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{B7F12422-F81B-45BC-9C22-9A04B0B4D5D3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{2524788C-A361-4C2A-9F35-7C05F507B591}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6070C029-1BC9-411E-BEB8-70963B085A6E}_L... | Unknown | 20KB | Image |
| geniphursix@KaZaA | AlbumArt_{6070C029-1BC9-411E-BEB8-70963B085A6E}_... | Unknown | 4KB | Image |

Found 4168 files | 2,286,766 users online, sharing 554,527,296 files (9.6... | Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{6070C029-1BC9-411E-BEB8-70963B085A6E}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{17D16F96-A952-44BB-8C26-C8EC46A92794}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{17D16F96-A952-44BB-8C26-C8EC46A92794}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F07687AA-E346-4329-A7AD-DBC6955018D4}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{F07687AA-E346-4329-A7AD-DBC6955018D4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{27979B24-55E1-4A54-863F-A7AB2E89F304}_L... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{27979B24-55E1-4A54-863F-A7AB2E89F304}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3CBF01CC-F080-41E1-BC41-50DE01CB0D16}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{3CBF01CC-F080-41E1-BC41-50DE01CB0D16}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{CAC88802-1D02-4AB2-915A-FFD3BE0CAEEE}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{CAC88802-1D02-4AB2-915A-FFD3BE0CAEEE}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{F41A35BC-CE0D-4961-B41D-D6040135C77A}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{F41A35BC-CE0D-4961-B41D-D6040135C77A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Nina Simone-The Man I Love .mp3 | Nina Simone | 2,896KB | Audio |
| geniphursix@KaZaA | Nirvana - About A Girl.mp3 | Nirvana | 2,631KB | Audio |
| geniphursix@KaZaA | Nirvana - Breed.mp3 | Nirvana | 2,872KB | Audio |
| geniphursix@KaZaA | Nirvana-Drain You.mp3 | Nirvana | 3,497KB | Audio |
| geniphursix@KaZaA | Nirvana - Milk It.mp3 | Nirvana | 3,669KB | Audio |
| geniphursix@KaZaA | Nirvana -Negative Creep.mp3 | Nirvana | 2,746KB | Audio |
| geniphursix@KaZaA | Nirvana - Rape Me.mp3 | Nirvana | 2,654KB | Audio |

Found 4168 files. | 2,286,766 users online, sharing 554,527,296 files (19.6 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Nirvana - Rape Me.mp3 | Nirvana | 2,654KB | Audio |
| geniphursix@KaZaA | Nirvana - Stay Away (1).mp3 | Nirvana | 4,153KB | Audio |
| geniphursix@KaZaA | OC - Its My World.mp3 | O.C. | 4,004KB | Audio |
| geniphursix@KaZaA | outkast)-Speedballin'.mp3 | outkast | 2,108KB | Audio |
| geniphursix@KaZaA | AlbumArt_{08FD6B88-7724-4213-B843-A79A0FEED6F5}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{ACC64D01-1CAE-42F7-808C-E9BD7B9F35E4}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | poprock - Starsailor - Lullaby.mp3 | Starsailor | 5,944KB | Audio |
| geniphursix@KaZaA | AlbumArt_{705AE8B6-B327-45F9-94EA-722E91A56DCA}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{705AE8B6-B327-45F9-94EA-722E91A56DCA}_L... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C1EF4A0A-3284-417F-AF19-CB86D9474582}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{097A655C-52B5-4E01-AF7D-42A2150EDEF2}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{097A655C-52B5-4E01-AF7D-42A2150EDEF2}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{25A4958E-7391-4940-8B70-A8B22567D071}_L... | Unknown | 17KB | Image |
| geniphursix@KaZaA | AlbumArt_{25A4958E-7391-4940-8B70-A8B22567D071}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{FBB0B888-5D1A-4493-ACDC-D04772188733}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{FBB0B888-5D1A-4493-ACDC-D04772188733}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{4DD02B41-2541-4BBE-A905-4B70E5481902}_L... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{4DD02B41-2541-4BBE-A905-4B70E5481902}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{8CED551C-D24F-431B-85FE-ADC0A90465E5}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{8CED551C-D24F-431B-85FE-ADC0A90465E5}_... | Unknown | 2KB | Image |

