Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{1F825021-5556-4020-AA81-ABS2059BEC07}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{AFC4F72D-F4c9-4BC4-B838-B106c22709B7}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{AFC4F72D-F4c9-4BC4-B838-B106c22709B7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{BEDDEB5F-35F5-4760-969B-2A1231D5E2F2}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{BEDDEB5F-35F5-4760-969B-2A1231D5E2F2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{25cC650F-D5F9-4728-B7F1-1B4E07ED58B1}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{25cC650F-D5F9-4728-B7F1-1B4E07ED58B1}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{3E84ED84-CC4F-4764-8B97-FBE6AE95538E}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{3E84ED84-CC4F-4764-8B97-FBE6AE95538E}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0301115-1966-407C-BCC6-D32DF27C78D1}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{B0301115-1966-407C-BCC6-D32DF27C78D1}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{942C77DD-2355-4766-86D5-880657315A3F}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{942C77DD-2355-4766-86D5-880657315A3F}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{EE40EEDF-37E3-467E-82D6-5A36c1524FA3}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{EE40EEDF-37E3-467E-82D6-5A36c1524FA3}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{23E67E47-B3F4-4E8E-98B2-C1D9EE7617F8}_L... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{23E67E47-B3F4-4E8E-98B2-C1D9EE7617F8}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | skip James - devil gpt.my_woman.mp3 | Skip James | 1,409KB | Audio |
| geniphursix@KaZaA | Slum Village - Love U Hate.mp3. | Slum Village | 3,420KB | Audio |
| geniphursix@KaZaA | Snow - Anything For You.mp3. | SNOW | 5,294KB | Audio |

Found 4186 files    2,286,766 users online, sharing 556,527,896 files (19 [...])  Not sharing any files

**Kazaa - [Search]**

File  View  Player  Actions  Tools  Help

Web | My Kazaa | Theater | Search | Download | Traffic | Shop | Tell A Friend

New search | Search Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Snow - Anything For You.mp3 | SNOW | 5,294KB | Audio |
| geniphursix@KaZaA | Soulfly - Umbabarauma.mp3 | Soulfly | 3,922KB | Audio |
| geniphursix@KaZaA | AlbumArt_{EC5CD05B-962D-4890-AE84-EB3DE1E43D88}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | Sting - Fields of Gold - 13 - Russians.mp3 | Sting | 4,666KB | Audio |
| geniphursix@KaZaA | Sting - Fields Of Gold - 14 - Russians.mp3 | Sting | 5,621KB | Audio |
| geniphursix@KaZaA | Sting - Russians (1).mp3 | Sting | 7,412KB | Audio |
| geniphursix@KaZaA | AlbumArt_{27BF6A96-7AF6-43D2-997C-04A4AC21DF41}_... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{27BF6A96-7AF6-43D2-997C-04A4AC21DF41}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{53D8DD91-D6A2-4B29-AEC9-1B8CAA2787141}... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{53D8DD91-D6A2-4B29-AEC9-1B8CAA2787141}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | sugababes - 12 - maya.mp3 | Sugababes | 6,424KB | Audio |
| geniphursix@KaZaA | Sunz of Man - Can I See You-.mp3 | Sunz of Man | 3,258KB | Audio |
| geniphursix@KaZaA | AlbumArt_{43E90372-73BA-41B7-8CB7-336C541AE318}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{43E90372-73BA-41B7-8CB7-336C541AE318}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{829BE36F-9FE0-40FA-A291-24CB1FC7CD3D}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{829BE36F-9FE0-40FA-A291-24CB1FC7CD3D}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{9DBF692D-65FC-44A2F-BAEC-887EF5830648}... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{9DBF692D-65FC-44A2F-BAEC-887EF5830648}... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0EA372CD-F5D1-41AB-893A-4B252C3583368}... | Unknown | 3KB | Image |
| geniphursix@KaZaA | AlbumArt_{EF0F16C9-6E88-4821-8875-4B61FE544492}_L... | Unknown | 10KB | Image |

Found 4168 files

1,296,766 users online, offering 554,527,296 files (9,691,615 GB). Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{BFDF16D9-8E88-4821-8875-AB61FB544492}_L... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{BFDF16D9-8E88-4821-8875-AB61FB544492}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{50AAA111-37A6-4948-A815-D1032E595357}_... | Unknown | 5KB | Image |
| geniphursix@KaZaA | AlbumArt_{50AAA111-37A6-4948-A815-D1032E595357}_... | Unknown | 1KB | Image |
| geniphursix@KaZaA | AlbumArt_{4DFE44EA-67B4-45F8-8B58-240662517323}_L... | Unknown | 12KB | Image |
| geniphursix@KaZaA | AlbumArt_{4DFE44EA-67B4-45F8-8B58-240662517323}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{6C201D7B-7385-407C-B40E-AE43D853CA66}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{6C201D7B-7385-407C-B40E-AE43D853CA66}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{F5AFAA75-EFA7-410F-A3B5-2B35A1650D5C}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{F5AFAA75-EFA7-410F-A3B5-2B35A1650D5C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{79D1E2A0-28BD-4CCF-8E20-41898B1BA529}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{79D1E2A0-28BD-4CCF-8E20-41898B1BA529}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{96D0D383-EAD3-4154-92B8-3D361401A738}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{96D0D383-EAD3-4154-92B8-3D361401A738}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B00280E6-BDCF-400B-BC9A-0720D549AFE2}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{B00280E6-BDCF-400B-BC9A-0720D549AFE2}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9A97E663-2DCF-4FE6-93DF-20AB12173FC9}_... | Unknown | 13KB | Image |
| geniphursix@KaZaA | AlbumArt_{9A97E663-2DCF-4FE6-93DF-20AB12173FC9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{07C2A479-F485-490F-AA4A-8AF4D0931903}_... | Unknown | 6KB | Image |
| geniphursix@KaZaA | AlbumArt_{07C2A479-F485-490F-AA4A-8AF4D0931903}_... | Unknown | 2KB | Image |

Found 4168 files.

