**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Greatest Hits Let Me Be The One.mp3 | Exposé | 2,917KB | Audio |
| geniphursix@KaZaA | Nu Shooz - I Can't Wait.mp3 | Nu Shooz | 5,083KB | Audio |
| geniphursix@KaZaA | Bak Soundtrack-Cuban Link and Fat Joe-Why Me.mp3 | Cuban Link_Fat Joe | 4,821KB | Audio |
| geniphursix@KaZaA | kanye west - late registration - livin' a movie.mp3 | Kanye West | 3,107KB | Audio |
| geniphursix@KaZaA | beenie man - Joyride Riddim.mp3 | Joyride Riddim | 3,315KB | Audio |
| geniphursix@KaZaA | Billie Holiday - I Love My Man.mp3 | Billy Holiday | 3,966KB | Audio |
| 2 Users | Bob Marley - Waiting In Vain.mp3 | Bob Marley | 4,055KB | Audio |
| geniphursix@KaZaA | Buy Out Riddim - Like Glue.mp3 | Buy Out - Sean Paul | 3,657KB | Audio |
| geniphursix@KaZaA | Dead Prez - 25 - Hood news.mp3 | Dead Prez | 1,629KB | Audio |
| geniphursix@KaZaA | Floetry - Getting Late.mp3 | Floetry | 3,973KB | Audio |
| geniphursix@KaZaA | Floetry - Hey You.mp3 | Floetry | 4,781KB | Audio |
| geniphursix@KaZaA | Missy Elliot - Wake Up 2.mp3 | Missy Elliott | 5,748KB | Audio |
| geniphursix@KaZaA | Missy Elliott 10 - Let It Bump.mp3 | Missy Elliott | 3,984KB | Audio |
| geniphursix@KaZaA | 01-gang_starr-right_where_you_stand_(ft_jadakiss)_(mai... | Gang Starr | 5,370KB | Audio |
| geniphursix@KaZaA | 01-lil_kim_feat_missy_elliott-can_you_hear_me_now_(dirty... | Lil Kim_Feat.Missy Elliott | 5,067KB | Audio |
| geniphursix@KaZaA | 01-mary_j_blige_feat_p._diddy-in_da_club_(radio)-cms.m... | P.Diddy | 6,822KB | Audio |
| geniphursix@KaZaA | 01-mr_cheeks_ft_mario_winans-crush_on_you_(lp_version... | Mr. Cheeks Ft Mario Wina... | 5,599KB | Audio |
| geniphursix@KaZaA | 01-peedie_crack-fall_back_dirty-apc.mp3 | Peedie Crack | 3,758KB | Audio |
| 2 Users | 01-the_white_stripes-seven_nation_army-esc.mp3 | White Strips | 5,397KB | Audio |
| geniphursix@KaZaA | 01-tok-war_dem_want_(raw)-ill (1).mp3 | TOK | 4,813KB | Audio |

2/286,766 users online, sharing 554,527,996 files (19 | Not sharing any files

Found 4168 files.

Kazaa - [Search]

File View Player Tools Actions Help

Web    My Kazaa    Theater    Download    Search    Traffic    Shop    Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 01-tok-war_dem_want_(raw)-lil (1).mp3 | TOK | 4,813KB | Audio |
| geniphursix@KaZaA | 01, Family On Blast.mp3 | Cody ChesnuTT | 3,680KB | Audio |
| geniphursix@KaZaA | 02-50_cent-deep_cover_2002_freestyle-tas (1).mp3 | 50 Cent | 5,030KB | Audio |
| geniphursix@KaZaA | 02-50_cent-deep_cover_2002_freestyle-tas.mp3 | 50 Cent | 5,031KB | Audio |
| geniphursix@KaZaA | 02-keith_murray_feat_def_squad-yeah_yeah_u_know_it_l... | Keith Murray Feat Def Sq... | 5,848KB | Audio |
| geniphursix@KaZaA | 02-outkast-the_way_you_move-hodenkibz'(1).mp3 | Outkast | 5,516KB | Audio |
| geniphursix@KaZaA | 02-red_hot_chili_peppers-body_of_water-ph.mp3 | Red Hot Chili Peppers | 6,616KB | Audio |
| geniphursix@KaZaA | 03-manu chao-MACHINE GUN.mp3 | Manu Chao | 2,088KB | Audio |
| geniphursix@KaZaA | 03-50_cent-gotta_make_it_to_heaven-wcr.mp3 | 50 Cent | 5,156KB | Audio |
| geniphursix@KaZaA | 03-g-unit-gangsta_shit_(dirty)-wcr (1).mp3 | 50 Cent feat. G-Unit | 5,828KB | Audio |
| geniphursix@KaZaA | 03_Marc_Anthony_-_Viviendo.mp3 | Marc Anthony | 4,433KB | Audio |
| geniphursix@KaZaA | 04 - Marc Anthony - Hasta Que Vuelvas Conmigo.mp3 | Marc Anthony | 4,557KB | Audio |
| geniphursix@KaZaA | 04 - POR DONDE SALDRA EL SOL.mp3 | Manu Chao | 2,525KB | Audio |
| geniphursix@KaZaA | 04 - Soundtrack- Woman On Top - Maria Creusa - Obsess... | Varios | 5,770KB | Audio |
| geniphursix@KaZaA | 04-50_cent-ching_ching_freestyle-tas.mp3 | 50 Cent | 3,099KB | Audio |
| geniphursix@KaZaA | 04-50_cent-move_(feat_llyod_banks)-osc.mp3 | G Unit | 1,357KB | Audio |
| geniphursix@KaZaA | 04-50_cent-move_(feat_llyod_banks)-osc.mp3 | G Unit | 4,874KB | Audio |
| geniphursix@KaZaA | 04-dead_prez-thats_war-cms.mp3 | Dead Prez | 2,895KB | Audio |
| geniphursix@KaZaA | 04-treeway-flipside_feat_peedi_crakk-rns.mp3 | Freeway | 5,550KB | Audio |
| geniphursix@KaZaA | 04-r_kelly-lil_never_leave-0nmi.mp3 | R. Kelly | 5,279KB | Audio |

My Participation Level: Low (0) Downloads: 4, Upload: 2,290,177 users online, sharing 558,833,777 files (2,033) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04-r_kelly-ill_never_leave-0mni.mp3 | R. Kelly | 5,279KB | Audio |
| geniphursix@KaZaA | 05 - Dj Grand Wizard Theodore - Subway Theme.mp3 | Dj Grand Wizard Theodore | 4,040KB | Audio |
| geniphursix@KaZaA | 05-gangstar_ft_fat_joe_mop-who_got_gunz-wcr.mp3 | Gangstar ft Fat Joe MOP | 4,985KB | Audio |
| geniphursix@KaZaA | 05-lil_kim-hollyhood_(skit)-rns.mp3 | Lil Kim | 1,198KB | Audio |
| geniphursix@KaZaA | 05-mobb_deep-get_it_right-wcr.mp3 | Mobb Deep | 4,456KB | Audio |
| geniphursix@KaZaA | 05_La'Mision 3 - 04.mp3 | Eddie Dee | 2,772KB | Audio |
| geniphursix@KaZaA | 06 - Joe - Jeep.mp3 | Joe | 6,453KB | Audio |
| geniphursix@KaZaA | 06 - The Grind (Feat. Dead Prez).mp3 | Erykah Badu | 3,973KB | Audio |
| geniphursix@KaZaA | 06-Toxic.mp3 | Britney Spears | 4,648KB | Audio |
| geniphursix@KaZaA | 06- Tyrese - Signs of love makin (1).mp3 | Tyrese | 3,844KB | Audio |
| geniphursix@KaZaA | 06-dead_prez-we_need_a_revolution-cms.mp3 | Dead Prez | 2,821KB | Audio |
| geniphursix@KaZaA | 06-lil_kim-shake_ya_bum_(feat_lil_shanice)-rns.mp3 | Lil Kim | 4,664KB | Audio |
| geniphursix@KaZaA | 06-musiq-whoknows-rns.mp3 | Musiq | 6,923KB | Audio |
| geniphursix@KaZaA | 06-sizzla-woman_i_need_you-jah.mp3 | Sizzla | 5,191KB | Audio |
| geniphursix@KaZaA | 06_Marc_Anthony_-_De_Que_Depende.mp3 | Marc Anthony | 3,627KB | Audio |
| geniphursix@KaZaA | 07 Floetry - possibilities.mp3 | Floetry | 6,976KB | Audio |
| geniphursix@KaZaA | 07-g-unit-got_me_a_bottle-4hm.mp3 | G-Unit | 4,042KB | Audio |
| geniphursix@KaZaA | 07-lloyd_banks-poison-bke.mp3 | Lloyd Banks | 1,699KB | Audio |
| geniphursix@KaZaA | 07_G_Unit_f._Joe_-_I_Wanna.mp3 | Joe feat. Lloyd Banks | 4,546KB | Audio |
| geniphursix@KaZaA | 08 - Eurythmics - Sweet Dreams (Are Made Of This).mp3 | Eurythmics | 1,690KB | Audio |

