# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater

New Search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Spanish reggae - jomy y yandel - LA MISION 3 baby rasta y... | jomy y yandel | 3,056KB | Audio |
| geniphursix@KaZaA | Spanish Reggae Chezina - La PurtoRiqueña.mp3 | Spanish Reggae-DonChezi... | 1,692KB | Audio |
| geniphursix@KaZaA | Stan Getz_Joao Gilberto - Corcovado (Quiet Nights of Qu... | Stan Getz | 10,114KB | Audio |
| geniphursix@KaZaA | Stan Getz - Astrud Gilberto - The Girl From Impanema.mp3 | Stan Getz and Astrud Gilb... | 3,706KB | Audio |
| geniphursix@KaZaA | Stan Getz and Joao Gilberto - So Danco Samba.mp3 | Stan Getz and Joao Gilbert... | 3,515KB | Audio |
| geniphursix@KaZaA | State P - Freestyle (Petey Crack, Sparks, Young Gunz).MP3 | State Property | 1,253KB | Audio |
| geniphursix@KaZaA | State Property - 03 - It's Not Right (1) (1).mp3 | State Property | 5,496KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Knocks Me Off My Feet.mp3 | Stevie Wonder | 2,540KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - These Three Words.mp3 | Stevie Wonder | 4,594KB | Audio |
| geniphursix@KaZaA | T.O.K. - Money to burn.mp3 | T.O.K. | 3,336KB | Audio |
| geniphursix@KaZaA | tanto_metro__devonte__love_me_forever-vod (1).mp3 | tanto_metro_devonte | 5,130KB | Audio |
| geniphursix@KaZaA | tanya stephens - Can't Wuk Me No More (Diwali Riddim).m... | tanya stephens | 3,328KB | Audio |
| geniphursix@KaZaA | Techno - Xtassy Reggae - Pato Maricón.mp3 | Xtassy Reggae | 2,116KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Abuse.mp3 | Tego Calderon | 2,373KB | Audio |
| geniphursix@KaZaA | TEGO CALDERON - LLEVA Y TRAI.mp3 | TEGO CALDERON | 1,764KB | Audio |
| geniphursix@KaZaA | T.O.K - HURRICANE RIDDIM.mp3 | T.O.K. | 2,440KB | Audio |
| geniphursix@KaZaA | That's_The_Way_of_The_World_Alive_in_'75.mp3 | Earth Wind And Fire | 10,720KB | Audio |
| geniphursix@KaZaA | The Firm f. Nas, Nature, AZ - Executive Decision.mp3 | Nas, Escobar, Foxx Brown... | 3,488KB | Audio |
| geniphursix@KaZaA | the last poets - Black Thighs.mp3 | The Last Poets | 1,072KB | Audio |
| geniphursix@KaZaA | The Roots - Break U OFF (F. Musiq).mp3 | The Roots | 5,108KB | Audio |

My participation level: Low (0). Downloads: 1. Up (0). 2,290,177 users online, sharing 553,333,777 files (2031 files in gallery) files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend
New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | The Roots - Break U Off (F: Musiq).mp3 | The Roots | 5,106KB | Audio |
| geniphursix@KaZaA | The Roots - Complexity (feat. Jill Scott).mp3 | The Roots | 6,742KB | Audio |
| geniphursix@KaZaA | The Roots - Phrenology - Pussy Galore.mp3 | black thought. | 4,418KB | Audio |
| geniphursix@KaZaA | The Roots - What They Do.mp3 | The Roots | 5,631KB | Audio |
| geniphursix@KaZaA | The Strokes - 06 - Alone Together.mp3 | The Strokes | 2,959KB | Audio |
| geniphursix@KaZaA | the strokes - Is This It -03- Soma.mp3 | The Strokes | 2,426KB | Audio |
| geniphursix@KaZaA | the strokes - Someday (1).mp3 | The Strokes | 2,892KB | Audio |
| geniphursix@KaZaA | The Strokes - Take It Or Leave It (1).mp3 | The Strokes | 4,584KB | Audio |
| geniphursix@KaZaA | the strokes - take it or leave it.mp3 | Strokes; The | 3,779KB | Audio |
| geniphursix@KaZaA | the strokes - trying your luck.mp3 | The Strokes | 3,201KB | Audio |
| geniphursix@KaZaA | the way you move (1).mp3 | Outkast | 5,416KB | Audio |
| geniphursix@KaZaA | thedutch.mp3 | Missy Elliott | 5,223KB | Audio |
| geniphursix@KaZaA | TLC - Baby Baby Baby.mp3 | TLC | 4,636KB | Audio |
| geniphursix@KaZaA | TLC - Red Light Special.mp3 | TLC | 3,566KB | Audio |
| geniphursix@KaZaA | Total - Trippin.mp3 | TOTAL Feat. MISSY ELIOT | 3,987KB | Audio |
| geniphursix@KaZaA | Total - What About Us.mp3 | Total Feat. Missy Elliot | 1,105KB | Audio |
| geniphursix@KaZaA | Tracy Chapman - Let It Rain - You're the One NEW NEW N... | Tracy Chapman | 2,90KB | Audio |
| geniphursix@KaZaA | TRAVELING WILBURYS - End of the Line (George Harrison,... | traveling willburys | 3,232KB | Audio |
| geniphursix@KaZaA | Tupac - Just Like Daddy.mp3 | 2 Pac | 4,832KB | Audio |
| geniphursix@KaZaA | Twista- Dont hate me.mp3 | 112 | 2,023KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Twista - Dont hate me.mp3 | 112 | 2,028KB | Audio |
| geniphursix@KaZaA | U2 - I Will Follow.mp3 | U2 | 3,410KB | Audio |
| geniphursix@KaZaA | u2 - night and day.mp3 | U2 | 4,913KB | Audio |
| geniphursix@KaZaA | Urban Species_MC Solaar - Listen.mp3 | mc solaar | 6,050KB | Audio |
| geniphursix@KaZaA | VARIOUS_WE'RE_A_HAPPY_FAMILY_A_TRIBUTE_TO_THE... | Red Hot Chili Peppers | 2,535KB | Audio |
| geniphursix@KaZaA | U2 - Sunday Bloody Sunday.mp3 | U2 | 4,409KB | Audio |
| geniphursix@KaZaA | VINCY 2002: Kevin Lyttle - Call me.mp3 | Kevin Lyttle | 3,833KB | Audio |
| geniphursix@KaZaA | w:radiohead.mp3 | Portishead | 3,176KB | Audio |
| geniphursix@KaZaA | Wanted Riddim - TOK - Gal You A Lead.mp3 | T.O.K. | 5,110KB | Audio |
| geniphursix@KaZaA | We Both Reached For The Gun (Richard Gere)_Chicago So... | Chicago Soundtrack | 4,376KB | Audio |
| geniphursix@KaZaA | When You're Good To Mama (Queen Latifah)-Chicago Sou... | Chicago Soundtrack | 3,586KB | Audio |
| geniphursix@KaZaA | whodini - Jam On It.mp3 | Whodini | 4,506KB | Audio |
| geniphursix@KaZaA | Whodini - What People Do For Money.mp3 | Whodini | 3,794KB | Audio |
| geniphursix@KaZaA | Wisin y Yandel - Dembou (1).mp3 | Spanish Reggae-WisinY... | 2,802KB | Audio |
| geniphursix@KaZaA | wop09.mp3 | 09-kool_g_rap-my_life-w... | 2,487KB | Audio |
| 2 Users | wu tang simple.mp3 | Wu-Tang Clan | 6,454KB | Audio |
| geniphursix@KaZaA | xmasrap06-coldcrush.mp3 | Cold Crush Brothers | 4,261KB | Audio |
| geniphursix@KaZaA | you dont know my name-the diary of alicia keys_alicia keys | alicia keys | 6,599KB | Audio |
| geniphursix@KaZaA | you dont know my name.mp3 | Alicia Keys | 8,657KB | Audio |
| geniphursix@KaZaA | zwan - 08 - whatever, whenever..mp3 | Zwan | 3,508KB | Audio |

