**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Shop! | Traffic | Tell A Friend

New search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Black-47 - Born on A Black Monday.mp3 | Black 47 | 3,323KB | Audio |
| geniphursix@KaZaA | Black-47 - Irish Drinking Song.mp3 | Black 47 | 1,843KB | Audio |
| geniphursix@KaZaA | Blue Swede - Hooked on a Feeling.mp3 | Blue Crush Soundtrack | 2,584KB | Audio |
| geniphursix@KaZaA | Bob Dylan - Stuck In The Middle With You.mp3 | Bob Dylan | 3,188KB | Audio |
| geniphursix@KaZaA | Bob Marley - Simmer Down.mp3 | Bob Marley and the Whai... | 2,681KB | Audio |
| geniphursix@KaZaA | Bobby Valentino - Slow Down (1).wma | Bobby Valentino | 2,247KB | Audio |
| geniphursix@KaZaA | Bollywood Riddim Mix 1.mp3 | Mr. Vegas | 3,339KB | Audio |
| geniphursix@KaZaA | Boot Camp Click - Blackmoon - Six Feet Deep.MP3 | Blackmoon | 3,564KB | Audio |
| geniphursix@KaZaA | BRAND NUBIAN - Love Me or Leave Me Alone.mp3 | Brand Nubian | 4,300KB | Audio |
| geniphursix@KaZaA | breakdance-Afrika Bambaataa fr Beat Street Sndtk - Break... | Break Dance | 4,468KB | Audio |
| geniphursix@KaZaA | Buju Banton, Beenie Man, Sean Paul - Playa's Remix.mp3 | Sean Paul, Beenie Man, B... | 2,486KB | Audio |
| geniphursix@KaZaA | Caetano Veloso - Verdade.mp3 | Caetano Veloso | 4,264KB | Audio |
| geniphursix@KaZaA | Café Tacuba - La Ingrata.mp3 | Café Tacuba | 3,296KB | Audio |
| geniphursix@KaZaA | CCR - It Aint Me.mp3 | Creedens Clearwater | 2,202KB | Audio |
| geniphursix@KaZaA | Celtic - Irish Drinking Songs - Molly Malone.mp3 | drinking song | 3,212KB | Audio |
| geniphursix@KaZaA | Chico Buarque e Maria Bethânia - Sinal Fechado.mp3 | Chico Buarque e Maria Be... | 755KB | Audio |
| geniphursix@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,388KB | Audio |
| geniphursix@KaZaA | Chris De Burgh - Lady In Red.mp3 | Chris De Burgh | 2,876KB | Audio |
| geniphursix@KaZaA | Chris Isaac - I Dont Wanna Fall In Love .mp3 | Chris Isaac | 4,476KB | Audio |
| geniphursix@KaZaA | Christion - Full of Smoke.mp3 | Christion | 4,583KB | Audio |

My Participation Level: Low (10)  Downloads:1, Up...(2,290,17 users online  Sharing 558,833,777 files (20.3) Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Christian - Full of Smoke.mp3 | Christian | 4,563KB | Audio |
| geniphursix@KaZaA | Classic slow jams -this is for my homies who ain't here - ga... | DR5 | 5,079KB | Audio |
| geniphursix@KaZaA | Clipse - When Was The Last Time (1).mp3 | Clipse (f. Pharell) | 1,954KB | Audio |
| geniphursix@KaZaA | Cody Chestnutt - Somebody's Parent (1).mp3 | Cody Chesnutt | 8,957KB | Audio |
| geniphursix@KaZaA | Common - BE - 05 - Testify [Produced by Kanye West].mp3 | Common | 3,476KB | Audio |
| geniphursix@KaZaA | Confessions - Caught Up .wma | Usher | 3,989KB | Audio |
| geniphursix@KaZaA | Dead Prez - Hip Hop.mp3 | Dead Prez | 3,539KB | Audio |
| geniphursix@KaZaA | dead prez - No More Prisons.mp3 | Dead Prez | 4,002KB | Audio |
| geniphursix@KaZaA | Dead Prez - Psychology.mp3 | Dead Prez | 5,572KB | Audio |
| geniphursix@KaZaA | Dead Prez - Sellin' D.O.P.E..mp3 | Dead Prez | 3,867KB | Audio |
| geniphursix@KaZaA | Dead Prez - They Schools.mp3 | Dead Prez | 3,610KB | Audio |
| geniphursix@KaZaA | Gweneth Paltrow- Cruisin.mp3 | Gweneth Paltrow | 3,433KB | Audio |
| geniphursix@KaZaA | Haddaway - What Is Love.mp3 | Haddaway | 4,237KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Out Of Touch.mp3 | Hall and Oates | 3,646KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Private Eyes.mp3 | Hall and Oates | 3,246KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Baby Come Back.mp3 | Hall and Oates | 3,976KB | Audio |
| geniphursix@KaZaA | Hall_Oates - Sara Smile.mp3 | Hall And Oates | 3,040KB | Audio |
| geniphursix@KaZaA | Hall and Oates - Your Kiss Is On My List.mp3 | Hall and Oates | 3,672KB | Audio |
| geniphursix@KaZaA | Hall and Oates - I Can't Go For That.mp3 | Hall and Oates | 3,476KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Cry Me A River.mp3 | Harry Connick Jr. | 4,479KB | Audio |

My Participation Level: Low (0); Downloads:1, Uploads:2,290,177; users online: sharing 953,835,777 files [20.3] Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Harry Connick Jr - Cry Me A River.mp3 | Harry Connick Jr. | 4,479KB | Audio |
| geniphursix@KaZaA | Next Friday (Soundtrack)-07-Aaliyah-I Don't Wanna.mp3 | Aaliyah | 3,984KB | Audio |
| geniphursix@KaZaA | HIPHOP - 50 Cent- Material Girl.mp3 | 50 Cent. | 2,877KB | Audio |
| geniphursix@KaZaA | Hollies - Bus Stop.mp3 | Hollys | 2,738KB | Audio |
| geniphursix@KaZaA | i dont want to know.mp3 | mario | 5,567KB | Audio |
| geniphursix@KaZaA | Leonard Cohen - The future (natural born killers).mp3 | Leonard Cohen | 3,583KB | Audio |
| geniphursix@KaZaA | les wampas-manu chao.mp3 | Les Wampas | 2,452KB | Audio |
| geniphursix@KaZaA | Lil Kim - Whats the Word (1).mp3 | 02~lil_kim-whats_the_wor... | 2,899KB | Audio |
| geniphursix@KaZaA | lil kim and too shortcall me.mp3 | Lil Kim and Too Short | 4,693KB | Audio |
| geniphursix@KaZaA | Linkin Park - A Cure for the itch.mp3 | The Cure | 2,488KB | Audio |
| geniphursix@KaZaA | Lt. Cool J F Total - Who Do Ya Love - Remix.MP3 | Lt. Cool J.F. Total | 3,522KB | Audio |
| geniphursix@KaZaA | Lock,'Stock Two Smoking Barrels - Police And Thieves - J... | Lock,Stock And Two Smok... | 3,742KB | Audio |
| geniphursix@KaZaA | Loose Ends - You Can't Stop The Rain.mp3 | Loose Ends | 4,075KB | Audio |
| geniphursix@KaZaA | Los Adolecentes - Tan Bella.mp3 | Los Adolecentes | 3,826KB | Audio |
| geniphursix@KaZaA | Lovin' Spoonful - What A Day For A Daydream.mp3 | Lovin' Spoonful | 2,208KB | Audio |
| geniphursix@KaZaA | Nas feat. QTip - The World Is Yours (Remix).mp3 | Nas | 6,064KB | Audio |
| geniphursix@KaZaA | Naz- Affirmitive Action.mp3 | Nas. | 4,050KB | Audio |
| geniphursix@KaZaA | Necro - Get On Your Knees.mp3 | Necro | 4,510KB | Audio |
| geniphursix@KaZaA | Necro - STD.mp3 | Necro | 2,402KB | Audio |
| geniphursix@KaZaA | Necro - Underground.mp3 | Necro | 5,126KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop!    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Necro - Underground.mp3 | Necro | 5,126KB | Audio |
| geniphursix@KaZaA | Necro]] Bill-Anti-Gay.mp3 | Necro Feat. Ill Bill | 3,690KB | Audio |
| geniphursix@KaZaA | Necro-morbid_(dirty)-ego_128.mp3 | Necro | 2,533KB | Audio |
| geniphursix@KaZaA | New Kids on the Block - I'll Be Loving You Forever.mp3 | New Kids On The Block | 4,134KB | Audio |
| geniphursix@KaZaA | New kids on the Block - Please Don't Go Girl.Mp3 | New Kids On The Block | 3,618KB | Audio |
| geniphursix@KaZaA | Next - I Still Love You (1).mp3 | ME | 3,950KB | Audio |
| geniphursix@KaZaA | Nirvana - Free Bird (very fucking rare).mp3 | Nirvana | 513KB | Audio |
| geniphursix@KaZaA | Nirvana - I Hate Myself And I Want To Die.mp3 | Nirvana | 3,796KB | Audio |
| geniphursix@KaZaA | Nirvana - I Hate Myself And Want To Die.mp3 | Nirvana | 2,531KB | Audio |
| geniphursix@KaZaA | Nirvana - Lithium (acoustic MTV).mp3 | Nirvana | 2,954KB | Audio |
| geniphursix@KaZaA | Nirvana - Opinion (Unreleased Acoustic Version 1990).mp3 | Nirvana | 1,358KB | Audio |
| geniphursix@KaZaA | Nirvana - You Know Your Right [Studio Full].mp3 | Nirvana | 3,368KB | Audio |
| geniphursix@KaZaA | no doubt - Gwen Stefani and Sublime.mp3 | No Doubt | 3,102KB | Audio |
| geniphursix@KaZaA | No Doubt - Happy_Now.mp3 | No Doubt | 3,535KB | Audio |
| geniphursix@KaZaA | No Doubt - Hey, Baby [New Song] ].mp3 | No Doubt | 3,131KB | Audio |
| geniphursix@KaZaA | No Doubt - Just A Girl.mp3 | No Doubt | 3,327KB | Audio |
| geniphursix@KaZaA | No Doubt - Spiderwebs.mp3 | No Doubt | 4,194KB | Audio |
| geniphursix@KaZaA | Now and Then Soundtrack - Stevie Wonder - Signed, Seale... | Stevie Wonder | 2,506KB | Audio |
| geniphursix@KaZaA | Rap - Underground - Halfbreed - Pistol.mp3 | Dead Prez | 4,838KB | Audio |
| geniphursix@KaZaA | Raulin Rodriguez - Medicina De Amor (bachata).mp3 | Raulin Rodriguez | 5,695KB | Audio |

