Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New Search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | 6-Triple Trouble.mp3 | Beastie Boys | 3,828KB | Audio |
| geniphursix@KaZaA | 8 - Beanie Sigel - Change.mp3 | Beanie Sigel | 2,936KB | Audio |
| geniphursix@KaZaA | Adina Howard - Freak Like Me (1).mp3 | Adina Howard | 2,970KB | Audio |
| geniphursix@KaZaA | Adriano Celentano- Tu Vuo Fa L'Americano .mp3 | Adriano Celentano | 2,856KB | Audio |
| geniphursix@KaZaA | alcione - sufoco.mp3 | various artists (compiled ... | 3,860KB | Audio |
| geniphursix@KaZaA | Alcione, Emilio Santiago e Carlinhos de Jesus - Alô Alô Brasil... | Alcione, Emilio Santiago e... | 4,272KB | Audio |
| geniphursix@KaZaA | America - A Horse With No Name.mp3 | America | 4,190KB | Audio |
| geniphursix@KaZaA | Angie Stone - Mahogany Soul 12 Mad Issues.mp3 | Angie Stone | 4,522KB | Audio |
| geniphursix@KaZaA | Aphex Twin - Devils Haircut.mp3 | Beck | 3,034KB | Audio |
| geniphursix@KaZaA | Araketu.mp3 | Asa de Aguia | 2,508KB | Audio |
| geniphursix@KaZaA | Astor Piazzolla - Adios Nonino.mp3 | Caetano Veloso _Chico B... | 5,264KB | Audio |
| geniphursix@KaZaA | Bad Brains - The Youth Are Getting Restless.mp3 | Bad Brains | 3,727KB | Audio |
| geniphursix@KaZaA | Bananarama - Cruel Summer.mp3 | Bananarama | 3,224KB | Audio |
| geniphursix@KaZaA | banda eva - Alô paixão - ao vivo.mp3 | Banda Eva | 4,034KB | Audio |
| geniphursix@KaZaA | beck - cold brains.mp3 | Beck | 3,462KB | Audio |
| geniphursix@KaZaA | Beck - Lost Cause.mp3 | Beck | 3,625KB | Audio |
| geniphursix@KaZaA | Beck - Sexx Laws.mp3 | Beck | 3,443KB | Audio |
| geniphursix@KaZaA | Beck - Tropicalia.mp3 | Beck | 3,131KB | Audio |
| geniphursix@KaZaA | Bend Down Low.mp3 | Bob Marley | 3,578KB | Audio |
| geniphursix@KaZaA | Benefit Feat. Eminem - Proceed With Caution.mp3 | benefit ft eminem | 4,603KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploads: 0  ... users online, sharing 559,333,777 files (2,031,...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download    Search    Traffic    Shop    Tell A Friend

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Benefit Feat. Eminem - Proceed With Caution.mp3 | benefit ft eminem | 4,603KB | Audio |
| geniphursix@KaZaA | big pun - 100 percent.mp3 | Big Punisher | 5,425KB | Audio |
| geniphursix@KaZaA | Black 47 - 40 Shades of Blue.mp3 | Black 47 | 5,173KB | Audio |
| geniphursix@KaZaA | Black 47 - Fire and Freedom.mp3 | Black 47 | 4,525KB | Audio |
| geniphursix@KaZaA | Black 47 - I Ain't Marchin' Anymore.mp3 | Black 47 | 3,009KB | Audio |
| geniphursix@KaZaA | Black 47 - Rockin The Bronx.mp3 | Black 47 | 3,798KB | Audio |
| geniphursix@KaZaA | Blackmoon - Buck 'Em Down (Vinyl Rmx).mp3 | Black Moon | 4,578KB | Audio |
| geniphursix@KaZaA | blackstar - brown skin lady.mp3 | Mos Def_Talib Kweli | 5,420KB | Audio |
| geniphursix@KaZaA | Blast from the past; Mr. Zoot Suit.mp3 | Flying Neutrinos; | 3,442KB | Audio |
| geniphursix@KaZaA | Buena Vista Social Club - ok - Siboney.mp3 | Buena Vista Social Club | 2,390KB | Audio |
| geniphursix@KaZaA | Busta Rhymes - It Ain't Safe No More - 10 - Taste It.wma | Busta Rhymes. | 2,241KB | Audio |
| geniphursix@KaZaA | Chiclete com Banana - Se Me Chamar Eu Vou.mp3 | Chiclete com Banana | 3,142KB | Audio |
| geniphursix@KaZaA | Mos Def_Talib Kweli - Black Star - 12 - Thieves in the Night... | Mos Def_Talib Kweli | 4,959KB | Audio |
| geniphursix@KaZaA | Chico Buarque - Fado Tropical.mp3 | Chico Buarque. | 3,928KB | Audio |
| geniphursix@KaZaA | Chico Buarque- Angelica.mp3 | Chico Buarque. | 2,932KB | Audio |
| geniphursix@KaZaA | Chocolate.mp3 | Kylie Minogue | 7,051KB | Audio |
| geniphursix@KaZaA | Cibo Mato - Je T'aime Moi Non Plus.mp3 | Cibo Matto | 4,066KB | Audio |
| geniphursix@KaZaA | Cibo Matto - moorichild.mp3 | Cibo Matto | 3,416KB | Audio |
| geniphursix@KaZaA | Coldplay - Politik.mp3 | Coldplay | 3,089KB | Audio |
| geniphursix@KaZaA | Cure, the - Pictures of You.mp3 | The Cure | 4,458KB | Audio |

My Participation Level: Low (0). Downloads: 1, Up: 0. 2,290,177 users online. Sharing 559,833,777 files (20.3. Not sharing any files.

