# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | MyKazaa | Theater | New Search | Download | Search | Shop | Traffic | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 02-dmx-my_life_(feat_chinky)-rns.mp3 | DMX | 4,439KB | Audio |
| anonymous_user@KaZaA | 04 Outkast-Skew.It on the Bar-B (featuring Raekwon).mp3 | 3 | 3,051KB | Audio |
| anonymous_user@KaZaA | 05-we_right_here-rns.mp3 | Dmx | 6,318KB | Audio |
| anonymous_user@KaZaA | 06-lloyd_banks-im_so_fly-rns.mp3 | 3 | 3,900KB | Audio |
| 3 Users | 13-mariah_carey-joy_ride.mp3 | Mariah Carey | 5,402KB | Audio |
| anonymous_user@KaZaA | 22-dmx-the_prayer_v-rns.mp3 | DMX | 2,526KB | Audio |
| anonymous_user@KaZaA | a cinderella story - soundtrack - fallen - mya.mp3 | Mya | 3,209KB | Audio |
| anonymous_user@KaZaA | Big Pun - Still Not A Player.mp3 | Big Pun Feat Fat Joe | 3,715KB | Audio |
| anonymous_user@KaZaA | Biggie, ft. Lloyd Banks, Cam'ron, Jadeim, Jim Jones, and Jue... | 3 | 5,441KB | Audio |
| anonymous_user@KaZaA | C-Murder, Magic, DMX - Down For My Niggaz (Unreleased ... | 3 | 3,507KB | Audio |
| anonymous_user@KaZaA | Cassidy, Feat. Mary J. Blige - Im A Hustler (Remix).mp3 | 3 | 8,767KB | Audio |
| anonymous_user@KaZaA | Entiende.mp3 | Ivy Queen | 3,780KB | Audio |
| anonymous_user@KaZaA | Cassidy ft Mary J Blige - Im A Hustla Remix DJ - Im A Hustle... | 3 | 6,461KB | Audio |
| anonymous_user@KaZaA | Christina Aguilara, Lil'Kim, Mya, Pink - Lady Marmalade (... | 3 | 6,222KB | Audio |
| 2 Users | Clara Feat. Ludacris - Oh..mp3 | Clara | 6,461KB | Audio |
| anonymous_user@KaZaA | Creedence Clearwater Revival - Proud Mary.mp3 | 3 | 2,954KB | Audio |
| anonymous_user@KaZaA | Daddy_Yankee_GASOLINA_ft_Lil_Jon_Pitbull.mp3 | 3 | 5,678KB | Audio |
| anonymous_user@KaZaA | dance: Mary J. Blidge - No More Drama - RB.mp3 | Beam.To.mp3-2001 | 5,096KB | Audio |
| anonymous_user@KaZaA | Dead Kennedys - Fear And Loathing In Las Vegas Soundtr... | Dead kennedys | 3,152KB | Audio |
| anonymous_user@KaZaA | DMX - Tada Kiss-Wa Dont Give A Fuk.mp3 | DMX, Tada Kiss | 5,810KB | Audio |

Found 2509 files

2,209,996 users online, sharing 4,759,979,374 files (29...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop. | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Dead Kennedys - Fear And Loathing In Las Vegas Soundt... | Dead Kennedys | 3,152KB | Audio |
| anonymous_user@KaZaA | DMX - Jada Kiss We Don't Give A Fuck.mp3 | DMX, Jada Kiss | 5,810KB | Audio |
| anonymous_user@KaZaA | DMX - Flesh Of My Flesh Blood Of My Blood - 13 - Blackout -... | 1 | 11,725KB | Audio |
| anonymous_user@KaZaA | DMX - Fuck That Nigga Pac(Unreleased 2Pac Diss)(11).mp3 | DMX | 5,664KB | Audio |
| anonymous_user@KaZaA | DMX - Get It On the Floor.mp3 | DMX | 4,096KB | Audio |
| anonymous_user@KaZaA | DMX - I Got Blood On My Hands.mp3 | DMX | 3,446KB | Audio |
| anonymous_user@KaZaA | dmx - let me fly.mp3 | DMX | 3,946KB | Audio |
| anonymous_user@KaZaA | DMX - Look Thru My Eyes.mp3 | DMX | 3,599KB | Audio |
| anonymous_user@KaZaA | DMX - Party Up.mp3 | DMX | 3,591KB | Audio |
| anonymous_user@KaZaA | DMX - Ruff Ryders Anthem.mp3 | DMX | 3,349KB | Audio |
| anonymous_user@KaZaA | DMX - The Great Depression - Who We Be.mp3 | DMX | 5,957KB | Audio |
| anonymous_user@KaZaA | DMX - Up In Here.mp3 | DMX | 6,293KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - You Not Ready.mp3 | Tony Yayo | 4,296KB | Audio |
| 2 Users | Tony Yayo ft 50 Cent So Seductive.mp3 | 3 | 5,060KB | Audio |
| anonymous_user@KaZaA | Tony Yayo Ft. G-unit - I Know You Dont Love Me.mp3 | Tony Yayo ft 50 cent. | 5,513KB | Audio |
| anonymous_user@KaZaA | tony_yayo-game_made_a_mistake_(dissin_game)-c4.mp3 | Tony Yayo | 6,688KB | Audio |
| anonymous_user@KaZaA | Young Buck ft Tony Yayo - Feel It in the air.mp3 | 3 | 2,916KB | Audio |
| anonymous_user@KaZaA | Italian Mob Hits - Lazy Mary Lou Monte.mp3 | 3 | 1,886KB | Audio |
| anonymous_user@KaZaA | Mary J. Blidge_DMX_Nas - Sincerity.mp3 | Mary J. Blige | 7,205KB | Audio |
| | Mary J Blidge - Give me your.mp3 | Mary J Blige | 6,403KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (29.1... Not sharing any files





# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | Cleaning out my closet.mp3 | Eminem | 4,103KB | Audio |
| anonymous_user@KaZaA | Usher - Burn.mp3 | Usher | 3,999KB | Audio |
| anonymous_user@KaZaA | Puff Daddy - ft.mp3 | P. Diddy ft. Usher | 1,600KB | Audio |
| anonymous_user@KaZaA | Usher-feat-Alicia Keys - My Boo.mp3 | Usher ft. Alicia Keys | 4,952KB | Audio |
| anonymous_user@KaZaA | D12_Eminem - My Band ( Dirty ).wma | D12- Eminem | 7,081KB | Audio |
| anonymous_user@KaZaA | Xscape - In The Rain.mp3 | Xscape | 4,919KB | Audio |
| anonymous_user@KaZaA | Akon-Mr,Lonely.WAV | akon | 40,997KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Like Glue.mid | M | ·5KB | Audio |
| anonymous_user@KaZaA | eminem - 03 - business.mp3 | Eminem | 5,901KB | Audio |
| anonymous_user@KaZaA | I Love You (Remix).mp3 | Mary J. Blige | 5,434KB | Audio |
| anonymous_user@KaZaA | Juvenile - Slow Motion (1).wma | T.I. | 3,918KB | Audio |
| anonymous_user@KaZaA | 26-T.I.- 24's.mp3 | T.I. | 5,956KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - ooh.mp3 | Mary J. Blige | 2,936KB | Audio |
| anonymous_user@KaZaA | mary J. blige - Missing you like Crazy.mp3 | Mary J. Blige | 998KB | Audio |
| anonymous_user@KaZaA | Mary J Blige - As.mp3 | Mary J Blige_George Mic... | 1,919KB | Audio |
| anonymous_user@KaZaA | Mary J (1).mp3- | Mary J. Blige | 5,072KB | Audio |
| anonymous_user@KaZaA | However do you want it.mp3 | Mary J. Blige | 2,829KB | Audio |
| anonymous_user@KaZaA | Mary J. Blidge- No More Drama.mp3 | Mary J Blige | 3,841KB | Audio |
| anonymous_user@KaZaA | Mary J.mp3 | Unknown | 3,714KB | Audio |
| anonymous_user@KaZaA | Mary J.mp3 | Mary J. Blige | 4,329KB | Audio |

2,209,936 users online, sharing 475,979,374 files (29.1.. Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Shop | Traffic | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Tragedie vs Mary J Blige Hey Ho ! (Rmx).mp3 | Unknown | 3,714KB | Audio |
| anonymous_user@KaZaA | Mary J.mp3 | Mary J. Blige | 4,379KB | Audio |
| anonymous_user@KaZaA | (04) Mary J Blige - Not Today (Ft. wma | Da Band | 2,503KB | Audio |
| anonymous_user@KaZaA | lean on me kirk franklin, r.mp3 | R kelly, Mary J. Blige; Bo… | 6,012KB | Audio |
| anonymous_user@KaZaA | Dem Franchize Boy's - Black Tee.wma | Dem Franchize Boys | 8,278KB | Audio |
| anonymous_user@KaZaA | Mary J Blige - Not Today (Ft. Eve).wma | Eve | 2,502KB | Audio |
| anonymous_user@KaZaA | Black Tee.wma | A+ | 8,278KB | Audio |
| anonymous_user@KaZaA | Mary J Blige - Testimony.mp3 | Mary J Blige | 4,534KB | Audio |
| anonymous_user@KaZaA | eve- Gangsta Love.mp3 | Alicia Keys feat. Eve | 3,794KB | Audio |
| anonymous_user@KaZaA | 04 Everything.wma | Eve | 1,504KB | Audio |
| anonymous_user@KaZaA | Am I Dreaming.mp3 | Xscape _Keith Sweat | 5,116KB | Audio |
| anonymous_user@KaZaA | Eve - Love Is Blind.mp3 | Eve | 4,067KB | Audio |
| anonymous_user@KaZaA | Rumors.mp3 | Keith Sweat | 2,637KB | Audio |
| anonymous_user@KaZaA | SLOW JAMS-Keith Sweat - I'll Give All My Love.mp3 | keith sweat | 6,100KB | Audio |
| anonymous_user@KaZaA | Franchise-My Black Tee.wma | Do: | 8,278KB | Audio |
| anonymous_user@KaZaA | Keith Sweat - Merry Go Round.mp3 | Keith Sweat | 7,045KB | Audio |
| anonymous_user@KaZaA | Eve - Who's That Girl.mp3 | Eve | 3,163KB | Audio |
| anonymous_user@KaZaA | LoverBoy - Lovin Every Minute Of It.mp3 | Eve | 3,321KB | Audio |
| anonymous_user@KaZaA | llumidee-'ll never leave you.wav | Eve | 3,441KB | Audio |
| anonymous_user@KaZaA | Given Stefani- Eve - Rich Girl.mp3 | Gwen Stefani Ft Eve. | 69MKR | Audio |

