**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | hector y tito - tra tra baby.mp3 | Regeton | 1,164KB | Audio |
| anonymous_user@KaZaA | FELINA (1).MP3 | Hector y Tito | 2,810KB | Audio |
| anonymous_user@KaZaA | Ivy Queen - Soldados.mp3 | Ivy Queen | 3,025KB | Audio |
| anonymous_user@KaZaA | Ivy Queen - Flow Mix.mp3 | IVY QUEEN | 4,002KB | Audio |
| anonymous_user@KaZaA | ht-baila morena.mp3 | HECTOR Y TITO | 2,516KB | Audio |
| anonymous_user@KaZaA | Me and My Girlfriend.wma | Makaveli | 3,656KB | Audio |
| anonymous_user@KaZaA | 2pac-Bonnie and Clyde.mp3 | 2pac | 4,818KB | Audio |
| anonymous_user@KaZaA | DON OMAR LEMBOU.wma | Ivy Queen | 1,418KB | Audio |
| anonymous_user@KaZaA | Hector y Tito - Tigresa (1).mp3 | Regaeton | 1,348KB | Audio |
| anonymous_user@KaZaA | A Que No - Tito El Bambino.mp3 | Hector Y Tito | 1,952KB | Audio |
| anonymous_user@KaZaA | hector y tito - Boricua NY.mp3 | Hector y Tito | 2,210KB | Audio |
| anonymous_user@KaZaA | Regeton - Hector y Tito - Mas Candela.mp3 | HECTOR Y TITO | 3,090KB | Audio |
| anonymous_user@KaZaA | Hector y Tito - Coqueta.mp3 | Hector y Tito | 350KB | Audio |
| anonymous_user@KaZaA | hector y tito victor manuel - hay amor.wma | Luny Tunes | 951KB | Audio |
| anonymous_user@KaZaA | A Que No Te Atreves.wma | Tito y Hector | 2,939KB | Audio |
| anonymous_user@KaZaA | Dj Sy - El Misterio.mp3 | HECTOR_TITO | 3,982KB | Audio |
| anonymous_user@KaZaA | InMyLifEe_neLLy_mAse.mp3 | Nelly | 5,162KB | Audio |
| anonymous_user@KaZaA | Jodeci-Come and Talk (1).mp3 | Jodeci | 4,297KB | Audio |
| anonymous_user@KaZaA | mase my harlem lullaby all my life.wma | Unknown | 21KB | Audio |
| anonymous_user@KaZaA | Nelly Ft. Mase - In My Life.mp3 | Nelly | 5,159KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (291...) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | mase my harlen lullaby all my life.wma | Unknown | 21KB | Audio |
| anonymous_user@KaZaA | Nelly ft. Mase - In My Life.mp3 | Nelly | 5,159KB | Audio |
| anonymous_user@KaZaA | B--h.mp3 | Lil Jon _Too Short | 4,705KB | Audio |
| anonymous_user@KaZaA | jonb_everytime.wma | Jon B_Dirt McGirt | 1,879KB | Audio |
| anonymous_user@KaZaA | Mase - Welcome Back..wma | Mase | 942KB | Audio |
| anonymous_user@KaZaA | Eight Ball.mp3 | Mase_8Ball_MJG | 3,968KB | Audio |
| anonymous_user@KaZaA | Jon B;Brian Mcknight;BabyFace_Someone to love.mp3 | Baby Face | 2,236KB | Audio |
| anonymous_user@KaZaA | regeton - - DEMBO.mp3 | Hector y Tito | 2,779KB | Audio |
| anonymous_user@KaZaA | Don Omar - Dejala.mp3 | Hector y Tito | 1,817KB | Audio |
| anonymous_user@KaZaA | DJCLUE~6.MP3 | Dj Clue | 1,474KB | Audio |
| anonymous_user@KaZaA | Mase - Welcome Back..mp3 | Mase | 4,151KB | Audio |
| anonymous_user@KaZaA | Nelly + Mase - In My Life.mp3 | Nelly | 5,160KB | Audio |
| anonymous_user@KaZaA | nelly feat mase- in my life.mp3 | Nelly | 4,100KB | Audio |
| anonymous_user@KaZaA | 112-Smile (1).mp3 | G-Unit | 3,182KB | Audio |
| anonymous_user@KaZaA | Ay_Amor (Reggaeton).mp3 | Hector y Tito | 3,703KB | Audio |
| anonymous_user@KaZaA | MUSICA NEGRA 10.mp3 | Jon B_2pac | 4,150KB | Audio |
