**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Biggie Smalls - Juicy.mp3 | notorious BIG | 3,742KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Players Anthem.mp3 | Notorious B.I.G. | 3,884KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Suicidal Lthoughts.mp3 | Notorious B.I.G. | 2,714KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Whats Beef.mp3 | Biggie Smalls | 4,915KB | Audio |
| anonymous_user@KaZaA | Biggie Smalls - Who Shot Ya (Tupac Diss).mp3 | Notorious B.I.G. | 4,999KB | Audio |
| anonymous_user@KaZaA | Biggie-Kick n da Door.mp3 | Notorious BIG | 3,331KB | Audio |
| anonymous_user@KaZaA | black out riddim - red rat-wine-jah.mp3 | Red Rat | 4,323KB | Audio |
| 2 Users | BOBBY BROWN Humpin' Around.mp3 | Bobby Brown | 4,109KB | Audio |
| anonymous_user@KaZaA | Bobby Brown_New Edition\ Bell Biv Devoe - Poison.mp3 | Bobby Brown, New Edition | 3,090KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - Every Little Step.mp3 | Bobby Brown, New Edition | 2,310KB | Audio |
| 3 Users | Bobby Brown - Every Little Step I Take.mp3 | Bobby Brown | 4,438KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - I Wanna Rock Withcha.mp3 | Bobby Brown | 4,522KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - My Perogative.mp3 | Bobby Brown | 4,546KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - My Prerogative.mp3 | Bobby Brown | 4,546KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - On_Our_Own (Ghostbusters II Theme).mp3 | 3 | 4,522KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - Rock Wit'cha.mp3 | Bobby Brown | 4,512KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - Tenderoni.mp3 | Bobby Brown | 5,628KB | Audio |
| anonymous_user@KaZaA | Bobby Brown - Two Can Play That Game.mp3 | 3 | 3,298KB | Audio |
| anonymous_user@KaZaA | Bobby Brown and Whitney Houston - Something In Comm..... | Bobby Brown and Whitne..... | 4,686KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN DOWNTOWN_RE CRUEL.mp3 | BOBBY BROWN | 6,774KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,37 files. (29,1 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Bobby Brown and Whitney Houston - Something In Comm... | Bobby Brown and Whitne ... | 4,666KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-DON'T BE CRUEL.mp3 | BOBBY BROWN | 6,774KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-GOOD ENOUGH.mp3 | BOBBY BROWN | 5,105KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-I REALLY LOVE YOU GIRL.mp3 | BOBBY BROWN | 5,433KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-LOVIN' YOU DOWN.mp3 | BOBBY BROWN | 5,875KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-ROCK WIT'CHA.mp3 | BOBBY BROWN | 4,913KB | Audio |
| anonymous_user@KaZaA | BOBBY BROWN-RONI.mp3 | BOBBY BROWN | 5,904KB | Audio |
| anonymous_user@KaZaA | Bobby Valentino - Slow Down.mp3 | 3 | 4,440KB | Audio |
| anonymous_user@KaZaA | Bobby Valentino Feat Lloyd Banks - Slow Down (G Unit Rem... | 3 | 7,784KB | Audio |
| anonymous_user@KaZaA | Bossman - Beenie Man Feat. Sean Paul _Lady Saw.mp3 | 3 | 4,947KB | Audio |
| anonymous_user@KaZaA | Bounty Killer - Gimi The Weed (Whoa Riddim).mp3 | Elephant Man ,Mr. Vegas | 3,106KB | Audio |
| 2 Users | Boyz 2 Men -Mariah Carey - One Sweet Day.mp3 | #2 | 4,417KB | Audio |
| anonymous_user@KaZaA | Brand New Dj Clue - D2.mp3 | Lox and Jae Hood - Frees ... | 4,976KB | Audio |
| anonymous_user@KaZaA | Breen'leboeuf - De Ville En Aventure.MP3 | 3 | 5,040KB | Audio |
| anonymous_user@KaZaA | Brownstone - Can't Tell You Why.mp3 | Brownstone. | 5,784KB | Audio |
| anonymous_user@KaZaA | Brownstone - Grapevine.mp3 | Brownstone | 5,341KB | Audio |
| anonymous_user@KaZaA | Bus A Rhyme.mp3 | Eminem Feat. Missy Elliot | 4,700KB | Audio |
| anonymous_user@KaZaA | Cam'ron - Girls just want to have fun.mp3 | Camron | 3,988KB | Audio |
| anonymous_user@KaZaA | Cam'ron - Hey Ma.mp3 | Camron | 4,318KB | Audio |
| anonymous_user@KaZaA | Camron - Oh Boy.mp3 | Camron | 4,786KB | Audio |

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Camron - Hey Ma.mp3 | Camron | 4,318KB | Audio |
| anonymous_user@KaZaA | Camron - Oh Boy.mp3 | Camron | 4,786KB | Audio |
| anonymous_user@KaZaA | camron - rocky theme song (instrumental).mp3 | camron | 2,918KB | Audio |
| anonymous_user@KaZaA | Camron - Rush Rush (Get The Yayo) 1.mp3 | camron | 2,218KB | Audio |
| anonymous_user@KaZaA | Camron ft Jim Jones_Bezel - Certified Gangstas.mp3 | T.I. | 5,786KB | Audio |
| anonymous_user@KaZaA | Camron,Big Pun,Noreaga,Canibus - Fantastic Four.mp3 | Noreaga Canibus Big Pun... | 4,836KB | Audio |
| anonymous_user@KaZaA | Camron-Shake It.mp3 | Camron | 3,192KB | Audio |
| 2 Users | Canibus, Mr. Cheeks, Redman_A4-- Beasts From The Eas... | Lost-Boyz | 5,253KB | Audio |
| anonymous_user@KaZaA | Capone 'N' Noreaga feat LOX - Thugged out Huslas (1).wav | 1 | 27,985KB | Audio |
| anonymous_user@KaZaA | Cassidy feat. The Game - aim ya guns.mp3 | The Game | 6,060KB | Audio |
| anonymous_user@KaZaA | Cassidy ft. R. Kelly - Hotel.mp3 | Cassidy Feat. R.Kelly | 4,675KB | Audio |
| anonymous_user@KaZaA | Cassidy- Lox (freestyle).mp3 | 3 | 3,903KB | Audio |
| anonymous_user@KaZaA | Chingy - Balla Baby.mp3 | Chingy | 4,567KB | Audio |
| anonymous_user@KaZaA | Chingy - Right Thurr.mp3 | Chingy | 3,387KB | Audio |
| anonymous_user@KaZaA | clipse_ft_lox-not_with_you-4hm.mp3 | clipse. ft. lox. | 6,042KB | Audio |
| anonymous_user@KaZaA | clue08 - 50 cent - FUCK U.mp3 | 50 Cents | 3,589KB | Audio |
| anonymous_user@KaZaA | Confession Part II.mp3 | Usher | 3,138KB | Audio |
| anonymous_user@KaZaA | Copia de LEONA.MP3 | Don Omar | 1,183KB | Audio |
| anonymous_user@KaZaA | Copy of (Instrumentals) III Bill - Gangsta rap.mp3 | III bill | 3,117KB | Audio |
| anonymous_user@KaZaA | D-Block Styles P, Sr_ 3adakiss_ Heat(Disc G-unit).mp3 | Badakiss | 2,551KB | Audio |

