

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Monica - Let Me Love You Down.mp3 | Monica | 3,838KB | Audio |
| anonymous_user@KaZaA | Monica - So Gone.mp3 | Monica | 3,219KB | Audio |
| anonymous_user@KaZaA | Monica - The First Night.mp3 | Monica | 3,660KB | Audio |
| anonymous_user@KaZaA | monica-U Should've Known Better.wma | Monica | 1,064KB | Audio |
| anonymous_user@KaZaA | Moob Deep - Quiet Storm (1).mp3 | Mobb Deep | 2,841KB | Audio |
| anonymous_user@KaZaA | Mr Vegas_Neg Marron - Tout Le Monde Debout.mp3 | 3 | 5,175KB | Audio |
| anonymous_user@KaZaA | Mr.Vegas - Sucky Ducky.mp3 | 3 | 2,806KB | Audio |
| anonymous_user@KaZaA | My Way Remix.mp3 | Usher | 3,406KB | Audio |
| 2 Users | Mya - Missy Elliot - My Love Is Like Woah.mp3 | Mya / Missy Elliot | 3,278KB | Audio |
| anonymous_user@KaZaA | N.O.R.E Niña Sky - Oye Mi Canto.wma | N.O.R.E. | 4,615KB | Audio |
| anonymous_user@KaZaA | N.O.R.E-01.mp3 | NORE. | 3,840KB | Audio |
| anonymous_user@KaZaA | N.O.R.E. - Tribute To Big Pun (Hot 97).mp3 | Big Pun | 3,215KB | Audio |
| anonymous_user@KaZaA | Nas_Ginuwine- You Owe me.mp3 | Nas | 6,748KB | Audio |
| anonymous_user@KaZaA | Nas_Lauren Hill - If I Ruled the World.mp3 | Nas | 3,856KB | Audio |
| anonymous_user@KaZaA | Nas_Shyne - If I Could Start Over.mp3 | Nas | 4,318KB | Audio |
| anonymous_user@KaZaA | Nas_Eminem, DMX, Tupac - Hate Me Now (remix).mp3 | DMX | 3,432KB | Audio |
| anonymous_user@KaZaA | Nas - I Know I Can.mp3 | Nas | 5,950KB | Audio |
| anonymous_user@KaZaA | Nas - One Mic.mp3 | Nas | 6,298KB | Audio |
| anonymous_user@KaZaA | Nas - pachie wallia.mp3 | Nas | 5,564KB | Audio |
| anonymous_user@KaZaA | Nas - Streets Disciple - Disc 1 - 09 - Nazareth Savage.mp3 | Nas | 4,039KB | Audio |



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Nas - oochie wallie .mp3 | Nas | 5,568KB | Audio |
| anonymous_user@KaZaA | Nas - Streets Disciple - Disc 1 - 03 - Nazareth Savage .mp3 | Nas | 4,038KB | Audio |
| anonymous_user@KaZaA | Nas - Thief's Theme.mp3 | Nas | 3,744KB | Audio |
| anonymous_user@KaZaA | Nas - You Can Hate Me Now.mp3 | Nas f. Puff Daddy | 4,437KB | Audio |
| anonymous_user@KaZaA | Nas feat Big Pun - Its So Hard (remix).mp3 | Big Pun | 3,436KB | Audio |
| anonymous_user@KaZaA | Nelly Feat Kelly Rowland - Dilemma.mp3 | Nelly | 5,649KB | Audio |
| anonymous_user@KaZaA | Nelly ft Pharell - Play.ft .mp3 | Nelly | 5,278KB | Audio |
| anonymous_user@KaZaA | New Edition - Rock Witcha (Bobby Brown).mp3 | New Edition | 5,680KB | Audio |
| anonymous_user@KaZaA | New Edition Feat. Bobby Brown - Girlfriend .mp3 | New Edition Feat. Bobby B... | 3,264KB | Audio |
| anonymous_user@KaZaA | Next - SWV - Wifey(Remix).mp3 | Next - SWV | 5,234KB | Audio |
| anonymous_user@KaZaA | Next - Butta Love.mp3 | Next | 4,631KB | Audio |
| anonymous_user@KaZaA | Next - I Get So Excited.mp3 | Next | 4,061KB | Audio |
| anonymous_user@KaZaA | Next - Too Close(1).mp3 | Next | 4,053KB | Audio |
| anonymous_user@KaZaA | Next - Wifey.mp3 | Next | 5,816KB | Audio |
| anonymous_user@KaZaA | Next Feat. Big Pun-Wifey (remix).MP3 | Next Feat. Big Pun | 4,341KB | Audio |
| anonymous_user@KaZaA | Nicky Jam_Daddy Yankee - Tu Eres Mi Baby.mp3 | Nicky Jam_Daddy Yankee | 2,512KB | Audio |
| anonymous_user@KaZaA | Nicky Jam - Kilates 2 (1).mp3 | Nicky Jam | 1,578KB | Audio |
| anonymous_user@KaZaA | Nina Sky ft Pitbull_Shawnna - Turnin' Me On (Remix) .mp3 | Nas | 4,207KB | Audio |
| anonymous_user@KaZaA | Nivea ft Jagged Edge_Don't mess with my man.mp3 | Jagged Edge | 26,505KB | Audio |

2,209,936 users online. Sharing 475,979,374 files (2,9... | Not sharing any files

