# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    MyKazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download

Search/Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Mary J Blige;Method Man - Love at First Sight.mp3 | Mary J. Blige | 3,953KB | Audio |
| anonymous_user@KaZaA | Mary J Blige Feat.The Game - Hate It Or Love It ( Remix ) m... | 3 | 3,833KB | Audio |
| 2 Users | Mary J Blige;Whats The 4 11 - Love No Limit.mp3 | 1 | 4,707KB | Audio |
| anonymous_user@KaZaA | mary j blige - Real Love.mp3 | Mary J Blige | 4,261KB | Audio |
| anonymous_user@KaZaA | Mary J. Blidge - It's A Wrap.mp3 | 3 | 6,111KB | Audio |
| anonymous_user@KaZaA | Mary J.Blidge  Lil Kim - I Can Love You.mp3 | 3 | 4,466KB | Audio |
| anonymous_user@KaZaA | Method Man ft. Mary J Blige - Your. All I Need.mp3 | 3 | 4,873KB | Audio |
| anonymous_user@KaZaA | mya - Fallen remix.mp3 | Mya | 3,877KB | Audio |
| anonymous_user@KaZaA | Mya feat. Silk;The Shocker - Moving On.mp3 | Mya | 4,225KB | Audio |
| anonymous_user@KaZaA | nouvelle star 2005 -  Myriam - D aventure en aventure.mp3 | Myriam Morea | 2,452KB | Audio |
| anonymous_user@KaZaA | Outkast - Aquemini - 11 - Mamacita.mp3 | Outkast | 4,193KB | Audio |
| anonymous_user@KaZaA | Outkast - Return of the G.mp3 | Outkast | 4,510KB | Audio |
| anonymous_user@KaZaA | Outkast - Caroline .wma | Andre 3000 | 2,922KB | Audio |
| anonymous_user@KaZaA | Outkast-I love the way you move.mp3 | Outkast | 3,720KB | Audio |
| anonymous_user@KaZaA | Peter, Paul and Mary - Kumbaya.mp3 | 3 | 2,793KB | Audio |
| anonymous_user@KaZaA | Peter, Paul, and Mary - Puff the Magic Dragon (1).mp3 | 1 | 3,225KB | Audio |
| anonymous_user@KaZaA | RAP;NELLY, USHER, AND DMX (MEGA RAP REMIX).mp3 | 3 | 7,833KB | Audio |
| anonymous_user@KaZaA | Red Rat - Hey you girl.mp3 | 3 | 3,313KB | Audio |
| anonymous_user@KaZaA | Red Rat - Tink Wu Hot.mp3 | Red Rat | 4,051KB | Audio |
| anonymous_user@KaZaA | Sean paul;feat  hindas.mp3 | 3 | 3,290KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Red Rat - Tink Yu Hot.mp3 | Red Rat | 4,051KB | Audio |
| anonymous_user@KaZaA | Sean paul feat lumidee.mp3 | 3 | 3,230KB | Audio |
| anonymous_user@KaZaA | Serge Lama - D'Aventures En Aventures.mp3 | Isabelle Boulay | 4,992KB | Audio |
| anonymous_user@KaZaA | Seulement qu'une aventure(Martin Deschamps).mp3 | 3 | 5,983KB | Audio |
| anonymous_user@KaZaA | slow jams- Mary J Blidge - I'm Going Down.mp3 | Mary J Blige | 2,604KB | Audio |
| anonymous_user@KaZaA | South Park Mexicans (SPM) - Mary-go-Round.mp3 | 3 | 4,088KB | Audio |
| anonymous_user@KaZaA | Sugar (On My Tongue Remix)- Trick Daddy Ft. Ludacris, Lil... | 3 | 5,009KB | Audio |
| anonymous_user@KaZaA | super cat - Apache.mp3 | Super Cat | 3,199KB | Audio |
| anonymous_user@KaZaA | SUPER CAT - Mud Up (MUDD UP Riddim).mp3 | 3 | 3,277KB | Audio |
| anonymous_user@KaZaA | Super Cat Reggae - Classic Dancehall - Supercat - Don Da... | 3 | 2,453KB | Audio |
| anonymous_user@KaZaA | Talib Kwell Ft Mary J-blidge - it try.mp3 | Talib Kwali | 4,119KB | Audio |
| anonymous_user@KaZaA | The Game - Grand Champ ft..mp3 | The Game ft.DMX | 3,780KB | Audio |
| anonymous_user@KaZaA | DMX -06- Bloodline Anthem.mp3 | DMX | 4,179KB | Audio |
| anonymous_user@KaZaA | The Vines - Mary Jane.mp3 | 3 | 4,814KB | Audio |
| anonymous_user@KaZaA | DMX - Rough Riders Anthem.mp3 | DMX | 3,345KB | Audio |
| anonymous_user@KaZaA | Lil John(feat: Ying Yang twins)Get Low.mp3 | 3 | 7,830KB | Audio |
| anonymous_user@KaZaA | Belly Soundtrack, Dmx Method Man Nas and Ja Rule - Gran... | 3 | 5,409KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - Your Child.mp3 | 3 | 3,915KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge, Lil Kim - I Can Love You Better.mp3 | 3 | 4,471KB | Audio |
| anonymous_user@KaZaA | Christina Aquilera, Lil Kim, Mya, Pink, Missy Elliot - Lady M... | 3 | 6,292KB | Audio |

Found 2509 files

2,209,996 users online, sharing 475,979,374 files (2,9...) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Mary J.Blige_Lil Kim - I Can Love You Better.mp3 | 3 | 4,470kB | Audio |
| anonymous_user@KaZaA | Christina Aguilera, Lil Kim, Mya, Pink_Missy Elliot - Lady M... | 3 | 6,222kB | Audio |
| anonymous_user@KaZaA | Paul Anka - Hello Mary Lou.mp3 | 3 | 2,061KB | Audio |
| anonymous_user@KaZaA | Talib Kewil ft. Mary J.Blige-I Try.mp3 | Talib Kweli | 6,684kB | Audio |
| anonymous_user@KaZaA | Peter, Paul, and Mary - Leaving on a Jet Plane.mp3 | 3 | 3,226kB | Audio |
| anonymous_user@KaZaA | Christina Aguilera, Lil Kim, Mya_Pink - Lady Marmalade-f... | 3 | 5,226KB | Audio |
| anonymous_user@KaZaA | DMX - Aint No Sunshine.mp3 | DMX | 4,065KB | Audio |
| anonymous_user@KaZaA | DMX-f., Sisqo - What These Bitches Want.mp3 | DMX | 6,578KB | Audio |
| anonymous_user@KaZaA | Tabu - Ocean.MP3 | Tabu | 4,738KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - Your_Child.mp3 | mary j blige | 5,224KB | Audio |
| anonymous_user@KaZaA | Tego Calderon - Dj.wma | regueton? | 1,380KB | Audio |
| anonymous_user@KaZaA | DMX - Party Out Up In Heah.mp3 | 3 | 6,293KB | Audio |
| anonymous_user@KaZaA | John Mayer - The Wind Cries Mary.mp3 | 3 | 3,711KB | Audio |
| anonymous_user@KaZaA | Beanie Man, Mya - Girls Dem Sugar.mp3 | 3 | 4,050KB | Audio |
| anonymous_user@KaZaA | Mary J. Blidge-Share my world!.mp3 | 3 | 3,598kB | Audio |
| anonymous_user@KaZaA | slow jams - Mary J. Blidge - Seven Days.mp3 | Mary J. Blige | 7,254kB | Audio |
| anonymous_user@KaZaA | tabu - Divje.mp3 | Tabu | 5,903kB | Audio |
| anonymous_user@KaZaA | DMX - Where The Hood At.mp3 | DMX | 6,856kB | Audio |
| anonymous_user@KaZaA | Slow Jams-Mary J Blidge-A dream.mp3 | Mary J Blidge | 4,720kB | Audio |
| anonymous_user@KaZaA | Sean Paul - Gimme The Light.mp3 | Sean Paul | 3,434KB | Audio |

