**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Smoke Weed - (Jay-z, P.Diddy, TLC, DMX, Big Pun, Eminem... | REMIXES | 19,148KB | Audio |
| anonymous_user@KaZaA | Stephan Et Star Academie -Seulement une aventure.mp3 | Stephan | 2,648KB | Audio |
| anonymous_user@KaZaA | SWV_Micheal Jackson - Human Nature (Remix).mp3 | SWV Feat. Michael Jackson | 4,649KB | Audio |
| anonymous_user@KaZaA | SWV - Can We Get Kinky Tonight -Remix (ft. Missy Elliot_... | Missy Elliot | 3,524KB | Audio |
| anonymous_user@KaZaA | The Game - 300 Bars (Full)(Dissin G. Unit, 50 Cent, Lloyd B... | The Game | 25,680KB | Audio |
| anonymous_user@KaZaA | the-game - nigga witta attitude - gun down (feat crooked i... | 3 | 4,730KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary - 02 - Westside Story (ft. 50... | The Game | 5,104KB | Audio |
| anonymous_user@KaZaA | The Game - The Documentary - 09 - Put You On The Game ... | The Game | 6,941KB | Audio |
| anonymous_user@KaZaA | the_diplomats-203-i_love_you_(feat_camron_and_juelz_s... | The Diplomats | 5,900KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - It's all about me (Dissin Game).mp3 | Tony Yayo | 637KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - Live By The Gun.mp3 | Tony Yayo | 4,104KB | Audio |
| anonymous_user@KaZaA | Tony Yayo - Thoughts Of A Predicate Felon - Drama Setter... | 3 | 2,956KB | Audio |
| anonymous_user@KaZaA | Tony Yayo feat Dr. Dre - Live By The Gun (New Shit 2005)... | Tony Yayo | 2,699KB | Audio |
| anonymous_user@KaZaA | Tony Yayo,Biggie - Respect.mp3 | Tony Yayo, Lloyd Banks... | 3,694KB | Audio |
| anonymous_user@KaZaA | Lil Jon feat Ludacris_Usher - Lovers And Friends.mp3 | Lil' Jon And The Eastside ... | 6,142KB | Audio |
| 2 Users | Ludacris_Sleepy Brown - Blueberry Yum Yum .mp3 | Ludacris | 5,758KB | Audio |
| anonymous_user@KaZaA | Ludacris Feat. Jagged Edge_Twista - Freaky Thangs.mp3 | Ludacris | 7,784KB | Audio |
| anonymous_user@KaZaA | Ludacris - Red Light District - 13 - Pimpin' All Over The Worl... | Ludacris | 8,530KB | Audio |
| anonymous_user@KaZaA | Outkast - Scooby Doo Soundtrack-'Land Of A Million Drums... | Outkast | 5,933KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Problems.mp3 | Lloyd Banks | 3,000KB | Audio |

