Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Traffic  Shop  Tell A Friend

New search  Download  Search  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork - Lilith (Plaid remix).mp3 | Bjork | 4,357KB | Audio |
| 2 Users | Bjork - Lilith.mp3 | Bjork | 4,356KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Music Box-Avignon.mp3 | Bjork | 2,485KB | Audio |
| BrooklynBoy@KaZaA | Bjork - My Spine.mp3 | Bjork | 2,402KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Nature (Thievery remix).mp3 | Bjork | 3,360KB | Audio |
| BrooklynBoy@KaZaA | Bjork - One Day.mp3 | Bjork | 5,066KB | Audio |
| BrooklynBoy@KaZaA | bjork - Oxygen (Deep In The Jungle Mix).mp3 | Bjork | 4,813KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Pagan Poetry.mp3 | Bjork | 4,918KB | Audio |
| BrooklynBoy@KaZaA | Bjork - possibly maybe.mp3 | Bjork | 4,783KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Scary.mp3 | Bjork | 2,460KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Selma Songs -- 01 -- Overture.mp3 | Bjork | 5,106KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Smith and Wesson (Logicmix).mp3 | Bjork | 2,713KB | Audio |
| BrooklynBoy@KaZaA | bjork - so broken (dj krust mix).mp3 | Bjork | 7,698KB | Audio |
| BrooklynBoy@KaZaA | Bjork - So Broken (Unreleased).mp3 | Bjork | 5,618KB | Audio |
| BrooklynBoy@KaZaA | Bjork - So Broken.mp3 | Bjork | 5,626KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Stigmata - 03 -- All Is Full of Love -.mp3 | Bjork | 4,490KB | Audio |
| BrooklynBoy@KaZaA | bjork - stop teasing me.mp3 | Bjork | 1,664KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Sugar Cubes - life's too good - 06 -- Coldsweat.mp3 | Bjork | 4,653KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Sweet Intuition.mp3 | Bjork | 4,462KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Tank Girl Soundtrack - Army Of Me.mp3 | Bjork | 4,571KB | Audio |

Found 3736 files  2,106,500 users online, sharing 455,871,133 files (36.3)  Not sharing any files











# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork Open.wav | Bjork | 7KB | Audio |
| BrooklynBoy@KaZaA | Bjork-Pregnant Kuki - Live Performance (1).mov | Unknown | 8,088KB | Video |
| BrooklynBoy@KaZaA | Bjork Question.wav | Bjork | 27KB | Audio |
| BrooklynBoy@KaZaA | Bjork Recycle Bin Empty.ico | Unknown | 3KB | |
| BrooklynBoy@KaZaA | Bjork Recycle Bin Full.ico | Unknown | 3KB | |
| BrooklynBoy@KaZaA | Bjork Recycle.wav | Bjork | 81KB | Audio |
| BrooklynBoy@KaZaA | Bjork Smooth.wav | Bjork | 19KB | Audio |
| BrooklynBoy@KaZaA | bjork-video-hidden place.mov | Unknown | 5,183KB | Video |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Wallpaper.jpg | Unknown | 115KB | Image |
| BrooklynBoy@KaZaA | Bjork_Homogenic_ NESW.ani | Unknown | 2KB | |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Asterik.wav | Bjork | 1KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Busy.ani | Unknown | 33KB | |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Critical.wav | Bjork | 4KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Empty.ico | Unknown | 3KB | |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Empty.wav | Bjork | 6KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Homogenic_End.wav | Bjork | 110KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Exclamation.wav | Bjork | 2KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Full.ico | Unknown | 3KB | |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Icons.irl | Unknown | 335KB | |
| BrooklynBoy@KaZaA | Bjork_Homogenic_Maximize.wav | Bjork | 1KB | Audio |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (963) | Not sharing any files











# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Nina Simone - My way.mp3 | Nina Simone | 4,370KB | Audio |
| 2 Users | Nina Simone - Ne me quitte a pas.MP3 | Nina Simone | 3,410KB | Audio |
| 4 Users | Nina Simone - Ooh Child.mp3 | Nina Simone | 3,097KB | Audio |
| BrooklynBoy@KaZaA | nina simone - Satin Doll.mp3 | Nina Simone | 3,460KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Since I Fell for You.mp3 | Nina Simone | 2,712KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Since My Love Is Gone..mp3 | Nina Simone | 3,704KB | Audio |
| BrooklynBoy@KaZaA | nina simone - Solitaire.mp3 | Nina Simone | 2,238KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Strange Fruit (1).mp3 | Nina Simone | 3,330KB | Audio |
| BrooklynBoy@KaZaA | nina simone - Susanne.mp3 | Nina Simone | 4,000KB | Audio |
| BrooklynBoy@KaZaA | nina simone : the house of the rising sun.mp3 | Nina Simone | 3,672KB | Audio |
| 2 Users | Nina Simone - The Look Of L.mp3 | Nina Simone | 2,614KB | Audio |
| BrooklynBoy@KaZaA | nina simone - The Man I Love.mp3 | Nina Simone | 5,832KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - The Pusher (rare live!).mp3 | Nina Simone | 4,465KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - The Thrill is Gone.mp3 | Nina Simone | 5,130KB | Audio |
| BrooklynBoy@KaZaA | nina simone - to love somebody.mp3 | Nina Simone | 2,531KB | Audio |
| 2 Users | Nina Simone - Turn Me On.mp3 | Nina Simone | 1,763KB | Audio |
| BrooklynBoy@KaZaA | nina simone - when I was a young girl.mp3 | Nina Simone | 761KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone) - Backlash Blues.mp3 | Nina Simone | 2,298KB | Audio |
| BrooklynBoy@KaZaA | NINA%20SIMONE.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | nina1.jpg | Unknown | 44KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 Files (36.3) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 10KB | |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 7KB | |
| BrooklynBoy@KaZaA | To-Be-Young-Gifted and Black.mp3 | Nina Simone | 2,723KB | Audio |
| BrooklynBoy@KaZaA | Ben-Lee_Liz Phair - Away With The Pixies (1).mp3 | Various Artists | 2,848KB | Audio |
| BrooklynBoy@KaZaA | Guitar Resources Tablature P Phair Liz Exit To Guyville Alb... | Unknown | 15KB | |
| BrooklynBoy@KaZaA | 0601-30a.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | 0601-31a.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | 0601-31b.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | 0601-33a.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0601-33b.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | 0601-33c.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | 0601-33d.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0601-36a.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | 0601-36b.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0601-36c.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0601-36d.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | 0701_38a.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0701_38aa.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | 0701_38b.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | 0701_38c.jpg | Unknown | 51KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (36...) | Not sharing any files





# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | DWF15-556653.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | DWF15-556656.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | DWF15-556657.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | DWF15-556661.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | DWF15-556675.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | DWF15-556680.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | DWF15-556686.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | DWF15-556692.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | DWF15-556708.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | eat_side.jpg | Unknown | 896KB | Image |
| BrooklynBoy@KaZaA | front.jpg | Unknown | 50KB | Image |
| BrooklynBoy@KaZaA | frontcover.jpg | Unknown | 2,195KB | Image |
| BrooklynBoy@KaZaA | front_cover.jpg | Unknown | 1,658KB | Image |
| BrooklynBoy@KaZaA | front_cover_inside.jpg | Unknown | 1,425KB | Image |
| BrooklynBoy@KaZaA | Gary_Gersh_Cover_th.jpg | Unknown | 13KB | Image |
| BrooklynBoy@KaZaA | gfc_liz_phair_80x80[1].jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | home4.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | img168838_1.jpg | Unknown | 105KB | Image |
| BrooklynBoy@KaZaA | jungal_stars.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | little_liz_clearance_tape.jpg | Unknown | 8KB | Image |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (3663) | Not sharing any files

