

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz16.jpg | Unknown | 112KB | Image |
| BrooklynBoy@KaZaA | liz17.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | liz18.jpg | Unknown | 24KB | Image |
| BrooklynBoy@KaZaA | liz19.jpg | Unknown | 84KB | Image |
| BrooklynBoy@KaZaA | liz2.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz20.jpg | Unknown | 38KB | Image |
| BrooklynBoy@KaZaA | liz21.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz22.jpg | Unknown | 24KB | Image |
| BrooklynBoy@KaZaA | liz23.jpg | Unknown | 28KB | Image |
| BrooklynBoy@KaZaA | liz24.jpg | Unknown | 17KB | Image |
| BrooklynBoy@KaZaA | liz25.jpg | Unknown | 10KB | Image |
| BrooklynBoy@KaZaA | liz26.jpg | Unknown | 147KB | Image |
| BrooklynBoy@KaZaA | liz26a_th.jpg | Unknown | 16KB | Image |
| BrooklynBoy@KaZaA | liz27.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz28.jpg | Unknown | 8KB | Image |
| BrooklynBoy@KaZaA | liz29.jpg | Unknown | 13KB | Image |
| BrooklynBoy@KaZaA | liz30.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz31.jpg | Unknown | 54KB | Image |
| BrooklynBoy@KaZaA | liz32.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz33.jpg | Unknown | 24KB | Image |

2,106,500 users online, sharing 455,871,133 files (363 | Not sharing any files

Found 3736 files.





Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz69.jpg | Unknown | 12KB | Image |
| BrooklynBoy@KaZaA | liz70.jpg | Unknown | 12KB | Image |
| BrooklynBoy@KaZaA | liz71.jpg | Unknown | 94KB | Image |
| BrooklynBoy@KaZaA | liz72.jpg | Unknown | 22KB | Image |
| BrooklynBoy@KaZaA | liz73.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz74.jpg | Unknown | 97KB | Image |
| BrooklynBoy@KaZaA | liz75.jpg | Unknown | 64KB | Image |
| BrooklynBoy@KaZaA | liz76.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | liz77.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz78.jpg | Unknown | 24KB | Image |
| BrooklynBoy@KaZaA | liz79.jpg | Unknown | 21KB | Image |
| BrooklynBoy@KaZaA | liz80.jpg | Unknown | 9KB | Image |
| BrooklynBoy@KaZaA | liz81.jpg | Unknown | 20KB | Image |
| BrooklynBoy@KaZaA | liz82.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz83.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz84.jpg | Unknown | 45KB | Image |
| BrooklynBoy@KaZaA | liz85.jpg | Unknown | 38KB | Image |
| BrooklynBoy@KaZaA | liz86.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz87.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | liz88.jpg | Unknown | 38KB | Image |

2,106,500 users online, sharing 455,871,133 files (136.3) | Not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz87.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | liz88.jpg | Unknown | 38KB | Image |
| BrooklynBoy@KaZaA | liz89.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | liz90.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | liz91.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | liz92.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz93.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | liz94.jpg | Unknown | 11KB | Image |
| BrooklynBoy@KaZaA | liz95.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | liz96.jpg | Unknown | 121KB | Image |
| BrooklynBoy@KaZaA | liz97.jpg | Unknown | 14KB | Image |
| BrooklynBoy@KaZaA | liz98_kb.jpg | Unknown | 38KB | Image |
| BrooklynBoy@KaZaA | liz99_kb.jpg | Unknown | 42KB | Image |
| BrooklynBoy@KaZaA | lizart3.jpg | Unknown | 82KB | Image |
| BrooklynBoy@KaZaA | lizckad.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | lizckredo.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | lizp2.jpg | Unknown | 17KB | Image |
| BrooklynBoy@KaZaA | lizp3.jpg | Unknown | 12KB | Image |
| BrooklynBoy@KaZaA | lizp5.jpg | Unknown | 13KB | Image |
| BrooklynBoy@KaZaA | lizphair184.jpg | Unknown | 18KB | Image |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (36.3...)    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Traffic | Search | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | lizp5.jpg | Unknown | 13KB | Image |
| BrooklynBoy@KaZaA | lizphair184.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | lizphair-advance.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | lizwallpaper1.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | lizwallpaper2.jpg | Unknown | 52KB | Image |
| BrooklynBoy@KaZaA | lizwallpaper3.jpg | Unknown | 61KB | Image |
| BrooklynBoy@KaZaA | lizwallpaper4.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | liz_042299_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_02.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_03.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_042299_04.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_042299_05.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_06.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_042299_07.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_042299_08.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_09.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_042299_10.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_042299_11.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_042299_12.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_042299_13.jpg | Unknown | 63KB | Image |

