

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | liz_chicago_03.jpg | Unknown | 31kB | Image |
| BrooklynBoy@KaZaA | liz_chickfactor_01.jpg | Unknown | 55kB | Image |
| BrooklynBoy@KaZaA | liz_ck_01.jpg | Unknown | 23kB | Image |
| BrooklynBoy@KaZaA | liz_ck_02.jpg | Unknown | 35kB | Image |
| BrooklynBoy@KaZaA | liz_ck_03.jpg | Unknown | 27kB | Image |
| BrooklynBoy@KaZaA | liz_ck_04.jpg | Unknown | 35kB | Image |
| BrooklynBoy@KaZaA | liz_cleavage_jane.jpg | Unknown | 34kB | Image |
| BrooklynBoy@KaZaA | liz_close_up.jpg | Unknown | 5kB | Image |
| BrooklynBoy@KaZaA | liz_cmj-nmr_01.jpg | Unknown | 51kB | Image |
| BrooklynBoy@KaZaA | liz_cmj-nmr_02.jpg | Unknown | 19kB | Image |
| BrooklynBoy@KaZaA | liz_cmj-nmr_03.jpg | Unknown | 87kB | Image |
| BrooklynBoy@KaZaA | liz_cmj_01.jpg | Unknown | 95kB | Image |
| BrooklynBoy@KaZaA | liz_cmj_02.jpg | Unknown | 99kB | Image |
| BrooklynBoy@KaZaA | liz_contra-costa-times_01.jpg | Unknown | 47kB | Image |
| BrooklynBoy@KaZaA | liz_cool_bikini_top.jpg | Unknown | 36kB | Image |
| BrooklynBoy@KaZaA | liz_corbis_01.jpg | Unknown | 31kB | Image |
| BrooklynBoy@KaZaA | liz_cosmopolitan_01.jpg | Unknown | 39kB | Image |
| BrooklynBoy@KaZaA | liz_crouch.jpg | Unknown | 88kB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_01.jpg | Unknown | 19kB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_02.jpg | Unknown | 19kB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36, 3) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_crowbar_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_03.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_06.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_07.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_09.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_10.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_12.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_13.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_14.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_15.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_16.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_17.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_18.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_19.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_20.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_21.jpg | Unknown | 23KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (9GB) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_crowbar_20.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_crowbar_21.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_ctm_01.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_ctm_03.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_ctm_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_ctm_05.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_daddario-strings_01.jpg | Unknown | 91KB | Image |
| BrooklynBoy@KaZaA | liz_dallas-morning-news_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_details_00.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_details_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_details_02.jpg | Unknown | 147KB | Image |
| BrooklynBoy@KaZaA | liz_details_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_details_04.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_detour_02.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_diw_01.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_down_video_01.jpg | Unknown | 52KB | Image |
| BrooklynBoy@KaZaA | liz_down_video_02.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_dreamy.jpg | Unknown | 37KB | Image |
| BrooklynBoy@KaZaA | liz_elle_01.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_elle_02.jpg | Unknown | 27KB | Image |

2,106,500 users online, sharing 455,871,133 files (96.3 | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_elle_01.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_elle_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_elle_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_elle_04.jpg | Unknown | 75KB | Image |
| Brooklynboy@KaZaA | liz_esquire.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_everett-herald_01.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_ew_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_ew_02.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_ew_04.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_ew_05.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_ew_06.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_ew_07.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_ew_08.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_ew_09.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_ew_10.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_ew_11.jpg | Unknown | 99KB | Image |
| BrooklynBoy@KaZaA | liz_ew_12.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_ew_13.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_ew_15.jpg | Unknown | 99KB | Image |
| BrooklynBoy@KaZaA | liz_exhile_01.jpg | Unknown | 10KB | Image |

