

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | liz_stuffcom_05.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_stuffcom_06.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_stuffcom_07.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_stuffcom_08.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_stuff_01.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | liz_stuff_02.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_stuff_03.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_stuff_04.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_01.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_02.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_05.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_06.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_07.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_08.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_09.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_10.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_subnation_11.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_sultry.jpg | Unknown | 10KB | Image |
| BrooklynBoy@KaZaA | liz_sundance_2004_01.jpg | Unknown | 27KB | Image |

2,105,500 users online; sharing 455,871,133 files (96.3 ). Not sharing any files

Found 3736 files

**Kazaa - [Search]**

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | liz_sultry.jpg | Unknown | 10KB | Image |
| BrooklynBoy@KaZaA | liz_sundance-2004_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_sundance-2004_02.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_sundance-2004_03.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_swing_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_teenpeople_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_teenpeople_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_teenpeople_03.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_the-ring_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_the-ring_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_01.jpg | Unknown | 175KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_02.jpg | Unknown | 179KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_03.jpg | Unknown | 191KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_04.jpg | Unknown | 199KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_05.jpg | Unknown | 175KB | Image |
| BrooklynBoy@KaZaA | liz_thenightshow_06.jpg | Unknown | 219KB | Image |
| BrooklynBoy@KaZaA | liz_thetimes_01.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_tiffany_bauer.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | liz_time-out-london_01.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_time-out-london_02.jpg | Unknown | 59KB | Image |

2,106,500 users online, sharing 455,871,133 files (3,975) | Not sharing any files



**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theatre  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_us_01.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_us_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_venice_00.jpg | Unknown | 9KB | Image |
| BrooklynBoy@KaZaA | liz_venice_01.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_venice_02.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_venus_01.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | liz_venus_02.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | liz_venus_03.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_venus_04.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_venus_05.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | liz_vf_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_vf_04.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | liz_vf_05.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_vf_06.jpg | Unknown | 123KB | Image |
| BrooklynBoy@KaZaA | liz_viewimages_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_vogue-uk_01.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | liz_vogue_1.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | liz_vogue_2.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | liz_wxx_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_xx_02.jpg | Unknown | 31KB | Image |

Found 3736 files

2,106,580 users online, sharing 455,871,133 files (0563) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_vox_01.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | liz_vy_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_vy_03.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_vy_04.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | liz_vy_05.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_warped-reality_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_warped-reality_02.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_warped-reality_03.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_wbcn_00.jpg | Unknown | 47KB | Image |
| BrooklynBoy@KaZaA | liz_wbcn_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_wbcn_02.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_wbcn_03.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | liz_wber_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_wcr-promo_01.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_02.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_03.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_04.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_05.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | liz_wfnx_06.jpg | Unknown | 51KB | Image |

Found 3735 files

2,106,500 users online, sharing 455,871,133 files (06.3 Not sharing any files



**Kazaa - [Search]**

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | liz_wpi_04.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_05.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_06.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_07.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_08.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_09.jpg | Unknown | 15KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_10.jpg | Unknown | 1.9KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_12.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_15.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_wpi_16.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | liz_wspost_01.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | liz_w_01.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | liz_yahoo_01.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | LP Compilation Cover.JPG | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | LP content.jpg | Unknown | 158KB | Image |
| BrooklynBoy@KaZaA | LP in black on red couch.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | LP Liz Phair on Jay Leno.jpg | Unknown | 37KB | Image |
| BrooklynBoy@KaZaA | LP lizsidapop.jpg | Unknown | 150KB | Image |
| BrooklynBoy@KaZaA | LP mountain backdrop.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | LP Secretly Timid Gallery index.JPG | Unknown | 56KB | Image |

2,106,500 users online, sharing 455,871,133 files (06.3). Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | LP mountain backdrop.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | LP Secretly Timid-Girlysounds.JPG | Unknown | 56KB | Image |
| BrooklynBoy@KaZaA | LP waist up on black speghetti gown.JPG | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | LP WCSE Sessions with other assorted music.JPG | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | Jpimg0001.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | Jpimg0002.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | Jpimg0003.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | Jpimg0004.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | Jpimg0005.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | Jpimg0006.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | Jpimg0007.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | Jpimg0008.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | Jpimg0009.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | Jpimg0010.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | Jpimg0011.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | Jpimg0012.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | Jpimg0013.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | Jpimg0014.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | Jpimg0015.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | Jpimg0016.jpg | Unknown | 31KB | Image |

Found 3,736 files

2,106,500 users online, sharing 455,871,133 files (36,3...). Not sharing any files.

