**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | SearchField

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | desktop.ini | Unknown | 0KB | |
| BrooklynBoy@KaZaA | Folder.jpg | Unknown | 7KB | Image |
| BrooklynBoy@KaZaA | Mazzy Star - Fade Into You.mp3 | Acid Jazz | 3,034KB | Audio |
| BrooklynBoy@KaZaA | Mike Oldfield - Tubular Bells (Full Version).mp3 | Ohm | 23,894KB | Audio |
| BrooklynBoy@KaZaA | morcheeba - Ambiant Lounge.mp3 | Morcheeba | 3,026KB | Audio |
| BrooklynBoy@KaZaA | Morcheeba - Big Calm.mp3 | Morcheeba | 5,638KB | Audio |
| BrooklynBoy@KaZaA | morcheeba - crystal blue persuasion.mp3 | Morcheeba | 3,652KB | Audio |
| BrooklynBoy@KaZaA | Morcheeba - Extended Trigger Hippie (Glide Sitar Mix).mp3 | Morcheeba | 4,946KB | Audio |
| BrooklynBoy@KaZaA | morcheeba - killer hippie.mp3 | Morcheeba | 3,988KB | Audio |
| BrooklynBoy@KaZaA | morcheeba - la femme nikita.mp3 | Morcheeba | 4,767KB | Audio |
| BrooklynBoy@KaZaA | morcheeba - Morcheeba Blind.mp3 | Morcheeba | 3,808KB | Audio |
| BrooklynBoy@KaZaA | Morcheeba - Tape Loop.mp3 | Morcheeba | 4,107KB | Audio |
| BrooklynBoy@KaZaA | Morcheeba - The Sea (live from Lilith Fair).mp3 | Morcheeba | 5,026KB | Audio |
| BrooklynBoy@KaZaA | not_necessarily[1].mp3 | Acid Jazz | 1,912KB | Audio |
| BrooklynBoy@KaZaA | Orb - Toxygene (Fila Brazilia Mix).mp3 | The Orb | 5,788KB | Audio |
| BrooklynBoy@KaZaA | Paul Okenfold - Hallucinogen .mp3 | Paul Oakenfold | 7,268KB | Audio |
| BrooklynBoy@KaZaA | Paul Okenfold - Send Me An Angel (remix).mp3 | Paul Oakenfold | 5,328KB | Audio |
| BrooklynBoy@KaZaA | Paul Oakenfold - This Is Trance.MP3 | Paul Oakenfold | 5,900KB | Audio |
| BrooklynBoy@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Paul Okenfold - This Is Trance.MP3 | Paul Oakenfold | 5,900KB | Audio |
| BrooklynBoy@KaZaA | AlbumArtSmall.jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | AlbumArt_{7E4ABD03-8690-4C01-9DC9-C8801CEAD722}_... | Unknown | 10KB | Image |
| BrooklynBoy@KaZaA | desktop.ini | Unknown | 0KB | |
| BrooklynBoy@KaZaA | stgeorge[1].mp3 | Danny K | 653KB | Audio |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 8KB | |
| BrooklynBoy@KaZaA | ultra-lounge - binga banga bongo-percolator.mp3 | Acid Jazz | 4,452KB | Audio |
| BrooklynBoy@KaZaA | Voodoo Child (Long Remix).mp3 | Moby | 4,758KB | Audio |
| BrooklynBoy@KaZaA | 02_On_On.mp3 | ERYKAH BADU | 3,604KB | Audio |
| BrooklynBoy@KaZaA | Ani Defranco - Amazing Grace.mp3 | Ani DeFranco | 6,704KB | Audio |
| BrooklynBoy@KaZaA | Ani DeFranco - Shameless.mp3 | Ani DeFranco | 818KB | Audio |
| BrooklynBoy@KaZaA | Ani DeFranco - She Says.mp3 | Ani DeFranco | 3,378KB | Audio |
| BrooklynBoy@KaZaA | Ani DeFranco-Asis.mp3 | Ani DeFranco | 1,296KB | Audio |
| BrooklynBoy@KaZaA | Ani DeFranco-Virtue.mp3 | Ani DeFranco | 5,990KB | Audio |
| BrooklynBoy@KaZaA | Ani Difranco - 4th of July.mp3 | Ani DeFranco | 2,854KB | Audio |
| BrooklynBoy@KaZaA | Ani Difranco - Joni Mitchell and Bob Dylan.mp3 | Ani DeFranco | 3,850KB | Audio |
| BrooklynBoy@KaZaA | Ani Difranco - My 1Q Live.mp3 | Ani DeFranco | 2,407KB | Audio |
| BrooklynBoy@KaZaA | Ani Difranco-Fuck you.mp3 | Ani DeFranco | 4,344KB | Audio |
| BrooklynBoy@KaZaA | As Time Goes By - Diana Krall.mp3 | Various Artists | 1,521KB | Audio |
| BrooklynBoy@KaZaA | avril lavigne - sk8er boi.mp3 | avril lavigne | 664KB | Audio |

Found 3736 files.

