Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Download

New search    Web    Search    Traffic    Shop    Tell A Friend    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | tyler_10011_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | tyler_10012_i.jpg | Unknown | 60KB | Image |
| BrooklynBoy@KaZaA | tyler_10013_i.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | tyler_10018_i.jpg | Unknown | 68KB | Image |
| BrooklynBoy@KaZaA | tyler_10019_i.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | tyler_10020_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | u_11.jpg | Unknown | 32KB | Image |
| BrooklynBoy@KaZaA | u_15.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | u_16.jpg | Unknown | 31KB | Image |
| BrooklynBoy@KaZaA | v15.jpg | Unknown | 23KB | Image |
| BrooklynBoy@KaZaA | v2261-a_20.jpg | Unknown | 29KB | Image |
| BrooklynBoy@KaZaA | v23.jpg | Unknown | 30KB | Image |
| BrooklynBoy@KaZaA | venus_10000_i.jpg | Unknown | 73KB | Image |
| BrooklynBoy@KaZaA | venus_10003_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10009_i.jpg | Unknown | 68KB | Image |
| BrooklynBoy@KaZaA | venus_10012_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10013_i.jpg | Unknown | 79KB | Image |
| BrooklynBoy@KaZaA | venus_10017_i.jpg | Unknown | 84KB | Image |
| BrooklynBoy@KaZaA | venus_10018_i.jpg | Unknown | 97KB | Image |
| BrooklynBoy@KaZaA | venus_10019_i.jpg | Unknown | 86KB | Image |

Found 3736 files

12,106,500 users online, sharing 455,871,133 files (936.3) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | venus_10018_i.jpg | Unknown | 97KB | Image |
| BrooklynBoy@KaZaA | venus_10019_i.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | venus_10020_i.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | venus_10021_i.jpg | Unknown | 84KB | Image |
| BrooklynBoy@KaZaA | venus_10024_i.jpg | Unknown | 87KB | Image |
| BrooklynBoy@KaZaA | venus_10025_i.jpg | Unknown | 82KB | Image |
| BrooklynBoy@KaZaA | venus_10028_i.jpg | Unknown | 100KB | Image |
| BrooklynBoy@KaZaA | venus_10035_i.jpg | Unknown | 76KB | Image |
| BrooklynBoy@KaZaA | venus_10036_i.jpg | Unknown | 89KB | Image |
| BrooklynBoy@KaZaA | venus_10041_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | venus_10042_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | venus_10044_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10046_i.jpg | Unknown | 89KB | Image |
| BrooklynBoy@KaZaA | venus_10047_i.jpg | Unknown | 90KB | Image |
| BrooklynBoy@KaZaA | venus_10049_i.jpg | Unknown | 83KB | Image |
| BrooklynBoy@KaZaA | venus_10050_i.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | venus_10059_i.jpg | Unknown | 85KB | Image |
| BrooklynBoy@KaZaA | venus_10062_i.jpg | Unknown | 78KB | Image |
| BrooklynBoy@KaZaA | venus_10063_i.jpg | Unknown | 80KB | Image |
| BrooklynBoy@KaZaA | venus_10065_i.jpg | Unknown | 79KB | Image |

Found 3/36 Files

2,106,500 users online  Sharing 455,671,133 files (96.3) Not sharing any files

Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | venus_10063_i.jpg | Unknown | 80KB | Image |
| BrooklynBoy@KaZaA | venus_10065_i.jpg | Unknown | 72KB | Image |
| BrooklynBoy@KaZaA | venus_10066_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | venus_10070_i.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | venus_10071_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | venus_10072_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | venus_10075_i.jpg | Unknown | 68KB | Image |
| BrooklynBoy@KaZaA | venus_10077_i.jpg | Unknown | 75KB | Image |
| BrooklynBoy@KaZaA | venus_10080_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | venus_10082_i.jpg | Unknown | 86KB | Image |
| BrooklynBoy@KaZaA | venus_10083_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | venus_10084_i.jpg | Unknown | 59KB | Image |
| BrooklynBoy@KaZaA | venus_10085_i.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | venus_10086_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10087_i.jpg | Unknown | 66KB | Image |
| BrooklynBoy@KaZaA | venus_10088_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | venus_10089_i.jpg | Unknown | 69KB | Image |
| BrooklynBoy@KaZaA | venus_10090_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10091_i.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | venus_10092_i.jpg | Unknown | 61KB | Image |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.73 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New Search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | venus_10091_i.jpg | Unknown | 71KB | Image |
| BrooklynBoy@KaZaA | venus_10092_i.jpg | Unknown | 61KB | Image |
| BrooklynBoy@KaZaA | venus_10093_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | venus_10094_i.jpg | Unknown | 74KB | Image |
| BrooklynBoy@KaZaA | venus_10095_i.jpg | Unknown | 62KB | Image |
| BrooklynBoy@KaZaA | venus_10096_i.jpg | Unknown | 67KB | Image |
| BrooklynBoy@KaZaA | venus_10097_i.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | venus_10098_i.jpg | Unknown | 70KB | Image |
| BrooklynBoy@KaZaA | venus_10099_i.jpg | Unknown | 81KB | Image |
| BrooklynBoy@KaZaA | venus_10100_i.jpg | Unknown | 77KB | Image |
| BrooklynBoy@KaZaA | venus_10101_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | venus_10102_i.jpg | Unknown | 98KB | Image |
| BrooklynBoy@KaZaA | venus_10103_i.jpg | Unknown | 82KB | Image |
| BrooklynBoy@KaZaA | venus_10104_i.jpg | Unknown | 63KB | Image |
| BrooklynBoy@KaZaA | venus_40026_i.jpg | Unknown | 98KB | Image |
| BrooklynBoy@KaZaA | venus_40029_i.jpg | Unknown | 101KB | Image |
| BrooklynBoy@KaZaA | venus_40035_i.jpg | Unknown | 95KB | Image |
| BrooklynBoy@KaZaA | Victoria11.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | Victoria12.jpg | Unknown | 65KB | Image |
| BrooklynBoy@KaZaA | Victoria3.tqp | Unknown | 68KB | Image |

Found 3736 files

(2,106,500 users online; sharing 455,871,133 files (36.9) Not sharing any files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | Search | Traffic | Shop | Tell A Friend

