

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    MyKazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Nina Simone,Billie Holiday,Ella Fitzgerald – Solitude.mp3 | Nina Simone,Billie Holiday… | 2,933KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone- Good Moarning, Heartach.mp3 | Nina Simone,Billie Holiday… | 3,682KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone-I'm Going Back Home.mp3 | Nina Simone | 2,690KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone_Memphis In June(Colpix197)1961.mp3 | Nina Simone | 1,509KB | Audio |
| 2 Users | No Opportunity Necessary, No Experience Needed.mp3 | Nina Simone | 4,174KB | Audio |
| 2 Users | Chrissie Hynde - i shall be released.mp3 | Chrissie Hynde | 4,180KB | Audio |
| BrooklynBoy@KaZaA | Mose Allison – Do Nothing Till You Hear From Me.mp3 | Mose Allison | 6,028KB | Audio |
| BrooklynBoy@KaZaA | Nina Simone – Ne Me Quitte Pas.mp3 | Nina Simone | 4,262KB | Audio |
| BrooklynBoy@KaZaA | Simone, Nina – I Put a Spell on You.mp3 | Nina Simone | 2,631KB | Audio |
| BrooklynBoy@KaZaA | 01 I Think It's Going to Rain Today.wma | Nina Simone | 3,306KB | Audio |
| BrooklynBoy@KaZaA | 02 I Get Along Without You Very Well (Except Sometimes)… | Nina Simone | 4,665KB | Audio |
| BrooklynBoy@KaZaA | 03 Nobody's Fault But Mine.wma | Nina Simone | 2,885KB | Audio |
| BrooklynBoy@KaZaA | 05 Compassion.wma | Nina Simone | 1,572KB | Audio |
| BrooklynBoy@KaZaA | 05 Seems I'm Never Tired Lovin' You.wma | Nina Simone | 2,868KB | Audio |
| BrooklynBoy@KaZaA | 08 To Be Young, Gifted and Black.wma | Nina Simone | 2,745KB | Audio |
| BrooklynBoy@KaZaA | 10 Suzanne [#].wma | Nina Simone | 4,957KB | Audio |
| BrooklynBoy@KaZaA | 11 My Father-Dialog [#].wma | Nina Simone | 1,631KB | Audio |
| BrooklynBoy@KaZaA | 12 Jelly Roll [#].wma | Nina Simone | 7,782KB | Audio |
| BrooklynBoy@KaZaA | 13 Tell It Like It Is.wma | Nina Simone | 3,697KB | Audio |
| BrooklynBoy@KaZaA | 14 Mr. Bojangles.wma | Nina Simone | 6,735KB | Audio |

Found 3736 files.    2,106,500 users online sharing 455,871,133 files (36,3 |Not sharing any files.



Kazaa - [Search]

File View Player Tools Actions Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New Search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 13-Tell It Like It Is.wma | Nina Simone | 3,697KB | Audio |
| BrooklynBoy@KaZaA | 14 Mr. Bojangles.wma | Nina Simone | 4,735KB | Audio |
| BrooklynBoy@KaZaA | 15 Here Comes the Sun.wma | Nina Simone | 3,615KB | Audio |
| BrooklynBoy@KaZaA | 17 Poppies.wma | Nina Simone | 4,531KB | Audio |
| BrooklynBoy@KaZaA | Fantasize - Whitechocolatespaceegg.mp3 | Liz Phair | 1,360KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Why I Left California.mp3 | Liz Phair | 2,486KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - (Don't Be So) In Love With Yourself.mp3 | Liz Phair | 3,820KB | Audio |
| 2 Users | Liz Phair - 10_17 Cinco de Mayo - LIVE 17Oct98 First Av , ... | Liz Phair | 2,873KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17 Divorce Song - LIVE 17Oct98 First Av, MN, ... | Liz Phair | 3,525KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17 Fuck and Run - LIVE 17Oct98 First Av, MN, ... | Liz Phair | 3,739KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17 Never Said - LIVE 17Oct98 First Av, MN - , ... | Liz Phair | 3,117KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17 Supernova - LIVE 17Oct98 First Av, MN - ... | Liz Phair | 3,459KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17 Whitechocolatespaceegg - LIVE 17Oct98 F... | Liz Phair | 5,539KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 01 - Expla... | Liz Phair | 3,208KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 02 - 6'1'... | Liz Phair | 2,970KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 04 - Supp... | Liz Phair | 3,121KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 07 - Dance, . | Liz Phair | 3,412KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 08 - Uncle... | Liz Phair | 3,894KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 09 - Big Ta... | Liz Phair | 3,604KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 10 - Polye... | Liz Phair | 3,885KB | Audio |

