UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| INTERSCOPE RECORDS, ET. AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>DOE 1 - 31, )<br>)<br>Defendants. )<br>_____) | Civil Action No. 1:05-cv-2403 |

**NOTICE OF SUBSTITUTION OF COUNSEL**

    Notice is hereby given of the appearance of Matthew J. Oppenheim, Esq., 7304 River Falls Drive, Potomac, MD 20854, (301) 299-4986, on behalf of Plaintiffs Interscope Records, Arista Records LLC, Atlantic Recording Corporation, Warner Bros. Records Inc., Virgin Records America, Inc., BMG Music, UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Capitol Records, Inc., Elektra Entertainment Group, Inc., Priority Records LLC, Fonovisa, Inc., Motown Record Company, and London-Sire Records Inc.. Peter Strand of Shook, Hardy & Bacon, L.L.P. hereby notifies the Court of his withdrawal as counsel of record for Plaintiffs.

Dated February 5, 2006

Matthew J. Oppenheim, Esq.

_____
Matthew J. Oppenheim, Esq.
DC Bar #443698
7304 River Falls Drive
Potomac, MD 20854
(301) 299-4986

Attorney for Plaintiffs Interscope Records, Arista Records LLC, Atlantic Recording Corporation, Warner Bros. Records Inc., Virgin Records America, Inc., BMG Music, UMG Recordings, Inc., SONY BMG MUSIC ENTERTAINMENT, Capitol Records, Inc., Elektra Entertainment Group, Inc., Priority Records LLC, Fonovisa, Inc., Motown Record Company, and London-Sire Records Inc. Capital Records, Inc., BMG Music, Atlantic Recording Corporation, UMG Recordings, Inc., Warner Bros. Records Inc., SONY BMG MUSIC ENTERTAINMENT, and Motown Record Company, L.P..

SHOOK, HARDY & BACON L.L.P.

_____
Peter Strand, Esq.
DC Bar No. 481870
Shook, Hardy and Bacon, L.L.P.
Hamilton Square
600 14th Street, N.W., Suite 800
Washington, D.C. 20005-2004

WITHDRAWING ATTORNEY