Found 4168 files | 2,286,766 users online, sharing 554,927,296 files (19.6TB) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{8CED551C-D24F-431B-85FE-ADCDA90465E5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1AD3D84F-A7D3-46D3-951B-B583FB00551F}_... | Unknown | 4KB | Image |
| geniphursix@KaZaA | AlbumArt_{1AD3D84F-A7D3-46D3-951B-B583FB00551F}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{3562CABF-C259-4AE5-AC8E-4EA82CCB2A8A}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{3562CABF-C259-4AE5-AC8E-4EA82CCB2A8A}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{98EF8B0B-90A5-4E72-9A31-598277C5DAB}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{98EF8B0B-90A5-4E72-9A31-598277C5DAB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{12CADDAF-B8F5-4FA1-9842-B4B5C673E1D0}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{12CADDAF-B8F5-4FA1-9842-B4B5C673E1D0}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{3D52CD28-F5FB-4B6B-AC00-AACAE31E2C5D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{3D52CD28-F5FB-4B6B-AC00-AACAE31E2C5D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F31E6AB7-3816-4E96-BBB0-CB9835DD898F}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{F31E6AB7-3816-4E96-BBB0-CB9835DD898F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7C8E2E3F-76DA-4410-927E-39C1DB52D6DE}_... | Unknown | 16KB | Image |
| geniphursix@KaZaA | AlbumArt_{7C8E2E3F-76DA-4410-927E-39C1DB52D6DE}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A42C722-B827-42A1-A280-8E907853B84F}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{0A42C722-B827-42A1-A280-8E907853B84F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | PUSH STARS - TILT A WHIRL GIRL.MP3 | Push Stars | 2,780kB | Audio |
| geniphursix@KaZaA | AlbumArt_{50086011-008A-4EB2-9A5E-F1E39B5A652B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Radiohead - The Bends.mp3 | Radiohead | 3,890kB | Audio |

Found 4,168 files. | 2,286,756 users online, sharing 554,527,296 files (19.6 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | (Search Field)

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Radiohead - The Bends.mp3 | Radiohead | 3,850KB | Audio |
| geniphursix@KaZaA | Radiohead - Treefingers - Kid A - 05.mp3 | Radiohead | 5,242KB | Audio |
| geniphursix@KaZaA | Radiohead - You (Live).MP3 | Radiohead | 2,991KB | Audio |
| geniphursix@KaZaA | AlbumArt_{10CBDA97-D775-46A3-AE1A-7DC2566E2044}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{10CBDA97-D775-46A3-AE1A-7DC2566E2044}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{554454D9-0536-4E71-B78A-FC4142BD1D23}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{554454D9-0536-4E71-B78A-FC4142BD1D23}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{A2365234-5C04-43ED-AF07-57379AB0FB2E}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | Rude Boys - Are you lonely for me.mp3 | Rude Boys | 4,800KB | Audio |
| geniphursix@KaZaA | Run Fay Run 7.mp3 | Isaac Hayes | 2,608KB | Audio |
| geniphursix@KaZaA | AlbumArt_{08FD6B88-7724-4213-8843-A79A0FEED6F5}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | Sade - Is It A Crime.mp3 | Sade | 5,880KB | Audio |
| geniphursix@KaZaA | Sean pual - Shake It.mp3 | Sean Paul | 3,118KB | Audio |
| geniphursix@KaZaA | Shannon-Give Me.mp3 | Shannon | 5,229KB | Audio |
| geniphursix@KaZaA | AlbumArt_{EC5CDD5B-962D-4890-AE84-EB3DE1E43D88}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{A2365234-5C04-43ED-AF07-57379AB0FB2E}_... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{43794D66-AEE5-47A4-9BB0-309C96F4437B}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{43794D66-AEE5-47A4-9BB0-309C96F4437B}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F825021-5556-4020-AA81-AB52059E8C07}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{1F825021-5556-4020-AA81-AB52059E8C07}_... | Unknown | 2KB | Image |

Found 4168 files | 2,286,766 users online, sharing 554,527,296 files (19.6 | Not sharing any files