2,286,786 users online, sharing 554,527,286 files (10.6) No. sharing any files

# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | New Search | Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{07C2A479-F48S-490F-AA4A-3AF4D0931903}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{0CDA47A4-DA40-4S5E-8211-B18425302457}_... | Unknown | 8KB | Image |
| geniphursix@KaZaA | AlbumArt_{0CDA47A4-DA40-4S5E-8211-B18425302457}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{E355B3B0-4466-4A14-AAD7-5627D817056D}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{E355B3B0-4466-4A14-AAD7-5627D817056D}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | The Shins - New Slang (1).mp3 | Shins | 3,850KB | Audio |
| geniphursix@KaZaA | The Strokes - Is This It - 09 - When It Started.mp3 | The Strokes | 3,410KB | Audio |
| geniphursix@KaZaA | the turtles - You Showed Me.mp3 | The Turtles | 2,876KB | Audio |
| geniphursix@KaZaA | Thievery Corporation - Mafha.mp3 | Thievery Corporation | 3,586KB | Audio |
| geniphursix@KaZaA | Track 8 .mp3 | Bee Gees | 2,485KB | Audio |
| geniphursix@KaZaA | True Love Waits.mp3 | Radiohead | 4,734KB | Audio |
| geniphursix@KaZaA | AlbumArt_{2540CCA8-65DE-4AAD-8974-899BC4FA5FB9}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{85ABA5A5AC-EF79-4863-8FAD-6E22307A1255}_... | Unknown | 15KB | Image |
| geniphursix@KaZaA | AlbumArt_{85ABA5A5AC-EF79-4863-8FAD-6E22307A1255}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{FDAFBC8D-9833-43F4-9115-A337250150E7}_... | Unknown | 1.1KB | Image |
| geniphursix@KaZaA | AlbumArt_{FDAFBC8D-9833-43F4-9115-A337250150E7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{9A73BF26-FA42-4A9B-8FDE-4073B930D78C}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{9A73BF26-FA42-4A9B-8FDE-4073B930D78C}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{B272B329-4B7F-42C6-ACE1-A8C39787ECCB}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{B272B329-4B7F-42C6-ACE1-A8C39787ECCB}_... | Unknown | 2KB | Image |

Found 4,568 files

2,296,766 users online, sharing 554,527,896 files (19.8) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search  |  Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | AlbumArt_{B272B329-487F-42C6-ACE1-ABC39787ECCB}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{946E0017-A5E4-4437-B623-EA56A951A049}_... | Unknown | 11KB | Image |
| geniphursix@KaZaA | AlbumArt_{946E0017-A5E4-4437-B623-EA56A951A049}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{090CC82D-2901-432E-875F-E0B98B7146AA}_... | Unknown | 10KB | Image |
| geniphursix@KaZaA | AlbumArt_{090CC82D-2901-432E-875F-E0B98B7146AA}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{33BD13D7-953C-410D-AD6B-AB1A53AD95BF}_... | Unknown | 7KB | Image |
| geniphursix@KaZaA | AlbumArt_{33BD13D7-953C-410D-AD6B-AB1A53AD95BF}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArtSmall.jpg | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{9A611B9B-9F4E-48E8-9108-B625B4926666E}_1... | Unknown | 0KB | Image |
| geniphursix@KaZaA | desktop.ini | | | |
| geniphursix@KaZaA | Vivian Green - Keep on Going.mp3 | Vivian Green | 5,749KB | Audio |
| geniphursix@KaZaA | New Kids On The Block-Step By Step.mp3 | New Kids On The Block | 3,161KB | Audio |
| geniphursix@KaZaA | Tonight.mp3 | New Kids On The Block | 3,257KB | Audio |
| geniphursix@KaZaA | Lisa Lisa and Cult Jam - Head to Toe.mp3 | Lisa Lisa_Cult Jam | 4,776KB | Audio |
| geniphursix@KaZaA | Donald Byrd - Jazz For A Lazy Day.mp3 | Donald Byrd | 2,192KB | Audio |
| geniphursix@KaZaA | Don Omar - Suelta.mp3 | Don Omar | 2,704KB | Audio |
| geniphursix@KaZaA | REGGETON - DEJALA.mp3 | DON OMAR | 2,049KB | Audio |
| geniphursix@KaZaA | Don Omar - Dejala.mp3 | hector y tito | 1,817KB | Audio |
| geniphursix@KaZaA | luna regeton.wma | don omar | 1,325KB | Audio |
| geniphursix@KaZaA | Luther Vandros - If This World Were Mine.mp3 | Luther Vandross | 5,059KB | Audio |