My Participation level: Low (0)  Downloads: 1  Up: 0  2,290,177 users online, sharing 559,335,772 files (20.3) Now sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | New Search | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 08 - Eurythmics - Sweet Dreams (Are Made Of This).mp3 | Eurythmics | 1,690kB | Audio |
| geniphursix@KaZaA | 08 - The Shit Is Real (DJ Premier Remix).mp3 | Fat Joe | 3,305kB | Audio |
| geniphursix@KaZaA | 08-50_cent_ft_lloyd_banks-its-so_hard-whoa.mp3 | G-Unit | 5,099kB | Audio |
| geniphursix@KaZaA | 08-aaliyah-all_i_need-rns.mp3 : | Aaliyah: | 4,412kB | Audio: |
| geniphursix@KaZaA | 08-dead_prez-lucy-cms.mp3 | Dead Prez | 2,048kB | Audio |
| geniphursix@KaZaA | 08-ja_rule-crown-wcr.mp3 | Ja Rule | 5,089kB | Audio |
| geniphursix@KaZaA | 08-Joe:Make You My Baby.mp3 | Joe | 5,197kB | Audio |
| geniphursix@KaZaA | 08-boon/f_mario_winans-down_for_me-tas.mp3 | loon f/ mario winans | 5,857kB | Audio |
| geniphursix@KaZaA | 08-mya_f_lloyd_banks-why_u_look_so_good-tas.mp3 | mya f/ lloyd banks | 6,293kB | Audio |
| geniphursix@KaZaA | 09 - Double Trouble - Stoop Rap.mp3 | Double Trouble | 1,858kB | Audio |
| geniphursix@KaZaA | 09 - Trapped By Love.mp3 | Manu Chao | 1,795kB | Audio |
| geniphursix@KaZaA | 09-50_cent_eminem_lloyd_banks_tony_yayo-headz-wcr-(1... | G-Unit ft. Eminem | 6,803kB | Audio |
| geniphursix@KaZaA | 09-Joe - Street Dreams.mp3 | Joe | 3,997kB | Audio |
| geniphursix@KaZaA | 09.mp3 | Cody Chesnu\|T | 1,938kB | Audio |
| geniphursix@KaZaA | 10 - In My Head.mp3 | No Doubt | 3,231kB | Audio |
| geniphursix@KaZaA | 10 - Musiq - Thereason.mp3 | Musiq | 7,727kB | Audio |
| geniphursix@KaZaA | 10 - Blood And Fire.mp3 | Manu Chao | 2,422kB | Audio |
| geniphursix@KaZaA | 10-g-unit-eye_for_an_eye-dita.mp3 | G-Unit | 5,516kB | Audio |
| geniphursix@KaZaA | 10-strange_universe_(ft._mf_doom)-cms.mp3 | Non Phixion | 2,951kB | Audio |
| geniphursix@KaZaA | 11 - EELN...Para todo@s todo....mp3 | Manu Chao | 1,582kB | Audio |

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 11 - EZLN.... Para tod@s todo ....mp3 | Manu Chao | 1,582KB | Audio |
| geniphursix@KaZaA | 11 - Mr. Bobby.MP3 | Manu Chao | 3,558KB | Audio |
| geniphursix@KaZaA | 11--Tanto Metro Devonte - Honey I Sugar Pie.mp3 | Tanto Metro And Devonte | 5,386KB | Audio |
| geniphursix@KaZaA | 12--Black Gangsta.mp3 | Jay-Z | 3,071KB | Audio |
| geniphursix@KaZaA | 12 - Just Kiss Me.mp3 | Harry Connick Jr. | 4,588KB | Audio |
| geniphursix@KaZaA | 12 - Papito.mp3 | Manu Chao | 1,338KB | Audio |
| 2 Users | 12 Astrud Gilberto_Stan Getz - Corcovado.mp3 | Joao Gilberto_Stan Getz | 5,169KB | Audio |
| geniphursix@KaZaA | 12-dead_prez-soulja_life_mentatlity-cms.mp3 | Dead Prez | 6,094KB | Audio |
| geniphursix@KaZaA | 12-Joe - Bedroom.mp3 | Joe | 4,946KB | Audio |
| geniphursix@KaZaA | 12-lil_kim-magic_stick_(feat_50_cent)-rns.mp3 | Lil Kim | 8,437KB | Audio |
| geniphursix@KaZaA | 13-OGC - Bounce to the Ounce.mp3 | Black Moon | 4,518KB | Audio |
| geniphursix@KaZaA | 13-g-unit-50_n_banks-4hri (1).mp3 | 50 Cent_Lloyd Banks | 3,913KB | Audio |
| geniphursix@KaZaA | 13-g-unit-salute_u-rns.mp3 | G-Unit | 4,235KB | Audio |
| geniphursix@KaZaA | 13-raekwon-wild_out-wcr.mp3 | Raekwon | 3,148KB | Audio |
| geniphursix@KaZaA | 14--Keith Murray Ft. Redman And E.D - Yeah'U Know I... sin... | Keith Murray F/ Redman... | 5,295KB | Audio |
| geniphursix@KaZaA | 14--RADIO BEMBA_091114191913.mp3 | Manu Chao | 526KB | Audio |
| geniphursix@KaZaA | 14-50_cent-military_discipline_feat_g-unit-wcr.mp3 | 50 Cent | 4,782KB | Audio |
| geniphursix@KaZaA | 14-cnn_feat_m.o.p-stomp dashit_out_you-wcr.mp3 | CNN Feat. M.O.P | 4,279KB | Audio |
| geniphursix@KaZaA | 14-dead_prez-know_your_enemy-cms.mp3 | Dead Prez | 6,736KB | Audio |
| geniphursix@KaZaA | 14-lil_kim-heavenly_father_(feat_big_hill-rns.mp3 | Lil Kim | 7,218KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shops   Tell A Friend