My Participation Level: Low (0), Downloads:1, Uploads:2,290,177 users, 559,933,777 files (20.3) | Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | zwan - 08 - whatever, whenever.mp3 | Zwan | 3,506KB | Audio |
| geniphursix@KaZaA | Zwan - 20 - For Your Love.mp3 | Zwan | 5,702KB | Audio |
| geniphursix@KaZaA | Zwan - Glorious.mp3 | Zwan | 6,704KB | Audio |
| geniphursix@KaZaA | Zwan - Spilled Milk.mp3 | Zwan | 16,192KB | Audio |
| geniphursix@KaZaA | Zwan - Wasting Time.mp3 | Zwan | 3,558KB | Audio |
| 2 Users | Amanda Perez - Angel (2).mp3 | Amanda Perez | 3,444KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Festa modesta.mp3 | Chico Buarque | 3,220KB | Audio |
| geniphursix@KaZaA | Gangstarr - Shades of Brooklyn.mp3 | Gangstarr, Mos Def, Macy... | 4,304KB | Audio |
| 2 Users | Dead Prez - Behind Enemy Lines.mp3 | dead prez | 2,897KB | Audio |
| geniphursix@KaZaA | dead prez - let's get free .mp3 | Dead Prez | 3,574KB | Audio |
| geniphursix@KaZaA | Dead Prez - Propaganda.mp3 | dead prez | 4,919KB | Audio |
| geniphursix@KaZaA | Dead Prez - Assassination.mp3 | dead prez | 1,925KB | Audio |
| geniphursix@KaZaA | Delfonics - Natural High.mp3 | Bloodstone | 3,826KB | Audio |
| geniphursix@KaZaA | Diamond D - Sally Got A One Track Mind.mp3 | Diamond D | 3,466KB | Audio |
| geniphursix@KaZaA | diamond%20d%20-%20stunts%20blunts%20%20%26%20%20hi... | Diamond D | 2,903KB | Audio |
| geniphursix@KaZaA | Dile.mp3 | don'omar | 3,212KB | Audio |
| geniphursix@KaZaA | eddy santiago - ven devorame otra vez.mp3 | Eddie Santiago | 4,908KB | Audio |
| geniphursix@KaZaA | el debarge - all this love (1).mp3 | DeBarge | 6,864KB | Audio |
| geniphursix@KaZaA | G-unit - Stunt101.mp3 | 50 Cent | 4,971KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Constant Elevation.mp3 | Gravediggaz | 2,355KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploa(2,230,177 users online, sharing 558,838,777 files (2,031  No sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Newsearch | Download | Searchfield

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Grave Diggaz - Constant Elevation.mp3 | Gravediggaz | 2,355KB | Audio |
| geniphursix@KaZaA | Hip Hop - Usher You Make me Wanna .mp3 | Usher | 3,007KB | Audio |
| geniphursix@KaZaA | Hoes In My Room (ft. Snoop Dogg).wma | Ludacris feat Snoop Dogg | 2,764KB | Audio |
| 2 Users | JOYRIDE RIDDIM - Frisco Kid - Rubbers (Joy Ride Riddim)... | Frisco Kid | 3,346KB | Audio |
| geniphursix@KaZaA | Lil Kim_Biggie - Drugs [dbc].mp3 | Lil' Kim feat. Notorious BIG | 3,603KB | Audio |
| 2 Users | Ludacris - Splash Waterfalls (1).mp3 | Ludacris | 6,817KB | Audio |
| geniphursix@KaZaA | Mase and Total - Tell Me What You Want.mp3 | Mase f. Total | 3,781KB | Audio |
| geniphursix@KaZaA | Mobb Deep - Getaway.mp3 | Mobb Deep | 3,437KB | Audio |
| geniphursix@KaZaA | pink- 02 - don't let me get me - superimp3s.mp3 | Pink | 1,647KB | Audio |
| geniphursix@KaZaA | Pink- Family Portrait.mp3 | Pink | 4,634KB | Audio |
| geniphursix@KaZaA | Pink Floid - Shine On You Crazy Diamond.mp3 | Pink Floyd | 4,296KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Fearless.mp3 | Pink Floyd | 5,790KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Run Like Hell.mp3 | Pink Floyd | 4,102KB | Audio |
| geniphursix@KaZaA | Radiohead - Dollars & Cents (2).mp3 | Radiohead | 4,892KB | Audio |
| geniphursix@KaZaA | Regina Bell - Baby Come To Me.mp3 | Regina Belle | 5,361KB | Audio |
| geniphursix@KaZaA | cody chestnut - the headphone masterpiece - enough of n... | cody chestnutt | 1,374KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt daylight.mp3 | cody chestnutt | 1,148KB | Audio |
| geniphursix@KaZaA | King Geedorah(MF Doom) - I wonder feat. hassan chop.m... | King Gheedorah | 5,126KB | Audio |
| geniphursix@KaZaA | King Geedorah(MF Doom) - impressions (next-levels) feat. ... | King Gheedorah | 5,338KB | Audio |
| geniphursix@KaZaA | King Gheedorah(MF Doom) - anti-matter feat. mister fantast... | King Gheedorah | 4,850KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | King Geedorah(MF Doom) -anti-matter feat. mister fantast... | King Gheedorah | 4,850KB | Audio |
| geniphursix@KaZaA | Tevin Campbell - Can We Talk.mp3 | Tevin Campbell | 4,466KB | Audio |
| geniphursix@KaZaA | U Got it bad.MP3 | Usher | 2,906KB | Audio |
| geniphursix@KaZaA | Underworld - Born Slippy.mp3 | Underworld | 9,135KB | Audio |
| geniphursix@KaZaA | Willie Colon_Hector Lavoe - Juana Pena.mp3 | Héctor Lavoe | 2,414KB | Audio |
| geniphursix@KaZaA | 01-lil_mo_feat_Fabolous-forever-omni.mp3 | Lil Mo Feat. Fabolous | 6,482KB | Audio |
| geniphursix@KaZaA | 80's - Blondie - Call Me.mp3 | Blondie | 5,056KB | Audio |
| geniphursix@KaZaA | Alicia Keys feat Jermaine Dupri - Jealous of Your Girlfriend... | Alicia Keys Ft. Jermaine D... | 3,354KB | Audio |
| geniphursix@KaZaA | Blackstar - Fantastic.mp3 | Talib Kweli_Mos Def | 3,316KB | Audio |
| geniphursix@KaZaA | Blackthorn - Give Ireland Back To The Irish (1) (1).mp3 | Black 47 | 3,564KB | Audio |
| geniphursix@KaZaA | Blind Melon - No Rain.mp3 | Blind Melon | 3,426KB | Audio |
| geniphursix@KaZaA | Blu Cantrell F Sean Paul - Breathe (Remix).mp3 | blu_cantrell_feat._sean_... | 1,794KB | Audio |
| geniphursix@KaZaA | Brooke Valentine - Girl Fight.mp3 | Brooke Valentine | 3,943KB | Audio |
| geniphursix@KaZaA | Bryan Adams - Summer of 69.mp3 | Bruce Springsteen | 3,350KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club Buena Vista Social Club 5 Dos Gard... | Buena Vista Social Club | 2,993KB | Audio |
| geniphursix@KaZaA | Capleton - Come From Jamaica.mp3 | Capleton | 3,456KB | Audio |
| geniphursix@KaZaA | Buju Banton - Murderer.mp3 | Buju Banton | 3,698KB | Audio |
| geniphursix@KaZaA | Chicago - After All That We've Been Through.MP3 | Chicago | 4,759KB | Audio |
| geniphursix@KaZaA | Chicago - Glory of Love.mp3 | Chicago | 4,116KB | Audio |
| geniphursix@KaZaA | Chico Buarque _Caetano Veloso - Vai Levando.mp3 | Chico Buarque _Caetano... | 3,934KB | Audio |