My Participation Level: Low (0)    Downloads: 1, Upto: 2,290.    77 users sharing, sharing 558,833,777 files (0.3)   Not sharing any files

**Kazaa - [Search]**

File  View  Players  Tools  Actions  Help

web.  |  New Search  |  My Kazaa  |  Download  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Raúlin Rodriguez - Medicina De Amor (bachata).mp3 | Raúlin Rodríguez | 5,685KB | Audio |
| geniphursix@KaZaA | Raúlin Rosendo- NO LE PEGUE A LA NEGRA.mp3 | raúlin rosendo | 5,081KB | Audio |
| geniphursix@KaZaA | Sylvio-Rodriguez y Pablo Milanés - De que callada manera... | Pablo Milanés | 3,418KB | Audio |
| geniphursix@KaZaA | Jimmy Hendricks-Little Wing.mp3 | Jimi Hendrix | 2,204KB | Audio |
| geniphursix@KaZaA | Mc-sclar - La Belle et le Bad Boy.mp3 | MC Solaar | 3,002KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Comfortably Numb.mp3 | Pink Floyd | 6,000KB | Audio |
| geniphursix@KaZaA | TKA - Diamond Girl.mp3 | TKA | 4,209KB | Audio |
| geniphursix@KaZaA | 11-Class.mp3 | Chicago Soundtrack | 2,734KB | Audio |
| geniphursix@KaZaA | 12-Nowadays (Roxie).mp3 | Chicago Soundtrack | 2,105KB | Audio |
| geniphursix@KaZaA | Beatles - While My Guitar Gently Weeps.mp3 | Beatles | 4,455KB | Audio |
| geniphursix@KaZaA | Gimmie Shelter.mp3 | Rolling Stones | 4,317KB | Audio |
| geniphursix@KaZaA | In the Air.mp3 | Beanie Sigel | 5,705KB | Audio |
| geniphursix@KaZaA | Portis Head - Dummy (3).mp3 | PORTISHEAD | 4,715KB | Audio |
| geniphursix@KaZaA | Beatnuts- Off The Books.mp3 | Beatnuts | 3,479KB | Audio |
| geniphursix@KaZaA | ella fitzgerald - every time we say goodbye.mp3 | Ella Fitzgerald | 3,377KB | Audio |
| geniphursix@KaZaA | Eminem, Mos Def - Flyest material.mp3 | Eminem Feat. MosDef | 4,046KB | Audio |
| geniphursix@KaZaA | En Vogue - Hold On.mp3 | En Vogue | 4,746KB | Audio |
| geniphursix@KaZaA | Enjoy The Silence.mp3 | Depeche Mode | 4,087KB | Audio |
| geniphursix@KaZaA | Eric B and Rakim - Paid in full.mp3 | Eric B and Rakim | 3,503KB | Audio |
| geniphursix@KaZaA | Erykah Badu - Bag Lady.mp3 | Erykah Badu | 3,937KB | Audio |

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Erykah Badu - Bag Lady.mp3 | Erykah Badu | 3,937KB | Audio |
| geniphursix@KaZaA | Evanescence - Bring Me to Life (1).mp3 | Evanescense | 2,324KB | Audio |
| geniphursix@KaZaA | Excape - Just Kickin' It.mp3 | Xscape | 3,192KB | Audio |
| geniphursix@KaZaA | Excape - Understanding.mp3 | Xscape | 3,728KB | Audio |
| geniphursix@KaZaA | Fábio Junior - Demorei Muito Pra Te Encontrar.mp3 | Fábio Junior | 3,692KB | Audio |
| geniphursix@KaZaA | Fabolous feat. Ashanti - So Into You.mp3 | Fabolous | 6,432KB | Audio |
| geniphursix@KaZaA | Family affair.mp3 | Sly and the Family Stone | 2,900KB | Audio |
| geniphursix@KaZaA | French National Anthem - La Marseillaise.mp3 | National Anthem | 2,222KB | Audio |
| geniphursix@KaZaA | french_rap(Passi) - Il Fait Chaud.mp3 | Passi | 4,460KB | Audio |
| geniphursix@KaZaA | Funny Stuff - Phone Call to a Paki - You Took my Paper! (1).mp3 | Roy D. Mercer | 2,620KB | Audio |
| geniphursix@KaZaA | Gangstarr - Full Clip.mp3 | A+ | 3,397KB | Audio |
| geniphursix@KaZaA | Gangstarr - All for the Cash.mp3 | Gangstarr | 2,346KB | Audio |
| geniphursix@KaZaA | Gangstarr - The Revolutionist (Dirty).mp3 | Gangstarr | 3,994KB | Audio |
| geniphursix@KaZaA | Genuine - Whats so different.mp3 | Genuwine | 3,565KB | Audio |
| geniphursix@KaZaA | George Harrison - My Sweet Lord.mp3 | George Harrison | 4,360KB | Audio |
| geniphursix@KaZaA | George Michael  Mary J Blige - As.mp3 | George Michael | 4,479KB | Audio |
| geniphursix@KaZaA | george michael - somebody tell me.mp3 | George Michael | 5,128KB | Audio |
| geniphursix@KaZaA | Ghetto Boys - Damn It Feels Good To Be A Gangsta.mp3 | Ghetto Boys | 4,833KB | Audio |
| geniphursix@KaZaA | GhostFace Killa Holla.mp3 | www.wutangworld.com | 4,545KB | Audio |
| gian marco - Al otro lado de la luna.mp3 | | Gianmarco | 3,933KB | Audio |