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Cure - Pictures of You.mp3 | The Cure | 4,456KB | Audio |
| geniphursix@KaZaA | Damien Rice - The blowers daughter.mp3 | Damien Rice | 4,449KB | Audio |
| geniphursix@KaZaA | dan the automater - bombay the hard way - 13 - uptown b... | DJ Shadow | 2,883KB | Audio |
| geniphursix@KaZaA | Dance Hall. T.O.K. - She's Hot.mp3 | TOK | 3,278KB | Audio |
| geniphursix@KaZaA | the cure - why can't i be you.mp3 | The Cure | 2,276KB | Audio |
| geniphursix@KaZaA | De La Soul - Breakadawn.mp3 | De La Soul | 3,974KB | Audio |
| geniphursix@KaZaA | dead_prez - mind sex (real version).mp3 | Dead Prez | 6,820KB | Audio |
| geniphursix@KaZaA | Dead Prezidents_Talib Kweli - Sharp Shooters.mp3 | Dead Prez_Talib Kweli | 4,024KB | Audio |
| geniphursix@KaZaA | Disturbed - Down With The Sickness.mp3 | Disturbed | 4,356KB | Audio |
| geniphursix@KaZaA | Dj Soul Slinger - Jungle Liquid Sky.mp3 | DJ Soul Slinger | 5,617KB | Audio |
| geniphursix@KaZaA | DMX - Mr. Vegas, Sean Paul - Here comes da Boom.mp3 | Dmx , Sean Paul_Mr. Ve... | 3,164KB | Audio |
| geniphursix@KaZaA | donnie elbert - What Can I Do.mp3 | Donnie Elbert | 2,129KB | Audio |
| geniphursix@KaZaA | Eagles - Heartache Tonight.mp3 | Eagles | 4,133KB | Audio |
| geniphursix@KaZaA | Eagles - In The City.mp3 | Eagles | 5,819KB | Audio |
| geniphursix@KaZaA | Eagles - New York Minute.mp3 | Eagles | 6,215KB | Audio |
| geniphursix@KaZaA | Eagles - Witchy Woman.mp3 | Eagles | 3,912KB | Audio |
| geniphursix@KaZaA | Eddie Palmeri - Puerto Rico.mp3 | Eddie Palmeri | 6,510KB | Audio |
| geniphursix@KaZaA | Edih Piaf - Non Je Ne Regrette Rien.mp3 | Edih Piaf | 2,206KB | Audio |
| geniphursix@KaZaA | Elis Regina_Tom Jobim - Corcovado.mp3 | Antonio-Carlos Jobim_Eli... | 3,632KB | Audio |
| geniphursix@KaZaA | Fight Club Soundtrack - This is Your Life.mp3 | The Juliana Theory | 3,373KB | Audio |

My Participation Level: Low (0), Downloads:1, Uploads:290,177 users online, sharing 559,838,777 files (20.3). Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Download   Search   Traffic   Shop   Tell A Friend

New search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Fight Club Soundtrack - This is Your Life.mp3 | The Juliana Theory | 3,373KB | Audio |
| geniphursix@KaZaA | Fleetwood Mac - The Chain.mp3 | Fleetwood Mac | 4,227KB | Audio |
| geniphursix@KaZaA | Frou Frou - Let Go.mp3 | Frou Frou | 3,970KB | Audio |
| geniphursix@KaZaA | Fábio Jr. - Só você.mp3 | Fábio Júnior | 3,198KB | Audio |
| geniphursix@KaZaA | Gabriel O Pensador - Cachimbo.mp3 | Gabriel O Pensador | 5,193KB | Audio |
| geniphursix@KaZaA | Gang_star-deadly_habitz_(snippet)-9sf.mp3 | Gang Starr | 2,307KB | Audio |
| geniphursix@KaZaA | Genuine - Differences.mp3 | Ginuwine | 3,631KB | Audio |
| geniphursix@KaZaA | George Michael - Freedom.mp3 | George Michael | 6,109KB | Audio |
| geniphursix@KaZaA | George Michael - I went your sex (part II).mp3 | George Michael | 4,341KB | Audio |
| geniphursix@KaZaA | George Michael Flawless (Go to the City) 7.mp3 | George Michael | 9,619KB | Audio |
| geniphursix@KaZaA | george.michael-amazing.mp3 | George Michael | 4,117KB | Audio |
| geniphursix@KaZaA | Gerald Levert - Closure.mp3 | Gerald Levert | 6,656KB | Audio |
| geniphursix@KaZaA | Ghostface Killa- Iron maiden.mp3 | Ghostface Killah | 4,479KB | Audio |
| geniphursix@KaZaA | Ghostface Killah - Ironman - Poisonous Darts.mp3 | Ghostface Killah | 2,118KB | Audio |
| geniphursix@KaZaA | Ghosttown DJ's - My_Boo.mp3 | Ghosttown DJ's | 5,504KB | Audio |
| geniphursix@KaZaA | Gil Scott-Heron, Brian Jackson - The Bottle (live).mp3 | Scott-Heron, Gil - Jackson.. | 13,994KB | Audio |
| geniphursix@KaZaA | Ginuwine - 05- In Those Jeans - simplemp3s.mp3 | Ginuwine | 5,708KB | Audio |
| geniphursix@KaZaA | Grave Diggaz -1-800 Suicide.mp3 | Gravediggaz | 3,018KB | Audio |
| geniphursix@KaZaA | Grave Diggaz_6 Ft Deep.mp3 | Gravediggaz | 4,317KB | Audio |
| geniphursix@KaZaA | Grave Diggaz-Fairytalez.mp3 | Gravediggaz | 4,484KB | Audio |

My Participation Level: Low (10), Downloads:41, Upload.. 2,290,177 users online, sharing 555,833,777 files (3,531 KB) We sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | New search | Download

Search | Traffic | Shop | Tell A Friend

Search field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Grave Diggaz- Fairytalez.mp3 | Gravediggaz | 4,464KB | Audio |
| geniphursix@KaZaA | gravediggaz- hidden emotions.mp3 | Gravediggaz | 4,420KB | Audio |
| geniphursix@KaZaA | Groove-Armada- Love Box - 12 - But I Feel Good.mp3 | Groove Armada | 7,470KB | Audio |
| geniphursix@KaZaA | Patience George Michael 1 Patience.mp3 | George Michael | 1,916KB | Audio |
| geniphursix@KaZaA | Patience Through.mp3 | George Michael | 2,349KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr - Let's Call the Whole Thing Off.mp3 | Harry Connick Jr. | 3,965KB | Audio |
| geniphursix@KaZaA | Harry Connick Jr. - Where or When.mp3 | Harry Connick Jr. | 3,632KB | Audio |
| geniphursix@KaZaA | Harry Connick, Jr - Something Was Missing.mp3 | Harry Connick, Jr. | 4,007KB | Audio |
| geniphursix@KaZaA | Heartbreakers Soundtrack - Eman - Wonderfully Strange.... | Eman | 5,939KB | Audio |
| geniphursix@KaZaA | Hector Lavoe - Ausencia.mp3 | Hector Lavoe | 2,717KB | Audio |
| geniphursix@KaZaA | I could die for you-RED HOT CHILI PEPPERS-by the way-W... | Red Hot Chili Peppers | 5,019KB | Audio |
| geniphursix@KaZaA | Ingrid Lucia and the Flying Neutrinos - Love is Coming Back... | Ingrid Lucia and the Flying... | 3,206KB | Audio |
| geniphursix@KaZaA | Instrumentals, Eric Sermon Feat. Redman - React.mp3 | Eric Sermon ft Redman | 5,198KB | Audio |
| geniphursix@KaZaA | J-Shin - One Night Stand (f. LaTocha Scott).mp3 | J-Shin | 4,288KB | Audio |
| geniphursix@KaZaA | Jacob Miller_Inner Circle - Tenement Yard.mp3 | Various Artists | 2,450KB | Audio |
| geniphursix@KaZaA | Jane's addiction- sex is violent.mp3 | Jane's Addiction | 1,660KB | Audio |
| geniphursix@KaZaA | Janes Addiction - Been Caught Stealing.mp3 | Jane's Addiction | 3,325KB | Audio |
| geniphursix@KaZaA | Janis Joplin - Summiertime (live at Woodstock).mp3 | Janis Joplin | 7,119KB | Audio |
| geniphursix@KaZaA | Janis Joplin-Son of a preacher man.mp3 | Various Artists | 1,716KB | Audio |
| geniphursix@KaZaA | Jeff Buckley - Forget Her (Long Version).mp3 | Jeff Buckley | 8,215KB | Audio |