Found 2509 files







**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Keith Sweat; Johnny Gill - My Body.mp3 | LSG | 1,994KB | Audio |
| anonymous_user@KaZaA | Hall and Oates - Everytime You Go Away.mp3 | Eve | 2,937KB | Audio |
| anonymous_user@KaZaA | white.tee(remix).wma | T.I. | 4,210KB | Audio |
| anonymous_user@KaZaA | T.mp3 | T.I. | 1,547KB | Audio |
| anonymous_user@KaZaA | Lsg-04-fa_free-musicmadhouse.wma | LSG | 3,637KB | Audio |
| anonymous_user@KaZaA | Lsg-02-wide_open-musicmadhouse.wma | LSG | 2,557KB | Audio |
| anonymous_user@KaZaA | 05 Track 5.wma | T.I. | 5,482KB | Audio |
| anonymous_user@KaZaA | 15 Track 15.wma | T.I. | 6,932KB | Audio |
| anonymous_user@KaZaA | 03 - Star For Life.mp3 | Mary J. Blige | 5,800KB | Audio |
| anonymous_user@KaZaA | 08 Track 8.wma | T.I. | 7,990KB | Audio |
| anonymous_user@KaZaA | Exscape_Keith Sweat - Am I Dreaming.mp3 | Xscape_Keith Sweat | 5,407KB | Audio |
| anonymous_user@KaZaA | B2K-ft-P.mp3 | B2K-ft-P. Diddy | 1,110KB | Audio |
| anonymous_user@KaZaA | I Dont Wanna Know.mp3 | Mario Winans ft: P. Diddy | 5,566KB | Audio |
| anonymous_user@KaZaA | Copy of Ill Be Missing U.mp3 | P. Diddy Feat. Faith Evans | 3,830KB | Audio |
| anonymous_user@KaZaA | SLOW JAMS-Keith Sweat - I'll Give All My Love To You.mp3 | Keith Sweat | 7,655KB | Audio |
| 2 Users | puff_daddy-ill_be_missing_you.mp3 | P.Diddy | 3,282KB | Audio |
| anonymous_user@KaZaA | P Diddy - My Best Friend.mp3 | Puff Daddy | 3,574KB | Audio |
| anonymous_user@KaZaA | Everytime.wma | Eve | 3,702KB | Audio |
| anonymous_user@KaZaA | LSG-Lessons Learned.wma | LSG | 5,526KB | Audio |
| anonymous user@KaZaA | - - -Other - - #9 #9 #9 #7.mp3 | | 2,975KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29...) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | - Other - #9 #9 #7.mp3 | LSG | 5,526KB | Audio |
| anonymous_user@KaZaA | LSG - Lessons Learned.wma | LSG | 2,975KB | Audio |
| anonymous_user@KaZaA | Lsg-10-cant_get_over_you-musicmadhouse.wma | LSG | 3,062KB | Audio |
| anonymous_user@KaZaA | P Diddy-NO TIME.mp3 | Lil' Kim Feat. Puff Daddy | 3,186KB | Audio |
| anonymous_user@KaZaA | 2 Shake Ya Tailfeather (1).mp3 | Nelly, P. Diddy_Murphy … | 6,894KB | Audio |
| anonymous_user@KaZaA | Pharrell - Frontin.mp3 | pharell [f/Jay-z] | 5,654KB | Audio |
| anonymous_user@KaZaA | 07 - lucky me.mp3 | Jay-z | 3,515KB | Audio |
| anonymous_user@KaZaA | Linkin Park ft Jay Z.wma | Finch | 4,042KB | Audio |
| anonymous_user@KaZaA | BLUEPRINT2.MP3 | JAY-Z | 1,606KB | Audio |
| anonymous_user@KaZaA | 06 - Like You.mp3 | Daddy Yankee | 2,381KB | Audio |
| anonymous_user@KaZaA | daddy yankee-Lean Back Remix.wma | Daddy Yankee | 1,426KB | Audio |
| 2 Users | Scarface ft Jay Z_Beanie Sigel - Guess Whos Back.mp3 | scarface ft jay2 | 3,851KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee_Nicky jam.mp3 | DJ Blass | 2,610KB | Audio |
| anonymous_user@KaZaA | Nelly feat. Mase - In My Life.wma | Nelly | 3,507KB | Audio |
| anonymous_user@KaZaA | cheat on you mase.mp3 | Mase f. 112, Lil Zane | 1,335KB | Audio |
| anonymous_user@KaZaA | 08 Lo Que Paso, Paso.wma | Daddy Yankee | 3,355KB | Audio |
| anonymous_user@KaZaA | Mase- Bad Bad Boys.mp3 | 3 | 9,463KB | Audio |
| anonymous_user@KaZaA | Mase_Notorious B.I.G.mp3 | Mase_BIG_112 | 4,496KB | Audio |
| anonymous_user@KaZaA | Regeton-Daddy Yankee_Nicky jam.mp3 | Reggaeton | 2,610KB | Audio |
| anonymous_user@KaZaA | Maca_Musa- all t Fuser Mianta(1).mp3 | 8 | 5,684KB | audio |