| 2 Users | Jodeci - - Cry For You.mp3 | Jodeci | 3,218KB | Audio |
| anonymous_user@KaZaA | 112 - Anywhere.mp3 | 112 | 3,843KB | Audio |
| anonymous_user@KaZaA | cupid-on and on_jack johnson.mp3 | 112 | 5,351KB | Audio |
| anonymous_user@KaZaA | Hector y Tito Feat.mp3 | DON OMAR | 1,182KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1... | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | cupid-on and on_jack johnson.mp3 | 112 | 5,950KB | Audio |
| anonymous_user@KaZaA | Hector y Tito Feat.mp3 | DON OMAR | 1,182KB | Audio |
| anonymous_user@KaZaA | 112 - Peaches and Cream.mp3 | 112 | 3,633KB | Audio |
| anonymous_user@KaZaA | Nate Dogg - Why.mp3 | Jadakiss | 4,894KB | Audio |
| anonymous_user@KaZaA | Mase - Welcome Back -- Wasting My Time.mp3 | Jadakiss | 5,177KB | Audio |
| anonymous_user@KaZaA | Mase_Breathe_Stretch_Shake (256).wma | Mase | 1,188KB | Audio |
| anonymous_user@KaZaA | Hector y tito-bandolera.mp3 | Hector y Tito | 3,053KB | Audio |
| anonymous_user@KaZaA | Why(Remix).mp3 | Jadakiss | 6,500KB | Audio |
| anonymous_user@KaZaA | Sade - By Your Side.mp3 | Jadakiss | 6,899KB | Audio |
| anonymous_user@KaZaA | DEFAULT - BY YOUR SIDE (1).MP3 | Jadakiss | 2,596KB | Audio |
| anonymous_user@KaZaA | Hot Sauce To Go.mp3 | Jadakiss | 7,427KB | Audio |
| anonymous_user@KaZaA | hot sauce-to go ft.mp3 | Jadakiss | 3,703KB | Audio |
| anonymous_user@KaZaA | Hot Sauce To Go (Feat).wma | Jadakiss | 3,754KB | Audio |
| anonymous_user@KaZaA | InMyLife_neLLy_mAse(1).mp3 | Nelly | 5,162KB | Audio |
| anonymous_user@KaZaA | 15-jadakiss-air_it_out-rns.mp3 | Jadakiss | 6,131KB | Audio |
| anonymous_user@KaZaA | Chezina, Rey Pirin, Ivy Queen, Yankee y Mexicano.mp3 | Daddy Yankee | 4,416KB | Audio |
| anonymous_user@KaZaA | Mase - Welcome Back -- Wasting My Time (1).mp3 | Jadakiss | 5,177KB | Audio |
| anonymous_user@KaZaA | 04 My Harlem Lullaby.mp3 | Mase | 5,571KB | Audio |
| anonymous_user@KaZaA | Wham! - Bad Boys.mp3 | Mase | 3,104KB | Audio |
| anonymous_user@KaZaA | 9.mp3 | Puff Daddy, Mase | 983KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Wham! - Bad Boys.mp3 | mase | 3,104KB | Audio |
| anonymous_user@KaZaA | P.mp3 | Puff Daddy_Mase | 987KB | Audio |
| anonymous_user@KaZaA | Reggae Mix.mp3 | Ivy Queen | 1,808KB | Audio |
| anonymous_user@KaZaA | 03 (Reggeton) Reggaeton-Sex Vol (1).mp3 | Unknown | 1,323KB | Audio |
| anonymous_user@KaZaA | 31 Ivy Queen Y Don Omar-La Sicaria.wma | Don Omar | 1,689KB | Audio |
| anonymous_user@KaZaA | Reggeton - Damelo.wma | Juanes | 2,931KB | Audio |
| anonymous_user@KaZaA | Jon B. - Lately.mp3 | Jon B. | 4,179KB | Audio |
| anonymous_user@KaZaA | REGGETON - GASOLINA.mp3 | Daddy Yankee | 2,995KB | Audio |
| anonymous_user@KaZaA | reggeton-Gasolina (1).wma | Daddy Yankee | 4,538KB | Audio |
| anonymous_user@KaZaA | reggeton-Gasolina (2).wma | Daddy Yankee | 4,538KB | Audio |
| anonymous_user@KaZaA | Jadakiss - 112 - Still Feel Me.mp3 | Jadakiss | 2,532KB | Audio |
| anonymous_user@KaZaA | REGGETON - GASOLINA (1).mp3 | Daddy Yankee | 2,995KB | Audio |
| anonymous_user@KaZaA | 112 - Dance with Me (REMIX).mp3 | Rem | 2,999KB | Audio |