2,209,936 users online, sharing 475,979,374 files (2,911 Not sharing any files

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | New Search | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Download | Search Field

| User | Filename | Artist | Size | MediaType |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Copy of {Instrumentals} ill Bill -Gangsta rap.mp3 | ill bill | 3,117KB | Audio |
| anonymous_user@KaZaA | D-Block Styles P ft. Jadakiss - Heat (Diss G-unit).mp3 | Jadakiss | 2,511KB | Audio |
| anonymous_user@KaZaA | D-Block The LOX -9 minute freestyle (Dissing 50 cent and ... | lox | 13,412KB | Audio |
| 2 Users | Daddy Yankee -(feat. Lil Jon, Pitbull, Noreaga, Gem Star, M... | 3 | 5,680KB | Audio |
| 2 Users | daddy yankee - barrio fino - la gasolina (remix).mp3 | Daddy Yankee | 3,303KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - La Gasolina.mp3 | Daddy Yankee | 2,996KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Latigazo.mp3 | Daddy Yankee | 2,366KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee feat Don Omar - Mirala.mp3 | Don Omar Feat Daddy Ya... | 3,458KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee ft Pitbull -Gasolina (Remix).mp3 | Daddy Yankee Ft. Pitbull ... | 4,512KB | Audio |
| anonymous_user@KaZaA | daddy yankee y divino-dinelo.mp3 | Daddy Yankee | 3,024KB | Audio |
| anonymous_user@KaZaA | daddy.yankee.yaga y mackie ranks.mp3 | Don Omar | 3,104KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee-Cuentame.mp3 | Daddy Yankee | 2,437KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee- like you.mp3 | Daddy Yankee | 3,175KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee-gasolina.mp3 | Gasolina | 2,999KB | Audio |
| anonymous_user@KaZaA | Dammit Man - Pitbull.mp3 | Pitbull | 4,073KB | Audio |
| anonymous_user@KaZaA | Dave Hollister - One Woman Man.mp3 | Dave Hollister | 6,013KB | Audio |
| anonymous_user@KaZaA | Dc5.mp3 | Missy Elliot w/ Ludacris | 1,706KB | Audio |
| anonymous_user@KaZaA | Death In Vegas and Iggy Pop- Aisha.mp3 | Death In Vegas Iggy P... | 5,537KB | Audio |
| anonymous_user@KaZaA | desktop.ini | Unknown | 0KB | |
| anonymous_user@KaZaA | dmtrack child- soldier mp3 | T.I. | 3,393KB | audio |

2,209,936 users online, sharing 475,979,374 files (2,9,1 ) Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | desktop.ini | Unknown | 0KB | Audio |
| anonymous_user@KaZaA | destiny's child - soldier .mp3 | T.I. | 3,797KB | Audio |
| anonymous_user@KaZaA | Destinys Child F.mp3 | Destiny's Child, Missy Elliot | 3,950KB | Audio |
| anonymous_user@KaZaA | Diplomats Ft. Jim Jones and The Game - G's Goin Crazy.mp3 | Jim Jones | 6,195KB | Audio |
| anonymous_user@KaZaA | Dipset - Purple City Road To The Riches - 04 - Purple City ... | 3 | 4,929KB | Audio |
| anonymous_user@KaZaA | Dirty Vegas - Days go by.mp3 | 3 | 4,731KB | Audio |
| anonymous_user@KaZaA | dj green lantern - Lox.---Training Day.mp3 | Lox | 3,360KB | Audio |
| anonymous_user@KaZaA | DJ 1gal - Hip Hop Remixes 2005 Vol 1 - January 2005 Mixta... | 1 | 6,064KB | Audio |
| anonymous_user@KaZaA | DJ Kassanova - Track daddy yankee feat mr vegas - hot 97... | 1 | 3,161KB | Audio |
| anonymous_user@KaZaA | DJ Whoo Kid - G-Unit Radio Part 11 -2005-02-tony_yayo-t... | Tony Yayo | 1,838KB | Audio |
| anonymous_user@KaZaA | DJ Whoo Kid - G-Unit Radio Part 11 -2005-03-tony_yayo_f... | 1 | 8,743KB | Audio |
| anonymous_user@KaZaA | DMX Feat.-2 Pac_Nas - Next Episode (Remix).mp3 | 2pac | 3,017KB | Audio |
| anonymous_user@KaZaA | DMX, Drag-On- No Love For Me.mp3 | 3 | 1,634KB | Audio |
| anonymous_user@KaZaA | DMX, Mya, Method Man, Canyon, Lost Boyz - Ghetto Super... | 3 | 3,442KB | Audio |
| anonymous_user@KaZaA | Don Omar - Babilonia.mp3 | Don Omar | 1,698KB | Audio |
| anonymous_user@KaZaA | Don Omar - Baila Morena.mp3 | Don Omar | 4,368KB | Audio |
| anonymous_user@KaZaA | don omar - caserios #2.mp3 | don omar | 3,837KB | Audio |
| anonymous_user@KaZaA | Don Omar - Cuentale.mp3 | Don Omar | 625KB | Audio |
| anonymous_user@KaZaA | don omar - dale don dale remix.mp3 | don omar | 2,095KB | Audio |
| anonymous_user@KaZaA | DonOmar - Entre Mac las mp3) | 3 | 3,150KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | don omar - dale don dale remix.mp3 | don omar | 2,095KB | Audio |
| anonymous_user@KaZaA | Don Omar - Entre tu y yo.mp3 | 3 | 2,159KB | Audio |
| anonymous_user@KaZaA | Don Omar - Guayaquil.mp3 | | 4,483KB | Audio |
| 2 Users | Don Omar - Otra Noche.mp3 | Don Omar | 1,902KB | Audio |
| anonymous_user@KaZaA | Don Omar - Pobre Diabla.mp3 | DON OMAR | 3,980KB | Audio |
| anonymous_user@KaZaA | Don Omar - Vuelve.mp3 | Don Omar | 5,220KB | Audio |
| anonymous_user@KaZaA | Don Omar ft.Pitbull - Otra Noche (Remix).mp3 | Don Omar ft.Pitbull | 5,156KB | Audio |
| anonymous_user@KaZaA | Don Omar Reggaeton-Don Omar - Mi sueño.mp3 | don omar | 3,277KB | Audio |
| 3 Users | Don omar_tempo_tego_calderon - la calle me llama.mp3 | Don Omar | 3,697KB | Audio |
| anonymous_user@KaZaA | Don Omar-Intocable_.wma | Don Omar | 2,635KB | Audio |
| anonymous_user@KaZaA | Don Omar-Otra noche.otra.mp3 | Don Omar | 3,197KB | Audio |
| anonymous_user@KaZaA | Don Omar-Salvaje.mp3 | DON OMAR | 2,201KB | Audio |
| anonymous_user@KaZaA | Don Omar-Vuelve.mp3 | Don Omar | 4,752KB | Audio |
| anonymous_user@KaZaA | Don Omar_Daddy Yankee 4 (1).MP3 | DADDY YANKEE FT. DON... | 1,138KB | Audio |
| anonymous_user@KaZaA | don_omar_-_pobre_diabla.mp3 | Don Omar | 3,708KB | Audio |
| anonymous_user@KaZaA | Dope Money.mp3 | Ruff Ryders (The Lox) | 4,114KB | Audio |
| anonymous_user@KaZaA | Dr Dre_Snoop Doggy Dog - The Next Episode.mp3 | Dr. Dre | 4,975KB | Audio |
| anonymous_user@KaZaA | Dr. Dre, Snoop Dogg,2pac_Nas - Ive Got Five On It.mp3 | 2pac | 5,614KB | Audio |
| anonymous_user@KaZaA | Drag-On - Opposite of H2O - 12 - Ladies 2000.mp3 | Drag-On | 3,134KB | Audio |
| anonymous_user@KaZaA | Drag-On - put your drink down dirty hushes.mp3 | Drag-On | 5,390KB | Audio |