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | SearchField

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Nina Sky, Sean Paul, T.O.K., PitBull, Mr.Vegas - Coolie Riddim... | 3 | 26,505KB | Audio |
| anonymous_user@KaZaA | Nivea ft. Jagged Edge: Dont mess with my man.mp3 | jagged edge | 3,367KB | Audio |
| anonymous_user@KaZaA | No es Facil.mp3 | Don Omar | 2,278KB | Audio |
| anonymous_user@KaZaA | NO ME DEJES SOLO.wma | Unknown | 687KB | Audio |
| anonymous_user@KaZaA | Nore Ft: Capone - Full Mode Remix.mp3 | N.O.R.E ft: Capone | 5,338KB | Audio |
| anonymous_user@KaZaA | NOREA - 58.MP3 | Noreaga Ft: Carl Thomas | 4,179KB | Audio |
| anonymous_user@KaZaA | Noreaga - NORE (1).mp3 | Noreaga | 3,038KB | Audio |
| anonymous_user@KaZaA | Noreaga f : Capone, Big Pun, Lox - Oh No, (DJ-Clue Remix),... | 3 | 4,480KB | Audio |
| anonymous_user@KaZaA | noreaga-grimey, dirty.mp3 | N.o.r.e. | 2,962KB | Audio |
| anonymous_user@KaZaA | noreaga-superthug.MP3 | Noreaga | 4,216KB | Audio |
| anonymous_user@KaZaA | Noreaga - What, What.mp3 | Noreaga | 4,684KB | Audio |
| anonymous_user@KaZaA | noscrubs (1).mp3 | Big Pun, DMX, TLC | 1,229KB | Audio |
| anonymous_user@KaZaA | Notorious B.I.G. - Sky's The Limit.mp3 | Notorius BIG | 3,229KB | Audio |
| anonymous_user@KaZaA | Notorious B.I.G. - R.Kelly - Fucking You Tonite.mp3 | Notorious B.I.G. | 4,725KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - Come (feat. Sadat).mp3 | Notorious B.I.G. | 4,302KB | Audio |
| anonymous_user@KaZaA | notorious big - Fleva in your ear - Unknown.mp3 | Notorious B.I.G | 4,180KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - If You Love Hip Hop.mp3 | Notorious B.I.G. | 5,089KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - Niggas Bleed.mp3 | Notorious B.I.G. | 4,548KB | Audio |
| anonymous_user@KaZaA | notorious big - rrespect.mp3 | Notorious B.I.G. | 2,517KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - Stick Me For My Papers.mp3 | Notorious BIG | 3,445KB | Audio |

Found 2589 files

2,209,936 users online, sharing 475,979,374 files (2,9... TB). Not sharing any files.



## Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | notorious big - respect.mp3 | Notorious B.I.G. | 2,517KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - Stick Me For My Papers.mp3 | Notorious BIG | 3,448KB | Audio |
| anonymous_user@KaZaA | Notorious BIG - True Player.mp3 | Biggy Smalls , | 3,950KB | Audio |
| anonymous_user@KaZaA | Obie Trice Feat. Redman, LLoyd Banks, Jadakiss_Nate D... | 3 | 8,349KB | Audio |
| anonymous_user@KaZaA | Obie Trice ft - Redman, Lloyd Banks, Jadakiss - The Set U... | 3 | 8,351KB | Audio |
| anonymous_user@KaZaA | offenbach - seulement qu'une aventure.mp3 | 3 | 3,009KB | Audio |
| anonymous_user@KaZaA | Onyx Feat. Mobb Deep - Hold Up.mp3 | ONYX FT MOBB DEEP | 3,227KB | Audio |
| anonymous_user@KaZaA | Outkast - Bombs Over Baghdad.mp3 | Outkast | 5,968KB | Audio |
| 2 Users | Outkast - Hey Ya.mp3 | Outkast | 4,898KB | Audio |
| anonymous_user@KaZaA | Outkast - Miss Jackson.mp3 | Outkast | 6,443KB | Audio |
| anonymous_user@KaZaA | Outkast - Rosa Parks.mp3 | Outkast | 5,055KB | Audio |
| anonymous_user@KaZaA | Outkast - Roses.mp3 | Andre 3000 | 8,664KB | Audio |
| anonymous_user@KaZaA | Outkast - 50 Fresh and Clean.mp3 | Outkast | 3,911KB | Audio |
| anonymous_user@KaZaA | Outkast - The Way You Move.mp3 | Outkast | 4,601KB | Audio |
| 2 Users | Outkast - The Whole World.mp3 | outkast-01-the_whole_w... | 4,655KB | Audio |
| anonymous_user@KaZaA | Outkast ft. Sleepy Brown- i-cant wait.mp3 | Sleepy Brown Feat. Outk... | 6,427KB | Audio |
| anonymous_user@KaZaA | Outkast, Snoop Dogg ,Tupac - Rosa Parks (Remix).mp3 | tupac | 5,665KB | Audio |
| anonymous_user@KaZaA | P. Diddy (Feat. Usher, Loon) - I Need a Girl (Part 1).mp3 | P. Diddy, Usher, Loon | 4,260KB | Audio |
| anonymous_user@KaZaA | P.I.M.P. (Remix).mp3 | 50 Cent Feat. Snoop Dogg | 5,376KB | Audio |
| anonymous_user@KaZaA | pistolero.wma | Unknown | 597KB | Audio |

2,209,996 users online, sharing 475,979,374 files (2,831 Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | P.I.M.P. (Remix).mp3 | 50 Cent Feat. Snoop Dogg | 5,376KB | Audio |
| anonymous_user@KaZaA | pistolero.wma | Unknown | 597KB | Audio |
| anonymous_user@KaZaA | Pitbull - Back Up.mp3 | Pitbull | 3,392KB | Audio |
| anonymous_user@KaZaA | Pitbull - Culo Part 2 (Mr. Vegas Diss).mp3 | #2 | 5,015KB | Audio |
| anonymous_user@KaZaA | Pitbull - Culo reggaeton HOT.mp3 | 3 | 3,431KB | Audio |
| anonymous_user@KaZaA | Pitbull - Pull Up.mp3 | Pitbull Ft. Lil' Jon | 2,585KB | Audio |
| anonymous_user@KaZaA | Pitbull- Pitbull Ride Out.mp3 | Lil John and the Eastside... | 1,523KB | Audio |
| anonymous_user@KaZaA | Pitbull-Toma (Reggaeton' Remix).mp3 | 3 | 9,967KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Grind with me.mp3 | Pretty Ricky | 6,395KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - 14 - Can't Live Without You.mp3 | Pretty Ricky | 7,361KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Blue Stars - 01 - Playhouse.mp3 | Pretty Ricky | 6,377KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Blue Stars - 13 - Shorty Be Mine.mp3 | Pretty Ricky | 6,208KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Call Me.mp3 | Pretty Ricky | 5,892KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Get You Right.mp3 | Pretty Ricky | 7,020KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - grind on me.mp3 | prettie rickie._maverix | 3,846KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - grind with me.mp3 | Pretty Ricky | 3,846KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - I Want You (Girlfriend).mp3 | Pretty Ricky | 5,444KB | Audio |
| anonymous_user@KaZaA | prettyricky - lala.mp3 | Pretty Ricky | 3,431KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Nothing But A Number.mp3 | Pretty Ricky | 7,555KB | Audio |
| anonymous_user@KaZaA | pretty ricky and pitbull - everybody get up.mp3 | Pretty Ricky | 3,996KB | Audio |