Found 2509 files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download    New search | Search | Traffic | Shop | Tell A Friend    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | SWV - You're the One For Me.mp3 | SWV | 4,418KB | Audio |
| anonymous_user@KaZaA | Chingy One Call Away.wma | Chingy | 2,189KB | Audio |
| anonymous_user@KaZaA | p.diddy and the bad boy family.mp3 | P. Diddy | 1,847KB | Audio |
| anonymous_user@KaZaA | SWV - Weak.mp3 | SWV | 4,610KB | Audio |
| anonymous_user@KaZaA | 50 Cent - The Massacre - 04 - I'm Supposed To Die Tonight... | 50 Cent | 3,612KB | Audio |
| anonymous_user@KaZaA | SWV, Missy Elliot, Timbaland - Can We Get Kinky Tonite (1)... | SWV feat. Missy, Timberl... | 3,711KB | Audio |
| anonymous_user@KaZaA | RENEGADE - JAY-Z.mp3 | Jay-Z | 3,600KB | Audio |
| anonymous_user@KaZaA | 14 - Regrets.mp3 | Jay-Z | 3,985KB | Audio |
| anonymous_user@KaZaA | 6 - Jay-Z - D'Evils.mp3 | Jay-Z | 3,957KB | Audio |
| anonymous_user@KaZaA | 7 - 22 Two's.mp3 | Jay-Z | 4,068KB | Audio |
| anonymous_user@KaZaA | 2pac - Westside (unreleased).mp3 | Tupac/Makaveli | 2,812KB | Audio |
| anonymous_user@KaZaA | 8 Can I Get A....mp3 | Jay-Z | 1,860KB | Audio |
| anonymous_user@KaZaA | 12 - Black Gangsta.mp3 | Jay-Z | 3,071KB | Audio |
| anonymous_user@KaZaA | 01-jay-z-excuse_me_miss_again-rns (1).mp3 | Jay-Z | 4,434KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Change of clothes.mp3 | Jay-Z | 4,086KB | Audio |
| anonymous_user@KaZaA | Jay Z - 05 - Excuse me miss ft. Pharell of Neptunes.mp3 | Ja Rule | 5,493KB | Audio |
| anonymous_user@KaZaA | 1 - Reggaeton - Zion y Lennox Ft. Daddy Yankee - Motyvan... | Zion y Lennox | 3,633KB | Audio |
| anonymous_user@KaZaA | Don Omar_Daddy Yankee 4.MP3 | Nicky Jam | 350KB | Audio |
| 2 Users | Reggaeton Las Guanabanas_Daddy Yankee - Mi gatita y... | Guanabanas Foohias | 3,589KB | Audio |
| anonymous_user@KaZaA | Lenny Kravitz feat. Jay-Z Storm.mp3 | Lenny Kravitz | 4,129KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29...) | Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download ...

New search ... Search ... Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Reggaeton Las Guanábanas_Daddy Yankee - Mi gettha y ... | Guanábanas Podrias | 3,589KB | Audio |
| anonymous_user@KaZaA | Lenny Kravitz Feat. Jay-Z - Storm.mp3 | Lenny Kravitz | 4,139KB | Audio |
| anonymous_user@KaZaA | Reggeton - Boom Boom.mp3 | Daddy Yankee | 1,536KB | Audio |
| anonymous_user@KaZaA | Reggaeton Daddy Yankee ft. Zion Y Lennox- Tu Principe.m... | Daddy Yankee Ft. Zion y ... | 2,730KB | Audio |
| anonymous_user@KaZaA | 50 Cent- Hate It or Love It (remix) Feat. Game_Lloyd Banks... | 3 | 5,352KB | Audio |
| 2 Users | Lost Boys - Lifestyles of the Rich and Shameless.mp3 | Lost Boyz | 4,066KB | Audio |
| anonymous_user@KaZaA | PLAYER.O 42. TRACK 05 (1).mp3 | NICKY JAM | 2,071KB | Audio |
| anonymous_user@KaZaA | Mase-Tell_Me_what_U_Want.mp3 | Mase | 3,795KB | Audio |
| 2 Users | mase - why u over there looking at me.mp3 | Mase | 4,177KB | Audio |
| anonymous_user@KaZaA | Fat Joe Ft..mp3 | Fat Joe Ft.- Eminem, Mase. | 4,472KB | Audio |
| anonymous_user@KaZaA | Ax9 Dj Ruffchild feat Jay-Z, Ja Rule, JD, Mya, Crooklyn Cl... | | 3,651KB | Audio |
| anonymous_user@KaZaA | Let Me Know.mp3 | Jon B. | 6,559KB | Audio |
| anonymous_user@KaZaA | Jon B - Pretty Girl.mp3 | Jon B. | 4,038KB | Audio |
| anonymous_user@KaZaA | Mase - Harlem World.mp3 | Mase | 3,196KB | Audio |
| anonymous_user@KaZaA | Lost Boyz - Renee (remix).mp3 | Lost Boyz | 4,692KB | Audio |
| anonymous_user@KaZaA | Brandi_Mace - Sittin On Top Of The World .mp3 | Brandy F/ Mase | 4,385KB | Audio |
| anonymous_user@KaZaA | Jon B - They Don't Know.mp3 | Jon B. | 2,847KB | Audio |
| anonymous_user@KaZaA | 10 Jon B - Let Me Know.mp3 | Jon B. | 5,755KB | Audio |
| anonymous_user@KaZaA | Outkast - Bombs Over Bagdad.mp3 | Outkast | 2,388KB | Audio |
| anonymous_user@KaZaA | 10 Let Me Know.mp3 | Jon B. | 4,692KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (291 T Not sharing any files

Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search · My Kazaa · Download · Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Outkast - Bombs Over Bagdad.mp3 | Outkast | 2,388KB | Audio |
| anonymous_user@KaZaA | 10 Let Me Know.mp3 | Jon B. | 4,697KB | Audio |
| anonymous_user@KaZaA | Jon B. - They Don't Know (1).mp3 | Jon B. | 4,292KB | Audio |
| anonymous_user@KaZaA | 6 - Time After Time.mp3 | Jon B. | 6,230KB | Audio |
| anonymous_user@KaZaA | TuPac - I Aint Mad at Ya.mp3 | 2Pac | 4,565KB | Audio |
| anonymous_user@KaZaA | Tupac Resurrection.mp3 | Tupac | 3,300KB | Audio |
| anonymous_user@KaZaA | Tupac Feat. Biggie, Outlawz - Runnin-(Unreleased)..mp3 | 2Pac/Big/Outlawz | 4,224KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee-12 disipulos.wma | A+ | 830KB | Audio |
| anonymous_user@KaZaA | 2pac-Makaveli IV - 14 Untouchable (Freestyle).mp3 | Tupac Shakur | 3,146KB | Audio |
| anonymous_user@KaZaA | 2pac - Until The End Of Time - High Till I die.mp3 | Tupac(Makaveli" | 2,900KB | Audio |
| anonymous_user@KaZaA | Save The Last Dance Soundtrack 12-112 - Only, You.MP3 | 112 | 4,512KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge-Sweet Thang.mp3 | Mary J. Blige | 2,688KB | Audio |
| anonymous_user@KaZaA | Hector Y Tito - Cómo Tu.mp3 | Don Omar | 3,244KB | Audio |
| anonymous_user@KaZaA | Off The Hook Can't Hang.mp3 | Xscape | 4,075KB | Audio |
| anonymous_user@KaZaA | 12 Right Thurr (Remix).mp3 | Chingy Ft. Trina, J.D. | 4,186KB | Audio |
| anonymous_user@KaZaA | Eminem - Without Me.mp3 | Eminem | 4,590KB | Audio |
| anonymous_user@KaZaA | I Like That-Houston.mp3 | Houston F.Chingy, Nate D... | 3,612KB | Audio |
| anonymous_user@KaZaA | Usher -U Got It Bad.MP3 | Usher | 3,803KB | Audio |
| anonymous_user@KaZaA | lloyd_banks_feat._avant-02-karma_(dirty)-whoa.mp3 | Lloyd Banks | 7,631KB | Audio |
| anonymous_user@KaZaA | lloyd banks feat._hunger for more - karmamer (0).mp3 | Lloyd Banks | 7,813KB | Audio |

2,209,936 users online, sharing 4/5,979,374 files (29.1...) | Not sharing any files.