Found 2509 files. | 2,209,936 users online, sharing 475,979,374 files (29,1... | Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Outkast-Scooby Doo Soundtrack-Land Of A Million Drums... | Outkast | 5,933KB | Audio |
| anonymous_user@KaZaA | Lloyd Banks - Problems.mp3 | Lloyd Banks | 3,090KB | Audio |
| anonymous_user@KaZaA | Wayne Wonder feat.mp3 | Wayne Wonder ft Sean P... | 2,310KB | Audio |
| anonymous_user@KaZaA | 50 Cent ft Shoot em up.mp3 | 50 Cent ft Sean Paul | 2,414KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Megamix (Hip Hop).mp3 | Sean Paul | 3,952KB | Audio |
| anonymous_user@KaZaA | Sean Paul-I`m still loving you.mp3 | Sean Paul | 4,269KB | Audio |
| anonymous_user@KaZaA | Shaggy - SexyLady.mp3 | shaggy | 3,552KB | Audio |
| anonymous_user@KaZaA | Luney Tunes  Baby Ranks Tony Tun-Tun Wisin Yande... | #2 | 3,850KB | Audio |
| anonymous_user@KaZaA | Ludacris - The Red Light District - 13 - Pimpin' All Over The... | 1. | 8,533KB | Audio |
| anonymous_user@KaZaA | Ruff Ryders - Ryde or Die Vol. 2 - 11 - Twisted Heat - Feat... | Twista and Drag-On | 3,076KB | Audio |
| anonymous_user@KaZaA | $HIP HOP MIX$ - Shyne,Camron,Eminem,Aaliyah,Timbalan... | 1. | 8,462KB | Audio |
| anonymous_user@KaZaA | 2 Many Stylz - Who Dem Boyz Be (Compilation) - Nelly - 50... | cityandpretty@yahoo.com | 4,043KB | Audio |
| anonymous_user@KaZaA | 50 Cent vs. Beyonce vs. Mary J. Blige - In Da Club (remix)... | 50 Cent vs. Beyonce vs. ... | 7,358KB | Audio |
| anonymous_user@KaZaA | Christina Aguilara, Lil' Kim, Mya_Pink - Lady Marmalade (... | 9. | 6,222KB | Audio |
| anonymous_user@KaZaA | Ciara - Oh ft Ludacris.wma | Ciara | 4,147KB | Audio |
| anonymous_user@KaZaA | Dmx - Grand Champ - 09 - Untouchables Ft. Sheek, Syleen... | 3 | 5,039KB | Audio |
| anonymous_user@KaZaA | DMX - Keep Your Shit The Hardest.mp3 | DMX | 4,511KB | Audio |
| anonymous_user@KaZaA | Eminem and Marylin Manson - The Way I Am (Danny Lohne... | 3 | 4,578KB | Audio |
| anonymous_user@KaZaA | Eminem feat. wu tang clan, nas, puff daddy, nelly, mase, ... | #2 | 13,762KB | Audio |
| anonymous_user@KaZaA | Instrumental - Jim Jones - Get Crunk Mizzik.mp3 | Y0 | 6,649KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1... | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | Eminem feat. wu tang clan, nas, puff daddy, nelly, mase, … | #2 | 13,762KB | Audio |
| anonymous_user@KaZaA | Instrumental - Jim Jones - Get Crunk Muzik.mp3 | VA | 4,649KB | Audio |
| anonymous_user@KaZaA | Ludacris - Area Codes (I Got Hoes) Featuring Nate Dogg -… | Ludacris F. Nate Dogg | 3,516KB | Audio |
| anonymous_user@KaZaA | Ludacris - Stand Up.wma | Ludacris | 3,206KB | Audio |
| anonymous_user@KaZaA | Mariah Carey - The Emancipation of Mimi - 12 To The Floor … | Mariah Carey Ft Nelly, P… | 4,886KB | Audio |
| anonymous_user@KaZaA | Mary J Blige - Family Affairs.mp3 | Mary J. Blige | 5,880KB | Audio |
| anonymous_user@KaZaA | Mary Mary - Shackles(praise you).mp3 | Mary Mary | 4,622KB | Audio |
| anonymous_user@KaZaA | Mya ft. Jay-Z - Best of Me (remix).mp3 | Mya F. Jay-Z | 5,497KB | Audio |
| anonymous_user@KaZaA | Remixes - ULTIMATE MIX r.kelly,nas,puff daddy,eminem,t… | 3 | 3,592KB | Audio |
| anonymous_user@KaZaA | Remixes - Ying Yang Twins Feat Outkast Ice Cube And DMX… | 3 | 4,529KB | Audio |
| anonymous_user@KaZaA | SHYNE;CAMRON,EMINEM,ALIYAH,TIMBALAND,BIG PUNT,… | 1 | 2,893KB | Audio |
| anonymous_user@KaZaA | Young Bloodz - Damn Remix (Lil John, JD, Ludacris, Bone … | 3 | 5,834KB | Audio |
| anonymous_user@KaZaA | Dirty Dancing Havana Nights Soundtrack - Mya - Do You On… | Mya | 6,610KB | Audio |
| anonymous_user@KaZaA | 2 Pac - Makaveli tupac hit em up III dissing snoop suge d… | #2 | 3,000KB | Audio |
| anonymous_user@KaZaA | Moulan Rouge - Lady Marmalade - Christina Aguilera, Lil Ki… | 3 | 6,222KB | Audio |
| anonymous_user@KaZaA | Nore - Nothin'.mp3 | Nore | 3,779KB | Audio |
| anonymous_user@KaZaA | Lil Wayne - Grindin' (Beat).mp3 | Clipse f/ Cash Money + N… | 4,346KB | Audio |
| anonymous_user@KaZaA | You Got Served Soundtrack - DMX - Get It On The Floor (F… | DMX | 6,148KB | Audio |
| anonymous_user@KaZaA | Freestyles - 50 Cent, Lloyd Banks and Young Buck (Shyne… | 3 | 17,567KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Nah Get No Bligh.mp3 | Sean Paul | 3,629KB | Audio |