2,106,500 users online, sharing 455,871,133 files (36.3) | Not sharing any files

Found 3736 files

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_042299_12.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_042299_13.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_042299_14.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_15.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_16.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_042299_17.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_042299_18.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_19.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_042299_20.jpg | Unknown | 22KB | Image |
| BrooklynBoy@KaZaA | liz_042299_21.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_22.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_042299_23.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_042299_24.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_042299_25.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_26.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_042299_27.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_28.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042299_29.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_20.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_31.jpg | Unknown | 74KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.3...) | Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Shop    Traffic    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_042299_48.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_042299_49.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_042299_50.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_042299_51.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_042299_53.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_042299_54.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_042299_55.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_042299_56.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_042299_57.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_042299_58.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_042299_59.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_042299_60.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_042399_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_062898-live_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_062898-pc_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_062898-pc_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_062898-pc_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_062898-pc_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_062898-pc_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_062898-live_01.jpg | Unknown | 27KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files





Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_073198-pc-09.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_06.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_07.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-autographs_08.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_06.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_07.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_080198-pc_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080498-autographs_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080498-autographs_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080498-autographs_03.jpg | Unknown | 23KB | Image |

2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_080498-autographs_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080498-autographs_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080498-pc_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080498-pc_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080498-pc_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080498-pc_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-autographs_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-autographs_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_080598-autographs_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-autographs_04.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_080598-autographs_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-backstage_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-live_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_080598-live_05.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_080598-live_06.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080598-live_07.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_04.jpg | Unknown | 23KB | Image |

Found 3736 files.

2,106,500 users online sharing 455,871,133 files (9,63... Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_080598-pc_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_06.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_07.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_09.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_10.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_080598-pc_11.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081399-live_02.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_081399-live_04.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_081399-live_05.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_081698-backstage_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_081698-live_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081698-live_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081698-live_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081698-live_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081698-live_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081798-live_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_02.jpg | Unknown | 23KB | Image |

2,106,500 users online sharing 455,871,133 Files (369.3) | Not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Shop  |  Traffic  |  Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_081798-pc_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081798-pc_06.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_081799-live_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-autographs_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_081998-autographs_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-autographs_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-autographs_04.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_081998-autographs_05.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_04.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_06.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_07.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_08.jpg | Unknown | 27KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.3... | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_081998-live_07.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_08.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_09.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-live_10.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_03.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_04.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_06.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_07.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_081998-pc_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_17_03.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_17_04.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_17_05.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_17_06.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_930club_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_930club_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_930club_03.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_amplifier_01.jpg | Unknown | 29KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_930club_03.jpg | 55KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_01.jpg | 79KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_02.jpg | 95KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_03.jpg | 47KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_04.jpg | 31KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_05.jpg | 39KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_06.jpg | 15KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_07.jpg | 31KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_08.jpg | 35KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_09.jpg | 115KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_10.jpg | 19KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_11.jpg | 19KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_12.jpg | 19KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_13.jpg | 23KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_amplifier_14.jpg | 19KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_andrew-shapter_01.jpg | 13KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_ap_01.jpg | 43KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_ap_02.jpg | 27KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_ap_03.jpg | 55KB | Image | Unknown |
| BrooklynBoy@KaZaA | liz_ap_04.jpg | 47KB | Image | Unknown |

2,106,500 users online, sharing 455,871,133 files (363 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Shop    Traffic    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_ap_03.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_ap_04.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_ap_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_ap_06.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_ap_07.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_ap_08.jpg | Unknown | 147KB | Image |
| BrooklynBoy@KaZaA | liz_arm.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_associated-press_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_associated-press_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_associated-press_03.jpg | Unknown | 12KB | Image |
| BrooklynBoy@KaZaA | liz_associated-press_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_ath_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_ath_03.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_at_oberlin.jpg | Unknown | 16KB | Image |
| BrooklynBoy@KaZaA | liz_austin-american-statesman_01.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_austinchronicle_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_beach_01.jpg | Unknown | 52KB | Image |
| BrooklynBoy@KaZaA | liz_beach_02.jpg | Unknown | 28KB | Image |
| BrooklynBoy@KaZaA | liz_bed.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | liz_bigg_01.jpg | Unknown | 51KB | Image |

Found 3736 files

2,106,580 users online, sharing 455,871,133 files (36.3...) Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | liz_bed.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | liz_bigo_01.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_bigo_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_bigo_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_bigo_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_bigwhoop.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_bikini_01.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_billboard.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_billboard_2.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_billboard_5.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_billboard_6.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | liz_billboard_7.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_blender_01.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_blender_02.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_blender_03.jpg | Unknown | 251KB | Image |
| BrooklynBoy@KaZaA | liz_blender_04.jpg | Unknown | 119KB | Image |
| BrooklynBoy@KaZaA | liz_blender_05.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | liz_blender_06.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_blender_07.jpg | Unknown | 91KB | Image |
| BrooklynBoy@KaZaA | liz_boston-phoenix_02.jpg | Unknown | 29KB | Image |

Found 3336 Files

2,106,500 users online, sharing 455,871,133 files (36.3 Not sharing any files