2,106,500 users online, sharing 455,871,133 files (9633). Not sharing any files



Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | Search Field

Found 3736 files

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | liz_guitarworld_01.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_guitarworld_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_guitarworld_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_harpersbazaar_00.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_harpersbazaar_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_harpersbazaar_02.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_harpersbazaar_03.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | liz_harp_01.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | liz_houston-chronicle_01.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_huh_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_hurlburl_01.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_hurlburl_02.jpg | Unknown | 56KB | Image |
| BrooklynBoy@KaZaA | liz_hurlburl_03.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_hurlburl_04.jpg | Unknown | 53KB | Image |
| BrooklynBoy@KaZaA | liz_hurlburl_05.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_ie_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_ie_02.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_igr_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_inside_the_outsider.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_instruct_01.jpg | Unknown | 163KB | Image |

2,106,500 users online : Sharing 455,871,133 files (3,6... : Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theatre | Search | Traffic | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_inside_the_outsider.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_instinct_01.jpg | Unknown | 167KB | Image |
| BrooklynBoy@KaZaA | liz_instinct_02.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_instinct_03.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_instyle_02.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_instyle_03.jpg | Unknown | 91KB | Image |
| BrooklynBoy@KaZaA | liz_interview_01.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_interview_02.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_interview_03.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_interview_04.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_interview_05.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_interview_06.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_03.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_05.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_06.jpg | Unknown | 279KB | Image |
| BrooklynBoy@KaZaA | liz_james-crump_07.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_lambs_01.jpg | Unknown | 90KB | Image |

Found 3336 files

2,105,500 users online, sharing 455,871,133 files (96,3! Not sharing any files)

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_james-crump_07.jpg | Unknown | 19kB | Image |
| BrooklynBoy@KaZaA | liz_janty_01.jpg | Unknown | 39kB | Image |
| BrooklynBoy@KaZaA | liz_janet_01.jpg | Unknown | 43kB | Image |
| BrooklynBoy@KaZaA | liz_janet_02.jpg | Unknown | 35kB | Image |
| BrooklynBoy@KaZaA | liz_janet_03.jpg | Unknown | 63kB | Image |
| BrooklynBoy@KaZaA | liz_jane_03.jpg | Unknown | 55kB | Image |
| BrooklynBoy@KaZaA | liz_jane_04.jpg | Unknown | 27kB | Image |
| BrooklynBoy@KaZaA | liz_jane_06.jpg | Unknown | 91kB | Image |
| BrooklynBoy@KaZaA | liz_jane_07.jpg | Unknown | 39kB | Image |
| BrooklynBoy@KaZaA | liz_jane_09.jpg | Unknown | 91kB | Image |
| BrooklynBoy@KaZaA | liz_jewelry_counter.jpg | Unknown | 36kB | Image |
| BrooklynBoy@KaZaA | liz_jgautographs_01.jpg | Unknown | 27kB | Image |
| BrooklynBoy@KaZaA | liz_jgautographs_02.jpg | Unknown | 27kB | Image |
| BrooklynBoy@KaZaA | liz_juice_02.jpg | Unknown | 23kB | Image |
| BrooklynBoy@KaZaA | liz_la-weekly_01.jpg | Unknown | 119kB | Image |
| BrooklynBoy@KaZaA | liz_la-weekly_03.jpg | Unknown | 39kB | Image |
| BrooklynBoy@KaZaA | liz_la-weekly_04.jpg | Unknown | 35kB | Image |
| BrooklynBoy@KaZaA | liz_la-weekly_05.jpg | Unknown | 51kB | Image |
| BrooklynBoy@KaZaA | liz_la-weekly_06.jpg | Unknown | 123kB | Image |
| BrooklynBoy@KaZaA | liz_laweekly_07.tgt | Unknown | 103kB | Image |

2,106,500 users online, sharing 455,871,133 files (9,593 .. Not sharing any files