**Kazaa - [Search]**

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | | | Download | | | New search | | Search | | | | |

Web | My Kazaa | Theater | | Search | Traffic | Shop | | Tell A Friend

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | lpimg0015.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | lpimg0016.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | lpimg0017.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | meandliz.jpg | Unknown | 21KB | Image |
| BrooklynBoy@KaZaA | meat_side.jpg | Unknown | 932KB | Image |
| BrooklynBoy@KaZaA | mountain.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | orcurke.184.jpg | Unknown | 48KB | Image |
| BrooklynBoy@KaZaA | pb_ad.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | pbhair.jpeg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | phair.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | Phair1.jpg | Unknown | 404KB | Image |
| BrooklynBoy@KaZaA | press1.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | retrospective.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | supernova-promo(us).jpg | Unknown | 25KB | Image |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 2,578KB | |
| BrooklynBoy@KaZaA | under_disc.jpg | Unknown | 1,224KB | Image |
| BrooklynBoy@KaZaA | vinyl_cover_back.jpg | Unknown | 466KB | Image |
| BrooklynBoy@KaZaA | vinyl_cover_front.jpg | Unknown | 212KB | Image |
| BrooklynBoy@KaZaA | vinyl_inside_lyricsheet.jpg | Unknown | 735KB | Image |
| BrooklynBoy@KaZaA | vinyl_inside_picture.jpg | Unknown | 240KB | Image |

Found 3736 files

**Kazaa - [Search]**

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | vinyl_inside_lyricsheet.jpg | Unknown | 735KB | Image |
| BrooklynBoy@KaZaA | vinyl_inside_picture.jpg | Unknown | 240KB | Image |
| BrooklynBoy@KaZaA | vinyl_side_a.jpg | Unknown | 294KB | Image |
| BrooklynBoy@KaZaA | xinyl_side_b.jpg | Unknown | 256KB | Image |
| BrooklynBoy@KaZaA | wcse-katies_cover_th.jpg | Unknown | 12KB | Image |
| BrooklynBoy@KaZaA | wcse_ad.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | whycanti-promo.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | wrphai1.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | wrphai11.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | 2GD998312.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | Liz Phair - Extraordinary.mp3 | Liz Phair | 4,827KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Only Son.mp3 | Liz Phair | 4,830KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 6'1.mp3 | Liz Phair | 2,899KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 61 (Live Sessions at 54th).mp3 | Liz Phair | 1,390KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 61'' (live).mp3 | Liz Phair | 3,160KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Alice Springs.mp3 | Liz Phair | 2,164KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - All Right Now (Live).mp3 | Liz Phair | 1,382KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Animal Girl.mp3 | Liz Phair | 3,718KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - D1 - Explain It To... | Liz Phair | 3,674KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 02 - 6'1".mp3 | ... | 2,950KB | Audio |