2,106,500 users online, sharing 455,871,133 Files (3653 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | As Time Goes By - Diana Krall.mp3 | Various Artists | 1,531KB | Audio |
| BrooklynBoy@KaZaA | Avril Lavigne - sk8ter boi.mp3 | Avril Lavigne | 664KB | Audio |
| BrooklynBoy@KaZaA | Billie Holiday - Summertime.mp3 | Billie Holiday | 2,574KB | Audio |
| BrooklynBoy@KaZaA | Billy Holiday - Don't Explain.mp3 | Various Artists | 1,988KB | Audio |
| BrooklynBoy@KaZaA | Billy Holiday - Solitude.mp3 | Various Artists | 3,325KB | Audio |
| BrooklynBoy@KaZaA | blondie - 99 Red Balloons.mp3 | Blondie | 3,698KB | Audio |
| BrooklynBoy@KaZaA | Blondie - Tide is High.mp3 | Blondie | 3,631KB | Audio |
| BrooklynBoy@KaZaA | Blondie's Dreaming.mp3 | | 2,190KB | Audio |
| BrooklynBoy@KaZaA | brooks meredith - bitch (acoustic).mp3 | Meredith Brooks | 2,764KB | Audio |
| BrooklynBoy@KaZaA | Brown Skin 2.mp3 | Various Artists | 3,019KB | Audio |
| BrooklynBoy@KaZaA | Cassandra Wilson - Time After Time.mp3 | Various Artists | 3,826KB | Audio |
| BrooklynBoy@KaZaA | Chaka Kahn - Through The Fire.MP3 | Chaka Khan | 3,181KB | Audio |
| 2 Users | Chaka Khan - Aint Nobody (Frankie Knuckles Remix).mp3 | Various Artists | 4,094KB | Audio |
| BrooklynBoy@KaZaA | Des'ree - you gotta be.mp3 | Various Artists | 3,377KB | Audio |
| BrooklynBoy@KaZaA | Desiree - You Got to Be.mp3 | Des'ree | 3,822KB | Audio |
| BrooklynBoy@KaZaA | diana krall - a vie en rose.mp3 | Various Artists | 5,484KB | Audio |
| BrooklynBoy@KaZaA | Diana_Haddad_-_Sayyidi.mp3 | Diana Haddad | 740KB | Audio |
| BrooklynBoy@KaZaA | Dinah Washington - September In The Rain.mp3 | Various Artists | 2,006KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - La Vie en rose.mp3 | Edith Piaf | 2,812KB | Audio |
| 2 Users | Edith Piaf - Hymne A L'Amour.mp3 | Edith Piaf | 3,262KB | Audio |

Found 3,736 files | 2,106,500 users online, sharing 455,871,133 files (Qb 3) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Edith Piaf - C'est l'amour.mp3 | Edith Piaf | 2,812KB | Audio |
| 2 Users | Edith Piaf - Hymne A L'Amour.mp3 | Edith Piaf | 3,262KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - L'homme à la moto.mp3 | Edith Piaf | 1,933KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - La foule.mp3 | Edith Piaf | 2,736KB | Audio |
| BrooklynBoy@KaZaA | edith Piaf - La Vie En Rose (original French version).mp3 | Edith Piaf | 3,511KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - Les amants (avec Charles Dumont).mp3 | Edith Piaf | 3,639KB | Audio |
| BrooklynBoy@KaZaA | edith piaf - Les Roses Blanches.mp3 | Edith Piaf | 2,503KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - Tu Es Partout (Saving Private Ryan).mp3 | Edith Piaf | 2,636KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - Ça ira.mp3 | Edith Piaf | 2,880KB | Audio |
| BrooklynBoy@KaZaA | Edith Piaf - Mon manege a moi.mp3 | Edith Piaf | 2,866KB | Audio |
| BrooklynBoy@KaZaA | Edith_Piaf_-_Tu_me_fais_tourner_la_tete! (1).mp3 | Edith Piaf | 2,794KB | Audio |
| BrooklynBoy@KaZaA | Ella Fitzgerald - Somewhere Over the Rainbow.mp3 | Ella Fitzgerald | 4,054KB | Audio |
| BrooklynBoy@KaZaA | Ella Fitzgerald - Summertime.mp3 | Ella Fitzgerald | 4,690KB | Audio |
| BrooklynBoy@KaZaA | En Vogue - Never Gonna Get It.mp3 | Various Artists | 4,413KB | Audio |
| BrooklynBoy@KaZaA | Etta James - (Billie Holiday) - 03 - The Man I Love.mp3 | Various Artists | 4,924KB | Audio |
| BrooklynBoy@KaZaA | etta james - at last (live).mp3 | Etta James | 4,836KB | Audio |
| BrooklynBoy@KaZaA | etta james - At Last (Long Version).mp3 | Various Artists | 4,521KB | Audio |
| BrooklynBoy@KaZaA | Etta James - At Last.mp3 | Etta James | 2,780KB | Audio |
| BrooklynBoy@KaZaA | etta james - ball_chain.mp3 | Etta James | 9,353KB | Audio |
| BrooklynBoy@KaZaA | Etta James - In the Basement.mp3 | Various Artists | 2,235KB | Audio |