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Mai Hagiwara 9.jpg | Unknown | 392kB | Image |
| BrooklynBoy@KaZaA | Mai Hagiwara japanese model.jpg | Unknown | 58kB | Image |
| BrooklynBoy@KaZaA | Mai Hagiwara looking so cute reclining in chair320.jpg | Unknown | 139kB | Image |
| BrooklynBoy@KaZaA | mai-hagiwara-free-pics-01.jpg | Unknown | 35kB | Image |
| BrooklynBoy@KaZaA | mai-hagiwara-free-pics-02.jpg | Unknown | 32kB | Image |
| BrooklynBoy@KaZaA | mai-hagiwara-free-pics-04.jpg | Unknown | 25kB | Image |
| BrooklynBoy@KaZaA | untitled.bmp | Unknown | 494kB | Image |
| BrooklynBoy@KaZaA | Allan Holdsworth - Norwegian Wood.mp3 | Allan Holdsworth | 1,340kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Paperback Writer.mp3 | The Beatles | 2,456kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Punk Covers - Yellow Submarine.mp3 | NOMATARAS | 1,639kB | Audio |
| BrooklynBoy@KaZaA | Beatles (bootlegs) -- Penny Lane (Oboe Version).mp3 | The Beatles | 2,949kB | Audio |
| BrooklynBoy@KaZaA | Beatles (rare tracks) - Sure to Fall (in Love with You).mp3 | The Silver Beatles | 1,863kB | Audio |
| BrooklynBoy@KaZaA | Beatles - (EXTREMELY RARE) - LSD made my mind blow out... | The Beatles | 944kB | Audio |
| BrooklynBoy@KaZaA | Beatles - (great bootleg) Hey Jude - Las Vegas - Evening S... | The Beatles | 5,031kB | Audio |
| BrooklynBoy@KaZaA | Beatles - A Day In The Life ('oh shit' Rehersal) (Rare).mp3 | The Beatles | 4,129kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Across The Universe (Bootleg Rare Unknown Tak... | The Beatles | 2,504kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Baby's In Black (Live Hollywood Bowl 8-65).mp3 | The Beatles | 2,874kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Back In Te USSR.mp3 | The Beatles | 2,872kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Back In The USSR (acoustic)(bootleg).mp3 | The Beatles | 2,905kB | Audio |
| BrooklynBoy@KaZaA | Beatles - Black Album - 48 - Instrumental.mp3 | The Beatles | 2,062kB | Audio |

Found 13736 files

2,105,590 users online, sharing 455,871,133 files [96.3] Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | Beatles - Back In The USSR (acoustic)(bootleg).mp3 | The Beatles | 2,905KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Black Album - 48 - Instrumental.mp3 | The Beatles | 2,062KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Black Album-Disc 2-07 - I Threw It All Away-mama... | The Beatles | 6,601KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Blowin' In the Wind (rare demo).mp3 | The Beatles | 1,159KB | Audio |
| BrooklynBoy@KaZaA | Beatles - BOOTLEG - Alternate Abbey Road - 08 - Medley 2.. | The Beatles | 6,479KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Bootleg - Helter Skelter, take 21, September 10 1... | The Beatles | 1,837KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Bootleg: Returned To Abbey Road - 03 - Every N... | The Beatles | 963KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Brazilian Orchestra The Long and Winding Road... | The Beatles | 3,533KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Breeders - Happiness Is A Warm Gun (Beatles co... | Breeders | 2,610KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Candlestick Park 1966 - 04 DayTripper.mp3 | The Beatles | 2,991KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Circles (bootleg).mp3 | The Beatles | 1,046KB | Audio |
| BrooklynBoy@KaZaA | Beatles - cover - Bon Jovi - Come Together.mp3 | Bruce Springsteen, Jon ... | 4,086KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dave Mathews Band - In My Life (Beatles Cover)... | The Beatles | 2,343KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dave Matthews Band - Norwegian Wood (Beatles... | Dave Mathews | 2,836KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dave Matthews Band - Norwegian Wood (Beatles... | Dave Mathews | 5,946KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Day Tripper (bootleg - Take 1, 2 and 3).mp3 | The Beatles | 5,984KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dear Prudence (Rare, Unknown Take - .mp3 | The Beatles | 3,479KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dear Prudence (Rare, Unknown Take).mp3 | The Beatles | 1,122KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Dig It (rare 8 minute version).mp3 | The Beatles | 7,918KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Do You Want To Know A Secret.mp3 | The Beatles | 2,552KB | Audio |

2 Users

2,106,500 users online, sharing 455,871,133 files (3,053...)  Not sharing any files

Found 3736 files





Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - How Do You Do It (unreleased).mp3 | The Beatles | 1,867KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I Am Sam - Lucy In the Sky With Diamonds.mp3 | The Black Crowes | 5,467KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I Am The Walrus (Bootleg of Control Room Mix)... | The Beatles | 6,307KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I Wanna Hold Your Hand (Live, Ed Sullivan Show... | The Beatles | 3,038KB | Audio |
| BrooklynBoy@KaZaA | beatles - Im a loser (ultra rare outtake).mp3 | The Beatles | 2,072KB | Audio |
| BrooklynBoy@KaZaA | Beatles - I'm So Tired (Vocal by Paul).mp3 | The Beatles | 1,057KB | Audio |
| BrooklynBoy@KaZaA | Beatles - In Spite of All the Danger.mp3 | The Beatles | 3,856KB | Audio |
| BrooklynBoy@KaZaA | Beatles - John Lennon - Strawberry Fields Forever (rare 4)... | The Beatles | 3,852KB | Audio |
| BrooklynBoy@KaZaA | Beatles - John lennon - Strawberry Fields Forever (Rare, A... | The Beatles | 7,887KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Kansas City Hey-Hey-Hey-Hey.mp3 | The Beatles | 3,852KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Lady Madonna (Ultra Rare Take 5).mp3 | The Beatles | 2,124KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Lend Me Your Comb.mp3 | The Beatles | 1,716KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Love of the Loved (Extremely Rare).MP3 | The Beatles | 848KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Magical Mystery Tour (Bootleg).mp3 | The Beatles | 2,398KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Michele - Kings Singers.mp3 | The King's Singers | 2,924KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Nick Cave - Let It Be.mp3 | Nick Cave | 3,290KB | Audio |
| BrooklynBoy@KaZaA | Beatles - nirvana - covers - beatles songs.mp3 | Nirvana | 2,876KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood (Bootleg take 4).mp3 | The Beatles | 2,350KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood (Take 1).mp3 | The Beatles | 1,917KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood (Take 1).mp3 | The Beatles | 1,948KB | Audio |