2,106,500 users online, sharing 455,871,133 files (36,3 | Not sharing any files

Found 3336 Files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 09 - Big Tal... | Liz Phair | 3,804KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 10 - Polye... | Liz Phair | 3,385KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 13 - What... | Liz Phair | 4,679KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 14 - Mesm... | Liz Phair | 4,103KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 17 - Perfe... | Liz Phair | 2,349KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - 10_17_98 First Avenue, Minneapolis - 18 - Strat... | Liz Phair | 2,786KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon - Boston, MA 10-6-98 - 14 - Mesmerizing... | Liz Phair | 4,667KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon-Flower Live Avalon - Boston, MA 10-6-98... | Liz Phair | 1,876KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Avalon Perfect World Live - Avalon - Boston, MA... | Liz Phair | 2,634KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Baby got going on.mp3 | Liz Phair | 1,922KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - bars of the bed.mp3 | Liz phair | 2,388KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - beg me.mp3 | Liz Phair | 2,653KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Beginning To See The Light (Live).mp3 | Liz Phair | 2,871KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - bfgirlysoundsdiscone02.mp3 | Liz Phair | 3,410KB | Audio |
| 2 Users | Liz Phair - bfgirlysoundsdiscone05.mp3 | Liz Phair | 2,512KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Bloodkeeper.mp3 | Liz Phair | 2,744KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Carnivore (Raw).mp3 | Liz Phair | 2,807KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Chopsticks (Live Ben Folds Five Cover).mp3 | Liz Phair | 2,197KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Conversation Overheard Between Two Bouncers... | Liz Phair | 4,870KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Conversation Overheard Between Two Bouncers... | Liz Phair | 2,551KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36.3 | Not sharing any files.





Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - Live at Catspaw Studio 4 28 95 - 07 - Mesmerizi... | Liz Phair | 3,880KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Love Is Nothing.mp3 | Liz Phair | 2,138KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - May Queen.mp3 | Liz Phair | 2,536KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Mesmerizing (Live bootleg).mp3 | Liz Phair | 4,642KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Oh My God (live on mtv).mp3 | Liz Phair | 6,245KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - polyester bride (acoustic).mp3 | Liz Phair | 4,655KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Polyester Bride (live on Letterman) 2.mp3 | Liz Phair | 1,879KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Polyester Bride.mp3 | Liz Phair | 3,828KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Red Light Fever.mp3 | Liz Phair | 6,856KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Rocket Boy.mp3 | Liz Phair | 3,494KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Russian Girl WCSE Sessions Acoustic Take.mp3 | Liz Phair | 1,764KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Russian Girl WCSE Sessions.mp3 | Liz Phair | 4,697KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shatter.mp3 | Liz Phair | 3,857KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shirley Maclaine.mp3 | Liz Phair Covers and Colla... | 4,690KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Shitloads Of Money.mp3 | Liz Phair | 3,438KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Six Dick Pimp.mp3 | Liz Phair | 3,502KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Soap Star Joe(Bliss and Fetish Version).mp3 | Liz Phair | 3,102KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Soap Star Joe.mp3 | Liz Phair | 1,928KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - South Dakota.mp3 | Liz Phair | 2,022KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Supernova Live Maine 1999.mp3 | Liz Phair | 7,454KB | Audio |

2,106,500 users online, sharing 455,871,133 files (06,31 Not sharing any files)

Found 3736 Files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Traffic   Shop   Tell A Friend

New search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - South Dakota.mp3 | Liz Phair | 2,022KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Supernova Live Maine 1999.mp3 | Liz Phair | 2,454KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Supernova.asf | Liz Phair | 6,220KB | Video |
| BrooklynBoy@KaZaA | Liz Phair - Support System.mp3 | Liz Phair | 2,791KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Sway (American Pie).mp3 | Liz Phair | 4,108KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - sweet adeline - elliot smith.mp3 | Elliot Smith | 3,094KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Tell Me You Like Me WCSE Sessions.mp3 | Liz Phair | 3,136KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - That's the Way I Like It (MTV Live Solo).mp3 | Liz Phair | 4,433KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Waiting For The Bird (White Bird Of Texas) WCSE.. | Liz phair | 2,220KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Wasted 1.mp3 | Liz Phair | 2,489KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Wasted.mp3 | Liz Phair | 1,788KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - What Makes You Happy.mp3 | Liz Phair | 3,387KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Whip Smart [Live New Haven].mp3 | Liz Phair | 3,890KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - White Babies (Answering Machine Version).mp3 | Liz Phair | 2,457KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - White Bird Of Texas.mp3 | Liz Phair | 2,959KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - Whitechocolatespaceegg WCSE Sessions.mp3 | Liz Phair | 3,130KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with Ben Lee - Away With The Pixies.mp3 | Liz Phair Covers and Colla... | 2,851KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with Dar Williams, Joan Baez You're Aging Well (li... | Liz Phair Covers and Colla... | 4,132KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with Shudder to Think - Erecting A Movie Star.m... | Liz Phair Covers and Colla... | 2,526KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with Third Eye Blind - Supernova (Live Breathe | Liz Phair Covers and Colla.. | 3,033KB | audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 Files (3663) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Traffic | Search | Shop | Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Liz Phair - with Shudder to Think - Erecting A Movie Star.m... | Liz Phair Covers and Colla... | 2,526KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with Third Eye Blind - Supernova (Live, Breathe... | Liz Phair Covers and Colla... | 3,033KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - with third eye blind - Fuck n run (live, breathe 1O... | Liz Phair Covers and Colla... | 3,459KB | Audio |
| BrooklynBoy@KaZaA | Liz Phair - X-Ray Man.mp3 | Liz Phair | 2,089KB | Audio |
| BrooklynBoy@KaZaA | 01 - Beth Gibbons_Rustin Man - Out Of Season - Mysterie... | Beth Gibbons_Rustin Man | 6,553KB | Audio |
| BrooklynBoy@KaZaA | 03 - Beth Gibbons_Rustin Man - Out Of Season - Show.m... | Beth Gibbons_Rustin Man | 6,247KB | Audio |
| BrooklynBoy@KaZaA | 05 - Beth Gibbons_Rustin Man - Out Of Season - Sand Ri... | Beth Gibbons_Rustin Man | 5,369KB | Audio |
| BrooklynBoy@KaZaA | 07 - Resolve.mp3 | Beth Gibbons_Rustin Man | 2,677KB | Audio |
| BrooklynBoy@KaZaA | 08 - Beth Gibbons_Rustin Man - Out Of Season - Drake.m... | Beth Gibbons_Rustin Man | 5,488KB | Audio |
| BrooklynBoy@KaZaA | 09 - Funny Time Of Year.mp3 | Beth Gibbons_Rustin Man | 6,383KB | Audio |
| BrooklynBoy@KaZaA | 12 - Sartorius(Live).mp3 | Beth Gibbons_Rustin Man | 4,464KB | Audio |
| 2 Users | Acid Jazz and Trip Hop - Portishead - You Find the Earth Bo... | Portishead | 3,525KB | Audio |
| BrooklynBoy@KaZaA | Beth Gibbons_Rustin Mann - Tom the Model.mp3 | Beth Gibbons_Rustin Man | 5,176KB | Audio |
| BrooklynBoy@KaZaA | Beth Gibbons_Rustin Mann - Out Of Season.mp3 | Beth Gibbons_Rustin Man | 4,078KB | Audio |
| BrooklynBoy@KaZaA | Beth Gibbons - Spider.mp3 | Beth Gibbons_Rustin Man | 3,922KB | Audio |
| BrooklynBoy@KaZaA | Faith No More - Glorybox (live cover of Portishead).mp3 | Faith No More | 2,052KB | Audio |
| BrooklynBoy@KaZaA | Faith No More - Live - Glorybox (Portishead cover).mp3 | glorybox (portishead cov... | 3,264KB | Audio |
| BrooklynBoy@KaZaA | Give Up(Portishead).mp3 | Primal Scream | 6,810KB | Audio |
| BrooklynBoy@KaZaA | Moloko - Run For Me.mp3 | Portishead_Moloko | 3,565KB | Audio |
| BrooklynBoy@KaZaA | Natalie Imbruglia - Leave Me Alone (Portishead Remix).mp3 | Natalie Imbruglia | 4,094KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (36,3... [Not sharing any files]

Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Search | Traffic | Shop | Tell A Friend

New search | Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Moloko - Fun For Me.mp3 | Portishead ,Moloko | 3,565KB | Audio |
| BrooklynBoy@KaZaA | Natalie Imbruglia - Leave Me Alone (Portishead Remix).mp3 | Natalie Imbruglia | 4,094KB | Audio |
| BrooklynBoy@KaZaA | Portis Head - Humming.mp3 | Portishead | 4,970KB | Audio |
| BrooklynBoy@KaZaA | Portishead - sour times (Trip-Hop Mix).mp3 | Portishead | 3,864KB | Audio |
| 2 Users | Portishead  Roads.mp3 | Portishead | 4,732KB | Audio |
| BrooklynBoy@KaZaA | Portishead UNKLE - Sassafrass (Plaid Mix).mp3 | UNKLE | 7,684KB | Audio |
| BrooklynBoy@KaZaA | Portishead - 15 - Interlude.mp3 | Portishead | 2,866KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Beautiful.mp3 | Portishead | 3,308KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Better Things (with Massive Attack).mp3 | Portishead | 3,236KB | Audio |
| BrooklynBoy@KaZaA | portishead - coffehouse conversation (1).mp3 | Portishead | 4,991KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Cowboys (Instrumental).mp3 | Portishead | 4,491KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Dummy - 04 - It Could Be Sweet.mp3 | Portishead | 4,053KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Dummy 06 - It's A Fire.mp3 | Portishead | 2,688KB | Audio |
| BrooklynBoy@KaZaA | portishead - flowers bloom.mp3 | Portishead | 4,175KB | Audio |
| BrooklynBoy@KaZaA | portishead - give up but don't give out.mp3 | Portishead | 5,451KB | Audio |
| BrooklynBoy@KaZaA | portishead - glory box (edit).mp3 | Portishead | 3,361KB | Audio |
| BrooklynBoy@KaZaA | portishead - Only You (Saturday Night Live).mp3 | Portishead | 4,022KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Portishead - 04 - Half Day Closing.mp3 | Portishead | 3,563KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Revenge Of The Number (Trip-Hop Reconstruct... | Portishead | 3,162KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Roseland NYC Live - 7 - Over.mp3 | Portishead | 3,962KB | Audio |

2,106,500 Users online, sharing 465,871,133 Files (36,3 Not sharing any files

Found 3736 Files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Shop  |  Traffic  |  Tell A Friend