Found 4168 files

2,286,785 users online, sharing 554,527,896 files (9.8 ) Not sharing any files

**K Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shops | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Luther Vandros - If This World Were Mine.mp3 | Luther Vandross | 5,099KB | Audio |
| geniphursix@KaZaA | L.T.D. Jeffery Osbourne - Love Ballad.mp3 | L.T.D. | 2,233KB | Audio |
| geniphursix@KaZaA | AlbumArt_{5A01D840-369F-4702-8110-9D9AE9922DF7}_... | Unknown | 9KB | Image |
| geniphursix@KaZaA | AlbumArt_{5A01D840-369F-4702-8110-9D9AE9922DF7}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{7E84D077-8A9S-4F13-B494-7807188A8E8E}_... | Unknown | 2KB | Image |
| geniphursix@KaZaA | AlbumArt_{C8S58C28-7136-4D0A-8F46-ADA9EEA00BD6}... | Unknown | 3KB | Image |
| geniphursix@KaZaA | Jimi Hendrix - Purple Haze.mp3 | Jimi Hendrix | 2,708KB | Audio |
| geniphursix@KaZaA | Hector y Tito - Gata Salvaje (1).wma | Regeton | 3,811KB | Audio |
| geniphursix@KaZaA | Aventura.mp3 | Luny Tunes Noriega | 2,670KB | Audio |
| geniphursix@KaZaA | 01 Selfish w-Kanye West.mp3 | Slum Village | 3,884KB | Audio |
| geniphursix@KaZaA | masflow2.mp3 | Wisin y Yandel | 4,056KB | Audio |
| geniphursix@KaZaA | regeton - tremendo culo.wma | Don Omar | 2,687KB | Audio |
| geniphursix@KaZaA | TALIB KWELI BEAUTIFUL STRUGGLE-I try-omni.mp3 | Talib Kweli | 5,919KB | Audio |
| geniphursix@KaZaA | TALIB KWELI-Beautiful Struggle-trying to breah.mp3 | Talib Kweli | 7,206KB | Audio |
| geniphursix@KaZaA | talib kweli-lonely people-beautiful struggle.mp3 | Talib Kweli | 4,915KB | Audio |
| geniphursix@KaZaA | I try beautiful struggle_TALIB KWELI.mp3 | Talib Kweli | 5,316KB | Audio |
| geniphursix@KaZaA | Mi Barrio.mp3 | Don Omar | 1,812KB | Audio |
| geniphursix@KaZaA | amor de colegio (1).mp3 | Don Omar | 3,413KB | Audio |
| geniphursix@KaZaA | (02) P Diddy Lenny Kravitz Pharell Williams -Show Me Your... | P.Diddy Lenny Kravitz Pha... | 3,160KB | Audio |
| geniphursix@KaZaA | (03) Ja Rule - Mesmerize ft. Ashanti.wma | Ja Rule ft. Ashanti | 2,749KB | Audio |

Found 1,168 files          2,286,766 users online, sharing 554,527,296 files (9TB) | Not sharing any files

**Kazaa - [Search]**

File   Web   Player   Tools   Actions   Help

Web | New Search | Download | My Kazaa | Theater | Search | Traffic | Shops | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | (03) Ja Rule - Mesmerize ft. Ashanti.wma | Ja Rule ft. Ashanti | 2,749KB | Audio |
| geniphursix@KaZaA | Norman Conners - You Are My Starship.mp3 | Norman Conners | 6,389KB | Audio |
| geniphursix@KaZaA | (05)Justin Timberlake - Cry Me A River.wma | Justin Timberlake | 2,862KB | Audio |
| 2 Users | Maze-Can't Get Over You.mp3 | Maze Featuring Frankie B... | 1,410KB | Audio |
| geniphursix@KaZaA | Copy of Nina Simone: I Shall Be Released.mp3 | Bob Dylan and Elvis Costel... | 4,322KB | Audio |
| geniphursix@KaZaA | Ella Fitzgerald_Louis Jordan - Baby, It's Cold Outside.mp3 | Ray Charles_Nina Simone | 1,946KB | Audio |
| geniphursix@KaZaA | 04-to the 5 boroughs-it takes time to build-beastie boys.m... | Beastie Boys | 5,133KB | Audio |
| geniphursix@KaZaA | 15 More Than a Woman (1).mp3 | Angie Stone | 3,239KB | Audio |
| geniphursix@KaZaA | beastie boys_OH WORD_TO THE 5 BOROUGHS_08.mp3 | Beastie Boys | 4,704KB | Audio |
| geniphursix@KaZaA | Zwan - 11 - Yeah.mp3 | Zwan | 4,361KB | Audio |
| geniphursix@KaZaA | orange sky.MP3 | Lexi murdoch | 2,562KB | Audio |
| geniphursix@KaZaA | street's disciple_no one else in the room_nas.mp3 | Nas. | 7,412KB | Audio |
| geniphursix@KaZaA | Coldplay - Don't Panic.mp3 | Coldplay | 2,150KB | Audio |
| geniphursix@KaZaA | Frou Frou - Breathe In.mp3 | Frou Frou | 4,191KB | Audio |
| geniphursix@KaZaA | Kevin Little - Turn Me On.mp3 | Kevin Little-Mad... | 2,842KB | Audio |
| geniphursix@KaZaA | Goodbye.mp3 | The Sundays | 1,472KB | Audio |
| geniphursix@KaZaA | 07 Boot Camp - Think Back.mp3 | Boot Camp Clik | 6,463KB | Audio |
| geniphursix@KaZaA | Lebanese Blonde.mp3 | Thievery Corporation | 4,493KB | Audio |
| 2 Users | (11) Busta Rhymes - Hey Ladies.wma | Busta Rhymes | 1,970KB | Audio |
| geniphursix@KaZaA | (15) Busta Rhymes - Together ft. Rah Digga.wma | Busta Rhymes | 3,299KB | Audio |

Found 4188 files:

2,286,786 users online, sharing 554,527,296 files (1.8) Not sharing any file.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | (15) Busta Rhymes - Together ft. Rah Digga.wma | Busta Rhymes | 3,298KB | Audio |
| geniphursix@KaZaA | (22) Sean Paul - Punky (Español).wma | Sean Paul | 2,119KB | Audio |
| geniphursix@KaZaA | garden state - 02 - the shins - caring is creepy.mp3 | Garden State--02The Shi... | 4,701KB | Audio |
| geniphursix@KaZaA | Garden State Soundtrack--11 - Iron And Wine --Such Great... | Iron-And-Wine | 2,998KB | Audio |
| 2 Users | (Busta Rhymes feat Mariah Carey) - I Know What You Wan... | (Busta Rhymes feat Mari... | 5,028KB | Audio |
| geniphursix@KaZaA | 12 The Very Thought Of You.mp3 | Billie Holiday | 2,250KB | Audio |
| geniphursix@KaZaA | Bossa Nova Ville (Ultra Lounge) - So Nice (Samba De Verao)... | Sergio Mendes--Brazil '66 | 2,154KB | Audio |
| geniphursix@KaZaA | (Jay-Money) - Lil Kim - 06 - Shake Ya Bum (Feat Lil Shanice)... | Lil Kim | 3,887KB | Audio |
| geniphursix@KaZaA | (Jay-Z) Poppin' Tags (Featuring Big Boi, Killer Mike, Twista... | Jay-Z | 2,816KB | Audio |
| geniphursix@KaZaA | (Jay-Z) What They Gonna Do (Featuring Sean Paul).mp3 | Jay-Z | 2,298KB | Audio |
| geniphursix@KaZaA | (Jerry Rivera)-QUIERO(salsa).mp3 | Jerry Rivera | 4,572KB | Audio |
| geniphursix@KaZaA | 13. Winding Road.mp3 | Bonnie Somerville | 3,244KB | Audio |
| geniphursix@KaZaA | -RICARDO ARJONA-- EL PROBLEMA  (3).mp3 | RICARDO ARJONA | 5,158KB | Audio |
| geniphursix@KaZaA | 01 - Iggy Pop_Debbie Harry - Well Did You Evah!.mp3 | Debbie Harry And Iggy P... | 3,282KB | Audio |
| geniphursix@KaZaA | El Reggaeton Latino (Don Ómar).wma | Don Ómar | 826KB | Audio |
| geniphursix@KaZaA | 01-112_feat._sean_paul_-_na_na_na_na-sc.mp3 | 112 Feat. Sean Paul | 5,596KB | Audio |
| geniphursix@KaZaA | 01-3_doors_down-when_im_gone_(album_version)-edml-m... | 3 Doors Down | 5,884KB | Audio |
| geniphursix@KaZaA | 01-50_cent-in_da_club_(dirty).mp3 | 50 Cent | 3,448KB | Audio |
| geniphursix@KaZaA | 01-50_cent_in_the_club_dirty-cms - Dec 07, 2002, 21_56_1... | fifty cent | 5,214KB | Audio |
| geniphursix@KaZaA | TEGO CALDERON - GUASA GUASA.mp3 | TEGO CALDERON | 3,756KB | Audio |

2,286,786 users online, sharing 554,527,296 files (914 ... ) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shops  Tell A Friend  Download

New search  Search field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | TEGO CALDERON - GUASA-GUASA.mp3 | TEGO CALDERON | 3,756KB | Audio |
| geniphursix@KaZaA | 01-black_eyed_peas_feat._justin_timberlake-where_is_th... | Black Eyed Peas Feat. Jus... | 5,336KB | Audio |
| geniphursix@KaZaA | 01-erykah_badu-danger-xxl.mp3 | Erykah Badu | 6,196KB | Audio |
| geniphursix@KaZaA | Don Omar - seguroski.mp3 | Daddy Yankee | 3,064KB | Audio |
| geniphursix@KaZaA | 01-g-unit-g-unit-sns.mp3 | G-Unit | 4,908KB | Audio |
| geniphursix@KaZaA | 01-g-unit-u_should_be_here-rhm.mp3 | 50 Cent | 4,997KB | Audio |
| geniphursix@KaZaA | bollywood_hollywood_-_05_-_track_5.mp3 | Bollywood Hollywood | 9,272KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Hey Joe.mp3 | Jimi Hendrix | 3,243KB | Audio |
| geniphursix@KaZaA | Zeze de camargo e Luciano - Preciso ser amado.mp3 | Zezé di Camargo e Luciano | 5,370KB | Audio |
| geniphursix@KaZaA | Track07 (1).mp3 | Mobb Deep | 4,476KB | Audio |
| geniphursix@KaZaA | Slum Village - Jealousy.mp3 | Slum Village | 5,470KB | Audio |
| 2 Users | 08-dead_prez-radio_frequency-esc.mp3 | Dead Prez | 4,022KB | Audio |
| geniphursix@KaZaA | 11-dead_prez-50_in_the_cup-esc.mp3 | Dead Prez | 3,780KB | Audio |
| geniphursix@KaZaA | 06-Various-Stan Getz_Corcovado (Quiet Nights of Quiet St... | Various | 2,804KB | Audio |
| geniphursix@KaZaA | kanye west-Kanye's Workout Plan-college dropout.mp3 | Kanye West | 6,737KB | Audio |
| geniphursix@KaZaA | 03. Erro - Change for me.mp3 | Hed Kandi | 7,839KB | Audio |
| geniphursix@KaZaA | daddy yankee yaga y mackie ranks.mp3 | Don Omar | 3,104KB | Audio |
| geniphursix@KaZaA | kanye-west-workout-plan.mp3 | Kanye West | 1,324KB | Audio |
| geniphursix@KaZaA | Daddy Yankee y Nicky Jam - Sentirte.mp3 | Dj Blass | 3,346KB | Audio |
| geniphursix@KaZaA | Kanye West-Work it out.mp3 | Kanye West | 5,054KB | Audio |

Found 4168 files

2,286,766 users online, sharing 554,527,296 files (19,81... No. sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shops    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Kanye West-Work it out.mp3 | Kanye West | 5,054KB | Audio |
| geniphursix@KaZaA | 2pac-the_realest_killaz_ft_50 cent (1).mp3 | 50 Cent;2Pac | 3,433KB | Audio |
| geniphursix@KaZaA | Spanish Reggae - Vico-C Ivy Queen - The Noise Live2.m... | Vico-C Ivy Queen | 1,335KB | Audio |
| geniphursix@KaZaA | They Died For Beauty - Bellisimo.mp3 | Ilya... | 5,364KB | Audio |
| 2 Users | 29 - Track29.mp3 | Mr. Vegas | 3,787KB | Audio |
| geniphursix@KaZaA | Sean Paul - Dutty Rock - 11 - Calling Out my Name.mp3 | Sean Paul | 8,684KB | Audio |
| geniphursix@KaZaA | Ilya - Bellissimo - They Died For Beauty - 1.mp3 | Ilya... | 3,469KB | Audio |
| 2 Users | Ilya - Bellissimo - They Died For Beauty- 1 (1).mp3 | Ilya... | 3,184KB | Audio |
| 2 Users | They Died For Beauty 1 Ilya Bellissimo.mp3 | Ilya... | 4,344KB | Audio |
| 2 Users | Ilya They Died For Beauty 1 Bellissimo.mp3 | Ilya... | 6,241KB | Audio |
| geniphursix@KaZaA | Alchemist, Prodigy_Nina Sky - Hold You Down.mp3 | Alchemist; Feat. Prodigy... | 4,082KB | Audio |
| geniphursix@KaZaA | Can't Hide Love.mp3 | Earth; Wind_Fire | 3,907KB | Audio |
| 2 Users | They Died For Beauty - Bellissimo (1).mp3 | Ilya... | 6,710KB | Audio |
| geniphursix@KaZaA | Modest Mouse - Float On.mpg.mpeg | Modest Mouse | 37,485KB | Video |
| geniphursix@KaZaA | WHO_WE BE DMX.mp3 | DMX | 6,507KB | Audio |
| geniphursix@KaZaA | Margareth Menezes_Hermeto Pascoal - Domingo no Parq... | Hermeto Pascoal e Marga... | 3,409KB | Audio |
| geniphursix@KaZaA | Audioslave - Like a Stone.mp3 | Audioslave | 4,533KB | Audio |
| geniphursix@KaZaA | Jerry Rivera F.mp3 | Jerry Rivera F.Voltio | 6,494KB | Audio |
| geniphursix@KaZaA | PJ.Harvey - This Mess We're In (Feat. Thom Yorke of Radi... | pj.harvey | 5,557KB | Audio |
| geniphursix@KaZaA | kanye west - late registration - improvise.mp3 | Kanye West | 6,147KB | Audio |