New Search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 14-lil_kim-heavenly_father_(feat_big_hill)-rns.mp3 | Lil Kim | 7,218KB | Audio |
| geniphursix@KaZaA | 14-sean_paul-my_name-jah.mp3 | Sean Paul | 5,167KB | Audio |
| geniphursix@KaZaA | 15-lil_kim-tha_beehive_(feat_reeks_bunky_sa_vee_and_sa... | Lil Kim | 11,436KB | Audio |
| geniphursix@KaZaA | 15-musiq-givemorelove_leavemessage-rns.mp3 | Musiq | 13,741KB | Audio |
| 2 Users | 16 Feel Like Makin' Love.MP3 | Roberta Flack | 2,772KB | Audio |
| geniphursix@KaZaA | 16-50_cent_feat_g_unit-suck_me_off-wcr (1).mp3 | 50 cent feat G_Unit | 6,473KB | Audio |
| 2 Users. | 16-dead_prez-it_was_written-cms (1).mp3 | Dead_Prez | 4,536KB | Audio |
| geniphursix@KaZaA | 17-mobb_deep-may_concern-wcr.mp3 | Mobb Deep | 4,093KB | Audio |
| geniphursix@KaZaA | 17: The Wallflowers -Into the mystic.mp3 | the Wallflowers | 5,140KB | Audio |
| geniphursix@KaZaA | 18-50_cent_young_buck_and_lloyd.MP3 | G_Unit | 5,436KB | Audio |
| geniphursix@KaZaA | 18-dj_envy_ft.mp3 | DJ Envy; Lloyd Banks/50 ... | 3,801KB | Audio |
| geniphursix@KaZaA | 18-g-unit-i_smell_pussy-rns.mp3 | G-Unit | 5,585KB | Audio |
| geniphursix@KaZaA | 18-method_man_feat._ghostface-after_party-wcr.mp3 | Method Man Feat. Ghostf... | 3,604KB | Audio |
| geniphursix@KaZaA | 19 - RUMBA DE BARCELONA.mp3 | Manu Chao | 3,303KB | Audio |
| geniphursix@KaZaA | 19-sean_paul-shake_that_thing-jah.mp3 | Sean_Paul | 5,489KB | Audio |
| geniphursix@KaZaA | 20 - LA DESPEDIDA.mp3 | Manu Chao | 3,792KB | Audio |
| geniphursix@KaZaA | 20-lloyd_banks-dont_push_me-bke.mp3 | Lloyd_Banks | 1,836KB | Audio |
| geniphursix@KaZaA | 206-cody_chesnutt-juicin' the dank-laokay.mp3 | Cody Chesnutt | 6,957KB | Audio |
| geniphursix@KaZaA | 20_DEAD_PREZ_LOOK_AROUND_CM.MP3 | Dead_Prez | 2,834KB | Audio |
| geniphursix@KaZaA | 21-cuban_link_clk-freestyle(dissin_Fat_joe)-mime.mp3 | Cuban Link | 3,710KB | Audio |

My Participation Level: Low (0), Downloads:4, Uploa [2,280,17 users online, sharing 559,833,777 files [20,31 Not sharing any file?

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Shops  Traffic  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 21-cuban_link_clk-freestyle(dissin_fat_joe)-mme.mp3 | Cuban Link | 3,710KB | Audio |
| geniphursix@KaZaA | 21-sean_paul-its_on-jah.mp3 | Sean_Paul | 5,125KB | Audio |
| geniphursix@KaZaA | 22--lexxus - girls.mp3 | Mr.Lexxus | 746KB | Audio |
| geniphursix@KaZaA | 22-dead_prez-old_school-survival-cms.mp3 | Dead Prez | 710KB | Audio |
| geniphursix@KaZaA | 22-lloyd_banks-dont_even_call_me-bke.mp3 | Lloyd_Banks | 1,861KB | Audio |
| geniphursix@KaZaA | 23 - QUE PASO_QUE PASO .mp3 | Manu Chao | 1,101KB | Audio |
| geniphursix@KaZaA | 24- SAY YES--SAIGON.mp3 | DJ Kay Slay | 2,066KB | Audio |
| geniphursix@KaZaA | 25-spliff_starr-i_need_my_chronic-wcr.mp3 | Spliff Starr | 5,274KB | Audio |
| geniphursix@KaZaA | 26--The monkey.mp3 | Manu Chao | 1,862KB | Audio |
| geniphursix@KaZaA | 27 - natural born killers soundtrack - What Would You Do.... | Tha Dogg Pound | 3,935KB | Audio |
| geniphursix@KaZaA | 27-dead_prez-the_it_up-cms.mp3 | Dead Prez | 4,345KB | Audio |
| geniphursix@KaZaA | 29-Promiscuity.mp3 | Manu Chao | 1,633KB | Audio |
| geniphursix@KaZaA | 2Outkast - The Whole World.MP3 | New Artist | 2,009KB | Audio |
| geniphursix@KaZaA | 34-lloyd_banks-symphony_2003-bke.mp3 | Lloyd_Banks | 2,175KB | Audio |
| geniphursix@KaZaA | 38-lloyd_banks-porno_star_w_50_cent-bke.mp3 | Lloyd_Banks. | 3,347KB | Audio |
| geniphursix@KaZaA | 50 cent-Eminem - Soldier Remix(1).mp3 | 50 cent-ft. g.unit | 5,296KB | Audio |
| geniphursix@KaZaA | 50 Cent - 02 - Four Season Hustler Feat. Broo - simpleimp3... | 50 Cent | 3,629KB | Audio |
| geniphursix@KaZaA | 50 Cent - 04 - Dem Not Ready Feat. Sean Paul - simpleimp3. | 50 Cent | 3,358KB | Audio |
| geniphursix@KaZaA | 50-Cent - DJ Green Lantern - I Smell Pussy.mp3 | G.Unit | 6,503KB | Audio |
| geniphursix@KaZaA | 50 Cent - Freestyle (I Need A Girl 2).mp3 | 50 cent ft Lloyd Banks ... | 5,270KB | Audio |

Kazaa - [Search]

File · View · Player · Tools · Actions · Help

🔲 Web · MyKazaa · Theater · 🔍 Search · 🚚 Traffic · 🛒 Shop · 📺 Tell A Friend

New Search · Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@kaZaA | 50 Cent - Freestyle (1 Need A Girl 2).mp3 | 50 cent ft Lloyd Banks ... | 5,270KB | Audio |
| geniphursix@kaZaA | 50 Cent - heat_ja_diss.mp3 | G-Unit | 2,810KB | Audio |
| geniphursix@kaZaA | 50 Cent - In Da Club (remix).mp3 | 50 Cent | 3,976KB | Audio |
| :2 Users | 50 cent - Reliable.mp3 | 50 Cent | 1,340KB | Audio |
| geniphursix@kaZaA | 50 cent - Shit's Real.mp3 | 50 Cent, Lloyd Banks,Tony... | 3,427KB | Audio |
| geniphursix@kaZaA | 50 Cent - Slaped for that.MP3 | New Artist (1012) | 3,301KB | Audio |
| geniphursix@kaZaA | 50 Cent - Thicker_Then_Water_.mp3 | 50 Cent | 3,594KB | Audio |
| geniphursix@kaZaA | 50 Cent feat B.I.G - Niggaz.mp3 | 50 Cent Feat Biggie | 3,321KB | Audio |
| geniphursix@kaZaA | 50cent feat g_unit-order_of_protection_ja_diss-swie.mp3 | G-Unit | 3,558KB | Audio |
| geniphursix@kaZaA | 50cent ft lloyd banks young buck - Get Outta Line.mp3 | G-Unit | 5,416KB | Audio |
| geniphursix@kaZaA | 50 Cent-We_Got_Guns_For_Sale.mp3 | 50 Cent | 4,655KB | Audio |
| geniphursix@kaZaA | 50 cent-ridin through the hood.mp3 | 50 Cent | 2,673KB | Audio |
| geniphursix@kaZaA | 50 Cent-You aint ready (1).mp3 | G-Unit | 4,586KB | Audio |
| geniphursix@kaZaA | 50cent - Ya Heard Me.mp3 | 50 Cent | 3,652KB | Audio |
| geniphursix@kaZaA | 50Cent-Places to go.mp3 | 50 Cent | 5,979KB | Audio |
| geniphursix@kaZaA | 50Cent5amK.mp3 | 50 Cent | 1,458KB | Audio |
| geniphursix@kaZaA | 50_cent_ft_lloyd_banks-wcr.mp3 | di clue | 5,038KB | Audio |
| geniphursix@kaZaA | aaliyah--miss-you_.mp3 | aaliyah | 3,785KB | Audio |
| geniphursix@kaZaA | African-Bambaataa-Soul_Sonic-Force--Renegades of Fun... | AfrikaBambaataaSoulSon... | 6,337KB | Audio |
| geniphursix@kaZaA | Akineli - Put It In Your Mouth.mp3 | Akineli | 2,389KB | Audio |

My Participation Level: Low (0)   Downloads: 4   Uploads: 2   390,177 users online, sharing 553,833,777 files (20,3...   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | Download