My Participation Level: Low (0)  Downloads: 1  Upload: 0  2,290,177 users online  Sharing 553,833,777 files (20,3...  Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

WeB  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Chico Buarque - Caetano Veloso - Vai Levando.mp3 | Chico Buarque - Caetano... | 3,934KB | Audio |
| geniphursix@KaZaA | Chico Buarque_Luis Eduardo Aute - Hasta siempre coma... | Chico Buarque_Luis Edu... | 4,882KB | Audio |
| geniphursix@KaZaA | Chico Buarque - O Meu Guri.mp3 | Chico Buarque | 3,667KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Os Saltimbancos - Um Dia de C8o.mp3 | Chico Buarque | 2,560KB | Audio |
| geniphursix@KaZaA | Connick, Harry Jr - Swing_1.mp3 | Harry Conick Jr | 4,124KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Passarado.mp3 | Chico Buarque | 2,069KB | Audio |
| geniphursix@KaZaA | Cynthia_Johnny_O - Dream Boy Dream Girl.mp3 | Cynthia_Johnny_O | 4,122KB | Audio |
| geniphursix@KaZaA | Danny English feat. Eggnog - Party Time (Dwali Riddim) m... | Danny English feat. Eggn... | 3,226KB | Audio |
| geniphursix@KaZaA | Dave Mathews Band - Crash Into Me.mp3 | Dave Matthews Band | 4,942KB | Audio |
| geniphursix@KaZaA | Davina - So Good.mp3 | Davina (f. Raekwon) | 4,112KB | Audio |
| geniphursix@KaZaA | De La Soul - It's All Good (feat. Chaka Kahn).mp3 | Chaka Kahn | 4,704KB | Audio |
| geniphursix@KaZaA | De La Soul - Saturday.mp3 | De la Soul | 3,770KB | Audio |
| geniphursix@KaZaA | De La Soul feat. Common - Da Bizness.mp3 | De La Soul feat. Common | 4,187KB | Audio |
| geniphursix@KaZaA | De La Soul feat. Mos Def - Big Beat Brother.mp3 | De La Soul | 3,485KB | Audio |
| geniphursix@KaZaA | Dead or Alive - You Spin Me Right Round.mp3 | Dead or Alive | 3,094KB | Audio |
| geniphursix@KaZaA | Dead Prez - Animal In a Man.mp3 | dead prez | 1,269KB | Audio |
| geniphursix@KaZaA | Dead Prez - Be Healthy.mp3 | dead Prez | 2,401KB | Audio |
| geniphursix@KaZaA | Dead_Prez - Hip Hop remix.mp3 | deid prez | 3,662KB | Audio |
| geniphursix@KaZaA | DMX - Angel.mp3 | Aerosmith | 4,795KB | Audio |
| geniphursix@KaZaA | El Debarge - all this love.mp3 | El Debarge | 3,903KB | Audio |

My Participation Level: Low (0)   Downloads: 4, Uploads: 2, 290,177 users online. Sharing 553,833,777 files (20,31 Tobs sharing any file

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New Search | Download | Search | Traffic | Stop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | El Debarge - all this love.mp3 | El Debarge | 3,903KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - On the Street Where You Live.mp3 | Harry Connick Jr. | 3,955KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Recipe For Love.mp3 | Harry Connick Jr. | 2,465KB | Audio |
| geniphursix@KaZaA | Heather Headley - I Wish I Wasn't.mp3 | Heather Headley | 5,963KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - El Cantante (salsa).mp3 | Hector Lavoe | 3,944KB | Audio |
| geniphursix@KaZaA | hector lavoe - todo biene su final.mp3 | Hector Lavoe | 4,710KB | Audio |
| geniphursix@KaZaA | hector, lavoe - triste y vada (1).mp3 | Hector Lavoe | 5,858KB | Audio |
| geniphursix@KaZaA | Hector lavoe -Yo  Naci En Puerto  Rico.mp3 | Hector Lavoe | 4,089KB | Audio |
| geniphursix@KaZaA | Hector Lavoe and Willy Colon - Ausencia.mp3 | Héctor Lavoe ;Willy Colón | 4,843KB | Audio |
| geniphursix@KaZaA | hindi - DJ Karma; Taal Se Taal (remix).mp3 | Hindi | 5,454KB | Audio |
| geniphursix@KaZaA | Hip Hop  RnB ~ Bush Babees ~ S.O.S. (Feat Mos Def).mp3 | Bush Babies | 4,658KB | Audio |
| geniphursix@KaZaA | Ismaël Rivera - El Negro Bembon (1).mp3 | Buena Vista Social Club | 2,803KB | Audio |
| geniphursix@KaZaA | HIP HOP -- CUBAN LINK -  Hey Mama.mp3 | Cuban Link | 4,799KB | Audio |
| geniphursix@KaZaA | John Lennon - We All Shine On.mp3 | John Lennon | 3,163KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Manic Depression.mp3 | Jimi Hendrix | 3,374KB | Audio |
| geniphursix@KaZaA | Kriss Kross - Da Bomb.mp3 | Kriss Kross | 3,920KB | Audio |
| geniphursix@KaZaA | luther vandross - a house is not a home.mp3 | Luther Vandross | 6,708KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Libre - Celos y Envidia (1).mp3 | Keiji Haino/Peter Brötzma... | 1,956KB | Audio |
| geniphursix@KaZaA | Maroon5-HardertoBreathe.mp3 | Maroon5 | 4,070KB | Audio |
| geniphursix@KaZaA | Mob Hits -Eh Cumpari .mp3 | Julius LaRosa | 2,369KB | Audio |