3 Users

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   MyKazaa   Download   Theater   Search   Traffic   Shop   Tell A Friend

Newsearch   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 3 Users | | | | |
| geniphursix@KaZaA | gian marco - Al otro lado de la luna.mp3 | Gianmarco | 3,933KB | Audio |
| geniphursix@KaZaA | Gina Thompson Feat Missy Elliot - The Things You Do (Remi... | Gina Thompson Feat. Miss... | 3,494KB | Audio |
| geniphursix@KaZaA | gondwana - reggae is coming.mp3 | Gondwana | 3,991KB | Audio |
| geniphursix@KaZaA | Gospel - Black National Anthem - Lift Every Voice And Sing... | Stevie Wonder | 3,508KB | Audio |
| geniphursix@KaZaA | Gospel - Lift Every Voice And Sing.mp3 | artist | 4,014KB | Audio |
| geniphursix@KaZaA | Grand Master Flash the Furious Five - "Jungle".mp3 | Grandmaster Flash | 6,126KB | Audio |
| geniphursix@KaZaA | Grand Master Flash and the Furious Five- The Message.mp3 | Grandmaster Flash | 5,049KB | Audio |
| geniphursix@KaZaA | Guru feat (1).mp3 | Guru F. Angie Stone | 3,511KB | Audio |
| geniphursix@KaZaA | Janis Joplin - Summertime .mp3 | Janis Joplin | 3,782KB | Audio |
| geniphursix@KaZaA | Javier Solis - Pistas Para Cantar - Las Mañanitas .mp3 | Vicente Fernández | 2,466KB | Audio |
| geniphursix@KaZaA | Jay Z-Blueprint2-02.mp3 | Jay Z | 2,306KB | Audio |
| geniphursix@KaZaA | Jay-z's Dis - 50 cen.mp3 | Nas | 3,630KB | Audio |
| geniphursix@KaZaA | Jay-z Freestyle (Nas Diss) (1).mp3 | Redbone2000 com ] Jigga... | 1,456KB | Audio |
| geniphursix@KaZaA | Jay_Z_-_Excuse_Me_Miss (Neptunes_Remix).mp3 | Jay-z | 5,164KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Hallelujah.mp3 | Jeff Buckley | 6,483KB | Audio |
| geniphursix@KaZaA | Jerky Boys - Prank Phone Calls - Eminem's Cell Phone.mp3 | Crank Yankers | 2,590KB | Audio |
| geniphursix@KaZaA | Jerry Rivera - Dame Un Beso Asi.mp3 | Jerry Rivera | 4,320KB | Audio |
| geniphursix@KaZaA | Mob Hits - Louie Prima - Angelina Zooma Zooma.mp3 | Louis Prima | 4,016KB | Audio |
| geniphursix@KaZaA | Monica - So Gone (Remix).mp3 | Monica | 5,594KB | Audio |
| geniphursix@KaZaA | Monica - So Good.mp3 | Monica | 5,543KB | Audio |

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New Search | Download | Search | Traffic | Shop | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Monica 'So Good.mp3 | Monica | 5,543KB | Audio |
| geniphursix@KaZaA | Mood - Doom - 07. - Nuclear Hip-Hop - (Feat.mp3 | MF Doom Feat. Mr. Lif, Tal... | 4,027KB | Audio |
| geniphursix@KaZaA | Corey.Hart - Sunglasses At Night.mp3 | Corey. Hart. | 3,665KB | Audio |
| geniphursix@KaZaA | Cormega - Testament.mp3 | Cormega | 3,723KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Nowhere To Run, Nowhere to Hide.mp3 | Gravediggaz | 3,664KB | Audio |
| geniphursix@KaZaA | Grave Diggaz - Tales from the Hood.mp3 | Gravediggaz | 3,560KB | Audio |
| geniphursix@KaZaA | gravediggaz - elimination process.mp3 | Gravediggaz | 5,267KB | Audio |
| geniphursix@KaZaA | gravediggaz - never gonna come back.mp3 | Gravediggaz | 3,568KB | Audio |
| geniphursix@KaZaA | Ingrid Lucia and the Flying Neutrinos - Hotel Child - 08 - 50... | Flying neutrinos | 2,005KB | Audio |
| geniphursix@KaZaA | Insoul - Brum'n'Bossa.mp3 | Mulheres Apaixonadas | 5,614KB | Audio |
| geniphursix@KaZaA | Instrumental - dirty underground funk beats.mp3 | Instrumentals | 2,390KB | Audio |
| geniphursix@KaZaA | isley brothers-spend the Night.mp3 | Isley Brothers | 5,690KB | Audio |
| geniphursix@KaZaA | Israel Vibration - Cool And Calm.mp3 | Israel Vibration | 4,124KB | Audio |
| geniphursix@KaZaA | itation ravi shankar_all.mp3 | Ravi Shankar, Ali | 16,511KB | Audio |
| geniphursix@KaZaA | Ivete Sangalo e Margareth Menezes - DandaLunda (Carna... | Ivete Sangalo e Margaret... | 4,453KB | Audio |
| geniphursix@KaZaA | Ivete Sangalo, Banda Eva - beleza rara.mp3 | Ivete Sangalo, Banda Eva | 1,417KB | Audio |
| geniphursix@KaZaA | jacob miller- Tenement Yard.mp3 | Dennis Brown | 3,553KB | Audio |
| geniphursix@KaZaA | jada.kiss - kiss of death.mp3 | 36dôkiss | 5,228KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Jane Says.mp3 | Janes Addiction | 4,473KB | Audio |
| geniphursix@K.aZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson | 4,990KB | Audio |

My Participation Level Low (0)   Downloads (0)   Uploads (0)   2,890,177 users online, sharing 559,833,777 files (20,3) Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend | Download