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   New search   Download   Search   Traffic   Theater   Shops   Tell A Friend   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Jeff Buckley - Forget Her (Long Version).mp3 | Jeff Buckley | 8,215KB | Audio |
| geniphursix@KaZaA | Jerry Clower - Meek Shall Inherit the Earth.mp3 | Jerry Clower | 1,619KB | Audio |
| geniphursix@KaZaA | Jimi Hendrix - Spanish Castle Magic.mp3 | Jimi Hendrix | 2,903KB | Audio |
| geniphursix@KaZaA | RED HOT CHILI PEPPERS-cabron-by the way-Nice Music.m... | Red Hot Chili Peppers | 3,399KB | Audio |
| geniphursix@KaZaA | red hot chili peppers-don't forget me-by the way-New!.mp3 | Red Hot Chili Peppers | 2,397KB | Audio |
| geniphursix@KaZaA | RED HOT CHILI PEPPERS-midnight-by the way-Nice Music... | Red Hot Chili Peppers | 2,638KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - By The Way.mp3 | Red Hot Chili Peppers | 4,025KB | Audio |
| geniphursix@KaZaA | Jodeci - Feenin'.mp3 | Jodeci | 4,863KB | Audio |
| geniphursix@KaZaA | John Lennon - (Just Like) Starting Over.mp3 | John Lennon | 3,716KB | Audio |
| geniphursix@KaZaA | John Lennon - Jealous Guy.mp3 | John Lennon | 4,026KB | Audio |
| geniphursix@KaZaA | John Lennon - Working Class Hero.mp3 | John Lennon | 3,568KB | Audio |
| geniphursix@KaZaA | John Mayer - Room for Squares - 04 - Your Body Is a Won... | John Mayer | 5,903KB | Audio |
| geniphursix@KaZaA | Killa Army Allah Sees Everything.mp3 | Killarmy | 3,340KB | Audio |
| geniphursix@KaZaA | Kirsty MacColl And The Pogues - Miss Otis Regrets.mp3 | kirsty maccoll and the po... | 5,058KB | Audio |
| geniphursix@KaZaA | Kool Moe Dee, KRS-ONE, Chuck D - Rise N Shine.mp3 | Kool Moe Dee, Chuck D ... | 4,344KB | Audio |
| geniphursix@KaZaA | la cripta - Dale Con El Latigo.mp3 | La Cripta | 1,414KB | Audio |
| geniphursix@KaZaA | lakeside - bounce rock skate roll.mp3 | Lakeside | 12,864KB | Audio |
| geniphursix@KaZaA | Les Miserable - I Dreamed a Dream.mp3 | Fontine | 2,972KB | Audio |
| geniphursix@KaZaA | Les Miserable - On My Own (sung by Lea Salonga).mp3 | Lea Salonga | 2,927KB | Audio |
| geniphursix@KaZaA | Lords of the Underground - Chief Rocka.mp3 | Lords of the Underground | 3,863KB | Audio |

My Participation Level: Low (0)   Downloads:1   Up:0   2,290,177 users online   sharing 559,833,777 files (20.3)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download | New Search  Search  Traffic  Shop  Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Lords of the Underground - Chief Rocka.mp3 | Lords of the Underground | 3,863KB | Audio |
| geniphursix@KaZaA | ludacris, the red light district virgo feat nas_doug e fresh-... | Ludacris | 3,519KB | Audio |
| geniphursix@KaZaA | Luther Vandross - I'd Rather.mp3 | Luther Vandross | 4,550KB | Audio |
| geniphursix@KaZaA | Luther vandross if i didnt know better.mp3 | Luther Vandross | 5,803KB | Audio |
| geniphursix@KaZaA | Madonna - Love Don't Live Here Anymore (Remix).mp3 | Madonna | 4,600KB | Audio |
| geniphursix@KaZaA | Mano Negra (Manu Chao) - Love and hate.mp3 | Mano Negra | 2,367KB | Audio |
| geniphursix@KaZaA | Mano Negra - Señor Matanza.mp3 | Manú Chao | 3,902KB | Audio |
| geniphursix@KaZaA | Manu chao (merry blues).mp3 | Manu Chao | 3,379KB | Audio |
| geniphursix@KaZaA | Manu Chao - 05 - Mentira.mp3 | Manú Chao | 4,330KB | Audio |
| geniphursix@KaZaA | Maria Bethânia é Gal Costa - Sonho Meu.mp3 | Various Artists - Beleza Tr... | 2,698KB | Audio |
| geniphursix@KaZaA | Maria Marta Serra Lima - Piensa en Mi.mp3 | Maria Martha Serra Lima | 4,074KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Love Takes Time.mp3 | Mariah Carey | 3,586KB | Audio |
| geniphursix@KaZaA | Mariah Carey - Vision Of Love.mp3 | Mariah Carey | 2,476KB | Audio |
| geniphursix@KaZaA | mase feat. the lox, black rob_dmx - Hours To Live.mp3 | Mase ft. The LOX, DMX, Bl... | 4,002KB | Audio |
| geniphursix@KaZaA | MC Solaar - Paradisiaque.mp3 | MC Solar | 2,996KB | Audio |
| geniphursix@KaZaA | Method_Red Man Da Rockwilder.mp3 | Methodman and Redman | 1,597KB | Audio |
| geniphursix@KaZaA | Milton Nascimento_Chico Buarque - O Que Sera.mp3 | Chico Buarque; Milton N... | 1,986KB | Audio |
| geniphursix@KaZaA | Missy Elliott - Pump it Up.mp3 | Missy Elliott | 4,348KB | Audio |
| geniphursix@KaZaA | Missy Elliott - Sock It 2 Me...mp3 | Missy 'Misdemeanor' Elliott | 4,024KB | Audio |
| geniphursix@Kazaa | monica-06-knock_knock-who.a.mp3 | Monica | 6,055KB | Audio |