2,209,936 users online  sharing 475,979,374 files (29?) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | Regeton- Daddy Yankee, Nicky Jam.mp3 | Reggaeton | 2,610KB | Audio |
| anonymous_user@KaZaA | Mase-Mya - All I Ever Wanted (1).mp3 | 3 | 5,684KB | Audio |
| anonymous_user@KaZaA | Jon b – they dont know about you and me.mp3 | Jon b | 3,208KB | Audio |
| anonymous_user@KaZaA | 05-AudioTrack 05.mp3 | Nicky Jam_Daddy Yankee | 3,067KB | Audio |
| anonymous_user@KaZaA | 16 Reset.mp3 | Outkast | 4,197KB | Audio |
| anonymous_user@KaZaA | My Harlem Lullaby.wma | Mase | 3,697KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - puff harder .mp3 | no artist | 4,004KB | Audio |
| anonymous_user@KaZaA | JonB- Dont say.mp3 | Jon B | 4,516KB | Audio |
| anonymous_user@KaZaA | Jesus Walks (Remix).mp3 | Kanye West, Mase | 7,046KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Renee (full).mp3 | Lost Boys | 4,592KB | Audio |
| anonymous_user@KaZaA | Lost Boyz_Big L - Dangerous.mp3 | Lost Boyz_Big L | 2,902KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Take a hike.mp3 | lost boyz | 4,273KB | Audio |
| anonymous_user@KaZaA | 02 King Daddy.wma | Daddy Yankee | 2,384KB | Audio |
| anonymous_user@KaZaA | 01 - Track 1.mp3 | Outkast | 6,448KB | Audio |
| anonymous_user@KaZaA | JonB -Sex Is On My Mind.mp3 | Jon B | 2,194KB | Audio |
| anonymous_user@KaZaA | Don't Know (Remix).mp3 | Mario Winans, Mase, Allure | 3,470KB | Audio |
| anonymous_user@KaZaA | TTupac - Changes.mp3 | 2pac | 4,208KB | Audio |
| anonymous_user@KaZaA | 2pac changes dan brown illuminati os.wma | Unknown | 9KB | Audio |
| anonymous_user@KaZaA | LIL_BOW_.mp3 | Eminem, DMX, 2Pac, Jadaki... | 3,310KB | Audio |
| anonymous_user@KaZaA | Disc 2 - 2Pac - 10 - Better Dayz - There U Go.wav | Unknown | 56,993KB | Audio |



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download    Search  Traffic  Shop  Tell A Friend

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | LSG - my body.mp3 | LSG | 4,988KB | Audio |
| anonymous_user@KaZaA | LSG - Cry And Make Love.wma | LSG | 3,181KB | Audio |
| anonymous_user@KaZaA | Puff Daddy - Every Breath You Take.mp3 | P. Diddy | 3,259KB | Audio |
| anonymous_user@KaZaA | SWV - Get It Together.mp3 | 702 | 3,479KB | Audio |
| 2 Users | Jay-Z - Can I Live.mp3 | Jay-Z | 5,862KB | Audio |
| anonymous_user@KaZaA | Instrumentals-Jay-z-Lucifer.wma | Instrumentals | 2,373KB | Audio |
| anonymous_user@KaZaA | Xscape_-Wassup.mp3 | Xscape | 4,222KB | Audio |
| anonymous_user@KaZaA | 2pac-Makeveli-(08)-Krazy.mp3 | Tupac | 2,158KB | Audio |
| anonymous_user@KaZaA | jon b -tu amor.mp3 | Jon B. | 5,627KB | Audio |
| anonymous_user@KaZaA | 04 Encore.mp3 | Jay-Z | 1,716KB | Audio |
| anonymous_user@KaZaA | Xscape - Liar.MP3 | Xscape | 6,626KB | Audio |
| anonymous_user@KaZaA | The Way You Move.mp3 | Outkast | 3,407KB | Audio |
| anonymous_user@KaZaA | Jon B. - They Don't Know.wma | Jon B. | 2,186KB | Audio |
| anonymous_user@KaZaA | 13-jon_b-lay_it_down-musiq.mp3 | Jon B | 6,539KB | Audio |
| anonymous_user@KaZaA | T.I.-Asap.mp3 | T.I. | 5,034KB | Audio |
| anonymous_user@KaZaA | It's a Wrap.MP3 | Mary J. Blige | 1,773KB | Audio |
| anonymous_user@KaZaA | Krazy.mp3 | 2PAC | 4,936KB | Audio |
| anonymous_user@KaZaA | TUpac-No Mercy.mp3 | 2Pac | 1,509KB | Audio |
| 2 Users | 2Pac - Old School (1).mp3 | Tupac Shakur | 4,383KB | Audio |
| anonymous_user@KaZaA | 2pac-makaveli-hypocrit on us 115.mp3 | 2Pac | 3,14?KB | Audio |