| anonymous_user@KaZaA | P.Diddy_Mase - Shake that ass.mp3 | P.Diddy_Mase | 4,938KB | Audio |
| anonymous_user@KaZaA | Reggeton - Chicas Malas.wma | Nicky Jam_Daddy Yankee | 1,804KB | Audio |
| anonymous_user@KaZaA | Cheat on You.MP3 | Mase feat 112, Jay-Z | 4,622KB | Audio |
| anonymous_user@KaZaA | exito 2003 mekano raga.mp3 | Regeton | 1,940KB | Audio |
| anonymous_user@KaZaA | 27 Reggeton 2003.mp3 | Dj Pretty Boy | 3,723KB | Audio |
| anonymous_user@KaZaA | Desnuda.mp3 | Don Omar | 1,617KB | Audio |
| anonymous_user@KaZaA | Reggaeton-nicholas (1) (1).wma | Don Omar ft. Daddy Yank... | 592KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Desnuda.mp3 | Don Omar | 1,617KB | Audio |
| anonymous_user@KaZaA | Reggeton-pistoleo (1) (1).wma | Don Omar ft. Daddy Yank... | 597KB | Audio |
| anonymous_user@KaZaA | pipo-santi - Track 18.mp3 | daddy yanky | 3,702KB | Audio |
| anonymous_user@KaZaA | REGGETON - LA GASOLINA.mp3 | Daddy Yankee | 2,617KB | Audio |
| anonymous_user@KaZaA | Twirkulator.MP3 | Ying Yang Twins | 3,966KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Whistle While You Twirk.mp3 | Ying Yang Twins | 3,263KB | Audio |
| anonymous_user@KaZaA | Wait.mp3 | Ying Yang Twins | 2,860KB | Audio |
| anonymous_user@KaZaA | HECTOR Y TITO - Tocame.wma | Reggaeton | 3,918KB | Audio |
| anonymous_user@KaZaA | Twirkulator (1).MP3 | Ying Yang Twins | 3,966KB | Audio |
| anonymous_user@KaZaA | RNB MIX II.mp3 | 112 | 3,592KB | Audio |
| anonymous_user@KaZaA | Ivy.Queen - Real - 01 - Intro.mp3 | Ivy Queen | 2,005KB | Audio |
| anonymous_user@KaZaA | SWV - All Cried Out.MP3 | Allure and 112 | 3,224KB | Audio |
| anonymous_user@KaZaA | 112 - dance with me.mp3 | Save The Last Dance | 2,718KB | Audio |
| anonymous_user@KaZaA | 112 - You Already Know. (1).wma | 112 | 2,385KB | Audio |
| anonymous_user@KaZaA | 112 ff.wma | 112 | 2,708KB | Audio |
| anonymous_user@KaZaA | 112 - If Your Sexy And You Know It.mp3 | 112 | 1,590KB | Audio |
| anonymous_user@KaZaA | 112 - Peaches and Cream [Clean].mp3 | Unknown | 2,792KB | Audio |
| anonymous_user@KaZaA | Lil' Zane feat.mp3 | 112 | 3,859KB | Audio |
| anonymous_user@KaZaA | 112FT[1].mp3 | 112 ft. Sean Paul | 4,443KB | Audio |
| anonymous_user@KaZaA | 15 One Two Step.wma | 112 | 3,253KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29:1) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 112FT[1].mp3 | 112 ft. Sean Paul | 4,446KB | Audio |
| anonymous_user@KaZaA | 15 One Two Step.wma | 112 | 3,267KB | Audio |
| anonymous_user@KaZaA | 112-Caught Up.mp3 | Usher | 3,863KB | Audio |
| anonymous_user@KaZaA | 07-112-right_here_for_u-rns.mp3 | 112 | 7,443KB | Audio |
| anonymous_user@KaZaA | 112...mase...love me.mp3 | Mase | 1,755KB | Audio |
| anonymous_user@KaZaA | Cuando un amigo se va.mp3 | Dj Nelson, Hector y Tito | 2,311KB | Audio |
| anonymous_user@KaZaA | Ivy Queen-Venganza.mp3 | Ivy Queen SSTEAM™ | 4,295KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Politics as Usual.mp3 | Jay-Z | 3,455KB | Audio |
| anonymous_user@KaZaA | Yandel - 09 - Perreo.mp3 | Hector Y Tito | 3,084KB | Audio |
| anonymous_user@KaZaA | Jon B - Lately.mp3 | Jon B | 5,464KB | Audio |