2,209,936 users online, sharing 475,979,374 files (291... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theatre | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Drag-On - Opposite of H2O - 12 - Ladies 2000.mp3 | Drag-On | 3,134KB | Audio |
| anonymous_user@KaZaA | Drag-On - put_your_drinks_down(dirty)_whoa.mp3 | Drag-On | 5,300KB | Audio |
| anonymous_user@KaZaA | Dru-Hill ft.mp3 | Sisqo, Methodman, Redm... | 4,728KB | Audio |
| anonymous_user@KaZaA | El Muro - Eddie Santiago.mp3 | Daddy Yankee | 4,198KB | Audio |
| anonymous_user@KaZaA | El Palo.mp3 | Alexis y Fido | 2,722KB | Audio |
| anonymous_user@KaZaA | el.aventurero-EL-AS-DE-LA-SIERRA.mp3 | 3 | 2,195KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Bun Bad Mind.mp3 | Elephant Man | 4,793KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Jook Gal.MP3 | Elephant Man | 6,692KB | Audio |
| anonymous_user@KaZaA | Elephant.man - Scooby Doo.mp3 | Elephant man | 3,847KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Shake That Booty (remix).mp3 | Elephant Man | 6,144KB | Audio |
| anonymous_user@KaZaA | Elephant-Man - Signal The Plane.mp3 | Elephant Man | 5,790KB | Audio |
| anonymous_user@KaZaA | Elephant-Man-Blackout riddim.mp3 | Elephant Man | 4,196KB | Audio |
| anonymous_user@KaZaA | Elephant_Man_ft_David_Banner_Shake_That_Booty_Kopa... | 3 | 4,461KB | Audio |
| anonymous_user@KaZaA | Elvis Presley - Viva Las Vegas.mp3 | 3 | 2,208KB | Audio |
| anonymous_user@KaZaA | Eminem ;50 Cent - Hail Mary (Remix) Feat: Busta Rhymes;.. | 3 | 4,947KB | Audio |
| anonymous_user@KaZaA | eminem - big weenie.mp3 | Eminem | 4,175KB | Audio |
| anonymous_user@KaZaA | Eminem - Criminal.mp3 | Eminem | 4,983KB | Audio |
| anonymous_user@KaZaA | Eminem - Encore - Can a Bitch.mp3 | Eminem | 4,818KB | Audio |
| anonymous_user@KaZaA | Eminem - Encore - Crazy in Love (produced_by_eminem)-r... | Eminem | 5,099KB | Audio |
| anonymous_user@KaZaA | eminem - encore - mockey rap -mockey rap.mp3 | Eminem | 5,185KB | Audio |

2,209,936 users online, sharing 475,979,374 files (2,911... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Download  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Eminem - Encore - Crazy in Love (produced_by_eminem)-r... | Eminem | 5,096KB | Audio |
| anonymous_user@KaZaA | eminem - encore - monkey-see, monkey-do.mp3 | Eminem | 5,135KB | Audio |
| anonymous_user@KaZaA | eminem - foolish pride.mp3 | Eminem | 6,663KB | Audio |
| anonymous_user@KaZaA | Eminem - Git-Up.mp3 | Eminem | 2,845KB | Audio |
| anonymous_user@KaZaA | Eminem - Kill You.mp3 | Eminem | 4,132KB | Audio |
| anonymous_user@KaZaA | Eminem - One-Shot 2-Shot feat D12.mp3 | 1 | 5,651KB | Audio |
| anonymous_user@KaZaA | Eminem - Stan.mp3 | Eminem | 6,319KB | Audio |
| 2 Users: | eminem-mosh.mp3 | Eminem | 7,405KB | Audio |
| anonymous_user@KaZaA | Engine-Riddim.mp3 | Elephant Man | 2,268KB | Audio |
| anonymous_user@KaZaA | Entre tu y yo (1).mp3 | Don Omar | 3,598KB | Audio |
| anonymous_user@KaZaA | Fabulous - Breathe.mp3 | Fabulous | 5,019KB | Audio |
| anonymous_user@KaZaA | FaBuLous Ft LiL mO-cAnT LeT u Go-(1).mp3 | Fabolous feat: Lil Mo | 3,553KB | Audio |
| anonymous_user@KaZaA | Fat Joe Featuring Ja Rule and Ashanti - What's Love.mp3 | Fat Joe feat:ashanti | 4,208KB | Audio |
| anonymous_user@KaZaA | Fat Joe-Lean Back.wma | Fat Joe | 6,005KB | Audio |
| anonymous_user@KaZaA | Fifty Cents - Cheating On Me.mp3 | Kandi f/ 50 Cent. | 3,507KB | Audio |
| anonymous_user@KaZaA | Fighting Temptation.mp3 | Beyonce, Missy Elliott: | 3,497KB | Audio |
| anonymous_user@KaZaA | Folder.jpg | Unknown | 11KB | Image |
| anonymous_user@KaZaA | fugges - killing me softy.mp3 | Fugees | 3,414KB | Audio |
| anonymous_user@KaZaA | Fugges - no woman no cry.mp3 | Fugees | 3,572KB | Audio |
| anonymous_user@KaZaA | scunk f50 cent - bmx vision llivol bankx -instrument-plac-in | ? | 2,000KB | Audio |