Found 2509 files

2,209,998 users online, sharing 475,979,574 files (29,1... | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | Pretty Ricky - Nothing But A Number.mp3 | Pretty Ricky | 7,555KB | Audio |
| anonymous_user@KaZaA | pretty ricky and pitbull - everybody get up.mp3 | Pretty Ricky | 3,906KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky-Take U On A Ride.mp3 | Pretty Ricky | 5,866KB | Audio |
| anonymous_user@KaZaA | puffy daddy ft. notorius big, lil kim, the fox , it's all about i... | 3 | 4,332KB | Audio |
| anonymous_user@KaZaA | Punkie (spanish).mp3 | Sean Paul | 3,361KB | Audio |
| anonymous_user@KaZaA | R 02 king_daddy.mp3 | Daddy Yankee-zonamusic... | 2,364KB | Audio |
| anonymous_user@KaZaA | R.Kelly - Album_21 - The World's Greatest.mp3 | R. Kelly | 3,783KB | Audio |
| anonymous_user@KaZaA | R Kelly - Feeling On Your Booty.mp3 | R. Kelly | 3,872KB | Audio |
| anonymous_user@KaZaA | R Kelly - RB - Bump and Grind.mp3 | R. Kelly | 4,002KB | Audio |
| anonymous_user@KaZaA | RB-BagLady (instrumental).mp3 | Instrumentals | 4,685KB | Audio |
| anonymous_user@KaZaA | R.Kelly, Nas,, P. Diddy, Eminem, 2Pac,, Dr, Dre, DMX, Cuba,... | #2 | 4,096KB | Audio |
| anonymous_user@KaZaA | Rancheras-Pedro Fernandes - El aventurero.mp3 | 3 | 2,808KB | Audio |
| anonymous_user@KaZaA | Rap- Pitbull - Oye Oye.mp3 | Pitbull | 3,227KB | Audio |
| anonymous_user@KaZaA | RAP FREESTYLES - ODB, Eminem, DMX, Busta Rymes, Nas,... | 3 | 2,035KB | Audio |
| anonymous_user@KaZaA | rap game instrumental (1).mp3 | Instru. Eminem | 5,014KB | Audio |
| anonymous_user@KaZaA | rap Instru DGF.mp3 | Ludacris | 3,072KB | Audio |
| anonymous_user@KaZaA | rap instrumentals - No Sunshine Instrumental.mp3 | DMX | 4,388KB | Audio |
| anonymous_user@KaZaA | Rap Pac's Life Instrumencial.mp3 | 2pac | 1,449KB | Audio |
| anonymous_user@KaZaA | RAP, Tu.Pac- N.I.G.G.A..mp3 | Tupac | 5,953KB | Audio |
| anonymous_user@KaZaA | rapavi24k.42-nf-feat-biggue-new-rider.mp3 | Tupac - Big Pun | 2,514KB | Audio |

2,209,936 users online , sharing 475,979,374 files (2954 ... | Not sharing any files

# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theatre | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | RAP - Tu Pac - N.I.G.G.A..mp3 | Tupac | 5,953KB | Audio |
| anonymous_user@KaZaA | rappy24k+2pacfeatbigpunimarider.mp3 | Tupac, Big Pun | 2,511KB | Audio |
| anonymous_user@KaZaA | Raekwon ft Method Man - Fuck Them.mp3 | Method Man | 3,670KB | Audio |
| anonymous_user@KaZaA | Red Man - lets get dirty.mp3 | Redman and Methodman | 3,695KB | Audio |
| anonymous_user@KaZaA | Red Rat_Sean Paul - Ya' Nice.mp3 | Red Rat and Seán Paul | 4,371KB | Audio |
| anonymous_user@KaZaA | Red Rat - Ah Me She Want.mp3 | 3 | 3,806KB | Audio |
| anonymous_user@KaZaA | Red Rat - Oh Nooo.mp3 | 3 | 3,673KB | Audio |
| anonymous_user@KaZaA | Red Rat - Shelly Ann.mp3 | | 3,998KB | Audio |
| 2 Users | Red Rat - That Girl (Club Rèmix).mp3 | DJ XELA | 3,779KB | Audio |
| 2 Users | Red Rat - That Girl (Shelly Anne).mp3 | 3 | 3,823KB | Audio |
| anonymous_user@KaZaA | Red Rat, Sean Paul, - Regga Mix.mp3 | Red Rat | 4,329KB | Audio |
| anonymous_user@KaZaA | REDMAN_METHODMAN - RAPPERS DELIGHT.MP3 | Red Rat Feat. Sean Paul | 1,100KB | Audio |
| anonymous_user@KaZaA | Redman feat. Methodman - Whateva Man.mp3 | Method Man | 2,946KB | Audio |
| anonymous_user@KaZaA | RedMan vs MethodMan - Ill Be Dat.mp3 | Method Man and Redman | 4,230KB | Audio |
| anonymous_user@KaZaA | Regeton - Daddy y.Yankee - Fellna.wma | redman Feat.methodman | 1,718KB | Audio |
| anonymous_user@KaZaA | Reggae - Mr. Vegas - Heads High.mp3 | tito y hector | 4,131KB | Audio |
| anonymous_user@KaZaA | REGGAE - Red Rat - Oh! No.mp3 | 3 | 3,673KB | Audio |
| anonymous_user@KaZaA | REGGAE - Red Rat - That Girl (Remix).mp3 | Red Rat | 3,784KB | Audio |
| anonymous_user@KaZaA | Reggae - Tony Curtis, Beenie Man, Tanto Metro, Devonte... | 3 | 5,558KB | Audio |
| anonymous_user@KaZaA | Reggae Mix - Red Rat, Sean Paul, Tanto Metro and Devonte | Red Rat, Sean Paul, Tant... | 3,918KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search   Search Field