Found 2509 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | lloyd_banks_feat_avant-02-karma-(dirty)-whoa.mp3 | Lloyd Banks | 7,631KB | Audio |
| anonymous_user@KaZaA | lloyd banks - hunger for more - Karma-ns (0).mp3 | Lloyd Banks | 7,813KB | Audio |
| anonymous_user@KaZaA | Keith Sweat - Can We Make Love.mp3 | keith sweat | 3,878KB | Audio |
| anonymous_user@KaZaA | Audio - Fine Arts Militia Album.kpl | Fine Arts Militia | 1KB | |
| anonymous_user@KaZaA | P Diddy n Mario Winans.mp3 | P. Diddy and Mario | 5,569KB | Audio |
| anonymous_user@KaZaA | Eminem - Superman (1).mp3 | Eminem | 2,738KB | Audio |
| anonymous_user@KaZaA | Fat Joe ft. Eminem; Mase; Lil Jon - Lean Back (Remix).m... | Eminem | 6,192KB | Audio |
| anonymous_user@KaZaA | soldier(dirty_version)-the_eminem_show(1).mp3 | Eminem | 3,539KB | Audio |
| anonymous_user@KaZaA | 06-chingy-wurr's_my_cash-wcr.mp3 | Chingy | 6,402KB | Audio |
| anonymous_user@KaZaA | Christina Milian - Dip it Low.wma | Christina Milian | 1,653KB | Audio |
| anonymous_user@KaZaA | Mary J. Blige - Family Affair - 14.mp3 | Mary J. Blige | 1,461KB | Audio |
| anonymous_user@KaZaA | Mary J. Blige - I'm Goin' Down.mp3 | Mary J. Blige | 3,474KB | Audio |
| anonymous_user@KaZaA | WHAT'S THE 411 13 MARY J. BLIGE REAL LOVE.mp3 | Mary J. Blige | 2,390KB | Audio |
| anonymous_user@KaZaA | 18-styles_p.mp3 | Styles P_Akon | 5,055KB | Audio |
| anonymous_user@KaZaA | NO MORE DRAMA RAINY DAYZ.mp3 | Mary J. Blige | 5,797KB | Audio |
| anonymous_user@KaZaA | SHARE MY WORLD - NOT GON' CRY.mp3 | Mary J. Blige | 5,949KB | Audio |
| anonymous_user@KaZaA | 13 REAL LOVE.mp3 | Mary J. Blige | 5,753KB | Audio |
| anonymous_user@KaZaA | Mary J Blidge - Its a wrap (1).mp3 | Mary J. Blige | 3,064KB | Audio |
| anonymous_user@KaZaA | Confessions - Confessions Part II.wma | T.I. | 3,110KB | Audio |
| anonymous_user@KaZaA | Keith Sweat - Trust Me (LR Version).wma | Keith Sweat | 1,282KB | Audio |

Found 2509 files     2,209,936 users online, sharing 475,979,374 files (29.1)  Not sharing any files

**Kazaa - [Search]**

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Confessions - Confessions Part II.wma | T.I. | 3,110KB | Audio |
| anonymous_user@KaZaA | Keith Sweat - Trust Me (LP Version).wma | Keith Sweat | 1,292KB | Audio |
| anonymous_user@KaZaA | Nate Dogg ft Eve - Get Up.mp3 | Nate Dog Feat Eve | 3,626KB | Audio |
| anonymous_user@KaZaA | City high feat. Eve - Caramel (remix).mp3 | City High feat. Eve | 3,659KB | Audio |
| anonymous_user@KaZaA | Cat Stevens-Father and Son.mp3 | Eve | 3,465KB | Audio |
| anonymous_user@KaZaA | Rachel Stevens - More More More.wma | Eve | 5,255KB | Audio |
| anonymous_user@KaZaA | Kayne West - Jesus Walks.wma | T.I. | 3,341KB | Audio |
| anonymous_user@KaZaA | Xcape-My ll Secret.mp3 | xscape-jd | 3,148KB | Audio |
| anonymous_user@KaZaA | Various - Hardball - Track 12 - SOUNDTRACK.mp3 | Xscape | 4,400KB | Audio |
| anonymous_user@KaZaA | He Say She Say.wma | Keith Sweat | 1,689KB | Audio |
| anonymous_user@KaZaA | LSG - Curious (feat. LL Cool J, Busta Rhymes ,MC Lyte)... | LSG | 4,070KB | Audio |
| anonymous_user@KaZaA | lsg-03-lsg2-shake down.mp3 | LSG | 6,778KB | Audio |
| anonymous_user@KaZaA | Work Me Slow - Xscape.mp3 | Xscape | 4,340KB | Audio |
| anonymous_user@KaZaA | P.Diddy - Mo Money Mo Problems.mp3 | P.Diddy | 4,022KB | Audio |
| anonymous_user@KaZaA | Kleth Sweat - Make It Last Forever.mp3 | Keith Sweat | 1,916KB | Audio |
| anonymous_user@KaZaA | slow - Silk - Let Me Lick U Up And Down (1).mp3 | Keith Sweat | 4,317KB | Audio |
| anonymous_user@KaZaA | Slow Jams - Keith Sweat - Twisted (SEXUAL MIX) (1).mp3 | Keith Sweat | 4,867KB | Audio |
| anonymous_user@KaZaA | Keith Sweat - In The Rain.mp3 | Keith Sweat | 5,416KB | Audio |
| anonymous_user@KaZaA | Didnt See Me Coming - 16 - Why U Treat me So Cold - Kelt... | Keith Sweat | 1,901KB | Audio |
| anonymous_user@KaZaA | Old School Slow Jamz - XSCAPE - Understanding(1).mp3 | Xscape | 6,512KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (29.1... | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | Didn't See Me Coming - 16 - Why U Treat Me So Cold - Keit... | Keith Sweat | 1,901KB | Audio |
| anonymous_user@KaZaA | Old School Slow Jams - XSCAPE - Understanding(1).mp3 | Xscape | 4,612KB | Audio |
| anonymous_user@KaZaA | T.I. - Lets Get Away.mp3 | T.I. | 4,329KB | Audio |
| anonymous_user@KaZaA | Puff Daddy - Señorita .mp3 | P-Diddy | 3,418KB | Audio |
| anonymous_user@KaZaA | Mary J (2).mp3 | Mary J. Blige | 4,058KB | Audio |
| anonymous_user@KaZaA | makaveli-08-03-ha (remix).mp3 | Makaveli | 3,509KB | Audio |
| anonymous_user@KaZaA | Come To Me.mp3 | Common F/ Mary J. Blige | 3,650KB | Audio |
| anonymous_user@KaZaA | 2pac-So Much Pain.mp3 | Tupac/Makaveli | 3,294KB | Audio |
| anonymous_user@KaZaA | Beyonce ft. P Diddy - Summer Time.wma | Beyonce feat. P Diddy | 587KB | Audio |
| anonymous_user@KaZaA | 2pac - My Block.mp3 | Tupac | 4,928KB | Audio |
| anonymous_user@KaZaA | 15 - Jay-Z - The Blueprint 2 - Rocky (Remix).mp3 | Jay-Z | 5,022KB | Audio |
| anonymous_user@KaZaA | Don Omar ft Daddy Yankee - La Noche Está Buena.mp3 | Don Omar ft Daddy Yank... | 2,028KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Change The Game.mp3 | AZ | 2,950KB | Audio |
| anonymous_user@KaZaA | Tupac - Thug Mansion.mp3 | Tupac | 3,854KB | Audio |
| anonymous_user@KaZaA | Tupac - Makaveli 3 - Thug Passion - 14 - Pac's Life.mp3 | 2Pac | 3,162KB | Audio |
| anonymous_user@KaZaA | Outkast, Ludacris, Master P, Juvenile, Mystikal, Lil Bow W... | #2 | 8,958KB | Audio |
| anonymous_user@KaZaA | 2Pac -Toss it Up.mp3 | 2PAC | 4,796KB | Audio |
| anonymous_user@KaZaA | Rap- 2Pac -Makaveli- Bomb First.mp3 | TuPac | 3,466KB | Audio |
| anonymous_user@KaZaA | daddy yankee feat don omar.wma | Daddy Yanke | 1,737KB | Audio |
| anonymous_user@KaZaA | Burea.wma | Bureaa ft Daddy Yankee | 908KB | Audio |