Found 2509 Files | 2,209,936 users online, sharing 475,979,374 files (29:1 | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| anonymous_user@KaZaA | 2 Pac - Makaveli tupac hit-em up III dissing snoop suge d.... | #2 | 3,000KB | Audio |
| anonymous_user@KaZaA | Moulan Rouge - Lady Marmalade - Christina Aguilera, Lil' Ki.... | 3 | 6,222KB | Audio |
| anonymous_user@KaZaA | Nore -- Nothin'.mp3 | Nore | 3,779KB | Audio |
| anonymous_user@KaZaA | Lil Wayne - Grindin' (Beat).mp3 | Clipse f/ Cash Money + N.... | 4,346KB | Audio |
| anonymous_user@KaZaA | You Got Served Soundtrack - DMX - Get It On The Floor (F.... | DMX | 6,148KB | Audio |
| anonymous_user@KaZaA | Freestyles - 50 Cent, Lloyd Banks and Young Buck (Shyne .... | 3 | 17,567KB | Audio |
| anonymous_user@KaZaA | Sean Paul - Nah Get No Bligh.mp3 | Sean Paul | 3,629KB | Audio |
| anonymous_user@KaZaA | Sean Paul- Ay Ay Ay.mp3 | Sean Paul | 6,353KB | Audio |
| anonymous_user@KaZaA | Seal Paul - Gimme de light.mp3 | Seal Paul | 3,434KB | Audio |
| anonymous_user@KaZaA | Ashanti - Baby (1).MP3 | Ashanti | 1,847KB | Audio |
| anonymous_user@KaZaA | DJ Envy - Nore - Nothing.mp3 | Noreaga | 4,108KB | Audio |
| anonymous_user@KaZaA | Ashanti - 09 - Baby - music-madness.mp3 | Ashanti | 2,576KB | Audio |
| anonymous_user@KaZaA | Daddy Yankee - Gasolina remix ft Nore.wma | Daddy Yankee, NORE | 1,171KB | Audio |
| anonymous_user@KaZaA | Big Pun, Method Man, Redman, Eminem, Busta Rymes, Ju.... | 3 | 9,458KB | Audio |
| anonymous_user@KaZaA | Jay-Z - Reasonable Doubt - 01 - Can't Knock The Hustle [F.... | 1 | 4,956KB | Audio |
| anonymous_user@KaZaA | Cuban Link ft. Mya - Sugar Daddy.mp3 | 3 | 6,037KB | Audio |
| anonymous_user@KaZaA | 50 Cent, Beyonce, Mary J. Blige - P. Diddy - In Da Club (E.... | 3 | 13,428KB | Audio |
| anonymous_user@KaZaA | Gasolina (Remix).mp3 | Daddy Yankee Ft. Pitbull.... | 4,863KB | Audio |
| anonymous_user@KaZaA | Gasolina.mp3 | Daddy Yankee | 3,043KB | Audio |

Found 2509 files | 2,209,936 users online, sharing 475,979,374 files (29.1 | Not sharing any files.



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - Because (acapella).mp3 | The Beatles | 2,244KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Besame Mucho (rare).mp3 | The Beatles | 1,208KB | Audio |
| BrooklynBoy@KaZaA | beatles - Bloopers Medley #2.mp3 | The Beatles | 5,792KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Bootleg - My Goat Just Died (RARE!).mp3 | The Beatles | 1,152KB | Audio |
| BrooklynBoy@KaZaA | Beatles - California Dreaming.mp3 | The Beatles | 2,490KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Come Together OK.mp3 | The Beatles | 4,070KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dave Matthews Band_Blues Traveler - Imagine... | The Beatles | 2,976KB | Audio |
| BrooklynBoy@KaZaA | Beatles - day tripper (live).mp3 | The Beatles | 1,661KB | Audio |
| 2 Users | Beatles - Day Tripper.mp3 | The Beatles | 2,633KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Decca (extremely rare) - To Know Her Is To Lov.... | The Beatles | 1,174KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Don Quijote's Marijuana (rare unreleased).mp3 | The Beatles | 2,474KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Fool on the Hill (Bootleg).mp3 | The Beatles | 2,548KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Geh Raus! (Rare) (Bootleg) In German.mp3 | The Beatles | 2,189KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Helter Skelter (bootleg).mp3 | The Beatles | 4,318KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Here Comes the Sun (1).mp3 | The Beatles | 2,889KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Hey Jude (Ultra Rare Trax v5).wav | The Beatles | 36,447KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I am the walrus(bootleg).mp3 | The Beatles | 2,150KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I Lost My Little Girl (Bootleg).mp3 | The Beatles | 3,845KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I Saw Her Standing There.mp3 | The Beatles | 2,674KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I want to hold your hand - punk cover.mp3 | The Beatles | 2,469KB | Audio |

Found 3736 files      2,106,500 users online, sharing 455,871,133 files (3633) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - I Saw Her Standing There.mp3 | The Beatles | 2,674KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I want to hold your hand - punk cover.mp3 | The Beatles | 2,469KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I'm So Tired - White Album.mp3 | The Beatles | 3,850KB | Audio |
| BrooklynBoy@KaZaA | Beatles - In My Life.mp3 | The Beatles | 2,025KB | Audio |
| BrooklynBoy@KaZaA | Beatles - India (rare john lennon demo).mp3 | The Beatles | 2,129KB | Audio |
| BrooklynBoy@KaZaA | Beatles - jeff buckley - Come Together (Beatles Cover - Ra... | The Beatles | 2,656KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Jim Carrey - I Am The Walrus.mp3 | Jim Carrey | 4,210KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Komm, Gib Mir Deine Hand.mp3 | The Beatles | 2,294KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Krishna Is Here (Bootleg).mp3 | The Beatles | 1,220KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Let It Be.mp3 | The Beatles | 3,633KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Live full concert Budokan in Japan.mp3 | The Beatles | 31,492KB | Audio |
| BrooklynBoy@KaZaA | Beatles - lucy In the sky (trance remix).mp3 | The Beatles | 7,107KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Lucy In The Sky With Diamonds.mp3 | The Beatles | 3,259KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Motley Crew - Helter Skelter.mp3 | Motley Crew | 2,984KB | Audio |
| 2 Users | | | | |
| BrooklynBoy@KaZaA | Beatles - Negro In-Reserve (Bootleg).mp3 | The Beatles | 1,081KB | Audio |
| BrooklynBoy@KaZaA | Beatles - No Reply (Take 2) (Bootleg).rare.mp3 | The Beatles | 2,337KB | Audio |
| BrooklynBoy@KaZaA | Beatles - No Reply (Unreleased Demo).mp3 | The Beatles | 2,328KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood (Bootleg).MP3 | The Beatles | 2,297KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood - Alanis Morisette Cover.mp3 | The Beatles | 1,572KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Nowhere Man (1999 DIGITAL REMIX).mp3 | The Beatles | 3,173KB | Audio |