Found 3736 files





Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | liz_maxim_04.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_maxim_1.jpg | Unknown | 56KB | Image |
| BrooklynBoy@KaZaA | liz_maxim_2.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | liz_maxim_3.jpg | Unknown | 56KB | Image |
| BrooklynBoy@KaZaA | liz_maxim_4.jpg | Unknown | 53KB | Image |
| BrooklynBoy@KaZaA | liz_max_01.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_max_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_max_03.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_melody_maker_01.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_mix_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_model_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_model_02.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz_model_03.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz_model_04.jpg | Unknown | 28KB | Image |
| BrooklynBoy@KaZaA | liz_model_05.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz_model_06.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_model_07.jpg | Unknown | 28KB | Image |
| BrooklynBoy@KaZaA | liz_model_08.jpg | Unknown | 58KB | Image |
| BrooklynBoy@KaZaA | liz_model_09.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | liz_model_10.jpg | Unknown | | Image |

2,106,500 users online. Sharing 455,871,133 files (36.3 ... Not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Tell A Friend

New Search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | liz_model_09.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | liz_model_10.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | liz_model_11.jpg | Unknown | 40KB | Image |
| BrooklynBoy@KaZaA | liz_model_12.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_model_13.jpg | Unknown | 33KB | Image |
| BrooklynBoy@KaZaA | liz_model_14.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | liz_model_15.jpg | Unknown | 37KB | Image |
| BrooklynBoy@KaZaA | liz_model_16.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | liz_model_17.jpg | Unknown | 11KB | Image |
| BrooklynBoy@KaZaA | liz_model_18.jpg | Unknown | 9KB | Image |
| BrooklynBoy@KaZaA | liz_model_19.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | liz_model_20.jpg | Unknown | 17KB | Image |
| BrooklynBoy@KaZaA | liz_model_21.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_model_22.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | liz_model_23.jpg | Unknown | 10KB | Image |
| BrooklynBoy@KaZaA | liz_model_24.jpg | Unknown | 14KB | Image |
| BrooklynBoy@KaZaA | liz_model_25.jpg | Unknown | 13KB | Image |
| BrooklynBoy@KaZaA | liz_model_26.jpg | Unknown | 25KB | Image |
| BrooklynBoy@KaZaA | liz_model_27.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | liz_model_28.jpg | Unknown | 24KB | Image |

2,106,500 users online, sharing 455,871,133 files (36,3... | Not Sharing any files.

Found 3736 files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | liz_music_choice_01.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_music_choice_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_music_choice_03.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_music_choice_04.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_music_choice_05.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_musicexpress_02.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_nashville_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_nashville_03.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_newberry_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_newsweek.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_newsweek_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_newsweek_03.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_nme_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_nylon_01.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_nylon_02.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_00.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_04.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_05.jpg | Unknown | 27KB | Image |

2,106,500 users online, sharing 455,871,133 files (96.3 ... not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Traffic   Shops   Tell A Friend

New search   Download   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_nytimes_04.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_06.jpg | Unknown | 323KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_07.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_09.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_nytimes_10.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | liz_oakland-tribune_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_oberlin.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_oberlin_02.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_operahouse_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_option_1a.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_option_1b.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_option_2a.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_option_2b.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_option_2c.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_option_2d.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_option_2e.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_option_3.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_out_01.jpg | Unknown | 115KB | Image |

Found 3736 Files

2,106,500 users online, sharing 455,871,133 files (9,631,3: Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_option_3.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_out_01.jpg | Unknown | 115KB | Image |
| BrooklynBoy@KaZaA | liz_out_02.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_out_03.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_o_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_paper_01.jpg | Unknown | 131KB | Image |
| BrooklynBoy@KaZaA | liz_paul-natkin_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_paul-natkin_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_paul-natkin_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_paul-natkin_04.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_paul-natkin_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_penthouse_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_penthouse_02.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_people_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_people_02.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_performing-songwriter_09.jpg | Unknown | 107KB | Image |
| BrooklynBoy@KaZaA | liz_performing-songwriter_10.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_01.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_performing-songwriter_02.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_03.jpg | Unknown | 23KB | Image |