2 Users

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (9,063)  Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 01 - Explain It To... | Liz Phair | 3,674KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 02 - 6'1".mp3 | Liz Phair | 2,952KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 03 - Cinco De Ma... | Liz Phair | 2,618KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 05 - Support Syst... | Liz Phair | 3,220KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 06 - Never Said... | Liz Phair | 3,060KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 07 - Johnny Feel... | Liz Phair | 3,866KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 08 - Dance of Th... | Liz Phair | 3,256KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 10 - Polyester Bri... | Liz Phair | 4,070KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 11 - Supernova... | Liz Phair | 2,650KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 13 - What Makes ... | Liz Phair | 5,208KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 15 - Divorce Song... | Liz Phair | 3,704KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 16 - White Choco... | Liz Phair | 4,865KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 17 - Perfect Worl... | Liz Phair | 2,634KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 18 - Stratford-On... | Liz Phair | 2,966KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 19 - Fuck And Ru... | Liz Phair | 3,826KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Banana Splits.mp3 | Liz Phair | 3,031KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Beg Me 1.mp3 | Liz Phair | 6,549KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Beginning To See the Light.mp3 | Liz Phair | 2,702KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Ben Lee - Away with the Pixies.mp3 | Liz Phair | 2,844KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Big Tall Man WCSF Sessions.mp3 | Liz Phair | 4,063KB | Audio |

Found 3336 files

2,106,500 users online; sharing 455,871,133 files (96.3); Not sharing any files

# Kazaa - [Search]

File · View · Player · Tools · Actions · Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Ben Lee - Away with the Pixies.mp3 | Liz Phair | 2,844KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Big Tall Man WCSE Sessions.mp3 | Liz Phair | 4,063KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Big Tall Man.mp3 | Liz Phair | 3,588KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Blackmarket.mp3 | Liz Phair | 2,723KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Blood Keeper WCSE Session.mp3 | Liz Phair | 4,409KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Brain Candy soundtrack.mp3 | Liz Phair | 3,182KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Canary.mp3 | Liz Phair | 3,124KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Cant Get Out Of what Im Into.mp3 | Liz Phair | 3,049KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Carnivore.mp3 | Liz Phair | 2,752KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - cause its a steady job.mp3 | Liz Phair | 3,057KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Chopsticks Girlysounds.mp3 | Liz Phair | 1,791KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - chopsticks.MP3 | Liz Phair | 1,964KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - cinco de mayo.mp3 | Liz Phair | 2,562KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Crater Lake.mp3 | Liz Phair | 2,475KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Dead Shark.mp3 | Liz Phair | 1,191KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Divorce song (live).mp3 | Liz Phair | 2,668KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Divorce Song.mp3 | Liz Phair | 3,129KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Do You Love Me.mp3 | Liz Phair | 4,874KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Dogs Of L.A..mp3 | Liz Phair | 2,761KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Dont Apologize (live 4.23.99).mp3 | Liz Phair | 2,162KB | audio |

Found 3,336 files

2,106,500 users online, sharing 455,871,133 files (3,6..) Not sharing any files



# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    MyKazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Fuck and Run.mp3 | Liz Phair | 2,928KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Fuck or Die.mp3 | Liz Phair | 1,999KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Ghost Story (Live 4-23-99).mp3 | Liz Phair | 6,956KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Girl's Room .mp3 | Liz Phair | 1,668KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Girl's Room.mp3 | Liz Phair | 4,310KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Girlysound - 1-13 - Six Dick Pimp.mp3 | Liz Phair | 3,099KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - girlysounds - Dead Shark.mp3 | Liz Phair | 3,195KB | Audio |
| 2 Users | Liz Phair - GLORY (LIVE).mp3 | Liz Phair | 2,076KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Go West.mp3 | Liz Phair | 3,103KB | Audio |
| 2 Users | Liz Phair - greased lightning.mp3 | Liz Phair | 2,019KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Gunshy.mp3 | Liz Phair | 3,057KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Happy - Sessions at the 54th with David Byrne... | Liz Phair | 2,733KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Hello Sailor.mp3 | Liz Phair | 5,442KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Help Me Mary.mp3 | Liz Phair | 2,137KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - I Know Its Not Easy.mp3 | Liz Phair | 4,898KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Im A Believer.mp3 | Liz Phair | 3,356KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - I'm Beginning To See the Light.mp3 | Liz Phair | 2,863KB | Audio |
| 2 Users | Liz Phair - It's Sweet.mp3 | Liz Phair | 4,126KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Jealousy (live).mp3 | Liz Phair | 2,499KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Jealousy.mp3 | Liz Phair | 4,250KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (06.3) Not sharing any files



Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | Liz Phair - Jealousy (live)1.mp3 | Liz Phair | 3,499KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Jealousy.mp3 | Liz Phair | 4,250KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - little digger.mp3 | Liz Phair | 5,039KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Live at Catspaw I'll Get You High Live At Catspaw... | Liz Phair | 2,455KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Love Is Nothing Live.mp3 | Liz Phair | 2,708KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Love-Hate_Transmission.mp3 | Liz Phair | 3,722KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Mesmerizing.mp3 | Liz Phair | 3,684KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Miss Fortune.mp3 | Liz Phair | 751KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - miss lucy.mp3 | Liz Phair | 2,277KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Nashville.mp3 | Liz Phair | 6,552KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Never Said Live Lilith Fair.mp3 | Liz Phair | 2,511KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Never Said Nothing Live.mp3 | Liz Phair | 1,248KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Never Said.mp3 | Liz Phair | 3,548KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - One Less Thing (Girlysound).mp3 | Liz Phair | 4,473KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Only Son.mp3 | Liz Phair | 6,075KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Perfect World.mp3 | Liz Phair | 2,112KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Polyester Bride (live on Leno 9-30-98).mp3 | Liz Phair | 3,500KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Ride W/CSE Sessions.mp3 | Liz Phair | 3,471KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Ride.mp3 | Liz Phair | 2,878KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Rock Me.mp3 | Liz Phair | 4,702KB | Audio |

Found 3336 files          (2,106,500 users online, sharing 455,871,133 files (6,653) Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New Search | My Kazaa | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Ride.mp3 | Liz Phair | 2,878KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Rock Me.mp3 | Liz Phair | 4,707KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Rocket Boy (live.4-1-96).mp3 | Liz Phair | 1,977KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - SeeThe Light(unplugged).mp3 | Liz Phair | 2,852KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shane - Girlysounds.mp3 | Liz Phair | 4,455KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shane.mp3 | Liz Phair | 4,962KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shelved Demos 1996.mp3 | Liz Phair | 1,746KB | Audio |
| 2 Users | Liz Phair - sometimes a dream (is what makes you a slave)... | Liz Phair | 3,520KB | Audio |
| 2 Users | Liz Phair - Strange Loop.mp3 | Liz Phair | 3,698KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Stratford-on-Guy.mp3 | Liz Phair | 2,889KB | Audio |
| 2 Users | Liz Phair - Supernova (Uncensored).mp3 | Liz Phair | 2,651KB | Audio |
| 2 Users | Liz Phair - Supernova.mp3 | Liz Phair | 2,633KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Take a Look.mp3 | Liz Phair | 3,287KB | Audio |
| 2 Users | Liz Phair - Take a Look.mp3 | Liz Phair | 4,912KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Track 06.mp3 | Liz Phair | 3,517KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Track 07.mp3 | Liz Phair | 3,026KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Track 09.mp3 | Liz Phair | 4,864KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Track 11.mp3 | Liz Phair | 6,876KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Track 16.mp3 | Liz Phair | 3,547KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Turning Japanese.mp3 | Liz Phair | 3,414KB | Audio |

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New Search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Track 16.mp3 | Liz Phair | 3,547KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Turning Japanese.mp3 | Liz Phair | 3,414KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Uncle Alvarez Live.mp3 | Liz Phair | 4,432KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Uncle Alvarez.mp3 | Liz Phair | 3,633KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - WCSE Sessions - Oh My God.mp3 | Liz Phair | 1,054KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - What Makes You Happy  (live at 54th) .mp3 | Liz Phair | 352KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Whip Smart.mp3 | Liz Phair | 4,042KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - White Babies.mp3 | Liz Phair | 2,716KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Whitechocolatespaceegg - 11 - Headache.mp3 | Liz Phair | 4,061KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Why Can't I.mp3 | Liz Phair | 4,888KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - why I left california.mp3 | Liz Phair | 2,228KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Wild Thing (live 3:14:99).mp3 | Liz Phair | 3,397KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Wild Thing Track 02.mp3 | Liz Phair | 3,429KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - You Have No Idea.mp3 | Liz Phair | 3,872KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Pentium III Song.mp3 | Liz Phair | 3,027KB | Audio |
| BrooklynBoy@KaZaA | Red House Painters - Trailways (w Liz Phair).mp3 | Liz Phair | 6,282KB | Audio |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 5KB | |
| BrooklynBoy@KaZaA | Liz Phair - Down.mov | Unknown | 12,473KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - fuck and run.mpg | Unknown | 12,117KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Gen - Holidays - Give a little Bit - Women .mov | Unknown | 1,595KB | Video |