Found 3736 files    12,106,500 users online, sharing 455,871,133 files (36.3...    Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | etta james - ball_chain.mp3 | Etta James | 9,353KB | Audio |
| BrooklynBoy@KaZaA | Etta James - In the Basement.mp3 | Various Artists | 2,235KB | Audio |
| BrooklynBoy@KaZaA | Fiona Apple- Nothings gonna change my world (1).mp3 | Various Artists | 4,806KB | Audio |
| BrooklynBoy@KaZaA | French - Edit Piaf_aznavour.mp3 | Edith Piaf | 2,634KB | Audio |
| BrooklynBoy@KaZaA | Grace Jones - Pull Up to the Bumper (remix).mp3 | Grace Jones | 6,112KB | Audio |
| BrooklynBoy@KaZaA | Grace Jones - Pull Up To The Bumper.mp3 | Grace Jones | 5,566KB | Audio |
| BrooklynBoy@KaZaA | Grace Jones vs. Funkstar De Luxe - Pull up to the bumper... | Grace Jones | 3,145KB | Audio |
| BrooklynBoy@KaZaA | India.Arie - Brown Skin (Bounce Remix).mp3 | Various Artists | 3,451KB | Audio |
| BrooklynBoy@KaZaA | India Arie - Brown Skin.wpk | Unknown | 902KB | |
| BrooklynBoy@KaZaA | janis joplin - half moon.mp3 | Janis Joplin | 3,654KB | Audio |
| BrooklynBoy@KaZaA | janis joplin - san francisco bay blues.mp3 | Various Artists | 1,706KB | Audio |
| BrooklynBoy@KaZaA | janis joplin - trust me.mp3 | Janis Joplin | 3,090KB | Audio |
| BrooklynBoy@KaZaA | janis joplin - w Jimi Hendrix Jim Morrison.mp3 | Various Artists | 5,274KB | Audio |
| BrooklynBoy@KaZaA | Janis Joplin - White Rabbit (Woodstock 1969).mp3 | Various Artists | 3,710KB | Audio |
| BrooklynBoy@KaZaA | Janis.wav | Unknown | 16,101KB | Audio |
| BrooklynBoy@KaZaA | Janis_Joplin_-_Piece_Of_My_Heart(sm).mpg | Unknown | 34,782KB | Video |
| BrooklynBoy@KaZaA | Janis_Joplin_-_Summertime(sm).mpg | Unknown | 30,325KB | Video |
| BrooklynBoy@KaZaA | Joan Armatrading_ Willow.mp3 | Joan Armatrading | 4,501KB | Audio |
| BrooklynBoy@KaZaA | Joan Armatrading - Love And Affection.mp3 | Joan Armatrading | 4,096KB | Audio |
| BrooklynBoy@KaZaA | Joan Armatrading - Me Me O Reach.mp3 | Joan Armatrading | 2,871KB | Audio |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 Files (36.3... | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Joan Armatrading - Love And Affection.mp3 | Joan Armatrading | 4,096KB | Audio |
| BrooklynBoy@KaZaA | Joan Armatrading - Ma Me O Beach.mp3 | Joan Armatrading | 2,871KB | Audio |
| BrooklynBoy@KaZaA | Jones, Grace - Demolition Man.mp3 | Jones, Grace | 5,215KB | Audio |
| BrooklynBoy@KaZaA | KD Lang_Roy Orbison - Crying .mp3 | K.D. Lang | 3,537KB | Audio |
| BrooklynBoy@KaZaA | Lauryn Hill - Oh Pretty Baby (1).mp3 | Lauryn Hill | 2,595KB | Audio |
| BrooklynBoy@KaZaA | Lucinda Williams - I Lost It.mp3 | Lucinda Williams | 3,328KB | Audio |
| BrooklynBoy@KaZaA | Lucinda Williams - Passionate Kisses.mp3 | Lucinda Williams | 2,488KB | Audio |
| BrooklynBoy@KaZaA | Marianne Faithful -Sister Morphine.mp3 | Marianne Faithful | 5,205KB | Audio |
| BrooklynBoy@KaZaA | Me'shell Ndegeocello - You made a fool of me .mp3 | Meshell Ndegeocello | 2,475KB | Audio |
| BrooklynBoy@KaZaA | Me'shell Ndegeocello - Bitter.mp3 | Meshell Ndegeocello | 3,988KB | Audio |
| BrooklynBoy@KaZaA | Melanie - Ruby Tuesday.mp3 | | 4,320KB | Audio |
| BrooklynBoy@KaZaA | Meshell Ndegeocello - 09 - Beautiful.mp3 | Various Artists | 2,523KB | Audio |
| BrooklynBoy@KaZaA | Meshell Ndegeocello - God Shiva.mp3 | Various Artists | 3,916KB | Audio |
| BrooklynBoy@KaZaA | Nina - 99 Red Ballons.mp3 | Nina ~80's~ | 3,712KB | Audio |
| BrooklynBoy@KaZaA | Norah Jones - Lonestar.mp3 | Norah Jones | 2,913KB | Audio |
| 2 Users | norah jones - Turn Me On.mp3 | Norah Jones | 2,404KB | Audio |
| BrooklynBoy@KaZaA | Raitt, Bonnie - Angel From Montgomery.mp3 | Bonnie Raitt | 3,745KB | Audio |
| BrooklynBoy@KaZaA | Sarah Maclachlan - Fumbling Toward Ecstacy.mp3 | Sarah McLaughlin | 5,460KB | Audio |
| BrooklynBoy@KaZaA | Sarah McLachlan - I Love You (BT Club Mix).mp3 | Sarah McLaughlin | 6,431KB | Audio |
| BrooklynBoy@KaZaA | Sarah Vaughan - Time after Time .mp3 | Sarah Vaughn | 2,795KB | Audio |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (3,631... Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Sarah McLachlan - I Love You (BT Club Mix).mp3 | Sarah McLaughlin | 8,481KB | Audio |
| BrooklynBoy@KaZaA | Sarah Vaughn - Time after Time .mp3 | Sarah Vaughn | 2,795KB | Audio |
| BrooklynBoy@KaZaA | Sarah Vaughn - I'll Be Seeing You.mp3 | Sarah Vaughn | 1,223KB | Audio |
| BrooklynBoy@KaZaA | Simone, Nina - Mood Indigo.mp3 | Nina Simone | 3,768KB | Audio |
| BrooklynBoy@KaZaA | Thumbs.db | Unknown | 6KB | |
| BrooklynBoy@KaZaA | Tori Amos_Ani Difranco - Silent All These Years.mp3 | Tori Amos | 2,943KB | Audio |
| BrooklynBoy@KaZaA | Tori Amos_Bjork - Wrapped Around Your Finger (Live Poli... | Unknown | 6,212KB | Audio |
| BrooklynBoy@KaZaA | tori.amos - Bells For Her (Trip Hop Remix).mp3 | Tori Amos | 5,002KB | Audio |
| BrooklynBoy@KaZaA | Tori Amos - Blue Skies (Rabbit In The Moon Remix).mp3 | Tori Amos | 9,599KB | Audio |
| BrooklynBoy@KaZaA | Tori Amos - Imagine (Live - John Lennon cover).mp3 | Tori Amos | 3,278KB | Audio |
| BrooklynBoy@KaZaA | tori.amos - kurt.cobain.medley.mp3 | Tori Amos | 6,572KB | Audio |
| BrooklynBoy@KaZaA | Tori Amos - Smells Like Teen Spirit (1).mp3 | Tori Amos | 2,542KB | Audio |
| BrooklynBoy@KaZaA | Tori Amos - Cooling (Speedbliss Mix) New 2001 rare club da... | Tori Amos | 4,782KB | Audio |
| BrooklynBoy@KaZaA | tracy chapman - i'm sorry .mp3 | Tracy Chapman | 2,585KB | Audio |
| BrooklynBoy@KaZaA | tuck and patti - Valeria Songs.mp3 | Tuck and Patti | 4,353KB | Audio |
| BrooklynBoy@KaZaA | Clip Art and Stock Photos.pdf | Unknown | 24,011KB | Document |
| BrooklynBoy@KaZaA | 05 Offer.wma | Alanis Morisette | 3,886KB | Audio |
| BrooklynBoy@KaZaA | beth orton - here on earth.soundtrack.mp3 | Beth Orton | 1,431KB | Audio |
| BrooklynBoy@KaZaA | Wild World.mp3 | beth orton | 5,230KB | Audio |
| BrooklynBoy@KaZaA | Beth Orton - Tangent.mp3 | Beth Orton | 7,010KB | Audio |