Found 3736 files    2,106,500 users online, sharing 485,871,133 files (9,463,961 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - Norwegian Wood.mp3 | The Beatles | 1,917KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Norweigan Wood (Take 1).mp3 | The Beatles | 1,948KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Nowhere Man.mp3 | Paul Westerberg | 3,294KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Oh! Darling vocal warmup.mp3 | Paul McCartney | 1,003KB | Audio |
| BrooklynBoy@KaZaA | Beatles - One And One Is Two.mp3 | The Beatles | 1,744KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Paperback Writer (Bootleg of Take 2 - Short versi... | The Beatles | 2,778KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Phish - Blackbird (Live Beatles Cover).mp3 | Phish | 1,164KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Polythene Pam (Acoustic Studio Demo).mp3 | The Beatles | 1,377KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rain (Bootleg of Alt Take).mp3 | The Beatles | 2,923KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rain - Boot (take unknown).mp3 | The Beatles | 2,877KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rain.mp3 | The Beatles | 4,269KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rare - Bad To Me (Demo).mp3 | The Beatles | 1,772KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rarities - 01 - September In The Rain (Extremely ... | The Beatles | 865KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rarities - Golden Slumbers Wreck Chorus (bootleg... | The Beatles | 1,567KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Rolling Stones  Beatles - Drift Away (Extremely... | The Beatles | 5,306KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Sean Connery - In My Life.mp3 | Sean Connery | 2,335KB | Audio |
| 2 Users | Beatles - She Loves You.mp3 | The Beatles | 2,337KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Shea Stadium Live 1965 Nowhere Man.mp3 | The Beatles | 2,372KB | Audio |
| BrooklynBoy@KaZaA | Beatles - stereophonics_dont_let_me_down.mp3 | Stereophonics | 3,914KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields (rare acoustic demo).mp3 | The Beatles | 15,460KB | Audio |

2,106,500 users online, sharing 455,871,133 files (39.3 ...) Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    MyKazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Beatles - stereophonics_don't_let_me_down.mp3 | Stereophonics | 3,914KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields (rare acoustic demo).mp3 | The Beatles | 15,460KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever (1).mp3 | Peter Gabriel | 2,341KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever (Demo Sequence).mp3 | The Beatles | 1,592KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever (Take 1).mp3 | The Beatles | 2,416KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever (Take 7_Edit Piece)... | The Beatles | 3,966KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Strawberry Fields Forever.mp3 | The King's Singers | 3,249KB | Audio |
| BrooklynBoy@KaZaA | Beatles - The Black Crowes - I Am Sam - Lucy In The Sky W... | no artist | 3,646KB | Audio |
| BrooklynBoy@KaZaA | Beatles - The Wallflowers - I'm Looking Through You.mp3 | The Wallflowers | 2,530KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Three Cool Cats.mp3 | The Beatles | 3,404KB | Audio |
| 2 Users | Beatles - Tori Amos - Happiness Is A Warm Gun.mp3 | Tori Amos | 6,974KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Unsurpassed Masters Vol. 6 - 10 - Helpi  (Tak.mp3 | The Beatles | 2,795KB | Audio |
| BrooklynBoy@KaZaA | Beatles - victor wooten - norwegian wood.mp3 | Victor Wooten | 4,198KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Watching The Rainbows.mp3 | The Beatles | 2,389KB | Audio |
| BrooklynBoy@KaZaA | Beatles - White Zombie - Helter Skelter.mp3 | White Zombie | 1,213KB | Audio |
| BrooklynBoy@KaZaA | Beatles - xxUltraxRarexTrax1xx - zz1maLookingz1Throughz... | The Beatles | 3,006KB | Audio |
| BrooklynBoy@KaZaA | Beatles - Yellow Submarine Alternate Version (Rare Bootleg... | The Beatles | 2,574KB | Audio |
| BrooklynBoy@KaZaA | Beatles Bootleg - Syd Barrett-Very Rare.mp3 | Syd Barrett with the Beat... | 3,063KB | Audio |
| BrooklynBoy@KaZaA | Beatles CD 4 - John Lennon - Imagine (Acoustic, live at the... | John Lennon | 2,698KB | Audio |
| BrooklynBoy@KaZaA | Beatles TRANCE remixes - MAGICAL MYSTERY TOUR (Globe... | The Beatles | 11,738KB | Audio |

2,106,500 users online, sharing 455,874,133 Files (96.9 Not sharing any files

Found 3756 files



Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Download  Theater  Search  Traffic  Shop  Tell A Friend