New Search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Portishead - Revenge Of The Number(Trip-Hop Reconstruct.. | Portishead | 3,162KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Roseland NYC Live - 7 - Over.mp3 | Portishead | 3,962KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Roseland NYC Live - Cowboys.mp3 | Portishead | 4,734KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Teardrops (with Massive Attack).mp3 | Portishead | 5,062KB | Audio |
| BrooklynBoy@KaZaA | portishead - theme from to kill a dead man.mp3 | Portishead | 4,174KB | Audio |
| BrooklynBoy@KaZaA | Portishead - Trip - Hop Reconstruction 02 - Numbed In Mos.,, | Portishead | 3,683KB | Audio |
| BrooklynBoy@KaZaA | Portishead Motherless Child.wma | Portishead | 6,069KB | Audio |
| BrooklynBoy@KaZaA | portishead poe garbage nin - closer to grrls.mp3 | Portishead/Poe (Garbage/... | 666KB | Audio |
| BrooklynBoy@KaZaA | Radiohead_Portishead - BlowOut (Acoustic).mp3 | Portishead | 3,174KB | Audio |
| BrooklynBoy@KaZaA | sabres of paradis, portishead ambience.MP3 | Sabres Of Paradise | 3,340KB | Audio |
| BrooklynBoy@KaZaA | Trip Hop- Acid Jazz_Trance - Orbital (Moby Remix) - Sp.... | Orbital (Moby Remix) | 5,333KB | Audio |
| BrooklynBoy@KaZaA | !!adele[1].mp3 | KAKATSITSI | 966KB | Audio |
| BrooklynBoy@KaZaA | !dis_phat_like_albert[1].mp3 | Trancenden | 1,279KB | Audio |
| BrooklynBoy@KaZaA | !scenes_from_new_york[2].mp3 | Trancenden | 1,128KB | Audio |
| BrooklynBoy@KaZaA | !thursday[1].mp3 | Market | 660KB | Audio |
| BrooklynBoy@KaZaA | !tripnofunk2[1].mp3 | Tripnotic | 979KB | Audio |
| BrooklynBoy@KaZaA | (moby)-next_is_the_e[club_mix].mp3 | Moby | 5,575KB | Audio |
| BrooklynBoy@KaZaA | (Ragga Jazz - Trip-Hop +Dub) - 05 - Tricky - Aftermath (Hi... | Acid Jazz | 5,652KB | Audio |
| BrooklynBoy@KaZaA | 01 I See You Baby Fatboy Slim Uk.mp3 | Groove Armada | 3,812KB | Audio |
| BrooklynBoy@KaZaA | 03 - Groove Armada - Inside My Mind (Blue Skies).mp3 | Groove Armada | 5,835KB | Audio |

2,106,500 users online, sharing 455,871,133 Files (3,6.3) Not sharing any Files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Search    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 01.1 See You Baby Fatboy Slim UK.mp3 | Groove Armada | 3,813KB | Audio |
| BrooklynBoy@KaZaA | 03 - Groove Armada - Inside My Mind (Blue Skies).mp3 | Groove Armada | 5,835KB | Audio |
| BrooklynBoy@KaZaA | 03 - Infesticons - Hero Theme.mp3 | Fila Brazillia | 2,974KB | Audio |
| 3 Users | 03-Dusk You Me.mp3 | Groove Armada | 5,289KB | Audio |
| BrooklynBoy@KaZaA | 04 - Bostich - el vergel.mp3 | Nortec Collective | 3,390KB | Audio |
| BrooklynBoy@KaZaA | 05 - Groove Armada - Fogma.mp3 | Groove Armada | 6,475KB | Audio |
| BrooklynBoy@KaZaA | 07_ASTRAL_PROJECTION-LIQUID_SUN.MP3 | Astral Projection | 10,330KB | Audio |
| BrooklynBoy@KaZaA | 08 - Raisin' the Stakes.mp3 | Groove Armada | 5,218KB | Audio |
| BrooklynBoy@KaZaA | 08-morcheeba_-_way_beyond-nuhs.mp3 | Morcheeba | 5,009KB | Audio |
| BrooklynBoy@KaZaA | 09 Diggin A Watery Grave.mp3 | Morcheeba | 1,498KB | Audio |
| BrooklynBoy@KaZaA | 11 - Groove Armada - Your Song.mp3 | Groove Armada | 4,812KB | Audio |
| BrooklynBoy@KaZaA | 2001[1].mp3 | Prince | 593KB | Audio |
| BrooklynBoy@KaZaA | 24_frames_pj_fourth_an.mp3 | Budha Building | 6,358KB | Audio |
| BrooklynBoy@KaZaA | 96KTHE~1.MP3 | Moonshine Music | 4,473KB | Audio |
| BrooklynBoy@KaZaA | acid jazz - Dj Mark Farina - Mushroom Jazz - Midnight Callin... | Dj Mark Farina | 3,879KB | Audio |
| BrooklynBoy@KaZaA | acid jazz - Funky.mp3 | KunG-112 | 3,163KB | Audio |
| BrooklynBoy@KaZaA | acid jazz - Future Lounge_04_Buena Ventura_Pimp Funk (M... | Acid Jazz | 7,124KB | Audio |
| BrooklynBoy@KaZaA | acid jazz - Mushroom Jazz by DJ Mark Farina - 04 - Mr Elec... | Acid Jazz | 3,576KB | Audio |
| BrooklynBoy@KaZaA | Acid Jazz - Thievery Corp - [DJ-Kicks] - Up Rustle And Cut - ... | Various Artists | 1,684KB | Audio |
| BrooklynBoy@KaZaA | Acid Jazz - Ultra Lounge - Lavinda Almeida - The Girl From | Acid Jazz | 5,033KB | Audio |