Found 3468 files    2,286,266 users on-line, sharing 556,527,895 files (19.6  ) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

NewSearch  Download

Search  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | kanye west - late registration - improyise.mp3 | Kanye West | 6,147KB | Audio |
| geniphursix@KaZaA | Romantica Mark Anthony-Hasta Haver.mp3 | Mark Anthony | 4,332KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Obnoxious.mp3 | Immortal Technique | 4,523KB | Audio |
| geniphursix@KaZaA | Maroon5 - she will be loved.mp3 | Mario Winans | 6,055KB | Audio |
| geniphursix@KaZaA | 4147b2 - Oct 17, 2004 09.59.04.mp3 | Bryant, Jack | 273KB | Audio |
| geniphursix@KaZaA | 05-colin_hay-I_just_dont_think_ill_ever_get_over_you-rtb... | Colin Hay | 6,549KB | Audio |
| geniphursix@KaZaA | George Michael - Kissing A Fool.mp3 | George Michael | 4,292KB | Audio |
| geniphursix@KaZaA | Quiero-TegoCalderonFeatYandel[1].mp3 | Tego Calderon (feat. Yan... | 1,418KB | Audio |
| geniphursix@KaZaA | 207-andre_3000-prototype-rns.mp3 | André 3000 | 7,744KB | Audio |
| geniphursix@KaZaA | Maroon 5 - She Will Be Loved.mp3 | Maroon 5 | 6,055KB | Audio |
| geniphursix@KaZaA | Maroon 5 -Tangled-05.mp3 | Maroon 5 | 4,648KB | Audio |
| geniphursix@KaZaA | Maroon5 - Must Get Out.mp3 | Maroon 5 | 3,746KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Secret.mp3 | Maroon 5 | 3,974KB | Audio |
| geniphursix@KaZaA | Maroon - Through With You.mp3 | Maroon 5 | 3,190KB | Audio |
| geniphursix@KaZaA | Maroon5 - Not Coming Home.mp3 | Maroon 5 | 4,174KB | Audio |
| geniphursix@KaZaA | Maroon - Everyday Goodbyes (Live).mp3 | Maroon5 | 1,049KB | Audio |
| geniphursix@KaZaA | Avant - Separated.mpg | Avant | 35,767KB | Video |
| geniphursix@KaZaA | ghostface_killa feat_jadakiss w run.mp3 | Ghostface | 4,736KB | Audio |
| geniphursix@KaZaA | The Essential Simon & Garfunkel 14 Simon&Garfunkel T... | Simon & Garfunkel | 4,679KB | Audio |
| geniphursix@KaZaA | 08 Nick Drake - One of These Things First.mp3 | Nick Drake | 5,661KB | Audio |

Found 4168 files    2,286,766 users on line, sharing 556,527,299 files (19 B) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  New search  Download

| | Search | Traffic | Shop | Tell A Friend | Search Field |

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 08 Nick Drake - One of These Things First.mp3 | Nick Drake | 5,661KB | Audio |
| geniphursix@KaZaA | Iron and wine - Such Great Heights (the postal service cov... | Iron and wine | 5,873KB | Audio |
| geniphursix@KaZaA | gregorian_chants_-_The Only Living Boy In New York.mp3 | Songs Of Simon_Garfun... | 4,274KB | Audio |
| 2 Users | 80's_George Michael-Wham-Careless Whisper.mp3 | George Michael | 4,743KB | Audio |
| geniphursix@KaZaA | 09-sheek_louch-ten_hut_(feat_jadakiss)-rns (1).mp3 | Sheek Louch | 4,894KB | Audio |
| geniphursix@KaZaA | Big Pun f. Tony_Sunshine - 100%.mp3 | Big Pun f. Tony Sunshine | 3,621KB | Audio |
| geniphursix@KaZaA | 50cent-lloyd banks freestlye - 187_ya_y.mp3 | 50cent and G-Unit | 4,971KB | Audio |
| geniphursix@KaZaA | immortal technique - leaving the past (1).mp3 | no artist | 4,203KB | Audio |
| geniphursix@KaZaA | Clipse - Got Damn.mp3 | Clipse Feat. Ab-Liva, Rosc... | 4,708KB | Audio |
| geniphursix@KaZaA | L-O-N-E-L-Y - Bobby Vinton.mp3 | Bobby Vinton | 2,361KB | Audio |
| geniphursix@KaZaA | Immortal Technique - dance with the devil.mp3 | Immortal Technique | 9,094KB | Audio |
| geniphursix@KaZaA | (08) Sheek Louch - Crazzy.wma | Sheek Louch | 3,660KB | Audio |
| geniphursix@KaZaA | 06-sheek_louch-i_aint_forget-rns.mp3 | Sheek Louch | 6,057KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Positive Balance.mp3 | Immortal Technique | 4,619KB | Audio |
| geniphursix@KaZaA | outkast-_she-lives-in-my-lap_-.mp3 | outkast | 4,142KB | Audio |
| geniphursix@KaZaA | 06-g-unit-wanna_get_to_know_you-rns.mp3 | G-Unit | 6,214KB | Audio |
| geniphursix@KaZaA | Faith_evans-05-I_love_you.mp3 | Faith Evans | 4,175KB | Audio |
| geniphursix@KaZaA | Separated (Remix)_ Avant_Kelly Rowland (1) (1).mp3 | Avant Feat. Kelly Rowland | 3,638KB | Audio |
| geniphursix@KaZaA | Keisha - I changed my mind.mp3 | Keisha Feat. Shyne | 5,115KB | Audio |
| geniphursix@KaZaA | KANYE WEST-COLLEGE DROPOUT-graduation day.mp3 | Kanye West | 4,684KB | Audio |