New search | Search | | | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Akineli - Put It In Your Mouth.mp3 | Akineli | 2,388KB | Audio |
| geniphursix@KaZaA | All Vegas- The Apology.mp3 | 50 Cent | 2,522KB | Audio |
| geniphursix@KaZaA | Alice Deejay - Better Off Alone.mp3 | DJ Jurgen Presents Alice ... | 2,475KB | Audio |
| geniphursix@KaZaA | alicia keys - 11 - mr.man (feat. jimmy cozier).mp3 | Alicia Keys | 3,903KB | Audio |
| geniphursix@KaZaA | alicia keys the diary of alicia keys-you don't know my name... | alicia keys | 4,999KB | Audio |
| geniphursix@KaZaA | All I Care About (Richard Gere)-Chicago Soundtrack-Chica... | Chicago Soundtrack | 3,567KB | Audio |
| geniphursix@KaZaA | Allure-All Cried Out.mp3 | Allure feat. 112 | 1,876KB | Audio |
| geniphursix@KaZaA | Anita Baker - Been So Long.mp3 | Anita Baker | 3,670KB | Audio |
| 2 Users | Anita Baker - Good Love.mp3 | Anita Baker | 5,304KB | Audio |
| geniphursix@KaZaA | Annie Lennox - Everytime We Say Goodbye (1).mp3 | Annie Lennox | 3,689KB | Audio |
| geniphursix@KaZaA | Araketu - Pot Pourri Samba (1).mp3 | Araketu | 2,440KB | Audio |
| geniphursix@KaZaA | ARTIFACTS-Wrong Side Of The Tracks.mp3 | Artifacts | 3,050KB | Audio |
| geniphursix@KaZaA | Atmosphere, Aesop Rock, MF Doom - Put Your Quarter Up... | Slug., Aesop Rock, M.F. ... | 2,903KB | Audio |
| geniphursix@KaZaA | Baby Blue Sound Crew - Mr Vegas - She's a Ho.mp3 | Sean Paul | 2,286KB | Audio |
| geniphursix@KaZaA | bad boys ii-bad boys ii the soundtrack-show me your soul... | bad boys ii | 4,303KB | Audio |
| geniphursix@KaZaA | Beck - Lonesome Tears.mp3 | Beck | 5,254KB | Audio |
| geniphursix@KaZaA | Beck - Sea Change 10 - Sunday Sun.mp3 | Beck | 4,446KB | Audio |
| geniphursix@KaZaA | beenie man - buzz riddim.mp3 | Beenie Man | 3,570KB | Audio |
| geniphursix@KaZaA | beyonce knowles-unreleased album-summertime.mp3 | beyonce knowles | 5,940KB | Audio |
| geniphursix@KaZaA | beyonce knowles-unreleased album-summertime (1).mp3 | beyonce knowles | 3,137KB | Audio |

My Participation Level: Low (0). Downloads 1. Upload 1. 2,290,177 users online. sharing 559,833,777 files (20.8 Mb) sharing any file.

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Shop   Traffic   Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | beyonce knowles-unreleased album-summertime.mp3 | beyonce knowles | 3,137KB | Audio |
| geniphursix@KaZaA | bhangra - bally sagoo (chura ilya remix).mp3 | Bally Sagoo | 6,800KB | Audio |
| geniphursix@KaZaA | Billy Joel - I'm Moving Out.mp3 | Billy Joel | 3,258KB | Audio |
| geniphursix@KaZaA | Bitter Sweet Symphony - The Verve.mp3 | Verve pipe | 5,596KB | Audio |
| geniphursix@KaZaA | black 47 - oh maureen.mp3 | Black 47 | 3,217KB | Audio |
| geniphursix@KaZaA | Black Moon - 16 - This Goes Out To You.mp3 | Black Moon | 6,599KB | Audio |
| geniphursix@KaZaA | Black Moon - Confusion.mp3 | Black Moon | 6,298KB | Audio |
| geniphursix@KaZaA | Black Moon - How Many Mc's.mp3 | Black Moon | 3,412KB | Audio |
| geniphursix@KaZaA | Black Moon - That's the way it iz a.mp3 | Black Moon | 4,518KB | Audio |
| geniphursix@KaZaA | Black Moon - Where it Goez Wrong [ft. Tek].mp3 | Black Moon - Tek | 6,768KB | Audio |
| geniphursix@KaZaA | Black Moon - Who Got Da Props.mp3 | Black Moon | 4,200KB | Audio |
| geniphursix@KaZaA | Blackstreet - Before I Let You Go.mp3 | Blackstreet | 4,685KB | Audio |
| geniphursix@KaZaA | Bob Dylan - You belong to me.mp3 | Bob Dylan | 2,226KB | Audio |
| geniphursix@KaZaA | Bootsy Collins - I'd Rather Be with You (1).mp3 | Bootsy Collins | 4,899KB | Audio |
| geniphursix@KaZaA | Bring Back Your Love(remix)-Christion ft.mp3 | Christion Feat. Jay-Z | 3,730KB | Audio |
| geniphursix@KaZaA | Britney Madonna -Me Against-The Music.mp3 | Britney Spears And MAdo... | 2,570KB | Audio |
| geniphursix@KaZaA | Bump Dat Street Mix_0604011237.mp3 | G Unit | 2,973KB | Audio |
| geniphursix@KaZaA | Burning Spear - She's Mine.mp3 | Burning Spear | 4,479KB | Audio |
| geniphursix@KaZaA | Busta Rhymes Feat- Sean Paul - Just Make It Clap (Remix) | Busta Rhymes Feat. Sean ... | 5,748KB | Audio |
| geniphursix@KaZaA | Busta Rhymes Feat.mp3 | Busta Rhymes Feat. Sean ... | 5,748KB | Audio |

My Participation Level: Low (0)   Downloads: 1.1 [0,0] 2,290,177 users online, sharing 569,833,777 files [0,3] Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Busta Rhymes Feat.mp3 | Busta Rhymes Feat. Sean … | 5,748KB | Audio |
| geniphursix@KaZaA | Butterflies.mp3 | Michael Jackson | 4,379KB | Audio |
| geniphursix@KaZaA | Buy Out Riddim - Sean Paul - Don't Really Care.mp3 | Sean Paul | 3,885KB | Audio |
| geniphursix@KaZaA | Cecile - Respect Yuh Wife (Diwali Riddim).mp3 | Cecile | 192KB | Audio |
| geniphursix@KaZaA | Cell Block Tango (He Had It Comin') Queen Latifah and Lil K… | Chicago Soundtrack | 3,453KB | Audio |
| geniphursix@KaZaA | Chicago Soundtrack-CHICAGO SOUNDTRACK-1 Move On (… | Chicago Soundtrack | 4,343KB | Audio |
| geniphursix@KaZaA | Chicago Soundtrack-Chicago Soundtrack-overture and all t… | Chicago Soundtrack | 2,924KB | Audio |
| geniphursix@KaZaA | chiclete com banana-Levantar Poeira (ao vivo) carnatai… | chiclete com banana | 2,240KB | Audio |
| geniphursix@KaZaA | Chieftains - Dueling Bagpipe.mp3 | The Chieftains | 2,716KB | Audio |
| geniphursix@KaZaA | CKY - Calling Britney Spears Cell Phone.mp3 | prank phone calls | 1,595KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - 08 - I look good in leather.mp3 | Cody Chesnutt | 2,848KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - Bitch I'm Broke.mp3 | Cody Chesnutt | 1,910KB | Audio |
| 2 Users | Cody Chesnutt - Smoke The Love.mp3 | Cody Chesnutt | 2,584KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - 05 - how much - i dunno.mp3 | Cody Chesnutt | 2,186KB | Audio |
| geniphursix@KaZaA | Cody Chesnutt - 11 - the world is comin.mp3 | Cody Chesnutt | 3,194KB | Audio |
| geniphursix@KaZaA | Cold Crush Brothers - Basketball Throwdown.mp3 | Cold Crush vs. Fantastic … | 1,203KB | Audio |
| geniphursix@KaZaA | common and erykah badu-Love of my life.mp3 | erykah badu_common | 3,537KB | Audio |
| geniphursix@KaZaA | Crown Prince - Diwali Riddim Mix.mp3 | Diwali Riddim Mix | 20,456KB | Audio |
| geniphursix@KaZaA | Cuban Link-Feat-Remi Martin - She's Dangerous.mp3 | Cuban Link | 3,892KB | Audio |
| geniphursix@KaZaA | Cypress Hill - I Wanna Get High.mp3 | Cypress Hill | 2,728KB | Audio |