My Participation Level: Low (0), Downloads: 4, Uploads: 0, 290,177 users online, sharing 553,383,777 files (203,...). Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | New Search | Search | Theater | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Mob Hits - Eh Cumpari .mp3 | Julius LaRosa | 2,368KB | Audio |
| geniphursix@KaZaA | Nina Simone - Since I Fell For You.mp3 | Nina Simone | 1,993KB | Audio |
| geniphursix@KaZaA | Nice And Smooth - Sometimes I Rhyme Slow.mp3 | Nice And Smooth | 2,689KB | Audio |
| geniphursix@KaZaA | Nicole F. Timberland, Missy Elliot - I Got What You Want.m... | Nicole F. Timberland, Miss... | 4,132KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Think It's Going To Rain Today.mp3 | Nina Simone | 3,274KB | Audio |
| geniphursix@KaZaA | Nine Inch Nails - Burn (Natural Born Killers soundtrack).mp3 | Nine Inch Nails | 4,692KB | Audio |
| geniphursix@KaZaA | Patsy Cline - Back In Baby's Arms.mp3 | Patsy Cline | 1,952KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Eclipse.mp3 | Pink Floyd | 1,941KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Mother.mp3 | Pink Floyd | 5,242KB | Audio |
| geniphursix@KaZaA | Pogues - Wild Cats of Kilkenny.mp3 | Pogues | 2,634KB | Audio |
| geniphursix@KaZaA | public enemy - fear of a black planet .mp3 | Public Enemy. | 7,036KB | Audio |
| geniphursix@KaZaA | radiohead - true love waits (1).mp3 | Radiohead | 2,209KB | Audio |
| geniphursix@KaZaA | Rednán Feat. Eric Sermán - Okay.mp3 | Redman Feat. Eric Sermon | 2,768KB | Audio |
| geniphursix@KaZaA | Reggae Gold 2000 - Bounty Killa - Look.mp3 | Sean Paul | 3,648KB | Audio |
| geniphursix@KaZaA | Salsa - Mark Antony _Olga Tañon - Presiosa.mp3 | Marc Anthony/Olga Tañon | 2,582KB | Audio |
| geniphursix@KaZaA | Só Pra Contrariar - Depois do prazer.mp3 | Só Pra Contrariar | 4,163KB | Audio |
| geniphursix@KaZaA | T.A.T.U - All things she said (extension t19 club vocal mix)... | T.A.T.U. | 7,739KB | Audio |
| geniphursix@KaZaA | Tatu - All The Things She Said (1) (2) (1).mp3 | Tatu | 5,037KB | Audio |
| geniphursix@KaZaA | Talib Kweli feat. Jay-Z, Busta Rhymes - Get By (Remix).mp3 | Talib Kweli | 3,833KB | Audio |
| geniphursix@KaZaA | Tatu - I Went Crazy.mp3 | Tatu | 2,893KB | Audio |

My Participation Level: Low (0)  Downloads: 0  Uploads: 0  | 2,290,177 users online, sharing 559,838,777 files (20...) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tatu - I Went Crazy.mp3 | Tatu | 2,893KB | Audio |
| geniphursix@KaZaA | Temptations - Papa Was a Rolling Stone.mp3 | Temptations | 6,514KB | Audio |
| geniphursix@KaZaA | [public_enemy]_-_911_is_a_joke.mp3 | Public Enemy | 3,061KB | Audio |
| geniphursix@KaZaA | _Jorge Ben Jor - Minha menina.mp3 | Os Mutantes | 1,914KB | Audio |
| geniphursix@KaZaA | 04 Meet the Parents.mp3 | Jay-Z | 2,044KB | Audio |
| geniphursix@KaZaA | Fat_joe-01-take_a_look_at_my_life-whoa.mp3 | Fat Joe | 5,630KB | Audio |
| geniphursix@KaZaA | Fat_joe-02-bust_at_you-whoa.mp3 | Fat Joe | 6,492KB | Audio |
| geniphursix@KaZaA | Spanish Reggae 'Don Chezina' Traj Traj Traj.mp3 | Don Chezina | 2,436KB | Audio |
| geniphursix@KaZaA | Toni Braxton feat. Leon, Pharrell - Hit The Freeway (Pro... | toni | 3,555KB | Audio |
| geniphursix@KaZaA | Fat_joe-07-born_in_the_ghetto-whoa.mp3 | Fat Joe | 5,381KB | Audio |
| geniphursix@KaZaA | Ice Cube - Today Was A Good Day.mp3 | Ice Cube | 4,064KB | Audio |
| geniphursix@KaZaA | Afrika Bambata-Planet-Rock.mp3 | Afrika Bambata | 5,022KB | Audio |
| geniphursix@KaZaA | Whodini - Big Mouth (BEAT BOX MIX).mp3 | Whodini | 3,818KB | Audio |
| geniphursix@KaZaA | Justin Timberlake - Cry Me A River (remix).mp3 | Justin Timberlake feat. 50.. | 4,858KB | Audio |
| geniphursix@KaZaA | Isyss - Single For The Rest Of My Life.mp3 | Isyss | 5,419KB | Audio |
| geniphursix@KaZaA | joe - when was the last time.mp3 | Clipse | 1,047KB | Audio |
| geniphursix@KaZaA | Joe - Lets Make a Love Scene.mp3 | Joe | 4,722KB | Audio |
| geniphursix@KaZaA | 50 cent-get rich or die tryin-21 questions-Just Release.mp3 | 50 Cent | 3,155KB | Audio |
| geniphursix@KaZaA | Marc_Anthony - Contra la Corriente (salsa).mp3 | Marc Anthony | 4,770KB | Audio |
| geniphursix@KaZaA | 04-50_cent-many_men_(wish_death)-rns.mp3 | 50 Cent | 6,006KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help.

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

(New)search  Download  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 04-50_cent-many_main_(wish_death)-rns.mp3 | 50 Cent | 6,006KB | Audio |
| geniphursix@KaZaA | 50 Cent - CREAM - Freestyle.mp3 | 50 Cent | 2,815KB | Audio |
| geniphursix@KaZaA | 50_cent - State Of Emergency Freestyle.mp3 | 50 Cent | 2,198KB | Audio |
| geniphursix@KaZaA | 50 Cent-Get Rich Or Die Tryin-Like My Style.mp3 | 50 Cent | 2,460KB | Audio |
| geniphursix@KaZaA | Fifty Cents - Cheating On Me.mp3 | Kadji feat. 50 Cent | 3,509KB | Audio |
| geniphursix@KaZaA | foxy_brown - Baby Can I Hold You.mp3 | Foxy Brown | 4,173KB | Audio |
| geniphursix@KaZaA | G Unit - After My Chedder.mp3 | 50 Cent ft. G-Unit | 2,446KB | Audio |
| geniphursix@KaZaA | prank phone calls - Cheating Boyfriend.mp3 | prank phone calls | 2,576KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Discovery of India.mp3 | Ravi Shankar | 2,251KB | Audio |
| geniphursix@KaZaA | The saddest day of my life.mp3 | Sanchez | 3,481KB | Audio |
| geniphursix@KaZaA | Amanda Perez - Angel (remix).mp3 | Amanda Perez | 2,275KB | Audio |
| geniphursix@KaZaA | Beware Of The Boys - Pun Jabi MC feat. Jay-Z.mp3 | Punjabi MC feat. Jay-Z | 3,820KB | Audio |
| geniphursix@KaZaA | Bollywood Hollywood - 03 - Rang Rang Mere.mp3 | Bollywood Hollywood | 3,798KB | Audio |
| geniphursix@KaZaA | Bollywood Riddim.mp3 | Mr. Vegas | 3,339KB | Audio |
| geniphursix@KaZaA | Stevie B - In My Eyes.mp3 | Stevie B | 4,939KB | Audio |
| geniphursix@KaZaA | GRAVEDIGGAZ - TWELVE JEWELZ(RZA SOLO).mp3 | Gravediggaz | 2,672KB | Audio |
| 2 Users | Stevie B - Party Your Body.mp3 | Stevie B | 4,216KB | Audio |
| geniphursix@KaZaA | Stevie B - Spring Love.mp3 | Stevie B | 4,807KB | Audio |
| geniphursix@KaZaA | Mos Def feat. Bush Babies - everybody groove to the musi... | Mos Def feat. Bushbabies | 4,381KB | Audio |
| geniphursix@KaZaA | Brainstorm - This Must Be Heaven.mp3 | Brainstorm | 6,182KB | Audio |

My Participation Level: Low (10), Downloads: 1, Up(o) 2(290,177 users online, sharing 553,833,777 files (20.51 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