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Janet Jackson - I Get So Lonely.mp3 | Janet Jackson | 4,990KB | Audio |
| geniphursix@KaZaA | Janet Jackson f Blackstreet - I get so lonely.mp3 | Janet Jackson f Blackstre… | 3,668KB | Audio |
| geniphursix@KaZaA | Fiona Apple - Nothing's Gonna Change the World.mp3 | Fionna Apple | 4,807KB | Audio |
| geniphursix@KaZaA | Floetry-Floetic.mp3 | Floetry | 3,887KB | Audio |
| geniphursix@KaZaA | Force MD's - Here I Go Again.mp3 | Force MD's | 5,034KB | Audio |
| geniphursix@KaZaA | Force MD's - Love is a House.mp3 | Force MD's | 3,568KB | Audio |
| geniphursix@KaZaA | Foxy Brown - Sorry (Reggae Mix).mp3 | Foxy Brown | 3,327KB | Audio |
| geniphursix@KaZaA | Frankie Beverly and Maze - Before I Let Go (Original).mp3 | Frankie Beverly Maze | 4,819KB | Audio |
| geniphursix@KaZaA | Frankie J - Don't Wanna Try.mp3 | Frankie J | 5,466KB | Audio |
| geniphursix@KaZaA | Frankie Ruiz - Puerto Rico.mp3 | Frankie Ruiz | 4,271KB | Audio |
| geniphursix@KaZaA | Free Style Dance Music-(Old School From The Hood),TKA… | TKA | 5,594KB | Audio |
| geniphursix@KaZaA | Freestyle - TKA - Maria.mp3 | TKA | 4,804KB | Audio |
| geniphursix@KaZaA | Freeze - AEIOU (and sometimes Y).mp3 | Freeze | 7,185KB | Audio |
| geniphursix@KaZaA | Joe - I Wanna Know.mp3 | Joe | 2,334KB | Audio |
| geniphursix@KaZaA | John Lennon - Instant Karma.mp3 | JOHN LENNON | 3,002KB | Audio |
| geniphursix@KaZaA | John Lennon - Mind Games.mp3 | John Lennon | 3,968KB | Audio |
| geniphursix@KaZaA | John Lennon - So This Is Christmas.mp3 | John Lennon | 3,372KB | Audio |
| geniphursix@KaZaA | John Lennon - Woman.mp3 | John Lennon | 3,246KB | Audio |
| geniphursix@KaZaA | Jordan Knight - Give It To You.mp3 | Jordan Knight | 4,494KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez (El Puma) - Dueño de nada.mp3 | | 4,918KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Jose Luis Rodriguez (El Puma) - Dueño de nada.mp3 | 3 | 4,918KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez (El Puma) - Te Propongo Separarnos (1... | Jose Luis Rodriguez | 4,104KB | Audio |
| geniphursix@KaZaA | Jose Luis rodriguez - te propongo separarnos. mp3 | Jose Luis Rodriguez | 4,104KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez - Voy a perder la cabeza por tu amor.... | Jose Luis Rodriguez | 5,202KB | Audio |
| geniphursix@KaZaA | Ibrahim ferrer - DeCubaSon.mp3 | Buena Vista Social Club | 4,222KB | Audio |
| geniphursix@KaZaA | Ice Cube - Today Was A Good Day (Instrumental).mp3 | Be. | 4,041KB | Audio |
| geniphursix@KaZaA | Ice Cube - You Know How We Do It.mp3 | Ice Cube | 3,658KB | Audio |
| geniphursix@KaZaA | If I Fell.mp3 | Beatles | 2,145KB | Audio |
| geniphursix@KaZaA | Immortal Technique - Creation_Destruction.mp3 | Immortal Technique | 2,834KB | Audio |
| geniphursix@KaZaA | Immortal Technique feat. Jean Grae, Pumpkinhead - The Il... | Immortal Technique | 3,341KB | Audio |
| geniphursix@KaZaA | INDIA-seducenme.mp3 | Dec promo | 4,992KB | Audio |
| geniphursix@KaZaA | Indian - Classical - Tabla - Sitar - Ravi Shankar + Zakir Huss... | Ravi Shankar | 9,983KB | Audio |
| geniphursix@KaZaA | Indian Songs - dilbar dilbar.mp3 | Sirf Tum | 5,374KB | Audio |
| geniphursix@KaZaA | Jose Luis Rodriguez - El Puma - (Baila mirumba).mp3 | Jose Luis Rodriguez | 6,095KB | Audio |
| geniphursix@KaZaA | Joyride_LadySaw.mp3 | Lady Saw | 3,328KB | Audio |
| geniphursix@KaZaA | Juan Luis Guerra - Burbujas de Amor.mp3 | Juan Luis Guerra | 3,931KB | Audio |
| geniphursix@KaZaA | juan luis guerra - de tu boca.mp3 | Juan Luis Guerra | 4,446KB | Audio |
| geniphursix@KaZaA | Junior Senior - Move your body.mp3 | Junior Senior | 2,833KB | Audio |
| geniphursix@KaZaA | Jurassic 5 f Mos Def - Jayo.mp3 | MOS DEF AND JURASSIC 5 | 3,820KB | Audio |
| geniphursix@KaZaA | Jurassic Five - In The Flesh.mp3 | Jurassic Five | 3,855KB | Audio |

My Participation Level: Low (0), Downloads=1, Uploads=2, 290,177 users online, sharing 553,833,777 files (20,31 TB). Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Jurassic Five - In The Flesh.mp3 | Jurassic Five | 3,855KB | Audio |
| geniphursix@KaZaA | Kaho Na Pyar Hai - Chand Sitare.mp3 | Kaho Naa Pyaar Hai | 6,217KB | Audio |
| geniphursix@KaZaA | KD Lang - You give me fever.mp3 | K D LANG | 1,267KB | Audio |
| geniphursix@KaZaA | Keith Murray, Mobb Deep, Fat Joe, Foxy Brown_LL Cool J... | K.Murray,MobbDeep,Fat ... | 4,724KB | Audio |
| geniphursix@KaZaA | kid Rock - Cowboy.mp3 | Kid Rock | 4,030KB | Audio |
| geniphursix@KaZaA | Killarmy - Doomsday.mp3 | Killarmy | 3,297KB | Audio |
| geniphursix@KaZaA | Kirsty MacColl_The Pogues - Miss Otis Regrets-Just One ... | Kirsty Maccoll_The Pogu... | 4,428KB | Audio |
| geniphursix@KaZaA | Kool And The Gang - She's Fresh (1).mp3 | Kool And The Gang | 5,320KB | Audio |
| geniphursix@KaZaA | Kool Moe Dee - I go to work.mp3 | Kool Moe Dee | 4,415KB | Audio |
| geniphursix@KaZaA | la vie est belle.mp3 | MC SOLAAR | 3,743KB | Audio |
| geniphursix@KaZaA | Lady Saw (Joyride Riddim) - Yuh Nuh Ready_Fuh Dis Yet-B... | Lady Saw | 3,294KB | Audio |
| geniphursix@KaZaA | Lastnight dj save my life.mp3 | Indeep. | 5,318KB | Audio |
| geniphursix@KaZaA | Mark Morrison - Return Of The Mack (1).mp3 | Mark Morrison | 3,335KB | Audio |
| geniphursix@KaZaA | Marvin Gaye - Too Busy Thinking About My Baby.mp3 | MARVIN_GAYE_-_TOO_B... | 2,796KB | Audio |
| geniphursix@KaZaA | Ludacris-Bla Bla (Instrumental) (1) (1).mp3 | 3 | 4,396KB | Audio |
| geniphursix@KaZaA | MALA FE Y FALO - REGGAETON (1).mp3 | Malafe_Falo | 2,161KB | Audio |
| geniphursix@KaZaA | Mano Chao_Tonino Carotone - La trampa.mp3 | Manu Chao_Tonino Caro... | 3,321KB | Audio |
| geniphursix@KaZaA | Manu Chao_Manu Negra - Mala vida.mp3 | Mano Negra | 2,735KB | Audio |
| geniphursix@KaZaA | manu chao-radio bemba - Bob Marley Song (Live).mp3 | Mano Negra | 4,314KB | Audio |
| geniphursix@KaZaA | Manu Chao - Bongo Bong.mp3 | Manu Chao | 4,426KB | Audio |

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Download | New Search | Search | Traffic | Shop | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@kaZaA | Manu Chao - Bongo Bongo.mp3 | Manu Chao | 4,426KB | Audio |
| geniphursix@kaZaA | Manu Chao - La primavera 05.mp3 | Manu Chao | 2,029KB | Audio |
| geniphursix@kaZaA | Manu Chao - Mr. Marley.mp3 | Manu Chao | 2,547KB | Audio |
| geniphursix@kaZaA | manu chao - Que hora son mi corazon.mp3 | Manu Chao_Mano Negra | 2,026KB | Audio |
| geniphursix@kaZaA | Manuchao - King of the Bongo.mp3 | Manu Chao | 4,384KB | Audio |
| geniphursix@kaZaA | manuchao - Mano negra.mp3 | Manu Chao | 1,625KB | Audio |
| geniphursix@kaZaA | Manuchao-me gustas tu.mp3 | Manu Chao | 3,388KB | Audio |
| geniphursix@kaZaA | Marc Anthony - No Sabes Como Duele.mp3 | Marc Anthony | 4,836KB | Audio |
| geniphursix@kaZaA | More Than Words -extreme.mp3 | eXtreme | 3,930KB | Audio |
| geniphursix@kaZaA | Mos Def, Pharieah Monch - Dead Prez_Last Emperor.mp3 | Dead Prez | 5,438KB | Audio |
| geniphursix@kaZaA | Oscar de Leon - Lloraras.mp3 | Oscar de Leon | 3,613KB | Audio |
| geniphursix@kaZaA | Outkast-Sorry Miss Jackson.mp3 | Outkast | 4,295KB | Audio |
| geniphursix@kaZaA | Luther Vandross - Here and Now.mp3 | Luther Vandross | 5,080KB | Audio |
| geniphursix@kaZaA | Lynyrd Skynyrd - Free Bird.mp3 | Lynard Skynard | 8,552KB | Audio |
| geniphursix@kaZaA | Mad Lion - Take It Easy (2).mp3 | Mad Lion | 4,443KB | Audio |
| geniphursix@kaZaA | Madonna - American Life (Missy Remix).mp3 | Madonna | 3,876KB | Audio |
| geniphursix@kaZaA | Madonna - Me_Against_The_Music.mp3 | Britney Spears fet. Mado... | 4,283KB | Audio |
| geniphursix@kaZaA | Musical Youth - Pass The Duchie.mp3 | Musical Youth | 5,715KB | Audio |
| geniphursix@kaZaA | Musiq Soulchild - Dont change.MP3 | Musiq Soulchild | 2,102KB | Audio |
| geniphursix@kaZaA | OGC_Heltah Skeltah ( Fab 5 ) - Leflur Lefla Eshoshka.mp3 | Boot Camp Click | 4,732KB | Audio |