My Participation Level: Low (0). Downloads: 1, Uploads: 0. (2,290,177 users online, sharing 559,838,777 files (20.3). Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | monica-06-knock_knock-whoa.mp3 | Monica | 6,056KB | Audio |
| geniphursix@KaZaA | Mos Def - Brooklyn.mp3 | Mos Def | 4,845KB | Audio |
| geniphursix@KaZaA | Necro - 03 - Light My Fire.mp3 | Necro | 1,383KB | Audio |
| geniphursix@KaZaA | Necro - 07 - All Hotties Eat The Jizz.mp3 | Necro | 1,715KB | Audio |
| geniphursix@KaZaA | Neptunes Ft Beanie Man - I'm Serious.mp3 | Beenie Man TIP | 3,293KB | Audio |
| geniphursix@KaZaA | Next Lifetime - Erykah Badu - Baduizm - Rock.mp3 | Erykah Badu | 4,594KB | Audio |
| geniphursix@KaZaA | Nice n Smooth - Cake And Eat It Too.mp3 | Nice And Smooth | 3,576KB | Audio |
| geniphursix@KaZaA | Night At The Roxbury - What Is Love.mp3 | Nite At The Roxbury | 3,636KB | Audio |
| geniphursix@KaZaA | Nilsson - Nilsson Schmilsson - 10 - I'll Never Leave You.mp3 | Nilsson | 4,947KB | Audio |
| geniphursix@KaZaA | Nina Simone - I Put a Spell on You.mp3 | Nina Simone | 2,470KB | Audio |
| geniphursix@KaZaA | Nina Simone - Love Me or Leave Me.mp3 | Nina Simone | 3,864KB | Audio |
| geniphursix@KaZaA | Nirvana - Come As Your Are.mp3 | Nirvana | 3,961KB | Audio |
| geniphursix@KaZaA | Nirvana - Stay Away.mp3 | Nirvana | 3,317KB | Audio |
| geniphursix@KaZaA | Nirvana - Smells Like Teen Spirit.mp3 | Nirvana | 3,536KB | Audio |
| geniphursix@KaZaA | Oh Brother, Where Art Thou - Track 05 - I Am A Man Of C... | Soggy Bottom Boys | 4,016KB | Audio |
| geniphursix@KaZaA | Paradise By The Dashboard Light (1).mp3 | Meat Loaf | 5,974KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Hey You.mp3 | Pink Floyd | 4,420KB | Audio |
| geniphursix@KaZaA | Pink Floyd - Us And Them.mp3 | Pink Floyd | 6,593KB | Audio |
| geniphursix@KaZaA | Pink Floyd In The Flesh The Wall 1.mp3 | Pink Floyd | 3,116KB | Audio |
| geniphursix@KaZaA | Prodigi - Breath.mp3 | Prodigi | 3,260KB | Audio |

My Participation Level: Low (0)  Download: 641 bps (2,290,177 users online, sharing 553,835,727 files (6,031 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Prodigy - Breath.mp3 | Prodigy | 3,260KB | Audio |
| geniphursix@KaZaA | Public Enemy - Fight The Power.mp3 | Public Enemy | 4,429KB | Audio |
| geniphursix@KaZaA | puddle of mud - She Hates Me.mp3 | Puddle of Mudd | 3,385KB | Audio |
| geniphursix@KaZaA | Radio.Head - Kid A - 08 - Idioteque.mp3 | Radiohead | 4,832KB | Audio |
| geniphursix@KaZaA | Radiohead - True Love Waits (Live).mp3 | Radiohead | 4,337KB | Audio |
| geniphursix@KaZaA | radiohead - amnesiac - 04 - you and whose army.mp3 | Radiohead | 4,441KB | Audio |
| geniphursix@KaZaA | Radiohead - Creep.mp3 | Radiohead | 3,700KB | Audio |
| geniphursix@KaZaA | Radiohead - Electioneering.mp3 | Radiohead | 3,605KB | Audio |
| geniphursix@KaZaA | Radiohead - How To Disappear Completely.mp3 | Radiohead | 8,366KB | Audio |
| geniphursix@KaZaA | Radiohead - I Might Be Wrong (live).mp3 | Radiohead | 7,270KB | Audio |
| geniphursix@KaZaA | radiohead - might be wrong.mp3 | Radiohead | 4,573KB | Audio |
| geniphursix@KaZaA | Radiohead - Nice Dream.mp3 | Radiohead | 3,612KB | Audio |
| geniphursix@KaZaA | Radiohead - Paranoid Android.mp3 | Radiohead | 5,992KB | Audio |
| geniphursix@KaZaA | Radiohead - True Love Waits.mp3 | Radiohead | 5,001KB | Audio |
| geniphursix@KaZaA | Radiohead-Airbag.mp3 | Radiohead | 4,444KB | Audio |
| geniphursix@KaZaA | Rapheal Sadiq Feat: Q-Tip - Get Involved.mp3 | Raphael Saadiq Feat. Q-T... | 3,046KB | Audio |
| geniphursix@KaZaA | rb - Changing Faces vs. R. Kelly - G.H.E.T.T.O.mp3 | Changing Faces vs. R. Kel... | 3,612KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Around The World.mp3 | Red Hot Chili Peppers | 3,732KB | Audio |
| geniphursix@KaZaA | Red Hot Chili Peppers - Other Side.mp3 | Red Hot Chili Peppers | 4,008KB | Audio |
| geniphursix@KaZaA | Remy Martin - Unstoppable.mp3 | Remy Martin | 3,956KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