2,209,936 users online, sharing 475,979,374 files (29.1... Not sharing any files

Found 2599 files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | | | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | 2Pac - Old School (1).mp3 | Tupac Shakur | 4,383KB | Audio |
| anonymous_user@KaZaA | 2pac makaveli tupac - hit em up III.mp3 | 2Pac | 3,118KB | Audio |
| anonymous_user@KaZaA | Exscape - Do Like Lovers Do.mp3 | XSCAPE | 5,059KB | Audio |
| 2 Users | Beyonce feat. Jay-Z - Crazy In Love.mp3 | Jay-Z | 5,820KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Bonny and Clyde 2.mp3 | Jay | 3,233KB | Audio |
| anonymous_user@KaZaA | OLD SCHOOL RAP - Lost Boyz - Summertime.mp3 | Lost Boyz | 8,064KB | Audio |
| anonymous_user@KaZaA | 2Pac - Hell 4 A Hustla.mp3 | 2Pac | 5,707KB | Audio |
| anonymous_user@KaZaA | Tupac - Against All Odds (1).mp3 | 2-Pac | 2,983KB | Audio |
| anonymous_user@KaZaA | 2pac-11-thug_nation.mp3 | Tupac Shakur | 5,384KB | Audio |
| anonymous_user@KaZaA | 2pac - Dear Mr (1).mp3 | Tupac | 5,248KB | Audio |
| anonymous_user@KaZaA | 11 TUPAC - Stay n Awake.mp3 | Tupac(unreleased). | 3,635KB | Audio |
| anonymous_user | tupac - straight ballin.wma | 2PAC | 2,327KB | Audio |
| anonymous_user@KaZaA | CNN - Rated R.mp3 | Tu pac makaveli tupac | 3,008KB | Audio |
| anonymous_user@KaZaA | tUPAC.f. KURUPT_DAZ - MAKAVELI (Unreleased).mp3 | tupac | 3,242KB | Audio |
| anonymous_user@KaZaA | 2pac - thugs get lonely too.mp3 | Tupac | 5,697KB | Audio |
| anonymous_user@KaZaA | 06 - West Coast.mp3 | 2Pac | 4,688KB | Audio |
| anonymous_user@KaZaA | Tupac Shakur - Unrelease.mp3 | 2pac | 3,156KB | Audio |
| anonymous_user@KaZaA | makaveli_daz_dillinger - Um Dumpin .mp3 | 3 | 4,114KB | Audio |
| anonymous_user@KaZaA | 2pac - Still Pac.mp3 | 2Pac Makaveli | 2,313KB | Audio |
| anonymous user@KaZaA | 2pac-Gun in my mouth.mp3 | Makaveli | 4,054KB | Audio |

2,209,936 users online. Sharing 475,979,374 files (291...  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | 2pac - Still Pac.mp3 | 2Pac MakaVeLi | 2,313KB | Audio |
| anonymous_user@KaZaA | 2pac-Gun in my mouth.mp3 | Makaveli | 4,054KB | Audio |
| anonymous_user@KaZaA | 2Pac- Slippin Into Darkness (Unreleased).mp3 | Tupac/Makaveli | 2,150KB | Audio |
| anonymous_user@KaZaA | 2pac(Makavelli)- weed got me crazy.mp3 | 2 Pac | 4,157KB | Audio |
| anonymous_user@KaZaA | 2Pac - Westside.mp3 | Tupac | 3,840KB | Audio |
| 2 Users | TEGO CALDERON PERREA.mp3 | Daddy Yankee | 1,154KB | Audio |
| anonymous_user@KaZaA | Daddy.Yankee-No.me.dejes.solo.wma | Daddy Yankee | 687KB | Audio |
| anonymous_user@KaZaA | daddy.yankee - gasolina.wma | Daddy Yankee | 482KB | Audio |
| anonymous_user@KaZaA | Don.omar.y.Yankee - Afuego.mp3 | Daddy Yankee | 3,278KB | Audio |
| anonymous_user@KaZaA | Nicky.Jam.y.Daddy.Yankee - Dj Nelson).wma | Daddy Yankee | 1,307KB | Audio |
| anonymous_user@KaZaA | YO.VOY.wma | Daddy Yankee | 588KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - House Of Pain (1).mp3 | 2pac | 2,501KB | Audio |
| anonymous_user@KaZaA | dembou.repetaol.wma | Ivy Queen | 1,418KB | Audio |
| 2 Users | Track No15.mp3 | REGUETON Ivy.Queen | 1,906KB | Audio |
| anonymous_user@KaZaA | Ivy.queen - amor.de.colegio.wma | Hector y Tito | 1,512KB | Audio |
| anonymous_user@KaZaA | 16.mp3 | Ivy Queen | 3,662KB | Audio |
| anonymous_user@KaZaA | DON.OMAR-LA BATIDORA (1).MP3 | Don Omar Fet. Ivy queen | 4,225KB | Audio |
| anonymous_user@KaZaA | Chica ideal.mp3 | Ivy Queen | 4,264KB | Audio |
| anonymous_user@KaZaA | SWV - Im.so.into.you.mp3 | SWV | 6,472KB | Audio |
| anonymous_user@KaZaA | Tasv.7 - Give th To Me.mp3 | Trek 7 | 3,548KB | Audio |