| anonymous_user@KaZaA | Babe.mp3 | Ivy Queen | 3,045KB | Audio |
| anonymous_user@KaZaA | 112:Lil Zane - Anywhere (booty bass remix).mp3 | T.I. | 3,390KB | Audio |
| 2 Users | Jadakiss - Why.mp3 | Jadakiss | 6,709KB | Audio |
| anonymous_user@KaZaA | Ivy Queen- Ya Yo Me Canse.WMA | Ivy Queen | 2,610KB | Audio |
| anonymous_user@KaZaA | Hector y tito-bandolera (1).mp3 | hector y tito | 1,605KB | Audio |
| 2 Users | Breathe,Stretch,Shake.mp3 | Mase | 3,097KB | Audio |
| anonymous_user@KaZaA | Eminem - Disses Mase.mp3 | Eminem | 973KB | Audio |
| anonymous_user@KaZaA | Enigma - Why.mp3 | Jadakiss | 4,994KB | Audio |
| anonymous_user@KaZaA | 112 - Missing You.mp3 | 112 | 3,801KB | Audio |
| anonymous_user@KaZaA | I'll Be Missing You.mp3 | Puff Daddy, Faith Hill | 3,26?KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Copy of salt shaka.m3u.mp3 | Ying Yang Twins | 3,914KB | Audio |
| anonymous_user@KaZaA | DJ Smurf-Flaw.mp3 | Ying Yang Twins | 3,990KB | Audio |
| anonymous_user@KaZaA | CrankIt Up.mp3 | Ying Yang Twins | 3,492KB | Audio |
| anonymous_user@KaZaA | salt shaker remix.mp3 | Ying Yang Twins | 4,356KB | Audio |
| anonymous_user@KaZaA | ying yang twins (1).mp3 | Ying Yang Twins | 2,566KB | Audio |
| anonymous_user@KaZaA | Whisper.mp3 | Ying Yang Twins | 2,564KB | Audio |
| anonymous_user@KaZaA | Yonnie feat.mp3 | Ying Yang Twins | 6,185KB | Audio |
| 2 Users | salt shaker remix (1).mp3 | Ying Yang Twins | 5,060KB | Audio |
| anonymous_user@KaZaA | Whistle While You Twirp.mp3 | Ying Yang Twins | 2,497KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Kiss of Death.mp3 | Jadakiss | 3,760KB | Audio |
| anonymous_user@KaZaA | Pull My Hair.mp3 | Ying Yang Twins | 5,942KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Thug Walkin'.mp3 | Ying Yang Twins | 2,774KB | Audio |
| anonymous_user@KaZaA | 10Hunchin'.wma | Ying Yang Twins | 4,263KB | Audio |
| anonymous_user@KaZaA | ying yang twins - wait (clean).mp3 | Ying Yang Twins | 3,180KB | Audio |
| anonymous_user@KaZaA | Gimme The Light Remix.mp3 | Sean Paul | 4,687KB | Audio |
| anonymous_user@KaZaA | Dd60.mp3 | Sean Paul | 3,128KB | Audio |
| anonymous_user@KaZaA | Lil John - Damn.mp3 | lil john and sean paul | 4,728KB | Audio |
| anonymous_user@KaZaA | Gimme the light (Hip Hop remix).mp3 | Sean Paul | 2,740KB | Audio |
| anonymous_user@KaZaA | I'm Still In Love.mp3 | sean paul sasha | 3,445KB | Audio |
| anonymous_user@KaZaA | nelly feat masa in my life (2).mp3 | Nelly | 4,100KB | Audio |

Found 2509 files      2,209,936 users online, sharing 475,979,374 files (29.1...) | Not sharing any files





**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | They Don't Know.wma | Jon B. | 2,891KB | Audio |
| anonymous_user@KaZaA | 05 All Cried.wma | 112 | 2,185KB | Audio |
| anonymous_user@KaZaA | Jodice - Freakin You.mp3 | Jodice | 5,911KB | Audio |
| anonymous_user@KaZaA | Reggeton - Danielo (1).wma | Juanes | 2,931KB | Audio |
| anonymous_user@KaZaA | Everybody in da Club.mp3 | Ying Yang Twins | 4,252KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - The Warm Up Feat.mp3 | Ying Yang Twins | 3,106KB | Audio |