Found 2509 files    |    2,209,936 users online, sharing 475,979,374 files (2911 ...    |    Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Fugges – no woman no cry.mp3 | Fugges | 3,572KB | Audio |
| anonymous_user@KaZaA | g unit (50 cent, tony yayo, lloyd banks - instrumentals- in... | 3 | 2,099KB | Audio |
| anonymous_user@KaZaA | Gata Salvaje (Rmx).mp3 | hector y tito | 3,244KB | Audio |
| anonymous_user@KaZaA | Georgia Dome.mp3 | Unknown | 4,268KB | Audio |
| anonymous_user@KaZaA | Gerry Boulet – Seulement qu'une aventure.mp3 | 3 | 2,994KB | Audio |
| anonymous_user@KaZaA | Get low spanish remix.wma | 3 | 5,745KB | Audio |
| anonymous_user@KaZaA | Get Low.mp3 | Lil Jon, Ying Yang Twins | 3,944KB | Audio |
| anonymous_user@KaZaA | Ghostbusters 2 - 01 - On Our Own.mp3 | Bobby Brown | 4,619KB | Audio |
| anonymous_user@KaZaA | Ghostbusters 2 - 04 – We're Back.mp3 | Bobby Brown | 4,853KB | Audio |
| anonymous_user@KaZaA | Good Times_Holiday Styles(The Lox).mp3 | The Lox | 3,498KB | Audio |
| anonymous_user@KaZaA | Goodie Mob_Outkast - Dirty South.MP3 | Outkast | 3,342KB | Audio |
| anonymous_user@KaZaA | Grindin (Reggae Remix) ft- Sean Paul, Elephant Man, Ka... | 3 | 5,431KB | Audio |
| anonymous_user@KaZaA | Guerilla Black feat. Beenie Man – Compton.mp3 | 3 | 7,464KB | Audio |
| anonymous_user@KaZaA | Healing (soca remix).mp3 | Beenie Man_Lady Saw | 1,688KB | Audio |
| anonymous_user@KaZaA | Hector y tito-- Caserio.mp3 | Hector- feat- Don Omar | 3,545KB | Audio |
| 5 Users | Hector y Tito Feat Don Omar - Baila Morena.wma | Don Omar | 2,274KB | Audio |
| anonymous_user@KaZaA | Hip-Hop Instrumentals- Mobb Deep (1).mp3 | instrumental rap beats 22 | 2,464KB | Audio |
| anonymous_user@KaZaA | Hip-Hop Instrumentals-Biggie Smalls --Dead Wrong (1).mp3 | 1 | 3,504KB | Audio |
| anonymous_user@KaZaA | Hip-hop Mix - Skyge_Cam'Ron_Eminem_Aaliyah_Timbalan... | #2 | 3,251KB | Audio |
| anonymous user@KaZaA | | | 7,356KB | Audio |

# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theatre | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Hip-Hop Reggaeton 2005 - SANDUNGUEO - TEGO CALDER... | #2 | 3,251KB | Audio |
| anonymous_user@KaZaA | HipHop Mix - Shyne, Cam Ron, Eminem, Aaliyah, Timbalan... | 1 | 7,356KB | Audio |
| anonymous_user@KaZaA | Hotel [Reggaeton Remix] (1).wma | R Kelly Ft, Cassidy | 668KB | Audio |
| anonymous_user@KaZaA | Huey Dunbar Ft. Fat Joe - Chasing Papi.mp3 | Huey Dunbar ft. Fat Joe | 5,135KB | Audio |
| anonymous_user@KaZaA | I Cry - Ja Rule.mp3 | Jarule | 4,990KB | Audio |
| anonymous_user@KaZaA | I Like That - Marques Houston Ft. I-20, Chingy, Nate Dog... | Chingy | 5,419KB | Audio |
| anonymous_user@KaZaA | I want you.mp3 | Thalia Feat. Fat Joe | 3,310KB | Audio |
| anonymous_user@KaZaA | ICP Insane Clown Posse - Dating Game.mp3 | The Game | 3,825KB | Audio |
| anonymous_user@KaZaA | Im Really Hot.mp3 | Missy Elliot | 3,296KB | Audio |
| anonymous_user@KaZaA | In Da Club (Remix) beyonce.mp3 | Unknown | 3,063KB | Audio |
| anonymous_user@KaZaA | In the club (Remix).wma | Tego Calder□n | 582KB | Audio |
| anonymous_user@KaZaA | Infamy - Clap.mp3 | Mobb Deep | 5,547KB | Audio |
| anonymous_user@KaZaA | Infamy - Live Foul.mp3 | Mobb Deep | 5,102KB | Audio |
| anonymous_user@KaZaA | Infamy 14 Mobb Deep Crawlin.mp3 | Mobb Deep | 2,220KB | Audio |
| anonymous_user@KaZaA | Instru rap (1).mp3 | 1 | 2,788KB | Audio |
| anonymous_user@KaZaA | Instrumental- Freestyle Beat (1).MP3 | Wu Tang Clan_Mobb De... | 2,788KB | Audio |
| anonymous_user@KaZaA | Instrumental - Dr.mp3 | Dr. Dre | 1,748KB | Audio |
| anonymous_user@KaZaA | Instrumental - Jay-Z - Break Beat.mp3 | Instrumentals | 3,193KB | Audio |
| anonymous_user@KaZaA | Instrumental Nas - Instrumentals Hip Hop.mp3 | Instrumentals | 1,676KB | Audio |