| User | Filename | Artist | Size | MediaType |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Reggae - Tony Curtis, Beenie Man, Tanto Metro Devonte... | 3 | 5,598KB | Audio |
| anonymous_user@KaZaA | Reggae Mix-Red Rat, Sean Paul, Tanto Metro and Devonte... | Red Rat, Sean Paul, Tant... | 3,018KB | Audio |
| anonymous_user@KaZaA | Reggae - Shabba-Ranks - Murder She Wrote.mp3 | 3 | 3,496KB | Audio |
| anonymous_user@KaZaA | Reggae-Dancehall Classics - Supercat - How yuh pretty so... | Supercat | 3,873KB | Audio |
| anonymous_user@KaZaA | Reggae- Red Rat - Tight Up Skirt.mp3 | Red Rat | 2,492KB | Audio |
| anonymous_user@KaZaA | REGGAETON - Daddy Yankee-La Gasolina.mp3 | 3 | 2,995KB | Audio |
| anonymous_user@KaZaA | REGGAETON - Zion Y Lennox - Esa Nena.mp3 | 3 | 3,028KB | Audio |
| anonymous_user@KaZaA | Reggaeton .mp3 | Unknown | 1,597KB | Audio |
| anonymous_user@KaZaA | Reggie - Beenie, TOK, and Mr.mp3 | Beenie Man, TOK, Mr. Veg... | 1,939KB | Audio |
| anonymous_user@KaZaA | Reggea -Lady Saw - IF I Was A Rich Girl.MP3 | 3 | 5,565KB | Audio |
| anonymous_user@KaZaA | reggea-.mp3 | | 2,313KB | Audio |
| anonymous_user@KaZaA | Reggaeton-Daddy Yankee - Muevete Y Perrea Nota Mix.m... | Daddy Yankee | 2,576KB | Audio |
| 2 Users | Reggaeton-pistoleo.wma | Daddy Yankee | 597KB | Audio |
| anonymous_user@KaZaA | reggeton.mp3 | Reggeton | 275KB | Audio |
| anonymous_user@KaZaA | Roll Out - Ludicris.mp3 | Ludacris | 2,032KB | Audio |
| anonymous_user@KaZaA | Round Here [Instrumental].mp3 | Unknown | 4,740KB | Audio |
| anonymous_user@KaZaA | Round here (1).MP3 | Memphis Bleek | 3,677KB | Audio |
| anonymous_user@KaZaA | Ruff Rydaz - DMX, Eve, Jakule, The Lox, Parle, Infa Red ... | 1 | 3,342KB | Audio |
| anonymous_user@KaZaA | Rupee Ft: Daddy Yankee - Tempted To Touch Remix.mp3 | RUPEE | 8,791KB | Audio |
| anonymous_user@KaZaA | rshere nenhra wma | Daddy Yankee | 3,446KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (2,3... | Not Sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Rupee Ft. Daddy Yankee - Tempted To Touch Remix.mp3 | RUPEE | 8,791KB | Audio |
| anonymous_user@KaZaA | saber su nombre.wma | Daddy Yankee | 3,446KB | Audio |
| anonymous_user@KaZaA | Sanchez_Beenie Man - Going Away.mp3 | 3 | 3,412KB | Audio |
| anonymous_user@KaZaA | ScarFace - Mary Jane (instrumental).mp3 | ScarFace | 3,552KB | Audio |
| anonymous_user@KaZaA | scenerio A Tribe Called Quest (1) (1).mp3 | Eve f., DMX, The Lox, Dra... | 3,618KB | Audio |
| 2 Users | sean paul - diwali riddim.mp3 | 3 | 1,475KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Everblazing.mp3 | Sean Paul | 4,661KB | Audio |
| 2 Users | sean pad - get busy.mp3 | Sean Paul | 3,361KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Give Me The Light.mp3 | 3 | 3,433KB | Audio |
| 2 Users | Sean Paul - Like Glue.mp3 | sean paul | 3,452KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Shake That Thing.mp3 | Sean Paul | 3,856KB | Audio |
| anonymous_user@KaZaA | Sean Paul, Lady Saw, Beenie Man - That Girl (Club Remix)... | 3 | 3,502KB | Audio |
| anonymous_user@KaZaA | Sean Paul, Sexy Punky, Buju Banton - Tell Me (Remix).mp3 | 3 | 10,359KB | Audio |
| anonymous_user@KaZaA | Seguroski.mp3 | daddy yankee y nicky jam | 3,067KB | Audio |
| anonymous_user@KaZaA | Serge Lama - D'aventure en aventure.mp3 | 3 | 3,856KB | Audio |
| anonymous_user@KaZaA | Sexy Punky_Tell Me (Trini Remix).mp3 | Sean Paul | 10,359KB | Audio |
| anonymous_user@KaZaA | Shaggy feat. Sean Paul - Hey Sexy Lady [rmx].mp3 | 3 | 3,657KB | Audio |
| anonymous_user@KaZaA | Shakira - La tortura Ft Alejandro Sanz (Reggaetón).mp3 | 3 | 7,521KB | Audio |
| anonymous_user@KaZaA | Slow Jams-Bobby Brown - Rock Wit Cha.mp3 | Bobby Brown | 3,504KB | Audio |
| anonymous_user@KaZaA | Snoop_Daddy Yankee - Drop it Like the Hot (Reggaeton).. | 3 | 3,795KB | Audio |