Found 2509 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | daddy yankee feat don omar.wma | Daddy Yanke | 1,737KB | Audio |
| anonymous_user@KaZaA | Rupee ft.wma | Rupee ft Daddy Yankee; | 903KB | Audio |
| anonymous_user@KaZaA | Don omar y yankee afuego.mp3 | Daddy Yankee | 3,459KB | Audio |
| anonymous_user@KaZaA | reggaeton.wma | Daddy Yankee | 1,547KB | Audio |
| anonymous_user@KaZaA | Dady yankee - Gasolina.wma | Daddy yankee | 3,043KB | Audio |
| anonymous_user@KaZaA | Yeah RMX.wma | Daddy yankee | 933KB | Audio |
| anonymous_user@KaZaA | 05-some_how_some_way-tóe (1).mp3 | Jay-Z | 7,914KB | Audio |
| anonymous_user@KaZaA | Tupac- Me And My Girlfriend.mp3 | Tupac | 4,816KB | Audio |
| anonymous_user@KaZaA | Tupac - Hit'em Up.mp3 | 2Pac | 4,262KB | Audio |
| anonymous_user@KaZaA | Outcast - Fish_Grits.mp3 | Outkast | 3,601KB | Audio |
| anonymous_user@KaZaA | Se Activaron.mp3 | Daddy Yankee; Divino | 3,024KB | Audio |
| anonymous_user@KaZaA | gata gangster.mp3 | daddy yankee y don Omar | 3,458KB | Audio |
| anonymous_user@KaZaA | Tupac-Fuck Doggy-Dog.mp3 | 2Pac | 2,936KB | Audio |
| anonymous_user@KaZaA | 2pac - Soon As I Get Home.mp3 | Tupac(Makaveli) | 3,446KB | Audio |
| anonymous_user@KaZaA | 2pac d1-10.mp3 | Makaveli | 3,393KB | Audio |
| anonymous_user@KaZaA | Rap-Tupac - Biggie at War Remix.mp3 | Live Concert: | 2,000KB | Audio |
| anonymous_user@KaZaA | 2pac ft.mp3 | Tú-Pac, Snoop Doggy Dog. | 3,979KB | Audio |
| anonymous_user@KaZaA | kieth sweat - Twisted (Hellizaor's R. Kelly_Remix).mp3 | Keith Sweat | 4,344KB | Audio |
| anonymous_user@KaZaA | 13-GUIXAÑDO DADDY YANKEE PEGG,OFTON Recnaa 19Gk | None; Tego; Nina Sky; G... | 4,220KB | Audio |
| anonymous_user@KaZaA | | Daddy Yankee | 3,542KB | Audio |

Found 2509 files

2,209,936 users online  sharing 475,979,374 files [29..]  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | 19-nore_tego_nina_sky_gemstar_and_mixtape_oye_mi_canto... | Nore, Tego, Nina Sky, G... | 4,230KB | Audio |
| anonymous_user@KaZaA | 13 GUAYANDO DADDY YANKEE REGGAETON Reggae 192k... | Daddy Yankee | 3,542KB | Audio |
| anonymous_user@KaZaA | Fat Joe Feat.wma | daddy yankee | 1,426KB | Audio |
| anonymous_user@KaZaA | regge Seguroski.mp3 | daddy yankee y nicky jam | 3,067KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - La Gata.mp3 | Ivy Queen | 2,557KB | Audio |
| anonymous_user@KaZaA | reggaeton - Muevete y perrea.mp3 | Daddy Yankee | 2,577KB | Audio |
| anonymous_user@KaZaA | Ivy_Queen_-_Real_-_07_-_Dile_.wma | Ivy Queen | 461KB | Audio |
| anonymous_user@KaZaA | 06-Track06.mp3 | Ivy Queen | 2,012KB | Audio |
| anonymous_user@KaZaA | regeton- Yo Quiero Bailar(ivy).wma | REGUETON Ivy Queen | 1,444KB | Audio |
| anonymous_user@KaZaA | Ivy Queen y don omar - quiero saber.mp3 | REGGAETON | 4,171KB | Audio |
| anonymous_user@KaZaA | 6 - Ivy Queen-(Pegate Al Perreo).mp3 | Ivy Queen. | 2,713KB | Audio |
| 2 Users | Ivy queen _pa la cama voy.mp3 | Regeton | 2,887KB | Audio |
| anonymous_user@KaZaA | remix / reggaeton.MP3 | Ivy.queen | 2,895KB | Audio |
| anonymous_user@KaZaA | ivy.queen - Pon atencion.mp3 | Ivy Queen | 3,390KB | Audio |
| anonymous_user@KaZaA | Ivy.Queen - Dime.mp3 | Ivy.Queen | 2,576KB | Audio |
| anonymous_user@KaZaA | nicky Jam - la gata.mp3 | REGGAETON Ivy Queen | 3,394KB | Audio |
| anonymous_user@KaZaA | Pa la cama voy (1).mp3 | Don Omar | 2,204KB | Audio |
| anonymous_user@KaZaA | Artist - Track 12.mp3 | KLLATES 2 IVY QUEEN | 2,739KB | Audio |
| anonymous_user@KaZaA | Klates - Ivy Queen_Omar.mp3 | Don Omar | 2,012KB | Audio |
| 4 Users | 10 - Ivy Queen - Yo Quiero Bailar .wma | Ivy Queen | 1,442KB | Audio |

2,209,996 users online, sharing 475,979,374 files (29...)  Not sharing any files.

Found 2509 files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Download

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | Kilates - Ivy Queen  Omar.mp3 | Don Omar | 2,012kB | Audio |
| 4 Users | 10 - Ivy Queen - Yo Quiero Bailar .wma | Ivy Queen | 1,443kB | Audio |
| anonymous_user@KaZaA | regeton- 07589632.mp3 | Ivy Queen | 2,852kB | Audio |
| anonymous_user@KaZaA | Reggeaton - en la disco.mp3 | Ivy Queen | 2,684kB | Audio |
| anonymous_user@KaZaA | Ivy-Queen - Amor No Te Vayas.mp3 | Ivy Queen | 2,010kB | Audio |
| anonymous_user@KaZaA | Reggea - Ivy Queen , Bebe_Falo - la nena del reggae.mp3 | Ivy Queen , Bebe y Falo | 3,426kB | Audio |
| anonymous_user@KaZaA | El Rey y La Queena.mp3 | Ivy Queen feat Don Chez... | 2,323kB | Audio |
| 2 Users | El bambino.tito y hector.wma | Reggaeton | 747kB | Audio |
| anonymous_user@KaZaA | Tito y Hector - Baila Morena.wma | Regeton | 2,030kB | Audio |
| 2 Users | amor de colegio regeton.wma | Hector y Tito | 1,494kB | Audio |
| anonymous_user@KaZaA | Reggaeton - papi chulo (1).mp3 | Ivy.Queen | 1,729kB | Audio |
| anonymous_user@KaZaA | Remix - Sean Paul  Ivy Queen.mp3 | 3 | 5,357kB | Audio |
| anonymous_user@KaZaA | Tupac - Anotha Back (Unreleased).mp3 | 2Pac Feat. Biggie | 3,445kB | Audio |
| anonymous_user@KaZaA | 2pac - Thugz Mansion (Real) (1).mp3 | 2 Pac | 3,751kB | Audio |
| anonymous_user@KaZaA | Reggaeton - Baila Morena.mp3 | Hector y Tito Feat Don O.... | 1,122kB | Audio |
| anonymous_user@KaZaA | hector y tito - amor prohibido.wma | Reggaeton | 2,862kB | Audio |
| anonymous_user@KaZaA | Ya Me Canse.mp3 | Hector Y Tito | 2,438kB | Audio |
| anonymous_user@KaZaA | Te Voy A DaR Mas CaNdELA.mp3 | HECTOR Y TITO | 3,119kB | Audio |
| anonymous_user@KaZaA | hector tito quiero hacerte mia.mp3 | Reggaeton | 2,057kB | Audio |
| anonymous_user@KaZaA | hector y tito .mp3 | Don Omar | 2,565kB | Audio |

Found 2509 files



## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| anonymous_user@KaZaA | hector tito quiero hacerte mia .mp3 | Reggaeton | 2,057KB | Audio |
| anonymous_user@KaZaA | hector y tito.mp3 | Don Omar | 2,565KB | Audio |
| anonymous_user@KaZaA | reggaeton - Boricua .mp3 | HECTOR Y TITO | 1,919KB | Audio |
| anonymous_user@KaZaA | Hector y Tito - Don Omar.mp3 | Hector y Tito | 2,144KB | Audio |
| anonymous_user@KaZaA | HECTOR Y TITO-CANDELA.wma | Reggaeton | 1,579KB | Audio |
| anonymous_user@KaZaA | Hecto y Tito, Daddy Yankee.mp3 | tito y hector | 2,204KB | Audio |
| anonymous_user@KaZaA | Reggeton - Baila Morena (2).wma | Reggeton | 2,271KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Seguirosqui.mp3 | daddy yankee DJ Jam | 3,066KB | Audio |
| anonymous_user@KaZaA | Don Omar, Hector y tito - Loba.mp3 | DON OMAR FEAT. HECT... | 1,408KB | Audio |
| anonymous_user@KaZaA | Reggaeton - No Me Provoques.mp3 | Hector y tito | 1,386KB | Audio |
| anonymous_user@KaZaA | Hector Y Tito-Ay Amor(Remix).mp3 | Hector y Tito | 3,792KB | Audio |
| anonymous_user@KaZaA | hector y tito. Entregate.mp3 | Hector Y Tito | 2,856KB | Audio |
| anonymous_user@KaZaA | Slow Jams Jodice-Feenin.mp3 | Slow Jams Jodice | 3,641KB | Audio |
| anonymous_user@KaZaA | Don B.- Angel.mp3 | mp3 | 4,299KB | Audio |
| anonymous_user@KaZaA | 16 - God Knows.mp3 | 112 | 4,811KB | Audio |
| anonymous_user@KaZaA | Jodakiss -mase - FREESTYLES.mp3 | Mase | 1,257KB | Audio |
| anonymous_user@KaZaA | 112- It's Over Now.mp3 | 112 | 3,825KB | Audio |
| anonymous_user@KaZaA | Jodice - Forever My Lady.mp3 | Jodici | 4,985KB | Audio |
| anonymous_user@KaZaA | Pleasure-Pain - 10 - 112 - If I Hit.mp3 | 112 | 5,280KB | Audio |
| anonymous_user@KaZaA | .wma3 | hector y tito | 2,809KB | Audio |