Found 3336 files | 2,106,500 users online, sharing 455,871,133 files (3693) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search:   Download       Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood - Alanis Morisette Cover.mp3 | The Beatles | 1,572KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Nowhere Man (1999 DIGITAL REMIX).mp3 | The Beatles | 3,173KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Number.mp3 | THE BEATLES | 5,330KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Oasis - (Beatles) I Am The Walrus (LIVE).mp3 | Oasis | 1,782KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Oasis - Day Tripper (Beatles Cover).mp3 | The Beatles | 1,830KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Penny Lane (Rare).mp3 | The Beatles | 3,010KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Penny Lane (Ultra Rare Trax-1).mp3 | The Beatles | 2,928KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Revolution (acoustic).mp3 | The Beatles | 3,998KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Revolution - demo at Paul's house (bootleg).mp3 | The Beatles | 1,914KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Revolution 9-1.mp3 | The Beatles | 3,296KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Revolution 9.mp3 | The Beatles | 7,848KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Revolution_(live_on_the_david_frost_show).mp3 | The Beatles | 3,226KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Ruby Baby.mp3 | The Beatles | 2,719KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Sean Lennon - Cover - Dear Prudence.mp3 | The Beatles | 3,934KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Sie Liebt Dich (Rare, German).mp3 | The Beatles | 2,185KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Soundgarden - Come Together (Beatles Cover)... | The Beatles | 5,496KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Sour Milk Sea (bootleg).mp3 | The Beatles | 1,109KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever (Rare, Take 15 Remix)... | The Beatles | 2,230KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Suicide (RARE) (1).mp3 | The Beatles | 2,024KB | Audio |
| BrooklynBoy@KaZaA | Beatles - There Are Places I Remember.mp3 | The Beatles | 2,255KB | Audio |

Found 3736 files.    2,106,500 users online, sharing 455,871,133 files (36.3) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 3 Users | | | | |
| BrooklynBoy@KaZaA | Beatles - Suicide (RARE)(1).mp3 | The Beatles | 2,024KB | Audio |
| BrooklynBoy@KaZaA | Beatles - There Are Places I Remember.mp3 | The Beatles | 2,265KB | Audio |
| BrooklynBoy@KaZaA | beatles - Ticket To Ride.mp3 | The Beatles | 2,979KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Twist And Shout (ultimix_remix).mp3 | The Beatles | 5,006KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Two of Us [Take].mp3 | The Beatles | 4,123KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Unreleased - 1966 - For No One (Demo).mp3 | The Beatles | 4,852KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Victor Wooten - Norwegian Wood (1).mp3 | The Beatles | 4,528KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Yesterday [Take].mp3 | The Beatles | 3,080KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Heather (Demo-AC.mp3 | The Beatles | 2,060KB | Audio |
| BrooklynBoy@KaZaA | Beatles John Lennon - So This is Christmas.mp3 | The Beatles | 3,374KB | Audio |
| BrooklynBoy@KaZaA | Beatles Oldies - I Feel Fine.MP3 | The Beatles | 2,186KB | Audio |
| BrooklynBoy@KaZaA | Beatles Practicing (ULTRA RARE bootleg) Maxwell's Silver ... | The Beatles | 2,027KB | Audio |
| BrooklynBoy@KaZaA | Beatles-India (Rare John Lennon Demo).mp3 | The Beatles | 3,045KB | Audio |
| BrooklynBoy@KaZaA | beatles-pastmasters CD1 zip.mp3 | The Beatles | 85,931KB | Audio |
| BrooklynBoy@KaZaA | beatles-pastmasters CD2.zip.mp3 | The Beatles | 58,608KB | Audio |
| BrooklynBoy@KaZaA | Candyflip - Strawberry Fields Forever (Beatles cover).mp3 | Various Artists | 3,924KB | Audio |
| BrooklynBoy@KaZaA | Day Tripper.MP3 | The Beatles | 3,318KB | Audio |
| BrooklynBoy@KaZaA | Devil In Her Heart.MP3 | The Beatles | 2,861KB | Audio |
| BrooklynBoy@KaZaA | Don't Bother Me.MP3 | The Beatles | 2,882KB | Audio |
| BrooklynBoy@KaZaA | George Harrison - Something (Acoustic)(1).mp3 | The Beatles | 3,063KB | Audio |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (36.3... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Don't Bother Me.MP3 | The Beatles | 2,882KB | Audio |
| BrooklynBoy@KaZaA | George Harrison - Something (Acoustic) (1).mp3 | The Beatles | 3,063KB | Audio |
| BrooklynBoy@KaZaA | GRATEFUL DEAD - WHILE MY GUITAR GENTLY WEEPS.MP3 | The Grateful Dead | 2,509KB | Audio |
| BrooklynBoy@KaZaA | Hey Jude.MP3 | The Beatles | 8,367KB | Audio |
| BrooklynBoy@KaZaA | Hold Me Tight.MP3 | The Beatles | 2,955KB | Audio |
| BrooklynBoy@KaZaA | I Feel Fine _ The Beatles.MP3 | The Beatles | 2,740KB | Audio |
| BrooklynBoy@KaZaA | I Wanna Be Your Man.MP3 | The Beatles | 2,299KB | Audio |
| BrooklynBoy@KaZaA | I'll Get You _ The Beatles.MP3 | The Beatles | 2,458KB | Audio |
| BrooklynBoy@KaZaA | I'm Down _ The Beatles.MP3 | The Beatles | 3,006KB | Audio |
| BrooklynBoy@KaZaA | It Won't Be Long.MP3 | The Beatles | 2,589KB | Audio |
| BrooklynBoy@KaZaA | John Lennon - Instant Karma.mp3 | The Beatles | 2,687KB | Audio |
| BrooklynBoy@KaZaA | Lady Madonna.MP3 | The Beatles | 2,688KB | Audio |
| BrooklynBoy@KaZaA | Let It Be.MP3 | The Beatles | 4,514KB | Audio |
| BrooklynBoy@KaZaA | Little Child.MP3 | The Beatles | 2,083KB | Audio |
| BrooklynBoy@KaZaA | Love Me Do _ The Beatles.MP3 | The Beatles | 2,814KB | Audio |
| BrooklynBoy@KaZaA | 02 track 2.mp3 | Jay Z - Grey Album | 7,254KB | Audio |
| BrooklynBoy@KaZaA | 03 Lamma Bada.mp3 | Radio Tarifa | 3,326KB | Audio |
| BrooklynBoy@KaZaA | 05 - Reizstrom (0 OHM).mp3 | DARK ILLUMINATION | 6,787KB | Audio |
| BrooklynBoy@KaZaA | 10 - Who Do You Love.mp3 | The Doors | 2,634KB | Audio |
| BrooklynBoy@KaZaA | 16 - Ed Motho - Lua Neguinha.mp3 | Ed Motho | 2,982KB | Audio |