Found 3736 files

2,106,580 users online, sharing 455,871,133 Files (98.3) | Not sharing any files

**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web | MyKazaa | Theater | | | | New search | Download

| Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_performing_songwriter_02.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_05.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_06.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_07.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_performing_songwriter_08.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_philms01_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_philms01_02.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_philms01_03.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_philms01_04.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_pink_pistol.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_playboy.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_press-sun_bulletin_01.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_promo_01.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_promo_02.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_promo_03.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_promo_04.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_promo_05.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_promo_06.jpg | Unknown | 83KB | Image |

Found 3736 files

2,106,580 users online, sharing 455,871,133 files (9,663...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_promo_05.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_promo_06.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | liz_pulse_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_pulse_03.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_pulse_04.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_radio-music-awards_01.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_radio-music-awards_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_01.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_02.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_03.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_04.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_05.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_06.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_07.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_08.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_09.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_raygun_10.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_redbook_01.jpg | Unknown | 107KB | Image |
| BrooklynBoy@KaZaA | liz_red_dress.jpg | Unknown | 53KB | Image |
| BrooklynBoy@KaZaA | liz_red_vamp.jpg | Unknown | 11KB | Image |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (06,3) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_red_dress.jpg | Unknown | 58KB | Image |
| BrooklynBoy@KaZaA | liz_red_vamp.jpg | Unknown | 11KB | Image |
| BrooklynBoy@KaZaA | liz_request_01.jpg | Unknown | 147KB | Image |
| BrooklynBoy@KaZaA | liz_request_02.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_request_03.jpg | Unknown | 127KB | Image |
| BrooklynBoy@KaZaA | liz_request_04.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_request_05.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_request_06.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_request_08.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_request_10.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_rex-features_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rex-features_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rex-features_03.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rex-features_04.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_rex-features_05.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rmjournal_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_rockin-on_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rockin-on_02.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_rockin-on_03.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_rockin-on_04.jpg | Unknown | 59KB | Image |

Found 3736 files | 2,106,500 users online. Sharing 455,821,133 files (6,063) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_rsonline_10.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_11.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_12.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_13.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_14.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_15.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_16.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_17.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_18.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_19.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_21.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_22.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_rsonline_23.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_rs_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_rs_03.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_rs_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_rs_05.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_rs_06.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_rs_07.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_rs_08.jpg | Unknown | 23KB | Image |

Found 3736 Files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_rs_07.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_rs_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_rs_09.jpg | Unknown | 11.1KB | Image |
| BrooklynBoy@KaZaA | liz_rs_10.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_rs_11.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_rs_12.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_rs_13.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_rs_14.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_rs_15.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_rs_16.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_rs_18.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_rs_19.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_rs_20.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_rs_22.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_rs_23.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_rs_26.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_rs_27.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_rs_28.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_sandm.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | liz_seattle-weekly_01.jpg | Unknown | 23KB | Image |

Found 3736 files     2,106,500 users online; sharing 455,871,133 files (6,363... Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search   Download   New Search

Tel A Friend   Shop   Traffic   Search   Theater   Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_sandin.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | liz_seattle-weekly_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_sfbg_1.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_sfbg_2.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_sfchronicle_02.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_sfchronicle_05.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_shadesofgray_01.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | liz_sjmercury_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_sjmercury_03.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_sonicwav_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_sonicwav_02.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_spin_01.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_spin_02.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_spin_05.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_spin_07.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_spin_08.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_spin_09.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_spin_10.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_spin_11.jpg | Unknown | 295KB | Image |
| BrooklynBoy@KaZaA | liz_sr0.jpg | Unknown | 282KB | Image |

Found 3736 files

2,106,500 users online. Sharing 455,871,133 files (36.3). Not sharing any files.