2 Users

Found 3736 files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download  Search  Traffic  Shop  Tell A Friend

New Search  Search Field

User:

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | Liz Phair - fuck and run.mpg | Unknown | 12,117KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Gap - Holidays - Give a Little Bit - Women.mov | Unknown | 1,595KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Local News Interview.mov | Unknown | 6,708KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - MTV Interview in coney island.mov | Unknown | 10,945KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - MuchMusic Interview.avi | Unknown | 5,582KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Never Said.mpg | Unknown | 31,199KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Polyester Bride - Leno .avi | Unknown | 6,188KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - polyester bride.mpg | Unknown | 36,966KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Sessions....> Interview 2.mov | Unknown | 939KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - solo gap commercial.mov | Unknown | 1,504KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Stratford On Guy.avi | Unknown | 4,655KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - supernova clip.mov | Unknown | 7,807KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - sw54th-11.mov | Unknown | 1,083KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - talks about levis.mpg | Unknown | 1,372KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Truth or Phair - VH1.mov | Unknown | 7,301KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Whip-Smart.mpg | Unknown | 41,925KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Why Can't I - Live on Leno 6-24-03.mpg | Unknown | 39,340KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - rocketboy.mov | Unknown | 2,343KB | Video |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 33KB | |
| BrooklynBoy@KaZaA | Why Cant I .asf | Liz Phair | 8,100KB | Video |

2,106,500 users online, sharing 455,871,133 files [98%] (Not sharing any files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My KaZaA   Theater   Search   Traffic   Shop   Tell A Friend

New Search   Download   Search Field

| User | Filename | Artist | Size | MediaType |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 38KB | Video |
| BrooklynBoy@KaZaA | Why Can't I.asf | Liz Phair | 8,199KB | Audio |
| BrooklynBoy@KaZaA | Trip Hop- Acid Jazz Trance - Portishead - Dummy (Remi... | Portishead | 3,226KB | Audio |
| BrooklynBoy@KaZaA | Trip-Hop- Acid Jazz Trance - Portishead - Sour Times (L... | Portishead | 4,084KB | Audio |
| BrooklynBoy@KaZaA | 04 - Romance.mp3 | Beth Gibbons Rustin Man | 4,840KB | Audio |
| BrooklynBoy@KaZaA | Ani Difranco- Linger (rare).mp3 | Ani DeFranco | 3,123KB | Audio |
| BrooklynBoy@KaZaA | DJ Shadow (UNKLE) - Time Has Come (Portishead).mp3 | Various Artists | 3,972KB | Audio |
| BrooklynBoy@KaZaA | Mandalay - Pearl.mp3 | Portishead (Mandalay) | 4,951KB | Audio |
| BrooklynBoy@KaZaA | Mandalay - Portishead-This Life.mp3 | Portishead (Mandalay) | 4,080KB | Audio |
| BrooklynBoy@KaZaA | Massive Attack - Better Things.mp3 | Portishead (Massive Atta... | 3,234KB | Audio |
| BrooklynBoy@KaZaA | Paul Weller - Wildwood (Portishead-Remix) - The Trip Hop ... | Portishead | 2,428KB | Audio |
| BrooklynBoy@KaZaA | Portis Head - The Matrix Soundtrack - Battle Scene Music..... | Portishead | 3,750KB | Audio |
| BrooklynBoy@KaZaA | Portis Head - Undenied.mp3 | Portishead | 3,698KB | Audio |
| 2 Users | Portishead Numbi.mp3 | Portishead | 3,680KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Roads (Roseland NYC Live).mp3 | Portishead | 5,476KB | Audio |
| BrooklynBoy@KaZaA | Portishead Massive Attack - Karmacoma.mp3 | Portishead (Massive Atta... | 3,708KB | Audio |
| BrooklynBoy@KaZaA | Portishead + UNKLE - The Time Has Come.mp3 | Portishead | 3,978KB | Audio |
| BrooklynBoy@KaZaA | Portishead - (rare) - Aquarius .mp3 | Portishead | 5,597KB | Audio |
| BrooklynBoy@KaZaA | Portishead - 11 - Strangers.mp3 | Portishead | 5,019KB | Audio |
| BrooklynBoy@KaZaA | portishead - Acid Jazz and Trip Hop (Remix).mp3 | Portishead | 4.08MB | Audio |