Found 3736 files   2,106,500 users online, sharing 455,871,133 files (36.3...| Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download            Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Wild World.mp3 | beth orton | 5,230KB | Audio |
| BrooklynBoy@KaZaA | Beth Orton - Tangent.mp3 | Beth Orton | 7,010KB | Audio |
| BrooklynBoy@KaZaA | Space Ghost - Perfect Hair Forever.avi | Unknown | 102,564KB | Video |
| BrooklynBoy@KaZaA | Bruitage - THX special.mp3 | Sound Effects | 512KB | Audio |
| BrooklynBoy@KaZaA | Sound effects animal_sounds_01-dog.mp3 | Animals | 820KB | Audio |
| BrooklynBoy@KaZaA | t.wav | A+ | 371KB | Audio |
| BrooklynBoy@KaZaA | Ragheb Alama - Nasini Donia.mp3 | 3. | 4,237KB | Audio |
| BrooklynBoy@KaZaA | 1.wav | estapepe | 281KB | Audio |
| BrooklynBoy@KaZaA | Amr Diab - ragga remix.mp3 | dancehall | 11,023KB | Audio |
| BrooklynBoy@KaZaA | spanish - TECHNO CUMBIA MIX.mp3 | 3' | 5,430KB | Audio |
| BrooklynBoy@KaZaA | kol.ma.2ool el doba-Arabic Music_Mixes.MP3 | arabic | 7,022KB | Audio |
| BrooklynBoy@KaZaA | 2-19-04[1].wav | Unknown | 1,173KB | Audio |
| BrooklynBoy@KaZaA | Arabic - Amro Diab - Habibi (1).mp3 | amar diab | 4,593KB | Audio |
| 2 Users | 3 (5) WAV | Unknown | 18KB | Audio |
| BrooklynBoy@KaZaA | h.mp3 | Sex Sounds | 527KB | Audio |
| BrooklynBoy@KaZaA | ARABIC-Dabkeh - Lebanese Mix.wma | arabic | 6,509KB | Audio |
| BrooklynBoy@KaZaA | 18 (5).WAV | Unknown | 35KB | Audio |
| BrooklynBoy@KaZaA | sound effects - crowd cheering.mp3 | sound effects | 628KB | Audio |
| BrooklynBoy@KaZaA | 04.WAV | Unknown | 3,900KB | Audio |
| BrooklynBoy@KaZaA | hindi music.mp3 | Hindi Remixes | 2,340KB | Audio |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (96.3 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 04.WAV | Unknown | 3,900KB | Audio |
| BrooklynBoy@KaZaA | hindimusic.mp3 | Hindi Remixer | 2,340KB | Audio |
| BrooklynBoy@KaZaA | 19-00.wav | Unknown | 17,986KB | Audio |
| BrooklynBoy@KaZaA | ALABINA__MEGAMIX__ARABIC_.MP3 | Mix | 4,418KB | Audio |
| BrooklynBoy@KaZaA | TOK-Egyptian riddim.mp3 | T.O.K. | 5,178KB | Audio |
| BrooklynBoy@KaZaA | ya laila-Arabic Dance - Mix-sonique.mp3 | Sonique | 3,288KB | Audio |
| BrooklynBoy@KaZaA | beatl Asena- Asena hayasi.mp3 | Asena | 3,433KB | Audio |
| BrooklynBoy@KaZaA | David craig arabic mix 3.mp3 | Unknown | 5,751KB | Audio |
| BrooklynBoy@KaZaA | ba7lam beek- Dance Mix #2.mp3 | Arabic Songs | 3,876KB | Audio |
| BrooklynBoy@KaZaA | ARABIC-Dabkeh - Lebanese Mix.mp3 | 3 | 6,444KB | Audio |
| BrooklynBoy@KaZaA | mashkalni-mix arab rnb.wma | Aaliyah | 8,348KB | Audio |
| BrooklynBoy@KaZaA | - 03.wav | Cae | 50,494KB | Audio |
| BrooklynBoy@KaZaA | Sound Effects - Phone Ringing.wav | Sound Effects | 2,315KB | Audio |
| BrooklynBoy@KaZaA | 02.WAV | Cae | 40,206KB | Audio |
| BrooklynBoy@KaZaA | - 08.wav | Cae | 46,711KB | Audio |
| BrooklynBoy@KaZaA | 09.WAV | Cae | 43,461KB | Audio |
| BrooklynBoy@KaZaA | 09 - Count Basie-Octet.mp3 | Cool 11 | 3,696KB | Audio |
| BrooklynBoy@KaZaA | Oh what a love.mp3 | Nitty Gritty Dirt Band | 2,968KB | Audio |
| BrooklynBoy@KaZaA | 05_Angelyne.mp3 | Nitty Gritty Dirt Band | 3,923KB | Audio |
| BrooklynBoy@KaZaA | Nitty Gritty Dirt Band - Cadillac Ranch.mp3 | Nitty Gritty Dirt Band | 4,324KB | Audio |