New search  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | Beatles CD 4 - John Lennon - Imagine (Acoustic, live at the... | John Lennon | 2,686kB | Audio |
| BrooklynBoy@KaZaA | Beatles-TRANCE remixes - MAGICAL MYSTERY TOUR (Globa... | The Beatles | 11,739kB | Audio |
| BrooklynBoy@KaZaA | Don't Let Me Down (With Billy Preston).MP3 | The Beatles | 4,202kB | Audio |
| BrooklynBoy@KaZaA | From Me To You _ The Beatles.MP3 | The Beatles | 2,306kB | Audio |
| BrooklynBoy@KaZaA | Get Back (With Billy Preston).MP3 | The Beatles | 3,773kB | Audio |
| BrooklynBoy@KaZaA | Hippy Hippy Shake_The Beatles_1962 Live at the Star Club ... | The Beatles | 2,156kB | Audio |
| BrooklynBoy@KaZaA | I Call Your Name _ The Beatles.MP3 | The Beatles | 2,516kB | Audio |
| BrooklynBoy@KaZaA | I Want To Hold Your Hand _ The Beatles.MP3 | The Beatles | 2,865kB | Audio |
| BrooklynBoy@KaZaA | John Lennon - Give Peace A Chance.mp3 | John Lennon | 4,594kB | Audio |
| BrooklynBoy@KaZaA | John Lennon - I Saw Her Standing There (Live w. Elton John... | The Beatles | 4,068kB | Audio |
| BrooklynBoy@KaZaA | Komm, Gib Mir Deine Hand _ The Beatles.MP3 | The Beatles | 2,867kB | Audio |
| BrooklynBoy@KaZaA | Long Tall Sally _ The Beatles.MP3 | The Beatles | 2,406kB | Audio |
| BrooklynBoy@KaZaA | 02 - nina simone - sinnerman (felix da housecat's heavenly... | Nina simone | 6,459kB | Audio |
| BrooklynBoy@KaZaA | 02 I Wanna Go Back to Dixie.mp3 | Tom Lehrer | 1,776kB | Audio |
| BrooklynBoy@KaZaA | 10 - Crazy Love (With Bob Dylan) - Van Morrison - Hardest... | Van Morrison | 2,434kB | Audio |
| BrooklynBoy@KaZaA | 16 - Peter, Paul and Mary - Mockingbird.mp3 | Peter, Paul and Mary | 1,308kB | Audio |
| BrooklynBoy@KaZaA | antonio carlos jobim - pôr todo minha vida.mp3 | Antonio Carlos Jobim | 1,978kB | Audio |
| BrooklynBoy@KaZaA | Aretha Franklin - Respect (Remix).mp3 | Aretha Franklin | 16,214kB | Audio |
| BrooklynBoy@KaZaA | astrud_gilberto - Who Needs Forever (Thievery Corporatio... | Astrud Gilberto | 9,592kB | Audio |
| BrooklynBoy@KaZaA | Astrud Gilberto-Who Needs Forever.mp3 | Astrud Gilberto | 4,815kB | Audio |

Found 3736 files.

2,106,500 users online, sharing 455,871,133 files (9633 Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

New Search | Download | Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | astrud gilberto - Who Needs Forever (Thievery Corporatio… | Astrud Gilberto | 9,892KB | Audio |
| BrooklynBoy@KaZaA | Astrud Gilberto-Who Needs Forever.mp3 | Astrud Gilberto | 4,815KB | Audio |
| BrooklynBoy@KaZaA | Bent - Tibetan Buddhist Chant (Chunda Bodhisattva Mantr… | Bent | 3,418KB | Audio |
| BrooklynBoy@KaZaA | Billie Holiday - Strange Fruit (Tricky Remix).mp3 | Billie Holiday | 3,116KB | Audio |
| BrooklynBoy@KaZaA | Bjork'vespertine - Palmstroke.mp3 | Björk | 3,862KB | Audio |
| BrooklynBoy@KaZaA | Blind Mctell - Willie_Travelin' Blues.mp3 | Blind Willie McTell | 3,022KB | Audio |
| BrooklynBoy@KaZaA | Blue Grass - Lester.Flatt_Earl Scruggs - Cripple_Creek - Ex… | Leo Kottke | 1,416KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno and John Cale - Spinning Away (1).MP3 | Brian Eno | 5,114KB | Audio |
| BrooklynBoy@KaZaA | Canned Heat_John Lee Hooker - Hooker N' Heat - 02 - Thi… | Canned Heat | 6,112KB | Audio |
| BrooklynBoy@KaZaA | chaâbi - mustapha Bourgogne_khoua alya.dar (1).mp3 | chaâbi | 4,742KB | Audio |
| BrooklynBoy@KaZaA | Chanticleer - Gregorian Chant_Mysteria.mp3 | Chanticleer | 3,502KB | Audio |
| BrooklynBoy@KaZaA | 'Cheap Suit Serenaders - 07 - Mysterious Mose.mp3 | R. Crumb And His Cheap… | 3,081KB | Audio |
| BrooklynBoy@KaZaA | Classical_Contemporary - Bjork with Kronos Quartet.mp3 | Björk | 4,547KB | Audio |
| BrooklynBoy@KaZaA | Cowboy Bebop - Pushing the Sky.mp3 | SEAT BELTS | 3,899KB | Audio |
| BrooklynBoy@KaZaA | Cowboy Bebop - Tank!.mp3 | Cowboy Bebop | 3,270KB | Audio |
| BrooklynBoy@KaZaA | Cowboy Bebop -Cosmos.mp3 | Cowboy Bebop | 2,268KB | Audio |
| BrooklynBoy@KaZaA | Dave Matthews And Tim Reynolds - Spoon (acoustic).mp3 | Dave Matthews Band | 5,402KB | Audio |
| BrooklynBoy@KaZaA | Delerium - Silence.mp3 | Sarah Mclaughlin | 3,850KB | Audio |
| | Dinah Washington -Is You Is Or Is You Aint My Baby (Rae… | DINAH WASHINGTON | 4,669KB | Audio |
| BrooklynBoy@KaZaA | Disney - Wizard of Oz-Dinn Dippel_The Witch is Dead.mp3 | Disney | 3,594KB | Audio |