# Kazaa – [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Download

New search | Search | Shop | Traffic | Tell A Friend

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Acid Jazz – Thievery Corp – [DJ Kicks] – Up Bustle And Out –... | Various Artists | 1,684KB | Audio |
| BrooklynBoy@KaZaA | Acid Jazz – Ultra-Lounge – Laurindo Almeida – The Girl From ... | Acid Jazz | 5,033KB | Audio |
| BrooklynBoy@KaZaA | Acid Jazz, Techno, Club, Trance – Drum_Bass – Rabbit In... | Various Artists | 8,830KB | Audio |
| 2 Users | Acid Jazz, Techno, Club, Trance – Trance – A Journey Into... | Acid Jazz | 3,326KB | Audio |
| BrooklynBoy@KaZaA | Acid Jazz, Techno, Club, Trance – Trance – A Journey Into... | Acid Jazz | 3,326KB | Audio |
| BrooklynBoy@KaZaA | ambient – Om Lounge – Let The Sun Cheyenne.mp3 | OM Lounge 5 | 4,007KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-05, Measured in Kelvin Part III – M... | Ohm | 917KB | Audio |
| BrooklynBoy@KaZaA | ambient.02@hyperreal-06. Something in the Moonlight.(fe... | Ohm | 1,040KB | Audio |
| BrooklynBoy@KaZaA | Asian Dub Foundation – Assassin.mp3 | Asian Dub Foundation | 3,807KB | Audio |
| BrooklynBoy@KaZaA | Avatars of Dub – Sex Elevator Music.mp3 | Acid Jazz | 4,957KB | Audio |
| BrooklynBoy@KaZaA | Baby Let's Dance Together.mp3 | Morcheeba | 2,445KB | Audio |
| BrooklynBoy@KaZaA | bass mechanics – deep ass bass song.mp3 | Acid Jazz | 1,988KB | Audio |
| BrooklynBoy@KaZaA | bass mechanics – Ultimate woofer test 2.mp3 | Bass Mechanics | 3,465KB | Audio |
| BrooklynBoy@KaZaA | bass mekanik – bad boy bass.mp3 | Bass Mekanik | 3,526KB | Audio |
| BrooklynBoy@KaZaA | beg4life[1].mp3 | dr. mario | 1,180KB | Audio |
| BrooklynBoy@KaZaA | big_gob.mp3 | pornolounge | 3,570KB | Audio |
| BrooklynBoy@KaZaA | bill laswell – White Lies (Ambient Drum_Bass Mix).mp3 | Acid Jazz | 2,233KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno – Here Come The Warm Jets.mp3 | Brian Eno | 3,785KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno – Juju Space Jazz.mp3 | Brian Eno | 5,154KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno – Regiment (Eila/Brasilia Mix) (Another late night) | Brian Eno | 2,826KB | Audio |

**Kazaa - [Search]**

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New Search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Brian Eno - Juju Space Jazz.mp3 | Brian Eno | 5,154KB | Audio |
| BrooklynBoy@KaZaA | Brian Eno - Regiment (Fila Brazila Mix) (Another late night)... | Brian Eno | 2,826KB | Audio |
| BrooklynBoy@KaZaA | Buddha Bar - 11 - Binti.mp3 | Various Artists | 3,300KB | Audio |
| BrooklynBoy@KaZaA | cafe.del mar - satie 1 (f).mp3 | Cafe Del Mar | 2,939KB | Audio |
| BrooklynBoy@KaZaA | Cafe Del Mar - Volumen Nueve - So Fine - A Day In The Su... | Cafe Del Mar | 5,495KB | Audio |
| BrooklynBoy@KaZaA | Cafe Del Mar vol 5 - 03 - Jelly_Fish - Appreciation (Radio ... | Acid Jazz | 3,563KB | Audio |
| BrooklynBoy@KaZaA | Cafe Del Mar Vol. 1 - 03 - Sabres of Paradise - Smokebelch ... | Acid Jazz | 4,015KB | Audio |
| BrooklynBoy@KaZaA | Cafe Del Mar Vol. 5 - 15 - Wim Mertens - Close Cover.mp3 | Acid Jazz | 3,017KB | Audio |
| BrooklynBoy@KaZaA | Café Del Mar Volumen Ocho - 07 - Mark de Clive-Lowe - Da... | Mark de Clive-Lowe | 5,917KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers  Moby Vs. Fatboy Slim_Prodigy.mp3 | Various Artists | 2,228KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers - 01 - Come With Us.mp3 | Chemical Brothers | 4,658KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers with Mazzy Star - Asleep From Day.mp3 | Mazzy Star w/chemical br... | 1,462KB | Audio |
| BrooklynBoy@KaZaA | Chemical Brothers-05  (Gone in 60 seconds).mp3 | Trance and Techno | 4,907KB | Audio |
| BrooklynBoy@KaZaA | Crystal Method - Dub Pistols - Official Chemical.mp3 | Acid Jazz | 3,368KB | Audio |
| BrooklynBoy@KaZaA | Dance, House, Techno - Venga Boys - We Like To Party (Ex... | Acid Jazz | 2,234KB | Audio |
| BrooklynBoy@KaZaA | deep blue day - Brian Eno.mp3 | Brian Eno | 3,729KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest - Deep Forest - 01 - Deep Forest.mp3 | Deep Forest | 5,212KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest - Deep Forest - 02 - Sweet Lullaby.mp3 | Deep Forest | 3,653KB | Audio |
| BrooklynBoy@KaZaA | deep forest - liquid cool.mp3 | Various Artists | 6,593KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest - Madazulu (BBE Harmonic Club Mix).mp3 | Acid Jazz | 8,705KB | Audio |