Found 4188 files

2,296,766 users online, sharing 558,527,295 files (19 B) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  —  My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | KANYE WEST - COLLEGE DROPOUT - graduation day.mp3 | Kanye West | 4,684KB | Audio |
| geniphursix@KaZaA | nicole wiray - If i was your girlfriend.mp3 | Nicole Wray | 6,032KB | Audio |
| geniphursix@KaZaA | 16-ghostface-tooken_back_(feat_jackeo)-rns.mp3 | Ghostface | 7,925KB | Audio |
| geniphursix@KaZaA | Beenie Man - King of the Dance Hall.mp3 | Beenie Man | 4,402KB | Audio |
| geniphursix@KaZaA | Shawna ft. Ludacris - Shake Dat Shit.mp3 | Shawnna | 5,183KB | Audio |
| geniphursix@KaZaA | vybez kartel_beenie man - Scuubay.MP3 | Vybz kartel_Beenie man | 4,204KB | Audio |
| geniphursix@KaZaA | Porno Star.mp3 | 50cent loyd banks | 4,932KB | Audio |
| geniphursix@KaZaA | Ghostface Killah ft. Trife - Biscuits.mp3 | Ghostface Killah ft. Trife | 1,270KB | Audio |
| geniphursix@KaZaA | Nina Sky Ft.mp3 | Nina Sky Ft. Jabba | 5,657KB | Audio |
| geniphursix@KaZaA | GHOSTFACE the pretty toney album love.mp3 | Ghostface | 2,367KB | Audio |
| geniphursix@KaZaA | Tower Of Power Diggin' On James Brown 5.mp3 | Tower Of Power | 2,817KB | Audio |
| geniphursix@KaZaA | De La Soul - Stakes Is High.mp3 | De La Soul | 6,449KB | Audio |
| geniphursix@KaZaA | Boyz II Men - Please Dont Go.mp3 | Boyz II Men | 4,253KB | Audio |
| geniphursix@KaZaA | Immortal Technique - You Never Know.mp3 | Immortal Technique | 7,317KB | Audio |
| geniphursix@KaZaA | Doors - People Are Strange.mp3 | Doors | 2,048KB | Audio |
| geniphursix@KaZaA | Isaac Hayes - Hung Up On My Baby.mp3 | Issac Hayes | 5,945KB | Audio |
| geniphursix@KaZaA | Issac Hayes - Do Your Thing.mp3 | Issac Hayes | 2,598KB | Audio |
| geniphursix@KaZaA | Kem - Love Calls.mp3 | Kem | 4,917KB | Audio |
| geniphursix@KaZaA | vivian_green-84-what_is_love-wcr.mp3 | Vivian Green | 7,253KB | Audio |
| geniphursix@KaZaA | Mos Def - Umi Says.mp3 | Mos Def | 4,864KB | Audio |

Found 4186 files

2,296,786 users online, sharing 558,527,296 files (19 B) Not sharing any files.

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Mos Def - Umi Says.mp3 | Mos Def | 4,864KB | Audio |
| geniphursix@KaZaA | 16 - I Will.mp3 | The Beatles | 1,660KB | Audio |
| geniphursix@KaZaA | Long Lonely Nights - Bobby Vinton.mp3 | Bobby Vinton | 2,522KB | Audio |
| geniphursix@KaZaA | Jackson Five - Never Can Say Goodbye.mp3 | The Jackson 5 | 2,818KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Love TKO.mp3 | Pendergrass, Teddy | 4,712KB | Audio |
| geniphursix@KaZaA | Jack Johnson_Ben Harper_.mp3 | Jack Johnson | 4,388KB | Audio |
| geniphursix@KaZaA | Jay-Z - Lucifer (Kanye West).mp3 | Jay-Z | 3,015KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Goodbye Blue Sky.mp3 | Pink Floyd | 2,542KB | Audio |
| geniphursix@KaZaA | Radiohead - True love waits.mpg | Radiohead | 11,360KB | Video |
| geniphursix@KaZaA | Pink Floyd - Learning To Fly.mpg | Pink Floyd | 60,759KB | Video |
| geniphursix@KaZaA | pink floyd+rare-live-top gear session-093067-flaming (1).m... | pink floyd/syd barrett | 1,916KB | Audio |
| geniphursix@KaZaA | pink floyd 11 - Bike (1).mp3 | Pink Floyd | 4,771KB | Audio |
| geniphursix@KaZaA | The Wall - Pink Floyd - Empty Spaces~8.mp3 | Pink Floyd | 2,462KB | Audio |
| geniphursix@KaZaA | James Brown - Soul Power (1).mp3 | James Brown | 2,836KB | Audio |
| geniphursix@KaZaA | 16 Most Requested 15 Mr. Lonely Bobby Vinton.mp3 | Bobby Vinton | 3,506KB | Audio |
| geniphursix@KaZaA | Lonely Man Blues Muddy Waters.mp3 | Muddy Waters | 5,988KB | Audio |
| geniphursix@KaZaA | black out riddim Picture me and you.mp3 | Vybz Kartel | 3,890KB | Audio |
| geniphursix@KaZaA | blackout riddim vybz cartel picture me and u..mp3 | Vybz Kartel | 1,572KB | Audio |
| geniphursix@KaZaA | DESTINY'S CHILD soldier destiny's child.mp3 | Destiny's Child | 6,829KB | Audio |
| geniphursix@KaZaA | Lennie Williams -Cause I Love You (1).mp3 | Lenny Williams | 8,403KB | Audio |