My Participation level: Low (0), Downloads: 1, Uplo: 2,290,177 users online, sharing 563,833,777 files (8,26…) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shops | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Cypress Hill - I Wanna Get High!.mp3 | Cypress Hill | 2,728KB | Audio |
| geniphursix@KaZaA | Cypris Hill-I Love You Maryjane.mp3 | Cypress Hill and Sonic You.. | 3,286KB | Audio |
| geniphursix@KaZaA | Dance Dance Revolution-~ The Whistle Song.mp3 | DDR | 1,502KB | Audio |
| geniphursix@KaZaA | David Byrne- Don't Fence Me In.mp3 | David Byrne | 3,008KB | Audio |
| geniphursix@KaZaA | De La Soul - Sunshine.mp3 | De La Soul | 3,446KB | Audio |
| geniphursix@KaZaA | Dead Prez - Get Up.mp3 | Dead Prez | 5,328KB | Audio |
| geniphursix@KaZaA | Dead Prez- Cop Shot.mp3 | Dead Prez | 2,813KB | Audio |
| geniphursix@KaZaA | Diamond, Neal - Girl, You'll Be a Woman Soon.mp3 | Neal Diamond | 2,876KB | Audio |
| geniphursix@KaZaA | Diane Krall - Body and Soul.mp3 | Anita Baker | 4,880KB | Audio |
| geniphursix@KaZaA | Dimensión-Costeña - Rinki Tinki Tin.mp3 | Dimensión Costeña | 4,032KB | Audio |
| geniphursix@KaZaA | Dispatch - Carry You.mp3 | Dispatch | 2,990KB | Audio |
| geniphursix@KaZaA | Dj Blass - 05 - Track 6 - Triple SexXx.mp3 | Triple SexXx | 910KB | Audio |
| geniphursix@KaZaA | DJ Short-E_Best of Raggae_04_Limb by Limb - Cutty Ranks.. | DJ Short-E | 3,446KB | Audio |
| geniphursix@KaZaA | DJ Soul Slinger - Ethiopia (Believers Mix).mp3 | DJ Soul Slinger | 9,648KB | Audio |
| geniphursix@KaZaA | Donald Byrd_The_Blackbyrds - Rock Creek Park.mp3 | Blackbyrds | 4,332KB | Audio |
| geniphursix@KaZaA | Dont want you to Love me...mp3 | 50 Cent | 3,308KB | Audio |
| geniphursix@KaZaA | doo wop - cd2 gangstarr natural dnis.mp3 | Gang Starr | 3,815KB | Audio |
| geniphursix@KaZaA | Dr Dre cronic 2001 - Explosive.mp3 | Dr. Dre | 3,364KB | Audio |
| geniphursix@KaZaA | Drowning Pool- Bodies.mp3 | Drowning Pool | 3,531KB | Audio |
| geniphursix@KaZaA | Dru Hill - I Love U.mp3 | Dru Hill | 3,684KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Dru Hill - I Love U.mp3 | Dru Hill | 3,684KB | Audio |
| geniphursix@KaZaA | Dru Hill-I Should Be.MP3 | Dru Hill | 1,758kB | Audio |
| geniphursix@KaZaA | Eagles - Love Will Keep Us Alive.mp3 | Eagles | 3,793KB | Audio |
| geniphursix@KaZaA | El Maricon - Puta,Cabrona,Bellaca y-Huele-Bicho.mp3 | El Maricon | 1,102KB | Audio |
| geniphursix@KaZaA | El Sol.mp3 | Zwan | 3,286KB | Audio |
| 2 Users | Elton John - Tiny Dancer (1).mp3 | Elton John | 5,862KB | Audio |
| geniphursix@KaZaA | Fat Joe - All I Need (f: Tony;Sunshine_Armageddon).mp3 | Fat Joe | 3,774KB | Audio |
| geniphursix@KaZaA | Fat Joe - My Lifestyle (Remix).mp3 | Fat Joe ft. jadakiss,-remy... | 6,016kB | Audio |
| geniphursix@KaZaA | Fiona Apple-Across the Universe.mp3 | Fiona Apple | 5,968KB | Audio |
| geniphursix@KaZaA | Floetry - now you're gone (1).mp3 | Floetry | 4,563KB | Audio |
| geniphursix@KaZaA | Force MD - Tears.mp3 | Force MDs | 4,076kB | Audio |
| geniphursix@KaZaA | Foxy Brown feat. Blackstreet - Gotta Get You Home -With ... | Foxy Brown | 3,584KB | Audio |
| geniphursix@KaZaA | foxy_brown-I_need_a_man_(rmx)-wcr.mp3 | Foxy Brown | 4,464KB | Audio |
| geniphursix@KaZaA | Francis Cabrel - Octobre.mp3 | Black 47 | 3,305kB | Audio |
| geniphursix@KaZaA | Frank Sinatra - That's Life.mp3 | Frank Sinatra | 2,91.4kB | Audio |
| geniphursix@KaZaA | Freeway - The Block.mp3 | Freeway | 2,626kB | Audio |
| geniphursix@KaZaA | G-Unit - Beg For Mercy - I Know What Ya Like(1).mp3 | 50 Cent | 5,494kB | Audio |
| geniphursix@KaZaA | G-Unit - Beg For Mercy - Keep Talkin.mp3 | G-Unit | 5,740kB | Audio |
| geniphursix@KaZaA | G-Unit - Niggaz Betta Move.mp3 | G-Unit | 4,355kB | Audio |
| geniphursix@KaZaA | g-unit STUNT 101.mp3 | G-Unit | 5,568KB | Audio |

My Participation Level: Low (0), Downloaded:1, Up(0), 2,290,177 users online, sharing 555,833,777 files (20:31 Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | g-unit-STUNT 101.mp3 | G-Unit | 5,568KB | Audio |
| geniphursix@KaZaA | G-unit-just_fuckin_around-4fm.mp3 | G-Unit | 3,116KB | Audio |
| geniphursix@KaZaA | Gangstarr_ft_Jadakiss-rite_where_u_stand-whoa.mp3 | Gangstarr feat. Jadakiss | 4,699KB | Audio |
| geniphursix@KaZaA | Gangstas.mp3 | Lloyd_Banks | 1,039KB | Audio |
| geniphursix@KaZaA | Ganja music - Indian Vibes - Sitar Jam 2.mp3 | artist | 2,808KB | Audio |
| geniphursix@KaZaA | Genuine - Ride My Pony.mp3 | Ginuwine | 3,937KB | Audio |
| geniphursix@KaZaA | Gerald Levert - Funny (1).mp3 | Gerald Levert | 4,153KB | Audio |
| geniphursix@KaZaA | Get By-Talib Kweli-Quality.mp3 | Talib Kweli | 3,587KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - From The Dark Side.mp3 | Gravediggaz | 3,562KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Pass The Shovel.mp3 | Gravediggaz | 3,376KB | Audio |
| geniphursix@KaZaA | Gravediggaz - What's Goin' On.mp3 | Gravediggaz | 3,192KB | Audio |
| geniphursix@KaZaA | Grupo Niche - Amores Como el Nuestro (1).mp3 | Jerry Rivera | 3,578KB | Audio |
| geniphursix@KaZaA | HINDI-Indian Songs -Jiya Jale Na Jale (1).mp3 | Lata Mangeshkar M G Sr... | 4,764KB | Audio |
| geniphursix@KaZaA | Hip Hop - Rap 3 (Instrumental).mp3 | Di Rolo | 4,631KB | Audio |
| geniphursix@KaZaA | I Can't Do It Alone (Catherine Zeta-Jones)-Chicago Soundt... | Chicago Soundtrack | 3,472KB | Audio |
| geniphursix@KaZaA | I made u look (dirty).mp3 | nas | 1,831KB | Audio |
| geniphursix@KaZaA | I'm Still In Love With You.wma | | 2,693KB | Audio |
| geniphursix@KaZaA | lil bill - How To Kill a Cop.mp3 | Sean Paul | 2,826KB | Audio |
| geniphursix@KaZaA | Instrumentals-t's bigger than hip.hop (1).mp3 | lil Bill | 5,559KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Sweet Jane - Natural Born Killers.mp3 | Dead Prez | 3,174KB | Audio |
| | | Cowboy Junkies | | |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  [Download]