Newsearch | Search | Shop | Traffic | Tell A Friend

Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Brainstorm - This Must Be Heaven.mp3 | Brainstorm | 6,182kB | Audio |
| geniphursix@KaZaA | CNN feat: Mobb Deep- The War Report - L.A., L.A.mp3 | Capone-N-Noreaga | 3,359KB | Audio |
| geniphursix@KaZaA | common - I used to love her.mp3 | Common Sense. | 4,359KB | Audio |
| geniphursix@KaZaA | Instrumentals- Wu Tang Clan - Can It Be All So Simple (1).... | Raekwon/ Rza | 1,992KB | Audio |
| 2 Users | Nas - Affirmative Action.mp3 | Nas | 4,046kB | Audio |
| geniphursix@KaZaA | Redman - Muddy Waters - Soopaman `Luva 3.mp3 | Redman | 3,930KB | Audio |
| geniphursix@KaZaA | al green-- Lay Your Head On My Pillow.mp3 | Al Green | 5,988kB | Audio |
| 2 Users | Anita Baker - Baby Come To Me.mp3 | Anita Baker | 4,476kB | Audio |
| geniphursix@KaZaA | Art Of Noise - Moments In Love.mp3 | Art of Noise | 9,633kB | Audio |
| 2 Users | Beatles - If I Fell (1).mp3 | Beatles | 2,220kB | Audio |
| 2 Users | Buena Vista Social Club - Chan Chan.mp3. | Buena Vista Social Club | 4,036kB | Audio |
| geniphursix@KaZaA | El DeBarge - Time Will Reveal.mp3 | El debarge | 4,001KB | Audio |
| geniphursix@KaZaA | (Fatal Fantasy) Me gusta la CHOCHA de Puerto Rico.mp3 | (Fatal Fantasy) | 2,368KB | Audio |
| geniphursix@KaZaA | (Genuwine) - So Anxious.mp3 | Ginuwine | 3,747KB | Audio |
| geniphursix@KaZaA | 01-50_cent_in_the_club_dirty-cms - Dec 07, 2002 21.56.... | Fifty cent. | 5,214KB | Audio |
| geniphursix@KaZaA | 01-freeway_ft_jay-z_and_beanie_sigel-what_we_do_(dirt... | Freeway_ft_jay-z_an... | 3,596KB | Audio |
| geniphursix@KaZaA | 01-r_kelly-ignition_(remix).mp3 | R-Kelly | 2,257KB | Audio |
| geniphursix@KaZaA | 02- funny honey.mp3 | Renée Zellweger | 3,427KB | Audio |
| geniphursix@KaZaA | 06-50_cent-high_all_the_time-rns.mp3 | 50 Cent. | 6,314kB | Audio |
| geniphursix@KaZaA | 02 This Charming Man.mp3 | The Smiths | 2,582KB | Audio |

My Participation Level: Low (0), Downloads: 1, Up: 0, 290,177 users online, sharing 563,838,777 files (2,033,... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download
New Search | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 02 This Charming Man.mp3 | The Smiths | 2,582KB | Audio |
| geniphursix@KaZaA | 04 Track 4.mp3 | Tego Calderon | 2,874KB | Audio |
| geniphursix@KaZaA | 05 Track 5.mp3 | Tego | 2,373KB | Audio |
| geniphursix@KaZaA | 08 - Communism.mp3 | Common Sense | 2,129KB | Audio |
| geniphursix@KaZaA | 09-50_cent-blood_hound_feat_young_buc-rns.mp3 | 50 Cent Feat. Young Buc | 3,771KB | Audio |
| geniphursix@KaZaA | 1 MF Doom - Operation Doomsday - Rhymes Like Dimes fea... | 1 MF Doom | 4,704KB | Audio |
| geniphursix@KaZaA | 10 Things I Hate About You Soundtrack - Joan Armatrading... | 10 Things I Hate About Y... | 2,496KB | Audio |
| geniphursix@KaZaA | 10-50_cents_ft_loyd-jg_unit-4hm.mp3 | 50 cent | 5,942KB | Audio |
| geniphursix@KaZaA | 10-freeway_2_ft_50_cent_more-wishin_on_a_star_(lantein_... | 10-freeway_ft_50_cent-... | 3,133KB | Audio |
| geniphursix@KaZaA | 10com_lilimzonie.wma | Lil Kim feat Lil' Mo | 1,067KB | Audio |
| geniphursix@KaZaA | 13-50_cent-poor_lil_rich-rns.mp3 | 50 Cent | 4,670KB | Audio |
| geniphursix@KaZaA | 14-50_cent-21_questions_(feat_nate_dogg)-rns(1).mp3 | 50 Cent | 5,261KB | Audio |
| geniphursix@KaZaA | 1954 #097 - The Cheers With Buddy Bregman Orchestra - ... | The Cheers With Buddy B... | 1,649KB | Audio |
| geniphursix@KaZaA | 50 Cent  Eminem- Busta Rhymes - Hail Mary 2003 (Ja Ru... | 50 Cent Eminem_Bust... | 1,949KB | Audio |
| geniphursix@KaZaA | 50 Cent - Collapse Freestyle.mp3 | 50 Cent, ft, G-Unit | 1,634KB | Audio |
| geniphursix@KaZaA | 50 Cent - High All The Time.mp3 | 01-50_cent-high_all_the_t... | 2,096KB | Audio |
| geniphursix@KaZaA | 50 Cent- In Da Club (beyonce remix).mp3 | Copy of 50 Cent | 3,063KB | Audio |
| geniphursix@KaZaA | 50 cent- Look what you made me do.mp3 | 50 cent | 3,900KB | Audio |
| geniphursix@KaZaA | 50 Cent Ya-Yo- What You Say.mp3 | 50 Cent Tony Yayo Lloyd ... | 1,830KB | Audio |
| geniphursix@KaZaA | 50 Cents Ft-G-Unit - Grindin Freestyle.mp3 | 50 Cent Feat. G-Unit | 2,844KB | Audio |

My Participation level: Low (0%); Downloads: 1 (0KB) 2,290,177 users online, sharing 553,833,777 files (2,931,181 KB) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New Search | Download | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| geniphursix@KaZaA | 50 Cents Ft G-Unit - Grindin Freestyle.mp3 | 50 Cent feat. G-Unit | 2,844KB | Audio |
| geniphursix@KaZaA | 50 cents--- Ghostface Diss.mp3 | 50 Cent | 1,138KB | Audio |
| geniphursix@KaZaA | 50_cent-patiently_waiting_(feat_eminem).mp3 | 50 Cent | 6,772KB | Audio |
| geniphursix@KaZaA | 50_cent_feat_super_cat_-_21_questions_djrazz_remix:m... | 50 Cent | 1,964KB | Audio |
| geniphursix@KaZaA | 80s Ohd - Touch You Once, Touch You Twice.mp3 | OMD | 3,582KB | Audio |
| geniphursix@KaZaA | 99 Luft Ballons.MP3 | Nina Hagen | 3,518KB | Audio |
| geniphursix@KaZaA | a tribe called quest - bonita applebum.mp3 | A Tribe Called Quest | 3,556KB | Audio |
| geniphursix@KaZaA | aaliyah- Miss You.mp3 | Aaliyah | 1,731KB | Audio |
| 2 Users | ab10_Ghostface Killa - Camy.mp3 | Ghostface Killa | 4,284KB | Audio |
| geniphursix@KaZaA | Addictive_Truth Hurts.mp3 | Truth Hurts Featuring Rak... | 3,563KB | Audio |
| geniphursix@KaZaA | adeus marlana.mp3 | sergio reis | 2,041KB | Audio |
| geniphursix@KaZaA | Adina Howard - T-Shirt and Panties (w/Jamie Foxx).mp3 | Adina Howard | 4,590KB | Audio |
| geniphursix@KaZaA | Afrika Bambaataa - Zulu War Chant.mp3 | Afrika Bambaataa | 3,827KB | Audio |
| geniphursix@KaZaA | Ah' Ha - Take On Me.mp3 | Ah'Ha | 3,848KB | Audio |
| geniphursix@KaZaA | Al B'Sure- Night and Day.mp3 | Al B'Sure | 3,814KB | Audio |
| geniphursix@KaZaA | Alanis Morisette - Hands Clean.mp3 | Alanis Morisette | 4,216KB | Audio |
| geniphursix@KaZaA | Aliyah - Back And Forth.mp3 | Aaliyah | 3,081KB | Audio |
| geniphursix@KaZaA | Aliyah - If Your Girl Only Knew.mp3 | Aaliyah | 3,979KB | Audio |
| geniphursix@KaZaA | Ana Gabriel con Marc Anthony--Quiero-Vivir.La Vida Aman... | Ana Gabriel con Marc Ant... | 4,077KB | Audio |
| geniphursix@KaZaA | Andrew Lloyd Weber - Music of the Night (Phantom of the ... | Andrew Lloyd Webber | 5,266KB | Audio |