My Participation Level: Low (0), Downloads: 1, Upload: 2,290,177 users online, sharing 559,833,777 files (20.3) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | OGC_Heltah Skeltah (Fab 5 ) - LeFlur LeFla Eshoshka.mp3 | Boot Camp Click | 4,732KB | Audio |
| geniphursix@KaZaA | Reggea - Mad Lion - Take It Easy.mp3 | Eagles | 3,914KB | Audio |
| geniphursix@KaZaA | Reggea en Espanol, Don Chezina - Playero Hits.3 (@.mp3 | reggae | 1,479KB | Audio |
| geniphursix@KaZaA | remix_tego_Fat joe_lean_back.mp3 | Tego and Fat Joe | 3,108KB | Audio |
| geniphursix@KaZaA | Remy Zero - Fair.mp3 | Remy Zero | 3,693KB | Audio |
| geniphursix@KaZaA | REO Speedwagon - Can't Fight This Feeling.mp3 | REO Speedwagon | 4,644KB | Audio |
| geniphursix@KaZaA | Resevoir dogs - Put the lime in the coconut.mp3 | Reservoir Dogs Soundtra... | 3,598KB | Audio |
| geniphursix@KaZaA | Ricardo Arjona - El Problema.mp3 | Ricardo Arjona | 3,844KB | Audio |
| geniphursix@KaZaA | Rick James_Tina Marie - Fire and Desire.mp3 | Rick James_Teena Marie | 6,846KB | Audio |
| geniphursix@KaZaA | RKelly_Hotel_ClubRNB.mp3 | R.Kelly ft. Cassidy | 6,408KB | Audio |
| geniphursix@KaZaA | Roberta Flack_Peabo Bryson - Tonight I Celebrate My_Lo... | Peabo Bryson_Roberta F... | 3,321KB | Audio |
| geniphursix@KaZaA | Roots - Hot Music.mp3 | The Roots | 3,877KB | Audio |
| geniphursix@KaZaA | Rosemary Clooney - Mambo Italiano.mp3 | Rosemary Clooney | 1,800KB | Audio |
| geniphursix@KaZaA | Roxette - Joyride.mp3 | Wayne Wonder/Baby Ch... | 3,315KB | Audio |
| geniphursix@KaZaA | Rude Boys - Written All Over Your Face.mp3 | Rude Boys | 5,952KB | Audio |
| geniphursix@KaZaA | Rusted Root - Ooga Chuga.mp3 | Hooked On A Feeling | 2,712KB | Audio |
| geniphursix@KaZaA | Temptations - I Wish It Would Rain.mp3 | Temptations | 2,647KB | Audio |
| geniphursix@KaZaA | Mos Def- Miss Fat Booty Part 2 featuring Ghostface Killah (... | Mos Def feat. Ghostface Kil... | 3,310KB | Audio |
| geniphursix@KaZaA | Murder Inc. - Lost Ugly - 50 Cent diss.mp3 | Murder Inc. | 3,434KB | Audio |
| geniphursix@KaZaA | Lisa Lisa_Cult Jam - Lost In Emotion.mp3 | Lisa Lisa_Cult Jam | 4,792KB | Audio |

# Kazaa - [Search]

File   View   Playte   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Lisa Lisa _Cult Jam - Lost In Emotion.mp3 | Lisa Lisa _Cult Jam | 4,792KB | Audio |
| geniphursix@KaZaA | POP Janis Joplin - Take another little peice of my heart.mp3 | Janis Joplin | 3,873KB | Audio |
| geniphursix@KaZaA | Porno Star (1).mp3 | G Unit. | 1,650KB | Audio |
| geniphursix@KaZaA | PR--Cibo Mato - Sugar Water.mp3 | Cibo Matto: | 3,152KB | Audio |
| geniphursix@KaZaA | public enemy - Dont The Believe The Hype.mp3 | Public Enemy | 6,238KB | Audio |
| geniphursix@KaZaA | Public Enemy - Rebel Without A Pause.mp3 | Public Enemy | 4,717KB | Audio |
| geniphursix@KaZaA | PublicEnemy - ShutemDown.mp3 | Public Enemy | 4,752KB | Audio |
| geniphursix@KaZaA | Pulp Fiction (theme).mp3 | Ventures* | 2,036KB | Audio |
| geniphursix@KaZaA | Pumpkinhead f. Immortal Technique - Brooklyn Academy.(m... | Immortal Technique | 4,349KB | Audio |
| geniphursix@KaZaA | Puta (1).mp3 | Latin Reggae | 2,902KB | Audio |
| geniphursix@KaZaA | Queen Latifah - Just Another Day.mp3 | Queen Latifah | 4,199KB | Audio |
| geniphursix@KaZaA | Quincy Jones -The Secret Garden (Sweet Seduction Suite)... | El Debarge | 6,231KB | Audio |
| geniphursix@KaZaA | R 'n B; Hip Hop mixes - Dj Mixes Rap Remix 2001 (2).mp3 | New Artist | 4,939KB | Audio |
| geniphursix@KaZaA | R Kelly U save me.wma | R. Kelly | 5,829KB | Audio |
| geniphursix@KaZaA | RB-Mary J Blige (feat.mp3 | Mary J. Blige/Ghostface ... | 4,052KB | Audio |
| geniphursix@KaZaA | Radiohead - Amnesiac - 06 - Knives Out.mp3 | Radiohead | 1,014KB | Audio |
| geniphursix@KaZaA | Radiohead - Amnesiac B-Sides - Fog.mp3 | Radiohead | 5,695KB | Audio |
| geniphursix@KaZaA | Radiohead - Been Thinking About You (Acoustic).mp3 | Radiohead | 2,004KB | Audio |
| geniphursix@KaZaA | Radiohead - Blow Out (acoustic with Portishead).mp3 | Radiohead: Portishead | 3,172KB | Audio |
| geniphursix@KaZaA | Radiohead - High and Dry.mp3 | Radiohead | 4,041KB | Audio |

My Participation Level: Low (0) | Downloads 1, Uploads 0 | 2,290,177 users online, sharing 555,333,777 files (20.3) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Radiohead - High and Dry.mp3 | Radiohead | 4,041KB | Audio |
| geniphursix@KaZaA | Radiohead - Kid A - 01 - Everything In Its Right Place.mp3 | Radiohead | 6,144KB | Audio |
| geniphursix@KaZaA | Old School Freestyle - Giggles - Love Letter (Club Mix).mp3 | Cynthia | 4,839KB | Audio |
| geniphursix@KaZaA | Old School Soundtrack - Wedding Singer.mp3 | Old School Soundtrack | 851KB | Audio |
| geniphursix@KaZaA | Old School Volume 2 - Bounce, Rock, Skate, Roll  Vaughn M... | Old School Volume 2 | 5,129KB | Audio |
| geniphursix@KaZaA | old school(rb)-Force MD's-tenderlove.mp3 | Full Force | 3,666KB | Audio |
| geniphursix@KaZaA | Ravi Shankar  Ustad Vilayat Khan Raga: Desi-Roopak:Taa... | Ravi Shankar | 12,506KB | Audio |
| geniphursix@KaZaA | Ravi Shankar - Sitar - Raga:Jhinjhoti (Alap, Jod, Jhala ,Ga:... | Ravi Shankar | 9,150KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - 06 - The Zepher Song.mp3 | Red Hot Chili Peppers | 3,649KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Love Rollercoaster.mp3 | Red Hot Chili Peppers | 4,306KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Soul Squeeze.mp3 | Chili Peppers: | 4,580KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Under The Bridge.mp3 | Red Hot Chili Peppers | 3,613KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers- Californication.mp3 | Red Hot Chili Peppers | 5,048KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers- Scar Tissue .mp3 | Red Hot Chili Peppers | 3,396KB | Audio |
| geniphursix@KaZaA | REGEA-Sean Paul, Beenie, Buju Banton - Playa's (remix)-m... | Red Hot Chili Peppers | 2,076KB | Audio |
| geniphursix@KaZaA | reggae~ Anthony B., Sizzla  Luciano - 3 Wise Men - Punch... | Sean Paul | 3,983KB | Audio |
| geniphursix@KaZaA | reggae - If I was a rich girl.mp3 | Luciano | 4,273KB | Audio |
| geniphursix@KaZaA | Reggae - Sean Paul - Mercury Riddim.mp3 | Reggae | 3,292KB | Audio |
| geniphursix@KaZaA | The Eagle-Wasted Time.mp3 | Sean Paul | 4,643KB | Audio |
| geniphursix@KaZaA | The new, Beenie Man, Sean Paul, Buju Banton, Devonte ... | Eagles | 13,335KB | Audio |
| | | Reggae | | Audio |