New Search | Web | My Kazaa | Download | Theater | Search | Traffic | Shops | Tell A Friend | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Remy Martin - Unstoppable.mp3 | Remy Martin | 3,966KB | Audio |
| geniphursix@KaZaA | Ricardo Arjona - Libre.mp3 | Ricardo Arjona | 3,290KB | Audio |
| geniphursix@KaZaA | ricardo arjona - Te enamoraste de til (acustico).mp3 | Ricardo Arjona | 2,918KB | Audio |
| geniphursix@KaZaA | salsa Eddy Santiago _DLG -Que Locura Enamorarme De-Ti... | Eddie Santiago (Huey D... | 4,624KB | Audio |
| geniphursix@KaZaA | Sean Paul - Baby Girl.mp3 | Sean Paul | 3,475KB | Audio |
| geniphursix@KaZaA | Sheek Louch - Walk Witt Me - Turn it up.mp3 | Sheek Louch | 6,185KB | Audio |
| geniphursix@KaZaA | Silvio Rodriguez y Pablo Milanes - Yolanda.mp3 | Silvio Rodriguez ;Pablo Mi... | 3,782KB | Audio |
| geniphursix@KaZaA | Simple Plan - Im Just A Kid.mp3 | Simple Plan | 3,098KB | Audio |
| geniphursix@KaZaA | Sinead O'Connor - The Foggy Dew (128k).mp3 | The Chieftains | 5,012KB | Audio |
| geniphursix@KaZaA | sise 08-Beyond Outside.mp3 | Si Se | 4,513KB | Audio |
| geniphursix@KaZaA | Slum Village - S.O.U.L..mp3 | Slum Village | 3,209KB | Audio |
| geniphursix@KaZaA | Slum Village - Tell Me (feat. D'Angelo).mp3 | Slum Village | 4,348KB | Audio |
| geniphursix@KaZaA | Slum Village Feat.Q.Tip - Hold Tight.mp3 | Slum Village | 2,248KB | Audio |
| geniphursix@KaZaA | Snoop - Beautiful [Ft. Pharell].mp3 | Snoop Dogg | 2,332KB | Audio |
| geniphursix@KaZaA | SOS Band - Tell Me If You Still Care.mp3 | SOS Band | 6,547KB | Audio |
| geniphursix@KaZaA | Spoony G_The Treacherous 3 - Love Rap.mp3 | Spoonie Gee _The Treac... | 5,756KB | Audio |
| geniphursix@KaZaA | Stevie Wonder - Isn't She Lovely.mp3 | Stevie Wonder | 3,139KB | Audio |
| geniphursix@KaZaA | Sting - Russians.mp3 | Sting | 3,704KB | Audio |
| geniphursix@KaZaA | Stylistics - Betcha By Golly Wow.mp3 | The Stylistics | 3,538KB | Audio |
| geniphursix@KaZaA | Talib Kweli Rah Digga Xzibit - Down For The Count.mp3 | Talib Kweli  Hi-Tek | 3,625KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| geniphursix@KaZaA | Talib Kweli Rah Digga Xzibit - Down For The Count.mp3 | Talib Kweli, Hi-Tek | 3,626KB | Audio |
| geniphursix@KaZaA | TECHNO World of Shoes - I Am Strong_Twilo vol.mp3 | Junior Vasquez | 4,986KB | Audio |
| geniphursix@KaZaA | Tengo una muñeca_vestida de azul.mp3 | Cepillin | 1,498KB | Audio |
| geniphursix@KaZaA | The Beatles - I Will - The Beatles - 16.mp3 | The Beatles | 1,799KB | Audio |
| geniphursix@KaZaA | the_cure - 100 Years.mp3 | The CURE | 6,239KB | Audio |
| geniphursix@KaZaA | The Cure - Maybe Someday.mp3 | The Cure | 7,133KB | Audio |
| geniphursix@KaZaA | The Doors - The Crystal Ship.mp3 | Doors | 6,007KB | Audio |
| geniphursix@KaZaA | The Roots ft. Talib Kweli - Rhymes and Ammo.mp3 | The Roots Feat. Talib Kweli | 3,968KB | Audio |
| geniphursix@KaZaA | The Shins - Caring Is Creepy.mp3 | The Shins | 3,129KB | Audio |
| geniphursix@KaZaA | The Shins - New Slang.mp3 | The Shins | 3,614KB | Audio |
| geniphursix@KaZaA | Thievery Corporation - Encounter In Bahia.mp3 | Thievery Corporation | 3,772KB | Audio |
| geniphursix@KaZaA | Toni Tone Tony - Rafael Sadiq - All I Ask of You.mp3 | Raphael Sadiq | 4,238KB | Audio |
| geniphursix@KaZaA | Tony Bennett_k.d. lang_A Wonderful World-You Can't L... | Tony Bennett, k.d. lang | 3,553KB | Audio |
| geniphursix@KaZaA | Total_Foxy Brown, Lil' Kim, Da Brat - No One Else (1).mp3 | total | 4,335KB | Audio |
| geniphursix@KaZaA | Tracy Chapman - The Promise.mp3 | Tracy Chapman | 5,132KB | Audio |
| geniphursix@KaZaA | Tragedy, Black Thought, Pharaohe Monch, Chuck D - Muni... | Tragedy Khadafi Feat. Bl... | 3,438KB | Audio |
| geniphursix@KaZaA | Travelling Wilburys - Walk Away.mp3 | Traveling Wilburys | 5,090KB | Audio |
| geniphursix@KaZaA | Travis Tritt - It's a great day to be alive.mp3 | Travis Tritt | 3,776KB | Audio |
| geniphursix@KaZaA | télépopmusik - genetic world - 01 - breathe.mp3 | Télépopmusik | 4,412KB | Audio |
| geniphursix@KaZaA | Various Artists Reggae Gold 2000 16 War Forever - Baby... | Baby Cham Feat. Bounty K... | 3,252KB | Audio |