(2,209,936 users online, sharing 475,979,374 files (29).) Not sharing any files

# Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | My Kazaa

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | SWV - Im so into you.mp3 | SWV | 6,472KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Give It To Me.mp3 | Jay-Z | 3,548KB | Audio |
| anonymous_user@KaZaA | Goodie Mob feat Outkast - Sky High.mp3 | 3... | 3,029KB | Audio |
| anonymous_user@KaZaA | Tupac - Whatz Next.mp3 | 2pac | 4,716KB | Audio |
| anonymous_user@KaZaA | 05 - Blasphemy.mp3 | Tupac | 3,273KB | Audio |
| anonymous_user@KaZaA | Jon B - Everytime.mp3 | Jon B | 5,551KB | Audio |
| anonymous_user@KaZaA | Makaveli_Dillinger_-_Riein.mp3 | 2pac ft. daz | 5,852KB | Audio |
| 2 Users | gASOLINa_rEMIX.mp3 | Daddy Yankee | 4,512KB | Audio |
| anonymous_user@KaZaA | 06 Los 12 disipulos Yankee.mp3 | Daddy Yankee | 4,830KB | Audio |
| anonymous_user@KaZaA | 20. mi love.mp3 | Don Omar feat Daddy Ya... | 2,812KB | Audio |
| anonymous_user@KaZaA | GUATAUBA - Track 04.mp3 | Daddy Yankee | 1,308KB | Audio |
| anonymous_user@KaZaA | Fat Joe (1).mp3 | daddy yankee | 6,036KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - avizame.wma | Nicky Jam | 1,154KB | Audio |
| anonymous_user@KaZaA | Tego Calderón-P.I.M.wma | Daddy Yankee | 2,478KB | Audio |
| anonymous_user@KaZaA | Tu cuerpo en la cama.wma | Daddy Yankee  Nicky Jam | 1,220KB | Audio |
| anonymous_user@KaZaA | regueton- Pistoleo.MP3 | Don Omar Y Daddy Yankee | 2,292KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - La Gasolina.wma | Daddy Yankee | 776KB | Audio |
| anonymous_user@KaZaA | La gasolina (1) (1).mp3 | Daddy Yankee | 4,549KB | Audio |
| anonymous_user@KaZaA | Yokaleo.mp3 | Daddy Yankee, Nicky Jam | 3,695KB | Audio |
| anonymous_user@KaZaA | 01 gasolina daddy yankee.mp3 | Daddy Yankee | 3,974KB | Audio |

Found 2509 files

2,209,936 users online, sharing 479,979,374 files (2,9...) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  ☆ My Kazaa  🎭 Theater  🔍 Search  ⇧ Traffic  🛒 Shop  ✉ Tell A Friend

New Search    🔽 Download    🔍 Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Yakaleo.mp3 | Daddy Yankee Nicky Jam | 3,695KB | Audio |
| anonymous_user@KaZaA | 01-gasolina-daddy_yankee.mp3 | Daddy Yankee | 3,971KB | Audio |
| anonymous_user@KaZaA | Regeton - Gasolina.mp3 | Daddy Yankee | 3,584KB | Audio |
| anonymous_user@KaZaA | Lo qué pasó pasó.wma | Daddy Yankee | 1,672KB | Audio |
| anonymous_user@KaZaA | 02 - King Daddy.mp3 | Daddy Yankee | 1,780KB | Audio |
| anonymous_user@KaZaA | Pista 04.MP3 | Daddy Yankee ft. DJ Nels... | 1,558KB | Audio |
| anonymous_user@KaZaA | Lento Lento.mp3 | Daddy Yankee | 4,003KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee-Lo que Paso, Paso.wma | Daddy Yankee | 3,352KB | Audio |
| anonymous_user@KaZaA | wisin ft daddy yankee-sacolina.wma | wisin ft. daddy yankee | 746KB | Audio |
| anonymous_user@KaZaA | daddy yankee.mp3 | Daddy Yankee | 2,037KB | Audio |
| anonymous_user@KaZaA | mirame2.mp3 | Daddy Yankee | 5,022KB | Audio |
| anonymous_user@KaZaA | Don Omar-Daddy Yankee.MP3 | Don Omar | 350KB | Audio |
| anonymous_user@KaZaA | daddy yankee_sEgUrOSKI.mp3 | Daddy Yankee | 2,306KB | Audio |
| anonymous_user@KaZaA | 01 Intro-Bomb First.mp3 | 2 Pac | 2,027KB | Audio |
| anonymous_user@KaZaA | regue la GASOLINA (1).mp3 | Daddy Yankee | 4,046KB | Audio |
| anonymous_user@KaZaA | SoltErA.mp3 | DADDY YANKEE | 3,003KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee, Zion y Lenox - Barrio Fino.wma | Daddy Yankee | 707KB | Audio |
| anonymous_user@KaZaA | 03 Track 3.wma | Daddy Yankee | 3,096KB | Audio |
| anonymous_user@KaZaA | Tupac - Blasphemy.mp3 | 2 Pac Makaveli | 4,353KB | Audio |
| anonymous_user@KaZaA | Gasolina (1).mp3 | Daddy Yankee | 3,370KB | Audio |