| anonymous_user@KaZaA | DJ Kizzy Rock - Twurkulator.mp3 | Ying Yang Twins | 5,981KB | Audio |
| anonymous_user@KaZaA | YingYang Twins - Whistle while U Twirk.mp3 | Ying Yang Twins | 4,306KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Bounce That Ass.mp3 | Ying Yang Twins | 4,384KB | Audio |
| anonymous_user@KaZaA | Don Yute ft. Ying Yang Twins- Row da Boat.mp3 | Ying Yang Twins | 4,813KB | Audio |
| anonymous_user@KaZaA | trebol clan remix.mp3 | REGGETON | 3,679KB | Audio |
| 2 Users | U Make Me Wanna (1).wma | Jadakiss | 2,902KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Hey Ya.mp3 | Outkast | 5,352KB | Audio |
| 2 Users | Reggeton- Pobre Diabla.mp3 | DON OMAR | 3,703KB | Audio |
| anonymous_user@KaZaA | Reggeton - Perrea.mp3 | Reggaeton | 2,754KB | Audio |
| anonymous_user@KaZaA | Wait_Whisper_In_Your_Ear.wma | Ying Yang Twins | 2,594KB | Audio |
| anonymous_user@KaZaA | 20 - Track 20.mp3 | Ying Yang Twins | 2,512KB | Audio |
| anonymous_user@KaZaA | 18 Wait Till U See (1).wma | Ying Yang Twins | 2,602KB | Audio |
| anonymous_user@KaZaA | Tremendo culo (1).mp3 | Reggaeton | 2,747KB | Audio |
| anonymous_user@KaZaA | Reggaeton - you name.MP3 | REGUETON | 1,538KB | Audio |

Found: 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Tremendo culo (1).mp3 | Reggeton | 2,747KB | Audio |
| anonymous_user@KaZaA | Reggaeton - voy pa ya.MP3 | REGGETON | 1,538KB | Audio |
| anonymous_user@KaZaA | Reggaeton - cuentale().mp3 | Reggaeton | 627KB | Audio |
| anonymous_user@KaZaA | REEGETON- Besos en la Boca.wma | Reggeton Perreo | 1,428KB | Audio |
| anonymous_user@KaZaA | Wait (the whisper song) (1).mp3 | Ying Yang Twins | 5,967KB | Audio |
| anonymous_user@KaZaA | Salt-Shaker.mp3.wma | Ying Yang Twins | 3,971KB | Audio |
| anonymous_user@KaZaA | Saltshaker.mp3 | Ying Yang Twins | 2,864KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Salt-Shaker.mp3 | Ying Yang Twins | 5,919KB | Audio |
| anonymous_user@KaZaA | caxonda.mp3 | Reggeton Perreo | 1,204KB | Audio |
| anonymous_user@KaZaA | REGGETON Pepa la puta.mp3 | REGGETON | 1,390KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Babilonia.mp3 | Reggeton | 2,335KB | Audio |
| anonymous_user@KaZaA | reggeton - Pista 21.mp3 | Reggeton | 2,145KB | Audio |
| anonymous_user@KaZaA | R-Reggeton.mp3 | Reggeton Perreo | 1,456KB | Audio |
| anonymous_user@KaZaA | AmOr D CoLeGiO.mp3 | Don Omar | 2,955KB | Audio |
| anonymous_user@KaZaA | 01 WAIT (THE WHISPER SONG) CLEAN.mp3 | Ying Yang Twins | 4,280KB | Audio |
| anonymous_user@KaZaA | LIL JON_YING YANG TWINS Get Low(Dirty).mp3 | 3 | 10,469KB | Audio |
| anonymous_user@KaZaA | TrackD2.MP3 | Ying Yang Twins | 8,581KB | Audio |
| anonymous_user@KaZaA | Sean Paul.mp3 | Honey Soundtrack | 2,215KB | Audio |
| anonymous_user@KaZaA | ying_yang_twins-say_I_yi_yi.wav | ying yang twins | 704KB | Audio |
| anonymous_user@KaZaA | Wait (1).mp3 | Ying Yang Twins | 1,286KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29-1) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | New Search | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | ying yang twins-say i yi yi.wav | ying yang twins | 784KB | Audio |