2,209,936 users online — sharing 475,979,374 files (29.) | Not sharing any files

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | instrumental~not big L.mp3 | Hip Hop Instrumentals | 3,722KB | Audio |
| anonymous_user@KaZaA | Instrumental Nas - Instrumentals Hip Hop.mp3 | Instrumentals | 1,676KB | Audio |
| anonymous_user@KaZaA | Instrumental-2pac, Biggie, Big L.mp3 | Instrumentals | 1,478KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Bravehearts ft Nas _Lil 'Jon~ Quick to Back... | 1 | 6,477KB | Audio |
| anonymous_user@KaZaA | Instrumentals - freestyle beat.mp3 | tenchi | 3,403KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Lloyd Banks - Till The End.mp3 | 3 | 7,735KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Nas - Ether.mp3 | Instrumentals | 2,040KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Swizz Beats ft.mp3 | Rap | 2,294KB | Audio |
| anonymous_user@KaZaA | Instrumentals~rap beats-8.mp3 | Instrumental Raa | 2,079KB | Audio |
| anonymous_user@KaZaA | Instrumentals Juvenile - 400 Degreez.mp3 | Instrumentals | 4,674KB | Audio |
| anonymous_user@KaZaA | Instrumentals- 2 of amerikas most wanted.mp3 | Instrumentals | 1,925KB | Audio |
| anonymous_user@KaZaA | Instrumentals~Nas - Street Dreams~(Instrumental).mp3 | Nas | 3,268KB | Audio |
| anonymous_user@KaZaA | Instrumentals~Air force ones.mp3 | Instrumentals | 4,761KB | Audio |
| anonymous_user@KaZaA | Instrumentals-Beats _ rap _ 7 (2).mp3 | instrumentals | 1,636KB | Audio |
| anonymous_user@KaZaA | Interview Jadakiss n Styles P_ dissing 50 Cent.mp3 | Jadakiss | 6,849KB | Audio |
| anonymous_user@KaZaA | Intrumentals-Jay-Z - La La La instrumental.mp3 | 3 | 3,013KB | Audio |
| anonymous_user@KaZaA | Intrumentals - Just A Lil Bit.mp3 | 3 | 2,903KB | Audio |
| anonymous_user@KaZaA | Intrumentals~ pastor troy no mo play in ga instrumental(1).... | 1 | 1,156KB | Audio |
| anonymous_user@KaZaA | Instrumentals~Jay-Z new instrumental.mp3 | 3 | 3,502KB | Audio |
| anonymous_user@KaZaA | Instrumentals~Jay-Z new instrumental.mp3 | 8 | 3,460KB | Audio |

(2,209,936 users online, sharing 475,979,374 files (2,941 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  New Search  |  Download

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Intrumentals- big pimpin.mp3 | 3... | 3,502KB | Audio |
| anonymous_user@KaZaA | Intrumentals-Lay Low-(instrumental).mp3 | 3... | 3,469KB | Audio |
| anonymous_user@KaZaA | ISHQ BRANDY - RDB Bootleg feat.Lembhar and Sean Paul.... | 3... | 4,567KB | Audio |
| anonymous_user@KaZaA | j-lo - love don't cost a thing.mp3 | J-Lo | 3,038KB | Audio |
| anonymous_user@KaZaA | J.lo, R.Kelly.wma | j lo | 3,539KB | Audio |
| anonymous_user@KaZaA | J-known; chingy_Murphy Lee - Tipsy (Remix).MP3 | Chingy | 6,301KB | Audio |
| anonymous_user@KaZaA | j-kwon- Tipsy (Instrumental).mp3 | Intrumentals | 5,497KB | Audio |
| anonymous_user@KaZaA | J-Lo-- Feelin So Good.MP3 | Jennifer Lopez feat. Big P... | 5,164KB | Audio |
| 3 Users | J-Lo feat.Nas -Im gonna be alright.mp3 | J. Lo feat. Nas | 3,647KB | Audio |
| 2 Users | ja rule feat bobby brown-thug luvin.mp3 | Ja Rule | 4,406KB | Audio |
| 2 Users | Ja Rule Feat. Bobby Brown - Thug Lovin. (Dirty Version).mp3 | Ja Rule | 4,798KB | Audio |
| anonymous_user@KaZaA | Ja-Rule Ft: R. kelly ,Ashanti - Wonderful 1.mp3 | 1 | 5,557KB | Audio |
| anonymous_user@KaZaA | Jada Kiss_Bubba Sparks- They Aint Ready.mp3 | Jadakiss Ft Bubba Sparkx... | 2,043KB | Audio |
| 2 Users | Jada Kiss_Styles P_Common_Nas - Why Remix.mp3 | Jadakiss feat. Styles P. C.... | 4,744KB | Audio |
| anonymous_user@KaZaA | Jada Kiss - Why (remix).mp3 | Jadakiss | 4,744KB | Audio |
| anonymous_user@KaZaA | jadafatjoe.mp3 | Fat Joe Feat. Jada Kiss | 3,316KB | Audio |
| anonymous_user@KaZaA | Jadakiss_Styles P - Dope Money.mp3 | Jadakiss | 4,114KB | Audio |
| anonymous_user@KaZaA | Jadakiss_Styles P - Some Niggas.mp3 | Jadakiss | 4,102KB | Audio |
| anonymous_user@KaZaA | Jadakiss--Fuck Beanie (Freestyle).mp3 | Lox | 1,585KB | Audio |
| 3 Users | Jadakiss - I I Make Me Wanna Ft Mariah Carey.mp3 | Jadakiss | 2,989KB | Audio |