Found 2509 files    2,209,936 users online, sharing 475,979,374 files (2,3... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download        Search    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Slow Jams-Bobby Brown - Rock Wit Cha.mp3 | Bobby Brown | 3,504KB | Audio |
| anonymous_user@KaZaA | Snoop Daddy Yankee - Drop It Like It's Hot (Reggaeton)... | 3 | 3,735KB | Audio |
| anonymous_user@KaZaA | Snoop Dogg - Beautiful (Feat. Pharrell, Uncle Charlie Wilson... | Snoop Dogg | 4,661KB | Audio |
| anonymous_user@KaZaA | snoop-dogg - drop it like it is hot.mp3 | Snoop Dogg | 6,328KB | Audio |
| anonymous_user@KaZaA | snoop dogg - lets get blowin.mp3 | Snoop Dogg | 6,544KB | Audio |
| anonymous_user@KaZaA | Snoop Dogg - Oh No (feat. 50 Cent).mp3 | Snoop Dogg | 5,673KB | Audio |
| anonymous_user@KaZaA | Snoop Dogg - Tha Last Meal (Retail) - Lay Low (ft. Nate Do... | 50 Cent | 5,392KB | Audio |
| anonymous_user@KaZaA | Snoop Dogg - Whats My Name.mp3 | 1 | 3,216KB | Audio |
| anonymous_user@KaZaA | Snoop Doggy Dog - Aint No Fun.mp3 | Snoop Dogg | 3,377KB | Audio |
| anonymous_user@KaZaA | Snoop Doggy Dog - Ghetto Symphony.mp3 | Snoop dogg feat Nate dog | 5,308KB | Audio |
| anonymous_user@KaZaA | Snoop Doggy Dogg - Doggystyle - Doggy-Dog-World.mp3 | Snoop Dogg | 4,754KB | Audio |
| anonymous_user@KaZaA | Son Of A Gun.mp3 | Janet Jackson Feat. Missy... | 6,018KB | Audio |
| anonymous_user@KaZaA | Soundtrack - 2 Fast 2 Furious - 07 - Chingy - Gettin It.mp3 | Chingy | 6,091KB | Audio |
| anonymous_user@KaZaA | Spanish Salsa DLG - No Morira (reggae'mix).mp3 | DLG | 4,994KB | Audio |
| anonymous_user@KaZaA | Sporty Thieves - No Pigeons (dirty).mp3 | Sporty Thieves | 6,178KB | Audio |
| anonymous_user@KaZaA | Sporty Thieves- Fuck I look like.mp3 | Eve | 3,764KB | Audio |
| anonymous_user@KaZaA | Star Academy - Serge Lama et Jenifer D'aventures en aven... | 3 | 2,816KB | Audio |
| anonymous_user@KaZaA | STYLES P.MP3 | The Lox | 3,092KB | Audio |
| anonymous_user@KaZaA | Super Cat (ft. Cutty Ranks) - Kill Dem.mp3 | 3 | 3,720KB | Audio |
| anonymous_user@KaZaA | SuperCat - Scbe Dan.mp3 | 3 | | Audio |

Found 2509 Files

12,209,936 users online, sharing 475,979,374 files (29)... | Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | SWV - rain down on me.mp3 | SWV | 3,551KB | Audio |
| anonymous_user@KaZaA | SWV - Rain.mp3 | SWV | 4,123KB | Audio |
| anonymous_user@KaZaA | SWV - You're Always On My Mind.mp3 | SWV | 4,946KB | Audio |
| 2 Users | SWV feat. Trina -Tamara - My Love Is The Shhh.mp3 | something for the people | 4,299KB | Audio |
| anonymous_user@KaZaA | SWV Use Your Heart.mp3 | SWV | 3,388KB | Audio |
| anonymous_user@KaZaA | T.I. - Let's Get Away.wma | T.I. | 2,189KB | Audio |
| anonymous_user@KaZaA | T.I. - Bring Em Out.mp3 | T.I. | 3,384KB | Audio |
| anonymous_user@KaZaA | T.I. --Heavy Chevys.mp3 | TI | 4,507KB | Audio |
| anonymous_user@KaZaA | T.I. my air forces MP3 | T.I. | 1,771KB | Audio |
| anonymous_user@KaZaA | Tear It Off.mp3 | Methodman and Redman | 3,944KB | Audio |
| anonymous_user@KaZaA | Tego Calderon-Punto y aparte.wma | Eddie Dee | 1,640KB | Audio |
| anonymous_user@KaZaA | tempo-luney tunes.mp3 | DON OMAR, TEMPO, TE... | 1,848KB | Audio |
| anonymous_user@KaZaA | Tequila (twista kanye west snoop ludacris jayz cassidy f kel... | Eminem | 2,522KB | Audio |
| anonymous_user@KaZaA | The Bad Guy.MP3 | Fabolous | 1,225KB | Audio |
| anonymous_user@KaZaA | The Game_Mary J. Blige- Hate It or Love It Remix.mp3 | 3 | 3,010KB | Audio |
| anonymous_user@KaZaA | The Game - Amsterdam Concert (Disses Jay-Z, Memphis Bl... | The Game | 2,416KB | Audio |
| anonymous_user@KaZaA | The Game - Dreams.mp3 | The Game | 7,008KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary -05 - Higher.mp3 | The Game | 5,809KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary - 16 - Dreams.mp3 | The Game_Ft Bun B_Tela | 2,786KB | Audio |
| anonymous_user@KaZaA | The Game Feat. Cassidy- 0jm Ya Gucc.mp3 | The Game Feat. Cassidy | 4,228KB | Audio |