2,209,935 users online, sharing 475,979,374 files (295...) Not sharing any files

Found 2509 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | | | | | Tell A Friend

New Search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Pleasure_Pain - 10 - 112 - If I Hit.mp3 | 112 | 5,280KB | Audio |
| anonymous_user@KaZaA | y.mp3 | héctor y tito | 2,809KB | Audio |
| anonymous_user@KaZaA | Ivy queen - Playero.mp3 | Playero | 1,838KB | Audio |
| anonymous_user@KaZaA | Pleasure-Pain Intro.mp3 | 112 | 1,446KB | Audio |
| anonymous_user@KaZaA | 112 - Crazy Over You.mp3 | 112 | 5,007KB | Audio |
| anonymous_user@KaZaA | 112 My Mistakes Pleasure_Pain 9.mp3 | 112 | 6,425KB | Audio |
| anonymous_user@KaZaA | Jadakiss Ain It Out Unknown Album (6_18_2004 10.01.40.A... | Jadakiss | 2,881KB | Audio |
| anonymous_user@KaZaA | reggeton - tremendo culo.mp3 | Reggaeton: | 2,745KB | Audio |
| anonymous_user@KaZaA | 07-jadakiss_feat_sheek-ha-d-a-whoa.mp3 | Jadakiss Feat. Sheek | 5,173KB | Audio |
| 3 Users | 01 01 Track 1.wma | Nina Sky ft Tego Calderon | 3,726KB | Audio |
| anonymous_user@KaZaA | Jodice - Freak me baby.mp3 | Silk | 4,302KB | Audio |
| anonymous_user@KaZaA | Remix-Naggin.mp3 | Ying Yang Twinz | 6,213KB | Audio |
| anonymous_user@KaZaA | Reggeton - Gotosa.mp3 | Reggeton | 3,138KB | Audio |
| anonymous_user@KaZaA | Reggeton 1 - A mover el Culo.mp3 | Reggae | 2,004KB | Audio |
| anonymous_user@KaZaA | Reggeton - Looney Tunes - Tu Anda Sola.mp3 | Luny Tunes_Noriega | 2,205KB | Audio |
| anonymous_user@KaZaA | 15 - HASTA CUANDO.mp3 | REGGETON | 1,914KB | Audio |
| anonymous_user@KaZaA | Reggeton Dile.wma | Don Omar | 3,230KB | Audio |
| anonymous_user@KaZaA | Reggeton - Don Omar - Luna-19.wma | Don Omar | 1,751KB | Audio |
| anonymous_user@KaZaA | 06-dru_hill-on_me_ft_nore-rns.mp3 | Dru Hill | 4,905KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | 06-dru_hill-on_me_ft_nore-rns.mp3 | Dru Hill | 4,905KB | Audio |
| anonymous_user@KaZaA | regge.- te gusta.mp3 | Reggeton Perreo | 1,456KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Wisper in your ear.mp3 | Ying Yang Twins | 2,560KB | Audio |
| anonymous_user@KaZaA | Reggeton-Perreo mix.mp3 | Team Mekano | 6,362KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Naggin.mp3 | Ying Yang Twins | 4,142KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Wait.mp3 | Ying Yang Twins | 7,245KB | Audio |
| anonymous_user@KaZaA | Beyonce.mp3 | Beyonce | 3,588KB | Audio |
| anonymous_user@KaZaA | Reggeton-denbou.wma | reggaeton new | 1,433KB | Audio |
| anonymous_user@KaZaA | Mix ragga dj coby.mp3 | Reggeton | 8,675KB | Audio |
| anonymous_user@KaZaA | Kulki taka - reggeton.mp3 | reggaeton | 3,753KB | Audio |
| anonymous_user@KaZaA | Regeton-Daddy Yankee - Aguanta.mp3 | Reggeton | 2,680KB | Audio |
| anonymous_user@KaZaA | ando-buscando--reegueton.wma | Reggeton Perreo | 3,711KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Naggin' Part II.mp3 | Ying Yang Twins | 4,144KB | Audio |
| anonymous_user@KaZaA | Lil Jon -The Eastside Boyz-Get Low (remix).wma | Ying Yang Twins | 1,832KB | Audio |
| anonymous_user@KaZaA | Ying Yang Twins - Naggin.wma | Ying Yang Twins | 1,056KB | Audio |
| anonymous_user@KaZaA | 07-ying_yang_twins-naggin.mp3 | ying_yang_twins | 2,079KB | Audio |
| anonymous_user@KaZaA | breathe.mp3 | Sean Paul ft Blue Cantrell | 4,518KB | Audio |
| anonymous_user@KaZaA | Sean Paul -Ever Blazing 7.mp3 | new music | 3,111KB | Audio |
| anonymous_user@KaZaA | Ashanti-3 Baby Ashanti.mp3 | Ashanti | 9,473KB | Audio |
| anonymous_user@KaZaA | ashanti - Unfoolish .mp3 | Ashanti | 7,668KB | audio |

Found 2509 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Ashanti 3 Baby Ashanti.mp3 | Ashanti | 9,473KB | Audio |
| anonymous_user@KaZaA | Ashanti - Unfoolish.mp3 | Ashanti | 7,658KB | Audio |
| anonymous_user@KaZaA | Reggaeton (1).mp3 | Regeton | 3,315KB | Audio |
| anonymous_user@KaZaA | Everybody In da Club (1).mp3 | Ying Yang Twins | 3,188KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Like Glue 6.MP3 | Sean Paul | 1,606KB | Audio |
| anonymous_user@KaZaA | outkast - i like the way you move.wma | Outkast | 2,737KB | Audio |
| anonymous_user@KaZaA | I'm Still In Love (1).mp3 | Sean Paul | 4,020KB | Audio |
| anonymous_user@KaZaA | Audio - Public Enemy Revolrvlution Album.kpl | Public Enemy | 3KB | |
| anonymous_user@KaZaA | Audio - The Honey Palace Album.kpl | The Honey Palace | 1KB | |
| anonymous_user@KaZaA | - Eminem - Without Me.mp3 | Eminem | 6,066KB | Audio |
| anonymous_user@KaZaA | - The Real Slim Shady-Eminem..mp3 | Eminem | 6,725KB | Audio |
| 3 Users | 04 - The Game - Hate It Or Love It (Feat 50 Cent).mp3 | The Game | 4,984KB | Audio |
| anonymous_user@KaZaA | 08 Church For Thugs (Produced By Just Blaze).mp3 | The Game | 5,744KB | Audio |
| anonymous_user@KaZaA | Big Boy, Angel Lopez - Dónde Está El Amor.mp3 | Big Boy Feat. Angel Lopez | 5,138KB | Audio |
| anonymous_user@KaZaA | Daddy Yakee - lo que paso paso (Bachata).mp3 | Daddy Yankee | 4,454KB | Audio |
| anonymous_user@KaZaA | Don chezina- Reggaeton vol II - 04 - PERREO, PERREO.m... | Reggaeton | 1,320KB | Audio |
| anonymous_user@KaZaA | Gwen Stefani-Holla Back Girl.mp3 | 3 | 4,690KB | Audio |
| anonymous_user@KaZaA | Mix reggaton - Don_Omar_Tempo, Tego_Calderon, Wisin_... | Desafio | 4,618KB | Audio |
| anonymous_user@KaZaA | Reggaeton - Reggaeton Sex 2 (Xtassy Reggae II) - El Amor... | Xtassy Reggaeton Sex Vol... | 1,936KB | Audio |
| anonymous_user@KaZaA | Reggaeton Fat Joe Ft Daddy Yankee, Poliero Tepo Calderon | 8 | 6,0931KB | Audio |