Found 3,236 files | 2,106,500 users online, sharing 455,871,133 files (36.3) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 10 - Who Do You Love.mp3 | The Doors | 2,834KB | Audio |
| BrooklynBoy@KaZaA | 16 - Edu Lobo - Upa Neguinho.mp3 | Edu Lobo | 2,982KB | Audio |
| BrooklynBoy@KaZaA | A thousand Words.mp3 | Savage Garden | 2,816KB | Audio |
| BrooklynBoy@KaZaA | Anime Music Video - Portishead - Roads (Trigun).mpg | Unknown | 45,518KB | Video |
| BrooklynBoy@KaZaA | Aretha Franklin - Respect (Club Remix).mp3 | Aretha Franklin | 3,804KB | Audio |
| BrooklynBoy@KaZaA | Association - Windy.mp3 | Association | 2,675KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Olympics Oceania.wmv | Unknown | 27,757KB | Video |
| BrooklynBoy@KaZaA | bjork.wmv | Unknown | 30,505KB | Video |
| BrooklynBoy@KaZaA | Blues Brothers - Peter Gunn Theme.mp3 | Blues Brothers | 3,562KB | Audio |
| BrooklynBoy@KaZaA | Bob Dylan_Santana - Blowin in the Wind (Live in Barcelo... | Unknown | 55,812KB | Video |
| BrooklynBoy@KaZaA | Cartoon Themes - Alvin and the Chipmunks.mp3 | Cartoon Themes | 936KB | Audio |
| BrooklynBoy@KaZaA | cat power - bathysphere (live).mp3 | cat power | 5,798KB | Audio |
| BrooklynBoy@KaZaA | circus.wmv | Unknown | 3,948KB | Video |
| BrooklynBoy@KaZaA | Copy of Liz Phair - Why Can't I.mpg | Unknown | 95,853KB | Video |
| BrooklynBoy@KaZaA | Cowboy Bebop - Green Bird.mp3 | Cowboy Bebop | 1,785KB | Audio |
| BrooklynBoy@KaZaA | cowboy bebop - jupiter jazz.mp3 | Cowboy Bebop | 6,744KB | Audio |
| BrooklynBoy@KaZaA | Cowboy Bebop - Memory.mp3 | Cowboy Bebop | 1,434KB | Audio |
| BrooklynBoy@KaZaA | CPM22 - Rock n Roll High School.mp3 | CPM 22 | 1,348KB | Audio |
| BrooklynBoy@KaZaA | Darren Hayes - Lemon Tree.mp3 | Savage Garden | 3,015KB | Audio |
| BrooklynBoy@KaZaA | Dave Matthews Band - Don't drink the water.mp3 | Dave Matthews Band | 9,538KB | Audio |