Found 3736 files

2,106,590 users online, sharing 455,871,133 files (6,6...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Portishead - 11 - Strangers.mp3 | Portishead | 5,019kB | Audio |
| BrooklynBoy@KaZaA | portishead - Acid Jazz and Trip Hop (Remix).mp3 | Portishead | 4,098kB | Audio |
| BrooklynBoy@KaZaA | portishead - airbus reconstruction.mp3 | Portishead | 4,824kB | Audio |
| BrooklynBoy@KaZaA | Portishead - All Mine 2.mp3 | Portishead | 5,661kB | Audio |
| BrooklynBoy@KaZaA | Portishead - All Mine.mp3 | Portishead | 3,777KB | Audio |
| BrooklynBoy@KaZaA | piortishead - another.mp3 | Portishead | 11,282kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Baby Sitar.mp3 | Portishead | 2,912kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Biscuit.mp3 | Portishead | 7,130kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Blowout (with Radiohead).mp3 | Portishead | 999kB | Audio |
| BrooklynBoy@KaZaA | portishead - coffeehouse conversation.mp3 | Portishead | 2,119kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Dummy (Remix).mp3 | Portishead | 3,226kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Dummy - 09 - Pedestal.mp3 | Portishead | 3,452kB | Audio |
| BrooklynBoy@KaZaA | portishead - elysium (parlour talk remix).mp3 | Portishead | 5,146kB | Audio |
| BrooklynBoy@KaZaA | portishead - F. Natalie Imbruglia.mp3 | Portishead | 4,096kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Glory Box (Live (Glastonbury 98).mpg | Unknown | 60,950KB | Video |
| BrooklynBoy@KaZaA | Portishead - Glory Box (Live NPA 94).mpg | Unknown | 51,561KB | Video |
| BrooklynBoy@KaZaA | Portishead - Glory Box.mp3 | Portishead | 4,634kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Glorybox - Unplugged.mp3 | Portishead (Mandalay) | 5,976kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Insensible.mp3 | Portishead | 4,564kB | Audio |
| BrooklynBoy@KaZaA | Portishead - Kraftwerk - Somer Blow Job.MP3 | Portishead | 7,444KB | Audio |