Found 3736 files.    2,106,500 users online, sharing 455,871,133 files (36.3)    Not sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 05_Angelyne.mp3 | Nitty Gritty Dirt Band | 3,938KB | Audio |
| BrooklynBoy@KaZaA | Nitty Gritty Dirt Band - Cadillac Ranch.mp3 | Nitty Gritty Dirt Band | 4,326KB | Audio |
| BrooklynBoy@KaZaA | Cream--Sunshine of Your Love.wma | Cream | 1,997KB | Audio |
| BrooklynBoy@KaZaA | Eric Clapton - Cocaine.mp3 | Cream | 4,218KB | Audio |
| BrooklynBoy@KaZaA | Promo Stars Kira Kenner_Lacey 01.mov | Unknown | 6,209KB | Video |
| BrooklynBoy@KaZaA | Iggy Pop - Candy.mp3 | Iggy Pop/The Stooges | 4,015KB | Audio |
| BrooklynBoy@KaZaA | --b243.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | 002l.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | 007.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | 008.jpg | Unknown | 56KB | Image |
| BrooklynBoy@KaZaA | 00aa04.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | 01g.jpg | Unknown | 18KB | Image |
| BrooklynBoy@KaZaA | 04f.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | 05.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | 05m.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | 05uu.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | 06.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | 06gh.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | 06oop.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | 06f.jpg | Unknown | 34KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (96.3 Not sharing any files.