2 Users

Found 3736 files

2,106,580 users online, sharing 455,871,133 files (9,633… ) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| 2 Users | | | | |
| BrooklynBoy@KaZaA | Dinah Washington - Is You Is Or Is You Ain't My Baby (Rae... | DINAH WASHINGTON | 4,669KB | Audio |
| BrooklynBoy@KaZaA | Disney - Wizard of Oz-Ding Dong! The Witch is Dead.mp3 | Disney | 3,554KB | Audio |
| BrooklynBoy@KaZaA | dj.shadow - midnight in a perfect world.mp3 | dj.shadow | 4,733KB | Audio |
| BrooklynBoy@KaZaA | Dr. Demento - Tom Lehrer - The Elements song.mp3 | Tom Lehrer | 2,170KB | Audio |
| BrooklynBoy@KaZaA | Dr. John - New York City Blues.mp3 | Dr. John | 3,693KB | Audio |
| BrooklynBoy@KaZaA | ella fitzgerald - Wait 'Till You See Him (De-Phazz remix).mp3 | Ella Fitzgerald | 9,075KB | Audio |
| BrooklynBoy@KaZaA | Fifth DImension - Up up and away.mp3 | Fifth DImension | 2,516KB | Audio |
| BrooklynBoy@KaZaA | Frankie1_Dont_wanna_Try_HumpMix_REMASTERED (1).m... | Frankie J | 8,472KB | Audio |
| BrooklynBoy@KaZaA | George Harrison and Ravi Shankar - Mr. Tambourine Man... | George Harrison -Ravi S.... | 3,718KB | Audio |
| BrooklynBoy@KaZaA | hippodrome2.wmv | E.NET | 41,723KB | Video |
| BrooklynBoy@KaZaA | ill ass techno Bjork-innocente (dj tiesto remix).mp3 | Delerium F/t Leigh Nash | 6,984KB | Audio |
| BrooklynBoy@KaZaA | Jean Ferrat - 1962 - 1963 - 05 - Frederico Garcia Lorca.mp3 | Jean Ferrat | 2,290KB | Audio |
| BrooklynBoy@KaZaA | Jimmy Smith - Burning 'Spear_Talkin' Verve- Roots of Acid 'J... | Acid Jazz | 3,707KB | Audio |
| BrooklynBoy@KaZaA | Johnny Cash_Willie Nelson - Sitting on the Dock of the Ba... | Willie Nelson | 3,900KB | Audio |
| BrooklynBoy@KaZaA | Johnny Cash - Folsom Prison Blues.mp3 | Johnny Cash-Willie Nelson | 2,582KB | Audio |
| BrooklynBoy@KaZaA | Jontef - Der Himl Lacht.mp3 | Jontef | 1,815KB | Audio |
| BrooklynBoy@KaZaA | Karlheinz Stockhausen - Kontakte.mp3 | Various Artists | 5,978KB | Audio |
| BrooklynBoy@KaZaA | Latin - Bossa Nova - Astrud Gilberto - Gentle rain.mp3 | Astrud Gilberto | 2,241KB | Audio |
| BrooklynBoy@KaZaA | Lifes Been Good to Me.mp3 | Joe Walsh | 5,476KB | Audio |
| BrooklynBoy@KaZaA | los angeles guitar quartet - classical guitar - el sol.mp3 | Los Angeles Guitar Quart... | 1,624KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (86,3...) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download | New Search | Search | Traffic | Shop | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | Lifes Been Good to Me.mp3 | Joe Walsh | 5,476KB | Audio |
| BrooklynBoy@KaZaA | los angeles guitar quartet - classical guitar (1).mp3 | Los Angeles Guitar Quart... | 1,624KB | Audio |
| BrooklynBoy@KaZaA | Malcolm X - Speeches - Taxes and Philosophy.mp3 | Malcolm X | 7,760KB | Audio |
| BrooklynBoy@KaZaA | malcolm x - Who Taught You To Hate Yourself.mp3 | malcolm x | 3,885KB | Audio |
| BrooklynBoy@KaZaA | martin denny - cubano chant - various artists.mp3 | Martin Denny | 2,344KB | Audio |
| BrooklynBoy@KaZaA | MJ Cole - How long has this been going on.mp3 | Carmen McRae | 4,660KB | Audio |
| BrooklynBoy@KaZaA | New Zealand All Blacks - The Haka (Meat War Chant).mp3 | New Zealand All Blacks | 1,008KB | Audio |
| BrooklynBoy@KaZaA | Nina'Simone - Sinnerman (felix house mix).mp3 | Sinnerman (Felix Da Hous... | 6,458KB | Audio |
| BrooklynBoy@KaZaA | nina simone see-line woman (masters at work remix).mp3 | Nina Simone | 9,470KB | Audio |
| BrooklynBoy@KaZaA | Nusrat Fateh Ali Khan - Asian Dub Foundation - Tää .MP3 | Nusrat Fateh Ali Khan | 4,618KB | Audio |
| BrooklynBoy@KaZaA | Off to Sea Once More-ggi.MP3 | Jerry Garcia and  David Gr... | 2,211KB | Audio |
| BrooklynBoy@KaZaA | OTR - Erickson - Night Of The Vampire.mp3 | 13th Floor Elevators | 4,040KB | Audio |
| BrooklynBoy@KaZaA | Poisoning Pigeons in the Park.mp3 | Timothy Lehrer | 2,415KB | Audio |
| BrooklynBoy@KaZaA | Question Mark, The Mysterians - 96 Tears.mp3 | ? And the Mysterians | 2,772KB | Audio |
| BrooklynBoy@KaZaA | Quincy Jones - TV Themes - Sandford And Son.mp3 | Quincy Jones | 809KB | Audio |
| BrooklynBoy@KaZaA | Ravi Shankar, Ali Akbar Khan - From India - Raga Bilashka... | Ravi Shankar | 16,345KB | Audio |
| BrooklynBoy@KaZaA | Remember The Titans '09 - It's A Hard Rain Gonna Fall - L... | Leon Russell | 4,858KB | Audio |
| BrooklynBoy@KaZaA | Rosenberg Trio - Nuages Django Reinhardt.mp3 | The Rosenberg Trio | 2,988KB | Audio |
| BrooklynBoy@KaZaA | Rumania, Rumania - Klezmer Conservatory Band.mp3 | no artist | 3,179KB | Audio |
| BrooklynBoy@KaZaA | saxph.mclaghlin - Feax (Mehrdic Super-Collider Mix).mp3 | Sarah Mclaughlin | 8,456KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (9,631,... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  | My Kazaa | Theater | Search | Shop | Tell A Friend