Found 3736 files

2,106,500 users online, sharing 455,871,133 files (363 [Not sharing any files]

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download

Search  |  Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | deep forest - liquid cool.mp3 | Various Artists | 6,598KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest - Madazulu (BBE Harmonic Club Mix).mp3 | Acid Jazz | 8,795KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest_07_Deep Forest_Desert Walk.mp3 | Deep Forest | 4,910KB | Audio |
| BrooklynBoy@KaZaA | Deep Forest_08_Deep Forest_White Whisper.mp3 | Deep Forest | 5,406KB | Audio |
| BrooklynBoy@KaZaA | Destiny's Child - Independent Woman Part (Club Remix).m... | Destiny's Child | 8,968KB | Audio |
| BrooklynBoy@KaZaA | digidance98[1].mp3 | Digital Dance | 657KB | Audio |
| BrooklynBoy@KaZaA | DJ B - techno party,house trippy mix.mp3 | DJ B | 816KB | Audio |
| BrooklynBoy@KaZaA | Dj FBI-Land Of Boom.mp3 | d.j. FBI | 4,236KB | Audio |
| BrooklynBoy@KaZaA | DJ Food - Trip Hop And Jazz - Ninja Tune - 01 - Up, Bustle,... | Acid Jazz | 4,655KB | Audio |
| BrooklynBoy@KaZaA | DJ Jazzy Jeff And The Fresh Prince - Summertime (Extend... | Acid Jazz | 5,246KB | Audio |
| BrooklynBoy@KaZaA | dj melody - 80s Dance-Soft Cell - Tainted Love (Techno R... | Dance-Soft Cell | 5,539KB | Audio |
| BrooklynBoy@KaZaA | DJ Pablito-Cripta 3 Ghetto Mix(Spanish Reggae Panama),... | Various Artists | 2,810KB | Audio |
| BrooklynBoy@KaZaA | DJ Sasha_John Digweed - Rabbit in the Moon - Out Of Bo... | DJ Sasha_John Digweed | 6,685KB | Audio |
| BrooklynBoy@KaZaA | DJ Shadow - Midnight in a Perfect World (Portishead Remix... | Various Artists | 3,728KB | Audio |
| BrooklynBoy@KaZaA | DroneJam.mp3 | Subsonic Headdub | 4,049KB | Audio |
| BrooklynBoy@KaZaA | Drum 'n' bass freaks - Only trip-hop Allowed.mp3 | Drum 'n' Bass Freaks(DJ K... | 3,797KB | Audio |
| BrooklynBoy@KaZaA | dumonde - god music (cosmic gate remix).mp3 | DuMonde | 6,053KB | Audio |
| BrooklynBoy@KaZaA | estapade.mp3 | Thievery Corporation | 3,971KB | Audio |
| BrooklynBoy@KaZaA | fantasy[1].mp3 | Subsonic Headdub | 262KB | Audio |
| BrooklynBoy@KaZaA | File Brazilia - Blue Planet - Chaser.MP3 | File Brazilia | 4,539KB | Audio |

Found 3736 files

2.106.500 users online, sharing 455,871,133 files (08.3?) Not sharing any files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  New search  My Kazaa  Theater  Download  Search  Traffic  Shop  Tell A Friend

Search Field

| User | Filename | Size | Media Type | Artist |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | fantasy[1].mp3 | 262KB | Audio | Subsonic Headdub |
| BrooklynBoy@KaZaA | Fila Brazilia - Blue Planet _Chaser.MP3 | 4,539KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Airlock Homes.mp3 | 4,018KB | Audio | DJ Food |
| BrooklynBoy@KaZaA | Fila Brazilia - At Home In Space.mp3 | 5,534KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Brazilification (remixes 95-99) - 05 - Berry Med.. | 3,392KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Spill The Beans.mp3 | 4,168KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Outside - Blue Skies.mp3 | 4,448KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Place De La Concorde.mp3 | 5,458KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Touch of cloth track XII.mp3 | 2,526KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - 09 - Brazilian Sunrise.mp3 | 6,720KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - A Touch of Cloth - 04 Slow Light.mp3 | 5,594KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Another Late Night - 10 - Nature Boy.mp3 | 4,199KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - brazilification ((remixes 95-99) Disk 1 - 06 - Mel.. | 3,840KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - brazilification ((remixes 95-99) Disk 2 - 01 - Fr... | 4,992KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - brazilification (remixes 95-99) Disk 2 - 06 - Th... | 5,376KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Brazilification - D1 - 02 - Asthma.mp3 | 2,822KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Brazilification - Disk.01 - 04 - Ponga - Awesom... | 3,463KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | fila brazilia - cottonwool (lamb remix).mp3 | 7,744KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Delirium.mp3 | 5,375KB | Audio | Fila Brazilia |
| BrooklynBoy@KaZaA | Fila Brazilia - Freedom(.. ).mp3 | 8,768KB | Audio | Fila Brazilia |

2,106,500 users online, sharing 455,871,133 files (36.3) Not sharing any files

Found 3336 files

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web | My Kazaa | Theater | Shop | Tell A Friend