Found 4188 files.    2,286,726 users on line, sharing 554,527,296 files (1,98 ...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web.    My Kazaa    Theater    Download    Search    Traffic    Shop    Tell A Friend

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Lennie Williams - Cause I Love You (1).mp3 | Lenny Williams | 8,408KB | Audio |
| geniphursix@KaZaA | Roy Ayers - We Live In Brooklyn Baby.mp3 | Roy Ayers | 3,524KB | Audio |
| geniphursix@KaZaA | Billy Paul - Your Song.mp3 | Billy Paul | 6,188KB | Audio |
| geniphursix@KaZaA | Shannon - Let The Music Play.mp3 | Dance 80's | 4,326KB | Audio |
| geniphursix@KaZaA | wayne wonder - No Letting Go (Diwali Riddim) (1).mp3 | wayne wonder | 3,363KB | Audio |
| geniphursix@KaZaA | Beenie Man - Dude.mp3 | Beenie Man (Ms. Thing | 3,944KB | Audio |
| geniphursix@KaZaA | shabba ranks - twice my age.mp3 | reggae | 745KB | Audio |
| geniphursix@KaZaA | stevie b - because i love you.mp3 | Stevie B | 4,747KB | Audio |
| geniphursix@KaZaA | T.O.K. - Chi Chi Man.mp3 | Various Artists | 3,260KB | Audio |
| geniphursix@KaZaA | Ludacris - Booty Poppin.mp3 | Ludacris | 6,692KB | Audio |
| geniphursix@KaZaA | Usher Ft Lil'Jon ,Ludacris - Yeah.mp3 | Usher Feat. Ludacris "Lil"... | 3,593KB | Audio |
| geniphursix@KaZaA | Camron-Down and Out.mp3 | Cam'ron Feat. Kanye Wes... | 5,125KB | Audio |
| geniphursix@KaZaA | Raekwon - Rainy Days.mp3 | Raekwon f/ Ghostface Kil... | 3,954KB | Audio |
| geniphursix@KaZaA | UMC-One To Grow On.mp3 | UMC | 3,348KB | Audio |
| geniphursix@KaZaA | Destiny's Child - Soldier.asf | Destinys Child | 13,514KB | Video |
| geniphursix@KaZaA | chico buarque - carolina.mp3 | Chico Buarque | 1,851KB | Audio |
| geniphursix@KaZaA | Les Miserables - On My Own.mp3 | Les Miserables | 3,922KB | Audio |
| geniphursix@KaZaA | Maria Bethania e Caetano Veloso - Falendo Sério.mp3 | Maria Bethania | 2,826KB | Audio |
| geniphursix@KaZaA | Chico Buarque,Maria Bethânia - Tanto mar.mp3 | Chico Buarque, Maria Be... | 1,362KB | Audio |
| geniphursix@KaZaA | Phantom of the Opera - Richard Clayderman .mp3 | Phantom of the Opera | 3,910KB | Audio |

Found 4168 files

2,286,786 users online, sharing 554,577,295 files (9,918... [ Not sharing any files

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| geniphursix@KaZaA | Phantom of the Opera - Richard Clayderman .mp3 | Phantom of the Opera | 3,910KB | Audio |
| geniphursix@KaZaA | The Cold Crush Brothers At The Dixie.mp3 | Cold Crush Brothers | 4,018KB | Audio |
| geniphursix@KaZaA | 08-the_roots-the_seed_2.0_ft_cody_chesnutt-swe.mp3 | The.Roots | 6,282KB | Audio |
| geniphursix@KaZaA | Mike Watt Maggot Brain Ball-Hog Or Tugboat 16.mp3 | Mike Watt | 9,760KB | Audio |
| geniphursix@KaZaA | Gangstarr f. Big L - Work Part II.mp3 | Gangstarr f. Big L | 2,540KB | Audio |
| geniphursix@kaZaA | DMX - THE GREAT DEPRESSION - 8 - WHO WE BE.mp3 | DMX | 2,277KB | Audio |
| geniphursix@KaZaA | THE GREAT DEPRESSION DMX-WHO WE BE 8.mp3 | DMX | 2,812KB | Audio |
| geniphursix@KaZaA | THE GREAT DEPRESSION - DMX - 8 - WHO WE BE.mp3 | DMX | 5,576KB | Audio |
| geniphursix@KaZaA | Brown Sugar - D'Angelo - 7 - Cruisin'.mp3 | Smokey Robinson | 5,760KB | Audio |
| geniphursix@KaZaA | The B Coming The B Coming.torrent | Beanie Sigel | 5KB | Audio |
| geniphursix@KaZaA | Hewey lewis and the news - workin for a livin.mp3 | Hewey lewis and the news | 1,500KB | Audio |
| geniphursix@KaZaA | 11 Bill Withers Lonely Town; Lonely Street.mp3 | Bill Withers | 3,440KB | Audio |
| geniphursix@KaZaA | IN_THE_2WAITING_LINE.MP3 | Zero 7 | 6,382KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Ten Things I Hate About You Soundtra... | Joan Armatrading | 3,319KB | Audio |
| geniphursix@KaZaA | Radiohead - Karma Police.mp3 | Radiohead | 4,089KB | Audio |
| geniphursix@KaZaA | The Smiths - How Soon Is Now.mp3 | Smiths | 6,280KB | Audio |
| geniphursix@KaZaA | Bad Brains - The Prophet's Eye.mp3 | Bad Brains | 4,148KB | Audio |
| geniphursix@KaZaA | Beanie Siegal - Feelin In the air.mp3 | Beanie Siegel | 4,518KB | Audio |
| geniphursix@KaZaA | COWBOY JUNKIES - 10 - SWEET JANE.MP3 | Cowboy Junkies | 4,503KB | Audio |
| geniphursix@KaZaA | The Strokes - Last Nite.mp3 | The Strokes | 3,047KB | Audio |

Found 4,168 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help.