New Search  Search  Traffic  Shop  Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | James Addiction - Sweet Jane - Natural Born Killers.mp3 | Cowboy Junkies | 3,174KB | Audio |
| geniphursix@KaZaA | Jay-Z (ft. Swizz Beatz) - Stop (Remix).mp3 | Jay-Z | 2,751KB | Audio |
| geniphursix@KaZaA | JENNIFER LOPEZ ft.mp3 | J.Lo feat. LL Cool J. | 3,978KB | Audio |
| geniphursix@KaZaA | Jewel-intuition-entire.mp3 | Jewel | 3,603KB | Audio |
| geniphursix@KaZaA | Jill Scott - He Loves Me (Lyzel In E Flat).mp3 | Jill Scott | 4,466KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Fire (Live At Woodstock).mpg | Bob Marley | 33,700KB | Video |
| geniphursix@KaZaA | Jimi Hendrix -Stockholm- The Wind Cries Mary (live 1967)... | Jimi Hendrix | 35,520KB | Video |
| geniphursix@KaZaA | Jimi Hendrix - Stone Free.mp3 | Jimi Hendrix | 3,373KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Voodoo Child - Studio .mpg | Jimi Hendrix | 41,253KB | Video |
| geniphursix@KaZaA | Jimi Hendrix_Red House.mpg | Jimi Hendrix_JVE.NL | 86,382KB | Video |
| geniphursix@KaZaA | Jimmy Hendricks - If Six Was Nine.mp3 | Jimi Hendrix | 5,274KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Highway Chile.mp3 | Jimi Hendrix | 3,324KB | Audio |
| geniphursix@KaZaA | Jimmy Spicer - Adventures Of Super Rhymes.mp3 | Jimmy Spicer | 12,188KB | Audio |
| geniphursix@KaZaA | Joan Osborne, Paula Cole, Jewel, Sophie B Hawkins - Love... | Melissa, Joan, Jewel, Paula... | 5,543KB | Audio |
| geniphursix@KaZaA | Joe Budden ft. 112 - My My My.mp3 | Joe Buddens Feat. 112 | 5,553KB | Audio |
| geniphursix@KaZaA | Joe Buddens - Why Can't we.mp3 | Joe budden | 6,224KB | Audio |
| geniphursix@KaZaA | John Lenon -Oh My Love.mp3 | John Lennon | 2,596KB | Audio |
| geniphursix@KaZaA | Johnny Rebel - Nigger Hatin' Me.mp3 | Johnny Rebel | 1,003KB | Audio |
| geniphursix@KaZaA | Joni Rewind feat. Diamond D., Lord Finesse- Jahal_The ... | Joni Rewind Feat. Diamon... | 3,376KB | Audio |
| geniphursix@KaZaA | Judgement Night - [Soundtrack] - Teenage Fanclub and De... | Teenage Fanclub | 4,190KB | Audio |

My Participation (Level: Low) Downloads:4, Uploads:2,290. | 774 users online. Sharing 963,833,777 files. (20.31 Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New Search  |  Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Judgement Night - [Soundtrack] - Teenage Fanclub and De... | Teenage Fanclub | 4,190KB | Audio |
| geniphursix@KaZaA | Killarmy and Sunz of man - Wake up.mp3 | Killarmy | 4,683KB | Audio |
| geniphursix@KaZaA | krs-one - krs one_common freestyle.mp3 | KRS-One | 2,850KB | Audio |
| geniphursix@KaZaA | lagrimasdeoro.maniuchao.mp3 | manu chao | 2,436KB | Audio |
| geniphursix@KaZaA | Last Poets - On The Subway.mp3 | The Last Poets | 1,097KB | Audio |
| geniphursix@KaZaA | Lil Kim - 07 - This Is Who I Am (Feat Swizz B - SimpleMp3s... | Lil Kim | 4,596KB | Audio |
| geniphursix@KaZaA | Lil Kim - Hold It Now.mp3 | Lil Kim | 5,086KB | Audio |
| geniphursix@KaZaA | Lil Kim - Shake Your Bum Bum.mp3 | Lil Kim | 3,102KB | Audio |
| geniphursix@KaZaA | Lil Kim - The JumpOff.mp3 | Lil Kim | 5,595KB | Audio |
| geniphursix@KaZaA | Lil Kim - This Is A Warning.mp3 | Lil Kim | 3,484KB | Audio |
| geniphursix@KaZaA | lil kim__thug_luv_(ft_twista).mp3 | Lil Kim Feat Twista | 6,474KB | Audio |
| geniphursix@KaZaA | lil_kim-came_back_for_you_(main)-tas.mp3 | Lil Kim | 6,115KB | Audio |
| geniphursix@KaZaA | LL Cool J - I Need I Love.mp3 | old school love songs-vol2 | 3,758KB | Audio |
| geniphursix@KaZaA | LL Cool J - Round The Way Girl.mp3 | LL Cool J | 3,820KB | Audio |
| geniphursix@KaZaA | Los Bukis - No Hay Nada Más Difícil.mp3 | Marco Antonio Solis | 4,549KB | Audio |
| geniphursix@KaZaA | ludacris - let me touch it.mp3 | ludacris | 4,658KB | Audio |
| geniphursix@KaZaA | Luis Miguel - No Se Tu.mp3 | Luis Miguel | 3,530KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-almost famous interlude by d-ted... | Lumidee | 2,635KB | Audio |
| geniphursix@KaZaA | Lumidee-Almost Famous-crashin a party featuring n.o.r.e.... | Lumidee | 1,022KB | Audio |
| geniphursix@KaZaA | lumidee_feat._busta_rhymes_fabolous-never_leave_(remi... | Lumidee Feat. Busta Rhy... | 4,684KB | Audio |

My Participation Level: Low (0)  Downloads: 1, up(0)  2,290,177 users online, sharing 553,833,777 files (20.3) Not sharing any file

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Download  Theater  Search  Traffic  Shop  Tell A Friend  New Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | lumidee_feat._busta_rhymes_fabolous-never_leave_(remi... | lumidee Feat. Busta Rhy... | 4,684KB | Audio |
| geniphursix@KaZaA | Madona - Beautiful Stranger Austin Powers.mp3 | Madonna | 3,057KB | Audio |
| geniphursix@KaZaA | Madonna -- American Life - Mother and Father.mp3 | Madonna | 6,567KB | Audio |
| geniphursix@KaZaA | Madonna - Don't Tell Me.mp3 | Madonna | 6,595KB | Audio |
| geniphursix@KaZaA | Madonna - Hollywood.mp3 | Madonna | 4,136KB | Audio |
| geniphursix@KaZaA | Malcolm McLaren, the World Famous Supreme Team - Hey ... | Malcolm McLaren_The ... | 5,726KB | Audio |
| geniphursix@KaZaA | Mano Negra - La vida me da palo.Mp3 | Mano Negra | 2,560KB | Audio |
| geniphursix@KaZaA | Manu:Chao_Mano Negra - Vieux Moisi.mp3 | Manu Chao con Mano Negra | 2,578KB | Audio |
| geniphursix@KaZaA | Manu_Chao - 08 - Luna Y Sol.mp3 | Manu Chao | 2,926KB | Audio |
| geniphursix@KaZaA | Manu_Chao - 10 - Welcome To Tijuana.mp3 | Manu Chao | 3,814KB | Audio |
| geniphursix@KaZaA | Manu-Chao - Lagrimas de oro.mp3 | Manu Chao | 2,783KB | Audio |
| geniphursix@KaZaA | manu chao - mano negra pas assez de toi.mp3 | Manu Negra | 2,165KB | Audio |
| geniphursix@KaZaA | Manu Chao - Por El Suelo.mp3 | Manu Chao | 2,218KB | Audio |
| geniphursix@KaZaA | Manu_Chao - Rendez_vous.rev.mp3 | Manu Chao | 91KB | Audio |
| geniphursix@KaZaA | Manu Chao en vivo-Radio Popolare - 04 - Marihuana Boogie... | Manu Chao | 4,570KB | Audio |
| geniphursix@KaZaA | Manu.Chau (Mano Negra) - Desaparecido (1).mp3 | Manu Chao | 3,541KB | Audio |
| geniphursix@KaZaA | Manu Chau - El Viento.mp3 | Manu Chao | 2,319KB | Audio |
| geniphursix@KaZaA | manu Chau - La Marea.mp3 | Manu Chao | 1,226KB | Audio |
| geniphursix@KaZaA | Manu Chau - Minha Galera.mp3 | Manu Chao | 2,232KB | Audio |
| geniphursix@KaZaA | Marc Anthony - You Sang to Me (Spanish Version).mp3 | Marc Anthony | 4,171KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploads: 2,290,177 users online, sharing 955,333,777 files (20,3) | Not sharing any files

# kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theatre    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Help

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Marc Anthony - You Sang to Me (Spanish Version).mp3 | Marc Anthony | 4,171KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Amor Aventurero.mp3 | MARC ANTHONY | 4,409KB | Audio |
| geniphursix@KaZaA | Mariachi - Cumpleaños Feliz.mp3 | Mariachi AGUA VIVA | 2,503KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Love Takes Time (2).mp3 | Mariah Carey | 1,287KB | Audio |
| geniphursix@KaZaA | Mario Winans - I Dont Wanna know (1).mp3 | Mario Winans feat. P. Did... | 5,567KB | Audio |
| geniphursix@KaZaA | mario winans-i don't wanna know.mp3 | mario winans feat p. diddy | 5,102KB | Audio |
| geniphursix@KaZaA | Marques Houston - Clubbin.mp3 | Marques Houston | 3,934KB | Audio |
| geniphursix@KaZaA | MARRS - Pump Up The Volume.mp3 | Eric B and Rakim | 6,744KB | Audio |
| 2 Users |  |  |  |  |
| geniphursix@KaZaA | Marvin Gaye - I Want You.mp3 | Marvin Gaye | 4,324KB | Audio |
| geniphursix@KaZaA | Mary J Blige - Sweet Thing.mp3 | Mary J Blige | 3,495KB | Audio |
| geniphursix@KaZaA | Mary J. Blige - Love and Life-let me be the one.mp3 | Mary J. Blige | 4,753KB | Audio |
| geniphursix@KaZaA | Mary J. Blige-Love and Life-love at first sight featuring met... | Mary J. Blige | 1,229KB | Audio |
| geniphursix@KaZaA | Missy Elliot - coochie don't fail me now (1).mp3 | Missy Elliot | 6,547KB | Audio |
| geniphursix@KaZaA | missy-bonus Track 3.mp3 | Missy Elliot | 3,295KB | Audio |
| geniphursix@KaZaA | Mister Cellophane (John C. Reilly)-Chicago Soundtrack-Chi... | Chicago Soundtrack | 3,777KB | Audio |
| geniphursix@KaZaA | Monica Ft. Missy Elliot - So Gone.mp3 | Monica Feat. Missy Elliott | 1,860KB | Audio |
| geniphursix@KaZaA | Monifa -I Miss You (Come Back Home) (1).mp3 | Monifah | 3,579KB | Audio |
| geniphursix@KaZaA | Mos Def - Ms. Fat Booty.mp3 | Mos Def | 3,495KB | Audio |
| geniphursix@KaZaA | Movie Soundtrack - Catherin Zeta-Jones and Renee Zellwa... | CHICAGO | 3,762KB | Audio |
| geniphursix@KaZaA | Mvp - 03 Don Omar - dale don dale.mp3 | Mvp | 4,156KB | Audio |

My Participation Level: Low (0) / Downloads: 1, Uploads: 2,290,177 users online, sharing 559,833,772 files (20,3) [Not sharing any files]

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Mvp -03 Don Omar - dale don dale.mp3 | Mvp | 4,156KB | Audio |
| geniphursix@KaZaA | mya feat sean paul - things come and go (1).mp3 | Mya | 5,690KB | Audio |
| geniphursix@KaZaA | Nas - Silent Murder (Unreleased).mp3 | Nas | 3,195KB | Audio |
| geniphursix@KaZaA | Nas - made u look.mp3 | Nas | 4,769KB | Audio |
| geniphursix@KaZaA | National Anthem - French-Marseillaise.mp3 | Various Artists | 5,120KB | Audio |
| geniphursix@KaZaA | Natural Born Killers soundtrack - 09 - Robert Downey Jr - R... | Natural Born Killers | 884KB | Audio |
| geniphursix@KaZaA | NegritaLinda-TegoCalderon[1].mp3 | Tego Calderon | 5,937KB | Audio |
| geniphursix@KaZaA | Nenah Cherry - I've Got U Under My Skin-red, hot and blue... | Cherry, Neneh | 4,253KB | Audio |
| geniphursix@KaZaA | NERD'f; Sean Paul - Grinding (remix).mp3 | Sean Paul | 3,648KB | Audio |
| geniphursix@KaZaA | Never Leave You (remix) - Lumidee Feat. 50 Cent.mp3 | Lumidee Feat. 50 Cent | 3,459KB | Audio |
| geniphursix@KaZaA | Nirvana - All Apologies (unplugged).mp3 | Nirvana -- Unplugged | 3,272KB | Audio |
| geniphursix@KaZaA | Nirvana - Aneurysm.mp3 | Nirvana | 4,304KB | Audio |
| geniphursix@KaZaA | Nirvana - My Girl.mp3 | Nirvana | 4,783KB | Audio |
| geniphursix@KaZaA | Nirvana - Pennyroyal Tea.mp3 | Nirvana | 3,447KB | Audio |
| geniphursix@KaZaA | Nirvana - sleep last night.mp3 | Nirvana | 4,778KB | Audio |
| geniphursix@KaZaA | Nirvana rare songs - Sweet Home Alabama (Lynyrd Skynyr... | Nirvana | 825KB | Audio |
| geniphursix@KaZaA | Non Phixion - Black Helicopters.mp3 | Necro | 3,950KB | Audio |
| geniphursix@KaZaA | Norah Jones - Don't Know Why.mp3 | Norah Jones | 2,911KB | Audio |
| geniphursix@KaZaA | norega and capone-TONY.mp3 | Capone-N-Noreaga | 4,178KB | Audio |
| geniphursix@KaZaA | Notorious Big (unheard and unreleased) 12 shaquille o'neal ... | Shaq | 4,424KB | Audio |