My Participation Level: Low (0), Downloads: 1, Up(0), [2,293,172 users online, sharing 555,838,777 files (203] Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Andrew Lloyd Weber - Music of the Night (Phantom of the ... | Andrew Lloyd Webber | 5,266KB | Audio |
| geniphursix@KaZaA | Anita Baker - Angel.mp3 | Anita Baker | 4,693KB | Audio |
| geniphursix@KaZaA | Anita Baker - Same Ole Love.mp3 | Anita Baker | 3,893KB | Audio |
| geniphursix@KaZaA | Anita Baker - Sweet Love.mp3 | Anita Baker | 4,172KB | Audio |
| geniphursix@KaZaA | Anita Baker - You Bring Me Joy.mp3 | Anita Baker | 4,150KB | Audio |
| geniphursix@KaZaA | Annie Lennox - Why (1).mp3 | Annie Lennox | 4,568KB | Audio |
| 2 Users | anthony b... - Gills Buss (Diwali Riddim).mp3 | Anthony B. | 3,476KB | Audio |
| geniphursix@KaZaA | Arlo Guthrie - Alice's Restaurant.mp3 | Arlo Guthrie | 17,412KB | Audio |
| geniphursix@KaZaA | ashanti - Foolish.mp3 | Ashanti | 887KB | Audio |
| geniphursix@KaZaA | Atlantic Star - Always.mp3 | Atlantic Star | 3,746KB | Audio |
| geniphursix@KaZaA | aventura - obsection.mp3 | AVENTURA | 1,799KB | Audio |
| geniphursix@KaZaA | Avril Lavigne - So Much For My Happy Ending.mp3 | Avril Lavigne | 3,779KB | Audio |
| 2 Users | Baby Rasta, Gringo y Javi - Reggaeton Playero.mp3 | Reggaeton | 3,072KB | Audio |
| geniphursix@KaZaA | Báchata-Junior y Jorge-Piensa en mi.mp3 | báchatas | 1,725KB | Audio |
| geniphursix@KaZaA | banda el limon - que se te olvido.mp3 | Banda El Limon | 3,182KB | Audio |
| geniphursix@KaZaA | Beastie Boys - Get It Together.mp3 | Beastie Boys | 3,820KB | Audio |
| geniphursix@KaZaA | Beasty Boys - Intergalactic Planetary.mp3 | Beastie Boys | 3,967KB | Audio |
| geniphursix@KaZaA | Beatles - Rocky Racoon.mp3 | Beatles | 3,457KB | Audio |
| geniphursix@KaZaA | Beatles - Today Is Your Birthday.mp3 | Beatles | 2,544KB | Audio |
| geniphursix@KaZaA | Bebel Gilberto and George Michael - Desafinado.mp3 | Astrud Gilberto | 3,133KB | Audio |

My Participation Level: Low (0) Downloads: 1  Upl... [2,290,17 users online, sharing 553,838,777 files (20,3... Not sharing any file

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Bebel Gilberto and George Michael - Desafinado.mp3 | Astrud Gilberto | 3,138KB | Audio |
| geniphursix@KaZaA | Beck - Everybody's Gotta Learn Sometime.mp3 | beck | 13,747KB | Audio |
| geniphursix@KaZaA | Beck - Loser.mp3 | Beck | 3,667KB | Audio |
| geniphursix@KaZaA | Beck - New Pollution.mp3 | Beck | 3,490KB | Audio |
| geniphursix@KaZaA | Beck - Sea Change - 07 - It's All In Your Mind.mp3 | Beck | 2,741KB | Audio |
| geniphursix@KaZaA | Beck - Where It's At.mp3 | Beck | 5,170KB | Audio |
| geniphursix@KaZaA | Beck - A Life Less Ordinary Original Soundtrack - Deadweigh... | Beck | 5,366KB | Audio |
| geniphursix@KaZaA | Beenie Man - Everyone Falls In Love Sometimes.mp3 | The Band | 2,670KB | Audio |
| geniphursix@KaZaA | Beenie Man ft. Sean Paul Lady Saw - Bossman.mp3 | Beenie Man ft. Sean Paul... | 4,948KB | Audio |
| geniphursix@KaZaA | Beethoven - Moonlight Sonata.mp3 | Beethoven | 5,782KB | Audio |
| geniphursix@KaZaA | Belly Soundtrack - Bam Bam.mp3 | Belly Soundtrack Sister N... | 1,545KB | Audio |
| geniphursix@KaZaA | Benifit - so sick.mp3 | Benifit | 2,806KB | Audio |
| geniphursix@KaZaA | Benifit- Mario rap.mp3 | Benifit | 3,001KB | Audio |
| geniphursix@KaZaA | BETTE MIDLER - The Rose.mp3 | Barbara Striesand | 3,218KB | Audio |
| geniphursix@KaZaA | Bill Withers - Use Me Up.mp3 | Bill Withers | 3,598KB | Audio |
| 2 Users | Cody-Chestnutt - 09 - Track 9 (1) (1).mp3 | Cody Chestnutt | 2,873KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Iolanda.mp3 | Chico Buarque Simone | 4,160KB | Audio |
| geniphursix@KaZaA | dead prez - we need a revolution.mp3 | Dead Prez | 4,012KB | Audio |
| geniphursix@KaZaA | Delfonics - Spell On My Mind.mp3 | Delfonics | 4,093KB | Audio |
| geniphursix@KaZaA | Denis Leary - Ass hole Song.mp3 | Dennis Leary | 4,162KB | Audio |