My Participation Level: Low (0), Downloads: 1, Upld: 1 | 2,290,177 users online, sharing 553,833,777 files (20,731 Node sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | The.new, Beenie Man, Sean Paul, Buju Banton, Devonte_... | Reggae | 13,335KB | Audio |
| geniphursix@KaZaA | The.Pogues_Sinead.O'Connor - Haunted.mp3 | The Pogues and Sinead O... | 3,904KB | Audio |
| geniphursix@KaZaA | the.roots -- dont.say nuthin (1).mp3 | The.Roots | 3,312KB | Audio |
| geniphursix@KaZaA | The.Smiths - Ask.mp3 | The.Smiths | 2,997KB | Audio |
| geniphursix@KaZaA | The.Smiths - I Am Human.mp3 | The.Smiths | 3,179KB | Audio |
| geniphursix@KaZaA | The.Smiths - I'm so sorry.mp3 | The.Smiths | 3,681KB | Audio |
| geniphursix@KaZaA | The.Strokes - A Minor.4+4 (Live, Arlene Grocery 4-29-00)_... | The.Strokes | 2,913KB | Audio |
| geniphursix@KaZaA | The.Whistle Song -by- Frankie Knuckles (1).mp3 | Frankie Knuckles | 6,026KB | Audio |
| geniphursix@KaZaA | timbalada - Na Ilha Grande.mp3 | Timbalada | 4,001KB | Audio |
| geniphursix@KaZaA | Tina Turner_Barry White - In Your Wildest Dreams.mp3 | Barry White | 3,632KB | Audio |
| geniphursix@KaZaA | 17 Talib Kweli ft Jay-Z and Busta Rhymes - Get By (Remix)_... | Talib Kweli Ft Jay-z and B... | 5,768KB | Audio |
| geniphursix@KaZaA | Radiohead - Stop Whispering (Live Acoustic).mp3 | Radiohead | 3,465KB | Audio |
| geniphursix@KaZaA | Radiohead - Wonderwall (acoustic).mp3 | Radiohead | 1,194KB | Audio |
| geniphursix@KaZaA | Ran Kan Kan (1).mp3 | Buena vista Social Club | 2,833KB | Audio |
| geniphursix@KaZaA | ranking stone - Los Mas Buscados.mp3 | Reggaeton | 2,273KB | Audio |
| geniphursix@KaZaA | Siouxsie_the Banshees - Kiss Them For Me.mp3 | Siouxsie_The Banshees | 1,156KB | Audio |
| geniphursix@KaZaA | Skee Lo - I Wish.mp3 | Skeelo | 3,891KB | Audio |
| geniphursix@KaZaA | Slow Jams - Roberta Flack_Donny Hathaway - The Closer_... | Roberta Flack | 4,413KB | Audio |
| geniphursix@KaZaA | Slow Jamz.mp3 | Twista ft. Kanye West | 3,216KB | Audio |
| geniphursix@KaZaA | Slow Songs - Brian Mcknight - I Want You Now.mp3 | Brian McKnight | 4,875KB | Audio |

My Participation Level: Low (0), Downloads: Low (0), 177 users online, sharing 559,833,777 files (20,3)... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| Filename | User | Artist | Size | Media Type |
|---|---|---|---|---|
| Slow Songs - Brian Mcknight - I Want You Now.mp3 | geniphursix@KaZaA | Brian McKnight | 4,875KB | Audio |
| Smash Mouth - I Get Knocked Down.mp3 | geniphursix@KaZaA | Chumbawumba | 3,318KB | Audio |
| Smashing Pumpkins, Radiohead - Smashmouth - comfortab... | geniphursix@KaZaA | Radiohead | 5,048KB | Audio |
| Smashmouth - Walking on the Sun (1).mp3 | geniphursix@KaZaA | Smash Mouth | 2,835KB | Audio |
| So Nice - Stan Getz, Astrud Gilberto .mp3 | geniphursix@KaZaA | Astrud_Joao Gilberto | 2,558KB | Audio |
| Soca 2003 - Rupee - Tempted 2 Touch.mp3 | geniphursix@KaZaA | Kevin Little | 3,587KB | Audio |
| Soft Rock - U2 - With or Without You.mp3 | geniphursix@KaZaA | U2 | 4,626KB | Audio |
| SPANISH REGGAE MIX - La Cripta Megamix 2002.ELCHOM... | geniphursix@KaZaA | Reggaeton | 7,944KB | Audio |
| Sparklehorse and Radiohead - Wish You Were Here.mp3 | geniphursix@KaZaA | Radiohead_Sparklehorse | 6,511KB | Audio |
| Special Ed - The Mission.mp3 | geniphursix@KaZaA | Special Ed | 3,714KB | Audio |
| Statler Brothers - Flowers On The Wall.mp3 | geniphursix@KaZaA | Pulp Fiction Soundtrack | 2,273KB | Audio |
| Steel Pulse - Wild Goose Chase.mp3 | geniphursix@KaZaA | Steel Pulse | 5,322KB | Audio |
| Stevie B - One More Try (1).mp3 | geniphursix@KaZaA | Stevie B | 3,273KB | Audio |
| Stevie Wonder - Happy Birthday.mp3 | geniphursix@KaZaA | Stevie Wonder | 5,595KB | Audio |
| Stevie Wonder - My Cherie Amour.mp3 | geniphursix@KaZaA | Stevie Wonder; | 2,684KB | Audio |
| Stevie Wonder - Over Joy.mp3 | geniphursix@KaZaA | Stevie Wonder | 3,458KB | Audio |
| Sublime - Under My Voodoo - Sublime - 13.mp3 | geniphursix@KaZaA | Sublime | 3,217KB | Audio |
| Sugar Sugar.mp3 | geniphursix@KaZaA | Baby Beesh_Frankie J | 3,444KB | Audio |
| Sunz of Man - Killarmy - Soldiers Of Darkness.mp3 | geniphursix@KaZaA | Killarmy | 5,653KB | Audio |
| Suzanne Vega - Luka.mp3 | geniphursix@KaZaA | Suzanne Vega | 3,524KB | Audio |