My Participation Level: Low (0), Downloads: 4, Uplo... [2,2]90,177 users online, sharing 553,833,777 files [20,3] Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Search  Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | Various Artists Reggae Gold 2000 16 War Forever - Baby ... | Baby-Cham feat. Bounty K... | 3,252KB | Audio |
| geniphursix@KaZaA | 08 Brother Ali - Forest Whitiker.mp3 | Brother Ali | 4,222KB | Audio |
| geniphursix@KaZaA | 18 Jurassic Park - Whats Golden.mp3 | Jurassic 5 | 4,400KB | Audio |
| geniphursix@KaZaA | Veronica f. Big Pun_Cuban Link - Someone To Hold.mp3 | Veronica, Big Pun_Cuban... | 2,129KB | Audio |
| geniphursix@KaZaA | Vivian Green - Be Good To You (1).mp3 | Vivian Green | 4,052KB | Audio |
| geniphursix@KaZaA | vivian_green-06-emotional_rollercoaster-wcr.mp3 | Vivian Green | 4,606KB | Audio |
| geniphursix@KaZaA | Walk Like A Warrior.MP3 | dead prez | 4,971KB | Audio |
| geniphursix@KaZaA | wayne wonder - No Letting Go (Diwali Riddim) (1) (1).mp3 | Wayne Wonder | 2,247KB | Audio |
| geniphursix@KaZaA | White Strips - I Can Learn.mp3 | White Stripes | 2,548KB | Audio |
| geniphursix@KaZaA | World_Famous_Beat_Junkies_Volume_Three_Featuring_D... | World Famous Beat Junki... | 2,814KB | Audio |
| geniphursix@KaZaA | Yo-yoy.mp3 | Zion-y Lennox | 3,633KB | Audio |
| geniphursix@KaZaA | zhane - sending my love.mp3 | Zhane | 2,593KB | Audio |
| geniphursix@KaZaA | zwan-declarations_of_faith-bpm.mp3 | Zwan | 6,044KB | Audio |
| geniphursix@KaZaA | zwan-ride_a_black_swan-bpm.mp3 | Zwan | 6,888KB | Audio |
| geniphursix@KaZaA | zwan-lyric-bpm.mp3 | Zwan | 4,636KB | Audio |
| geniphursix@KaZaA | Zwan_ComeWithMe_14.mp3 | Zwan | 3,736KB | Audio |
| geniphursix@KaZaA | Zwan_Desire_12.mp3 | Zwan | 3,985KB | Audio |
| geniphursix@KaZaA | Zwan_EndlessSummer_09.mp3 | Zwan | 4,097KB | Audio |
| geniphursix@KaZaA | Zwan_Heartsong_08.mp3 | Zwan | 2,945KB | Audio |
| geniphursix@KaZaA | Zwan_OfABrokenHeart_06.mp3 | Zwan | 3,609KB | Audio |

My Participation Level: Low (0)  Downloads: 1, Upload: 2,290,177 users online, sharing 553,833,777 files (20.3) No sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  New Search  My Kazaa  Download  Theater  Search  Traffic  Shop  Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| geniphursix@KaZaA | wayne wonder - No Letting Go (Diwali Riddim) (1) (1).mp3 | Wayne Wonder | 2,247KB | Audio |
| geniphursix@KaZaA | White Strips - I Can Learn.mp3 | White Stripes | 2,548KB | Audio |
| geniphursix@KaZaA | World_Famous_Beat_Junkies_Volume_Three_Featuring_D... | World Famous Beat Junki... | 2,814KB | Audio |
| geniphursix@KaZaA | Yo-yoy.mp3 | Zion y Lennox... | 3,633KB | Audio |
| geniphursix@KaZaA | zhane - sending my love.mp3 | Zhane | 2,593KB | Audio |
| geniphursix@KaZaA | zwan-declarations_of_faith-bpm.mp3 | Zwan | 6,044KB | Audio |
| geniphursix@KaZaA | zwan-ride_a_black_swan-bpm.mp3 | Zwan | 6,888KB | Audio |
| geniphursix@KaZaA | zwan-lyric-bpm.mp3 | Zwan | 4,636KB | Audio |
| geniphursix@KaZaA | Zwan_ComeWithMe_14.mp3 | Zwan | 3,736KB | Audio |
| geniphursix@KaZaA | Zwan_Desire_12.mp3 | Zwan | 3,988KB | Audio |
| geniphursix@KaZaA | Zwan_Endless5ummer_09.mp3 | Zwan | 4,097KB | Audio |
| geniphursix@KaZaA | Zwan_Heartsong_08.mp3 | Zwan | 2,945KB | Audio |
| geniphursix@KaZaA | Zwan_OfABrokenHeart_06.mp3 | Zwan | 3,609KB | Audio |
| geniphursix@KaZaA | Zwan_SettleDown_02.mp3 | Zwan | 5,058KB | Audio |
| geniphursix@KaZaA | Zwan-Yeah_11.mp3 | Zwan | 2,909KB | Audio |
| geniphursix@KaZaA | [Ghostface_Method Man] Killah Buck 50.mp3 | Ghostface Killah | 5,670KB | Audio |
| geniphursix@KaZaA | Donald Byrd_The Blackbyrds - Happy Music.mp3 | Donald Byrd_The Blackb... | 4,679KB | Audio |
| geniphursix@KaZaA | La India - Ese Hombre.mp3 | La India | 4,379KB | Audio |
| geniphursix@KaZaA | Milli Vanilli - Girl You Know It's True.mp3 | Milli Vanilli | 3,950KB | Audio |
| geniphursix@KaZaA | donald byrd - Christo Redentor.mp3 | Donald Byrd | 5,318KB | Audio |

My Participation Level: Low (0), Downloads: 1, Uploads: 0, 2,290,177 users online, sharing 558,833,777 files (20,3) Not sharing any files





**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download  Search  Traffic  Shop  Tell A Friend

New search        Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | akon-ghetto.mp3. | Akon | 5,563KB | Audio |
| anonymous_user@KaZaA | Akon feat. (1).mp3 | Akon feat. Obie Trice | 3,956KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - All Night Long.mp3 | Mary J Blige | 4,362KB | Audio |
| anonymous_user@KaZaA | Senegal.mp3 | Akon | 2,702KB | Audio |
| anonymous_user@KaZaA | P.I.M.P..wma | 50 cent | 1,991KB | Audio |
| 2 Users | Mary J. Blidge ft. Method Man - Love at First Sight.mp3 | 3 | 5,784KB | Audio |
| anonymous_user@KaZaA | Mary. J. Blige ft. Eve - Not Today.mp3 | 3 | 5,955KB | Audio |
| anonymous_user@KaZaA | Mary Jane Girls - All Night Long.mp3 | 3 | 5,404KB | Audio |
| anonymous_user@KaZaA | Mya - My Love Is Like...Wo.mp3 | Mya | 8,220KB | Audio |
| anonymous_user@KaZaA | Mya feat. Jada Kiss - Best of Me.mp3 | Mya feat Jada Kiss | 2,768KB | Audio |
| anonymous_user@KaZaA | Method Man ft. Mary J Blige - Your All I Need Remix.mp3 | 3 | 4,873KB | Audio |
| 2 Users | Tupac - Half Mary.mp3 | 3 | 4,842KB | Audio |
| anonymous_user@KaZaA | 04 Case of the Ex (Mya Remix).mp3 | Mya | 3,243KB | Audio |
| anonymous_user@KaZaA | Instrumentals - 2pac - Half Mary .mp3 | #2 | 4,044KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - All I Want for Christmas For Is You.mp3 | Mariah Carey | 3,772KB | Audio |
| anonymous_user@KaZaA | reggaeton leanback remix.wma | Regaeton | 1,228KB | Audio |
| anonymous_user@KaZaA | MallTycoon2_V2.exe (incomplete) | Unknown | 213,865KB | |
| anonymous_user@KaZaA | U Make Me Wanna (1).mp3 | Jadakiss | 3,722KB | Audio |
| anonymous_user@KaZaA | 06 - roclarlos.mp3 | Ivy Queen | 3,304KB | Audio |
| anonymous_user@KaZaA | The Otes .mp3 | Reggaeton | 3,191KB | Audio |