Found 2599 files

2,209,936 users online; sharing 475,979,974 files (2,931 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Tupac - Blasphemy.mp3 | 2 Pac Makaveli | 4,358KB | Audio |
| anonymous_user@KaZaA | Gasolina (1).mp3 | Daddy Yankee | 2,779KB | Audio |
| anonymous_user@KaZaA | reggeton-Gasolina.wma | Daddy Yankee | 4,538KB | Audio |
| anonymous_user@KaZaA | Sabor A Melao.mp3 | Daddy Yankee | 2,625KB | Audio |
| anonymous_user@KaZaA | 07 - El Muro.mp3 | Daddy Yankee | 2,103KB | Audio |
| anonymous_user@KaZaA | Don Omar - Me Pones Mal.wma | Daddy Yankee Y Nicky Jam | 1,108KB | Audio |
| anonymous_user@KaZaA | daddy_yankee.mp3 | DJ Cream Reggaeton Mix... | 1,738KB | Audio |
| anonymous_user@KaZaA | la vampiresa.mp3 | Daddy Yankee | 1,356KB | Audio |
| anonymous_user@KaZaA | Muévete_Perreá.mp3 | Daddy Yankee | 2,650KB | Audio |
| anonymous_user@KaZaA | reggaeton-daddy_yankee-gasolina.wma | Daddy Yankee | 776KB | Audio |
| anonymous_user@KaZaA | Regeton - pistoleo.wma | Don Omar ft. Daddy Yank... | 597KB | Audio |
| anonymous_user@KaZaA | 09 - Track 9 (1).mp3 | daddy yankee | 2,418KB | Audio |
| anonymous_user@KaZaA | Sean Paul_Ivy Queen (Gimme The Light Remix).mp3 | Sean Paul | 5,358KB | Audio |
| 3 Users | Ivy Queen - En La Disco.mp3 | Ivy Queen | 2,012KB | Audio |
| anonymous_user@KaZaA | Ivy Queen-que es la que.mp3 | Ivy Queen | 4,703KB | Audio |
| anonymous_user@KaZaA | Gata salvaje.mp3 | REGUETON Ivy Queen | 3,072KB | Audio |
| anonymous_user@KaZaA | pa la cama voy.mp3 | Ivy Queen | 2,884KB | Audio |
| anonymous_user@KaZaA | Perreo (100).mp3 | Ivy Queen y Adam | 3,795KB | Audio |
| anonymous_user@KaZaA | Dile.mp3 | Ivy Queen | 4,426KB | Audio |
| anonymous user@KaZaA | Ivy Queen Saber.mp3 | Ivy Queen | 2,013KB | Audio |

2,209,936 users online. Sharing 475,979,374 files (29 ... Not sharing any files

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Dile.mp3 | Ivy Queen | 4,426KB | Audio |
| anonymous_user@KaZaA | Yo Quiero Saber.mp3 | Ivy Queen | 2,012KB | Audio |
| anonymous_user@KaZaA | artist.- REGGETON B1 (1).mp3 | Ivy_Queen | 2,888KB | Audio |
| anonymous_user@KaZaA | IVY QUEEN - DIME (NUEVA).MP3 | IVY QUEEN | 2,576KB | Audio |
| anonymous_user@KaZaA | Papi Te Quiero (2).mp3 | Ivy Queen | 2,079KB | Audio |
| anonymous_user@KaZaA | Ivy.Queen - La otra.mp3 | DJ NELSON | 2,308KB | Audio |
| anonymous_user@KaZaA | ivy_queen_-tu quieres bailar.mp3 | Regeton | 2,715KB | Audio |
| anonymous_user@KaZaA | Rompiendo El Silencio.mp3 | Ivy Queen- Don Omar | 2,682KB | Audio |
| anonymous_user@KaZaA | Ivy.Queen_Bebe.mp3 | Falo, Ivy Queen, Bebe | 3,426KB | Audio |
| anonymous_user@KaZaA | Vamo'alla- Trivales.mp3 | Trivales (f. Ivy Queen) | 3,391KB | Audio |
| anonymous_user@KaZaA | Reggaeton - Ivy_queen.mp3 | Ivy.Queen | 3,778KB | Audio |
| anonymous_user@KaZaA | IVY QUEEN - BESAME.mp3 | IVI QUEEN | 2,822KB | Audio |
| anonymous_user@KaZaA | papi te quiero ivy queen.wma | Don Omar | 3,055KB | Audio |
| anonymous_user@KaZaA | ivy.queen - perreo.mp3 | ivy.queen | 1,204KB | Audio |
| anonymous_user@KaZaA | DJ Nelson The Flow 2 - 15 - Ivy Queen.mp3 | DJ Nelson The Flow 2 | 2,885KB | Audio |
| anonymous_user@KaZaA | Ivy Queen-Klates (1).mp3 | Ivy Queen | 3,975KB | Audio |
| anonymous_user@KaZaA | Improvisando.mp3 | Vico C Y Ivy_Queen | 1,343KB | Audio |
| anonymous_user@KaZaA | Playero.y daddy yankee.mp3 | Ivy_Queen | 9,533KB | Audio |
| anonymous_user@KaZaA | | Unknown | 1,494KB | Audio |
| anonymous_user@KaZaA | Hector y Tito.wma | Hector y Tito | 1,582KB | Audio |