| anonymous_user@KaZaA | Wait (1).mp3 | Ying Yang Twins | 1,286KB | Audio |
| anonymous_user@KaZaA | Whisper in yo ear.mp3 | Ying Yang Twins | 2,560KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Hanhi.wma | Ying Yang Twins | 3,843KB | Audio |
| anonymous_user@KaZaA | REGGETON PERREO MIX.mp3 | Reggeton Perreo | 1,456KB | Audio |
| anonymous_user@KaZaA | Reggeton (1).wma | Wissin y Yandel | 2,973KB | Audio |
| anonymous_user@KaZaA | pa las mujeres.mp3 | reggeton | 3,166KB | Audio |
| 2 Users | reggeton 2 (1).mp3 | regeton | 2,481KB | Audio |
| anonymous_user@KaZaA | dale,don dale.wma | Reggeton | 1,685KB | Audio |
| anonymous_user@KaZaA | Whistle While You Twerk.mp3 | Ying Yang Twins | 4,306KB | Audio |
| anonymous_user@KaZaA | whisper song.mp3 | Ying Yang Twins | 2,598KB | Audio |
| anonymous_user@KaZaA | boom.wma | Ying Yang Twins | 2,898KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Salt Shaker.wma | Ying Yang Twins | 631KB | Audio |
| anonymous_user@KaZaA | Wait (girl Version).mp3 | Ying Yang Twins | 2,645KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twinz - Me And My Brother.wma | Ying Yang Twinz | 3,816KB | Audio |
| anonymous_user@KaZaA | Eminem-Mockingbird.mp3 | Eminem | 2,940KB | Audio |
| anonymous_user@KaZaA | Ying Yang twins - Wait (The Whisper Song).mp3 | Ying Yang Twins | 3,610KB | Audio |
| anonymous_user@KaZaA | Beenie Man, Sean Paul, Mr.mp3 | Mr Vegas | 2,108KB | Audio |
| anonymous_user@KaZaA | sean paul Cecile ft.mp3 | Cecile ft. Sean Paul | 3,253KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Get Busy (1).mp3 | Sean Paul | 3,285KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29,1...) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | sean paul Cecile ft.mp3 | Cecile ft. Sean Paul | 3,263KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Get Busy (1).mp3 | Sean Paul | 8,285KB | Audio |
| anonymous_user@KaZaA | reggeton-kilates2-ni.mp3 | Don Omar | 394KB | Audio |
| anonymous_user@KaZaA | YingYangTwins-SaltShaker.mp3 | Ying Yang Twins | 3,921KB | Audio |
| anonymous_user@KaZaA | Fiesta (Reggae remix).MP3 | R. kelly feat Sean Paul | 2,848KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Wait (The Whisper Song) (1).mp3 | Ying Yang Twins | 2,860KB | Audio |
| anonymous_user@KaZaA | (05) Sean Paul - Get Busy.wma | Sean Paul | 2,092KB | Audio |
| anonymous_user@KaZaA | sean paul - call my name ({).mp3 | Sean Paul | 3,440KB | Audio |
| 2 Users | Tremendo Culo.mp3 | REGGETON | 3,431KB | Audio |
| anonymous_user@KaZaA | Eminim - The Way I Am.mp3 | Eminem | 4,538KB | Audio |
| anonymous_user@KaZaA | Eve - Gotta Man.mp3 | Eve | 5,321KB | Audio |
| anonymous_user@KaZaA | Exscape - Understanding.mp3 | Xscape | 5,310KB | Audio |
| anonymous_user@KaZaA | fifty cents - Surrounded by hoes.mp3 | 50 Cents | 3,071KB | Audio |
| anonymous_user@KaZaA | Hector El Bambino - Dale Duro, Papi.mp3 | 3 | 5,063KB | Audio |
| anonymous_user@KaZaA | Hector el bambino, Don Omar Y Zion -RONCA.mp3 | 3 | 2,069KB | Audio |
| anonymous_user@KaZaA | Jim Jones - Get Crunk Music.mp3 | 3 | 4,021KB | Audio |