Found 2509 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Download

New Search   2 Users   Search   Traffic   Shop   Tell A Friend

Filename   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Jadakiss - Fuck Beanie (Freestyle).mp3 | Lox | 1,585KB | Audio |
| 2 Users | Jadakiss - U Make Me Wanna Ft Mariah Carey.mp3 | Jadakiss | 7,282KB | Audio |
| anonymous_user@KaZaA | Jadakiss feat Nate dogg - Times up (Ditty).mp3 | Jadakiss Feat Nate Dogg | 5,080KB | Audio |
| anonymous_user@KaZaA | Jadakiss feat. Fat Joe - Be Easy (50 CENT DISS).WAV | 50 Cent | 21,559KB | Audio |
| anonymous_user@KaZaA | jadakiss ft the game_nas-round 1(50 cent diss).mp3 | 1 | 1,849KB | Audio |
| anonymous_user@KaZaA | Jadakiss Ft. Nas - New York, New York (50 Cent Diss).mp3 | 3 | 3,954KB | Audio |
| 2 Users | Jadakiss, Field Mob, Timberland.- nasty.girl.mp3 | | 3,731KB | Audio |
| anonymous_user@KaZaA | Jadakiss_feat._fat_joe_-_be_easy_(dissin'_50_cent).mp3 | Jadakiss-09-nasty_girl_fe... | 3,675KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Goodbye.mp3 | jagged edge | 6,399KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - I Gotta Be.mp3 | jagged edge | 4,196KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Let's Get Married (Remix.Run-DMC).mp3 | jagged edge | 3,930KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Walked Outta Heaven.mp3 | jagged edge | 5,390KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Walked Right Out Of Heaven (1).mp3 | 1 | 4,243KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Wifey.mp3 | jagged edge | 4,072KB | Audio |
| anonymous_user@KaZaA | Jagged Edge Feat. Beenie. Man - Goodbye(remix).mp3 | Jagged Edge Feat. Beenie... | 3,599KB | Audio |
| anonymous_user@KaZaA | Jagged Edge- Promise.mp3 | jagged edge | 3,866KB | Audio |
| anonymous_user@KaZaA | Jaheim - Ghetto Love.mp3 | Jaheim | 4,124KB | Audio |
| anonymous_user@KaZaA | Janet Jackson feat.Elephant Man-All nite (dont_stop) remix... | 3 | 6,870KB | Audio |
| anonymous_user@KaZaA | Jarule - Put it on Me.mp3 | Jarule | 3,090KB | Audio |
| anonymous_user@KaZaA | Ja Rule feat. Lil... - Nick it funny.mp3 | | 3,624KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (2,911... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | JaRule - Put it on Me.mp3 | JaRule | 3,080KB | Audio |
| anonymous_user@KaZaA | JaRule feat. J Lo - Ain't it funny.mp3 | Da Rule feat. J Lo | 3,624KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Rocky (Remix).mp3 | Jay-Z | 5,070KB | Audio |
| anonymous_user@KaZaA | Jay Z -Reasonable Doubt -09- aint no nigga.mp3 | Jay-Z | 3,791KB | Audio |
| anonymous_user@KaZaA | Jay-Z and Linkin Park - 99 Steps Closer.mp3 | Jay-Z | 4,385KB | Audio |
| anonymous_user@KaZaA | Jay-Z feat The Lox, Beanie Siegel - Resevoir Dogs.mp3 | Jay-Z | 4,981KB | Audio |
| anonymous_user@KaZaA | Jay-Z - 99 Problems (Black Album).mp3 | Jay-Z | 5,502KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Big Pimpin.mp3 | Jay-Z | 4,497KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Nah Fuck That.mp3 | Jay-Z | 3,055KB | Audio |
| anonymous_user@KaZaA | Jay-Z - The Black Album - 04 - Encore (Kanye West).mp3 | Jay-Z | 5,886KB | Audio |
| anonymous_user@KaZaA | Jay-Z, - The Blue Print 2, -05 - Excuse Me Miss.mp3 | Jay-Z | 6,593KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Track 06.mp3 | Jay-Z | 3,837KB | Audio |
| anonymous_user@KaZaA | Jay-Z H to the Izzo.mp3 | Jay-Z | 3,766KB | Audio |
| anonymous_user@KaZaA | jay z ft. linkin park encore numb.mp3 | Jay-Z | 3,177KB | Audio |
| 2 Users | Jennifer Lopez - Jenny From The Block (1).mp3 | J Lo | 2,634KB | Audio |
| anonymous_user@KaZaA | Jennifer Lopez ft. Don Omar - Hold You Down (Remix).mp3 | 3 | 3,844KB | Audio |
| anonymous_user@KaZaA | Jim Jones ft Trey Songz - Summer With Miami.mp3 | 3 | 4,854KB | Audio |
| anonymous_user@KaZaA | Jim Jones-Baby Girl.mp3 | 3 | 3,991KB | Audio |
| anonymous_user@KaZaA | juanes - tengo la camisa negra reggaeton remix.mp3 | Juvenile | 3,528KB | Audio |
| anonymous_user@KaZaA | Juvenile - 400 Degreez - 02 - Ha.mp3 | Juvenile | 6,553KB | Audio |

Found 2509 files

2,209,996 users online, sharing 475,979,374 files (2,3 ...) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Juanes - tengo la camisa negra reggaeton remix.mp3 | 3 | 2,528KB | Audio |
| anonymous_user@KaZaA | Juvenile - 400 Degreez - 02 - Ha.mp3 | Juvenile | 4,557KB | Audio |
| anonymous_user@KaZaA | Juvenile - Back That Ass Up.mp3 | Juvenile | 4,190KB | Audio |
| anonymous_user@KaZaA | Juvenile - Bling Bling.mp3 | Juvenile | 1,890KB | Audio |
| anonymous_user@KaZaA | Juvenile - nolia clap.mp3 | Juvenile | 6,368KB | Audio |
| anonymous_user@KaZaA | Juvenile and Drag-On - Down Bottom.mp3 | 3 | 4,622KB | Audio |
| anonymous_user@KaZaA | Kanye West - Jesus Walks.mp3 | Kanye West | 4,887KB | Audio |
| anonymous_user@KaZaA | Kanye West - Slow Jams.mp3 | Twista | 3,218KB | Audio |
| anonymous_user@KaZaA | keisha_feat.mp3 | Unknown | 5,115KB | Audio |
| anonymous_user@KaZaA | Kevin Little ft sean paul - Turn Me On (Remix).mp3 | 3 | 4,805KB | Audio |
| anonymous_user@KaZaA | Knight Rider Rap Instrumental.mp3 | Timberland | 2,222KB | Audio |
| anonymous_user@KaZaA | la gata suelta.mp3 | DJ Nelson Lunytunes | 2,043KB | Audio |
| anonymous_user@KaZaA | Lady Saw - Ive Got Your Man.mp3 | Lady Saw | 4,206KB | Audio |
| anonymous_user@KaZaA | Lady Saw - What a Bum (Belly Soundtrack).mp3 | 3 | 2,171KB | Audio |
| anonymous_user@KaZaA | Lady Saw Ive Got Your Man Remix Feat Remy Ma.mp3 | 3 | 4,969KB | Audio |
| anonymous_user@KaZaA | Latin-REGGAETON-Mix - Don Omar, Tempo, Tego Calderon... | 3 | 1,618KB | Audio |
| anonymous_user@KaZaA | Lean Back (remix).mp3 | Fat Joe, Mase, Eminem, Li.. | 4,066KB | Audio |
| anonymous_user@KaZaA | Les Aventures Extraordinaires D'un Billet De Banque.mp3 | 3 | 3,857KB | Audio |
| anonymous_user@KaZaA | Lil John The Eastside Boys Feat. Ludicris - Bia Bia.mp3 | artist | 4,746KB | Audio |
| anonymous_user@KaZaA | Lil Top and Eastside Boyz - Track06.mp3 | instrumentals | 4,092KB | Audio |

2,209,936 users online. Sharing 475,979,374 files (29...) | Not sharing any files

Found 2509 files.



| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lil John -The Eastside Boys Feat. Ludicris - Bia Bia.mp3 | artist | 4,746KB | Audio |
| anonymous_user@KaZaA | Lil Jon and Eastside Boyz - Track08.mp3 | instrumentals | 4,092KB | Audio |
| anonymous_user@KaZaA | Lil Jon, Daddy Yankee, Pitbull - What You Gonna Do Remix.... | 3 | 6,333KB | Audio |
| anonymous_user@KaZaA | Lil Mo Feat Free - 21 Answers.mp3 | Lil MO Fet: FREE | 1,901KB | Audio |
| anonymous_user@KaZaA | Lil Mo Feat: Fabolous - Forever.mp3 | Lil Mo Feat: Fabolous | 6,484KB | Audio |
| anonymous_user@KaZaA | lil Mo ft. Fabulous - Superwoman.mp3 | Lil Mo | 3,119KB | Audio |
| anonymous_user@KaZaA | Lil' Mo-08-Friends.wma | Lil' Mo | 947KB | Audio |
| anonymous_user@KaZaA | Linkin-Park - Crawling.mp3 | Linkin Park | 2,450KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Don't Stay.mp3 | Linkin Park | 2,940KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Faint.mp3 | Linkin Park | 2,534KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Lying From You.mp3 | Linkin Park | 2,738KB | Audio |
| anonymous_user@KaZaA | Linkin-Park - Nobody's Listening.mp3 | Linkin Park | 2,803KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Numb.mp3 | Linkin Park | 2,932KB | Audio |
| anonymous_user@KaZaA | Linkin Park - One Step Closer.mp3 | Linkin Park | 2,431KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Pushing Me Away.mp3 | Linkin Park | 2,996KB | Audio |
| anonymous_user@KaZaA | Linkin Park - Somewhere I Belong.mp3 | Linkin Park | 3,366KB | Audio |
| anonymous_user@KaZaA | Linking Park - End.mp3 | linkin park | 2,536KB | Audio |
| anonymous_user@KaZaA | Little Lower.wma | Lil Jon feat: Ying Yang Tw... | 1,832KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Young Buck - Me Against You.mp3 | Lloyd Banks - Young Buck | 3,202KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Da One Day.mp3 | Lloyd Banks | 6,450KB | Audio |



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   MyKazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lloyd Banks Young Buck - Me Against You.mp3 | Lloyd Banks _ Young Buck | 3,202KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Die One Day.mp3 | Lloyd Banks | 4,452KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - I Got a Story To Tell.mp3 | Lloyd Banks | 3,424KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Im So Fly.mp3 | Lloyd Banks | 6,500KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Just Another Day.mp3 | Lloyd Banks | 4,599KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Money In The Bank.mp3 | Lloyd Banks | 1,915KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - My girl.mp3 | Lloyd Banks | 3,304KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Squeeze First.mp3 | Lloyd Banks | 1,993KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Till The End.mp3 | Lloyd Banks | 7,813KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks Ft: Fabolous - Killin Me.mp3 | Lloyd Banks Ft Fab | 6,047KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks Ft: G-Unit - We on Fire.mp3 | 3 | 3,652KB | Audio |
| 2 Users | Lloyd Banks - Warriors Part 2 (Remix) Feat. Eminem, 50 Cen... | #2 | 5,101KB | Audio |
| anonymous_user@KaZaA | Lloyd banks- i get high.mp3 | Lloyd Banks | 5,852KB | Audio |
| anonymous_user@KaZaA | Llyod Banks - Karma.mp3 | Lloyd Banks | 7,399KB | Audio |
| anonymous_user@KaZaA | Lo Que Paso.mp3 | Daddy Yankee | 3,330KB | Audio |
| anonymous_user@KaZaA | Los Bandoleros-Ella y Yo-Don Omar ft: Aventura.mp3 | 3 | 6,324KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Ghetto Jiggy.mp3 | Lost Boyz | 7,747KB | Audio |
| anonymous_user@KaZaA | Lost Boys · Lifestyles of the rich and shameless (1) (1).mp3 | Lost Boyz | 4,560KB | Audio |
| anonymous_user@KaZaA | lost-boys - lifestyles of the rich and shameless (1).mp3 | Lost Boyz | 2,434KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Me and My Crazy World.mp3 | 3 | 4,963KB | Audio |

2,209,936 users online, sharing 475,979,374 files (291)   Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lost boys - lifestyles of the rich and shameless (1).mp3 | Lost Boyz | 2,404KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Me and My Crazy World.mp3 | 3 | 4,863KB | Audio |
| 3 Users | Lost Boys - Renee.mp3 | | 4,560KB | Audio |
| anonymous_user@KaZaA | Lost Boys - Summertime.mp3 | Lost Boyz | 4,040KB | Audio |
| anonymous_user@KaZaA | Lost Boyz (feat. Redman, A+, Canibus) - Beasts of the Eas... | 3 | 4,795KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - 1,2,3000 Problems.mp3 | Lost boyz | 6,448KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Get Up Remix.mp3 | Lost Boyz | 3,671KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Ghetto Jiaw.mp3 | Lost Boyz | 3,638KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Ghetto Love.mp3 | Lost Boyz | 4,591KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - In love with two women.mp3 | 3 | 4,905KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Jeeps, Lex Coupes, Bimaz_Benz.mp3 | Lost Boyz | 4,264KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Jeeps, Lex Coups, Bimas_Benz.mp3 | Lost Boys | 4,266KB | Audio |
| anonymous_user@KaZaA | lost boyz - lb'iv life - plug me in.mp3 | Lost Boyz | 4,356KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Music Makes Me High.mp3 | Lost Boyz | 4,233KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Puff Harder.mp3 | Lost Boyz | 6,005KB | Audio |
| 2 Users | lost boyz - Shorty.mp3 | Lost Boyz | 1,914KB | Audio |
| anonymous_user@KaZaA | lost boyz feat. a+, canibus, and redman -beast from the... | 3 | 5,216KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - In love with 1.mp3 | 1 | 3,080KB | Audio |
| anonymous_user@KaZaA | Lost Boyz,Canibus,Dogg Pound - Music Makes Me High (... | Lost Boyz | 4,855KB | Audio |
| anonymous_user@KaZaA | Lost Boyz Summertime mp3 | Lost Boyz | 4,094KB | Audio |