2,209,936 users online, sharing 475,979,374 files (2931 ...) Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | The Game - The Documentary - 16 - Dreams.mp3 | The Game Ft Bun B, Tela | 2,786KB | Audio |
| anonymous_user@KaZaA | The Game Feat. Cassidy - Aim Ya Guns.mp3 | The Game Feat. Cassidy | 4,278KB | Audio |
| anonymous_user@KaZaA | The Game ft. 50 Cent - Hate It Or Love It.mp3 | 3 | 4,982KB | Audio |
| anonymous_user@KaZaA | The Game ft 50 Cent - How We Do .mp3 | The Game | 5,699KB | Audio |
| anonymous_user@KaZaA | The Game ft: 50 Cent - West Side Story.mp3 | The Game Ft 50 Cent | 6,259KB | Audio |
| anonymous_user@KaZaA | The Lost Boys Soundtrack - Movie Theme.mp3 | Lost Boyz | 3,918KB | Audio |
| anonymous_user@KaZaA | The Lost Boyz - Renee.mp3 | 3 | 3,350KB | Audio |
| anonymous_user@KaZaA | The Lox - DJ Whoo Kid Freestyle.mp3 | Lox | 1,003KB | Audio |
| 2 Users | The Lox - If You Think Im Jiggy.mp3 | 3 | 4,386KB | Audio |
| anonymous_user@KaZaA | The Lox - Ride Or Die Bitch.mp3 | LOX | 3,424KB | Audio |
| anonymous_user@KaZaA | The Lox - We are the Streets - 05 - Breathe Easy.mp3 | LOX | 3,884KB | Audio |
| anonymous_user@KaZaA | The Lox feat. Lil Kim_DMX - Money, Power, Respect.mp3 | The Lox feat. Lil Kim | 4,310KB | Audio |
| anonymous_user@KaZaA | The Lox ft. Eminem - Fuck You.wma | A | 6,480KB | Audio |
| anonymous_user@KaZaA | The Roots - Reggae Culture - sizzla - jah cure kings in this... | Sizzla | 3,256KB | Audio |
| anonymous_user@KaZaA | The Roots - You Got Me (Inst.).mp3 | Roots | 4,480KB | Audio |
| anonymous_user@KaZaA | Thumbs.db | Unknown | 5KB | |
| anonymous_user@KaZaA | TT - Rubber Band Man (1).mp3 | TT | 5,432KB | Audio |
| anonymous_user@KaZaA | Time to have Sex         Lil Kim_BeanieMan.mp3 | Beenie Man Ft Lil Kim - Fr... | 1,827KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - Fuck d-block(1).mp3 | Tony Yayo | 2,262KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - Im A Hustler mp3 | Tony Yayo | 2,214KB | Audio |

Found 2509 files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa   Theater   Download

New Search   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@Ka2aA | Tony Yayo - fuck d-block(1).mp3 | Tony Yayo | 2,262KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo - Im A Hustler.mp3 | Tony Yayo | 2,214KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo - Leaving From Prison.mp3 | Tony Yayo | 2,049KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo - So Seductive.mp3 | Tony Yayo | 3,999KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo - They Call It Murder.mp3 | Tony Yayo | 2,264KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo feat. 50 Cent - So Seductive (good quality).mp3 | 3 | 3,373KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo Feat. 50 Cent - So Suductive.mp3 | 3 | 3,375KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo feat. 50 Cent, Lloyd Banks And Young Buck - I ... | 1 | 7,347KB | Audio |
| anonymous_user@Ka2aA | Tony Yayo-They Call It Murder.mp3 | Tony Yayo | 3,228KB | Audio |
| anonymous_user@Ka2aA | Total - Trippin'.mp3 | Total | 1,817KB | Audio |
| anonymous_user@Ka2aA | Total-Kissin' You.mp3 | Total | 4,412KB | Audio |
| anonymous_user@Ka2aA | Track 04.mp3 | Instrumentals 1 | 2,850KB | Audio |
| anonymous_user@Ka2aA | Track No05.mp3 | Don Omar | 2,377KB | Audio |
| anonymous_user@Ka2aA | Track No07.mp3 | Unknown | 1,292KB | Audio |
| anonymous_user@Ka2aA | Track No11.mp3 | 1 | 1,990KB | Audio |
| anonymous_user@Ka2aA | Training Day Soundtrack - The Lox - 08 - Dirty Ryders.mp3 | 3 | 6,108KB | Audio |
| anonymous_user@Ka2aA | Trick Daddy feat. Lil 'Jon and Twista - Let's Go.mp3 | Trick Daddy F/ Lil'John ,... | 5,336KB | Audio |
| anonymous_user@Ka2aA | Trina feat Ludacris - Legs Wide.mp3 | Trina feat. Ludicris | 3,731KB | Audio |
| anonymous_user@Ka2aA | tu ma rosas el bicho.mp3 | Don omar | 1,436KB | Audio |
| anonymous_user@Ka2aA | Tu Pac - Gangsta party.mp3 | Tupac and Snoop Doggy | 3,856KB | Audio |