Found 2509 files

12,209,936 users online, sharing 4,5,979,374 files (29,1) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Reggeton - Reggaeton Sex 2 - (Xtassy Reggae II) - El Amor... | Xtassy Reggaeton Sex Vol... | 1,996KB | Audio |
| anonymous_user@KaZaA | reggetón Fat Joe Ft. Daddy Yankee, Polaco, Tego Caldero.. | 3 | 6,002KB | Audio |
| anonymous_user@KaZaA | reggeton-Daddy Yankee Ft. Lil' John, Pitbull Nore - La Ga... | | 1,137KB | Audio |
| anonymous_user@KaZaA | REGGETON-Don Omar, Tempo, Tego Calderon, Wisin Yand... | DESAFIO | 5,544KB | Audio |
| 2 Users | spanish reggae -"reggaeton-Ivy Queen - Yo Quiero Bailar(1)... | The Majestic (Playero) | 2,872KB | Audio |
| anonymous_user@KaZaA | Spanish Reggae-Reggaetón - Tra, Tra Tra.mp3 | Don Chezina | 2,436KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary - 03 - Dreams.mp3 | The Game | 7,009KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary - 11 - The Documentary.mp3 | The Game | 5,892KB | Audio |
| anonymous_user@KaZaA | (11) Missy Elliott - Pump It Up ft. Nelly.wma | Missy Elliott | 1,834KB | Audio |
| anonymous_user@KaZaA | 01-pitbull-305 anthem_(feat._lil_jon).wma | Pitbull | 2,503KB | Audio |
| anonymous_user@KaZaA | 02-alicia_keys_ft_big_pun-karma_(remix)-mad(RealestNig... | alicia keys ft big pun | 6,206KB | Audio |
| anonymous_user@KaZaA | 02-jadakiss-buck_50_round_2_(dissin_50_again)-c4.mp3 | Jadakiss | 1,503KB | Audio |
| anonymous_user@KaZaA | 02-jadakiss-common_styles_p_and_nas-why_remix_(dir... | Jadakiss Ft Common Style | 6,956KB | Audio |
| anonymous_user@KaZaA | 03 - Eminem - Encore - Never Enough (Feat 50 Cent And N... | Eminem | 3,354KB | Audio |
| anonymous_user@KaZaA | 03 Gossip Folks - Ludacris Missy Elliott (1).wma | Missy Elliott | 3,701KB | Audio |
| anonymous_user@KaZaA | 03-keysha_cole_ft_shyne-i_changed_my_mind (1).wma | Keysha Cole Ft Shyne | 2,375KB | Audio |
| anonymous_user@KaZaA | 07-mariah_carey-get_your_number_(feat_jermaine_dupri)... | Mariah Carey | 4,694KB | Audio |
| anonymous_user@KaZaA | 08 Pitbull_lil_jon - We Dont Care.wma | E.M.S. | 2,652KB | Audio |
| anonymous_user@KaZaA | 08-tony_yayo_and_50_cent-pimpin_all_over_the_world-d... | Tony Yayo_50 Cent | 2,751KB | Audio |
| anonymous user@KaZaA | 12-usher and friends.wma | East Side Boyz | 8,162KB | Audio |

Found 2509 files

2,209,936 users online, sharing 4/5,979,374 files (29...) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell a Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | MediaType |
|------|----------|--------|------|-----------|
| anonymous_user@KaZaA | 08-tony_yayo_and_50_cent-pimpin_all_over_the_world-d... | Tony Yayo, 50 Cent | 2,754KB | Audio |
| anonymous_user@KaZaA | 12 Lovers and Friends.wma | East Side Boyz | 6,163KB | Audio |
| anonymous_user@KaZaA | 15-eminem-spend_some_time_(feat_obie_trice-stat_quo-... | | 6,373KB | Audio |
| anonymous_user@KaZaA | 15-monica_feat_missy_elliot-knock_knock-Omni.mp3 | Monica Feat. Missy Elliot | 4,825KB | Audio |
| anonymous_user@KaZaA | 16-jadakiss and eminem-welcome_to_d-Block_(feat_sheek... | Jadakiss | 6,610KB | Audio |
| anonymous_user@KaZaA | 2 Pac - Eminem - Shyne - Camron - Aaliyah- Timbaland - Big... | 1 | 3,916KB | Audio |
| anonymous_user@KaZaA | 22-50 Cent - The Massacre - 20 - Hate It or Love It (Feat. ... | 50 Cent | 4,126KB | Audio |
| 2 Users | 2Pac, Juvie, Biggie, DMX, JayZ, Method Man, Redman, Ho... | #2 | 2,827KB | Audio |
| anonymous_user@KaZaA | 2pac -Juvenile, Biggie, DMX, Jay Z , Method Man, Redman ... | #2 | 3,138KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Get Rich Or Die Trying - 03 - Patiently Waiting fe... | 50 Cent | 6,772KB | Audio |
| anonymous_user@KaZaA | 50 Cent - Tipsy (G-Unit Remix).wma | 50 Cent feat. Young Buck | 1,245KB | Audio |
| anonymous_user@KaZaA | 50 Cent and Lloyd Banks - 8 Mile Road (G-Unit Remix)_To... | 50 Cent | 5,290KB | Audio |
| anonymous_user@KaZaA | 50_Cent_And_Tony_Yayo-I_Run_New_York_(Dissin_D-Blo... | 50 Cent ft Tony Yayo | 6,534KB | Audio |
| anonymous_user@KaZaA | Arsonist, Razah, Elephant Man, Rally Bob, Kiprich, Red Rat... | 3 | 4,252KB | Audio |
| anonymous_user@KaZaA | Bam Bam Riddim mix- Beenie Man, Bounty, Spragga_Faith... | 1 | 19,042KB | Audio |
| anonymous_user@KaZaA | Beenie Man f. Janet Jackson - Feel It Boy.MP3 | Beenie Man feat. Janet J... | 3,196KB | Audio |
| anonymous_user@KaZaA | Beenie Sigel ft. Joe Budden's Jim Jones - Where I'm From... | Beanie Sigel, Joe Budden... | 6,976KB | Audio |
| anonymous_user@KaZaA | Beyonce feat. Sean Paul - Baby Boy.mp3 | Beyonce Feat. Sean Paul | 5,362KB | Audio |
| 2 Users | Big Pun and Donnell Jones- Its So Hard.mp3 | Big Punisher f - Donell Jo... | 4,850KB | Audio |
| anonymous_user@KaZaA | big pun feat tego calderon tony sunshine - 1996- 2004(... | big pun feat tego calderon | 6,319KB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (2931 ... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  New Search  |  My Kazaa  |  Theater  |  Download

New Search  |  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| 2 Users | | | | |
| anonymous_user@KaZaA | Big Pun and Donnell Jones - Its So Hard.mp3 | Big Punisher f. Donell Jo... | 4,850KB | Audio |
| anonymous_user@KaZaA | big pun feat. tego calderon tony sunshine - 100% 2004(... | big pun feat tego calder0... | 6,719KB | Audio |
| anonymous_user@KaZaA | Big Punisher; DMX, Cash Money, Notorious B.I.G., Jay-Z-... | Big Pun, Dmx, Cash Mone... | 2,972KB | Audio |
| anonymous_user@KaZaA | Black Widow Riddim - Red Rat_Goofy -- Bad Man Crew.mi... | Red Rat_Goofy | 3,537KB | Audio |
| anonymous_user@KaZaA | Boyz II Men - New Edition - Lost in love, The best of Slow J... | New Edition | 5,857KB | Audio |
| anonymous_user@KaZaA | Cabin Stabbin.mp3 | Super Cat, Nicodemus ... | 4,992KB | Audio |
| 2 Users | Cam'ron ft. Jim Jones_Game - Certified Gangstas.mp3 | Jim Jones Featuring Cam... | 4,026KB | Audio |
| anonymous_user@KaZaA | Camron - Purple Haze - 07 - Down And Out featuring Kan'y... | Kanye West | 6,508KB | Audio |
| anonymous_user@KaZaA | Chingy feat. Ludacris, Snoop Dogg - Holiday Inn.wma | Chingy | 2,503KB | Audio |
| anonymous_user@KaZaA | crunk_and_disorderly-2003-07 - pitbull ft lil jon scrappy -t... | Pitbull Feat. Lil Jon_Scra... | 6,531KB | Audio |
| anonymous_user@KaZaA | D12 feat eminem - purple pills (full dirty version).mp3 | D12 | 7,121KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee (Barrio Fino) - Dale Caliente.mp3 | Daddy Yankee | 3,064KB | Audio |
| anonymous_user@KaZaA | daddy yankee - 2004 ano de exitos-reggaeton - brugal (Ri... | daddy yankee | 4,932KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee- Barrio Fino - Lo Que Paso Paso.mp3 | Daddy Yankee | 3,300KB | Audio |
| anonymous_user@KaZaA | Diplomats - Juelz Santana - Back Like_Cooked Crack Vol. 1 ... | Juelz Santana | 4,709KB | Audio |
| anonymous_user@KaZaA | DJ Bling-2004 The Ultimate Rap and Hip Hop Remix of All ... | DJ Bling | 10,109KB | Audio |
| anonymous_user@KaZaA | DJ Green Lantern - The Best Of In The Lab Vol.1 - 06 - Llo... | Lloyd Banks | 5,358KB | Audio |
| anonymous_user@KaZaA | DJ Ice - Bling Bling [Floss With Us Ice-Remix with Jay-Z]_Je... | 1 | 3,804KB | Audio |
| anonymous_user@KaZaA | Drag On ft. Jadakiss - Opposite Of H2o Feat Jadakiss From ... | #2 | 3,446KB | Audio |
| anonymous user@KaZaA | Dragons ft. Swiss Beatz-Snit-There Boys.mp3 | Drag On | 2,635KB | Audio |