Found 3,336 files | 2,106,500 users online, sharing 455,871,133 Files (36.3 | Not Sharing any Files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  MyKazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Darren Hayes - Lemon Tree.mp3 | Savage Garden | 3,015KB | Audio |
| BrooklynBoy@KaZaA | Dave Matthews Band - Don't drink the water.mp3 | Dave Matthews Band | 9,538KB | Audio |
| BrooklynBoy@KaZaA | David Sedaris - On Smoking.mp3 | David Sedaris | 6,888KB | Audio |
| BrooklynBoy@KaZaA | deflowmage+01.mp3 | Unknown | 816KB | Audio |
| BrooklynBoy@KaZaA | Disney - Puff, The Magic Dragon Theme Song.mp3 | Disney | 3,256KB | Audio |
| BrooklynBoy@KaZaA | DJ Keoki - Speed Racer (orgasmic remix).mp3 | DJ Keoki | 5,080KB | Audio |
| BrooklynBoy@KaZaA | Doors - (Ed Sullivan Show) People Are Strange (Airdate, 19... | Unknown | 55,063KB | Video |
| BrooklynBoy@KaZaA | George Michael - Freedom '90.mpg | Unknown | 67,250KB | video |
| BrooklynBoy@KaZaA | Hollies - Bus Stop.mp3 | Hollys | 2,738KB | Audio |
| BrooklynBoy@KaZaA | Indian - Classical - Tabla+Sitar - Ravi Shankar + Zakir Hussa... | Ravi Shankar | 7,492KB | Audio |
| BrooklynBoy@KaZaA | Janis Joplin - Maybe.mpg | Unknown | 33,634KB | Video |
| BrooklynBoy@KaZaA | John Lennon - Imagine.mpeg | Unknown | 33,088KB | Video |
| BrooklynBoy@KaZaA | Johnny Rivers.mp3 | Unknown | 3,046KB | Audio |
| BrooklynBoy@KaZaA | kolo - narodno.mp3 | Jugoslavisk musik | 3,470KB | Audio |
| BrooklynBoy@KaZaA | Koto_Shakuhachi - Tabaruzaka.mp3 | Koto_Shakuhachi | 2,569KB | Audio |
| BrooklynBoy@KaZaA | Les McCann - Watermelon Man.MP3 | Les McCann | 3,387KB | Audio |
| BrooklynBoy@KaZaA | Mandalay - Enough Love.mp3 | Portishead (Mandalay) | 3,904KB | Audio |
| BrooklynBoy@KaZaA | My Music - Arabic Drums.mp3 | Arabic Drums | 2,538KB | Audio |
| BrooklynBoy@KaZaA | Paco Ibañez - Lorca.mp3 | Paco Ibañez | 2,004KB | Audio |
| | Portis Head - T knowit's Tiendy Rut.mp3 | Portishead | 3,969KB | Audio |

Found 3736 files | 2 Users | 2,106,500 users online, sharing 455,871,133 Files (36.3) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Paco Ibañez - Lorca.mp3 | Paco Ibañez | 2,004KB | Audio |
| 2 Users | Portis Head - I Know Its Trendy But.mp3 | Portishead | 3,969KB | Audio |
| BrooklynBoy@KaZaA | Prodigy - Speed Racer (Porn Mix).mp3 | Prodigy | 5,173KB | Audio |
| BrooklynBoy@KaZaA | ravi shankar - Buddhist Mantra.mp3 | Ravi Shankar | 7,486KB | Audio |
| BrooklynBoy@KaZaA | Relajación - Om Mani Padme Hum.mp3 | Relajación | 5,711KB | Audio |
| BrooklynBoy@KaZaA | roky erickson - I Think Of Demons.mp3 | 13th Floor Elevators | 2,606KB | Audio |
| BrooklynBoy@KaZaA | Rolling Stones - RubyTuesday [Ed Sullivan 1967].mpg | Unknown | 33,786KB | Video |
| BrooklynBoy@KaZaA | Sneaker Pimps featuring Portishead - WaterBaby (2).mp3 | Portishead | 2,592KB | Audio |
| BrooklynBoy@KaZaA | Stevie Ray Vaughn - Voodoo Chile.mp3 | Stevie Ray Vaughn | 7,497KB | Audio |
| BrooklynBoy@KaZaA | Temptations - Get Ready (Ed Sullivan 1971).mpg | Unknown | 12,141KB | Video |
| BrooklynBoy@KaZaA | The Doors - Moonlight Drive.mpg | Unknown | 26,838KB | Video |
| BrooklynBoy@KaZaA | The time of your life.mp3 | Unknown | 4,329KB | Audio |
| BrooklynBoy@KaZaA | The Who - My Generation (Ed Sullivan show).mpg | Unknown | 41,968KB | Video |
| BrooklynBoy@KaZaA | Track 11(4).mp3 | Various Artists | 2,400KB | Audio |
| BrooklynBoy@KaZaA | Track 7(5).mp3 | Various Artists | 2,787KB | Audio |
| BrooklynBoy@KaZaA | tull1970.wmv | Unknown | 12,602KB | Video |
| BrooklynBoy@KaZaA | tullbach.wmv | Unknown | 4,054KB | Video |
| 3 Users | Various Woman Vocalists Must Have 003 Summertime Nina... | Nina Simone | 5,314KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 005 Blue Cover.mp3 | Sarah McLaughlin | 2,543KB | Audio |
| 2 Users | Various Woman Vocalists Must Have 008 U2 Phair Six Foot... | U2 Phair | 2,897KB | Audio |