Found 3736 files

2,106,580 users online, sharing 455,871,133 files (08gs) | Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search    Download                    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 3 Users: | | | | |
| BrooklynBoy@KaZaA | Portishead - Sour times (lot more remix).mp3 | Portishead | 4,088KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Sour Times.mp3 | Portishead | 3,646KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Strangers-(DJ.Redline-Hiphop Instrumental).m... | Portishead | 1,280KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Strangers.mp3 | Portishead | 1,480KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Tribute To Monk.mp3 | Portishead | 9,943KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Trip Hop Reconstruction - Sheared Box.mp3 | Portishead | 3,303KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Trippin bass line...mp3 | Portishead | 4,128KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Undenied (1).mp3 | Portishead | 4,136KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Under Water Love.mp3 | Portishead | 3,738KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Wandering Star (Live).mp3 | Portishead | 4,281KB | Audio |
| BrooklynBoy@KaZaA | portishead - Wandering star (remix).mp3 | Portishead | 4,410KB | Audio |
| BrooklynBoy@KaZaA | portishead - Water.mp3 | Portishead_Sneaker Plm... | 3,937KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Welcome To Portishead -11 - Glory Box.II.mp3 | Portishead | 4,708KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Welcome To Portishead -12 - Uncertainty II.... | Portishead | 3,565KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Western Eyes.mp3 | Portishead | 3,742KB | Audio |
| BrooklynBoy@KaZaA | Portishead - You Find the Earth Boring (Remix).mp3 | Portishead | 3,525KB | Audio |
| BrooklynBoy@KaZaA | Portishead 08 - Seven Months.mp3 | Portishead | 6,070KB | Audio |
| BrooklynBoy@KaZaA | Portishead Plus DJ Shadow - Time Has Come copy.mp3 | Portishead | 3,972KB | Audio |
| BrooklynBoy@KaZaA | Portishead Portishead - Seven Months.mp3 | Portishead | 3,034KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Trip Hop Reconstruction.mp3 | Portishead | 2,822KB | audio |

Found 3736 files

2,106,500 users online. Sharing 485,871,133 Files (06.3) Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web My Kazaa Theater Search Traffic Shop Tell A Friend

New search Download Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Portishead Portishead - Seven Months.mp3 | Portishead | 3,034KB | Audio |
| BrooklynBoy@KaZaA | Portishead- Trip-Hop Reconstruction.mp3 | Portishead | 2,322KB | Audio |
| BrooklynBoy@KaZaA | Portishead-Sour time.mpg | Unknown | 35,229KB | Video |
| BrooklynBoy@KaZaA | Primal Scream - Give Up... (Portishead Remix).mp3 | Portishead | 1,396KB | Audio |
| BrooklynBoy@KaZaA | Radiohead _Portishead - Blow Out.mp3 | Portishead | 3,164KB | Audio |
| BrooklynBoy@KaZaA | Radiohead - Blowout (live and unplugged with Portishead.... | Portishead | 3,177KB | Audio |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 7KB | |
| BrooklynBoy@KaZaA | Ticket-Numb.mp3 | The Beatles | 6,480KB | Audio |
| BrooklynBoy@KaZaA | Tricky - Hell is Around the Corner[portishead].mp3 | Portishead | 3,072KB | Audio |
| BrooklynBoy@KaZaA | unkle - if you find the earth boring.mp3 | UNKLE | 4,096KB | Audio |
| BrooklynBoy@KaZaA | UNKLE - Time Has Come (Portishead).mp3 | UNKLE | 3,976KB | Audio |
| BrooklynBoy@KaZaA | Unkle Portishead - Coffeehouse Conversation (Plaid Mix)... | Portishead | 4,990KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 011 Portishead Glory... | Portishead | 4,632KB | Audio |
| BrooklynBoy@KaZaA | !2001[1].mp3 | Acid Jazz | 1,352KB | Audio |
| BrooklynBoy@KaZaA | 19960300!BROWN_MIKE.ram | Unknown | 11,306KB | |
| BrooklynBoy@KaZaA | 19970900!SIRE.ram | Unknown | 6,667KB | |
| BrooklynBoy@KaZaA | 19990000!LASTRAPES_TY!02.ram | Unknown | 15,879KB | |
| BrooklynBoy@KaZaA | 19990500!SHONUFF.ram | Unknown | 4,713KB | |
| BrooklynBoy@KaZaA | Amazon Rainforest.mp3 | Acid Jazz | 19,752KB | Audio |
| BrooklynBoy@KaZaA | ambient 02@hyperreal-01 Microscopic - Gas (Mak Jarvis) | Ohm | 1,057KB | Audio |