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 06oo0.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | 06t.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | 06yy.jpg | Unknown | 28KB | Image |
| BrooklynBoy@KaZaA | 07.jpg | Unknown | 45KB | Image |
| BrooklynBoy@KaZaA | 07gh.jpg | Unknown | 9KB | Image |
| BrooklynBoy@KaZaA | 07hh.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | 07k.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | 07tt.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | 08 (1).jpg | Unknown | 60KB | Image |
| BrooklynBoy@KaZaA | 08.jpg | Unknown | 114KB | Image |
| BrooklynBoy@KaZaA | 08aa.jpg | Unknown | 107KB | Image |
| BrooklynBoy@KaZaA | 08hh.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | 08li.jpg | Unknown | 48KB | Image |
| BrooklynBoy@KaZaA | 2.jpg | Unknown | 17KB | Image |
| BrooklynBoy@KaZaA | 2el-20.jpg | Unknown | 57KB | Image |
| BrooklynBoy@KaZaA | 2el-4.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | 3.jpg | Unknown | 38KB | Image |
| BrooklynBoy@KaZaA | 3pvaddsub3231.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | 4i.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | 5.jpg | Unknown | 41KB | Image |

Found 3336 files.  2,106,500 users online, sharing 455,871,133 files (963) | Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 4j.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | 5.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | 6.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | 6j.jpg | Unknown | 43KB | Image |
| BrooklynBoy@KaZaA | 6mm.jpg | Unknown | 46KB | Image |
| BrooklynBoy@KaZaA | 7.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | 7c.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | beth4.jpg | Unknown | 84KB | Image |
| BrooklynBoy@KaZaA | chiang_ai_004.jpg | Unknown | 106KB | Image |
| BrooklynBoy@KaZaA | chrissy_10003_l.jpg | Unknown | 89KB | Image |
| BrooklynBoy@KaZaA | chrissy_10004_l.jpg | Unknown | 109KB | Image |
| BrooklynBoy@KaZaA | chrissy_10005_l.jpg | Unknown | 118KB | Image |
| BrooklynBoy@KaZaA | chrissy_10011_l.jpg | Unknown | 91KB | Image |
| BrooklynBoy@KaZaA | chrissy_10017_l.jpg | Unknown | 97KB | Image |
| BrooklynBoy@KaZaA | corny13.jpg | Unknown | 27KB | Image |
| BrooklynBoy@KaZaA | DCP_6609.jpg | Unknown | 53KB | Image |
| BrooklynBoy@KaZaA | DSC00019.jpg | Unknown | 44KB | Image |
| BrooklynBoy@KaZaA | e002.jpg | Unknown | 20KB | Image |
| BrooklynBoy@KaZaA | FileRead.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | frankie161.jpg | Unknown | 25KB | Image |

Found: 3736 files    2,106,500 users online, sharing 455,871,133 files (36.3) | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | FileRead.jpg | Unknown | 49KB | Image |
| BrooklynBoy@KaZaA | Frankie161.jpg | Unknown | 26KB | Image |
| BrooklynBoy@KaZaA | free489905.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | gina_10004_l.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | gina_10005_l.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | gina_10006_l.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | gina_10008_l.jpg | Unknown | 66KB | Image |
| BrooklynBoy@KaZaA | gina_10009_l.jpg | Unknown | 85KB | Image |
| BrooklynBoy@KaZaA | gina_10010_l.jpg | Unknown | 64KB | Image |
| BrooklynBoy@KaZaA | gina_10011_l.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | gina_10012_l.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | gina_10013_l.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | gina_10014_l.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | gina_10015_l.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | gina_10016_l.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | gina_10017_l.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | gina_10018_l.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | gina_10019_l.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | gina_10020_l.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | gina_10022_l.jpg | Unknown | 72KB | Image |

Found 3,236 files.   2,106,500 users online, sharing 455,871,133 files (36,3); Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | | | | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | gina_10020_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | gina_10022_i.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | gina_10023_i.jpg | Unknown | 76KB | Image |
| BrooklynBoy@KaZaA | jade_50057_i.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | jade_60000_i.jpg | Unknown | 92KB | Image |
| BrooklynBoy@KaZaA | jade_60007_i.jpg | Unknown | 112KB | Image |
| BrooklynBoy@KaZaA | jade_60008_i.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | jade_60009_i.jpg | Unknown | 106KB | Image |
| BrooklynBoy@KaZaA | ja_he19.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | madison10017_i.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | madison10024_i.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | madison10025_i.jpg | Unknown | 82KB | Image |
| BrooklynBoy@KaZaA | molina_20022_i.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | molina_20023_i.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | molina_20024_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | molina_20025_i.jpg | Unknown | 57KB | Image |
| BrooklynBoy@KaZaA | nicole_10022_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | nicole_10023_i.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | nicole_10024_i.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | nicole_10025_i.jpg | Unknown | 68KB | Image |