New Search  Download  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Rumania, Rumania - Klezmer Conservatory Band.mp3 | no artist | 3,176KB | Audio |
| BrooklynBoy@KaZaA | sarah mclachlin - Fear (Hybrid's Super Collider Mix).mp3 | Sarah McLaughlin | 8,466KB | Audio |
| BrooklynBoy@KaZaA | Saul Williams - Ohm.mp3 | Saul Williams | 3,257KB | Audio |
| BrooklynBoy@KaZaA | Spanish Reggae Panama) Dj Pablito - Say my name (remix)... | Spanish Reggae Panama)... | 1,948KB | Audio |
| BrooklynBoy@KaZaA | Stan Getz_Joao Gilberto - Desafinado.mp3 | Stan Getz/João Gilberto | 3,818KB | Audio |
| BrooklynBoy@KaZaA | Themes-007 Soundtrack - James Bond Theme Song.mp3 | 007 Soundtrack | 1,633KB | Audio |
| BrooklynBoy@KaZaA | Things Have Changed.mp3 | Big Maceo | 2,781KB | Audio |
| BrooklynBoy@KaZaA | Thunderclap Newman - Something In the Air (Almost Famo... | Various Artists | 4,610KB | Audio |
| BrooklynBoy@KaZaA | tom tom club - Wordy Rappinghood (Extended Version).mp3 | tom tom club | 6,277KB | Audio |
| BrooklynBoy@KaZaA | Toinactito Duquende - Potito.mp3 | Potito, Tomatito, Belén M... | 4,529KB | Audio |
| BrooklynBoy@KaZaA | TRAVELING WILBURYS - End of the Line (George Harrison,... | George Harrison | 3,264KB | Audio |
| BrooklynBoy@KaZaA | tuck and patti - Stella By Starlight.mp3 | Tuck Andress | 4,190KB | Audio |
| BrooklynBoy@KaZaA | Tuck Andress Reckless Precision 02 - Somewhere Over The... | Tuck Andress | 4,418KB | Audio |
| BrooklynBoy@KaZaA | tull706.wmv | E.Net | 16,305KB | Video |
| BrooklynBoy@KaZaA | tull78mad.wmv | E.Net | 18,122KB | Video |
| BrooklynBoy@KaZaA | TV or Movie Themes - Peanuts theme song (1).mp3 | TV or Movie Themes | 2,194KB | Audio |
| BrooklynBoy@KaZaA | TV Themes - 60's Star Trek Original Theme.mp3 | TV Themes | 1,268KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists  Must Have  001 Billy Holiday Dont... | Billie Holiday | 11,333KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists  Must Have  002 Summertime Rem... | Sarah Vaughn | 6,422KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists  Must Have  004 Bjork Jah Pione... | Bjork | 5,360KB | Audio |

2,106,500 users online, sharing 455'887,133 files (38.3 Not Sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 002 Summertime Rem... | Sarah Vaughn | 6,422KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 004 Bjork Jet Plane... | Bjork | 4,360KB | Audio |
| 2 Users | Various Woman Vocalists Must Have 006 Cassandra Wilso... | Cassandra Wilson | 6,294KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 007 Edith Piaf Smoke... | Edith Piaf | 2,880KB | Audio |
| 2 Users | Various Woman Vocalists Must Have 009 India Arie Beauti... | India Arie | 3,842KB | Audio |
| 2 Users | Various Woman Vocalists Must Have 010 Sarah Vaughn Lo... | Sarah Vaughn | 2,137KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 012 Tuck and Patty... | Tuck and Patti | 4,200KB | Audio |
| BrooklynBoy@KaZaA | Various Woman Vocalists Must Have 015 Alanis Norwegian... | Alanis Morissette | 1,572KB | Audio |
| BrooklynBoy@KaZaA | Verve Remixed _02 - Carmen McRae (M1 Cole remix).mp3 | Carmen McRae | 4,650KB | Audio |
| BrooklynBoy@KaZaA | Weezer - Tired of Sex.mp3 | Weezer | 2,837KB | Audio |
| BrooklynBoy@KaZaA | Neil Young - Eurithmics - Castles Burning.mp3 | | 3,122KB | Audio |
| BrooklynBoy@KaZaA | Phil Lesh _Friends - Strawberry Fields Forever.mp3 | Phil Lesh _Friends | 11,910KB | Audio |
| BrooklynBoy@KaZaA | Rahsaan Roland Kirk_And I love her.mp3 | Rahsaan Roland Kirk | 2,711KB | Audio |
| BrooklynBoy@KaZaA | Rolling Stones- Drift Away (Rare, with The Beatles).mp3 | The Beatles | 3,536KB | Audio |
| BrooklynBoy@KaZaA | She Loves You _ The Beatles.MP3 | The Beatles | 2,767KB | Audio |
| BrooklynBoy@KaZaA | She's A Woman _ The Beatles.MP3 | The Beatles | 3,576KB | Audio |
| BrooklynBoy@KaZaA | Sie Liebt Dich _The Beatles.MP3 | The Beatles | 2,734KB | Audio |
| BrooklynBoy@KaZaA | sublime - Daxtripper (beatles cover).mp3 | sublime. | 2,279KB | Audio |
| BrooklynBoy@KaZaA | Thank You Girl _ The Beatles.MP3 | The Beatles | 2,421KB | Audio |
| BrooklynBoy@KaZaA | The Beatles - I Am The Walrus (acoustic).mp3 | The Beatles | 3,263KB | Audio |

Found 3336 files

2,106,500 users online, sharing 455,871,133 files (3,613... TB). Not Sharing any files.

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web   My Kazaa   Theater   Search        Traffic   Shop   Tell A Friend

New search   Download        Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Thank You Girl - The Beatles.MP3 | The Beatles | 2,421KB | Audio |
| BrooklynBoy@KaZaA | The Beatles - I Am The Walrus (acoustic).mp3 | The Beatles | 3,767KB | Audio |
| BrooklynBoy@KaZaA | You Know My Name (Look Up The Number).MP3 | The Beatles | 5,063KB | Audio |
| BrooklynBoy@KaZaA | You Really Got A Hold On Me.MP3 | The Beatles | 3,546KB | Audio |
| BrooklynBoy@KaZaA | 13 - Bjork - One Day (Sabres Of Paradise Mix) - 24126E13... | Bjork | 5,849KB | Audio |
| BrooklynBoy@KaZaA | 14-Bjork- Gotham-lullaby (Afro-House Mix).mp3 | Bjork | 5,014KB | Audio |
| BrooklynBoy@KaZaA | Bachelorette - Bjork - Bachelorette (Riza-Remix).mp3 | Bjork | 3,875KB | Audio |
| BrooklynBoy@KaZaA | Bjork_Raimundo Amador - So broken (live).mp3 | Bjork | 4,102KB | Audio |
| BrooklynBoy@KaZaA | bjork_skunk anansie - army of me (live).mp3 | Bjork | 2,830KB | Audio |
| BrooklynBoy@KaZaA | Bjork, Tricky, - Joga.mp3 | Bjork | 4,216KB | Audio |
| BrooklynBoy@KaZaA | bjork-(the sugarcubes) - this wasn't supposed to happen... | Bjork | 3,692KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Sun In My Mouth.mp3 | Bjork | 1,887KB | Audio |
| 2 Users | Bjork - 06 - Sweet Jane (Sugarcubes demo 1986) (incomple.. | Bjork | 1,977KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Alarm Call (Beck Mix).mp3 | Bjork | 3,032KB | Audio |
| BrooklynBoy@KaZaA | Bjork - All is Full of Love (Stigmata remix).mp3 | Bjork | 11,246KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Amphibian (Film Mix).mp3 | Bjork | 6,439KB | Audio |
| BrooklynBoy@KaZaA | bjork-amphibian.mp3 | Bjork | 4,336KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Anyone who had a heart (live).mp3 | Bjork | 3,208KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Army of Me (Beastie Boys Remix).MP3 | Bjork | 3,166KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Army of Me (Mercury mix).mp3 | Bjork | 2,399KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (3,633... Not sharing any files