New search | Download | Search | Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Fila Brazilia - Delirium.mp3 | Fila Brazilia | 5,376KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - Freedom (r).mp3 | Fila Brazilia | 8,768KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - Lotus Eaters (Moloko Remix).mp3 | Fila Brazilia | 5,568KB | Audio |
| BrooklynBoy@KaZaA | fila brazilia - Toxygene (Fila Brazilia Mix).mp3 | Fila Brazilia | 5,720KB | Audio |
| BrooklynBoy@KaZaA | Fila Brazilia - Black Uhuru - Boof 'n' Baff 'n' Biff.mp3 | Fila Brazilia | 4,601KB | Audio |
| BrooklynBoy@KaZaA | foul_currency[1].mp3 | Fingertwister | 1,261KB | Audio |
| BrooklynBoy@KaZaA | freetrader[1].mp3 | Danny K | 809KB | Audio |
| BrooklynBoy@KaZaA | Funky Porcini - Fuki On The Rocks.mp3 | Funk Porcini | 4,108KB | Audio |
| BrooklynBoy@KaZaA | FUNKY_PORCINI_-_GROOVER_..._5_08.MP3 | Funk Porcini | 4,797KB | Audio |
| BrooklynBoy@KaZaA | Future Lounge - Jaffa - Elevator (Fila Brazilia Mix) (1).mp3 | Various Artists | 4,666KB | Audio |
| BrooklynBoy@KaZaA | 01 Life in Loisaida.wma | Chaser | 8,523KB | Audio |
| BrooklynBoy@KaZaA | 02 Ode to a Duck.wma | BjØrn Torske | 4,957KB | Audio |
| BrooklynBoy@KaZaA | 03 Escobar Blues.wma | Nek-Lok | 7,718KB | Audio |
| BrooklynBoy@KaZaA | 04 Reggie's Escape.wma | Earth Bound | 6,697KB | Audio |
| BrooklynBoy@KaZaA | 05 Blue Sonoko.wma | Lulu Mushi | 4,520KB | Audio |
| BrooklynBoy@KaZaA | 06 The Shake Up.wma | III Dependents | 3,744KB | Audio |
| BrooklynBoy@KaZaA | 07 Glow Worm.wma | Chroma Oscura | 4,841KB | Audio |
| BrooklynBoy@KaZaA | 08 Plants Animals H2O.wma | Cine City | 5,909KB | Audio |
| BrooklynBoy@KaZaA | 09 1300 Milliseconds of Brass.wma | Max Brennan | 6,912KB | Audio |
| BrooklynBoy@KaZaA | 01 Taurus[#1.wma | Esjipa Flash | 5,716KB | Audio |

2,106,500 users online, sharing 455,871,133 files (06.3)  Not sharing any files

Found 3736 files

Kazaa - [Search]

File   View   Player   Tools   Actions   Help

Web   My Kazaa   Theater   Tell A Friend

New search   Download

Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | 09.1300 Milliseconds of Brass.wma | Max Brennan | 6,912KB | Audio |
| BrooklynBoy@KaZaA | 01 Taurus [#].wma | Fauna Flash | 5,716KB | Audio |
| BrooklynBoy@KaZaA | 02.Nasty Funk.wma | Mayhem | 7,099KB | Audio |
| BrooklynBoy@KaZaA | 03 Tempos Atraz [Ape Remix].wma | Azymuth | 5,273KB | Audio |
| BrooklynBoy@KaZaA | 04 Freameister.wma | King Kooba | 3,744KB | Audio |
| BrooklynBoy@KaZaA | 05 Casablanca [#].wma | Force Paul | 5,553KB | Audio |
| BrooklynBoy@KaZaA | 06 Solid Water.wma | Extended Spirit | 5,535KB | Audio |
| BrooklynBoy@KaZaA | 07 Reloaded.wma | Marschmellows | 5,704KB | Audio |
| BrooklynBoy@KaZaA | 08 Voodoo Science.wma | Boom Bip | 5,553KB | Audio |
| BrooklynBoy@KaZaA | 09 Seismic Simmer [#].wma | Nonplace Urban Field | 4,782KB | Audio |
| BrooklynBoy@KaZaA | 10.Running on the Sand.wma | Calm | 8,412KB | Audio |
| BrooklynBoy@KaZaA | gorgeous1[1].mp3 | GIRL NEXT DOOR | 876KB | Audio |
| BrooklynBoy@KaZaA | gorgeous[2].mp3 | GIRL NEXT DOOR | 669KB | Audio |
| BrooklynBoy@KaZaA | Gota - Chillin Chillin (1).mp3 | Gota | 4,095KB | Audio |
| BrooklynBoy@KaZaA | groove - armada at the river (english riviera mix).mp3 | Groove Armada | 4,150KB | Audio |
| 2 Users | Groove Armada - 01 - Purple haze.mp3 | Groove Armada | 5,727KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - 05 - Think twice.mp3 | Groove Armada | 8,422KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - 09 - Tuning in rewritten.mp3 | Groove Armada | 7,372KB | Audio |
| BrooklynBoy@KaZaA | groove armada - a private interlude.mp3 | Groove Armada | 3,674KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Back To Mine - 04 - Sidewinder - Stepney | Groove Armada | 7,382KB | Audio |

Found 3736 files   2,106,500 users online, sharing 455,871,133 files (36.3 | Not sharing any files

# Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web  |  My Kazaa  |  Theater  |  Search  |  Traffic  |  Shop  |  Tell A Friend

New search  |  Download  |  Search Field

| User | Filename | Artist | Size | Media Type |
|------|----------|--------|------|-----------|
| BrooklynBoy@KaZaA | groove armada - a private interlude.mp3 | Groove Armada | 3,676KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Back To Mine - 04 - Sidewinder - Stanway... | Groove Armada | 7,782KB | Audio |
| BrooklynBoy@KaZaA | groove armada - Destination [Beachtowel Remix].mp3 | Groove Armada | 6,724KB | Audio |
| BrooklynBoy@KaZaA | groove armada - fireside favourite.mp3 | Groove Armada | 4,159KB | Audio |
| BrooklynBoy@KaZaA | groove armada - fogma.mp3 | Groove Armada | 9,909KB | Audio |
| BrooklynBoy@KaZaA | groove armada - Goodbye Country.mp3 | Groove Armada | 2,368KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - I See You Baby (1).mp3 | Groove Armada | 4,392KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - I See You Baby (US Fatboy Slim Remix).... | Groove Armada | 3,322KB | Audio |
| 2 Users | Groove Armada - If Everybody Looked The Same.mp3 | Groove Armada | 3,433KB | Audio |
| BrooklynBoy@KaZaA | groove armada - in my bones.mp3 | Groove Armada | 4,448KB | Audio |
| BrooklynBoy@KaZaA | groove armada - lazy moon.mp3 | Groove Armada | 9,572KB | Audio |
| BrooklynBoy@KaZaA | groove armada - little by little.mp3 | Groove Armada | 7,955KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Love Box - 03 - Remember.mp3 | Groove Armada | 7,762KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Love Box - 07 - Be Careful What You Say... | Groove Armada | 7,174KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Love Box - 12 - But I feel good.mp3 | Groove Armada | 7,470KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Lovebox -10- Easy.mp3 | Groove Armada | 8,251KB | Audio |
| BrooklynBoy@KaZaA | groove armada - mambo cafe.mp3 | Groove Armada | 3,264KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Moiras Theme.MP3 | Mambo Cafe | 3,695KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - My Friend.mp3 | Groove Armada | 4,716KB | Audio |
| BrooklynBoy@KaZaA | groove armada - overture breakdown.mp3 | Groove Armada | 5,825KB | audio |

Found 3736 files

2,106,500 users online: sharing 455,871,133 Files (3663 : Not sharing any files)

Kazaa - [Search]

File  View  Player  Tools  Actions  Help

Web    My Kazaa    Theater    Traffic    Shop    Tell A Friend

New search    Download    Search Field

| User | Filename | Artist | Size | Media Type |
|---|---|---|---|---|
| BrooklynBoy@KaZaA | Groove Armada - My Friend.mp3 | Groove Armada | 4,716KB | Audio |
| BrooklynBoy@KaZaA | groove armada - pressure breakdown.mp3 | Groove Armada | 5,825KB | Audio |
| 2 Users | groove.armada - serve.chilled.mp3 | Groove Armada | 4,830KB | Audio |
| BrooklynBoy@KaZaA | groove armada - sex and the city theme.mp3 | Groove Armada | 5,696KB | Audio |
| BrooklynBoy@KaZaA | groove.armada - suntoucher.mp3 | Groove Armada | 9,394KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Superstylin (Radio Edit).mp3 | Groove Armada | 3,607KB | Audio |
| BrooklynBoy@KaZaA | groove armada - the incredible bongo man.mp3 | Groove Armada | 5,821KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 02 - Whatever, Whenever.mp3 | Groove Armada | 3,648KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 04 - Pre_63.mp3 | Groove Armada | 6,049KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 07 - I See You Baby.mp3 | Groove Armada | 1,917KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 08 - A Private Interlude.mp3 | Groove Armada | 3,072KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada - Vertigo - 09 - At the River.mp3 | Groove Armada | 15,424KB | Audio |
| BrooklynBoy@KaZaA | Groove Armada [Back To Mine] 01 - A Tribe Called Quest - ... | Groove Armada | 8,780KB | Audio |
| BrooklynBoy@KaZaA | GROOVE_COLLECTIVE___EVERYTH.MP3 | Groove Collective | 6,712KB | Audio |
| BrooklynBoy@KaZaA | GROOVE_COLLECTIVE___RUNAWAY.MP3 | Groove Collective | 4,561KB | Audio |
| BrooklynBoy@KaZaA | guitara-g.mp3 | Ultra Chilled | 5,482KB | Audio |
| BrooklynBoy@KaZaA | harder_they_come_dub_mix[1].mp3 | Subsonic Headdub | 852KB | Audio |
| BrooklynBoy@KaZaA | Hawaiian-TROPICAL BREEZE (THREE-PLUS).MP3 | Three Plus | 3,784KB | Audio |
| BrooklynBoy@KaZaA | Hed Kandi - Winter Chill 2 (Disc 1) - 10 - Lebanese Blonde - ... | Thievery Corporation | 1,493KB | Audio |
| BrooklynBoy@KaZaA | helsinki[1].mp3 | club 2000 | 1,090KB | Audio |

2,106,500 users online. Sharing 455,871,133 files (3,6.3... Not sharing any files.

Found 3736 files