Web  My Kazaa  Download  New Search  Search  Theater  Traffic  Shop  Tell A Friend  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | The Strokes - Last Nite.mp3 | The Strokes | 3,047KB | Audio |
| geniphursix@KaZaA | 06 Police And Thieves.mp3 | Various Artists | 1,876KB | Audio |
| geniphursix@KaZaA | 25-Lock Up rmx.mp3 | Styles P ft. Akon | 3,372KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Is There Anybody Out There.mp3 | Pink Floyd | 2,792KB | Audio |
| geniphursix@KaZaA | EARTH WIND AND FIRE - SUN GODDESS.mp3 | RAMSEY LEWIS | 7,970KB | Audio |
| geniphursix@KaZaA | Raphael Saadiq - Still Ray.mp3 | Raphael Saadiq | 4,297KB | Audio |
| geniphursix@KaZaA | Eagles - I Can't Tell You Why (1).mp3 | Eagles | 4,862KB | Audio |
| 2 Users | Bob Marley - Acoustic Medley.mp3 | Bob Marley | 11,395KB | Audio |
| geniphursix@KaZaA | Cri Cri - El Sapito.mp3 | Cri Cri | 1,890KB | Audio |
| geniphursix@KaZaA | Doors - The Crystal Ship.mp3 | The Doors | 2,410KB | Audio |
| geniphursix@KaZaA | Musica Infantil - Tengo una Muñeca Vestida de Azul.mp3 | Canciones Para Niños | 762KB | Audio |
| geniphursix@KaZaA | Alvin and the Chipmunks - The Chipmunk Adventure - Diam... | The Chipmunks and Chi... | 3,082KB | Audio |
| geniphursix@KaZaA | (06) Angie Martinez - Take You Home feat Kelis.wma | Angie Martinez | 2,369KB | Audio |
| geniphursix@KaZaA | Sade Kiss Of Life 13.mp3 | Sade | 3,046KB | Audio |
| geniphursix@KaZaA | 01 - Missy Elliott - Baby Girl Intro Feat Mary J Blige.mp3 | Missy Elliott | 3,124KB | Audio |
| geniphursix@KaZaA | Zion_Lennox -.mp3 | Zion y Lennox | 2,971KB | Audio |
| geniphursix@KaZaA | 05 Bring Your Heart to Mine.mp3 | Luther Vandross | 4,089KB | Audio |
| geniphursix@KaZaA | 04 Ne T'Aime Plus.wma | Manu Chao | 973KB | Audio |
| geniphursix@KaZaA | Old School - Wedding Song - Total Eclipse of the Heart.wav | Old School | 4,552KB | Audio |
| geniphursix@KaZaA | 04 Madonna - Love profusion - 21stcentury.mp3 | Madonna | 5,114KB | Audio |

Found 4168 files    2,296,766 users online sharing 551,527,296 files (19 P...    Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04-Madonna - Love profusion -21stcentury.mp3 | Madonna | 5,114KB | Audio |
| geniphursix@KaZaA | craig david - Four Times A Lady.mp3 | Craig David | 3,168KB | Audio |
| geniphursix@KaZaA | Gravediggaz - Dangerous Minds.mp3 | Gravediggaz | 4,596KB | Audio |
| geniphursix@KaZaA | 04-missy_elliott-keep_it_movin_feat_elephant_man-esc.m... | Missy Elliott | 5,145KB | Audio |
| geniphursix@KaZaA | 05-50_cent-back_down_(dirty)-psm.mp3 | 50 Cent | 5,190KB | Audio |
| geniphursix@KaZaA | 05_Marc_Anthony_-_Barco_A_La_Deriva.mp3 | Marc Anthony | 4,297KB | Audio |
| geniphursix@KaZaA | 05~Underneath_It_All~No_Doubt~2001~Rock_Steady~m... | No Doubt | 4,290KB | Audio |
| 2 Users | Hector Tito - Como Tu.mp3 | Don Omar | 3,244KB | Audio |
| geniphursix@KaZaA | 07 Madonna - Intervention -21stcentury.mp3 | Madonna | 5,911KB | Audio |
| geniphursix@KaZaA | 10-dead_prez-hell_yeah-rns.mp3 | Dead Prez | 6,399KB | Audio |
| geniphursix@KaZaA | 13-gravediggaz-whats_goin_on-vma.mp3 | Gravediggaz | 6,385KB | Audio |
| geniphursix@KaZaA | 18-dead_prez-no_love-cms.mp3 | Dead Prez | 6,606KB | Audio |
| geniphursix@KaZaA | 7 Floetry - say yes.mp3 | Floetry | 6,292KB | Audio |
| geniphursix@KaZaA | donna summer - bad girl.mp3 | Donna Summer | 3,741KB | Audio |
| geniphursix@KaZaA | After The Thrill Is Gone.mp3 | The Eagles | 4,383KB | Audio |
| geniphursix@KaZaA | Alvin and The Chipmunks_The Chipettes - Time Warp (Ro... | The Chipmunks | 3,417KB | Audio |
| geniphursix@KaZaA | Ashford_Simpson - Solid As A Rock.mp3 | sizzla | 5,031KB | Audio |
| 4 Users | Avant - Seperated(1).mp3 | Avant | 3,984KB | Audio |
| geniphursix@KaZaA | Exposé - Point Of No Return.mp3 | Exposé | 4,376KB | Audio |
| | Greatest Hits Let Me Be The One.mp3 | Exposé | 2,917KB | Audio |

Found 4,168 Files

2,286,786 users online, sharing 554,527,296 files (19.6) Not sharing any files