My Participation Level: Low (10). Downloads 4. Uploads 2 (290,177 users online, sharing 559,833,777 files (20,381,... Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Notorious Big (unheard and unreleased) 12 shaquille o'neal... | Shaq | 4,424KB | Audio |
| geniphursix@KaZaA | NYC5 - Luz Devina - In Your Eyes.mp3 | Luz Devina | 6,408KB | Audio |
| geniphursix@KaZaA | Oldies - Neville Brothers - In The Still Of The Night .mp3 | Neville Brothers | 4,981KB | Audio |
| geniphursix@KaZaA | oldschool_Rundmc-Down with the Kings.mp3 | Run DMC | 5,024KB | Audio |
| geniphursix@KaZaA | omni trio - thru the vibe (bongo mix).mp3 | Omni Trio | 5,384KB | Audio |
| geniphursix@KaZaA | on 'a friday - I'm coming up.mp3 | Radiohead | 3,644KB | Audio |
| geniphursix@KaZaA | Onyx - Throw Ya Gunz (1).mp3 | Onyx | 3,026KB | Audio |
| geniphursix@KaZaA | oriental-Chants of India_Ravi Shankar_Hari Om.mp3 | Ravi Shankar | 2,772KB | Audio |
| geniphursix@KaZaA | Otis Redding -"I've Been Loving You Too Long (To Stop No... | Otis Redding | 3,050KB | Audio |
| geniphursix@KaZaA | Outkast - Hey Ya.mp3 | Outkast | 4,899KB | Audio |
| geniphursix@KaZaA | Parabéns Pra Você - Guitarrado.mp3 | INSTRUMENTAL | 922KB | Audio |
| 2 Users | Patti Austin_James Ingram - Baby Come To Me.mp3 | Patti LaBelle_James Ing... | 3,392KB | Audio |
| 2 Users | Pete Rock'n'CL Smooth- When They Reminisce Over You.... | Pete Rock_Cl Smooth | 4,484KB | Audio |
| geniphursix@KaZaA | Petey Crack - One For Petey F. Bean's -Freeway-Young Chr... | Dj Funkmaster Flex | 4,784KB | Audio |
| geniphursix@KaZaA | Placebo -13 - Daddy Cool (bonus track).mp3 | Placebo | 4,861KB | Audio |
| geniphursix@KaZaA | PM Dawn - I'd Die Without You.mp3 | P.M. Dawn | 2,945KB | Audio |
| geniphursix@KaZaA | Poetic lover - La Marseillaise.mp3 | poetic lover | 1,460KB | Audio |
| geniphursix@KaZaA | Public Enemy - He Got Game.mp3 | Public Enemy | 2,812KB | Audio |
| geniphursix@KaZaA | R.Kelley_Wish - Remix (To The Homies That We Lost).mp3 | R. Kelly | 3,727KB | Audio |
| geniphursix@KaZaA | Radiohead - Ballad of Bilbo Baggins (Lord of the Rings soun... | Radiohead | 2,217KB | Audio |

My Participation Level: low (0)   Downloads: 1, upload: 2,890   17 users online, sharing 553,833 777 files (20,31 TB)   Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Radiohead - Ballad of Bilbo Baggins (Lord of the Rings soun… | Radiohead | 2,217KB | Audio |
| geniphursix@KaZaA | Radiohead - How Can You Be Sure.mp3 | Thom Yorke | 1,097KB | Audio |
| geniphursix@KaZaA | Radiohead - Lucky (Thom Yorke Acoustic).mp3 | Radiohead | 3,684KB | Audio |
| geniphursix@KaZaA | ravi shankar- chants of india (1).mp3 | Ravi Shankar | 3,373KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Chants Of India 08 Mahaa Mrityunjaya.mp3 | Ravi Shankar | 4,424KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Raga Rageshwar.mp3 | Ravi Shankar | 7,318KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Shanti Mantra Reprise - Shanti Mantra Repr… | Ravi Shankar | 936KB | Audio |
| geniphursix@KaZaA | Razzle Dazzle (Richard Gere)-Chicago-Soundtrack-Chicago … | Chicago Soundtrack | 5,299KB | Audio |
| geniphursix@KaZaA | Reggae-Bookshelf Riddim- Devonte_Tanto Metro - Say'w… | Devonte_Tanto Metro | 2,882KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Flea and John Frusciante Jam Sessi… | Red Hot Chili Peppers | 994KB | Audio |
| geniphursix@KaZaA | REGGAE - Sasha - dat sexy body.mp3 | Sasha | 2,651KB | Audio |
| geniphursix@KaZaA | Reggae - Sean Paul - She La La La La La Boom Boom Ch… | Sean Paul | 3,048KB | Audio |
| geniphursix@KaZaA | Reggae-Assasin - ruffest_tuffest (diwali riddim).mp3 | Assasin | 4,816KB | Audio |
| geniphursix@KaZaA | Reggaeton - Amor con la ropa (1).mp3 | Spanish Reggae | 2,026KB | Audio |
| geniphursix@KaZaA | Reggaeton - Triple Sexxx - 05 Rompe condones.mp3 | Spanish raggae | 1,973KB | Audio |
| geniphursix@KaZaA | regina belle baby come to me.mp3 | Regina Belle | 3,968KB | Audio |
| geniphursix@KaZaA | REM_Manu Chao - Mano Negra Mala Vida.mp3 | Manu Chao_REM | 2,674KB | Audio |
| geniphursix@KaZaA | Rent - Seasons of Love (1).mp3 | Cast of Rent and Stevie… | 4,147KB | Audio |
| geniphursix@KaZaA | Rocksteady Crew - Hey you the rock steady crew.mp3 | [Rock Steady Crew] | 5,076KB | Audio |
| geniphursix@KaZaA | Roots-PHRENOLOGY-Rolling With Heat (feat. Talib Kweli)… | Roots | 3,361KB | Audio |

My Participation Level: Low [0]  Downloads:1, Uplo[2,290,1,77 users online, sharing 555,833,777 files [20,3] [Not sharing any files]

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New Search | Search | Traffic | Shop | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Roots-PHRENOLOGY-Rolling With Heat (feat. Talib Kweli)..... | Roots | 3,361KB | Audio |
| geniphursix@KaZaA | Roxie (Renée Zellweger)-Chicago Soundtrack-Chicago Sou... | Chicago Soundtrack | 3,741KB | Audio |
| geniphursix@KaZaA | Rubén Blades - Pedro Navaja (Original).mp3 | Rubén Blades | 6,81KB | Audio |
| geniphursix@KaZaA | Sam Cooke – Change Is Go.mp3 | Cooke , Sam | 4,566KB | Audio |
| geniphursix@KaZaA | Sarah Maclachlan and The Chieftains - Foggy Dew.mp3 | Sarah McLachlan _ The Ch… | 4,496KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - Adia.mp3 | Sarah Mcglaughlin | 3,809KB | Audio |
| geniphursix@KaZaA | sean paul - call my name (1).mp3 | Sean Paul | 3,780KB | Audio |
| geniphursix@KaZaA | Sean Paul - Dutty Rock - 04 - Get Busy.mp3 | Sean Paul | 5,035KB | Audio |
| geniphursix@KaZaA | sean paul - Trilogy Riddim.mp3 | Trilogy Riddim | 5,083KB | Audio |
| geniphursix@KaZaA | Sergio Mendes_Brazil 66 - Laia Ladaia.mp3 | Sergio Mendez_Brazil 66 | 2,978KB | Audio |
| geniphursix@KaZaA | Sexy Lady - Tanto Metro_Devonte.mp3 | Tanto Metro and Devonte | 4,719KB | Audio |
| geniphursix@KaZaA | Shaggy - Hey Sexy Lady (1).mp3 | Shaggy | 4,791KB | Audio |
| geniphursix@KaZaA | Shaq feat Biggie -Cant stop the reign.mp3 | Notorious B.I.G. | 4,423KB | Audio |
| geniphursix@KaZaA | Shyne ft. Total_P. Diddy - Sittin At Home Remix.mp3 | Shyne ft. Total | 3,819KB | Audio |
| geniphursix@KaZaA | simple.mp3 | Wu-tang Clan | 2,810KB | Audio |
| geniphursix@KaZaA | Smif-N-Wesson_Blackmoon_Enta Da Stage .mp3 | Black Moon | 4,113KB | Audio |
| geniphursix@KaZaA | Snatch Soundtrack - Oasis - Fuckin In The Bushes.mp3 | Oasis | 3,125KB | Audio |
| geniphursix@KaZaA | Snoop Doggy Dog - Lodidodi.mp3 | Snoop Doggy Dog | 4,132KB | Audio |
| geniphursix@KaZaA | Soul II Soul - Back To Life (How Ever Do You Want Me).mp3 | Soul II Soul | 3,628KB | Audio |
| 2 Users | | | | |
| geniphursix@KaZaA | Spanish raggea-jomy y yandel - LA MUSICN 3 baby rasta y… | jomy y yandel | 3,056KB | Audio |

My Participation Level: Low (0)  Downloads:(1)  Uplo: (2,290,172) users online sharing 983,833,777 files (20,3…  Not sharing any files