My Participation Level: Low (0), Downloads 14, Uploads 290, 177 users online, sharing 558,833,777 files (2,031,161 GB). Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop! | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Dennis Leary - Ass hole Song.mp3 | Dennis Leary | 4,162KB | Audio |
| geniphursix@KaZaA | Diana Ross - Theme From Mahogany (Do You Know Where... | Diana Ross | 3,204KB | Audio |
| geniphursix@KaZaA | DISCO - Great 70's Dance grooves - 01 - Ring my bell (1)... | unknown | 2,518KB | Audio |
| geniphursix@KaZaA | Diwall Riddim - MIX .mp3 | Diwali Riddim | 20,114KB | Audio |
| geniphursix@KaZaA | DJ Clue - 16 - Bump That (Remix) Havoc Feat. Noyd_50... | 50 Cent | 3,545KB | Audio |
| geniphursix@KaZaA | DJ Ma$tah - Kevin Lyttle - Turn Me On PART II (Bubbling... | DJ Ma$taH | 3,144KB | Audio |
| geniphursix@KaZaA | dj nelson - Reggaeton (Mix).mp3 | dj nelson | 980KB | Audio |
| geniphursix@KaZaA | Django Reinhardt_Stephane Grapelli - Echoes Of France... | Django Reinhardt: Step... | 2,563KB | Audio |
| geniphursix@KaZaA | Don Omar - Ay amor wma | Don omar | 951KB | Audio |
| geniphursix@KaZaA | Don Omar_Daddy Yankee 4 .MP3 | DADDY YANKEE FT. DON... | 1,138KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - A Song for You.mp3 | Donnie Hathaway | 5,127KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - For All we know.mp3 | Donnie Hathaway | 3,450KB | Audio |
| geniphursix@KaZaA | Donnie Hathaway - Giving Up.mp3 | Donnie Hathaway | 6,047KB | Audio |
| geniphursix@KaZaA | Ed.O.G. - Off Balance.mp3 | DJ Premier | 3,944KB | Audio |
| geniphursix@KaZaA | Eddie Santiago - Lluvia.mp3 | Eddie Santiago | 4,890KB | Audio |
| geniphursix@KaZaA | Edith Piaf - La Vie En Rose.mp3 | Edith Piaf | 2,936KB | Audio |
| geniphursix@KaZaA | Eek A Mouse - Wa-Do-Dem.mp3 | Eekamouse | 3,658KB | Audio |
| geniphursix@KaZaA | Eeka Mouse- Bitty Bong Bong.mp3 | EekaMouse | 3,483KB | Audio |
| geniphursix@KaZaA | EekaMouse- juicy juicy weedy weedy.mp3 | Eek-A-Mouse | 3,216KB | Audio |
| geniphursix@KaZaA | EekAMouse_Sensee_Party.mp3 | Eek A Mouse | 2,990KB | Audio |

My Participation level: Low (0). Downloads: 1. Uploads 2,290,177 users online. sharing 563,833,777 files (20,3) files.sharing.any.files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New Search | Search | Traffic | Shop | Tell A Friend | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | EekAMouse_Sensee_Party.mp3 | Eek A Mouse | 2,960KB | Audio |
| geniphursix@KaZaA | El Gran Combo - La Soledad.mp3 | El Gran Combo | 3,203KB | Audio |
| geniphursix@KaZaA | Elephant man - Bad Man Ah Bad Man.mp3 | Elephant Man | 1,556KB | Audio |
| geniphursix@KaZaA | fat_joe-09-gangsta-whoa.mp3 | Fat Joe | 5,485KB | Audio |
| geniphursix@KaZaA | Jim pepper-- Everything Is Everything -witchi tai to - annoy... | Jim Pepper | 3,031KB | Audio |
| geniphursix@KaZaA | Jim Pepper - Witchi Tai To (Excellent Studio Version).mp3 | Jim Pepper | 2,896KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - All Along The Watchtower.mp3 | Jimi Hendrix | 3,761KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Castles Made Of Sand.mp3 | Jimi Hendrix | 2,581KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Crosstown Traffic.mp3 | Jimmy Hendrix | 2,087KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Foxy Lady.mp3 | Jimi hendrix | 3,034KB | Audio |
| geniphursix@KaZaA | Jimi hendrix - RARE UNRELEASED blues tribute original  eric... | Hendrix, Jimi | 2,402KB | Audio |
| geniphursix@KaZaA | jimi hendrix_fire_2_37.mp3 | Jimi Hendrix | 2,468KB | Audio |
| geniphursix@KaZaA | Jimmy hendricks_star spangled banner.mp3 | Jimi Hendrix | 3,319KB | Audio |
| geniphursix@KaZaA | Jimmy Hendricks - Are You Experienced.mp3 | Jimi Hendrix | 3,954KB | Audio |
| geniphursix@KaZaA | Jimmy Hendrix - Cocaine.MP3 | Jimi Hendrix | 2,908KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Show Some Emotion.mp3 | Joan Armatrading | 3,317KB | Audio |
| geniphursix@KaZaA | Joan Armatrading - Water With The Wine.mp3 | Joan Armatrading | 2,623KB | Audio |
| geniphursix@KaZaA | Jododi_Raekwon_-_Ghost Face killa - freaking your(remix) (... | Jododi | 4,844KB | Audio |
| geniphursix@KaZaA | Ludacris ft Shawna - Shake that shit.mp3 | Shawna feat. Ludacris | 5,258KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Te Conozco Bien.mp3 | Marc Anthony | 4,932KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploads: 0, 2,990,177 users online, sharing 563,833,777 files (20.91 ... files). Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download    New search    Search    Traffic    Shop    Search Field    Tell A Friend

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Marc Anthony - Te Conozco Bien.mp3 | Marc Anthony | 4,932KB | Audio |
| geniphursix@KaZaA | Marc Anthony, si t tengo aqui.mp3 | Marc Anthony | 3,600KB | Audio |
| geniphursix@KaZaA | MARC ANTHONY - Tragedia.MP3 | Marc Anthony | 3,528KB | Audio |
| geniphursix@KaZaA | Mariachi Vargas - Las Mañanitas Completo (1).mp3 | Mariachis Vargas | 3,176KB | Audio |
| geniphursix@KaZaA | Marina Lima - Uma noite e meia (1).mp3 | Marina Lima | 3,461KB | Audio |
| geniphursix@KaZaA | Mario Feat. Biz Markie - Just A Friend 2002 (Remix).mp3 | Mario Feat. Biz Markie | 2,542KB | Audio |
| geniphursix@KaZaA | mark_ronson-ooh_wee_(dirty)-ice.mp3 | GHOSTFACE KILLAH ,N… | 4,217KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Harder to Breathe.mp3 | Maroon 5 | 2,695KB | Audio |
| geniphursix@KaZaA | Maroon 5 - Tangled.mp3 | Maroon 5 | 3,122KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - Trouble Man.mp3 | Marvin Gaye | 3,608KB | Audio |
| geniphursix@KaZaA | Maze Feat. Frankie Beverly - Joy And Pain.mp3 | Maze Featuring Frankie B… | 8,424KB | Audio |
| geniphursix@KaZaA | Mazzy Star - So Tonight That I Might See.mp3 | Mazzy Star | 6,863KB | Audio |
| geniphursix@KaZaA | Michael Jackson - Rock With You.mp3 | Michael Jackson | 3,442KB | Audio |
| geniphursix@KaZaA | Michael Jackson - The Lady In My Life.mp3 | Michael Jackson | 4,740KB | Audio |
| geniphursix@KaZaA | Michael Jackson Feat. Eve - Butterfly (Remix).mp3 | Michael Jackson | 3,500KB | Audio |
| geniphursix@KaZaA | Milli Vanilli - Girl I'm Gonna Miss You.mp3 | Milli Vanilli | 4,142KB | Audio |
| geniphursix@KaZaA | Mimar Você.MP3 | Chiclete com Banana | 1,843KB | Audio |
| geniphursix@KaZaA | Mind, Body & Soul Sleep Like A Child.mp3 | Joss Stone | 4,999KB | Audio |
| geniphursix@KaZaA | Mint Condition - Pretty Brown Eyes.mp3 | Mint Condition | 5,578KB | Audio |
| geniphursix@KaZaA | Missy Elliot - The Rain.mp3 | Missy Elliot | 3,922KB | Audio |

My Participation Level: Low (0),  Downloads: 1, Uploads: 2,390,177 users online, sharing 563,833,777 files (20,3) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New Search    Downloaded