My Participation Level: Low (0)  Downloads: 1  Uploads: 2,290,177 users online, sharing 953,838,777 files (20) [3] Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Suzanne Vega - Luka.mp3 | Suzanne Vega | 3,624KB | Audio |
| geniphursix@KaZaA | Swv Feat Missy Elliot Timbaland - Can We Get Kinky Toni… | Swv | 4,598KB | Audio |
| geniphursix@KaZaA | Syleena Johnson - Tonight Im Gonna Let Go.mp3 | Busta Ryhmes Feat Selen… | 3,770KB | Audio |
| geniphursix@KaZaA | Sade - Ill Be There.mp3 | Sade | 4,286KB | Audio |
| geniphursix@KaZaA | Sade - No Ordinary Love.mp3 | Sade | 6,869KB | Audio |
| geniphursix@KaZaA | Salsa - El Gran Combo de Puerto Rico - Ojos chinos.mp3 | Salsa | 4,079KB | Audio |
| geniphursix@KaZaA | Salsa - No le pege a la negra.mp3 | Joe Arroyo | 5,966KB | Audio |
| geniphursix@KaZaA | Salsa Cuba.MP3 | Buena Vista Social Club | 2,466KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - Building a Mystery .mp3 | Sarah Mcglaughlin | 3,864KB | Audio |
| geniphursix@KaZaA | Sarah Mcglaughlin - I Will Remeber You.mp3 | Sarah Mclachlan | 3,965KB | Audio |
| geniphursix@KaZaA | Scarface 2Pac Jonny P - Smile for me now.mp3 | 2pac | 4,704KB | Audio |
| geniphursix@KaZaA | Schooly D - Housing the Joint.mp3 | OLD SCHOOL RAP school… | 3,927KB | Audio |
| geniphursix@KaZaA | Sean Paul - Deport Dem.mp3 | reggae | 2,953KB | Audio |
| geniphursix@KaZaA | Sean Paul - Infiltrate.mp3 | Reggae    Beenie man ses… | 3,410KB | Audio |
| geniphursix@KaZaA | sean paul - nah get no bligh.mp3 | E.D+ | 3,630KB | Audio |
| geniphursix@KaZaA | Sean Paul - West Indies.mp3 | Sean Paul, Square One | 1,881KB | Audio |
| geniphursix@KaZaA | Sergio Mendez, Brazil 66 - The Waters Of March.mp3 | Sergio Mendes | 3,578KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Abailarde - Track 02 - Abailarde.mp3 | Tego Calderon | 1,585KB | Audio |
| geniphursix@KaZaA | Tego Calderon - El Abailarde - Track 03 - Al Natural.mp3 | Tego Calderon | 1,670KB | Audio |
| geniphursix@KaZaA | Tevin Campbell - Break It Down.mp3 | Tevin Campbell | 4,034KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic. | Shop. | Tell A Friend

NewSearch | Download · Search · Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tevin Campbell - Break It Down.mp3 | Tevin Campbell | 4,034KB | Audio |
| geniphursix@KaZaA | Tevin Campbell - Can We Talk.mp3 | Tevin Campbell | 4,208KB | Audio |
| geniphursix@KaZaA | Thats What Im Looking For.mp3 | Da Brat | 3,478KB | Audio |
| geniphursix@KaZaA | The Beatles - In My Life.mp3 | The Beatles | 2,310KB | Audio |
| geniphursix@KaZaA | The Beatnuts - 07 - Look Around (Feat Dead Prez).mp3 | Beatnuts w/Dead Prez | 4,970KB | Audio |
| geniphursix@KaZaA | The Cure - Friday I'm in Love.mp3 | The Cure | 3,407KB | Audio |
| geniphursix@KaZaA | the cure - Ill stop the world.mp3 | The Cure | 3,564KB | Audio |
| geniphursix@KaZaA | The Cure - Just Like Heaven.mp3 | Cure, The | 3,330KB | Audio |
| geniphursix@KaZaA | Street Jams-Afrika Bambaataa - Looking For The Perfect... | Soul Sonic Force | 4,344KB | Audio |
| geniphursix@KaZaA | Styles P Feat. Pahroahe Monch - My Life.mp3 | Pharoahe Monch | 3,923KB | Audio |
| geniphursix@KaZaA | Styles P ft. Pharoah Monch - My Life.mp3 | Styles P Ft. Pharoah Mon... | 3,337KB | Audio |
| geniphursix@KaZaA | TLC-Dont Go Chasing Waterfalls.mp3 | TLC | 3,976KB | Audio |
| geniphursix@KaZaA | tok-- Pengeleng (Hard Drive Riddim).mp3 | T.O.K. | 3,549KB | Audio |
| geniphursix@KaZaA | Tom Jobim - Corcovado (Astrud Gilberto, João Gilberto, To... | Antonio Carlos Jobim | 4,050KB | Audio |
| geniphursix@KaZaA | Tori Amos - (live) - Summertime (Janis Joplin cover).mp3 | Billy Holliday | 2,348KB | Audio |
| geniphursix@KaZaA | Total - Kissing You.mp3 | Total | 3,712KB | Audio |
| geniphursix@KaZaA | Total feat. Biggie - Can't You See.mp3 | Total f. Notorious BIG | 4,574KB | Audio |
| geniphursix@KaZaA | Totally 80's- Totally Eclipse Of The Heart (1).mp3 | 80's | 3,887KB | Audio |
| geniphursix@KaZaA | Touchtone.Terrorists - Malcom X-Stamp.mp3 | Touch Tone Terrorists | 3,347KB | Audio |
| geniphursix@KaZaA | Tracy Chapman - If you wait for me.mp3 | Tracy Chapman | 5,116KB | Audio |

My Participation Level: Low (0), Downloads 1, Upload 2,690,177 users online, sharing 553,833,777 files (2013) [Not sharing any files]

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shops | Tell A Friend

New search | Download | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Tracy Chapman - If you wait for me.mp3 | Tracy Chapman | 5,116KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Don't Treat Me Like A Stranger.mp3 | Travelling Wilburys | 2,955KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Handle With Care.mp3 | Travelling Wilbury | 3,113KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Last Night.mp3 | Travelling Wilburys | 3,616KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Alright.mp3 | Travelling Wilburys | 3,218KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - You Took My Breath Away.mp3 | Travelling Wilburys | 3,885KB | Audio |
| geniphursix@KaZaA | TRIP HOP-Cibo Mato -Spoon.mp3 | Cibo Matto | 3,860KB | Audio |
| geniphursix@KaZaA | Tupac - My Ambitions as a Rider.mp3 | Tupac | 3,289KB | Audio |
| geniphursix@KaZaA | Tyrone Davis - Thats The Way I Feel About You.mp3 | Bonnie Hathaway | 3,410KB | Audio |
| geniphursix@KaZaA | u-make-me-wanna-jadakiss-ftg-mariah (1).mp3 | Jadakiss | 4,866KB | Audio |
| geniphursix@KaZaA | U2 - Beautiful Day.mp3 | U2 | 3,833KB | Audio |
| geniphursix@KaZaA | U2 - Mysterious Ways.mp3 | U2 | 3,807KB | Audio |
| geniphursix@KaZaA | US3 - Cantaloop.mp3 | US3 | 4,364KB | Audio |
| geniphursix@KaZaA | utfo - Fly girl.mp3 | UTFO | 5,237KB | Audio |
| geniphursix@KaZaA | Van Morrison - Into The Mystic (1).mp3 | Van Morrison | 3,289KB | Audio |
| geniphursix@KaZaA | Vaughn Mason _ Crew - Bounce Rock Skate Roll (Extende... | Vaughn Mason _ Crew | 7,073KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Crimson and Clover .mp3 | The Strokes | 4,440KB | Audio |
| geniphursix@KaZaA | Van Morrison_The Chieftains - Irish Heartbeat - 08 - Celtic... | Chieftains and Van Morris... | 4,826KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Sweet GI Jane (fulllength version)... | The Velvet Underground | 3,904KB | Audio |
| geniphursix@KaZaA | Velvet Underground - Sweet Jane.mp3 | The Velvet Underground | 3,863KB | Audio |

My Participation Level: Low (0), Downloads:1, Up(0), 2,290,177 users online, sharing 555,333,777 files (20,13 | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search