2,209,936 users online, sharing 475,979,974 files (2,931 Not sharing any files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 06 - rociarios.mp3 | Ivy Queen | 3,304KB | Audio |
| anonymous_user@KaZaA | Tus Ojos.mp3 | Reggaeton | 3,191KB | Audio |
| anonymous_user@KaZaA | reggeton la gata.wma | El Disco De Reggaeton | 4,095KB | Audio |
| anonymous_user@KaZaA | reggeton - GUASA, GUASA.wma | Reggaeton | 1,902KB | Audio |
| 2 Users | Ike Tina Turner - Proud Mary.mp3 | 3 | 4,650KB | Audio |
| anonymous_user@KaZaA | kazaa300_en.exe | Sharman Networks Ltd | 10,781KB | Software |
| anonymous_user@KaZaA | Instrumentals-Xibit-X (instrumental).wav | A | 4,106KB | Audio |
| anonymous_user@KaZaA | regeton - A Lo Loco.mp3 | Reggaeton | 1,324KB | Audio |
| anonymous_user@KaZaA | Regueton - A mover el Culo.mp3 | Reggaeton | 2,004KB | Audio |
| anonymous_user@KaZaA | Reggeton - Tumba La Casa. MP3 | Reggaeton | 1,878KB | Audio |
| anonymous_user@KaZaA | SkypeSetup.exe | Skype Software S.A. | 6,550KB | Software |
| anonymous_user@KaZaA | Dale mami.mp3 | Reggaeton | 3,099KB | Audio |
| anonymous_user@KaZaA | Reggeton - felina.wma | El Disco De Reggaeton | 5,126KB | Audio |
| anonymous_user@KaZaA | 18 Wait Till U See.wma | Ying Yang Twins | 2,602KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Fuck a ho.mp3 | Ying Yang Twins | 4,389KB | Audio |
| anonymous_user@KaZaA | Wait (the whisper song).mp3 | Ying Yang Twins | 3,062KB | Audio |
| anonymous_user@KaZaA | Wait (Whisper Song).mp3 | Ying Yang Twins | 3,062KB | Audio |
| anonymous_user@KaZaA | Outkast ft Sean Paul - Hey Ya (Remix).mp3 | Outkast | 5,351KB | Audio |
| anonymous_user@KaZaA | shake it like a salt shaka.WMA | Ying yang twins | 3,997KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Wait (1).mp3 | Ying Yang Twins | 3,590KB | Audio |

Found 2509 files | 2,209,996 users online, sharing 475,979,374 files (29...) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | shake it like a salt shaka.WMA | Ying yang twins | 3,997KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Wait (1).mp3 | Ying Yang Twins | 3,539KB | Audio |
| anonymous_user@KaZaA | b.wma | Reggaeton | 2,271KB | Audio |
| anonymous_user@KaZaA | the jesus and mary chain - Sweet Jane.mp3 | Cowboy Junkies | 3,350KB | Audio |
| anonymous_user@KaZaA | Ivy Queen - Mi Situacion.mp3 | Ivy Queen | 3,039KB | Audio |
| anonymous_user@KaZaA | (Bollywood Riddim) Instrumental.mp3 | Red Rat | 4,750KB | Audio |
| anonymous_user@KaZaA | Intrumentals Missy Elliot - Get Your Freak On.mp3 | 3 | 2,579KB | Audio |
| anonymous_user@KaZaA | DonOmar - reggaeton latino.wma | Don Omar | 826KB | Audio |
| anonymous_user@KaZaA | El General - El Meneaito.mp3 | Reggaeton Perreo | 1,704KB | Audio |
| anonymous_user@KaZaA | Audio - Alternative Rock.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Barrington Levy.kpl | Barrington Levy | 1KB | |
| anonymous_user@KaZaA | Audio - Electronica.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Folk.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Funk.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Hip Hop.kpl | Unknown | 1KB | |
| anonymous_user@KaZaA | Audio - Jazz.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Pop Rock.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - R&B.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | Audio - Reggae.kpl | Unknown | 0KB | |
| anonymous_user@KaZaA | kazaa300_en (1).exe | Sharman Networks Ltd | 10,785KB | Software |

2,209,936 users online, sharing 4,579,374 files (29.1 | Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Shop  |  Traffic  |  Tell A Friend

New Search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Dave Chappelle - Lil Jon Skit.mp3 | 3 | 1,265KB | Audio |
| anonymous_user@KaZaA | Eminem - Encore - 05 - Bully.mp3 | Eminem | 7,449KB | Audio |
| anonymous_user@KaZaA | Eminem - Hellbound.mp3 | Eminem | 2,801KB | Audio |
| 2 Users | Eminem - Stan (Featuring Dido).mp3 | Eminem | 9,458KB | Audio |
| anonymous_user@KaZaA | (Instrumentals) - Rap - Lox - Money Power Respect.mp3 | Lox F. Lil' Kim_DMX | 4,864KB | Audio |
| anonymous_user@KaZaA | (oh my swing riddim) - elephant man - calling out.mp3 | 3 | 4,267KB | Audio |
| anonymous_user@KaZaA | 01 - Track 1.mp3 | G-Unit | 3,032KB | Audio |
| anonymous_user@KaZaA | 01 Intro.wma | Bobby Brown | 638KB | Audio |
| anonymous_user@KaZaA | 01-cd2-jay-z-diamond_is_forever-wcr.mp3 | 1 | 5,518KB | Audio |
| anonymous_user@KaZaA | 01-jennifer_lopez_feat_ja_rule-im_real_remix_(dirty)-2001... | 1 | 3,056KB | Audio |
| anonymous_user@KaZaA | 01-nore_ft._timbaland-get_down-whoa.mp3 | NORe | 3,753KB | Audio |
| anonymous_user@KaZaA | 02 Bollywood Riddim (Version).mp3 | Red Rat | 4,754KB | Audio |
| anonymous_user@KaZaA | 02 Boomi It's On! (1).wma | Ying Yang Twins | 2,069KB | Audio |
| anonymous_user@KaZaA | 021 Can't Quit.wma | T.I. | 2,040KB | Audio |
| anonymous_user@KaZaA | 02 One-Two Step.wma | Ciara Feat. Missy Elliot | 3,265KB | Audio |
| anonymous_user@KaZaA | 02 Track 2 (1).wma | Kanye West | 3,573KB | Audio |
| anonymous_user@KaZaA | 02-cd1-jay-z-how!_baby-wcr.mp3 | 1 | 6,120KB | Audio |
| anonymous_user@KaZaA | 02-nore_feat_nature-for_a_minute.mp3 | N.O.R.E. Feat. Nature | 4,646KB | Audio |
| anonymous_user@KaZaA | 03 - Tempted 2 Touch.mp3 | Rupee | 4,319KB | Audio |
| anonymous_user@KaZaA | 03 Dale & alante.wma | Daddy Yankee | 1,553KB | Audio |