Found 2500 files    2,209,936 users online, sharing 475,979,374 files (29.1...    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Hector y tito.wma | Unknown | 1,494KB | Audio |
| anonymous_user@KaZaA | Hector y Tito - Gata Celosa.wma | Hector y Tito | 1,587KB | Audio |
| anonymous_user@KaZaA | don.omar - Felina.wma | Hector y Tito | 1,742KB | Audio |
| anonymous_user@KaZaA | Ivy Queen - Soprano.mp3 | IVY QUEEN | 2,343KB | Audio |
| anonymous_user@KaZaA | Tego Calderon+Regeton.mp3 | ivy queen | 2,373KB | Audio |
| anonymous_user@KaZaA | REGGAETON- Ivy Queen - Como Mujer.MP3 | Ivy Queen | 3,802KB | Audio |
| anonymous_user@KaZaA | reggeton-4.wma | Hector y Tito | 1,515KB | Audio |
| anonymous_user@KaZaA | 03 (1).wav | Ivy Queen | 3,784KB | Audio |
| anonymous_user@KaZaA | Hector y.tito-La loca.mp3 | Hector y tito | 2,808KB | Audio |
| anonymous_user@KaZaA | La Gasolina (1).mp3 | Daddy Yankee | 3,330KB | Audio |
| anonymous_user@KaZaA | Ivi Queen - Tocame.mp3 | Ivy Queen | 2,706KB | Audio |
| anonymous_user@KaZaA | VICO C-EN VIVO.mp3 | Ivy Queen | 1,334KB | Audio |
| anonymous_user@KaZaA | Ivy Queen - the noise 7.mp3 | Ivy Queen | 2,484KB | Audio |
| anonymous_user@KaZaA | yal.- Tito El Bambino.mp3 | Hector y Tito | 1,658KB | Audio |
| anonymous_user@KaZaA | Don Omar-gargolas (6).wma | HECTOR Y TITO | 1,325KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Palante.mp3 | Daddy yankee | 2,689KB | Audio |
| anonymous_user@KaZaA | Sean Paul  Ivy Queen.mp3 | Queen | 5,358KB | Audio |
| anonymous_user@KaZaA | Wisin Y Yandel- Demoboou.wma | Ivy Queen | 1,418KB | Audio |
| anonymous_user@KaZaA | Varios - Yo te Buscaba.mp3 | Hector y TITO | 4,862KB | Audio |
| anonymous_user@KaZaA | 10 - Dee Jay.mp3 | Ivy Queen | 4,926KB | Audio |

2,209,936 users online, sharing 475,979,374 files (2,911 Not sharing any files.

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Varios - Yo te Buscaba.mp3 | Hector y TITO | 4,862KB | Audio |
| anonymous_user@KaZaA | 10 - Dee Jay.mp3 | Ivy Queen | 4,926KB | Audio |
| anonymous_user@KaZaA | quiero besar tu cuerpo.mp3 | Hector y Tito | 2,092KB | Audio |
| anonymous_user@KaZaA | bin-hyt.mp3 | Hector y Tito | 284KB | Audio |
| 3 Users | felina.wma | Hector y Tito | 3,440KB | Audio |
| anonymous_user@KaZaA | Hector Y Tito - Amor De Colegio.mp3 | Hector y Tito | 4,425KB | Audio |
| anonymous_user@KaZaA | Don Omar - Pegate.wma | HECTOR Y TITO | 779KB | Audio |
| anonymous_user@KaZaA | hector y tito-suya mi loba.wma | Don Omar | 1,427KB | Audio |
| anonymous_user@KaZaA | A.tego calderon.mp3 | tito y hector | 1,184KB | Audio |
| anonymous_user@KaZaA | TU SABES.mp3 | Hector y Tito | 1,826KB | Audio |
| anonymous_user@KaZaA | Perreo.mp3 | Tito y Hector | 1,169KB | Audio |
| 3 Users | Hector y Tito Gata Fiera.wma | REGGAETON | 1,666KB | Audio |
| anonymous_user@KaZaA | tego calderon-Wasa Wasa.mp3 | Hector y Tito | 3,778KB | Audio |
| anonymous_user@KaZaA | Trebol Clan ft.mp3 | Hector y Tito | 416KB | Audio |
| anonymous_user@KaZaA | hector y tito reggaeton.wma | Hector y Hector | 1,110KB | Audio |
| anonymous_user@KaZaA | Don Omar.MP3 | Hector y Tito | 2,363KB | Audio |
| 3 Users | --DEMBO.mp3 | Hector y Tito | 2,779KB | Audio |
| anonymous_user@KaZaA | REGGAETON 100% - PUTA SUCIA.mp3 | tito y hector | 1,823KB | Audio |
| anonymous_user@KaZaA | hector y tito - tra tra baby.mp3 | Regeton | 1,164KB | Audio |
| anonymous_user@KaZaA | FFLINA (1).mp3 | Hector y Tito | 2,91?KB | Audio |