| 2 Users | Ludacris-Get_Back-(dirty).mp3 | mario | 4,319KB | Audio |
| anonymous_user@KaZaA | Luney Tunes-Bella Dama.wma | Mackie, Yaga | 1,559KB | Audio |
| anonymous_user@KaZaA | Mario Ft Pantera - Let me love you reggatone remix.mp3 | | 7,342KB | Audio |
| anonymous_user@KaZaA | Nelly - -- crib - Die For You.mp3 | Nelly | 5,251KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29 ) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Aaliyah - I Care 4 U.mp3 | Aaliyah | 6,406KB | Audio |
| anonymous_user@KaZaA | aaliyah - more_than_a_woman.mp3 | aaliyah | 3,592KB | Audio |
| anonymous_user@KaZaA | Aaliyah - One In A Million.mp3 | Aaliyah | 4,231KB | Audio |
| anonymous_user@KaZaA | Aaliyah - Rock The Boat.mp3 | Aaliyah | 4,289KB | Audio |
| anonymous_user@KaZaA | Aaliyah - Try Again 3.mp3 | Aaliyah | 4,377KB | Audio |
| 2 Users | aaliyah_-_miss-you_.mp3 | aaliyah | 3,784KB | Audio |
| anonymous_user@KaZaA | acapella_feat_Daddy_Yankee - YoYoy (Acapella).mp3 | 3 | 4,593KB | Audio |
| anonymous_user@KaZaA | Alberto Plaza - Aventurrera.mp3 | 3 | 4,601KB | Audio |
| anonymous_user@KaZaA | AlbumArt_{04EF528F-E652-4C0C-B975-D65A9F68ED88}_... | Unknown | 12KB | Image |
| anonymous_user@KaZaA | AlbumArt_{04EF528F-E652-4C0C-B975-D65A9F68ED88}_... | Unknown | 2KB | Image |
| anonymous_user@KaZaA | AlbumArt_{15BD5785-F709-4D20-8209-C656996E60D9}... | Unknown | 2KB | Image |
| anonymous_user@KaZaA | AlbumArt_{649EC46E-839C-4AF3-AA8D-0AF5F5ABED83}_... | Unknown | 6KB | Image |
| anonymous_user@KaZaA | AlbumArt_{649EC46E-839C-4AF3-AA8D-0AF5F5ABED83}_... | Unknown | 1KB | Image |
| anonymous_user@KaZaA | AlbumArt_{D01A3DE4-0F1E-40AB-B14D-53C6BA86ADCA}... | Unknown | 4KB | Image |
| anonymous_user@KaZaA | AlbumArt_{D01A3DE4-0F1E-40AB-B14D-53C6BA86ADCA}... | Unknown | 1KB | Image |
| anonymous_user@KaZaA | All fall down - Kanye West.mp3 | Kanye West | 5,160KB | Audio |
| 2 Users | Antonio Aguilar - (M) Yo soy el aventurero.mp3 | 3 | 3,073KB | Audio |
| anonymous_user@KaZaA | artist - Track 16.mp3 | instrumentals | 3,455KB | Audio |
| anonymous_user@KaZaA | artist - Track 18 - title_1019165940.mp3 | Memphis Bleek | 4,332KB | Audio |
| anonymous_user@KaZaA | ashanti lil wayne nas - concrete rose_sorry_(remix).mp3 | ashanti lil Wayne/Nas | 4,979KB | Audio |

Found 2509 files | 2,209,936 users Online, sharing 475,979,374 files [29:1] Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Beenie Man, TOK, Mr Vegas - Reel Out.mp3 | Beenie Man, TOK, Mr. Ve... | 3,436KB | Audio |
| anonymous_user@KaZaA | Beenieman n ladysaw-so hot.mp3 | Beenie Man, Lady Saw | 3,385KB | Audio |
| anonymous_user@KaZaA | Bell Biv Devoe - Do Me.mp3 | Bobby Brown, Bell Biv De... | 4,280KB | Audio |
| anonymous_user@KaZaA | Bell Biv Devoe - Poison.mp3 | Bobby Brown, New Edition | 3,088KB | Audio |
| anonymous_user@KaZaA | Belly Soundtrack - Made Men Ft. The Lox - Tommy's Theme... | 3 | 5,119KB | Audio |
| anonymous_user@KaZaA | Beonce ft. Lumidee.mp3 | Unknown | 3,067KB | Audio |
| anonymous_user@KaZaA | beyonce - Baby_Boy.mp3 | beyonce | 3,575KB | Audio |
| anonymous_user@KaZaA | Beyonce - Lose My Breath.mp3 | Beyonce | 5,498KB | Audio |