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lost Boyz_Canibus_Dogg Pound - Music Makes Me High (... | Lost Boyz | 4,856KB | Audio |
| anonymous_user@KaZaA | Lost Boyz-Summertime.mp3 | Lost Boyz | 4,084KB | Audio |
| 2 Users | love songs-Mariah Carey - I'd Give My All.mp3 | Mariah Carey | 3,634KB | Audio |
| anonymous_user@KaZaA | lox - ryde or die bitch.mp3 | The Lox | 4,540KB | Audio |
| anonymous_user@KaZaA | Lox ft.mp3 | Lox, Lil Kim, DMX | 2,112KB | Audio |
| anonymous_user@KaZaA | Lox, The - fuck you.mp3 | LOX | 3,872KB | Audio |
| anonymous_user@KaZaA | Lox-17- We are the Streets- If You Know (ft. Swiss Beats,... | Lox | 3,447KB | Audio |
| anonymous_user@KaZaA | lox-freestyle_(dissin_rocafella).mp3 | lox | 1,296KB | Audio |
| anonymous_user@KaZaA | Lox-The heist.mp3 | The Lox Jadakiss_Styles... | 2,670KB | Audio |
| anonymous_user@KaZaA | loyd banks- fudkin wit banks.mp3 | Lloyd Banks | 3,814KB | Audio |
| anonymous_user@KaZaA | Ludacris - Rollout (My Business).mp3 | ludacris | 4,352KB | Audio |
| anonymous_user@KaZaA | Ludacris - Southern Hospitality.mp3 | LUDICRIS | 2,366KB | Audio |
| anonymous_user@KaZaA | Ludacris - Welcome to Atlanta.mp3 | Ludacris | 3,153KB | Audio |
| anonymous_user@KaZaA | Ludacris - Stand Up (1).mp3 | Ludicris | 3,525KB | Audio |
| anonymous_user@KaZaA | ludicris - block lockdown.mp3 | ludacris | 3,098KB | Audio |
| anonymous_user@KaZaA | Ludacris - Freaky Thangs.mp3 | Ludacris | 5,242KB | Audio |
| anonymous_user@KaZaA | Ludicris - I Wanna Lick You (8).mp3 | Ludacris | 4,066KB | Audio |
| anonymous_user@KaZaA | Ludicris - Too Many Niggas.mp3 | Ludicris | 3,928KB | Audio |
| anonymous_user@KaZaA | Ludicris - You Got A Problem.mp3 | Ludacris | 4,612KB | Audio |
| anonymous_user@KaZaA | Ludicris - You're A Ho.mp3 | Ludicris | 2,648KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Download  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Ludacris - You Got A Problem.mp3 | Ludacris | 4,612KB | Audio |
| anonymous_user@KaZaA | Ludacris - You's A Ho.mp3 | Ludacris | 2,668KB | Audio |
| anonymous_user@KaZaA | Ludacris Move bitch.mp3 | Ludacris | 3,174KB | Audio |
| anonymous_user@KaZaA | ludacris-growing-pains.mp3 | Ludacris | 4,519KB | Audio |
| anonymous_user@KaZaA | Ludacris-Saturday.mp3 | Ludacris feat. Trina | 3,603KB | Audio |
| anonymous_user@KaZaA | Lumidee ft (1).wma | Handsome Joe | 3,376KB | Audio |
| anonymous_user@KaZaA | Manny Fresh - pimpin aint easy.mp3 | pimp daddy | 3,214KB | Audio |
| anonymous_user@KaZaA | MANY MEN (REMIX) - 50 CENT, EMINEM, NAS.mp3 | Fat Joe Feat. Nas  Emin... | 4,330KB | Audio |
| anonymous_user@KaZaA | Mariah Carey_Brian McKnight - Whenever You Call.mp3 | Mariah Carey  Brian McK... | 4,116KB | Audio |
| anonymous_user@KaZaA | Mariah Carey_Celine Dion - I Still Believe.mp3 | Mariah Carey | 3,232KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - To The Floor.mp3 | Mariah Carey | 4,888KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - After Tonight.mp3 | Mariah Carey | 4,009KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Always Be My Baby.mp3 | 3 | 4,029KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Can't Live if Living is Without You.mp3 | Mariah Carey | 3,336KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Dreamlover.mp3 | mariah carey | 3,660KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Fantasy.mp3 | Mariah Carey | 3,806KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Hero.mp3 | mariah carey | 4,047KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - I Can Make It Through The Rain.mp3 | Mariah Carey | 11,243KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - It's Like That Y'all.mp3 | Mariah Carey | 4,810KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Love Taker Time.mp3 | Mariah Carey | 3,585KB | Audio |

2,209,936 users online, sharing 475,979,374 files (29.1  Not Sharing Any Files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Mariah Carrey-Heartbreaker.mp3 | Mariah Carey ft. Jay Z | 3,971kB | Audio |
| anonymous_user@KaZaA | Mariah Carry - A Hero lies In You.mp3 | Mariah Carey | 4,052kB | Audio |
| anonymous_user@KaZaA | Mariah Carry - Honey.mp3 | Mariah Carey | 4,696kB | Audio |
| anonymous_user@KaZaA | MARIAH CARRY --We Belong Together.mp3 | Mariah Carrie | 3,926kB | Audio |
| anonymous_user@KaZaA | Mariah Carry -Butterfly.mp3 | Mariah Carey | 3,767kB | Audio |
| anonymous_user@KaZaA | Mariah ft Bone, Da Brät-We Belong Together Remix.mp3 | Mariah Carrey Ft. Da Brät... | 4,311kB | Audio |
| anonymous_user@KaZaA | mario ft pantera - let me love you reggaeton remix..mp3 | 3 | 7,338kB | Audio |
| anonymous_user@KaZaA | Mase~LOX_DMX - 24 hours 2 live.mp3 | Mase~LOX~DMX | 3,988kB | Audio |
| anonymous_user@KaZaA | Mase - Double Up - Make me cry.mp3 | Mase | 2,983kB | Audio |
| anonymous_user@KaZaA | Mase. Welcome Back.mp3 | Mase | 5,657kB | Audio |
| anonymous_user@KaZaA | Mase..Why You Over There Lookin At Me..mp3 | Mase. | 3,994kB | Audio |
| anonymous_user@KaZaA | MASE ft. P.DIDDY - Breathe, Stretch, Shake.mp3 | Mase. | 4,642kB | Audio |
| anonymous_user@KaZaA | MD ~ got it twisted.mp3 | T.I. | 3,082kB | Audio |
| anonymous_user@KaZaA | ME WOY PA'L PARTY.mp3 | NICKY JAM | 2,099kB | Audio |
| anonymous_user@KaZaA | method man 'redman - ill be that.mp3 | Methodman and Redman | 3,192kB | Audio |
| anonymous_user@KaZaA | Method Man_Redman - Serial Killer.mp3 | Methodman_Redman | 3,764kB | Audio |
| anonymous_user@KaZaA | method man- whats happening (1)(1).wma | Method Man_Busta Rhy.... | 3,679kB | Audio |
| anonymous_user@KaZaA | Methodman - Release Yo Delf.mp3 | Method Man | 3,491kB | Audio |
| anonymous_user@KaZaA | Methodman and Redman - Da Rockwilder.mp3 | Method Man | 3,182kB | Audio |
| anonymous_user@KaZaA | methodman_ludacris-roban (2).mp3 | Method Man feat. Ludacris | 2,450kB | Audio |