Found 2509 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend    Download

New search    Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | tu me rosas el bicho.mp3 | Don Omar | 1,486KB | Audio |
| anonymous_user@KaZaA | Tu Pac - Gangsta party.mp3 | Tupac and Snoop Doggy ... | 3,859KB | Audio |
| anonymous_user@KaZaA | Tu Pac - Hit Em Up.mp3 | Tupac | 2,783KB | Audio |
| anonymous_user@KaZaA | Tu Pac - Weed Got Me Crazy.mp3 | Tupac | 4,934KB | Audio |
| 2 Users | Tu Principe.mp3 | Daddy Yankee | 3,214KB | Audio |
| anonymous_user@KaZaA | Tupac - Dear Mama.mp3 | Tupac | 4,376KB | Audio |
| anonymous_user@KaZaA | Tupac- I Get Around.mp3 | Tu pac | 4,092KB | Audio |
| anonymous_user@KaZaA | U Got It Bad .MP3 | Usher | 1,685KB | Audio |
| anonymous_user@KaZaA | Uncle Luke - Lollipop.mp3 | lil'zane and pitbull | 3,864KB | Audio |
| anonymous_user@KaZaA | Usher and Monica - Slow Jam.mp3 | Usher and Monica | 3,882KB | Audio |
| anonymous_user@KaZaA | Usher ft Beyonce Alicia Keys - My Boo Part 3.MP3 | Usher | 5,456KB | Audio |
| anonymous_user@KaZaA | Usher-Ft. Ludacris Lil Jon--Yeah.mp3 | Usher | 5,829KB | Audio |
| anonymous_user@KaZaA | Victory(Instrumental).mp3 | Puff Daddy | 2,837KB | Audio |
| anonymous_user@KaZaA | Viva Las Vegas - Elvis.mid | A | 6KB | Audio |
| anonymous_user@KaZaA | Vuelve.wma | Don Omar | 1,930KB | Audio |
| anonymous_user@KaZaA | Walls Of Liscarroll.mp3 | 3 | 4,691KB | Audio |
| anonymous_user@KaZaA | Whoo Kid - G-Unit Radio Part 11 - 07 - Tony Yayo - I'm A H... | 1 | 2,213KB | Audio |
| anonymous_user@KaZaA | Will Smith feat. Elephant Man - Switch Reggae Remix.mp3 | 3 | 6,283KB | Audio |
| anonymous_user@KaZaA | Wisin.mp3 | WWW.6LIMALINEO.NET | 2,664KB | Audio |
| anonymous_user@KaZaA | Wu-Tang Clan - Cream.mp3 | Wu-Tang Clan | 3,942KB | Audio |



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Olivia ft Lloyd Banks - Twist It.mp3 | 3 | 4,893KB | Audio |
| anonymous_user@KaZaA | Ludacris ft. Bobby Valentino- Pimpin All Over The World.m... | 3 | 8,529KB | Audio |
| anonymous_user@KaZaA | Usher feat. Lil' Jon and Ludacris - Yeah.mp3 | Usher, Feat. Lil Jon; Jon... | 5,830KB | Audio |
| anonymous_user@KaZaA | LEAFS SUCK! - OUTKAST REMIX.mp3 | 3 | 2,692KB | Audio |
| anonymous_user@KaZaA | Outkast - Ghettomusiek.mp3 | Outkast | 5,528KB | Audio |
| anonymous_user@KaZaA | Freestyles - (NEW) Lloyd Banks - Pressure.mp3 | Lloyd Banks | 5,816KB | Audio |
| anonymous_user@KaZaA | Outkast - Leafs Suck.mp3 | 3 | 2,694KB | Audio |
| anonymous_user@KaZaA | Outkast - Throw Your Hands Up In The Air.mp3 | 3 | 3,604KB | Audio |
| anonymous_user@KaZaA | Ludacris - Red Light District - 03 - Get Back.mp3 | 3 | 4,319KB | Audio |
| anonymous_user@KaZaA | Ying Yan Twins - Whistle while u twerk.mp3 | Ying Yang Twins | 4,352KB | Audio |
| anonymous_user@KaZaA | Instrumental - Ludacris - The_Potion.mp3 | Ludacris | 5,514KB | Audio |
| anonymous_user@KaZaA | Outkast - Prototype.mp3 | Andre 3000 | 7,748KB | Audio |
| anonymous_user@KaZaA | Rap City Freestyles - Ludacris dissin Eminem.mp3 | Ludacris | 768KB | Audio |
| anonymous_user@KaZaA | Trick Daddy Ft. Ludacris, Lil Kim - Sugar On My Tounge.mp3 | 3 | 3,772KB | Audio |
| anonymous_user@KaZaA | Dirty South-Atlanta-Ying Yang Twins feat. Outkast, Ice Cu... | 3 | 3,144KB | Audio |
| anonymous_user@KaZaA | Sexy Lady Ragga.mp3 | Shaggy Sean Paul | 3,552KB | Audio |
| anonymous_user@KaZaA | 21.mp3 | Sean Paul | 3,127KB | Audio |
| anonymous_user@KaZaA | sean paul bubbeling.mp3 | Sean Paul | 3,871KB | Audio |
| anonymous_user@KaZaA | Outkast - Skankonia - 01 - Gangsta Shit.mp3 | 1 | 4,443KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Georgia Dome.mp3 | Ying Yang Twins | 3,601KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (29.1 Not sharing any Files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Outkast - Stankonia - 01 - Gangsta Shit.mp3 | 1 | 4,443KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twinz - Georgia Dome.wma | Ying Yang Twinz | 3,601KB | Audio |
| anonymous_user@KaZaA | Chingy-Holidae Inn ft. Ludacris ,Snoop.mp3 | 3 | 7,371KB | Audio |
| anonymous_user@KaZaA | Outcast - So-Fresh and So Clean.mp3 | Outkast | 5,865KB | Audio |
| anonymous_user@KaZaA | Ludacris-King of the South(T.I. diss).mp3 | Ludacris | 1,246KB | Audio |
| anonymous_user@KaZaA | Ludacris - Diamonds in the back.mp3 | Ludacris | 5,928KB | Audio |
| anonymous_user@KaZaA | P Diddy feat Biggie, 50 Cent, Lloyd Banks, Busta Rhymes ... | #2 | 6,162KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - Get Touched.mp3 | 3 | 3,465KB | Audio |
| anonymous_user@KaZaA | Ludakris - Area Codes.mp3 | Ludacris | 5,191KB | Audio |
| anonymous_user@KaZaA | amor de colegio (1).mp3 | Reggeton | 3,082KB | Audio |
| anonymous_user@KaZaA | Ludacris ft. LL Cool J - Fatty Girl (remix).mp3 | Ludacris, LL Cool J | 3,084KB | Audio |
| anonymous_user@KaZaA | Nas ft. Ludacris and Doug E Fresh - Virgo.mp3 | Nas | 4,092KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Deeply (SOCA MIX).mp3 | Sean Paul | 2,328KB | Audio |
| anonymous_user@KaZaA | Nelly - Dilemma Remix.wma | Beyonce/Sean Paul | 894KB | Audio |
| anonymous_user@KaZaA | whisper song (1).mp3 | Ying Yang Twins | 2,598KB | Audio |
| anonymous_user@KaZaA | beyonse sean paul-baby-boy.wma | Sean Paul | 574KB | Audio |
| anonymous_user@KaZaA | 04 - Like Glue.mp3 | Sean Paul | 2,755KB | Audio |
| anonymous_user@KaZaA | Eminem - Unreleased - Stop The Shit (Ludacris and Lil Way ... | 3 | 2,616KB | Audio |
| anonymous_user@KaZaA | 10.wma | Sean Paul feat Sasha | 2,693KB | Audio |
| anonymous_user@KaZaA | Ms. Jackson-Outkast.wma | OUTKAST | 2,140KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (23...) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 10.wma | Sean Paul feat Sasha | 2,693KB | Audio |
| anonymous_user@KaZaA | Ms. Jackson-Outkast.wma | OUTKAST | 2,140KB | Audio |
| anonymous_user@KaZaA | Outkast - Chonky/fire.mp3 | Outkast | 5,839KB | Audio |
| anonymous_user@KaZaA | boom (1).wma | | 2,898KB | Audio |
| anonymous_user@KaZaA | 20- esa loca.mp3 | Sean Paul | 5,893KB | Audio |
| anonymous_user@KaZaA | Twirksudatoi (2).MP3 | Ying Yang Twins | 3,966KB | Audio |
| anonymous_user@KaZaA | Jean Paul - get busy.mp3 | Sean Paul | 4,974KB | Audio |
| anonymous_user@KaZaA | Sean Paul ft: Beyoncé - Baby Boy.wma | Sean Paul ft. Beyoncé | 2,716KB | Audio |
| anonymous_user@KaZaA | DMX - X Gonna Give It To Ya (dirty).mp3 | DMX | 5,073KB | Audio |
| anonymous_user@KaZaA | DMX - X Gonna Give II To Ya.mp3 | DMX | 5,242KB | Audio |
| anonymous_user@KaZaA | dmx-gonna give it to you.mp3 | DMX | 5,242KB | Audio |
| anonymous_user@KaZaA | DMX-Party Up.mp3 | Dmx | 2,944KB | Audio |
| anonymous_user@KaZaA | Drag-on - Firenah.mp3 | Drag-On | 4,147KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Blase.mp3 | Elephant Man | 5,208KB | Audio |
| anonymous_user@KaZaA | game-hate_it_or_love_it_(remix)_(feat._mary_j_blidge).m... | 3 | 3,839KB | Audio |
| anonymous_user@KaZaA | Goodie Mobb w Outkast - Sky High.mp3 | Outkast | 3,417KB | Audio |
| anonymous_user@KaZaA | High Five - I Like The Way You Play the Kissing Game.mp3 | 3 | 3,654KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Money. Power. Respect (feat. DMX, Lil'K... | 3 | 4,882KB | Audio |
| anonymous_user@KaZaA | Jadakiss - Checkmate (Dissing 50 Cent).mp3 | 3 | 3,642KB | Audio |
| anonymous_user@KaZaA | Jennifer Lopez - Playentura an avantuta ya way | 6 | 4,851KB | Audio |