2,209,936 users online, sharing 475,979,374 files (2,9... 1  Not sharing any files

Found 2509 files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Shop  Traffic

New search  Download  Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Drag On ft Jadakiss - Opposite Of H2O feat Jadakiss from ... | #2 | 3,446KB | Audio |
| anonymous_user@KaZaA | Drag-on ft Swiss Beats Spit These Bars.mp3 | Drag-On | 2,635KB | Audio |
| anonymous_user@KaZaA | elephant man- fowl fight riddim-promo cd - hot sex.mp3 | elephant man | 5,771KB | Audio |
| anonymous_user@KaZaA | Elephant Man - Pon De River.mp3 | Elephant Man | 5,627KB | Audio |
| 2 Users | Elephant Man Feat. Young Bloodz_Twista - Jook Gal (Rem... | Elephant Man Ft Young Bl... | 6,142KB | Audio |
| anonymous_user@KaZaA | Eminem - Encore - 18 - One Last Time (feat. Dr. Dre, 50 ... | 1 | 6,065KB | Audio |
| anonymous_user@KaZaA | Eminem - Smoke Weed [f Dr. Dre, Tupac, Jay Z, Puff Dadd... | A | 3,114KB | Audio |
| anonymous_user@KaZaA | Eminem_Redman Snoop Dogg Pharoahe Monch Krayzie Bom... | 1 | 15,284KB | Audio |
| anonymous_user@KaZaA | Eminem, Redman, Snoop Dogg, Pharoahe Monch, Krayzie ... | 3 | 4,262KB | Audio |
| anonymous_user@KaZaA | Exit Wounds - Soundtrack - 10 - The Lox's Styles_Sheek -... | The Lox Ft. Styles_Sheek | 5,814KB | Audio |
| anonymous_user@KaZaA | Exscape - Run To the Arms of the Ones Who Loves You.m... | Xscape. | 4,068KB | Audio |
| anonymous_user@KaZaA | Fat Joe, Nas, Lox, Method Man_Big Pun - Johnny Blaze... | Meth, Nas, Fat Joe, Lox | 4,554KB | Audio |
| anonymous_user@KaZaA | Frankie Paul, Beenie Man_Sanchez - Missing You (Remix)... | Sanchez Beenieman Frank | 10,035KB | Audio |
| anonymous_user@KaZaA | g-unit- g-unit freestyles-love u betta (after my cheddar) fr... | 50 Cent | 133KB | Audio |
| anonymous_user@KaZaA | Gangsta Remix - Feat Jay Z, Drag-On, Nelly, Busta Ryhme... | 3 | 4,066KB | Audio |
| 2 Users | Girls Dem Sugar - Beenie Man Ft. Mya.mp3 | Beenie Man | 6,040KB | Audio |
| anonymous_user@KaZaA | HIP HOP RAGGA--Beenie Man Sean Paul Buju Banton De... | 3 | 13,210KB | Audio |
| anonymous_user@KaZaA | HipHop Mix - Shyne, Cam'Ron, Eminem, Aaliyah, Timbalan... | 1 | 7,355KB | Audio |
| anonymous_user@KaZaA | Instrumentals - Jim Jones, Game, Cam'ron - Certified Gangs... | VA | 2,640KB | Audio |
| anonymous_user@KaZaA | Instrumentals- Doctor Jones- the chr(1) uma | Instrumentals | 3,654KB | Audio |

2,209,936 users online, sharing 4,839,973 files (29.1 Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Instrumentals - Jim Jones, Game, Cam'ron - Certified Gangs... | VA | 2,640KB | Audio |
| anonymous_user@KaZaA | Instrumentals Pastor Troy - tha city (1).wma | Instrumentals | 3,656KB | Audio |
| anonymous_user@KaZaA | Intrumentals - Lil Scrappy - No Problems (instrumental).mp3 | Lil Scrappy | 5,661KB | Audio |
| anonymous_user@KaZaA | Jadakiss - I'm An Animal Freestyle(50cent Diss) 2005.SOU... | #2. | 3,615KB | Audio |
| anonymous_user@KaZaA | Jadakiss Feat. Cassidy. Styles P - Kiss of Death (Neptunes... | Jadakiss feat cassidy and ... | 4,268KB | Audio |
| anonymous_user@KaZaA | Jadakiss, Mariah Carey - Kiss of Death - You Make Me Wan... | Jadakiss | 4,592KB | Audio |
| anonymous_user@KaZaA | Jagged Edge - Where's The Party At (Remix) - (featuring Ji... | Jagged edge. | 6,880KB | Audio |
| anonymous_user@KaZaA | Janet Jackson - Damita Jo - All Night (Dont Stop) feat Elep... | 3 | 7,334KB | Audio |
| anonymous_user@KaZaA | Jay-z - We are the Champions Ft. Kanye West, Beanie Sige... | Beanie Sigel | 8,303KB | Audio |
| anonymous_user@KaZaA | Jay-Z, Dr. Dre, Snoop Dog, Ja Rule, Nate Dogg, Jennifer L... | 2pac | 6,844KB | Audio |
| anonymous_user@KaZaA | Jim Jones - Only One Way.Up featuring Cam Ron Jeulz S... | Jim Jones | 6,988KB | Audio |
| anonymous_user@KaZaA | Jim Jones Feat Game, Lil' Flip - Cam'ron The Diplomats Pre... | Jim Jones Feat. Game, Lil'... | 5,430KB | Audio |
| anonymous_user@KaZaA | JLO All I have.wma | Jennifer Lopez | 2,514KB | Audio |
| anonymous_user@KaZaA | Kanye West - Through The Wire.wma | Rocafella Presents Kanye... | 3,076KB | Audio |
| anonymous_user@KaZaA | Kiss Tha Game Goodbye - Jadakiss - None Of Y'all Betta fea... | 3 | 2,544KB | Audio |
| anonymous_user@KaZaA | Kriss Kross (Super Cat) - Alright.mp3 | Kris Kross f. SuperCat | 3,884KB | Audio |
| anonymous_user@KaZaA | lady saw feat.remy martin - i've got your man(remix).mp3 | lady saw feat.remy martin | 3,028KB | Audio |
| anonymous_user@KaZaA | Lil John ft. Bun B,.T.I., Nas, Ice Cube, and Jadakiss - Grand... | Lil Jon the Eastside... | 7,713KB | Audio |
| anonymous_user@KaZaA | Lil'Jon The Eastside Boyz ft R Kelly, Ludacris - Crunk Jui... | Lil Jon the Eastside Boyz | 5,836KB | Audio |
| anonymous_user@KaZaA | Lil Jon and the East Side Boyz feat. Mystikal and Bone Thu... | Lil Jon ft. Mystikal Krayzie B... | 6,303KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (291... | Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Lil Jon The Eastside Boyz ft R Kelly, Ludacris - Crunk Jui... | Lil Jon, the Eastside Boyz | 5,836KB | Audio |
| anonymous_user@KaZaA | Lil Jon and the East Side Boys Feat. Mystikal and Bone Thu... | Lil Jon ft Mystikal Krazie B... | 6,303KB | Audio |
| anonymous_user@KaZaA | lil jon, elephant man, lady saw - crunk juice - what you gon... | lil jon, elephant man, lady... | 9,002KB | Audio |
| anonymous_user@KaZaA | Lil' Jon - Get Low Remix feat. Busta Rhymes_Elephant Ma... | Lil' Jon Feat. Busta Rhym... | 5,719KB | Audio |
| anonymous_user@KaZaA | Lil' Mo f (1).mp3.wma | www.lilkimzone.com | 1,065KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Big Mike Presents-The Free Age - Lloyd Banks.. | Lloyd Banks | 2,492KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - diss to ja rule and black child.mp3 | Lloyd Banks | 4,551KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks Feat. 50 Cent - Y'all Niggaz Starvin' (Dissin' Nas.. | Lloyd Banks Feat. 50 Cent | 2,658KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks-Hood Hop (Remix).mp3 | Tony Yayo, Lloyd Banks | 4,038KB | Audio |
| anonymous_user@KaZaA | Llyod Banks Ft. Game - When the Chips Are Down.mp3 | Lloyd Banks | 5,252KB | Audio |
| anonymous_user@KaZaA | Lost Boyz,Canibus, Dogg Pound - Canibus, Lost Boys D... | Lloyd Banks | 4,856KB | Audio |
| anonymous_user@KaZaA | Lost Boyz-03 -We Got That Hot Shit.mp3 | Lost Boyz | 5,469KB | Audio |
| anonymous_user@KaZaA | Lox - Money, Power, Respect.mp3 | LOX | 5,286KB | Audio |
| anonymous_user@KaZaA | Ludacris - Red Light District - 16 - Virgo ft. Nas, Doug E.Fr... | Ludacris | 4,578KB | Audio |
| anonymous_user@KaZaA | Lumidee - SeanPaul - Get Busy (REMIX).mp3 | Sean Paul Lumidee | 4,240KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - Thank God I Found You.mp3 | Mariah Ft. Joe_98.degr... | 4,027KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 04 - Mariah_Ca... | Mariah Carey | 5,725KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 06 - Stay The N... | Mariah Carey feat. Kanye... | 5,903KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - 07 - Get Your N... | Mariah Carey | 4,594KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 08 - One And O... | | | |