Found 3736 Files | 2,106,500 users online, sharing 455,871,133 files (963) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Various Woman Vocalists_Must Have_005 Blue Cover.mp3 | Sarah McLaughlin | 2,548KB | Audio |
| 2 Users | Various Woman Vocalists_Must Have_008 Liz Phair Six Foot... | Liz Phair | 2,897KB | Audio |
| BrooklynBoy@KaZaA | Yes - Fragile-Entire album.mp3 | Yes | 38,240KB | Audio |
| BrooklynBoy@KaZaA | Matchbox _ The Beatles.MP3 | The Beatles | 2,324KB | Audio |
| BrooklynBoy@KaZaA | Money.MP3 | The Beatles | 3,272KB | Audio |
| BrooklynBoy@KaZaA | Not A Second Time.MP3 | The Beatles | 2,481KB | Audio |
| BrooklynBoy@KaZaA | oasis – help (live beatles cover).mp3 | Oasis | 3,970KB | Audio |
| BrooklynBoy@KaZaA | Old Brown Shoe.MP3 | The Beatles | 3,881KB | Audio |
| BrooklynBoy@KaZaA | Paperback Writer.MP3 | The Beatles | 2,713KB | Audio |
| BrooklynBoy@KaZaA | Please Mister Postman.MP3 | The Beatles | 3,035KB | Audio |
| BrooklynBoy@KaZaA | Rain.MP3 | The Beatles | 3,551KB | Audio |
| BrooklynBoy@KaZaA | Revolution.MP3 | The Beatles | 3,998KB | Audio |
| BrooklynBoy@KaZaA | Ringo Starr - It Don't Come Easy.mp3 | Ringo Starr | 2,829KB | Audio |
| BrooklynBoy@KaZaA | Roll Over Beethoven.MP3 | The Beatles | 3,243KB | Audio |
| BrooklynBoy@KaZaA | Slow Down _ The Beatles.MP3 | The Beatles | 3,444KB | Audio |
| BrooklynBoy@KaZaA | The - Beatles_Tiny Tim - Nowhere Man.mp3 | Beatles_Tiny Tim | 1,804KB | Audio |
| BrooklynBoy@KaZaA | The Ballad Of John And Yoko.MP3 | The Beatles | 3,508KB | Audio |
| BrooklynBoy@KaZaA | The Inner Light.MP3 | The Beatles | 3,061KB | Audio |
| BrooklynBoy@KaZaA | This Boy _ The Beatles.MP3 | The Beatles | 3,642KB | Audio |
| BrooklynBoy@KaZaA | Till There Was You.MP3 | The Beatles | 2,645KB | Audio |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | This Boy _ The Beatles.MP3 | The Beatles | 2,668KB | Audio |
| BrooklynBoy@KaZaA | Till There Was You.MP3 | The Beatles | 2,645KB | Audio |
| BrooklynBoy@KaZaA | BEATLES - Day Tripper..mpg | Unknown | 41,123KB | Video |
| BrooklynBoy@KaZaA | Beatles - Ed.Sullivan #3 - Six Songs! (9-12-65).mpg | Unknown | 163,453KB | Video |
| BrooklynBoy@KaZaA | Beatles - From Me To You (63).mpg | Unknown | 19,195KB | Video |
| BrooklynBoy@KaZaA | Beatles - I Feel Fine (Sullivan 65).mpg | Unknown | 21,910KB | Video |
| BrooklynBoy@KaZaA | BEATLES - NOWHERE MAN (MUNICH '66).MPG | Unknown | 21,481KB | Video |
| BrooklynBoy@KaZaA | Beatles - Paperback Writer.mpg | Unknown | 38,691KB | Video |
| BrooklynBoy@KaZaA | Beatles - Rain.mpg | Unknown | 52,656KB | Video |
| BrooklynBoy@KaZaA | Beatles - Real Love.mpg | Unknown | 39,531KB | Video |
| BrooklynBoy@KaZaA | BEATLES - REVOLUTION.MPG | Unknown | 34,306KB | Video |
| BrooklynBoy@KaZaA | Beatles - She Loves You.mpg | Unknown | 14,928KB | Video |
| BrooklynBoy@KaZaA | Beatles - Something.mpg | Unknown | 29,556KB | Video |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever .mpg | Unknown | 40,222KB | Video |
| BrooklynBoy@KaZaA | Beatles - We can work it out.mpg | Unknown | 19,768KB | Video |
| BrooklynBoy@KaZaA | Beatles - You're gonna lose that girl (1).mpg | Unknown | 37,653KB | Video |
| BrooklynBoy@KaZaA | Beatles 64-66 very rare footage JVE.NL.Mpeg | Unknown | 21,227KB | Video |
| BrooklynBoy@KaZaA | Beatles Cartoons vol 1 - 13 - Paperback Writer.Mpg | Unknown | 33,864KB | Video |
| BrooklynBoy@KaZaA | Beatles Video - I Saw Her Standing There 1964 (Washingto... | Unknown | 27,857KB | Video |
| BrooklynBoy@KaZaA | Beatles Video - Let It Be.mpg | Unknown | 55,604KB | Video |