Found 3736 files 2,106,500 users online, sharing 455,871,133 files (36,3 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Amazon Rainforest.mp3) | Acid Jazz | 19,752KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-01. Microscopic - Gas (Mat Jarvis) ... | Ohm | 1,057KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-03, Subterranean Bells - Isomorph ... | Ohm | 1,023KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-07. Immerland - Tonelab .mp3 | Ohm | 919KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-09. Summer Chill Out - (TJackTheTa... | Ohm | 931KB | Audio |
| BrooklynBoy@KaZaA | bass mekanik - Subsonic Beat.mp3 | Bass Mekanik | 2,276KB | Audio |
| BrooklynBoy@KaZaA | Beck - Two 2 Turntables and a Microphone.mp3 | Various Artists | 4,526KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Deep Blue Day.mp3 | Brian Eno | 3,702KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Neverwhere 03.mp3 | Brian Eno | 1,158KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Neverwhere 05.mp3 | Brian Eno | 1,042KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Neverwhere 10.mp3 | Brian Eno | 665KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Neverwhere 12.mp3 | Brian Eno | 864KB | Audio |
| BrooklynBoy@KaZaA | Café del Mar Eric Satie - Endorphin 1 (1).mp3 | Various Artists | 2,986KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers - Beats made to break.mp3 | Various Artists | 2,682KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers - Setting Sun.mp3 | Acid Jazz | 5,046KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest - (Pacifique Soundtrack) 01 - Pacifique.mp3 | Ohm | 233KB | Audio |
| BrooklynBoy@KaZaA | DJ Dara - Smoke.mp3 | Various Artists | 4,592KB | Audio |
| BrooklynBoy@KaZaA | DJ Louie Devito - Amedeus 2000.mp3 | NYC Underground party. | 5,150KB | Audio |
| BrooklynBoy@KaZaA | DJ Mark Farina - 11 - Southern Comfort.mp3 | Various Artists | 5,738KB | Audio |
| BrooklynBoy@KaZaA | DJ Tiesto - Deep Trance Mix.mp3 | Various Artists | 4,090KB | audio |

Found 3736 files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | DJ Mark Farina - 11.- Southern Comfort.mp3 | Various Artists | 5,788KB | Audio |
| BrooklynBoy@KaZaA | DJ Tiesto - Deep Trance Mix.mp3 | Various Artists | 4,000KB | Audio |
| BrooklynBoy@KaZaA | Fade[1].mp3 | *Plane* | 693KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - A-Zed and Two L's.mp3 | Fila Brazilia | 8,134KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - Cottonwool.mp3 | Fila Brazilia | 7,744KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - Freedom.mp3 | Fila Brazilia | 8,703KB | Audio |
| BrooklynBoy@KaZaA | Fila brazilia - Royal Rumba (Fila brazilia mix).#.mp3 | Fila Brazilia | 4,936KB | Audio |
| BrooklynBoy@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | desktop.ini | Unknown | 0KB | |
| BrooklynBoy@KaZaA | Folder.jpg | Unknown | 8KB | Image |
| BrooklynBoy@KaZaA | Georgeous-Tripnofunk.mp3 | Acid Jazz | 4,266KB | Audio |
| BrooklynBoy@KaZaA | groove armada - I See You Baby Shakin That Ass.mp3 | Groove Armada | 3,808KB | Audio |
| BrooklynBoy@KaZaA | groove armada - porn star remix.mp3 | Groove Armada | 1,408KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Superstylin'.mp3 | Groove Armada | 5,659KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 14 - Rap.mp3 | Groove Armada | 3,584KB | Audio |
| BrooklynBoy@KaZaA | Groove Theory - Never enough.mp3 | Acid Jazz | 4,155KB | Audio |
| BrooklynBoy@KaZaA | Jurassic Five- Improvise.mp3 | Acid Jazz | 2,673KB | Audio |
| BrooklynBoy@KaZaA | desktop.ini | Unknown | 0KB | |
| BrooklynBoy@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | desktop.ini | Unknown | 0KB | Image |

Found 3736 files

2,106,580 users online, sharing 465,871,133 files (9,613 Not sharing any files