Found 3336 files | 2,106,500 users online, sharing 455,871,133 Files (36.3) | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | nicole_10024_1.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | nicole_10025_1.jpg | Unknown | 68KB | Image |
| BrooklynBoy@KaZaA | nicole_10026_1.jpg | Unknown | 64KB | Image |
| BrooklynBoy@KaZaA | nicole_10027_1.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | nicole_10074_1.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | nicole_60001_1.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | nikki4.jpg | Unknown | 41KB | Image |
| BrooklynBoy@KaZaA | nikkihottie12.jpg | Unknown | 78KB | Image |
| BrooklynBoy@KaZaA | nrm0002_02.jpg | Unknown | 213KB | Image |
| BrooklynBoy@KaZaA | nrm0002_03.jpg | Unknown | 249KB | Image |
| BrooklynBoy@KaZaA | nrm0002_04.jpg | Unknown | 236KB | Image |
| BrooklynBoy@KaZaA | nrm0002_05.jpg | Unknown | 232KB | Image |
| BrooklynBoy@KaZaA | nrm0002_09.jpg | Unknown | 232KB | Image |
| BrooklynBoy@KaZaA | nrm0002_10.jpg | Unknown | 230KB | Image |
| BrooklynBoy@KaZaA | nrm0002_11.jpg | Unknown | 223KB | Image |
| BrooklynBoy@KaZaA | p10gp36.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | p1gp30.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | P2030449.jpg | Unknown | 21KB | Image |
| BrooklynBoy@KaZaA | p3gp33.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | p6.jpg | Unknown | 22KB | Image |

Found 3336 files | 2,106,500 users online, sharing 455,871,133 files (365) | Not sharing any files

## Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | p3gp33.jpg | Unknown | 36KB | Image |
| BrooklynBoy@KaZaA | p6.jpg | Unknown | 22KB | Image |
| BrooklynBoy@KaZaA | PamelaAnderson_pussypam6.jpg | Unknown | 22KB | Image |
| BrooklynBoy@KaZaA | pan92.jpg | Unknown | 25KB | Image |
| BrooklynBoy@KaZaA | pan99.jpg | Unknown | 9KB | Image |
| BrooklynBoy@KaZaA | pantyhose008.jpg | Unknown | 50KB | Image |
| BrooklynBoy@KaZaA | pantyhose26.jpg | Unknown | 20KB | Image |
| BrooklynBoy@KaZaA | pavlina_10002_1.jpg | Unknown | 120KB | Image |
| BrooklynBoy@KaZaA | pavlina_10004_1.jpg | Unknown | 118KB | Image |
| BrooklynBoy@KaZaA | pavlina_10006_1.jpg | Unknown | 116KB | Image |
| BrooklynBoy@KaZaA | pavlina_10010_1.jpg | Unknown | 113KB | Image |
| BrooklynBoy@KaZaA | pavlina_10012_1.jpg | Unknown | 114KB | Image |
| BrooklynBoy@KaZaA | pavlina_10013_1.jpg | Unknown | 116KB | Image |
| BrooklynBoy@KaZaA | pavlina_10027_1.jpg | Unknown | 118KB | Image |
| BrooklynBoy@KaZaA | pavlina_10057_1.jpg | Unknown | 118KB | Image |
| BrooklynBoy@KaZaA | pavlina_10059_1.jpg | Unknown | 116KB | Image |
| BrooklynBoy@KaZaA | pavlina_10060_1.jpg | Unknown | 115KB | Image |
| BrooklynBoy@KaZaA | pavlina_10065_1.jpg | Unknown | 120KB | Image |
| BrooklynBoy@KaZaA | pavlina_10066_1.jpg | Unknown | 116KB | Image |
| BrooklynBoy@KaZaA | pavlina_10068_1.jpg | Unknown | 113KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 Files (36.3) | Not sharing any files

# Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | pavlina_10066_1.jpg | Unknown | 116KB | Image |
| BrooklynBoy@KaZaA | pavlina_10068_1.jpg | Unknown | 113KB | Image |
| BrooklynBoy@KaZaA | pavlina_10100_1.jpg | Unknown | 57KB | Image |
| BrooklynBoy@KaZaA | petite0548.jpg | Unknown | 20KB | Image |
| BrooklynBoy@KaZaA | pic009.jpg | Unknown | 35KB | Image |
| BrooklynBoy@KaZaA | pic02.jpg | Unknown | 37KB | Image |
| BrooklynBoy@KaZaA | pic13.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | pic14.jpg | Unknown | 46KB | Image |
| BrooklynBoy@KaZaA | pic17.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | pic21.jpg | Unknown | 26KB | Image |
| BrooklynBoy@KaZaA | pic2_05.jpg | Unknown | 2KB | Image |
| BrooklynBoy@KaZaA | public_61.jpg | Unknown | 33KB | Image |
| BrooklynBoy@KaZaA | puk09.jpg | Unknown | 39KB | Image |
| BrooklynBoy@KaZaA | ra21.jpg | Unknown | 58KB | Image |
| BrooklynBoy@KaZaA | River015.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | Robin011.jpg | Unknown | 84KB | Image |
| BrooklynBoy@KaZaA | ROSA04.jpg | Unknown | 33KB | Image |
| BrooklynBoy@KaZaA | sabridngrdrm033.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | sabridngrdrm035.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | sabridngrdrm036.jpg | Unknown | 32KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (3633) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Shop | Traffic | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | sabrdingrdrm035.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | sabrdingrdrm036.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | sabrina20016_j.jpg | Unknown | 91KB | Image |
| BrooklynBoy@KaZaA | Sabrine039.jpg | Unknown | 105KB | Image |
| BrooklynBoy@KaZaA | Sabrine040.jpg | Unknown | 106KB | Image |
| BrooklynBoy@KaZaA | Sabrine045.jpg | Unknown | 110KB | Image |
| BrooklynBoy@KaZaA | Sabrine052.jpg | Unknown | 108KB | Image |
| BrooklynBoy@KaZaA | Sabrine070.jpg | Unknown | 103KB | Image |
| BrooklynBoy@KaZaA | Sabrine076.jpg | Unknown | 96KB | Image |
| BrooklynBoy@KaZaA | Sabrine083.jpg | Unknown | 102KB | Image |
| BrooklynBoy@KaZaA | Tatiana027.jpg | Unknown | 54KB | Image |
| BrooklynBoy@KaZaA | Tatiana030.jpg | Unknown | 45KB | Image |
| BrooklynBoy@KaZaA | Tatiana057.jpg | Unknown | 46KB | Image |
| BrooklynBoy@KaZaA | tat_ph_t08.jpg | Unknown | 64KB | Image |
| BrooklynBoy@KaZaA | teagan017.jpg | Unknown | 245KB | Image |
| BrooklynBoy@KaZaA | teanna_10000_j.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | teanna_10001_j.jpg | Unknown | 88KB | Image |
| BrooklynBoy@KaZaA | teanna_10002_j.jpg | Unknown | 81KB | Image |
| BrooklynBoy@KaZaA | teanna_10003_j.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | teanna_10004_j.jpg | Unknown | 87KB | Image |

Found 3236 Files | 2,106,500 users online, sharing 455,871,133 files (365.3) Not sharing any files

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | teanna_10003_i.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | teanna_10004_i.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | teanna_10005_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | teanna_10006_i.jpg | Unknown | 78KB | Image |
| BrooklynBoy@KaZaA | teanna_10007_i.jpg | Unknown | 80KB | Image |
| BrooklynBoy@KaZaA | teanna_10008_i.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | teanna_10009_i.jpg | Unknown | 76KB | Image |
| BrooklynBoy@KaZaA | teanna_10010_i.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | teanna_10011_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | teanna_10012_i.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | teanna_10013_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | teanna_10014_i.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | teanna_10024_i.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | teanna_10025_i.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | teanna_30037_i.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | teanna_50025_i.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | teanna_50029_i.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | teanna_50040_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | teanna_50063_i.jpg | Unknown | 52KB | Image |
| BrooklynBoy@KaZaA | teen03.jpg | Unknown | 88KB | Image |

Found 3736 files    2,106,500 users online, sharing 455,871,133 files (36.3 | Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | MyKazaa | Download | Theater | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | teanna_50068_l.jpg | Unknown | 58KB | Image |
| BrooklynBoy@KaZaA | teen02.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | Terry079.jpg | Unknown | 51KB | Image |
| BrooklynBoy@KaZaA | Terry080.jpg | Unknown | 55KB | Image |
| BrooklynBoy@KaZaA | Terry084.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | te_05.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | te_06.jpg | Unknown | 29KB | Image |
| BrooklynBoy@KaZaA | te_09.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | te_10.jpg | Unknown | 34KB | Image |
| BrooklynBoy@KaZaA | te_11.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | te_12.jpg | Unknown | 24KB | Image |
| BrooklynBoy@KaZaA | te_15.jpg | Unknown | 19KB | Image |
| BrooklynBoy@KaZaA | tp2116.jpg | Unknown | 123KB | Image |
| BrooklynBoy@KaZaA | tw009.jpg | Unknown | 21KB | Image |
| BrooklynBoy@KaZaA | tyler_10000_l.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | tyler_10006_l.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | tyler_10007_l.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | tyler_10008_l.jpg | Unknown | 58KB | Image |
| BrooklynBoy@KaZaA | tyler_10011_l.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | tyler_10012_l.jpg | Unknown | 60KB | Image |

Found 3736 files | 2,106,500 users online, sharing 455,871,133 files (3653) | Not sharing any files