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Download

New Search  Search  Traffic  Shop  Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork - Army of Me (Beastie Boys Remix).MP3 | Bjork | 3,196KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Army of Me [Massevmix].wma | Bjork | 2,209KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Debut (The Remixes) - 02 - One Day (Endorphin Mix... | Bjork | 7,200KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Debut (The Remixes) - 06 - One Day (Springs Eterna... | Bjork | 13,767KB | Audio |
| BrooklynBoy@KaZaA | Bjork - downtown (live).mp3 | Bjork | 4,646KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Enjoy (Outcast Remix).mp3 | Bjork | 4,085KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 04 - Pabbi Minn.mp3 | Bjork | 3,750KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 05 - Brestir Og Brak.mp3 | Bjork | 4,663KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 06 - Af Skattrfrar.mp3 | Bjork | 3,846KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 07 - Bella Simamarr.mp3 | Bjork | 3,698KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 08 - Litil Tonlistarmadurinn.mp3 | Bjork | 4,757KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 09 - Dad Sest Ekki Sartari Mey.mp3 | Bjork | 5,637KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 10 - Blavisur.mp3 | Bjork | 3,716KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 12 - Eg Veit El Hvad Skal Segja.mp3 | Bjork | 4,288KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 13 - I Dansi Med Der.mp3 | Bjork | 3,432KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Gling-Glo - 14 - Bornin Vid Tjornina.mp3 | Bjork | 3,915KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Harm of Will.mp3 | Bjork | 4,459KB | Audio |
| BrooklynBoy@KaZaA | bjork - hunter (state of bengal mix).mp3 | Bjork | 7,233KB | Audio |
| BrooklynBoy@KaZaA | Bjork - HyperBallad (Over The Edge Mix).mp3 | Bjork | 4,272KB | Audio |
| BrooklynBoy@KaZaA | Bjork - HYPERBALL AD (Nico-Sync-Mix-0.50).mp3 | Bjork | 6,083KB | Audio |

Found 3736 Files

2,106,500 users online, sharing 455,871,133 files (3,631,... Not Sharing any Files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  | MyKazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search    Download

Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|------------|
| BrooklynBoy@KaZaA | Bjork - Hyperballad (Over The Edge Mix).mp3 | Bjork | 4,272KB | Audio |
| BrooklynBoy@KaZaA | Bjork - HYPERBALLAD Disco Sync Mix (LFO).mp3 | Bjork | 4,092KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Miss You [Hip-Hop-Remix].mp3 | Bjork | 5,243KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I Miss You - Before the TripHop War (Photek Remix)... | Bjork | 5,544KB | Audio |
| BrooklynBoy@KaZaA | bjork - ice princess and the killer whale.mp3 | Bjork | 4,120KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Isobel (Dim's Enchanted Forest Mix).mp3 | Bjork | 5,487KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Nature is Ancient (Rabbit in the Moon Mix).mp3 | Bjork | 2,498KB | Audio |
| BrooklynBoy@KaZaA | bjork - Our Hands.mp3 | Bjork | 6,054KB | Audio |
| BrooklynBoy@KaZaA | Bjork - pagan poetry (Shades of blue mix).mp3 | Bjork | 4,456KB | Audio |
| BrooklynBoy@KaZaA | bjork - rich_04_Aurora.wmv | Jamie W. R. Gilhooly | 13,768KB | Video |
| BrooklynBoy@KaZaA | Bjork - Selma Songs - 03 - I've Seen It All.mp3 | Bjork | 7,709KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Selma Songs - 04 - Scatterheart.mp3 | Bjork | 9,353KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Selma Songs - 05 - In The Musicals.mp3 | Bjork | 6,585KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Selma Songs - 06 - 107 Steps.mp3 | Bjork | 3,653KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Selma Songs - 07 - New World.mp3 | Bjork | 6,125KB | Audio |
| BrooklynBoy@KaZaA | Bjork - So Broken - Roni Size in the blend.mp3 | Bjork/Bjork | 7,700KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Telegram - 02 - Hyperballad (Brodsky Quartet Versi... | Bjork | 4,084KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Telegram - 05 - I Miss You (Dobie-Rub Part One - Su... | Bjork | 6,553KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Telegram - 10 - Headphones (Mika Vainio Mix).mp3 | Bjork | 7,373KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Vespertine - 01 - Aurora.mp3 | Bjork | 4,414KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (96.3), Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Bjork - Telegram - 10 - Headphones (Mika Vainio Mix).mp3 | Bjork | 7,373KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Vespertine - 01 - Aurora.mp3 | Bjork | 4,414KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Vespertine - 06 - Hidden Place.mp3 | Bjork | 2,807KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Vespertine - 15 - Aurora harp inst.mp3 | Bjork | 2,486KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Vespertine 02 - Blueprint.mp3 | Bjork | 4,962KB | Audio |
| BrooklynBoy@KaZaA | bjork 01-Possibly Maybe (Lucy Mix).mp3 | Bjork | 2,855KB | Audio |
| BrooklynBoy@KaZaA | Bjork 04 - There's More To Life Than This.mp3 | Bjork | 3,154KB | Audio |
| BrooklynBoy@KaZaA | Bjork live at the Union Chapel with the Brodsky Quartet 03.. | Bjork | 3,584KB | Audio |
| BrooklynBoy@KaZaA | Bjork vs Atom_Towa Tei - Atlantic (Atom's Acid Etude Mix)... | Bjork | 2,903KB | Audio |
| BrooklynBoy@KaZaA | Bjork-Cocoon-Banned From MTV.wmv | Wee Dj Hard | 4,873KB | Video |
| BrooklynBoy@KaZaA | Bjork-Cocoon.wmv | Wee Dj Hard | 4,872KB | Video |
| BrooklynBoy@KaZaA | Bjork (Telegram)- Isobel (Deedato Mix).mp3 | Bjork | 9,463KB | Audio |
| BrooklynBoy@KaZaA | Bjork - Headphones - Mika Vainio (Ø Remix).mp3 | Bjork | 8,850KB | Audio |
| BrooklynBoy@KaZaA | Bjork- Hyperballad (Slow Jungle Mix).mp3 | Bjork | 4,800KB | Audio |
| BrooklynBoy@KaZaA | Bjork - I live in a City (rare new).mp3 | Bjork | 1,664KB | Audio |
| BrooklynBoy@KaZaA | Crazy Shit- Trance(Fluke_Bjork)-Violently Happy rmx.mp3 | Bjork | 5,382KB | Audio |
| BrooklynBoy@KaZaA | deepsound.net_Bjork_hidden_place_remix.mp3 | Bjork/JC Lemay - deepso... | 5,592KB | Audio |
| BrooklynBoy@KaZaA | deepsound.net_bjork_hidden_place_remix_[lange.mp3 | Bjork/JC Lemay deepsou... | 5,590KB | Audio |
| BrooklynBoy@KaZaA | deepsound.net_bjork_pagan_poetry_remix.mp3 | JC Lemay | Bjork | 8,142KB | Audio |
| BrooklynBoy@KaZaA | bunterom zip mix(1).mp3 | Bjork | 3,304KB | Audio |