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Missy Elliot - The Rain.mp3 | Missy Elliot | 3,922KB | Audio |
| geniphursix@KaZaA | missy_elliot - Take Away f. Ginuwine.mp3 | Missy Elliot | 3,497KB | Audio |
| geniphursix@KaZaA | Hip Hop - Gangstar, Nas - NewYorkMix (unreleased).mp3 | Gangstar, Nas | 4,864KB | Audio |
| geniphursix@KaZaA | Pantera - Planet Caravan.mp3 | Pantera | 3,804KB | Audio |
| geniphursix@KaZaA | Parchis - Cumpleaños Feliz.mp3 | Cri-Cri | 2,681KB | Audio |
| geniphursix@KaZaA | Patience - George Michael - Precious Box - 9.mp3 | George Michael | 7,773KB | Audio |
| geniphursix@KaZaA | Patience George Michael Flawless (Go-to-the-City) 7.mp3 | George Michael | 6,306KB | Audio |
| geniphursix@KaZaA | Patsy Cline - Crazy.mp3 | Patsy Cline | 2,548KB | Audio |
| geniphursix@KaZaA | 'Patti Labelle - Somebody Loves You Baby.mp3 | Patti Labelle | 4,622KB | Audio |
| geniphursix@KaZaA | phantom of the opera - masquerade.mp3 | Phantom of the Opera | 5,987KB | Audio |
| geniphursix@KaZaA | Phantom of the Opera - Music of the Night.mp3 | Phantom of the Opera | 4,882KB | Audio |
| geniphursix@KaZaA | Phil Collins - Miami Vice - 05 - Air of the Night.mp3 | Phil Collins | 5,142KB | Audio |
| geniphursix@KaZaA | Pink - Just like a pill (1).mp3 | Pink | 3,695KB | Audio |
| geniphursix@KaZaA | Pink Floid - Wall.mp3 | Pink Floyd | 3,613KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Brain Damage and Eclipse.mp3 | Pink Floyd | 5,237KB | Audio |
| geniphursix@KaZaA | Pink Floyd - One Of These Days.mp3 | Pink Floyd | 5,446KB | Audio |
| geniphursix@KaZaA | Pink Floyd covers - Pearl Jam - Wish You Were Here.mp3 | Pearl Jam | 3,686KB | Audio |
| geniphursix@KaZaA | Pinpinela - Pega la vuelta.MP3 | Pimpinela | 3,512KB | Audio |
| geniphursix@KaZaA | Poor Righteous Teachers - Easy Star.mp3 | Poor Righteous Teachers | 4,387KB | Audio |
| geniphursix@KaZaA | Shai - Comforter.mp3 | Shai | 3,902KB | Audio |

My Participation Level: Low (0), Downloads:1, Uploads:2,290,177 users online, sharing 555,833,777 files (20,831 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    New search    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Shai - Comforter.mp3 | Shai | 3,907KB | Audio |
| geniphursix@KaZaA | Shannon - Let The Music Play (1).mp3 | Shannon | 3,384KB | Audio |
| geniphursix@KaZaA | Sheryl Crow - Soak Up Sun.mp3 | Sheryl Crow | 2,991KB | Audio |
| geniphursix@KaZaA | Shyne - For The Record (50 Cent Diss).mp3 | Shyne | 4,984KB | Audio |
| geniphursix@KaZaA | Silverchair - Suicidal Dream.mp3 | Silverchair | 3,013KB | Audio |
| geniphursix@KaZaA | Simpsons - Bart and Michael Jackson - Happy Birthday Lisa... | Bart Simpson | 1,259KB | Audio |
| geniphursix@KaZaA | Sinead O'conner - Black Boys On Mopeds.mp3 | Sinead O'Connor | 3,650KB | Audio |
| geniphursix@KaZaA | Teddy Pendergrass - Come on over to my place.mp3 | Teddy Pendergrass | 5,479KB | Audio |
| geniphursix@KaZaA | Pharrell feat. Jay-Z - Frontin'.mp3 | Pharrell Feat. Jay-Z | 5,665KB | Audio |
| geniphursix@KaZaA | Floaters - Float On.mp3 | Floaters | 3,929KB | Audio |
| 2-Users | gangstar~.skillz.mp3 | Gangstar | 3,132KB | Audio |
| geniphursix@KaZaA | Jimmy Castor Bunch - It's Just Begun.mp3 | Jimmy Castor Bunch | 3,525KB | Audio |
| geniphursix@KaZaA | el gran combo - A comer pastel a comer lechon.mp3 | El Gran Combo | 3,735KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Brujeria.mp3 | El Gran Combo | 3,270KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Me Libere (salsa).MP3 | El grand combo | 4,164KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Telefono.mp3 | El Gran Combo | 1,824KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Un Verano En Nueva York.mp3 | El Gran Combo | 4,650KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Mi Libertad.mp3 | Frankie Ruiz | 4,216KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Tu Con El.mp3 | Frankie Ruiz | 4,771KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - El Cantante.mp3 | Hector Lavoe | 9,750KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploads: 2,290,177 users online, sharing 553,833,777 files (20,3) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    New search    Download    Search    Traffic    Shop    Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Hector Lavoe - El Cantante.mp3 | Hector Lavoe | 9,750KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Juanito Alimaña.mp3 | Hector Lavoe | 7,188KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Periodico de Ayer (salsa).mp3 | Hector Lavoe | 6,546KB | Audio |
| geniphursix@KaZaA | Marc Anthony - Preciosa/Puerto Rico.mp3 | Marc Anthony | 5,163KB | Audio |
| geniphursix@KaZaA | mightydblock.wma | Sheek Louch | 798KB | Audio |
| geniphursix@KaZaA | Sade - I_Couldn't Love You More.mp3 | Sade | 3,590KB | Audio |
| geniphursix@KaZaA | Whodini - Five Minutes Of Funk.mp3 | Whodini | 4,716KB | Audio |
| geniphursix@KaZaA | Dead Prez - Mind Sex.mp3 | Dead Prez | 4,547KB | Audio |
| geniphursix@KaZaA | Frankie Beverly_Maze - Joy and Pain.MP3 | Frankie Beverly_Maze | 6,740KB | Audio |
| geniphursix@KaZaA | frankie ruiz - vuelvo a nacer.mp3 | Frankie Ruiz | 4,053KB | Audio |
| geniphursix@KaZaA | ja rule feat. fat joe Jadakiss - new-york.mp3 | Jadakiss | 3,895KB | Audio |
| geniphursix@KaZaA | nore feat.mp3 | Nina Sky | 3,693KB | Audio |
| geniphursix@KaZaA | Outcast - Damn.mp3 | Outkast | 6,678KB | Audio |
| geniphursix@KaZaA | Roy Ayers - Everybody Loves The Sunshine.mp3 | Roy Ayers | 3,788KB | Audio |
| geniphursix@KaZaA | Stylistics - People Make the World Go Round.mp3 | Stylistics | 6,049KB | Audio |
| geniphursix@KaZaA | Reggae Sean paul - Excite me.mp3 | sean paul | 2,812KB | Audio |
| geniphursix@KaZaA | Reggae-Flex Time to Have Sex.mp3 | Reggae | 3,785KB | Audio |
| geniphursix@KaZaA | Biz Markie - Vapors.mp3 | Biz Markie | 5,647KB | Audio |
| geniphursix@KaZaA | Bjork.vs. Tricky - Yoga (Massive Attack Remix).mp3 | Bjork vs Tricky | 4,219KB | Audio |
| geniphursix@KaZaA | Black 47 - Born on A Black Monday.mp3 | Black 47 | 3,323KB | Audio |