New Search | Download | Search | Shop | Traffic | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Velvet Underground - Sweet Jane.mp3 | The Velvet Underground | 3,868KB | Audio |
| geniphursix@KaZaA | Wayne Wonder - Anything Goes feat. CNN -Mr Lex.mp3 | Wayne Wonder feat. CNN... | 3,814KB | Audio |
| geniphursix@KaZaA | wayne-wonder- bashment girl.mp3 | Wayne Wonder | 3,353KB | Audio |
| geniphursix@KaZaA | Weezer - The Sweater Song.mp3 | Weezer | 4,775KB | Audio |
| geniphursix@KaZaA | Will Smith - Parents Just Don't Understand.mp3 | Will Smith | 4,990KB | Audio |
| geniphursix@KaZaA | Willie Rosario, Gilberto Santa Rosa Y Tony Vega (CORSO) -... | Gilberto Santa Rosa Y Ton... | 3,596KB | Audio |
| geniphursix@KaZaA | Willy Colon - Simon (1).mp3 | Ch | 5,708KB | Audio |
| geniphursix@KaZaA | Willy colon y rey sepulveda - no vale la pena enamorarse.... | Willy | 5,546KB | Audio |
| geniphursix@KaZaA | 2 Latin Salsa - Hector Lavo (1).mp3 | Héctor Lavoe | 4,892KB | Audio |
| geniphursix@KaZaA | Zach de la Rocha, KRS ONE - CIA.mp3 | KRS-One, Last Emperor... | 5,014KB | Audio |
| geniphursix@KaZaA | Zhane - Sending My Love (1).mp3 | Zhane | 3,454KB | Audio |
| geniphursix@KaZaA | Zombies - Time of the Season.mp3 | Zombies | 3,339KB | Audio |
| geniphursix@KaZaA | ZTMidMusic - Radiohead - 2(Unreleased Live Only - 2001 R... | Radiohead | 3,801KB | Audio |
| geniphursix@KaZaA | Zwan - Don't Let Me Down.mp3 | Zwan | 4,010KB | Audio |
| geniphursix@KaZaA | Zwan - Honestly.mp3 | Zwan | 5,114KB | Audio |
| geniphursix@KaZaA | Whispers - Olivia (Lost And Turned Out).mp3 | Whispers | 3,870KB | Audio |
| geniphursix@KaZaA | El Gran Combo - Ojos Chinos.mp3 | El Gran Combo de Puerto... | 4,082KB | Audio |
| geniphursix@KaZaA | Miles Davis - Kind of Blue - 01 - So What.mp3 | MVP featuring Frank Gam... | 9,127KB | Audio |
| geniphursix@KaZaA | Patti LaBelle Feat. Ron Isley - Gotta Go Solo.mp3 | Patti LaBelle feat. Ron Isl... | 4,382KB | Audio |

Sade - The Sweetest Taboo.mp3 | Sade | 4,332KB | Audio

My Participation Level: Low (0). Downloads: 1, Uploads: 0. 77 users online. Sharing 553,835,777 files (20.8) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New Search | Search | Shop | Traffic | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Sade - The Sweetest Taboo.mp3 | Sade | 4,332KB | Audio |
| geniphursix@KaZaA | (03) Ja Rule - Mesmerize ft.wma | Ja Rule | 2,749KB | Audio |
| geniphursix@KaZaA | (71) black eyed peas-elephunk-where is the love.mp3 | Black Eyed Peas feat. Just.. | 3,555KB | Audio |
| geniphursix@KaZaA | elephunk-labor day (it's a holiday);black eyed peas.mp3 | black eyed peas | 2,237KB | Audio |
| geniphursix@KaZaA | 02-cd2-jay-z-guns_and_roses_feat_lenny_kravitz-( www...... | - ( www.Mp3s.4-all.org ) - | 4,150KB | Audio |
| geniphursix@KaZaA | 03 Madonna - Im so stupid -21stcentury.mp3 | - ( www.Mp3s.4-all.org ) - | 5,831KB | Audio |
| geniphursix@KaZaA | 04 - Sheryl Crow - The First Cut Is The Deepest.wma | sheryl crow | 2,243KB | Audio |
| geniphursix@KaZaA | 05 --the-hand-that-rocks-the-cradle.mp3 | The Smiths | 4,342KB | Audio |
| geniphursix@KaZaA | 05 Madonna - Nobody knows me -21stcentury.mp3 | Madonna | 6,557KB | Audio |
| geniphursix@KaZaA | 06-nothing_falls-wax.mp3 | Madonna | 6,768KB | Audio |
| geniphursix@KaZaA | 09 That's It That's All.mp3 | Beastie Boys | 3,181KB | Audio |
| geniphursix@KaZaA | 11 - Easy Ride .mp3 | Madonna | 7,155KB | Audio |
| geniphursix@KaZaA | reggaetonunderground+indeletemasdel.mp3 | Trebol Clan Ft. Hector y T.. | 3,326KB | Audio |
| geniphursix@KaZaA | 11 Madonna - Easy ride -21stcentury.mp3 | Madonna | 7,156KB | Audio |
| geniphursix@KaZaA | BEASTIE BOYS_it takes time to build_to the 5 boroughs.mp3 | Beastie Boys | 6,737KB | Audio |
| geniphursix@KaZaA | The Smiths - Hand In Glove.mp3 | The Smiths | 3,205KB | Audio |
| geniphursix@KaZaA | The Smiths - Suffer Little Children.mp3 | The Smiths | 5,122KB | Audio |
| geniphursix@KaZaA | 06 - Oh Marie.mp3 | Mob Hits | 2,330KB | Audio |
| geniphursix@KaZaA | 06 Me_I Dont Love Her.mp3 | Clipse Feat. Faith Evans | 4,026KB | Audio |
| geniphursix@KaZaA | 08-g-unit-betta_ask_somebody-rns.mp3 | G-Unit | 5,464KB | Audio |

My Participation Level: Low (0)    Downloads: 1,    Uploads: 2,290.    177 users online, sharing 593,833,777 files (9.93) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | 08-g-unit-betta_ask_somebody-rns.mp3 | G-Unit | 5,464KB | Audio |
| geniphursix@KaZaA | 08-gangstarr-nice_girl_wrong_place_ft_jadakiss-wcr.mp3 | Gangstarr | 4,999KB | Audio |
| geniphursix@KaZaA | 08-the_roots-i_dont_care-ftd.mp3 | The Roots | 5,696KB | Audio |
| geniphursix@KaZaA | 086-Hollis_P_Monroe-I'm_lonely-Llev-eD2k.mp3 | Hollis P Monroe | 4,444KB | Audio |
| geniphursix@KaZaA | 09 - Diamond Dogs - Beck.mp3 | Beck | 4,286KB | Audio |
| geniphursix@KaZaA | 09 - Various - Basement Jaxx - Where's Your Head At.mp3 | Basement Jaxx | 5,636KB | Audio |
| geniphursix@KaZaA | 09-g-unit-footprints-rns.mp3 | G-Unit | 6,130KB | Audio |
| geniphursix@KaZaA | 09*gangstarr-peace_of_mine-wcr.mp3 | Gangstarr | 4,292KB | Audio |
| geniphursix@KaZaA | 09-One Call Away (ft. J_Weav).mp3 | Chingy | 4,327KB | Audio |
| geniphursix@KaZaA | 10-beyonce-thats_how_you_like_it_ft_Jay-z-esc.mp3 | Beyonce | 5,138KB | Audio |
| geniphursix@KaZaA | 10-slum_village-keep_holding_on_feat_melanie-mob.mp3 | Slum Village | 5,194KB | Audio |
| geniphursix@KaZaA | 11-cody_chestnutt-if_we_dont_disagree-cms.mp3 | Cody Chestnutt | 4,774KB | Audio |
| geniphursix@KaZaA | 11-tony_yayo_and_g-unit-reunion-0mni.mp3 | Tony Yayo and G-Unit | 2,638KB | Audio |
| geniphursix@KaZaA | 116-r_kelly-snake_(feat_bigger)-0mni.mp3 | R. Kelly | 6,842KB | Audio |
| geniphursix@KaZaA | 16-gangstarr-in_this_life_ft_snoop_dogg_uncle_reo-wcr.... | Gangstarr | 4,380KB | Audio |
| geniphursix@KaZaA | 14-the brouhaha.mp3 | Beastie Boys | 3,123KB | Audio |
| geniphursix@KaZaA | 14-what_we_do_for_love_ft_slick_rick-supermp3s.mp3 | De La Soul | 4,764KB | Audio |
| geniphursix@KaZaA | 15-wayne_wonder-enemies_feat_surprize-cms.mp3 | Wayne Wonder | 5,097KB | Audio |
| geniphursix@KaZaA | 2pac - My Block (Remix).mp3 | Tupac | 4,764KB | Audio |
| geniphursix@KaZaA | 6-Trible Trouble.mp3 | Beastie Boys | 3,828KB | Audio |