2,209,996 users online, sharing 4,754,979,374 files (29 1... Not Sharing any files.



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | | | Traffic | Shop | Tell A Friend |

New Search | Download | | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 03 - Tempted 2 Touch.mp3 | Rupee | 4,319KB | Audio |
| anonymous_user@KaZaA | 03 Dale Caliente.wma | Daddy Yankee | 1,557KB | Audio |
| anonymous_user@KaZaA | 03 Feelin' Inside.wma | Bobby Brown | 2,949KB | Audio |
| anonymous_user@KaZaA | 03-don_omar-lunas.mp3 | Don Omar | 3,459KB | Audio |
| 3 Users | 03-mariah_carey-shake_it_off.mp3 | Mariah Carey | 5,593KB | Audio |
| anonymous_user@KaZaA | 04 - Dile.mp3 | Don Omar | 2,407KB | Audio |
| anonymous_user@KaZaA | 04 Mine Again.mp3 | Mariah Carey | 5,712KB | Audio |
| anonymous_user@KaZaA | 05 I Don't Do Much.mp3 | Beanie Sigel | 4,387KB | Audio |
| anonymous_user@KaZaA | 05 los Bandoleros - Don Omar Feat. Tego Calderon.mp3 | Don Omar feat. Tego Cal… | 5,362KB | Audio |
| anonymous_user@KaZaA | 05 Mr. Vegas _ Nike_Air_H.mp3 | 3 | 4,774KB | Audio |
| anonymous_user@KaZaA | 05-cd2-jay-z-some_how_some_way-wcr.mp3 | Jay-Z | 7,914KB | Audio |
| anonymous_user@KaZaA | 05-tony_yayo_feat_young_buck_and_p.day-feel_it_in_th… | 3 | 2,711KB | Audio |
| 3 Users | 06 King of The Dancehall.mp3 | Beenie Man | 4,402KB | Audio |
| anonymous_user@KaZaA | 06 La Noche Este Buena.wma | Daddy Yankee | 2,279KB | Audio |
| anonymous_user@KaZaA | 50 Cent - The Massacre - 16 - My Toy Soldier (feat. Tony… | 1 | 5,806KB | Audio |
| anonymous_user@KaZaA | Janet Jackson feat. Elephant Man - All nite (remix).mp3 | 3 | 5,503KB | Audio |
| 2 Users | Mariah Carey - TEOM- I Wish You Knew.mp3 | Mariah Carey | 4,894KB | Audio |
| anonymous_user@KaZaA | ATLiens.mp3 | Outkast | 3,600KB | Audio |
| anonymous_user@KaZaA | Outkast - Aquemini.mp3 | Outkast | 4,975KB | Audio |
| anonymous_user@KaZaA | Mario Winans - I don't wanna Know (Reggaeton Remix wma | 6 | 936KB | Audio |

(2,209,936 users online, sharing 475,979,374 files (2,9…) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Outkast - Aquemini.mp3 | Outkast | 4,975KB | Audio |
| anonymous_user@KaZaA | Mario Winans - I dont wanna know Reggaeton Remix.wma | A | 936KB | Audio |
| 2 Users | DJ Green Lantern - Shady Records Mixtape - 23 - Eminem -... | 1 | 3,159KB | Audio |
| 2 Users | Tony Yayo - We like it.mp3 | Tony Yayo | 2,552KB | Audio |
| anonymous_user@KaZaA | Outkast - Fish And Grits And Pimp Shit.mp3 | Outkast | 3,607KB | Audio |
| anonymous_user@KaZaA | Super Cat ft. Jadakiss - The Don Of Dons (Put De Ting Poin... | Super Cat | 5,874KB | Audio |
| anonymous_user@KaZaA | t/ ft beenie man - Im serious.mp3 | Beenie Man | 3,299KB | Audio |
| anonymous_user@KaZaA | Ludacris - Come On Over (Skit).mp3 | Ludacris | 979KB | Audio |
| anonymous_user@KaZaA | Old School Reggae - Super Cat (ft. Cutty Ranks) - Kill Dem... | Cutty Ranks | 3,762KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks ft. Tony Yayo and Biggie Smalls - The g-unit: m... | 3 | 3,758KB | Audio |
| anonymous_user@KaZaA | Lox - DJ Premier - Recognize.mp3 | LOX | 3,960KB | Audio |
| anonymous_user@KaZaA | Guerilla Black f-Beenie Man - Compton.mp3 | 3 | 5,170KB | Audio |
| anonymous_user@KaZaA | Intrumentals - DMX - RUFF RYDERS ANTHEM_INSTRUMEN... | 3 | 3,142KB | Audio |
| anonymous_user@KaZaA | Ludacris - Whats Your Fantasy.mp3 | Ludacris feat. Shawna | 4,308KB | Audio |
| anonymous_user@KaZaA | Outkast - Hold On, Be Strong.mp3 | Outkast | 1,146KB | Audio |
| anonymous_user@KaZaA | lady saw - If i was a rich girl.mp3 | Lady Saw | 4,930KB | Audio |
| anonymous_user@KaZaA | Ludacris-Whats Your Fantasy.mp3 | 3 | 3,234KB | Audio |
| anonymous_user@KaZaA | (Reggae) Red Rat f. Goofy - A Me She Want.mp3 | 3 | 3,724KB | Audio |
| anonymous_user@KaZaA | 02-dmx-my_life_(feat_chinky)-rns.mp3 | DMX | 4,439KB | Audio |
| anonymous_user@KaZaA | 04_Outkast-Skew_It_on_the_Bar-B_(featuring_Raekwon).mp3 | 3 | 3,054KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (29)... | Not sharing any files