| anonymous_user@KaZaA | Beyonce - Naughty Girl.mp3 | Beyonce | 4,890KB | Audio |
| anonymous_user@KaZaA | Big Pun -Donell Jones - Its So Hard.mp3 | 3 | 3,233KB | Audio |
| anonymous_user@KaZaA | Big Pun, Fat Joe - I Dont Wanna Be A Player Nomore (dirt... | 3 | 3,715KB | Audio |
| anonymous_user@KaZaA | Big Pun - 100%.mp3 | Big Pun Feat. Cuban Link | 3,621KB | Audio |
| anonymous_user@KaZaA | Big Pun - Beware.mp3 | Big Pun | 3,045KB | Audio |
| anonymous_user@KaZaA | big pun - Boricua Morena.mp3 | Big Pun | 3,689KB | Audio |
| anonymous_user@KaZaA | Big Pun - Get off my dick.mp3 | Big Pun | 3,154KB | Audio |
| anonymous_user@KaZaA | Big Pun - Im Not a Player I Just Fuck a Lot.mp3 | 3 | 3,707KB | Audio |
| anonymous_user@KaZaA | Big Pun - Its So Hard.mp3 | Big Pun | 4,850KB | Audio |
| anonymous_user@KaZaA | Big Pun - My World.mp3 | Big Pun | 3,713KB | Audio |
| anonymous_user@KaZaA | Big Pun - Off With His Head.mp3 | big pun | 3,906KB | Audio |
| anonymous_user@KaZaA | Big Pun - Punish Me.mp3 | Big Pun | 3,072KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29... | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Big Pun - Off With His Head.mp3 | big.pun | 3,906KB | Audio |
| anonymous_user@KaZaA | Big Pun - Punish Me.mp3 | Big Pun | 3,973KB | Audio |
| anonymous_user@KaZaA | big.pun - thats we roll.mp3 | Big Pun | 2,899KB | Audio |
| anonymous_user@KaZaA | Big Pun - Who's A Thug.mp3 | Big Pun | 4,220KB | Audio |
| anonymous_user@KaZaA | Big Pun - Wrong Ones.mp3 | Big Pun | 2,923KB | Audio |
| anonymous_user@KaZaA | Big Pun Feat. Canibus - Scarface (DJ Green Lantern mix).m... | 3 | 5,656KB | Audio |
| anonymous_user@KaZaA | Big Pun feat. Fat Joe - Twinz (Deep Cover '98).mp3 | Big Pun Feat. Fat Joe | 3,555KB | Audio |
| anonymous_user@KaZaA | Big Pun feat. Joe - I dont wanna be a playa no more.mp3 | Big Pun ft. Joe | 3,708KB | Audio |
| 2 Users | Big Punisher, DMX, Cash Money, Notorious B.I.G., Jay-Z -... | Big Pun, DMX, Cash Money | 2,972KB | Audio |
| anonymous_user@KaZaA | Big Pun - It's so hard (1).mp3 | Big Pun | 2,448KB | Audio |
| anonymous_user@KaZaA | Big Tymers - Number One Stunna.mp3 | Big Tymers | 6,599KB | Audio |
| anonymous_user@KaZaA | Big Tymers - Oh Yeah.mp3 | Big Tymers | 6,902KB | Audio |
| anonymous_user@KaZaA | Big Tymers - Real Big 1.mp3 | 1 | 3,665KB | Audio |
| anonymous_user@KaZaA | Big tymers - Still Fly.mp3 | Big Tymers | 5,255KB | Audio |
| anonymous_user@KaZaA | Big Tymers, Lil Wayne, Juvenile - Project Bitch.mp3 | Big Tymers, Lil' Wayne,... | 4,394KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls (feat. The Lox) -09- You'll See (unreleased)... | 3 | 4,500KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Gimme the Loot.mp3 | Notorious B.I.G. | 4,758KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - I Gotta Story.mp3 | Notorious BIG | 4,301KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Juicy.mp3 | notorious BIG | 3,742KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Players Anthem.mp3 | Notorious B.I.G. | 3,884KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1... | Not sharing any files