Found 2509 files | 2,209,996 users online, sharing 475,979,374 files (29... | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Jadakiss - Checkmate (Dissing 50 Cent).mp3 | 3 | 3,642KB | Audio |
| anonymous_user@KaZaA | Jonatan Cerrada - D'aventure en aventure.wav | A | 4,851KB | Audio |
| anonymous_user@KaZaA | Kathy Matea- Mary Did You Know.Mp3 | 3 | 3,014KB | Audio |
| anonymous_user@KaZaA | Last Dance With Mary Jane.mp3 | 3 | 4,247KB | Audio |
| 4 Users | Lost Boys-15-1-2-3.mp3 | Lost Boyz | 3,193KB | Audio |
| anonymous_user@KaZaA | Ludacris - Number One Spot.mp3 | Ludacris | 6,171KB | Audio |
| anonymous_user@KaZaA | Ludacris - Splash Waterfalls.mp3 | Ludacris | 4,547KB | Audio |
| anonymous_user@KaZaA | Ludacris - The Potion.mp3 | Ludacris | 5,773KB | Audio |
| anonymous_user@KaZaA | Ludacris - Yóu's A Hoe.mp3 | Ludacris | 3,999KB | Audio |
| anonymous_user@KaZaA | Ludacris Ft Snoop Dogg - Who Let These Hoes In My Room... | Ludacris | 6,566KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 10 - Your Girl.m... | Mariah Carey | 4,012KB | Audio |
| anonymous_user@KaZaA | Mariah_Carey-The_Emancipation_Of_Mimi-13-Joy Ride- ... | Mariah Carey | 5,404KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - Family Affair.mp3 | Mary J. Blige | 5,880KB | Audio |
| 2 Users | Mary J Blidge - Everything.mp3 | Mary J. Blige | 4,674KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - Sweet Thing.mp3 | Mary J Blige | 3,499KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - You Are Everything.mp3 | Mary J. Blige | 3,741KB | Audio |
| anonymous_user@KaZaA | Mary j Blige -love at first sight.mp3 | mary j. blige / method m... | 5,930KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge feat. Wyclef Jean - 911.mp3 | Mary J. Blidge ft. Wyclef ... | 6,258KB | Audio |
| anonymous_user@KaZaA | Mary J Blige Method Man- Love at First Sight.mp3 | Mary J. Blige | 3,953KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29... | Not sharing any files