Found 2509 files | 2,209,936 users online | Sharing 475,979,374 files (29.1 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 07 - "Get Your N... | Mariah Carey | 4,694KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 08 - One And O... | 3 | 4,833KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation Of Mimi - 16 - "Secret Love... | 1 | 4,441KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation of Mimi - Get Your Numbe... | 3 | 4,517KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - We Belong Together.mp3 | Mariah Carey | 4,585KB | Audio |
| anonymous_user@KaZaA | Mariah Carey ft Joe - Nas - Thank God I Found You (Remix... | Mariah Carey feat Joe ... | 4,806KB | Audio |
| anonymous_user@KaZaA | Mario Winans feat. Mase, Allure - Don't Know (Remix).mp3 | mario winans | 3,470KB | Audio |
| anonymous_user@KaZaA | Master P, Kurupt, Bone Thugs-N-Harmony, 2pac, Snoop D... | [Naughty By Nature] | 6,592KB | Audio |
| anonymous_user@KaZaA | Mega mix - Alley Cat, Capleton, Hawkeye, Madd Anju, Madi... | Various Artists | 11,052KB | Audio |
| anonymous_user@KaZaA | Memphis Bleek-Yes Ft Jay Z.wma | Memphis Bleek | 2,699KB | Audio |
| anonymous_user@KaZaA | Missy Elliot ft 50 Cents_Work It-RMX.wma | Missy Elliot ft..50 Cents | 4,683KB | Audio |
| anonymous_user@KaZaA | Mobb Deep - Real Gangstas.wma | Mobb Deep | 2,452KB | Audio |
| anonymous_user@KaZaA | Nas - Bridging The Gap (LP Version).mp3 | Nas. | 4,750KB | Audio |
| anonymous_user@KaZaA | Nas - Streets Disciple - Disc 1 - 02 - A Message To The Fed... | Nas. | 3,337KB | Audio |
| anonymous_user@KaZaA | Nelly Feat. Snoop Dogg, Dr. Dre, DMX, 2Pac, Common, Emi... | Nelly | 6,756KB | Audio |
| anonymous_user@KaZaA | Peedie Crack - Freestyle ft: Jim Jones.mp3 | Peedi Crakk | 5,746KB | Audio |
| anonymous_user@KaZaA | Pretty Ricky - Grind With Me (Dirty).mp3 | Pretty Ricky | 1,655KB | Audio |
| anonymous_user@KaZaA | Puff Daddy - It's all About the Benjamins (Remix) (featuring... | 3 | 4,332KB | Audio |
| anonymous_user@KaZaA | Puff Daddy ft. Biggie, 50 cent, Lloyd Banks - Victory 2004... | Puff Daddy Feat. 50 Cent... | 9,242KB | Audio |
| anonymous_user@KaZaA | Queen-Greatest Hits-Hollywood Rollei the Game.wma.mp3 | Queen | | Audio |

Found 2509 files | 2,209,936 users online, sharing 4,759,979,374 files [29,1 | Not sharing any files]

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Download  |  Search

New Search  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Puff Daddy ft. Biggie, 50 cent, Lloyd Banks - Victory 2004.... | Puff Daddy Feat. 50 Cent... | 9,242kB | Audio |
| anonymous_user@KaZaA | Queen-Greatest Hits [Hollywood]-Play the Game.wma | Queen | 3,332kB | Audio |
| anonymous_user@KaZaA | R. Kelly and Jay-Z - Take You Home With Me.mp3 | R. Kelly And Jay-Z | 4,225kB | Audio |
| anonymous_user@KaZaA | Ragga 1 - Spragga Benz - Shabba Ranks - Daddy Woody - ... | 1 | 3,418kB | Audio |
| anonymous_user@KaZaA | rap - 50cent - candyshop (reggaeton remix).wma | | 847kB | Audio |
| anonymous_user@KaZaA | Rap Freestyles - ODB, Eminem, DMX, Busta Rymes, Nas, G.... | 3 | 4,395kB | Audio |
| anonymous_user@KaZaA | Rap Remixes - Explosive Freestyle Mix-Old Dirty Bastard,Em... | Big Pun | 3,144kB | Audio |
| anonymous_user@KaZaA | Reggae Hits (Vol.1) - 04 - Red Rat-shelley-anne.mp3 | Red Rat | 2,604kB | Audio |
| anonymous_user@KaZaA | reggaetonunderground+agarrala.mp3 | | 4,109kB | Audio |
| anonymous_user@KaZaA | REGGAE_MIX_DJ Vlad - Dancehall Murda Mixtape 2 (f. Been... | 1 | 19,824kB | Audio |
| anonymous_user@KaZaA | REGGAE_MIX_DJ Vlad - Dancehall Murda Mixtape 2 (f. Been... | #2 | 19,820kB | Audio |
| anonymous_user@KaZaA | Remixes - ULTIMATE MIX-r'kelly,nas,puff daddy,eminem,t... | | 3,592kB | Audio |
| anonymous_user@KaZaA | Respect (Unreleased) ft snoop,ludacris,jayz,cassidy r kelly... | Rich Prez | 3,371kB | Audio |
| anonymous_user@KaZaA | Sean Paul and Sasha- Im Still In Love With You, Boy.mp3 | Sean Paul Ft Sasha | 5,166kB | Audio |
| anonymous_user@KaZaA | Sean Paul Feat Sasha - Im Still in Love With You.wma | Sean Paul | 2,693kB | Audio |
| anonymous_user@KaZaA | Sean Paul ft Nina Sky - Touch My Body -.mp3 | Sean Paul _Nina Sky | 2,810kB | Audio |
| anonymous_user@KaZaA | Shabba Ranks, Buju Banton, Sizzla, Sister Nancy, Capelton... | 1 | 7,480kB | Audio |
| anonymous_user@KaZaA | Shaggy_Sean Paul - Hey Sexy Lady (Just Blaze (remix)).m... | Shaggy Ft Sean Paul | 5,599kB | Audio |
| anonymous_user@KaZaA | Smoke Weed - (Jay-z) P.Diddy, TLC, DMX, Big Pun, Eminem).mp3 | REMIXES | 19,143kB | Audio |
| anonymous_user@KaZaA | Stephan Ft Star Academy-seelement upaveprthnetmp3 | Stephan | 2,649kB | Audio |

Found 2509 files

2,209,936 users online, sharing 475,979,374 files (29.1... | Not sharing any files