Found 3336 files | 2,106,500 users online, sharing 455,871,133 files (36.3) | Not sharing any files





*Kazaa - [Search]*

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork - 05 - Enjoy.mp3 | Bjork | 3,647KB | Audio |
| BrooklynBoy@KaZaA | Bjork - 06 - 107 Steps.mp3 | Bjork | 2,421KB | Audio |
| BrooklynBoy@KaZaA | Bjork - 08 - An Echo a Stain.mp3 | Bjork | 5,770KB | Audio |
| BrooklynBoy@KaZaA | Bjork - 10 - heirloom-rns.mp3 | Bjork | 7,472KB | Audio |
| BrooklynBoy@KaZaA | Bjork - 9000mph (Michael Jackson Remix).mp3 | Bjork | 2,577KB | Audio |
| BrooklynBoy@KaZaA | Bjork - 99 Luft Balloons (cover).MP3 | Bjork | 3,668KB | Audio |
| BrooklynBoy@KaZaA | bjork - all is full of love (funkstorung remix).mp3 | Bjork | 5,062KB | Audio |
| BrooklynBoy@KaZaA | Bjork - All Is Full Of Love (Stigmata Soundtrack).mp3 | Bjork | 1,969KB | Audio |
| 2 Users | | | | |
| BrooklynBoy@KaZaA | Bjork - Atlantic (Acid Etude Mix).mp3 | Bjork | 2,955KB | Audio |
| BrooklynBoy@KaZaA | bjork - bachelorette (grooverider mix).mp3 | Bjork | 8,595KB | Audio |
| BrooklynBoy@KaZaA | bjork - bachelorette (rza remix).mp3 | Bjork | 4,482KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Bachelorette.mp3 | Bjork | 4,933KB | Audio |
| BrooklynBoy@KaZaA | bjork - Banana.mp3 | Bjork | 5,360KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Bella Simamaer.mp3 | Bjork | 2,508KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Big Time Club Mix.mp3 | Bjork | 3,386KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Big Time Sensuality [Moby Mix].mp3 | Bjork | 3,880KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Bliss (mystica remix).mp3 | Bjork | 5,568KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Come to Me.mp3 | Bjork | 4,618KB | Audio |
| BrooklynBoy@KaZaA | bjork - cover me (dillinja remix).mp3 | Bjork | 5,240KB | Audio |
| BrooklynBoy@KaZaA | bjork - cry me a river.mp3 | Bjork | 4,140KB | Audio |

Found 3736 files | 2,106,500 users online. Sharing 455,871,133 files (36/3) Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New search | Download | Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork - Hyper Ballad (Towa Tei Choice Mix) - www.projectp... | Bjork | 7,672KB | Audio |
| BrooklynBoy@KaZaA | Bjork - hyperballad (subtle abuse mix).mp3 | Bjork | 6,453KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Hyperballad.mp3 | Bjork | 5,021KB | Audio |
| BrooklynBoy@KaZaA | bjork - I fall in love too easily (gling glo live).mp3 | Bjork | 3,518KB | Audio |
| BrooklynBoy@KaZaA | bjork - i go humble.mp3 | Bjork | 3,912KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Miss You (Photek remix).mp3 | Bjork | 5,517KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Miss You (Sunshine Remix).mp3 | Bjork | 5,243KB | Audio |
| BrooklynBoy@KaZaA | bjork - I miss you (trident mix).mp3 | Bjork | 5,842KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Miss You.mp3 | Bjork | 3,730KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Remember You.mp3 | Bjork | 3,943KB | Audio |
| BrooklynBoy@KaZaA | bjork - Immature (Ghost in the Shell Reincarnation Mix).mp3 | Bjork | 6,788KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Isobel (Carcass Remix).mp3 | Bjork | 2,668KB | Audio |
| BrooklynBoy@KaZaA | bjork - Isobel (Deodato Mix).mp3 | Bjork | 5,807KB | Audio |
| 2 Users | Bjork - Isobel (Portishead remix).mp3 | Bjork | 5,765KB | Audio |
| BrooklynBoy@KaZaA | bjork - Isobel's Lonely Heart (Goldie Remix).mp3 | Bjork | 7,646KB | Audio |
| BrooklynBoy@KaZaA | bjork - joga (alec empire digital hardcore mix).mp3 | Bjork | 5,749KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Joga (Atari Teenage Riot mix).mp3 | Bjork | 5,744KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Leaving On A Jet Plane (With Jewel).mp3 | Bjork | 4,373KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Lilith (Plaid remix).mp3 | Bjork | 4,357KB | Audio |
| 2 Users | Bjork - Lilith.mp3 | Bjork | 4,356KB | Audio |

Found 3736 files.    2,106,500 users online, sharing 455,871,133 files (36.3... | Not sharing any files