2,106,590 users online, sharing 455,871,133 files (6,963, Not sharing any files

Found 3736 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | deepsound.net_bjork_pagan_poetry_remix.mp3 | JC Lemay / Bjork | 8,192KB | Audio |
| BrooklynBoy@KaZaA | hunter-mu_ziq_mix(1).mp3 | Bjork | 3,304KB | Audio |
| BrooklynBoy@KaZaA | Immature - Endless Tears Remix.mp3 | Bjork | 7,166KB | Audio |
| BrooklynBoy@KaZaA | radiohead_bjork - I've see.mp3 | Bjork | 4,976KB | Audio |
| BrooklynBoy@KaZaA | SiFi_Olly - Bjork Impression.mp3 | Liam Lynch, Matt Crocco | 1,664KB | Audio |
| BrooklynBoy@KaZaA | Trainspotting3 Soundtrack - 12 - Bjork - Hyperballad (Brods... | Bjork | 4,083KB | Audio |
| BrooklynBoy@KaZaA | Tribe Called Quest_Bjork_.mp3 | Bjork | 4,144KB | Audio |
| BrooklynBoy@KaZaA | Bjork - It's In Our Hands (live at the Orchard Hall in Tokyo)... | Unknown! | 14,955KB | Video |
| 2 Users | 05 - Feelin' Good (Joe Claussell remix).mp3 | Nina Simone | 8,919KB | Audio |
| 2 Users | Another Spring.mp3 | Nina Simone | 3,351KB | Audio |
| BrooklynBoy@KaZaA | Big Lebowski Soundtrack - I Got It Bad and That Ain't Good... | Nina Simone | 3,859KB | Audio |
| 2 Users | Black Is The Color Of My True's Hair.mp3 | Nina Simone | 3,207KB | Audio |
| BrooklynBoy@KaZaA | Bounty Hunter - Keiko Matsui - End of the Line.mp3 | Nina Simone | 2,430KB | Audio |
| BrooklynBoy@KaZaA | Children (So Where I Send Thee.mp3 | Ralph Stanley | 3,029KB | Audio |
| BrooklynBoy@KaZaA | Do I Move You (Version II).mp3 | Nina Simone | 4,388KB | Audio |
| 2 Users | It Be's That Way.mp3 | Nina Simone | 4,052KB | Audio |
| BrooklynBoy@KaZaA | Ne Me Quitte Pas.mp3 | Nina Simone | 4,262KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Tell Me More and Then Some_Nina | Nina Simone | 1,519KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - 16 - The Twelfth of Never.mp3 | nina simone | 2,461KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - A Single Woman.aif-I Should Lose You.mp3 | Nina Simone | 3,739KB | Audio |

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  My Kazaa  Theater  Search  Traffic  Shop  Tell A Friend

New Search  Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Nina Simone - 16 - The Twelfth of Never.mp3 | nina simone | 2,481KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - A Single Woman -If I Should Lose You.mp3 | Nina Simone | 3,733KB | Audio |
| BrooklynBoy@KaZaA | nina simone - black swan.mp3 | Nina Simone | 5,700KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Blue Prelude.mp3 | Nina Simone | 3,947KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Blues For Mama.mp3 | Nina Simone | 3,689KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Break Down and Let It All Out.mp3 | Nina Simone | 1,887KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Bye Bye Blackbird, Live.mp3 | Nina Simone | 7,755KB | Audio |
| 2 Users | nina simone - Do I Move You (Version II).mp3 | Nina Simone | 2,190KB | Audio |
| 2 Users | nina simone - Do nothing til you hear from me.mp3 | Nina Simone | 2,642KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - End of the Line.wma | Nina Simone | 1,412KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - Everything Must Change.mp3 | Nina Simone | 2,826KB | Audio |
| 2 Users | nina simone - funkier than a mosquitos tweeter.mp3 | Nina Simone | 4,903KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - I Get Along Without You Very Well (Except S... | Nina Simone | 3,409KB | Audio |
| 2 Users | Nina Simone - I Put A Spell On You (1).mp3 | Nina Simone | 2,474KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - I Put A Spell On You.mp3 | Nina Simone | 1,230KB | Audio |
| 2 Users | nina simone - I think it's gonna rain today.mp3 | Nina Simone | 2,340KB | Audio |
| 3 Users | Nina Simone - I Wish I Knew How It Would Feel To Be Free... | Nina Simone | 2,914KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - If Ny a Pas D'amour Heureux.mp3 | Nina Simone | 4,518KB | Audio |
| BrooklynBoy@KaZaA | nina simone - In the Evening by the Moonlight.mp3 | Nina Simone | 6,256KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone - L'Hiver J'ai Jare.mp3 | Nina Simone | | Audio |

Found 3736 files.    2,106,590 users online, sharing 455,821,133 files (3,631 ... )  Not Sharing any Files